**KESSLER TOPAZ MELTZER**
   **& CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax: (415) 400-3001

*Counsel for Plaintiff Barry G. Depot*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG, <br><br> Defendants. | Case No. 4:21-cv-08812-JST <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> <u>CLASS ACTION</u> |
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG, <br><br> Defendants. | Case No. 5:21-cv-08873-EJD <br><br> <u>CLASS ACTION</u> |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-cv-08812-JST

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff Barry G. Depot hereby moves pursuant to Civil Local Rules 3-12 and 7-11 to consider whether the following two actions filed in the United States District Court for the Northern District of California should be related:

- *Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 4:21-cv-08812-JST (N.D. Cal. filed November 12, 2021); and

- *Barry G. Depot v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 5:21-cv-08873-EJD (N.D. Cal. filed November 16, 2021).

The first-filed *Ohio Public Employees Retirement System* action is currently assigned to The Honorable Jon S. Tigar.  The second-filed *Depot* action is currently assigned to The Honorable Edward J. Davila.

Civil Local Rule 3-12(a) provides that a case is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  *Ohio Public Employees Retirement System* and *Depot* are related cases under these criteria.

*Ohio Public Employees Retirement System* and *Depot* are both federal securities class actions that assert claims against overlapping defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").  The actions are filed on behalf of *identical* classes of investors who purchased Meta Platforms, Inc. common stock during the *same* class period (April 29, 2021, through October 21, 2021), and allege a common course of misconduct based on similar misstatements and omissions.  *See generally* Declaration of Jennifer L. Joost in Support of Administrative Motion to Consider Whether Cases Should Be Related, Exs. A (*Ohio Public Employees Retirement System*, ECF No. 1) & B (*Depot*, ECF No. 1).  Both actions are also subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, which requires courts to consider weather related actions should be consolidated prior to the appointment of the lead plaintiff.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii) ("If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed, and any party has

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-CV-08812-JST

1

sought to consolidate those actions for pretrial purposes or for trial, the court shall not make the [lead plaintiff] determination required by clause (i) until after the decision on the motion to consolidate is rendered."); *Lopes v. Fitbit, Inc.*, No. 18-cv-06665-JST, 2019 WL 1865926, at *1 (N.D. Cal. Apr. 25, 2019) (consolidating putative class actions alleging claims under the Exchange Act over identical class periods based on similar misconduct).

Given the virtually identical nature of the allegations, claims, and class periods, and overlapping defendants, separate assignment of *Ohio Public Employees Retirement System* and *Depot* would likely create "unduly burdensome duplication of labor and expense" and could lead to "conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2). Relating these actions under the supervision of one judge will conserve judicial and party resources, promote consistency of adjudication, and facilitate the expeditious resolution of the actions.

Accordingly, Plaintiff Depot respectfully requests the Court deem *Ohio Public Employees Retirement System* and *Depot* related cases under Civil Local Rule 3-12 and assign *Depot* to The Honorable Jon S. Tigar.

DATED: November 17, 2021                    Respectfully submitted,

                                           **KESSLER TOPAZ MELTZER**
                                              **& CHECK, LLP**

                                           /s/ *Jennifer L. Joost*
                                           JENNIFER L. JOOST (Bar No. 296164)
                                           (jjoost@ktmc.com)
                                           One Sansome Street, Suite 1850
                                           San Francisco, CA 94104
                                           Tel:  (415) 400-3000
                                           Fax: (415) 400-3001

                                           -and-

                                           **KESSLER TOPAZ MELTZER**
                                              **& CHECK, LLP**
                                           NAUMON A. AMJED
                                           (namjed@ktmc.com)
                                           DARREN J. CHECK
                                           (dcheck@ktmc.com)
                                           RYAN T. DEGNAN
                                           (rdegnan@ktmc.com)
                                           KARISSA J. SAUDER
                                           (ksauder@ktmc.com)

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-cv-08812-JST

280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff Barry G. Depot*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-cv-08812-JST

3