**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax: (415) 400-3001

*Counsel for Plaintiff Barry G. Depot*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>Defendants. | Case No. 4:21-cv-08812-JST<br><br>**DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><u>CLASS ACTION</u> |
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG,<br><br>Defendants. | Case No. 5:21-cv-08873-EJD<br><br><u>CLASS ACTION</u> |

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-CV-08812-JST

I, Jennifer L. Joost, declare as follows:

1.      I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I am a partner with the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in support of Plaintiff Barry G. Depot's Administrative Motion to Consider Whether Cases Should Be Related.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      *Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 4:21-cv-08812-JST (N.D. Cal. filed November 12, 2021), ECF No. 1, Pending before the Honorable Jon S. Tigar; and

Exhibit B:      *Barry G. Depot v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 5:21-cv-08873-EJD (N.D. Cal. filed November 16, 2021), ECF No. 1, pending before The Honorable Edward J. Davila.

3.      Pursuant to Civil Local Rule 7-11(a), counsel for Plaintiff Barry G. Depot has conferred with counsel for Plaintiff Ohio Public Employees Retirement System regarding the relief requested in Plaintiff Barry G. Depot's Administrative Motion to Consider Whether Cases Should Be Related.  Ohio Public Employees Retirement System agrees that *Ohio Public Employees Retirement System* and *Depot* are related cases under Civil Local Rule 3-12 and *Depot* should be assigned to The Honorable Jon S. Tigar.  Given that counsel for the defendants have not appeared in either action as of the date of this motion, it was not possible to seek or obtain a stipulation from all parties pursuant to Civil Local Rule 7-11(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of November 2021.

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-CV-08812-JST

1