# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>    Defendants. | Case No. 4:21-cv-08812-JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><u>CLASS ACTION</u> |
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG,<br><br>    Defendants. | Case No. 5:21-cv-08873-EJD<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-CV-08812-JST

Having considered Plaintiff Barry G. Depot's Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"), and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     *Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 4:21-cv-08812-JST (N.D. Cal.), and *Barry G. Depot v. Meta Platforms, Inc. f/k/a Facebook, Inc., et al.*, No. 5:21-cv-08873-EJD (N.D. Cal.), are related actions pursuant to Civil Local Rule 3-12(a) given that "[t]he actions concern substantially the same parties, property, transaction, or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

3.     *Depot* shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED:_____          _____
                                        THE HONORABLE JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:21-cv-08812-JST

1