IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN PEREZ,

   Plaintiff,

  v.

META PLATFORMS, INC., et al.,

   Defendants.

Case No. 21-cv-09041-CRB

**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED**

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related."

This case appears to be related to Ohio Public Employees Retirement System v. Meta Platforms, Inc., et al., Case No. 3:21-cv-08812-JST, as both are securities cases arising out of recent whistleblower allegations against Defendant Meta Platforms, Inc. Compare Complaint (dkt. 1) in Ohio Public Employees Retirement System v. Meta Platforms, Inc., et al., Case No. 3:21-cv-08812-JST ¶ 2 with Compl. (dkt. 1) ¶¶ 23, 31, 70.

Good cause appearing therefor, this Court REFERS this action to the Honorable Judge Jon S. Tigar for a determination of whether this case is related to Ohio Public Employees Retirement System v. Meta Platforms, Inc., et al., Case No. 3:21-cv-08812-JST.

**IT IS SO ORDERED.**

Dated: December 13, 2021

CHARLES R. BREYER
United States District Judge