# EXHIBIT A

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

We, Anders Damgaard and Kasper Ahrndt Lorenzen, on behalf of PFA Pension Forsikringsaktieselskab ("PFA"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. We are the Group CFO and Group CIO of PFA respectively. We have reviewed a complaint filed in this matter. PFA has authorized the filing of this motion for appointment as lead plaintiff.

2. PFA did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. PFA is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. PFA fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. PFA's transactions in the Meta Platform f/k/a Facebook, Inc. securities that are the subject of the *Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc.*, No. 4:21-cv-08812 (N.D. Cal.) action are set forth in the chart attached hereto.

5. PFA has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. PFA will not accept any payment for serving as a representative party on behalf of the Class beyond PFA's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2021.

_____
Anders Damgaard
Group CFO
*PFA Pension Forsikringsaktieselskab*

_____
Kasper Ahrndt Lorenzen
Group CIO
*PFA Pension Forsikringsaktieselskab*

**PFA Pension Forsikringsaktieselskab**
**Transactions in Meta Platform f/k/a Facebook, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **Høj Risiko PFAPlus** | | | |
| Purchase | 7/13/2021 | 24,800 | 352.09 |
| Purchase | 7/16/2021 | 29,769 | 344.91 |
| Purchase | 8/16/2021 | 19,330 | 366.56 |
| Purchase | 8/18/2021 | 29,178 | 355.45 |
| Purchase | 8/20/2021 | 58,937 | 359.37 |
| Purchase | 8/23/2021 | 38,173 | 363.35 |
| Purchase | 8/24/2021 | 76,813 | 365.51 |
| Purchase | 8/25/2021 | 76,813 | 368.39 |
| Purchase | 8/26/2021 | 67,009 | 364.38 |
| Purchase | 8/30/2021 | 33,503 | 380.66 |
| Purchase | 8/31/2021 | 10,771 | 379.38 |
| Purchase | 9/2/2021 | 14,339 | 375.28 |
| Purchase | 10/14/2021 | 54,756 | 328.53 |
| Sale | 6/23/2021 | (34,317) | 339.09 |
| Sale | 6/25/2021 | (34,317) | 342.27 |
| Sale | 6/28/2021 | (69,735) | 342.73 |
| Sale | 7/1/2021 | (69,735) | 348.68 |
| Sale | 7/6/2021 | (69,735) | 356.60 |
| Sale | 7/8/2021 | (69,735) | 344.60 |
| Sale | 7/12/2021 | (71,351) | 350.76 |
| **PFA Klima Aktier** | | | |
| Purchase | 4/29/2021 | 1,762 | 329.51 |
| Purchase | 5/10/2021 | 1,749 | 305.97 |
| Purchase | 5/20/2021 | 1,438 | 318.61 |
| Purchase | 6/3/2021 | 2,010 | 326.04 |
| Purchase | 6/14/2021 | 2,137 | 336.77 |
| Purchase | 6/24/2021 | 2,107 | 343.18 |
| Purchase | 7/13/2021 | 1,395 | 352.47 |
| Purchase | 7/21/2021 | 1,367 | 344.25 |
| Purchase | 8/5/2021 | 1,321 | 362.97 |
| Purchase | 8/25/2021 | 1,671 | 368.92 |
| Purchase | 9/13/2021 | 1,959 | 376.51 |
| Purchase | 9/23/2021 | 1,312 | 345.96 |
| Purchase | 10/7/2021 | 3,384 | 329.22 |
| Purchase | 10/21/2021 | 1,929 | 341.12 |

**PFA Pension Forsikringsaktieselskab**
**Transactions in Meta Platform f/k/a Facebook, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **PFA Indeks Global Aktier** | | | |
| Purchase | 5/20/2021 | 223 | 318.61 |
| Purchase | 6/24/2021 | 122 | 343.18 |
| Purchase | 7/2/2021 | 119 | 354.70 |
| Purchase | 8/5/2021 | 182 | 362.97 |
| Purchase | 9/2/2021 | 133 | 375.28 |
| Purchase | 9/8/2021 | 235 | 377.57 |
| Purchase | 10/1/2021 | 156 | 343.01 |
| **PFA Indeks USA Aktier** | | | |
| Purchase | 8/25/2021 | 233 | 368.92 |