**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff
Ohio Public Employees Retirement System and
PFA Pension, Forsikringsaktieselskab and
Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>　　　　　　　　Defendants. | Case No. 4:21-cv-08812-JST<br><br>CLASS ACTION<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

*Caption continued on next page.*

| | |
|---|---|
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG,<br><br>        Defendants. | Case No. 4:21-cv-08873-JST<br><br><u>CLASS ACTION</u> |
| JUAN PEREZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, and DAVID M. WEHNER,<br><br>        Defendants. | Case No. 4:21-cv-09041-JST<br><br><u>CLASS ACTION</u> |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Lead Plaintiff movant PFA Pension, Forsikringsaktieselskab; and PFA Holding A/S, as parent company of PFA Pension, Forsikringsaktieselskab.

Dated: December 27, 2021     Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER  
 & GROSSMANN LLP**

/s/ Jonathan D. Uslaner  
JONATHAN D. USLANER (Bar No. 256898)  
(jonathanu@blbglaw.com)  
2121 Avenue of the Stars, Suite 2575  
Los Angeles, CA 90067  
Tel:    (310) 819-3470

-and-

HANNAH ROSS  
(hannah@blbglaw.com)  
AVI JOSEFSON  
(avi@blbglaw.com)  
JEROEN VAN KWAWEGEN  
(jeroen@blbglaw.com)  
SCOTT R. FOGLIETTA  
(scott.foglietta@blbglaw.com)  
1251 Avenue of the Americas  
New York, NY 10020  
Tel:    (212) 554-1400  
Fax:    (212) 554-1444

*Counsel for Proposed Lead Plaintiff  
Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab and Proposed Lead Counsel for the Class*

**OFFICE OF THE ATTORNEY GENERAL  
 OF THE STATE OF OHIO**

SHAWN BUSKEN  
(Shawn.Busken@OhioAttorneyGeneral.gov)  
30 East Broad Street  
Columbus, OH 43215  
Tel:    (800) 282-0515

*Additional Counsel for Proposed Lead Plaintiff
Ohio Public Employees Retirement System*