# EXHIBIT 3

**Facebook, Inc. n/k/a Meta Platforms, Inc. Loss Chart**
**Class Period: November 3, 2016 through October 4, 2021**

Lookback Price $ 330.92

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|
| Ngian, Wee Ann | 9/22/2021 | 368 | ($359.01) | ($132,115.68) | | | | | | | |
| | 9/22/2021 | 15 | ($343.59) | ($5,153.85) | | | | | | | |
| | | 383 | | ($137,269.53) | | | | | 383 | $126,742.21 | ($10,527.32) |