Sophia M. Rios (Bar No. 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
srios@bm.net

Sherrie R. Savett*
Michael Dell'Angelo*
Barbara Podell*
Andrew D. Abramowitz*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net
*pro hac vice application forthcoming

Counsel for Proposed Lead Plaintiff Rahul Saraf
and Proposed Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG, <br><br> Defendants. | Case No. 4:21-CV-08812-JST <br><br> **MOVANT RAHUL SARAF'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS** <br><br> JUDGE: Hon. Jon S. Tigar <br> DATE: March 10, 2022 <br> TIME: 2:00 p.m. |

(ADDITIONAL CAPTIONS ON THE NEXT PAGE)

BARRY G. DEPOT, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG,

Defendants.

Case No. 4:21-CV-08873-JST

JUAN PEREZ, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

META PLATFORMS, INC., MARK ZUCKERBERG, and DAVID M. WEHNER,

Defendants.

Case No. 4:21-CV-09041-JST

Movant Dr. Rahul Saraf ("Movant" or "Dr. Saraf") respectfully submits this Response to Competing Lead Plaintiff Motions, and states as follows:

On December 27, 2021, Dr. Saraf timely filed a Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"). ECF No. 46.[1] In addition to Dr. Saraf's Motion, four other motions for lead plaintiff appointment were filed:

1. Ohio Public Employees Retirement System ("Ohio PERS"), claiming losses of approximately $3.1 million on a first-in-first-out ("FIFO") basis and approximately $2.6 million on a last-in-first-out ("LIFO") basis, jointly with PFA Pension, Forsikringsaktieselskab ("PFA Pension"), claiming losses of approximately $16.4 million; collectively, Ohio PERS and PFA Pension claim

---

[1] Unless otherwise noted, all docket references are to the lead case in these Actions, *Ohio Public Employees Retirement System v. Meta Platforms, Inc. et al.*, Case No. 4:21-CV-08812-JST (N.D. Cal.).

SARAF'S RESPONSE TO COMPETING
LEAD PLAINTIFF MOTIONS
CASE NO. 4:21-CV-08812-JST

losses of approximately $19.5 million FIFO and approximately $19.0 LIFO (ECF No. 22);

2.    California Public Employees Retirement System ("CalPERS"), claiming losses of $9,904,887 on a FIFO basis and $7,801,909 on a LIFO basis (ECF No. 27);

3.    KBC Asset Management NV, claiming losses of $1,402,181 (ECF No. 49); and

4.    Wee Ann Ngian, claiming losses of $10,527 (ECF No. 25).

Having carefully analyzed the four competing motions filed by other purchasers of Meta Platforms, Inc. ("Meta Platforms") securities during the Class Period, Dr. Saraf no longer believes he has "the largest financial interest in the relief sought by the Class."

Dr. Saraf further notes that the motion submitted jointly by Ohio PERS and PFA Pension indicates that other PFA entities "had holdings in Facebook stock but made no purchases during the Class Period." ECF No. 22-3. Because it is not clear from PFA Pension's submission whether other PFA entities conducted sales of Facebook or Meta Platforms stock which might impact the amount of losses claimed by PFA Pension, Dr. Saraf believes that he and the other competing movants are not in a position to assess the losses claimed by PFA Pension or the adequacy of PFA Pension to serve as Lead Plaintiff, and that therefore, PFA Pension is disqualified from appointment as Lead Plaintiff.

Because the second largest loss in Meta Platforms securities is claimed by CalPERS, Dr. Saraf does not oppose CalPERS's motion for appointment as Lead Plaintiff and for approval of its counsel, Robbins, Geller, Rudman & Dowd, LLP, as Lead Counsel.

Should the Court decide that all the other movants claiming greater losses than Dr. Saraf are unfit, deficient or otherwise should not be appointed Lead Plaintiff for any other reason, Dr. Saraf stands ready and willing to serve as Lead Plaintiff on behalf of the class of Meta Platforms investors in this Action.

Date:   January 10, 2021                    Respectfully submitted,

                                            BERGER MONTAGUE PC

                                             /s/ *Sophia M. Rios*
                                            Sophia M. Rios (Bar No. 305801)

401 B Street, Suite 2000
San Diego, CA 92101
Tel:  (619) 489-0300
srios@bm.net

Sherrie R. Savett*
Michael Dell'Angelo*
Barbara Podell*
Andrew D. Abramowitz*
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

*pro hac vice application forthcoming

Counsel for Proposed Lead Plaintiff Rahul Saraf
and Proposed Lead Counsel

SARAF'S RESPONSE TO COMPETING
LEAD PLAINTIFF MOTIONS
CASE NO. 4:21-CV-08812-JST