**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

*Counsel for Proposed Lead Plaintiff
Ohio Public Employees Retirement System and
PFA Pension, Forsikringsaktieselskab and
Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>Defendants. | Case No. 4:21-cv-08812-JST<br><br><u>CLASS ACTION</u><br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN D. USLANER IN FURTHER SUPPORT OF THE MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND PFA PENSION, FORSIKRINGSAKTIESELSKAB FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>Date: March 10, 2022<br>Time: 2:00 p.m.<br>Dept.: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

**Caption continued on next page.**

| | |
|---|---|
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-08873-JST<br><br><u>CLASS ACTION</u> |
| JUAN PEREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, and DAVID M. WEHNER,<br><br>　　　　　　Defendants. | Case No. 4:21-cv-09041-JST<br><br><u>CLASS ACTION</u> |

SUPPLEMENTAL DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:21-cv-08812-JST

I, Jonathan D. Uslaner, declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this supplemental declaration in further support of the Motion of Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") for appointment as Lead Plaintiff in the above-captioned related securities class actions (the "Related Actions"), approval of Ohio PERS's and PFA Pension's selection of Bernstein Litowitz to serve as Lead Counsel for the Class, and consolidation of the Related Actions, and in opposition to the competing motions.

2. Attached as Exhibits A and B are true and correct copies of the following documents:

   Exhibit A:   Letter, dated December 28, 2021, from Lead Plaintiff movants Ohio PERS and PFA Pension to the Court requesting a pre-motion conference or scheduling order on motion for change of venue in *Ngian v. Facebook, Inc.*, No. 1:21-cv-05976-MKB-RER (E.D.N.Y.) ("*Ngian*"), ECF No. 23; and

   Exhibit B:   Order, dated January 6, 2022, transferring *Ngian* to the United States District Court for the Northern District of California, ECF No. 28.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of January, 2022.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

SUPPLEMENTAL DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:21-cv-08812-JST