ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
DANIEL S. DROSMAN (200643)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ddrosman@rgrdlaw.com
jforge@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 4:21-cv-08812-JST |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | DATE: March 10, 2022 TIME: 2:00 p.m. CTRM: Zoom hearing per ECF No. 43 JUDGE: Hon. Jon S. Tigar |

4858-0830-0041.v1

I, DARREN J. ROBBINS, declare as follows:

1.      I am an attorney licensed to practice before the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff California Public Employees' Retirement System ("CalPERS") in the above-captioned action. I make this declaration in support of CalPERS' Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Correspondence between Robbins Geller Rudman & Dowd LLP and Bernstein Litowitz Berger & Grossmann LLP, dated January 4, 2022 to January 10, 2022;

Exhibit 2:    Meta Platforms, Inc. historical prices and data chart;

Exhibit 3:    *Hill v. Silver Lake Group, L.L.C.*, No. 4:20-cv-02341-JSW, Order (N.D. Cal. Dec. 1, 2020);

Exhibit 4:    *In re Petrobras Sec. Litig.*, No. 1:14-cv-09662-JSR, Hearing Transcript (S.D.N.Y. Feb. 20, 2015); and

Exhibit 5:    *Christie v. Cloudera, Inc.*, No. 5:19-cv-03221-LHK, Joint Declaration (N.D. Cal. Aug. 6, 2019).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2022.

s/ Darren J. Robbins
DARREN J. ROBBINS

DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF CalPERS' OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS - 4:21-cv-08812-JST                                                      - 1 -
4858-0830-0041.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 10, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Darren J. Robbins
DARREN J. ROBBINS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  darrenr@rgrdlaw.com

4858-0830-0041.v1

# Mailing Information for a Case 4:21-cv-08812-JST Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,DanD@ecf.courtdrive.com,e_file_sf@rgrdlaw.com

- **Charles S. Duggan**
  charles.duggan@davispolk.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Lauren Joost**
  jjoost@ktmc.com,1759490420@filings.docketbird.com

- **Avi Josefson**
  Avi@blbglaw.com,jose.echegaray@blbglaw.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,lit.paralegals.mp@davispolk.com,felicia.yu@davispolk.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sophia Marie Rios**
  srios@bm.net,jgionnette@bm.net

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Hannah G Ross**
  Hannah@blbglaw.com

- **James P. Rouhandeh**
  rouhandeh@davispolk.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 4:21-cv-08812-AMO    Document 61    CAND-ECF    Filed 01/10/22    Page 5 of 5

- (No manual recipients)