# EXHIBIT 2

# Meta Platforms, Inc. (FB)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

**332.46** +8.29 (+2.56%)    **334.42** +1.96 (+0.59%)
At close: 04:00PM EST    After hours: 06:54PM EST

☆ Add to watchlist    👥 Visitors trend 2W ↑ 10W ↑ 9M ↑

Summary    Company Outlook ʸ⁺    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials

Time Period: Jan 06, 2021 - Jan 06, 2022 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 06, 2022 | 322.82 | 339.17 | 322.82 | 332.46 | 332.46 | 27,719,782 |
| Jan 05, 2022 | 333.02 | 335.76 | 323.84 | 324.17 | 324.17 | 20,564,500 |
| Jan 04, 2022 | 339.95 | 343.09 | 331.87 | 336.53 | 336.53 | 15,998,000 |
| Jan 03, 2022 | 338.30 | 341.08 | 337.19 | 338.54 | 338.54 | 14,537,900 |
| Dec 31, 2021 | 343.02 | 343.44 | 336.27 | 336.35 | 336.35 | 12,854,800 |
| Dec 30, 2021 | 344.00 | 347.23 | 343.22 | 344.36 | 344.36 | 10,593,300 |
| Dec 29, 2021 | 346.91 | 349.69 | 341.64 | 342.94 | 342.94 | 10,747,000 |
| Dec 28, 2021 | 346.63 | 352.71 | 345.20 | 346.22 | 346.22 | 16,637,600 |
| Dec 27, 2021 | 338.85 | 347.87 | 338.01 | 346.18 | 346.18 | 17,795,000 |
| Dec 23, 2021 | 330.10 | 336.67 | 328.36 | 335.24 | 335.24 | 13,987,700 |
| Dec 22, 2021 | 333.80 | 334.51 | 328.26 | 330.45 | 330.45 | 16,764,600 |
| Dec 21, 2021 | 326.41 | 336.00 | 323.75 | 334.20 | 334.20 | 16,116,800 |
| Dec 20, 2021 | 329.78 | 329.90 | 322.53 | 325.45 | 325.45 | 17,901,800 |
| Dec 17, 2021 | 332.80 | 337.11 | 330.75 | 333.79 | 333.79 | 39,711,700 |
| Dec 16, 2021 | 338.98 | 344.46 | 333.74 | 334.90 | 334.90 | 22,635,000 |
| Dec 15, 2021 | 332.49 | 342.11 | 323.98 | 341.66 | 341.66 | 24,681,300 |
| Dec 14, 2021 | 328.05 | 335.70 | 327.65 | 333.74 | 333.74 | 20,461,000 |
| Dec 13, 2021 | 330.95 | 341.09 | 329.59 | 334.49 | 334.49 | 22,948,700 |
| Dec 10, 2021 | 332.56 | 335.03 | 326.37 | 329.75 | 329.75 | 14,520,900 |
| Dec 09, 2021 | 329.54 | 336.13 | 328.00 | 329.82 | 329.82 | 16,879,200 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.




**Total ESG Risk score** ›

**28.0** Medium · 92nd percentile

Analyst Price Targets (52) ›

Average 401.01

Low 250.00    High 466.00

Current 332.46

Earnings ›

Consensus EPS

| Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|
| Beat By $0.66 | Beat By $0.93 | Beat By $0.58 | Beat By $0.03 | — Jan 25 |

Buy    perform

Maintains Strong Buy    10/26/2021

**Financials** ›

Maintains Outperform    Credit Suisse: to    10/26/2021

**Annual** Quarterly    Revenue    Earnings

90.00B
80.00B
70.00B
60.00B
50.00B
40.00B
30.00B
20.00B

2017  2018  2019  2020

© 2022 Yahoo. All rights reserved.

Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos,

**Stock up on stock picks**
Invest smarter with in-depth company data.

yahoo! finance
Try it free*



private way, as ...ook Reality Labs ...d virtual reality ...ware, and content ...a, home, and ...merly known as ...la..., e to Meta. ...Meta Platforms, ...headquartered in Menlo Park, California.

