**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Wolfram T. Worms (SBN 202889)
wworms@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Local Counsel for KBC Asset Management NV*

**MOTLEY RICE LLC**
Gregg S. Levin
glevin@motleyrice.com
Joshua C. Littlejohn
jlittlejohn@motleyrice.com
Christopher F. Moriarty
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for KBC Asset Management NV*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------- x

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM, on behalf of itself
and all others similarly situated,

       Plaintiff,

       v.

META PLATFORMS, INC. f/k/a
FACEBOOK, INC., MARK ZUCKERBERG,
DAVID M. WEHNER, and NICK CLEGG,

       Defendants.

-------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civ. A. No. 4:21-cv-08812-JST

**KBC ASSET MANAGEMENT NV'S
REPLY CONCERNING ITS
MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF
SELECTION OF COUNSEL**

CLASS ACTION

DATE:  Thursday, March 10, 2022
TIME:  02:00 pm
DEPT.:  Courtroom 6, 2nd Floor
JUDGE: Hon. Jon S. Tigar

REPLY OF KBC CONCERNING ITS MOT.
CASE NOS. 4:21-cv-08812-JST; 3:21-cv-08873-JST; 3:21-cv-09041-CRB

-------------------------------------------------------- x

BARRY G. DEPOT, Individually and on          :     Civ. A. No. 3:21-cv-08873-JST
Behalf of All Others Similarly Situated,     :
                                             :
        Plaintiff,                           :
                                             :
        v.                                   :
                                             :
META PLATFORMS, INC. f/k/a                    :
FACEBOOK, INC., MARK ZUCKERBERG, :
DAVID M. WEHNER, SUSAN J.S.                   :
TAYLOR, and NICK CLEGG,                       :
                                             :
        Defendants.                          :
-------------------------------------------------------- x
-------------------------------------------------------- x

JUAN PEREZ, Individually and on Behalf of :    Civ. A. No. 3:21-cv-09041-CRB
All Others Similarly Situated,               :
                                             :
        Plaintiff,                           :
                                             :
        v.                                   :
                                             :
META PLATFORMS, INC., MARK                    :
ZUCKERBERG, and DAVID M. WEHNER, :
                                             :
        Defendants.                          :
-------------------------------------------------------- x

On January 10, 2022, KBC Asset Management NV ("KBC") filed a Notice Concerning its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. *See* ECF No. 58 (the "Notice"). In so doing, KBC reserved "the right to file a reply brief to address any arguments raised as to itself or any other movant." *Id.* at 2 n.3.

In its Notice, KBC stated that it did not appear to have the "largest financial interest" under the appropriate class period and that Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab, as the movants with the "largest financial interest," are the presumptive lead plaintiffs. KBC further stated that it did not believe that Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab are subject to any unique defenses that would rebut their entitlement to appointment as lead plaintiffs.

KBC has since reviewed California Public Employees' Retirement System's ("CalPERS") Memorandum of Law in Opposition to Competing Lead Plaintiff Motions, *see* ECF No. 61, and files this memorandum to express its opposition to CalPERS's argument that a "multi-continental alliance between two entities with no prior working relationship" would lead "the putative class [to] certainly suffer," *id.* at 1; *see also id.* at 14 ("Here, the OPERS-PFA Group offers no explanation as to how the putative class could possibly be better off being led by two investors with no familiarity with one another – an ocean (and primary language) apart, no less – jointly serving as lead plaintiff."). As a member of the putative class, KBC does not believe that the appointment of Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab would cause it – or any other class member – to suffer.

In fact, KBC, a European institutional investor, currently serves as a co-class representative with the U.S.-based National Elevator Industry Pension Fund in *In re Twitter Inc. Securities Litigation*, Case No. 3:16-cv-05314-JST (SK) (N.D. Cal.), which is pending before this Court. KBC and National Elevator Industry Pension Fund recently filed a motion for preliminary approval of a settlement worth $809.5 million. *See In re Twitter Inc. Sec. Litig.*,

Case No. 3:16-cv-05314-JST (SK) (N.D. Cal. Jan. 7, 2022), ECF No. 653.  National Elevator Industry Pension Fund is represented in that case by the same counsel that represents CalPERS in this Action.  KBC also has served in other "multi-continental alliances" to the benefit of class members, including *Hatamian v. Advanced Micro Devices, Inc.*, Case No. 4:14-cv-00226-YGR (JSC) (N.D. Cal.) ($29.5 million recovery), and *KBC Asset Management NV v. Aegerion Pharmaceuticals, Inc.*, No. 1:14-cv-10105-MLW (D. Mass.) ($22.5 million recovery).  As in *Twitter*, the U.S.-based members of the lead plaintiff group in *Aegerion* were represented by CalPERS's counsel.

These cases were not one-offs.  Courts routinely appoint two or more investors to serve as lead plaintiff, including when one member of the lead plaintiff group is a European investor or when members of the group did not have a pre-existing relationship.  Indeed, courts nationwide have recognized the myriad benefits that appointment of such groups provide to the class.  For example, in *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800 (2018), the Supreme Court implicitly highlighted the advantages that group leadership of a class action can yield in terms of continuity and stability.  *See id.* at 1807 n.3 (noting "[d]istrict courts often permit aggregation of plaintiffs into plaintiff groups"); *see also Dolan v. Axis Cap. Holdings Ltd.*, 2005 U.S. Dist. LEXIS 6538, at *15 (S.D.N.Y. Apr. 13, 2005) ("The co-lead plaintiff[s] . . . will be able to pool financial resources, knowledge and experiences, and may also reap the 'benefits of joint decision-making' when pressed with difficult choices." (quoting *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. LaBranche & Co.*, 229 F.R.D. 395, 419 (S.D.N.Y. 2004))).

Arguments to the contrary have been soundly rejected by courts in this District and around the country, with one court recognizing that "a pre-existing relationship between entities that comprise a group is not required if the resulting group is small and cohesive enough such that it can adequately control and oversee the litigation." *Eichenholtz v. Verifone Holdings, Inc.*,

2008 WL 3925289, at *8 (N.D. Cal. Aug. 22, 2008).  That is precisely the case here with Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab.

In sum, none of CalPERS's arguments change KBC's view that appointment of Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab as lead plaintiffs is appropriate.

Dated: January 18, 2022                        Respectfully submitted,

**SAXENA WHITE P.A.**
By:  s/ *David R. Kaplan*
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Wolfram T. Worms (SBN 202889)
wworms@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Local Counsel for KBC Asset Management NV*

**MOTLEY RICE LLC**
Gregg S. Levin
glevin@motleyrice.com
Joshua C. Littlejohn
jlittlejohn@motleyrice.com
Christopher F. Moriarty
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for KBC Asset Management NV*

REPLY OF KBC CONCERNING ITS MOT.
CASE NOS. 4:21-cv-08812-JST; 3:21-cv-08873-JST; 3:21-cv-09041-CRB