**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>Defendants. | Case No. 4:21-cv-08812-JST<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF JONATHAN D. USLANER IN FURTHER SUPPORT OF THE MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND PFA PENSION, FORSIKRINGSAKTIESELSKAB FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, AND IN OPPOSITION TO COMPETING MOTION**<br><br>Date: March 10, 2022<br>Time: 2:00 p.m.<br>Dept.: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

*Caption continued on next page.*

REPLY DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:21-cv-08812-JST

| | |
|---|---|
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-08873-JST |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG, | |
| Defendants. | |
| JUAN PEREZ, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-09041-JST |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| META PLATFORMS, INC., MARK ZUCKERBERG, and DAVID M. WEHNER, | |
| Defendants. | |

REPLY DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:21-cv-08812-JST

I, Jonathan D. Uslaner, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this reply declaration in further support of the Motion of Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") for appointment as Lead Plaintiff in the above-captioned related securities class actions (the "Related Actions"), approval of Ohio PERS's and PFA Pension's selection of Bernstein Litowitz to serve as Lead Counsel for the Class, and consolidation of the Related Actions, and in opposition to the competing motion.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      Chart prepared by counsel providing Ohio PERS's and PFA Pension's responses to questions raised by competing movant, the California Public Employees' Retirement System ("CalPERS");

Exhibit B:      Supplemental Joint Declaration of Eric C. Harrell, Anders Damgaard, and Kasper Ahrndt Lorenzen in Further Support of the Motion of Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of Related Actions, and Exhibits 1 and 2 attached thereto;

Exhibit C:      The Nasdaq Opening and Closing Crosses, Quick Reference Guide;

Exhibit D:      Chart prepared by counsel comparing Ohio PERS's and PFA Pension's and CalPERS's number of gross and net shares of Facebook stock purchased during the Class Period, net funds expended to purchase such shares, and losses incurred on such shares;

Exhibit E:      List prepared by counsel of asset managers that manage funds in which CalPERS invests and which held Facebook stock during the Class Period; and

Exhibit F:    The Pension Fund Group's Joint Declaration in Support of Its Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel filed in *In re Cardinal Health, Inc. Securities Litigation*, No. 2:04-cv-00575 (S.D. Ohio Sept. 24, 2004), ECF No. 82-4.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of January, 2022.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

REPLY DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:21-cv-08812-JST