# EXHIBIT B

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>          Defendants. | Case No. 4:21-cv-08812-JST<br><br><u>CLASS ACTION</u><br><br>**SUPPLEMENTAL JOINT DECLARATION OF ERIC C. HARRELL, ANDERS DAMGAARD, AND KASPER AHRNDT LORENZEN IN FURTHER SUPPORT OF THE MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND PFA PENSION, FORSIKRINGSAKTIESELSKAB FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |

*Caption continued on next page.*

SUPPLEMENTAL JOINT DECLARATION
CASE NO. 4:21-cv-08812-JST

| | |
|---|---|
| BARRY G. DEPOT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, SUSAN J.S. TAYLOR, and NICK CLEGG, <br><br> Defendants. | Case No. 4:21-cv-08873-JST <br><br> <u>CLASS ACTION</u> |
| JUAN PEREZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, and DAVID M. WEHNER, <br><br> Defendants. | Case No. 4:21-cv-09041-JST <br><br> <u>CLASS ACTION</u> |

SUPPLEMENTAL JOINT DECLARATION
CASE NO. 4:21-cv-08812-JST

We, Eric C. Harrell, Anders Damgaard, and Kasper Ahrndt Lorenzen, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. We respectfully submit this Supplemental Joint Declaration in further support of the motion of Ohio PERS and PFA Pension for appointment as Lead Plaintiff in the securities class action against Facebook and certain of its senior executives, pursuant to the PSLRA.[1] We each have personal knowledge about the information in this Supplemental Joint Declaration relating to the institution with which we are respectively associated.

2. I, Eric C. Harrell, serve as the General Counsel for Ohio PERS, and I am authorized to make this Supplemental Joint Declaration on behalf of Ohio PERS.

3. We, Anders Damgaard and Kasper Ahrndt Lorenzen, are the Group Chief Financial Officer and Group Chief Investment Officer, respectively, of PFA Pension, and we are authorized to make this Supplemental Joint Declaration on behalf of PFA Pension.

4. Ohio PERS and PFA Pension are aware that in addition to their motion, four other Facebook investors filed motions seeking appointment as Lead Plaintiff in this action. We have been advised that, among those movants, Ohio PERS and PFA Pension assert the largest financial interest in the claims against Facebook, based upon the Class Period alleged in the above-captioned actions. Nonetheless, we have been advised that one competing movant—the California Public Employees' Retirement System ("CalPERS")—has raised a number of questions relating to Ohio PERS's and PFA Pension's motion for appointment as Lead Plaintiff, including questions about Ohio PERS and PFA Pension ceding control of this action to their proposed Lead Counsel and withholding certain information purportedly relevant to the calculation of losses incurred by PFA Pension.

5. This Supplemental Joint Declaration addresses specific questions raised by CalPERS, and reaffirms Ohio PERS's and PFA Pension's commitment to representing the Class. Ohio PERS and PFA Pension are of course willing to provide additional information upon the Court's request. Since Ohio PERS and PFA Pension filed their motion on December 27, 2021,

---

[1] All capitalized terms are defined in Ohio PERS's and PFA Pension's Joint Declaration, unless otherwise indicated. *See* ECF No. 22-4.

Ohio PERS, together with the OAG, and PFA Pension have continued to be actively involved in this litigation, receiving regular updates from counsel regarding the status of this case, as well as a related action initially filed in New York that was subsequently transferred to this District as result of efforts by Ohio PERS, together with the OAG, and PFA Pension. In addition, representatives of Ohio PERS and the OAG, and PFA Pension have continued to communicate by telephone as needed, including a conference call to discuss our continued oversight of this case, as well as questions raised by CalPERS in its January 10, 2022 opposition brief.

6.     We understand that CalPERS speculates that Ohio PERS and PFA Pension were assembled by counsel and suggests that Ohio PERS and PFA Pension did not explain how and why they came together to seek a leadership role in this case. This is wrong. Our prior Joint Declaration provides a clear and detailed description of how Ohio PERS, through the OAG and its counsel, Bernstein Litowitz, filed the first complaint in this District in order to assert the proper Class Period and protect the interests of the Class. The Ohio Attorney General—the statutory legal adviser to Ohio PERS—then issued a press release compliant with the notice requirements of the PSLRA, informing Facebook investors of their right to seek appointment as Lead Plaintiff by the December 27, 2021 deadline. *See* ECF No. 9-1. The Ohio Attorney General's press release expressly invited other institutional investors to join the Ohio Attorney General and Ohio PERS in seeking to hold Facebook and its executives accountable for their misconduct through this litigation.

7.     After learning of the *Ohio* complaint, PFA Pension discussed with counsel the possibility of working together with Ohio PERS and the OAG, understood that the PSLRA expressly permits groups, and that many of the most successful securities fraud class actions were led by groups of institutional investors. PFA Pension specifically informed itself as to the benefits provided by such groups, and recognized the benefits provided by the proactive filing of the complaint by Ohio PERS and the OAG to correct the alleged class period and place the case in the proper venue.

8.     The decision by Ohio PERS, as advised by the OAG, and PFA Pension to collaborate to prosecute this action was undertaken pursuant to the deliberate, established

SUPPLEMENTAL JOINT DECLARATION
CASE NO. 4:21-cv-08812-JST                                                                    2

processes for considering participation in securities litigation.  Their joint motion also followed a discussion by representatives of the OAG and PFA Pension, during which they discussed the Facebook litigation and their objectives for jointly prosecuting this important case, among other topics.  These discussions followed detailed discussions among board members and executives at both Ohio PERS and PFA Pension.  Accordingly, CalPERS's contention that Ohio PERS and PFA Pension are acting at the behest of their counsel is belied by the systematic processes that Ohio PERS, through the OAG, and PFA Pension followed in determining whether to become actively involved in this case and whether to join together to pursue a role as Lead Plaintiff.

9.    CalPERS also suggests that Ohio PERS and PFA Pension's partnership somehow "dilutes" their control over the litigation.  That is not true.  Ohio PERS and PFA Pension both understand the tangible benefits to serving as part of a Lead Plaintiff partnership, including that it affords the Class the benefit of combined resources, and gives the Class the advantages of the knowledge, experience, and judgment of both institutions.

