# EXHIBIT C

# The Nasdaq Opening and Closing Crosses

Quick Reference Guide

**The Nasdaq Opening Cross**[SM] **and Closing Cross**[SM] **are open to all securities listed on the Nasdaq, NYSE, Amex and NYSE Arca exchanges.**

## Opening Order Types

**Regular Hours Orders**: Executable from 9:30 a.m. to 4:00 p.m., Eastern Time* (ET), including during the cross.

- Includes Day, GTC and IOC orders.
- Market Orders placed after 9:28 a.m. will be held until the market opens and will not participate in the Opening Cross.

**On-Open (OO) Orders**: Executable only during the cross.

- Market-on-open (MOO) must be received prior to 9:28 a.m.
- Limit-on-open (LOO) orders may be entered until 9:29:30 a.m. However, LOO orders entered after 9:28 a.m. will be accepted at their limit price, unless its limit price is more aggressive than the 9:28 a.m. Reference Price or the security's previous day's official Closing Price, in which case the Late LOO order will re-price to the more aggressive of the two prices.
- LOO orders with a TIF other than IOC received after 9:29:30 a.m. are treated as Imbalance-Only orders.

**System Hours Orders**: Are posted and available for execution immediately and may participate in the Opening Cross.

- Includes, extended Day, extended GTC and extended immediate-or-cancel orders.
- Executable during normal and extended hours (4:00 a.m. to 8:00 p.m.). No market orders during extended hours.

**Imbalance-Only (IO) Orders**: Executable only during the Cross.

- Liquidity-providing orders that stabilize the crossing price.
- IO orders to buy (or sell) that are priced more aggressively than the 9:30 a.m., Nasdaq bid (or ask) will be adjusted to the Nasdaq bid (or ask) prior to the execution of the Cross.

## Opening Timeline of Events

### 4:00 A.M.

Trading and order entry begins.

- Nasdaq begins accepting entry of orders.
- Entered orders can be canceled.
- Pre-open trading session begins for system hours orders.
- System hours orders are firm and are disseminated over market data feeds.

### 9:25 A.M.

- Dissemination of opening order imbalance information begins.
- MOO, LOO and IO orders may be submitted but not updated or canceled.

### 9:28 A.M.

- MOO orders may no longer be entered, canceled or canceled/replaced.
- LOO orders may be entered until 9:29:30 a.m., but may not be canceled or modified after posting on the order book.

### 9:29:30 A.M.

- LOO orders received after 9:29:30 a.m. are treated as Imbalance-Only orders.
- IO orders may be submitted but not updated or canceled.

### 9:30 A.M

The Opening Cross occurs.

- The Opening Cross process begins, Nasdaq Official Opening Prices are disseminated, and executions are sent to the tape.

NORTH AMERICAN MARKETS

## Opening Cross Execution Priority[1]

1.  MOO orders and early (pre-9:28 a.m.) regular hours market orders.

2.  Orders priced more aggressively than the crossing price, including:

    • LOO orders, early regular hours limit orders (display and reserve), IO orders, and extended hours orders (display and reserve).

3.  Orders priced at the crossing price, including:

    • LOO orders, IO orders and displayed portion of early regular hours limit orders and extended hours orders in time priority.

    • Extended hours orders reserve in time priority.

## Nasdaq Cross Times (all times Eastern)

### Opening Cross

| | |
|---|---|
| 4:00 a.m. | Trading and order entry begins |
| 9:25 a.m. | Dissemination of imbalance information begins |
| 9:30 a.m. | The Opening Cross initiated |

### Closing Cross

| | |
|---|---|
| 3:50 p.m. | Dissemination of imbalance information begins |
| 4:00 p.m. | The Closing Cross initiated |

## Closing Order Types

On-Close (OC) Orders: Executable only during the Cross.

• Market-on-close (MOC) must be received prior to 3:55 p.m.

• Imbalance-Only (IO) Orders: Executable only during the Cross.

• Limit-on-close (LOC) received after 3:55 p.m. will be accepted at its limit price, unless its limit price is more aggressive than the 3:50 p.m. or the 3:55 p.m. Reference Prices, in which case the Late LOC order will re-price to the more aggressive of the two Prices. LOC orders must be received prior to 3:58 p.m. Note: If there is no crossing interest eligible for the Closing Cross and thus no 3:50 p.m. and no 3:55 p.m. Reference prices, LOC orders received after 3:55 p.m. will not be accepted

• IO orders to buy (or sell) that are priced more aggressively than the 4:00 p.m. Nasdaq bid (or ask) will be adjusted to the Nasdaq bid (or ask) prior to the execution of the Cross.

## Closing Timeline of Events

### PRIOR TO 3:55 P.M.

Nasdaq begins accepting MOC, LOC and IO orders.

• Entered orders can be canceled.

### 3:55 P.M.

Dissemination of closing order imbalance information begins.

• Nasdaq stops accepting entry, cancellation or cancel/replacement of MOC orders.

• LOC Orders may be entered until 3:58 p.m. ET, but may not be canceled or modified after posting on the order book

### 3:58 P.M.

• Nasdaq stops accepting entry of LOC orders.

• IO orders may be submitted but not updated or canceled.

### 4:00 P.M.

The Closing Cross occurs.

• Nasdaq Official Closing Prices are disseminated and executions are sent to the tape.

## Closing Cross Execution Priority[1]

1.  MOC orders in price/time priority.

    • IO orders and displayed interest of limit orders/quotes in price/time priority.

    • Reserve size for the above executes last at each price level before moving on to the next price level.

2.  LOC orders in price/time priority.

1 Priority for IO orders will be applied after the limit prices of IO orders have been adjusted to reflect the Nasdaq Inside at the time of the Opening / Closing Cross.

THIS QUICK REFERNECE GUIDE IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE RULES GOVERNING THE OPERATION OF HTE NASDAQ SYSTEMS CAN BE FOUND AT HTTP://NASDAQ.CCHWALLSTREET.COM.

© Copyright 2018. All rights reserved. Nasdaq and is registered trademarks of Nasdaq, Inc. 1459-Q21