# EXHIBIT D

**Comparison of *Lax* Factors**

| Movant | FIFO Loss | LIFO Loss | Shares Purchased | Net Shares Purchased | Net Funds Expended |
|---|---|---|---|---|---|
| Ohio PERS | ($3,057,509) | ($2,611,240) | 139,221 | 86,526 | $31,034,206 |
| PFA Pension | ($16,405,568) | ($16,405,568) | 561,135 | 142,210 | $56,176,176 |
| **Ohio PERS and PFA Pension** | **($19,463,076)** | **($19,016,808)** | **700,356** | **228,736** | **$87,210,382** |
| **CalPERS** | **($9,904,887)** | **($7,801,910)** | **433,559** | **72,147** | **$27,156,886** |