# EXHIBIT E

**List Of Asset Managers That Manage Funds In Which
CalPERS Invests And Which Held Facebook Stock During The Class Period**

Affinity Capital Advisors LLC
Alta Wealth Advisors LLC
Avenue 1 Advisors LLC
Birch Hill Investment Advisors LLC
Blackstone Inc
Clarus Group Inc
Clearwater Capital Advisors LLC
Clearwater Management Co Inc
Essex Investment Management Co LLC
Essex LLC
Essex Private Wealth Management LLC
Golden State Equity Partners LLC
Golden State Wealth Management LLC
Greenleaf Trust
Grosvenor Holdings LLC
Insight Advisors LLC/PA
Madison Asset Management LLC
Newbridge Financial Services Group
Palladium Partners LLC
Providence Capital Advisors LLC
Redwood Investment Management LLC
Resolute Advisors LLC
Sierra Capital LLC
Summit Asset Management LLC
Summit Financial Group Inc
Summit Financial LLC
Summit Investment Partners Inc
Summit Wealth and Retirement Planning Inc.
Summit Wealth Group LLC
Summit X LLC
TPG Advisors LLC
TPG Financial Advisors LLC
Triton Wealth Management PLLC
Vantagepoint Investment Advisers
Vista Capital Partners Inc
Vista Investment Management LLC
Vista Wealth Management Group LLC
Wellspring Financial Advisors LLC