# EXHIBIT F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| GERALD BURGER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 2:04-cv-00575-ALM-NMK |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Marbley<br>Magistrate Judge King |
| CARDINAL HEALTH, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

[Caption continued on following page.]

THE PENSION FUND GROUP'S JOINT DECLARATION IN SUPPORT
OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF ITS SELECTION OF LEAD COUNSEL

# EXHIBIT C

Case: 2:04-cv-00575-SBA Doc Document 4 Filed: 10/08/04 Page: 2 of 9 PageID#: 2163

| | |
|---|---|
| TODD FENER, On Behalf of Himself and All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>                  Defendants. | No. 2:04-cv-00579-EAS-NMK<br><br>CLASS ACTION<br><br>Judge Sargus<br>Magistrate Judge King |
| E. MILES SENN, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>                  Defendants. | No. 2:04-cv-00597-JDH-NMK<br><br>CLASS ACTION<br><br>Judge Holschuh<br>Magistrate Judge King |
| DAVID KIM, On Behalf of Himself and All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>                  Defendants. | No. 2:04-cv-00598-JDH-TPK<br><br>CLASS ACTION<br><br>Judge Holschuh<br>Magistrate Judge Kemp |
| ARACE BROTHERS, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>                  Defendants. | No. 2:04-cv-00604-JDH-NMK<br><br>CLASS ACTION<br><br>Judge Holschuh<br>Magistrate Judge King |

[Caption continued on following page.]

Case: 2:04-cv-00575-JDH-NMK Doc #: 82-4 Filed: 10/03/04 Page: 1 of 9 PAGEID #: 2164

| | | |
|---|---|---|
| JOHN HESSIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:04-cv-00635-JDH-NMK<br><br>CLASS ACTION<br><br>Judge Holschuh<br>Magistrate Judge King |
| CONSTANCE MATTHEWS LIVING TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:04-cv-00636-JLG-MRA<br><br>CLASS ACTION<br><br>Judge Graham<br>Magistrate Judge Abel |
| MARISS PARTNERS, LLP, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 2:04-cv-00649-GCS-MRA<br><br>CLASS ACTION<br><br>Judge Smith<br>Magistrate Judge Abel |
| THE STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:04-cv-00831-GCS-NMK<br><br>CLASS ACTION<br><br>Judge Smith<br>Magistrate Judge King |

1. This Declaration is made by and on behalf of the Pension Fund Group in support of its Motion for Appointment of the Pension Fund Group as Lead Plaintiff and Approval of Its Selection of Lead Counsel ("Lead Plaintiff Motion").

2. I, Patricia Madrid, am the duly elected Attorney General for The State of New Mexico and provide counsel to the New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico ("New Mexico"). New Mexico is a public pension fund which manages over $18 billion in assets. The office of the Attorney General will continue to direct this litigation together with its co-movants and New Mexico's outside counsel. New Mexico is accustomed to acting as a public servant and endows the Pension Fund Group with the unique experience that comes from serving in that capacity.

3. I, Gabriel P. Caprio, am President of Amalgamated Bank, as Trustee for the LongView Collective Investment Fund, the LongView 600 Small Cap Collective Fund, the LongView VEBA 500 and the LongView Quantitative Fund ("Amalgamated Bank"). Amalgamated Bank is America's oldest union owned and operated Labor Bank with more than $8 billion in assets. Amalgamated Bank is an experienced fiduciary that has successfully prosecuted several securities litigations, including *In re Sprint Corp. Securities Litigation,* No. 01-4080-CM (D. Kan.) where it was appointed lead plaintiff together with PACE Industry Union-Management Pension Fund and four other institutional investors and achieved a substantial financial recovery for the Class in addition to valuable corporate governance enhancements.

4. I, James P. Condon, am the Deputy Counsel of Central States, Southeast and Southwest Areas Pension Fund ("Central States"). Central States is a multi-employer pension fund and one of the nation's largest Taft-Hartley Funds, with more than 150,000 active participants. Central States provides benefit payments to more than 206,000 retirees and surviving spouses each month. As of December 31, 2003, Central States' assets exceeded $17 billion. On May 27, 2004,

Central States was certified as a class representative in the *In re Cisco Systems, Inc., Securities Litigation*, No. C-01-20418-JW(PVT) (N.D. Cal.) – one of the largest securities fraud class actions in California history. In addition, Central States was recently appointed lead plaintiff with the California Ironworkers in *In re McDonalds Corp. Securities Litigation*, No. 04-C-2452 (N.D. Ill.). Previously, Central States worked together with Amalgamated Bank in the *In re Enron Corp. Securities Litigation* (MDL No. 1446 (S.D. Tex.).

