UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEE ANN NGIAN,<br><br>    Plaintiff,<br><br> v.<br><br>FACEBOOK INC., et al.,<br><br>    Defendants. | Case No. 22-cv-01261-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Tigar for consideration of whether the case is related to *Ohio Public Employees Retirement System v. Meta Platforms, Inc.*, No. CV 21-8812.

  **IT IS SO ORDERED.**

Dated: March 3, 2022

_____
VINCE CHHABRIA
United States District Judge