UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-08812-JST<br><br>**ORDER TERMINATING MOTIONS; REQUIRING ADDITIONAL BRIEFING; AND CONTINUING HEARINGS**<br><br>Re: ECF Nos. 22, 25, 27, 46, 49, 67 |
| BARRY G. DEPOT,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-08873-JST<br><br>Re: ECF No. 19 |
| JUAN PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-09041-JST<br><br>Re: ECF No. 21 |

These cases are before the Court on competing motions to appoint lead plaintiff and lead counsel, and unopposed motions to consolidate.

Rahul Saraf, KBC Asset Management NV, and Wee Ann Ngian have conceded that they are not the presumptively most adequate plaintiff because they do not have "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). These parties'

1   motions are therefore terminated.  Case No. 21-cv-08812, ECF Nos. 25, 46, 49; Case No.

2   21-cv-08873, ECF No. 19; Case No. 21-cv-09041, ECF No. 21.

3         The remaining motions to appoint lead plaintiff and lead counsel have been filed by Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension"), Case No. 21-cv-08812, ECF No. 25, and California Public Employees' Retirement System ("CalPERS"), Case No. 21-cv-08812, ECF No. 27.  CalPERS raised questions in its opposition about Ohio PERS and PFA Pension's adequacy to serve as lead plaintiffs.  Ohio PERS and PFA Pension responded in their reply, including by providing a supplemental declaration, Case No. 21-cv-08812, ECF No. 63-3.  CalPERS has not had an opportunity to respond to this supplemental evidence, and the Court will therefore require additional briefing.[1]

      Also, since the above motions were filed, *Ngian v. Facebook, Inc.* has been transferred to this district from the United States District Court for the Eastern District of New York and opened as Case No. 22-cv-01261.  *Ngian* has been referred to this Court for consideration of whether it is related to these cases.  Case No. 21-cv-08812, ECF No. 67.

      In light of all of the above, the Court sets the following schedule:

      1.      By March 18, 2022, CalPERS shall file a supplemental brief either withdrawing its opposition to Ohio PERS and PFA Pension's motion or addressing the supplemental evidence filed by Ohio PERS and PFA Pension with their reply.  This brief shall not exceed seven pages.

      2.      Ohio PERS and PFA Pension may file a supplemental reply, of no more than five pages, by March 25, 2022.  They may not attach additional evidence to their reply brief.

      3.      Responses to the referral order regarding whether *Ngian* should be related by this Court are currently due on March 7, 2022.  *See* Civil L.R. 3-12(e); Civil L.R. 7-11(b).  The Court extends this deadline to March 11, 2022.  In addition to expressing any opposition to or support for relating *Ngian*, the parties shall file by that date any opposition to or support for consolidating *Ngian*.  If any statements in opposition to relation or consolidation are filed, parties may, but are

---

[1] Although the Court is not required to consider evidence submitted with reply briefs, it will do so here.  Ohio PERS and PFA Pension submitted information in direct response to issues raised by CalPERS in its opposition brief.

1  not required to, file a reply in support.  Any replies are due by March 18, 2022.

2      4.    The hearing on the motions filed by CalPERS and Ohio PERS and PFA Pension is
3  continued to April 28, 2022.

4  **IT IS SO ORDERED.**

5  Dated:  March 3, 2022



JON S. TIGAR
United States District Judge

3