Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Counsel for Defendants Mark Zuckerberg, David M. Wehner, Nick Clegg, Peggy Alford, Marc L. Andreessen, Erskine B. Bowles, Susan D. Desmond-Hellmann, Reed Hastings, Andrew W. Houston, Nancy Killefer, Robert M. Kimmitt, Sheryl K. Sandberg, Peter Thiel, and Tracey T. Travis and Nominal Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>    Defendants. | Case No. 4:21-cv-08812-JST<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES** |
| MARK SLOAN, derivatively on behalf of META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v. | Case No. 3:22-cv-00903-WHO<br><br>Judge: Hon. William H. Orrick<br><br>Date Action Filed: February 14, 2022 |

MARK ZUCKERBERG, DAVID M. WEHNER, NICK CLEGG, PEGGY ALFORD, MARC L. ANDREESSEN, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, ANDREW W. HOUSTON, NANCY KILLEFER, ROBERT M. KIMMITT, SHERYL K. SANDBERG, PETER THIEL, and TRACEY T. TRAVIS,

    Defendants,

    and

META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Nominal Defendant.

---

HUGUES GERVAT, derivatively on behalf of META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Plaintiff,

    v.

MARK ZUCKERBERG, DAVID M. WEHNER, NICK CLEGG, PEGGY ALFORD, MARC L. ANDREESSEN, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, ANDREW W. HOUSTON, NANCY KILLEFER, ROBERT M. KIMMITT, SHERYL K. SANDBERG, PETER THIEL, and TRACEY T. TRAVIS,

    Defendants,

    and

META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Nominal Defendant.

Case No. 3:22-cv-01206-AGT

Judge: Hon. Alex G. Tse

Date Action Filed: February 25, 2022

2

Pursuant to Civil Local Rules 3-12 and 7-11, defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta") hereby notifies this Court of three related actions pending in this district:

- *Ohio Public Employees Retirement System v. Meta Platforms, Inc.*, No. 4:21-cv-08812-JST (filed November 11, 2021) (the "*OPERS* Action");

- *Sloan v. Zuckerberg*, No. 3:22-cv-00903-WHO (the "*Sloan* Action") (filed February 14, 2022); and

- *Gervat v. Zuckerberg*, No. 3:22-cv-01206-AGT (filed February 25, 2022) (the "*Gervat* Action").

The *Sloan* Action is currently assigned to the Hon. William H. Orrick, and the *Gervat* Action is currently assigned to the Hon. Alex G. Tse.

Under this Court's Local Rules, actions are related to one another if they "concern substantially the same parties, property, transaction, or event," and "[it] appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civil L.R. 3-12(a)(1)-(2).  The *OPERS*, *Sloan* and *Gervat* Actions satisfy these standards.

The *OPERS* Action is a putative investor class action that asserts claims against Meta and certain individual defendants including Mark Zuckerberg, David Wehner, and Nick Clegg under various provisions of the Securities Exchange Act of 1934 (the "Exchange Act"), including Section 10(b) and SEC Rule 10b-5 thereunder, alleging that defendants made purportedly false and misleading statements that purportedly caused losses to investors who purchased Meta common stock.  The *Sloan* and *Gervat* Actions are both putative shareholder derivative actions that purport to assert claims on behalf of Meta against certain individual defendants including Mr. Zuckerberg, Mr. Wehner, and Mr. Clegg on various theories including claims under Section 10(b) of the Exchange Act, based on allegations that are substantially similar to one another and to the allegations in the *OPERS* case.

All three actions have been brought by individuals who purport to be Meta stockholders, and many of the same public statements by Meta are at issue in all three actions.  Mr. Zuckerberg,

Mr. Wehner, and Mr. Clegg are defendants in all three actions. Relation is proper where, as here, the "cases involve overlapping causes of action and factual inquiries." *In re Facebook Priv. Litig.*, No. C 10-02389-JW, 2010 WL 5387616, at *1 (N.D. Cal. Dec. 21, 2010). Indeed, the cover sheets filed with the complaints in the *Sloan* Action and the *Gervat* Action each stated that the case relates to the *OPERS* Action, and the cover sheet field with the *Gervat* complaint also noted its relation to the *Sloan* Action. *See* Civil Cover Sheet at 1, *Sloan v. Zuckerberg*, No. 3:22-cv-00903-WHO (N.D. Cal. Feb. 14, 2022), ECF No. 1-1; Civil Cover Sheet at 1, *Gervat v. Zuckerberg*, No. 3-22-cv-01206-AGT (N.D. Cal. Feb. 25, 2022), ECF No. 1-1.

Relation is appropriate because these three actions "concern substantially the same parties, property, transaction, or event." In addition, if the *Sloan* and *Gervat* derivative cases were to be litigated in the Northern District of California—despite potential objections by Defendants with respect to venue in this Court—the result would likely be "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges" of this Court. While reserving all rights and defenses, including with respect to venue and *forum non conveniens*, Meta submits that relating the *OPERS*, *Sloan* and *Gervat* cases would likely improve judicial efficiency and therefore respectfully request that the Court designate the *OPERS* Action, the *Sloan* Action and the *Gervat* Action as related cases.

In furtherance of this motion, and in compliance with Civil Local Rule 7-11, Meta has obtained a stipulation from all counsel in the *Sloan* and *Gervat* Actions, agreeing that those matters should be deemed related to the first-filed *OPERS* Action. *See* Stipulation and [Proposed] Order Relating Cases, filed herewith.

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NOS. 4:21-CV-08812-JST, 3:22-CV-00903-WHO, NO. 3:22-CV-01206-AGT

Dated:   March 7, 2022

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   */s/ Neal A. Potischman*
        Neal A. Potischman (SBN 254862)
        1600 El Camino Real
        Menlo Park, California 94025
        Telephone: (650) 752-2000
        Facsimile: (650) 752-2111
        Email: neal.potischman@davispolk.com

        James P. Rouhandeh
        Charles S. Duggan
          (admitted *pro hac vice*)
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 701-5800
        Email: james.rouhandeh@davispolk.com
                 charles.duggan@davispolk.com

        *Counsel for Defendants Mark Zuckerberg,
        David M. Wehner, Nick Clegg, Peggy Alford,
        Marc L. Andreessen, Erskine B. Bowles, Susan
        D. Desmond-Hellmann, Reed Hastings,
        Andrew W. Houston, Nancy Killefer, Robert M.
        Kimmitt, Sheryl K. Sandberg, Peter Thiel, and
        Tracey T. Travis and Nominal Defendant Meta
        Platforms, Inc.*

5