Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | Case No. 4:21-cv-08812-JST |
| Plaintiff, | Judge: Hon. Jon S. Tigar |
| v. | Date Action Filed: November 11, 2021 |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Felicia, Yu, hereby certify that I am employed in the County of San Mateo, California. I am over the age of 18 years and not a party to this action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, CA 94025.

On March 7, 2022, I served a true and correct copy of the following documents:

- ADMINISTRATIVE MOTION TO RELATE CASES;

- JOINT STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

on the following parties:

| Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>*Counsel for Plaintiff Mark Sloan*<br>(*Sloan v. Zuckerberg*, No. 3:22-cv-00903-WHO) | Robert C. Moest (SBN 62166)<br>THE BROWN LAW FIRM, P.C.<br>2530 Wilshire Boulevard, Second Floor<br>Santa Monica, California 90403<br>Telephone: (310) 915-6628<br>Facsimile: (310) 915-9897<br>Email: RMoest@aol.com<br><br>*Counsel for Plaintiff Hugues Gervat*<br>(*Gervat v. Zuckerberg*, No. 3:22-cv-01206-AGT) |

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I declare under penalty of perjury that the above is true and correct.

Executed on March 7, 2022 at Hayward, California.

_____
Felicia Yu

CERTIFICATE OF SERVICE
CASE NO. 4:21-CV-08812-JST