Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Counsel for Defendants Mark Zuckerberg, David M. Wehner, Nick Clegg, Peggy Alford, Marc L. Andreessen, Erskine B. Bowles, Susan D. Desmond-Hellmann, Reed Hastings, Andrew W. Houston, Nancy Killefer, Robert M. Kimmitt, Sheryl K. Sandberg, Peter Thiel, and Tracey T. Travis and Nominal Defendant Meta Platforms, Inc.*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and NICK CLEGG,<br><br>Defendants. | Case No. 4:21-cv-08812-JST<br><br>Judge: Hon. Jon S. Tigar<br><br>Date Action Filed: November 11, 2021<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |
| MARK SLOAN, derivatively on behalf of META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v. | Case No. 3:22-cv-00903-WHO<br><br>Judge: Hon. William H. Orrick<br><br>Date Action Filed: February 14, 2022 |

MARK ZUCKERBERG, DAVID M. WEHNER, NICK CLEGG, PEGGY ALFORD, MARC L. ANDREESSEN, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, ANDREW W. HOUSTON, NANCY KILLEFER, ROBERT M. KIMMITT, SHERYL K. SANDBERG, PETER THIEL, and TRACEY T. TRAVIS,

    Defendants,

    and

META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Nominal Defendant.

---

HUGUES GERVAT, derivatively on behalf of META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Plaintiff,

    v.

MARK ZUCKERBERG, DAVID M. WEHNER, NICK CLEGG, PEGGY ALFORD, MARC L. ANDREESSEN, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, ANDREW W. HOUSTON, NANCY KILLEFER, ROBERT M. KIMMITT, SHERYL K. SANDBERG, PETER THIEL, and TRACEY T. TRAVIS,

    Defendants,

    and

META PLATFORMS, INC. f/k/a FACEBOOK, INC.,

    Nominal Defendant.

Case No. 3:22-cv-01206-AGT

Judge: Hon. Alex G. Tse

Date Action Filed: February 25, 2022

1

WHEREAS, on November 12, 2021, plaintiff Ohio Public Employees Retirement System filed a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against Meta Platforms, Inc. f/k/a Facebook, Inc., ("Meta" or the "Company") and certain of its officers and a director with respect to the Company's public statements about the content moderation policies of Facebook, captioned *Ohio Public Employees Retirement System et al. v. Meta Platforms, Inc. et al.*, Case No. 4:21-cv-08812-JST (the "*OPERS* Action");

WHEREAS, on February 14, 2022, Plaintiff Mark Sloan ("Sloan") filed a complaint (a true and correct copy of which is attached hereto as Exhibit A) asserting claims on behalf of nominal defendant Meta alleging violations of Sections 14(a), 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"); breaches of fiduciary duties; unjust enrichment; abuse of control; gross mismanagement; waste of corporate assets; and seeking contribution under Sections 10(b) and 21D of the Exchange Act against defendants Mark Zuckerberg, David M. Wehner, Nick Clegg, Peggy Alford, Marc L. Andreessen, Erskine B. Bowles, Susan D. Desmond-Hellmann, Reed Hastings, Andrew W. Houston, Nancy Killefer, Robert M. Kimmitt, Sheryl K. Sandberg, Peter Thiel, and Tracey T. Travis (collectively, the "Individual Defendants," and with Meta, "Defendants") who are current and former executive officers and directors of Meta, captioned *Sloan v. Zuckerberg et al.*, Case No. 4:22-cv-00903-JST (the "*Sloan* Action");

WHEREAS, on February 25, 2022, Plaintiff Hugues Gervat filed a complaint (a true and correct copy of which is attached hereto as Exhibit B) on behalf of Meta alleging violations of Sections 14(a), 10(b), and 20(a) of the Exchange Act, breaches of fiduciary duties, and seeking contribution under Sections 10(b) and 21D of the Exchange Act against the Individual Defendants, captioned *Gervat v. Zuckerberg et al.*, Case No. 3:22-cv-01206 (the "*Gervat* Action");

WHEREAS, Civil Local Rule 3-12 provides that an action is related to another when the actions concern substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges;

WHEREAS, the *OPERS* Action, the *Sloan* Action, and the *Gervat* Action concern substantially the same parties, property, transaction, or event, and it appears likely that, if the

2

actions were conducted before different judges in the Northern District of California, there would be an unduly burdensome duplication of labor and expense or conflicting results;

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Civil Local Rules 3-12, 7-11, and 7-12, through their respective undersigned counsel, that the *Sloan* Action and the *Gervat* Action are related to one another and to the earlier-filed *OPERS* Action. The *Sloan* Action and *Gervat* Action shall be reassigned to this Court for all further proceedings.

Dated:  March 7, 2022

**DAVIS POLK & WARDWELL LLP**

By:  */s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh
Charles S. Duggan
  (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: james.rouhandeh@davispolk.com
          charles.duggan@davispolk.com

*Counsel for Defendants Mark Zuckerberg, David M. Wehner, Nick Clegg, Peggy Alford, Marc L. Andreessen, Erskine B. Bowles, Susan D. Desmond-Hellmann, Reed Hastings, Andrew W. Houston, Nancy Killefer, Robert M. Kimmitt, Sheryl K. Sandberg, Peter Thiel, and Tracey T. Travis and Nominal Defendant Meta Platforms, Inc.*

3

Dated:   March 7, 2022                          **THE ROSEN LAW FIRM, P.A.**

                                                 By:   */s/ Laurence M. Rosen*

                                                       Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Mark Sloan*

Dated:   March 7, 2022                          **THE BROWN LAW FIRM, P.C.**

                                                 By:   */s/ Robert C. Moest*

                                                       Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Hugues Gervat*

4

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Neal A. Potischman, attest that concurrence in filing this document has been obtained from the other signatories.

Dated:   March 7, 2022                              */s/ Neal A. Potischman*
                                                    Neal A. Potischman


\*          \*          \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
                                  HONORABLE JON S. TIGAR
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES
CASE NOS. 4:21-CV-08812-JST, 3:22-CV-00903-WHO, NO. 3:22-CV-01206-AGT