Strong Buy
Hold
Underperform    14.23    -2.51%
Sell    2.05    -0.07%
22.00    -0.67%

**Recommendation Rating** ›

More about Meta Platforms, Inc.    23.42    -2.15%

Tesla, Inc.

Strong  Buy  Hold  Under-  Sell

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 08, 2021 | 325.00 | 332.75 | 323.07 | 330.56 | 330.56 | 19,937,700 |
| Dec 07, 2021 | 321.57 | 326.54 | 321.00 | 322.81 | 322.81 | 18,794,000 |
| Dec 06, 2021 | 308.13 | 320.10 | 306.34 | 317.87 | 317.87 | 21,758,300 |
| Dec 03, 2021 | 313.73 | 313.75 | 299.50 | 306.84 | 306.84 | 27,448,700 |
| Dec 02, 2021 | 311.40 | 314.60 | 307.20 | 310.39 | 310.39 | 24,396,200 |
| Dec 01, 2021 | 330.29 | 330.50 | 310.29 | 310.60 | 310.60 | 30,329,600 |
| Nov 30, 2021 | 335.00 | 335.81 | 323.43 | 324.46 | 324.46 | 25,390,000 |
| Nov 29, 2021 | 336.89 | 340.67 | 335.31 | 338.03 | 338.03 | 16,650,900 |
| Nov 26, 2021 | 335.80 | 337.75 | 331.90 | 333.12 | 333.12 | 14,750,700 |
| Nov 24, 2021 | 336.00 | 341.78 | 332.81 | 341.06 | 341.06 | 13,566,200 |
| Nov 23, 2021 | 338.93 | 341.40 | 333.50 | 337.25 | 337.25 | 17,225,000 |
| Nov 22, 2021 | 349.05 | 353.83 | 340.51 | 341.01 | 341.01 | 27,116,800 |
| Nov 19, 2021 | 342.20 | 352.10 | 339.90 | 345.30 | 345.30 | 26,488,500 |
| Nov 18, 2021 | 339.72 | 342.46 | 335.30 | 338.69 | 338.69 | 17,487,200 |
| Nov 17, 2021 | 344.24 | 347.30 | 340.10 | 340.77 | 340.77 | 13,602,800 |
| Nov 16, 2021 | 343.83 | 346.65 | 340.87 | 342.96 | 342.96 | 18,181,100 |
| Nov 15, 2021 | 344.34 | 353.65 | 343.20 | 347.56 | 347.56 | 25,076,600 |
| Nov 12, 2021 | 330.18 | 341.86 | 329.78 | 340.89 | 340.89 | 25,387,200 |
| Nov 11, 2021 | 329.82 | 332.46 | 327.00 | 327.74 | 327.74 | 12,376,600 |
| Nov 10, 2021 | 332.49 | 333.19 | 325.51 | 327.64 | 327.64 | 21,872,600 |
| Nov 09, 2021 | 340.00 | 341.31 | 334.47 | 335.37 | 335.37 | 17,556,700 |
| Nov 08, 2021 | 344.42 | 344.79 | 338.34 | 338.62 | 338.62 | 18,342,500 |
| Nov 05, 2021 | 340.31 | 346.79 | 339.64 | 341.13 | 341.13 | 26,852,100 |
| Nov 04, 2021 | 334.01 | 337.27 | 332.65 | 335.85 | 335.85 | 22,495,300 |
| Nov 03, 2021 | 327.49 | 332.15 | 323.20 | 331.62 | 331.62 | 20,786,500 |
| Nov 02, 2021 | 331.38 | 334.79 | 323.80 | 328.08 | 328.08 | 28,353,000 |
| Nov 01, 2021 | 326.04 | 333.45 | 326.00 | 329.98 | 329.98 | 31,518,900 |
| Oct 29, 2021 | 320.19 | 326.00 | 319.60 | 323.57 | 323.57 | 37,059,400 |
| Oct 28, 2021 | 312.99 | 325.52 | 308.11 | 316.92 | 316.92 | 50,806,800 |
| Oct 27, 2021 | 314.19 | 319.25 | 312.06 | 312.22 | 312.22 | 29,971,800 |
| Oct 26, 2021 | 328.26 | 330.21 | 309.60 | 315.81 | 315.81 | 65,654,000 |
| Oct 25, 2021 | 320.30 | 329.56 | 319.72 | 328.69 | 328.69 | 38,409,000 |
| Oct 22, 2021 | 326.35 | 329.63 | 321.11 | 324.61 | 324.61 | 35,224,500 |
| Oct 21, 2021 | 340.28 | 342.31 | 337.80 | 341.88 | 341.88 | 16,354,400 |
| Oct 20, 2021 | 343.45 | 343.98 | 339.45 | 340.78 | 340.78 | 13,639,500 |





Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos,

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Oct 18, 2021 | 328.95 | 335.89 | 327.50 | 335.34 | 335.34 | 21,585,000 |
| Oct 15, 2021 | 328.68 | 329.07 | 322.51 | 324.76 | 324.76 | 21,575,100 |
| Oct 14, 2021 | 328.36 | 330.52 | 327.10 | 328.53 | 328.53 | 14,302,200 |
| Oct 13, 2021 | 326.97 | 327.00 | 322.66 | 324.54 | 324.54 | 14,761,500 |
| Oct 12, 2021 | 323.03 | 324.38 | 317.37 | 323.77 | 323.77 | 31,658,700 |
| Oct 11, 2021 | 327.63 | 330.46 | 325.31 | 325.45 | 325.45 | 14,708,200 |
| Oct 08, 2021 | 331.51 | 333.40 | 328.71 | 330.05 | 330.05 | 15,934,300 |
| Oct 07, 2021 | 337.00 | 338.84 | 328.98 | 329.22 | 329.22 | 28,307,500 |
| Oct 06, 2021 | 329.74 | 334.38 | 325.80 | 333.64 | 333.64 | 26,443,000 |
| Oct 05, 2021 | 328.58 | 335.18 | 326.16 | 332.96 | 332.96 | 35,377,900 |
| Oct 04, 2021 | 335.53 | 335.94 | 322.70 | 326.23 | 326.23 | 42,885,000 |
| Oct 01, 2021 | 341.61 | 345.02 | 338.64 | 343.01 | 343.01 | 14,905,300 |
| Sep 30, 2021 | 340.45 | 342.80 | 338.15 | 339.39 | 339.39 | 16,547,100 |
| Sep 29, 2021 | 343.15 | 345.23 | 338.88 | 339.61 | 339.61 | 14,452,200 |
| Sep 28, 2021 | 347.97 | 349.60 | 338.92 | 340.65 | 340.65 | 21,710,300 |
| Sep 27, 2021 | 349.81 | 355.15 | 347.08 | 353.58 | 353.58 | 15,205,800 |
| Sep 24, 2021 | 343.24 | 354.35 | 342.37 | 352.96 | 352.96 | 18,801,900 |
| Sep 23, 2021 | 345.36 | 349.67 | 343.00 | 345.96 | 345.96 | 21,806,300 |
| Sep 22, 2021 | 347.23 | 349.84 | 340.69 | 343.21 | 343.21 | 43,692,900 |
| Sep 21, 2021 | 358.50 | 360.04 | 355.19 | 357.48 | 357.48 | 11,751,900 |
| Sep 20, 2021 | 359.30 | 361.03 | 349.80 | 355.70 | 355.70 | 19,822,800 |
| Sep 17, 2021 | 371.41 | 371.41 | 361.59 | 364.72 | 364.72 | 26,299,000 |
| Sep 16, 2021 | 372.79 | 373.56 | 369.71 | 373.06 | 373.06 | 11,934,200 |
| Sep 15, 2021 | 377.00 | 377.56 | 367.67 | 373.92 | 373.92 | 17,940,300 |
| Sep 14, 2021 | 377.40 | 378.59 | 375.11 | 376.53 | 376.53 | 8,711,600 |
| Sep 13, 2021 | 381.68 | 381.75 | 374.35 | 376.51 | 376.51 | 13,026,300 |
| Sep 10, 2021 | 381.36 | 383.79 | 378.26 | 378.69 | 378.69 | 11,537,600 |
| Sep 09, 2021 | 377.64 | 379.83 | 376.57 | 378.00 | 378.00 | 9,098,900 |
| Sep 08, 2021 | 380.16 | 380.87 | 374.79 | 377.57 | 377.57 | 11,067,200 |
| Sep 07, 2021 | 375.88 | 382.96 | 373.15 | 382.18 | 382.18 | 10,793,800 |
| Sep 03, 2021 | 374.75 | 377.16 | 373.11 | 376.26 | 376.26 | 7,509,600 |
| Sep 02, 2021 | 381.50 | 381.75 | 374.06 | 375.28 | 375.28 | 14,832,900 |
| Sep 01, 2021 | 379.59 | 384.33 | 378.81 | 382.05 | 382.05 | 11,567,200 |
| Aug 31, 2021 | 379.95 | 382.76 | 378.80 | 379.38 | 379.38 | 12,345,400 |
| Aug 30, 2021 | 372.56 | 381.49 | 370.52 | 380.66 | 380.66 | 13,547,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.