10.    The decision to partner was also informed by Ohio PERS's and the OAG's experience serving as part of lead plaintiff groups in securities class actions under the PSLRA.  *See In re Bank of Am. Corp. Sec., Derivative, & ERISA Litig.*, No. 09-md-2058 (S.D.N.Y.) (Ohio PERS serving as lead plaintiff along with four other institutional investors and recovering $2.425 billion for investors); *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-cv-3852 (S.D.N.Y.) (serving as lead plaintiff along with three other institutional investors and recovering $150 million for investors).  Through that experience Ohio PERS and the OAG experienced firsthand the benefits to serving as part of lead plaintiff groups, including the ability to combine resources and collaborate on important litigation decisions.  In the decades during which Ohio PERS and the OAG served as part of lead plaintiff groups, they are not aware of any instance of disagreement between group members that could not be resolved through discussion and collaboration among the members of the group.  Accordingly, in the unlikely event that any such disputes arise, we plan to engage in thorough discussion with each other and our counsel to come to a resolution.

11.    Representatives of our respective institutions have communicated with each other and counsel throughout this process and will continue to do so to address important litigation

decisions. Those discussions followed the due diligence that Ohio PERS, though the OAG, and PFA Pension each independently undertook in determining to seek Lead Plaintiff appointment in this case, their joint discussions concerning the goals of our respective institutions for the litigation, and the importance of selecting qualified counsel to prosecute the Class's interests in an efficient and cost-effective manner. Ohio PERS, with advice and counsel from the OAG, and PFA Pension are highly confident in their ability to lead this litigation together and are committed to ensuring that the Class receives the best possible representation. Ohio PERS and PFA Pension believe that their proposed Lead Counsel, under their supervision, will deliver such a result.

12. We, Anders Damgaard and Kasper Ahrndt Lorenzen, are also Group Executive Directors of PFA Pension and, under PFA Pension's Articles of Association, we have signing authority to enter legally binding agreements on behalf of PFA Pension. *See* Exhibit 1 (signing authorities and specimen signatures of PFA Pension).

13. We understand that CalPERS questions certain of PFA Pension's Class Period purchases of Facebook stock and speculates that those purchases could have been transfers, wash accounting entries, or private transactions. CalPERS is wrong. As set forth in the attached excerpts of transaction reports from PFA Pension's custodian, J.P. Morgan, all of those transactions were open market purchases. *See* Exhibit 2 (excerpted and redacted J.P. Morgan report of all settled trades in all securities for Høj Risiko PFAPlus from July 1, 2021 through November 1, 2021, reflecting trade details for Facebook purchases questioned by CalPERS). Each of those purchases was made through a U.S. dollar denominated cash account with J.P. Morgan in New York. *See id*. The trade dates, share quantities, and prices on the transaction reports match the dates, quantities, and prices set forth in PFA Pension's Certification. *See id*.; ECF No. 22-2. In addition, the fact that the transaction reports reflect that PFA Pension paid a broker's commission on each of these purchases further demonstrates that they were market transactions executed through third-party brokers. *See id*. Indeed, before we signed PFA Pension's PSLRA Certification, one of our colleagues reviewed each of those transactions and confirmed that they were all market transactions, and that the Certification correctly reflects the price of those transactions.

SUPPLEMENTAL JOINT DECLARATION
CASE NO. 4:21-cv-08812-JST                                                                                          4

14.    We also understand that CalPERS questions whether "PFA Pension is legally entitled under applicable Danish law to claim as its own losses suffered by Høj Risiko PFAPlus, PFA Klima Aktier, PFA Indeks Global Aktier, and PFA Indeks USA Aktier." CalPERS's question ignores the evidence previously submitted by PFA Pension and distorts PFA Pension's structure. As reflected in the Joint Declaration, PFA Pension, Forsikringsaktieselskab—which is defined throughout as "PFA Pension" and is the institution that is seeking appointment as Lead Plaintiff along with Ohio PERS—has legal title to the Facebook stock listed in its Certification, and has the authority to sue in its own name for damages suffered on those investments.

15.    PFA Pension's trading in Facebook was done through four units of PFA Pension: Høj Risiko PFAPlus, PFA Klima Aktier, PFA Indeks Global Aktier, and PFA Indeks USA Aktier. These are not independent legal entities, but rather are structured as economic entities within PFA Pension. These are component parts of PFA Pension, and do not have the legal capacity to bring suit independent of PFA Pension, which has legal title to the Facebook shares identified in PFA Pension's Certification.

16.    In the interest of full transparency, PFA Pension disclosed that other PFA entities owned Facebook stock during the Class Period. Those entities are legally separate from PFA Pension, PFA Pension does not have legal title to the Facebook shares owned by those other PFA entities, and PFA Pension does not have the legal authority to sue on behalf of those entities. Those other PFA entities are also not members of the Class, because they did not purchase any Facebook stock during the Class Period. As a result, those other PFA entities could not incur losses or gains on Facebook investments during the Class Period. As such, those other PFA entities could not seek appointment as Lead Plaintiff in this case, and their holdings of Facebook stock could not be included with the transactions of PFA Pension.

17.    Ohio PERS and PFA Pension hereby reaffirm their commitment to satisfying the fiduciary obligations that Ohio PERS and PFA Pension will assume if appointed Lead Plaintiff, including by dedicating the resources necessary to oversee counsel and the prosecution of this case. Ohio PERS and PFA Pension will ensure that the Facebook securities litigation will be

vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class, and will seek to obtain the best possible recovery for the Class.

**[REMAINDER INTENTIONALLY BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Ohio PERS are true to the best of my knowledge.  Executed this __18th__ day of January, 2022.

_____
Eric C. Harrell
On behalf of Ohio Public Employees
Retirement System

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to PFA Pension are true to the best of our knowledge.  Executed this 17th day of January, 2022.