5. I, Boyd Young, am the Chairman of PACE Industry Union-Management Pension Fund ("PACE") and I, Patricia A. Barnard, am Secretary of PACE. PACE is a qualified Taft-Hartley Defined Benefit plan that is jointly administered by employer and union trustees. Currently, PACE administers over $1.5 billion of pension and retirement benefits for 75,000 plan participants, including paper, pulp and board mills workers and manufacturing, refinery and chemical workers from the Oil, Chemical & Atomic Workers Union that merged with the PACE International Union in 1999. PACE has experience in securities class action matters and successfully prosecuted the *In re Sprint Corporation Securities Litigation* (No. 01-4080-CM (D. Kan.), together with Amalgamated Bank.

6. I, Bruce R. Bailey, am counsel to the California Ironworkers Field Trust Funds ("California Ironworkers"). The California Ironworkers has approximately $1.6 billion in total assets and provides retirement, health insurance, and other benefits to more than 10,000 participants, including members of the Ironworkers Union in the states of California, Nevada, and Arizona. The California Ironworkers was recently appointed lead plaintiff together with Central States in the *In re McDonalds Corp. Securities Litigation* Case No. 04-C-2422 (D. Kan.).

7. We have personal knowledge of the facts set forth herein and could and would testify competently thereto. As evidenced by our respective Certifications filed with our Lead Plaintiff

- 2 -

Motion, the Pension Fund Group purchased Cardinal Health, Inc. securities during the Class Period and suffered substantial losses in connection therewith.

8. The members of the Pension Fund Group understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors with meaningful losses to become involved in leading securities class actions. As detailed in the Pension Fund Group's lead plaintiff motion, each member of the Pension Fund Group is a large, sophisticated institutional investor which is committed to vigorously prosecuting this litigation.

9. The Pension Fund Group is committed to continuing to actively direct this litigation and maximize the recovery for the class by attending hearings, depositions and/or trial as well as overseeing the preparation and filing of pleadings, as appropriate. For example, the Pension Fund Group has already taken the necessary steps to ensure that strict liability and negligence claims can be asserted for those class members who acquired their Cardinal shares via stock for stock mergers which were consummated during the Class Period. Further, the Pension Fund Group understands that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and intends to continue to work with one another and class counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy.

10. The members of the Pension Fund Group have conferred amongst themselves and with our selected lead counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, in connection with our joint prosecution of the litigation and intend to continue to work together to provide fair and adequate representation by overseeing counsel and obtaining the largest recovery for the class consistent with good faith and sound judgment. The individuals designated by the respective members of the Pension Fund have conferred and the Pension Fund Group has implemented procedures and processes designed to maximize the recovery for the class, including a joint decision-making process to facilitate the efficient and effective prosecution of this litigation.

- 3 -

11. We understand that certain other lead plaintiff applicants have filed papers stating that the members of the Pension Fund Group are not aware that they are involved in this case and/or that they were "packaged together" by counsel. This is incorrect. In fact, each of the members of the Pension Fund Group is an experienced fiduciary and made an affirmative decision to jointly seek lead plaintiff status, understanding that it could have either sought lead plaintiff status individually or taken no action and remained an absent class member. The Pension Fund Group believes that the class will benefit from the Pension Fund Group's collective financial and legal resources and experience.

12. The Pension Fund Group selected Lerach Coughlin Stoia Geller Rudman & Robbins LLP as its proposed lead class counsel for the Pension Fund Group and the class based on the firm's substantial experience and expertise in prosecuting securities class actions.

13. We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Oct. 8 2004

THE NEW MEXICO STATE INVESTMENT COUNCIL/PUBLIC EMPLOYEES RETIREMENT SYSTEM OF NEW MEXICO

By: Patricia Madrid
Attorney General of New Mexico

DATED: Oct. 6, 2004

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND

By: James P. Condon
Its: Deputy General Counsel

-4-

DATED: _10 - 8 . 04_

PACE INDUSTRY UNION-MANAGEMENT
PENSION FUND

By: Doyle Young, Chairman
By: Patricia A. Baroni, Secretary

DATED: _October 6, 2004_

AMALGAMATED BANK, AS TRUSTEE FOR
THE LONGVIEW COLLECTIVE INVESTMENT
FUND, THE LONGVIEW 600 SMALL CAP
COLLECTIVE FUND, THE LONGVIEW VEBA
500 AND THE LONGVIEW QUANTITATIVE
FUND

By: Gabriel P. Caprio
Its: President

DATED: _Oct 7, 2004_

CALIFORNIA IRONWORKERS FIELD TRUST
FUNDS

By: Bruce R. Bailey
Its: Fund Counsel

-5-

Case: 2:04-cv-00575-ALM-NMK Doc #: 82-4 Filed: 10/08/04 Page: 9 of 9 PAGEID #: 2169