**Total ESG Risk score** ›

**28.0** Medium  32nd percentile

**Earnings** ›

○ Consensus EPS

**Analyst Price Targets (52)** ›

Average 401.01

Low 250.00                    High 466.00

Current 332.46

| Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|
| Beat | Beat | Beat | Beat | — |
| By $0.66 | By $0.93 | By $0.58 | By $0.03 | Jan 25 |

Maintains Strong Buy   10/26/2021

**Financials** ›

Maintains   Credit Suisse: to Outperform   10/26/2021

Annual  Quarterly          Revenue   Earnings

Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos,



private way, as Facebook Reality Labs ... virtual reality ware, and content at home, and merly known as ... e to Meta. Meta Platforms, headquartered in Menlo Park, California.

**Recommendation Rating** ›

1.06

More about Meta Platforms, Inc.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 26, 2021 | 368.38 | 369.44 | 364.13 | 364.38 | 364.38 | 7,888,700 |
| Aug 25, 2021 | 365.60 | 370.86 | 365.40 | 368.39 | 368.39 | 9,684,500 |
| Aug 24, 2021 | 363.66 | 367.96 | 361.84 | 365.51 | 365.51 | 9,235,100 |
| Aug 23, 2021 | 359.44 | 365.69 | 359.10 | 363.35 | 363.35 | 10,942,000 |
| Aug 20, 2021 | 354.60 | 359.99 | 353.31 | 359.37 | 359.37 | 8,693,500 |
| Aug 19, 2021 | 351.35 | 357.57 | 351.00 | 355.12 | 355.12 | 12,004,500 |
| Aug 18, 2021 | 356.25 | 359.86 | 355.15 | 355.45 | 355.45 | 10,042,400 |
| Aug 17, 2021 | 362.98 | 364.67 | 355.07 | 358.45 | 358.45 | 12,328,700 |
| Aug 16, 2021 | 362.52 | 366.95 | 357.38 | 366.56 | 366.56 | 11,222,100 |
| Aug 13, 2021 | 362.97 | 364.66 | 361.48 | 363.18 | 363.18 | 7,192,500 |
| Aug 12, 2021 | 358.45 | 363.00 | 357.11 | 362.65 | 362.65 | 7,170,700 |
| Aug 11, 2021 | 362.10 | 362.36 | 357.81 | 359.96 | 359.96 | 8,400,300 |
| Aug 10, 2021 | 361.83 | 364.10 | 359.04 | 361.13 | 361.13 | 7,469,900 |
| Aug 09, 2021 | 363.76 | 365.78 | 360.75 | 361.61 | 361.61 | 7,798,900 |
| Aug 06, 2021 | 361.40 | 365.15 | 361.40 | 363.51 | 363.51 | 8,918,100 |
| Aug 05, 2021 | 359.64 | 363.90 | 356.90 | 362.97 | 362.97 | 10,247,200 |
| Aug 04, 2021 | 352.42 | 360.48 | 351.51 | 358.92 | 358.92 | 14,180,600 |
| Aug 03, 2021 | 352.73 | 353.77 | 347.70 | 351.24 | 351.24 | 12,406,100 |
| Aug 02, 2021 | 358.10 | 359.40 | 350.74 | 351.95 | 351.95 | 13,180,400 |