_____
Anders Damgaard
On behalf of PFA Pension,
Forsikringsaktieselskab

_____
Kasper Ahrndt Lorenzen
On behalf of PFA Pension,
Forsikringsaktieselskab

SUPPLEMENTAL JOINT DECLARATION
CASE NO. 4:21-cv-08812-JST

# Exhibit 1

Confirmation of signing rights of PFA Pension

To whom it may concern

**Confirmation of signing rights of PFA Pension**

Nærværende bekræftelse dokumenterer tegningsforholdet i PFA Pension, forsikringsaktieselskab (CVR-nr. 13 59 43 76) ("PFA"). Tegningsforholdet regulerer hvem, der kan indgå bindende, juridiske aftaler på vegne af selskabet, dvs. hvornår medlemmer af selskabets direktion eller bestyrelse kan forpligte selskabet.

*This document confirms the signing rights of PFA Pension, forsikringsaktieselskab (company registration number 13 59 43 76) ("PFA"). The signing rights regulate who is authorized to enter into legally binding agreements on behalf of the company, i.e. when the members of the company's executive board or board of directors may obligate the company.*

I henhold til § 66 i lov om finansiel virksomhed kan tegningsretten, der tilkommer de enkelte medlemmer af bestyrelsen eller direktionen kun udøves af mindst to i forening. I tillæg hertil kan tegningsretten i henhold til selskabslovens § 135, stk. 3 i selskabets vedtægter begrænses således, at tegningsretten kun kan udøves af flere medlemmer i forening eller af et eller flere bestemte medlemmer hver for sig eller i forening. Selskabets til enhver tid gældende vedtægtsmæssige tegningsret skal være registreret i det Centrale Virksomhedsregister.

*According to section 66 of the Danish Financial Business Act, the signing right applicable to each individual member of the executive board and board of directors may only be exercised by at least two in conjunction. In addition, the company's articles of association may according to section 135(3) of the Danish Companies Act state a limitation to the company's signing rights so that the company only may be obligated by several members jointly or by one or more specific members alone or jointly. The company's signing rights shall be registered in the Danish Central Business Register at all times.*

I henhold til pkt. 12.1 i PFA's vedtægter forpligtes selskabet:

- af bestyrelsens formand eller en næstformand i forbindelse med en direktør,
- af to direktører i forening, eller
- af den samlede bestyrelse.

*According to section 12.1 of PFA's Articles of Association, the company is bound by:*

- *the joint signatures of the chairman or a vice chairman of the board of directors and a member of the executive board;*
- *by the joint signatures of two members of the executive board; or*
- *by the joint signatures of all members of the board of directors.*


Mere til dig

Confirmation of signing rights of PFA Pension

Nærværende bekræftelse tjener alene til verifikation af PFA's tegningsregel og skal således ikke forstås som dokumentation for, at de for selskabet tegningsberettigede har godkendt eller truffet en konkret beslutning.

*The purpose of the above is solely to verify PFA's signing rights, thus it does not constitute documentation that the signatories have assented to or made a specific decision.*

\*\*\*\*\*\*

Copenhagen, 1 July 2021

Executive Management of PFA Pension, forsikringsaktieselskab

_____
Allan Polack
Group CEO

_____
Anders Damgaard
Group Executive Director/Group CFO

_____
Camilla Holm
Group Executive Director

_____
Mads Kaagaard
Group Executive Director

_____
Kasper Ahrndt Lorenzen
Group Executive Director/Group CIO

PFA Pension, forsikringsaktieselskab, Sundkrogsgade 4, 2100 København Ø
CVR: 13 59 43 76

Side 2 af 2

**PFA**

Mere til dig

# Exhibit 2



# Settled Trades
### Detail
**From: 01-Jul-2021  To: 01-Nov-2021**

**Custody**                                                                                                 **Settled Trades**

| | | |
|---|---|---|
| **Account:** | | **Linked Custody Account:** |
| **Cash Account:** | **Transaction Status:** ▮ | **Trade Date:** ▮ |
| **Location/Nominee:** | | **Contractual S/D:** |
| **Reg./Sub Acct:** | **ASDA/CSDA:** ▮ | **Actual S/D:** |
| | | **Autosettle Date:** |
| **Transaction Number:** | **Customer Reference 1:** ▮ | **Value Date:** ▮ |
| **Transaction Type:** | **Customer Reference 2:** | **Last Update Date:** |
| **Transaction Category:** | | **Last Update Time:** ▮ |
| **Asset Type:** | **Units:** ▮ | |
| **Asset Category:** | **Current Face:** | |
| **Security ID:** | | |
| **OCC ID:**  **S&P CUSIP:** | **Price:** ▮ | **Factor:** |
| **Security Name:** | **Principal Amount:** ▮ | **Previous Factor:** |
| | **Income Amount:** ▮ | |
| | **Commission:** ▮ USD | |
| **ISIN:** ▮  **Ticker:** ▮ | **Other Charges:** ▮ | |
| **Coupon Rate:**  **Maturity Date:** | | |
| **Pool Number:** | **Net Amount:** ▮ **USD** | |
| **Trading Broker:** ▮ | | |
| **Clearing Broker:** ▮ | | |
| **Additional Information:** ▮ | | |

| | | |
|---|---|---|
| **Account:** 58390 PP 2298 - HOJ RISIKO | | **Linked Custody Account:** |
| **Cash Account:** 40332213 USD USD | **Transaction Status:** SETTLED | |
| **Location/Nominee:** 001 JPMCB NEW YORK | | **Trade Date:** 13-Jul-2021 |
| **Reg./Sub Acct:** 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** CSDA | **Contractual S/D:** 15-Jul-2021 |
| | | **Actual S/D:** 15-Jul-2021 |
| **Transaction Number:** TNR2ZCD9 | **Customer Reference 1:** TNR2XLKK-PRE | **Autosettle Date:** |
| **Transaction Type:** PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** 15-Jul-2021 |
| **Transaction Category:** PURCHASE | | **Last Update Date:** 15-Jul-2021 |
| | **Units:** 24,800.0000000 | **Last Update Time:** 09:02:58 |
| **Asset Type:** EQUITY | **Current Face:** | |
| **Asset Category:** COMMON STOCK | | |
| **Security ID:** B7TL820 | **Price:** 352.0900000 | **Factor:** |
| **OCC ID:**  **S&P CUSIP:** | **Principal Amount:** 8,731,832.00 | **Previous Factor:** |
| **Security Name:** META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | |
| | **Commission:** 873.18 USD | |
| **ISIN:** US30303M1027  **Ticker:** FB | **Other Charges:** 0.00 | |
| **Coupon Rate:**  **Maturity Date:** | | |
| **Pool Number:** | **Net Amount:** **(8,732,705.18)** **USD** | |
| **Trading Broker:** 08952JPMORGAN SECS INC, NY DTC060 | | |
| **Clearing Broker:** 00115JPMORGAN CLEARING CORP NY DTC00352 | | |
| **Additional Information:** 541 | | |