| Jul 30, 2021 | 354.00 | 360.73 | 352.94 | 356.30 | 356.30 | 15,966,700 |
| Jul 29, 2021 | 361.00 | 365.52 | 356.74 | 358.32 | 358.32 | 33,413,200 |
| Jul 28, 2021 | 374.56 | 377.55 | 366.93 | 373.28 | 373.28 | 29,676,900 |
| Jul 27, 2021 | 371.91 | 373.15 | 364.55 | 367.81 | 367.81 | 15,705,400 |
| Jul 26, 2021 | 369.58 | 374.44 | 368.22 | 372.46 | 372.46 | 14,925,200 |
| Jul 23, 2021 | 360.91 | 375.33 | 357.19 | 369.79 | 369.79 | 33,694,300 |
| Jul 22, 2021 | 346.68 | 351.54 | 345.21 | 351.19 | 351.19 | 12,385,400 |
| Jul 21, 2021 | 341.50 | 346.52 | 341.25 | 346.23 | 346.23 | 9,279,700 |
| Jul 20, 2021 | 338.80 | 343.45 | 334.50 | 341.66 | 341.66 | 11,024,300 |
| Jul 19, 2021 | 337.57 | 339.79 | 334.54 | 336.95 | 336.95 | 14,372,300 |
| Jul 16, 2021 | 344.91 | 345.99 | 340.14 | 341.16 | 341.16 | 11,026,100 |
| Jul 15, 2021 | 349.23 | 349.23 | 340.22 | 344.46 | 344.46 | 14,781,600 |
| Jul 14, 2021 | 354.56 | 355.20 | 346.73 | 347.63 | 347.63 | 13,894,200 |
| Jul 13, 2021 | 351.50 | 358.49 | 348.80 | 352.09 | 352.09 | 11,456,000 |
| Jul 12, 2021 | 351.23 | 354.19 | 349.64 | 353.16 | 353.16 | 10,018,600 |
| Jul 09, 2021 | 345.32 | 350.71 | 345.27 | 350.42 | 350.42 | 13,018,700 |



Total ESG Risk score ›

**28.0** 22 of... Medium 32nd percentile

Earnings ›



| | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|
| | Beat | Beat | Beat | Beat | — |
| | By $0.66 | By $0.93 | By $0.58 | By $0.03 | Jan 25 |

Consensus EPS

Current 332.46

Price Targets (52) ›

Average 401.01

Low 250.00    High 466.00

Maintains Strong Buy    10/26/2021

Maintains    Credit Suisse: to Outperform    10/26/2021

Financials ›

Annual  Quarterly          Revenue    Earnings



$  2017  2018  2019  2020

© 2022 Yahoo. All rights reserved.

Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos,

**Stock up on stock picks**

Invest smarter with in-depth company data.

Yahoo! finance

Try it free*

... private way, as ...ook Reality Labs ...d virtual reality ...ware, and content ... home, and ...merly known as ...la...e to Meta. Meta Platforms, ...headquartered in Menlo Park, California.



| | Oct | Nov | Dec | Jan | |
|---|---|---|---|---|---|
| NFLX | | | | | 14.23 -2.51% |
| GOOG | | | | | -2.05 -0.07% |
| AMZN | | | | | 22.00 -0.67% |

Recommendation Rating ›

More about Meta Platforms, Inc.

Tesla, Inc.