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
## Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                                          **Settled Trades**

| | | | |
|---|---|---|---|
| **Account:** | | **Linked Custody Account:** | |
| **Cash Account:** | **Transaction Status:** ▉ | **Trade Date:** | ▉ |
| **Location/Nominee:** | | **Contractual S/D:** | ▉ |
| **Reg./Sub Acct:** | **ASDA/CSDA:** ▉ | **Actual S/D:** | |
| **Transaction Number:** ▉ | **Customer Reference 1:** ▉ | **Autosettle Date:** | |
| **Transaction Type:** ▉ | **Customer Reference 2:** | **Value Date:** | ▉ |
| **Transaction Category:** ▉ | | **Last Update Date:** | |
| | **Units:** ▉ | **Last Update Time:** | ▉ |
| **Asset Type:** ▉ | **Current Face:** | | |
| **Asset Category:** ▉ | | | |
| **Security ID:** ▉ | **Price:** ▉ | **Factor:** | |
| **OCC ID:**          **S&P CUSIP:** | **Principal Amount:** ▉ | **Previous Factor:** | |
| **Security Name:** ▉ | **Income Amount:** ▉ | | |
| | **Commission:** ▉ USD | | |
| **ISIN:** ▉          **Ticker:** ▉ | **Other Charges:** ▉ | | |
| **Coupon Rate:**          **Maturity Date:** | | | |
| **Pool Number:** | **Net Amount:** ▉ **USD** | | |
| **Trading Broker:** ▉ | | | |
| **Clearing Broker:** ▉ | | | |
| **Additional Information:** ▉ | | | |

| | | | |
|---|---|---|---|
| **Account:** 58390 PP 2298 - HOJ RISIKO | | **Linked Custody Account:** | |
| **Cash Account:** 40332213 USD USD | **Transaction Status:** SETTLED | | |
| **Location/Nominee:** 001 JPMCB NEW YORK | | **Trade Date:** | 16-Jul-2021 |
| **Reg./Sub Acct:** 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** CSDA | **Contractual S/D:** | 20-Jul-2021 |
| | | **Actual S/D:** | 20-Jul-2021 |
| **Transaction Number:** TNR44GKY | **Customer Reference 1:** TNR44DTK-PRE | **Autosettle Date:** | |
| **Transaction Type:** PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** | 20-Jul-2021 |
| **Transaction Category:** PURCHASE | | **Last Update Date:** | 20-Jul-2021 |
| | **Units:** 29,769.0000000 | **Last Update Time:** | 08:24:33 |
| **Asset Type:** EQUITY | **Current Face:** | | |
| **Asset Category:** COMMON STOCK | | | |
| **Security ID:** B7TL820 | **Price:** 344.9100000 | **Factor:** | |
| **OCC ID:**          **S&P CUSIP:** | **Principal Amount:** 10,267,625.79 | **Previous Factor:** | |
| **Security Name:** META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | | |
| | **Commission:** 1,026.76 USD | | |
| **ISIN:** US30303M1027          **Ticker:** FB | **Other Charges:** 0.00 | | |
| **Coupon Rate:**          **Maturity Date:** | | | |
| **Pool Number:** | **Net Amount:** (10,268,652.55) **USD** | | |
| **Trading Broker:** 08952JPMORGAN SECS INC, NY DTC060 | | | |
| **Clearing Broker:** 00115JPMORGAN CLEARING CORP NY DTC00352 | | | |
| **Additional Information:** 541 | | | |

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
### Detail
**From: 01-Jul-2021  To: 01-Nov-2021**

**Custody**                                                                                                      **Settled Trades**

| | | | | |
|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** SETTLED | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | **Trade Date:** | 16-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** CSDA | **Contractual S/D:** | 18-Aug-2021 |
| | | | **Actual S/D:** | 18-Aug-2021 |
| **Transaction Number:** | TPDFKM18 | **Customer Reference 1:** TPDFK919-PRE | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** | 18-Aug-2021 |
| **Transaction Category:** | PURCHASE | | **Last Update Date:** | 18-Aug-2021 |
| | | **Units:** 19,330.0000000 | **Last Update Time:** | 03:59:12 |
| **Asset Type:** | EQUITY | **Current Face:** | | |
| **Asset Category:** | COMMON STOCK | | | |
| **Security ID:** | B7TL820 | **Price:** 366.5600000 | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** | **Principal Amount:** 7,085,604.80 | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | | |
| | | **Commission:** 708.56  USD | | |
| **ISIN:** | US30303M1027  **Ticker:** FB | **Other Charges:** 0.00 | | |
| **Coupon Rate:** | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** **(7,086,313.36)** USD | | |

**Trading Broker:** 25995SOCIETE GENERALE
**Clearing Broker:** 00015BROWN BROS HARRIMAN NY DTC00010

**Additional Information:** 541



---



## Settled Trades
### Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                                    **Settled Trades**

| | | | | |
|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** SETTLED | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | **Trade Date:** | 18-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** CSDA | **Contractual S/D:** | 20-Aug-2021 |
| | | | **Actual S/D:** | 20-Aug-2021 |
| **Transaction Number:** | TPDGGXLB | **Customer Reference 1:** TPDGGKRT-PRE | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** | 20-Aug-2021 |
| **Transaction Category:** | PURCHASE | | **Last Update Date:** | 20-Aug-2021 |
| | | **Units:** 29,178.0000000 | **Last Update Time:** | 12:03:52 |
| **Asset Type:** | EQUITY | **Current Face:** | | |
| **Asset Category:** | COMMON STOCK | | | |
| **Security ID:** | B7TL820 | **Price:** 355.4500000 | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** | **Principal Amount:** 10,371,320.10 | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | | |
| | | **Commission:** 1,037.13 USD | | |
| **ISIN:** | US30303M1027 **Ticker:** FB | **Other Charges:** 0.00 | | |
| **Coupon Rate:** | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** **(10,372,357.23)** USD | | |