Strong Buy  Buy  Hold  Under-  Sell

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 07, 2021 | 355.26 | 356.49 | 350.00 | 350.49 | 350.49 | 14,218,900 |
| Jul 06, 2021 | 356.50 | 358.79 | 349.18 | 352.78 | 352.78 | 13,488,500 |
| Jul 02, 2021 | 355.10 | 356.44 | 352.62 | 354.70 | 354.70 | 11,521,300 |
| Jul 01, 2021 | 346.82 | 354.67 | 346.50 | 354.39 | 354.39 | 17,137,000 |
| Jun 30, 2021 | 352.17 | 352.92 | 347.17 | 347.71 | 347.71 | 15,107,500 |
| Jun 29, 2021 | 356.27 | 356.74 | 349.05 | 351.89 | 351.89 | 21,417,300 |
| Jun 28, 2021 | 342.46 | 358.14 | 341.77 | 355.64 | 355.64 | 29,156,100 |
| Jun 25, 2021 | 342.59 | 344.12 | 339.68 | 341.37 | 341.37 | 14,594,400 |
| Jun 24, 2021 | 341.85 | 344.90 | 341.79 | 343.18 | 343.18 | 12,329,100 |
| Jun 23, 2021 | 339.35 | 343.42 | 338.20 | 340.59 | 340.59 | 14,817,800 |
| Jun 22, 2021 | 332.69 | 339.92 | 332.60 | 339.03 | 339.03 | 15,345,300 |
| Jun 21, 2021 | 331.09 | 332.92 | 327.65 | 332.29 | 332.29 | 11,337,500 |
| Jun 18, 2021 | 334.53 | 336.15 | 329.00 | 329.66 | 329.66 | 23,039,500 |
| Jun 17, 2021 | 330.49 | 337.98 | 330.15 | 336.51 | 336.51 | 17,794,100 |
| Jun 16, 2021 | 336.70 | 337.55 | 328.72 | 331.08 | 331.08 | 17,232,200 |
| Jun 15, 2021 | 336.99 | 339.92 | 335.03 | 336.75 | 336.75 | 15,795,200 |
| Jun 14, 2021 | 331.90 | 336.82 | 329.81 | 336.77 | 336.77 | 12,250,800 |
| Jun 11, 2021 | 332.58 | 332.83 | 328.93 | 331.26 | 331.26 | 13,587,900 |
| Jun 10, 2021 | 330.79 | 333.94 | 328.55 | 332.46 | 332.46 | 13,240,200 |
| Jun 09, 2021 | 335.74 | 336.80 | 330.00 | 330.25 | 330.25 | 13,727,900 |
| Jun 08, 2021 | 336.70 | 338.30 | 332.24 | 333.68 | 333.68 | 14,580,500 |
| Jun 07, 2021 | 329.48 | 337.69 | 328.93 | 336.58 | 336.58 | 20,136,700 |
| Jun 04, 2021 | 325.90 | 332.46 | 325.18 | 330.35 | 330.35 | 13,289,400 |
| Jun 03, 2021 | 325.78 | 327.38 | 323.48 | 326.04 | 326.04 | 12,610,800 |
| Jun 02, 2021 | 330.38 | 331.87 | 327.12 | 329.15 | 329.15 | 11,654,300 |
| Jun 01, 2021 | 330.15 | 331.42 | 326.64 | 329.13 | 329.13 | 11,765,900 |
| May 28, 2021 | 331.00 | 332.87 | 328.33 | 328.73 | 328.73 | 12,037,400 |
| May 27, 2021 | 328.00 | 333.78 | 326.76 | 332.75 | 332.75 | 20,477,700 |
| May 26, 2021 | 328.35 | 329.83 | 325.82 | 327.66 | 327.66 | 9,686,900 |
| May 25, 2021 | 327.08 | 329.18 | 324.80 | 327.79 | 327.79 | 16,437,000 |
| May 24, 2021 | 318.21 | 325.95 | 318.03 | 324.63 | 324.63 | 16,445,400 |
| May 21, 2021 | 319.29 | 319.93 | 315.81 | 316.23 | 316.23 | 13,600,900 |
| May 20, 2021 | 313.58 | 319.25 | 313.16 | 318.61 | 318.61 | 17,320,200 |
| May 19, 2021 | 304.19 | 314.66 | 303.57 | 313.59 | 313.59 | 19,106,200 |
| May 18, 2021 | 315.59 | 316.50 | 309.81 | 309.96 | 309.96 | 14,522,400 |