**Trading Broker:** 26218JEFFERIES GMBH
**Clearing Broker:** 00017CITIBANK NEW YORK DTC00908

**Additional Information:** 541

| | | | | |
|---|---|---|---|---|
| **Account:** | ▓▓▓▓ | | **Linked Custody Account:** | |
| **Cash Account:** | ▓▓▓▓ | **Transaction Status:** ▓▓ | | |
| **Location/Nominee:** | ▓▓▓▓ | | **Trade Date:** | ▓▓ |
| **Reg./Sub Acct:** | ▓▓▓▓ | **ASDA/CSDA:** ▓▓ | **Contractual S/D:** | |
| | | | **Actual S/D:** | |
| **Transaction Number:** | ▓▓▓▓ | **Customer Reference 1:** ▓▓▓▓ | **Autosettle Date:** | |
| **Transaction Type:** | ▓▓▓▓ | **Customer Reference 2:** | **Value Date:** | ▓▓ |
| **Transaction Category:** | ▓▓▓▓ | | **Last Update Date:** | |
| | | **Units:** ▓▓ | **Last Update Time:** | ▓▓ |
| **Asset Type:** | ▓▓ | **Current Face:** | | |
| **Asset Category:** | ▓▓ | | | |
| **Security ID:** | ▓▓ | **Price:** ▓▓ | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** ▓▓ | **Principal Amount:** ▓▓ | **Previous Factor:** | |
| **Security Name:** | ▓▓▓▓ | **Income Amount:** | | |
| | | **Commission:** ▓▓ USD | | |
| **ISIN:** | ▓▓ **Ticker:** ▓▓ | **Other Charges:** ▓▓ | | |
| **Coupon Rate:** | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** ▓▓ USD | | |

**Trading Broker:** ▓▓▓▓
**Clearing Broker:** ▓▓▓▓

**Additional Information:** ▓▓

---

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
**Detail**
**From: 01-Jul-2021  To: 01-Nov-2021**

**Custody**                                                                                                          **Settled Trades**

| | |
|---|---|
| **Account:** | |
| **Cash Account:** | |
| **Location/Nominee:** | |
| **Reg./Sub Acct:** | |

| | |
|---|---|
| **Transaction Status:** | |
| **ASDA/CSDA:** | |
| **Customer Reference 1:** | |
| **Customer Reference 2:** | |

| | |
|---|---|
| **Linked Custody Account:** | |
| **Trade Date:** | |
| **Contractual S/D:** | |
| **Actual S/D:** | |
| **Autosettle Date:** | |
| **Value Date:** | |
| **Last Update Date:** | |
| **Last Update Time:** | |

---

| | |
|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO |
| **Cash Account:** | 40332213 USD USD |
| **Location/Nominee:** | 001 JPMCB NEW YORK |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY |
| **Transaction Number:** | TPDHL5M9 |
| **Transaction Type:** | PURCHASE: SECURITY |
| **Transaction Category:** | PURCHASE |
| **Asset Type:** | EQUITY |
| **Asset Category:** | COMMON STOCK |
| **Security ID:** | B7TL820 |
| **OCC ID:** | **S&P CUSIP:** |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 |
| **ISIN:** | US30303M1027    **Ticker:** FB |
| **Coupon Rate:** | **Maturity Date:** |
| **Pool Number:** | |
| **Trading Broker:** | 05188MORGAN STANLEY FRANKFURT |
| **Clearing Broker:** | 00048MORGAN STANLEY & CO. INTERNATIONAL |
| **Additional Information:** | 541 |

| | |
|---|---|
| **Transaction Status:** | SETTLED |
| **ASDA/CSDA:** | CSDA |
| **Customer Reference 1:** | TPDHC9DD-PRE |
| **Customer Reference 2:** | |
| **Units:** | 58,937.0000000 |
| **Current Face:** | |
| **Price:** | 359.3700000 |
| **Principal Amount:** | 21,180,189.69 |
| **Income Amount:** | 0.00 |
| **Commission:** | 2,118.02    USD |
| **Other Charges:** | 0.00 |
| **Net Amount:** | **(21,182,307.71)  USD** |

| | |
|---|---|
| **Linked Custody Account:** | |
| **Trade Date:** | 20-Aug-2021 |
| **Contractual S/D:** | 24-Aug-2021 |
| **Actual S/D:** | 24-Aug-2021 |
| **Autosettle Date:** | |
| **Value Date:** | 24-Aug-2021 |
| **Last Update Date:** | 24-Aug-2021 |
| **Last Update Time:** | 08:28:36 |
| **Factor:** | |
| **Previous Factor:** | |

---

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
## Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                                          **Settled Trades**

| | | | | | |
|---|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** | SETTLED | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | | **Trade Date:** | 23-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** | CSDA | **Contractual S/D:** | 25-Aug-2021 |
| | | | | **Actual S/D:** | 25-Aug-2021 |
| **Transaction Number:** | TPDJ2S84 | **Customer Reference 1:** | TPDHYYSF-PRE | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | | **Value Date:** | 25-Aug-2021 |
| **Transaction Category:** | PURCHASE | | | **Last Update Date:** | 25-Aug-2021 |
| | | **Units:** | 38,173.0000000 | **Last Update Time:** | 05:11:46 |
| **Asset Type:** | EQUITY | **Current Face:** | | | |
| **Asset Category:** | COMMON STOCK | | | | |
| **Security ID:** | B7TL820 | **Price:** | 363.3500000 | **Factor:** | |
| **OCC ID:** | | **S&P CUSIP:** | | **Principal Amount:** | 13,870,159.55 | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** | 0.00 | | |
| | | **Commission:** | 1,387.02   USD | | |
| **ISIN:** | US30303M1027      **Ticker:**  FB | **Other Charges:** | 0.00 | | |
| **Coupon Rate:** | | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** | **(13,871,546.57)   USD** | | |