Buy                                    perform
**Total ESG Risk score** ›
**28.0**  **Price Targets (52)** ›
Buy       Medium  92nd percentile

**Earnings** ›                    Average 401.01

Consensus EPS
Low 250.00                          High 466.00
Current 332.46

| | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|
| | Beat | Beat | Beat | Beat | — |
| | By $0.66 | By $0.93 | By $0.58 | By $0.03 | Jan 25 |

Maintains
Strong Buy
10/26/2021

Maintains
Outperform
10/26/2021
Credit Suisse: to
Outperform

**Financials** ›
**Annual** Quarterly          Revenue    Earnings

Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos, videos, and private messages; Messenger, a messaging application for people to connect with friends, family, groups, and businesses across platforms and devices; and WhatsApp, a messaging application that is used by people and businesses to communicate in a private way, as well as Facebook Reality Labs for augmented and virtual reality hardware, software, and content that help people feel connected, anytime, and anywhere. It was formerly known as Facebook, Inc. and changed its name to Meta Platforms, Inc. in October 2021. The company was incorporated in 2004 and is headquartered in Menlo Park, California.

**Recommendation Trends** ›

Strong Buy
Hold
Underperform
Sell

**Recommendation Rating** ›
More about Meta Platforms, Inc.

© 2022 Yahoo. All rights reserved.

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Strong        Buy        Hold        Under-        Sell

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 14, 2021 | 309.54 | 316.85 | 309.08 | 315.94 | 315.94 | 19,245,700 |
| May 13, 2021 | 306.08 | 308.86 | 302.77 | 305.26 | 305.26 | 18,079,200 |
| May 12, 2021 | 301.13 | 304.96 | 298.19 | 302.55 | 302.55 | 24,645,500 |
| May 11, 2021 | 300.75 | 306.84 | 299.69 | 306.53 | 306.53 | 18,920,100 |
| May 10, 2021 | 314.35 | 314.58 | 304.83 | 305.97 | 305.97 | 24,239,200 |
| May 07, 2021 | 322.38 | 322.94 | 318.75 | 319.08 | 319.08 | 15,916,700 |
| May 06, 2021 | 314.52 | 320.24 | 313.27 | 320.02 | 320.02 | 19,012,200 |
| May 05, 2021 | 318.19 | 321.06 | 314.49 | 315.02 | 315.02 | 15,577,600 |
| May 04, 2021 | 320.02 | 322.19 | 313.12 | 318.36 | 318.36 | 24,032,600 |
| May 03, 2021 | 326.17 | 328.55 | 321.84 | 322.58 | 322.58 | 18,719,500 |
| Apr 30, 2021 | 326.14 | 329.82 | 324.50 | 325.08 | 325.08 | 26,332,400 |
| Apr 29, 2021 | 330.12 | 331.81 | 321.61 | 329.51 | 329.51 | 56,526,800 |
| Apr 28, 2021 | 307.36 | 310.92 | 305.37 | 307.10 | 307.10 | 33,907,200 |
| Apr 27, 2021 | 304.28 | 305.34 | 301.11 | 303.57 | 303.57 | 15,309,300 |
| Apr 26, 2021 | 303.34 | 305.80 | 301.56 | 303.04 | 303.04 | 16,172,600 |
| Apr 23, 2021 | 298.76 | 302.59 | 297.15 | 301.13 | 301.13 | 17,536,800 |
| Apr 22, 2021 | 301.33 | 302.92 | 296.04 | 296.52 | 296.52 | 16,375,400 |
| Apr 21, 2021 | 301.95 | 301.98 | 297.39 | 301.47 | 301.47 | 14,863,500 |
| Apr 20, 2021 | 301.99 | 305.10 | 297.21 | 302.65 | 302.65 | 16,796,400 |
| Apr 19, 2021 | 305.01 | 307.70 | 300.56 | 302.24 | 302.24 | 14,553,500 |
| Apr 16, 2021 | 308.17 | 308.95 | 304.61 | 306.18 | 306.18 | 13,059,200 |
| Apr 15, 2021 | 306.34 | 310.14 | 304.10 | 307.82 | 307.82 | 14,558,300 |
| Apr 14, 2021 | 307.30 | 308.03 | 301.95 | 302.82 | 302.82 | 17,421,400 |
| Apr 13, 2021 | 312.21 | 314.43 | 309.32 | 309.76 | 309.76 | 14,036,900 |
| Apr 12, 2021 | 311.05 | 312.15 | 307.93 | 311.54 | 311.54 | 10,881,900 |
| Apr 09, 2021 | 311.40 | 314.74 | 310.33 | 312.46 | 312.46 | 15,988,600 |
| Apr 08, 2021 | 314.85 | 315.88 | 310.05 | 313.02 | 313.02 | 20,894,100 |
| Apr 07, 2021 | 306.34 | 314.25 | 305.50 | 313.09 | 313.09 | 22,855,200 |
| Apr 06, 2021 | 308.84 | 311.35 | 305.25 | 306.26 | 306.26 | 17,335,200 |
| Apr 05, 2021 | 300.89 | 310.77 | 300.68 | 308.91 | 308.91 | 28,237,000 |
| Apr 01, 2021 | 298.40 | 302.40 | 296.60 | 298.66 | 298.66 | 17,616,000 |
| Mar 31, 2021 | 289.99 | 296.50 | 288.61 | 294.53 | 294.53 | 19,498,200 |
| Mar 30, 2021 | 289.83 | 292.47 | 286.70 | 288.00 | 288.00 | 17,474,500 |
| Mar 29, 2021 | 285.77 | 293.18 | 284.70 | 290.82 | 290.82 | 21,718,800 |
| Mar 26, 2021 | 278.30 | 284.50 | 277.77 | 283.02 | 283.02 | 17,629,200 |