**Trading Broker:** 05188MORGAN STANLEY FRANKFURT
**Clearing Broker:** 00048MORGAN STANLEY & CO. INTERNATIONAL

**Additional Information:** 541

| | | | | | |
|---|---|---|---|---|---|
| **Account:** | ▉ | | | **Linked Custody Account:** | |
| **Cash Account:** | ▉ | **Transaction Status:** | ▉ | | |
| **Location/Nominee:** | ▉ | | | **Trade Date:** | ▉ |
| **Reg./Sub Acct:** | ▉ | **ASDA/CSDA:** | ▉ | **Contractual S/D:** | ▉ |
| | | | | **Actual S/D:** | |
| **Transaction Number:** | ▉ | **Customer Reference 1:** | ▉ | **Autosettle Date:** | |
| **Transaction Type:** | ▉ | **Customer Reference 2:** | | **Value Date:** | ▉ |
| **Transaction Category:** | ▉ | | | **Last Update Date:** | ▉ |
| | | **Units:** | ▉ | **Last Update Time:** | ▉ |
| **Asset Type:** | ▉ | **Current Face:** | | | |
| **Asset Category:** | ▉ | | | | |
| **Security ID:** | ▉ | **Price:** | ▉ | **Factor:** | |
| **OCC ID:** | | **S&P CUSIP:** | | **Principal Amount:** | ▉ | **Previous Factor:** | |
| **Security Name:** | ▉ | **Income Amount:** | | | |
| | | **Commission:** | ▉   USD | | |
| **ISIN:** | ▉      **Ticker:**  ▉ | **Other Charges:** | ▉ | | |
| **Coupon Rate:** | | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** | ▉   **USD** | | |

**Trading Broker:** ▉
**Clearing Broker:** ▉

**Additional Information:** ▉

---

**Please refer to the disclaimer page at the end of this report for further information.**



## Settled Trades
### Detail
**From: 01-Jul-2021  To: 01-Nov-2021**

**Custody**                                                                                   **Settled Trades**

| | | |
|---|---|---|
| **Account:** | **Transaction Status:** ▉ | **Linked Custody Account:** |
| **Cash Account:** ▉ | | **Trade Date:** ▉ |
| **Location/Nominee:** ▉ | **ASDA/CSDA:** ▉ | **Contractual S/D:** |
| **Reg./Sub Acct:** ▉ | | **Actual S/D:** |
| **Transaction Number:** ▉ | **Customer Reference 1:** ▉ | **Autosettle Date:** |
| **Transaction Type:** ▉ | **Customer Reference 2:** | **Value Date:** ▉ |
| **Transaction Category:** ▉ | | **Last Update Date:** |
| | **Units:** ▉ | **Last Update Time:** ▉ |
| **Asset Type:** ▉ | **Current Face:** | |
| **Asset Category:** ▉ | | |
| **Security ID:** ▉ | **Price:** ▉ | **Factor:** |
| **OCC ID:** **S&P CUSIP:** | **Principal Amount:** ▉ | **Previous Factor:** |
| **Security Name:** ▉ | **Income Amount:** ▉ | |
| | **Commission:** ▉ USD | |
| **ISIN:** ▉ **Ticker:** ▉ | **Other Charges:** ▉ | |
| **Coupon Rate:** **Maturity Date:** | | |
| **Pool Number:** | **Net Amount:** ▉ **USD** | |
| **Trading Broker:** ▉ | | |
| **Clearing Broker:** ▉ | | |
| **Additional Information:** ▉ | | |

| | | |
|---|---|---|
| **Account:** 58390 PP 2298 - HOJ RISIKO | **Transaction Status:** SETTLED | **Linked Custody Account:** |
| **Cash Account:** 40332213 USD USD | | **Trade Date:** 24-Aug-2021 |
| **Location/Nominee:** 001 JPMCB NEW YORK | **ASDA/CSDA:** CSDA | **Contractual S/D:** 26-Aug-2021 |
| **Reg./Sub Acct:** 001 LONDON OFFICE NO. 3 ACC. NY | | **Actual S/D:** 26-Aug-2021 |
| **Transaction Number:** TPDJMQ2C | **Customer Reference 1:** TPDJGXB3-PRE | **Autosettle Date:** |
| **Transaction Type:** PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** 26-Aug-2021 |
| **Transaction Category:** PURCHASE | | **Last Update Date:** 26-Aug-2021 |
| | **Units:** 76,813.0000000 | **Last Update Time:** 03:59:52 |
| **Asset Type:** EQUITY | **Current Face:** | |
| **Asset Category:** COMMON STOCK | | |
| **Security ID:** B7TL820 | **Price:** 365.5100000 | **Factor:** |
| **OCC ID:** **S&P CUSIP:** | **Principal Amount:** 28,075,919.63 | **Previous Factor:** |
| **Security Name:** META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | |
| | **Commission:** 2,807.59 USD | |
| **ISIN:** US30303M1027 **Ticker:** FB | **Other Charges:** 0.00 | |
| **Coupon Rate:** **Maturity Date:** | | |
| **Pool Number:** | **Net Amount:** **(28,078,727.22)** **USD** | |
| **Trading Broker:** 05188MORGAN STANLEY FRANKFURT | | |
| **Clearing Broker:** 00048MORGAN STANLEY & CO. INTERNATIONAL | | |
| **Additional Information:** 541 | | |