Buy                                    perform

### Analyst Price Targets (52) ›

**Average 401.01**

Low 250.00 ————————●———— High 466.00

**Current 332.46**

### Upgrades & Downgrades ›

| Upgrade | HSBC: Reduce to Hold | 12/6/2021 |
|---|---|---|
| Maintains | Jefferies: to Buy | 10/26/2021 |
| Maintains | Monness, Crespi, Hardt: to Buy | 10/26/2021 |
| Maintains | Morgan Stanley: to Overweight | 10/26/2021 |
| Maintains | Raymond James: to Strong Buy | 10/26/2021 |
| Maintains | Credit Suisse: to Outperform | 10/26/2021 |

### Company Profile ›

1601 Willow Road
Menlo Park, CA 94025
United States
650 543 4800
https://investor.fb.com

Sector(s): **Communication Services**
Industry: **Internet Content & Information**
Full Time Employees: **68,177**

Meta Platforms, Inc. develops products that enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality headsets, and in-home devices worldwide. It operates in two segments, Family of Apps and Facebook Reality Labs. The Family of Apps segment's products include Facebook, which enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers; Instagram, a community for sharing photos, videos, and private messages; Messenger, a messaging application for people to connect with friends, family, groups, and businesses across platforms and devices; and WhatsApp, a messaging application that is used by people and businesses to communicate in a private way, as well as other services. The Facebook Reality Labs segment provides augmented and virtual reality related consumer hardware, software, and content that help people feel connected, anytime, and anywhere. The company was formerly known as Facebook, Inc. and changed its name to Meta Platforms, Inc. in October 2021. Meta Platforms, Inc. was founded in 2004 and is headquartered in Menlo Park, California.

More about Meta Platforms, Inc.

Advertise with us

Data Disclaimer  Help  Suggestions
Do Not Sell My Personal Information
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap
© 2022 Yahoo. All rights reserved.