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
### Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                              **Settled Trades**



| | | |
|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | |
| **Cash Account:** | 40332213 USD USD | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | |

| | | |
|---|---|---|
| **Transaction Status:** | SETTLED | |
| **ASDA/CSDA:** | CSDA | |

| | | |
|---|---|---|
| **Linked Custody Account:** | | |
| **Trade Date:** | 25-Aug-2021 |
| **Contractual S/D:** | 27-Aug-2021 |
| **Actual S/D:** | 27-Aug-2021 |

| | | |
|---|---|---|
| **Transaction Number:** | TPDK6Z37 | |
| **Transaction Type:** | PURCHASE: SECURITY | |
| **Transaction Category:** | PURCHASE | |

| | |
|---|---|
| **Customer Reference 1:** | TPDK1W0B-PRE |
| **Customer Reference 2:** | |

| | |
|---|---|
| **Autosettle Date:** | |
| **Value Date:** | 27-Aug-2021 |
| **Last Update Date:** | 27-Aug-2021 |
| **Last Update Time:** | 09:54:11 |

| | |
|---|---|
| **Asset Type:** | EQUITY |
| **Asset Category:** | COMMON STOCK |
| **Security ID:** | B7TL820 |
| **OCC ID:** | |
| **S&P CUSIP:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 |

| | |
|---|---|
| **Units:** | 76,813.0000000 |
| **Current Face:** | |

| | |
|---|---|
| **Price:** | 368.3900000 |
| **Principal Amount:** | 28,297,141.07 |
| **Income Amount:** | 0.00 |
| **Commission:** | 2,829.71 USD |
| **Other Charges:** | 0.00 |

| | |
|---|---|
| **Factor:** | |
| **Previous Factor:** | |

| | |
|---|---|
| **ISIN:** | US30303M1027 |
| **Ticker:** | FB |
| **Coupon Rate:** | |
| **Maturity Date:** | |
| **Pool Number:** | |

| | |
|---|---|
| **Net Amount:** | (28,299,970.78) USD |

| | |
|---|---|
| **Trading Broker:** | 05188MORGAN STANLEY FRANKFURT |
| **Clearing Broker:** | 00048MORGAN STANLEY & CO. INTERNATIONAL |

| | |
|---|---|
| **Additional Information:** | 541 |

---

**Please refer to the disclaimer page at the end of this report for further information.**



## Settled Trades
### Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                                   **Settled Trades**

| | | | | | |
|---|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** | SETTLED | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | | **Trade Date:** | 26-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** | CSDA | **Contractual S/D:** | 30-Aug-2021 |
| | | | | **Actual S/D:** | 30-Aug-2021 |
| **Transaction Number:** | TPDKQLN5 | **Customer Reference 1:** | TPDKKV2L-PRE | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | | **Value Date:** | 30-Aug-2021 |
| **Transaction Category:** | PURCHASE | | | **Last Update Date:** | 30-Aug-2021 |
| | | **Units:** | 67,009.0000000 | **Last Update Time:** | 08:36:59 |
| **Asset Type:** | EQUITY | **Current Face:** | | | |
| **Asset Category:** | COMMON STOCK | | | | |
| **Security ID:** | B7TL820 | **Price:** | 364.3800000 | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** | **Principal Amount:** | 24,416,739.42 | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** | 0.00 | | |
| | | **Commission:** | 2,441.67  USD | | |
| **ISIN:** | US30303M1027     **Ticker:** FB | **Other Charges:** | 0.00 | | |
| **Coupon Rate:** | **Maturity Date:** | | | | |
| **Pool Number:** | | **Net Amount:** | **(24,419,181.09)  USD** | | |

**Trading Broker:**   05188MORGAN STANLEY FRANKFURT
**Clearing Broker:**  00048MORGAN STANLEY & CO. INTERNATIONAL

**Additional Information:**   541



---

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
## Detail
**From: 01-Jul-2021  To: 01-Nov-2021**

**Custody**                                                                                        **Settled Trades**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** | SETTLED | | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | | | **Trade Date:** | 30-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** | CSDA | | **Contractual S/D:** | 01-Sep-2021 |
| | | | | | **Actual S/D:** | 01-Sep-2021 |
| **Transaction Number:** | TPDLQMDT | **Customer Reference 1:** | TPDLQHBS-PRE | | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | | | **Value Date:** | 01-Sep-2021 |
| **Transaction Category:** | PURCHASE | | | | **Last Update Date:** | 01-Sep-2021 |
| | | **Units:** | 33,503.0000000 | | **Last Update Time:** | 07:38:40 |
| **Asset Type:** | EQUITY | **Current Face:** | | | | |
| **Asset Category:** | COMMON STOCK | | | | | |
| **Security ID:** | B7TL820 | **Price:** | 380.6600000 | | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** | **Principal Amount:** | 12,753,251.98 | | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** | 0.00 | | | |
| | | **Commission:** | 1,275.33 | USD | | |
| **ISIN:** | US30303M1027    **Ticker:** FB | **Other Charges:** | 0.00 | | | |
| **Coupon Rate:** | **Maturity Date:** | | | | | |
| **Pool Number:** | | **Net Amount:** | **(12,754,527.31)** | **USD** | | |

**Trading Broker:**  05188MORGAN STANLEY FRANKFURT
**Clearing Broker:**  00048MORGAN STANLEY & CO. INTERNATIONAL

**Additional Information:**  541



**Please refer to the disclaimer page at the end of this report for further information.**

**D-620-039-756**                                                                           **13-Jan-2022 10:45:11**



# Settled Trades
## Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                 **Settled Trades**

| | | | | | |
|---|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | | | **Linked Custody Account:** | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** | SETTLED | | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | | **Trade Date:** | 31-Aug-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** | CSDA | **Contractual S/D:** | 02-Sep-2021 |
| | | | | **Actual S/D:** | 02-Sep-2021 |
| **Transaction Number:** | TPDMMWKM | **Customer Reference 1:** | TPDMMSPK-PRE | **Autosettle Date:** | |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | | **Value Date:** | 02-Sep-2021 |
| **Transaction Category:** | PURCHASE | | | **Last Update Date:** | 02-Sep-2021 |
| | | **Units:** | 10,771.0000000 | **Last Update Time:** | 06:31:16 |
| **Asset Type:** | EQUITY | **Current Face:** | | | |
| **Asset Category:** | COMMON STOCK | | | | |
| **Security ID:** | B7TL820 | **Price:** | 379.3800000 | **Factor:** | |
| **OCC ID:** | **S&P CUSIP:** | **Principal Amount:** | 4,086,301.98 | **Previous Factor:** | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** | 0.00 | | |
| | | **Commission:** | 408.63  USD | | |
| **ISIN:** | US30303M1027   **Ticker:** FB | **Other Charges:** | 0.00 | | |
| **Coupon Rate:** | **Maturity Date:** | | | | |
| **Pool Number:** | | **Net Amount:** | **(4,086,710.61)  USD** | | |

| | |
|---|---|
| **Trading Broker:** | 05188MORGAN STANLEY FRANKFURT |
| **Clearing Broker:** | 00048MORGAN STANLEY & CO. INTERNATIONAL |

**Additional Information:**  541





# Settled Trades
## Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                      **Settled Trades**

| | | | |
|---|---|---|---|
| **Account:** ███████ | **Transaction Status:** ████ | **Linked Custody Account:** | |
| **Cash Account:** ██████ | | **Trade Date:** ████ | |
| **Location/Nominee:** ██████ | **ASDA/CSDA:** ███ | **Contractual S/D:** | |
| **Reg./Sub Acct:** ███████ | | **Actual S/D:** | |
| **Transaction Number:** ████ | **Customer Reference 1:** ██████ | **Autosettle Date:** | |
| **Transaction Type:** █████ | **Customer Reference 2:** | **Value Date:** ████ | |
| **Transaction Category:** █████ | | **Last Update Date:** | |
| | **Units:** █████ | **Last Update Time:** | |
| **Asset Type:** ███ | **Current Face:** | | |
| **Asset Category:** █████ | | | |
| **Security ID:** ███ | **Price:** █████ | **Factor:** | |
| **OCC ID:**      **S&P CUSIP:** ██████ | **Principal Amount:** █████ | **Previous Factor:** | |
| **Security Name:** ████████ | **Income Amount:** ██ | | |
| | **Commission:** ███ USD | | |
| **ISIN:** █████    **Ticker:** ██ | **Other Charges:** ██ | | |
| **Coupon Rate:**     **Maturity Date:** | | | |
| **Pool Number:** | **Net Amount:** ██████ **USD** | | |
| **Trading Broker:** ███████ | | | |
| **Clearing Broker:** ███████ | | | |
| **Additional Information:** ██ | | | |

| | | | |
|---|---|---|---|
| **Account:** 58390 PP 2298 - HOJ RISIKO | **Transaction Status:** SETTLED | **Linked Custody Account:** | |
| **Cash Account:** 40332213 USD USD | | **Trade Date:** 02-Sep-2021 | |
| **Location/Nominee:** 001 JPMCB NEW YORK | **ASDA/CSDA:** CSDA | **Contractual S/D:** 07-Sep-2021 | |
| **Reg./Sub Acct:** 001 LONDON OFFICE NO. 3 ACC. NY | | **Actual S/D:** 07-Sep-2021 | |
| **Transaction Number:** TPDP0ZN4 | **Customer Reference 1:** TPDP0WTJ-PRE | **Autosettle Date:** | |
| **Transaction Type:** PURCHASE: SECURITY | **Customer Reference 2:** | **Value Date:** 07-Sep-2021 | |
| **Transaction Category:** PURCHASE | | **Last Update Date:** 07-Sep-2021 | |
| | **Units:** 14,339.0000000 | **Last Update Time:** 03:57:29 | |
| **Asset Type:** EQUITY | **Current Face:** | | |
| **Asset Category:** COMMON STOCK | | | |
| **Security ID:** B7TL820 | **Price:** 375.2800000 | **Factor:** | |
| **OCC ID:**      **S&P CUSIP:** | **Principal Amount:** 5,381,139.92 | **Previous Factor:** | |
| **Security Name:** META PLATFORMS INC COMMON STOCK USD 0.000006 | **Income Amount:** 0.00 | | |
| | **Commission:** 538.11 USD | | |
| **ISIN:** US30303M1027    **Ticker:** FB | **Other Charges:** 0.00 | | |
| **Coupon Rate:**     **Maturity Date:** | | | |
| **Pool Number:** | **Net Amount:** (5,381,678.03) **USD** | | |
| **Trading Broker:** 00311GOLDMAN SACHS INTL LONDON | | | |
| **Clearing Broker:** 00001GOLDMAN SACHS INTL DTC05208 | | | |
| **Additional Information:** 541 | | | |

**Please refer to the disclaimer page at the end of this report for further information.**



# Settled Trades
### Detail
### From: 01-Jul-2021  To: 01-Nov-2021

**Custody**                                                                                                                    **Settled Trades**

| | | | | |
|---|---|---|---|---|
| **Account:** | 58390 PP 2298 - HOJ RISIKO | **Linked Custody Account:** | | |
| **Cash Account:** | 40332213 USD USD | **Transaction Status:** | SETTLED | |
| **Location/Nominee:** | 001 JPMCB NEW YORK | | | **Trade Date:** 14-Oct-2021 |
| **Reg./Sub Acct:** | 001 LONDON OFFICE NO. 3 ACC. NY | **ASDA/CSDA:** | CSDA | **Contractual S/D:** 18-Oct-2021 |
| | | | | **Actual S/D:** 18-Oct-2021 |
| **Transaction Number:** | TPF9HHDL | **Customer Reference 1:** | TPF9HD3F-PRE | **Autosettle Date:** |
| **Transaction Type:** | PURCHASE: SECURITY | **Customer Reference 2:** | | **Value Date:** 18-Oct-2021 |
| **Transaction Category:** | PURCHASE | | | **Last Update Date:** 18-Oct-2021 |
| | | **Units:** | 54,756.0000000 | **Last Update Time:** 05:10:44 |
| | | **Current Face:** | | |
| **Asset Type:** | EQUITY | | | |
| **Asset Category:** | COMMON STOCK | **Price:** | 328.5300000 | **Factor:** |
| **Security ID:** | B7TL820 | **Principal Amount:** | 17,988,988.68 | **Previous Factor:** |
| **OCC ID:** | **S&P CUSIP:** | **Income Amount:** | 0.00 | |
| **Security Name:** | META PLATFORMS INC COMMON STOCK USD 0.000006 | **Commission:** | 1,798.90 USD | |
| **ISIN:** | US30303M1027   **Ticker:** FB | **Other Charges:** | 0.00 | |
| **Coupon Rate:** | **Maturity Date:** | | | |
| **Pool Number:** | | **Net Amount:** | **(17,990,787.58) USD** | |

**Trading Broker:** 05188MORGAN STANLEY FRANKFURT
**Clearing Broker:** 00048MORGAN STANLEY & CO. INTERNATIONAL

**Additional Information:** 541



**Please refer to the disclaimer page at the end of this report for further information.**