ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
DANIEL S. DROSMAN (200643)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ddrosman@rgrdlaw.com
jforge@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 4:21-cv-08812-JST |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | CALPERS' RESPONSE TO REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP |
| vs. ) | |
| ) | |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., et al., ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

4857-6866-1268

Pursuant to ECF No. 68, California Public Employees' Retirement System notes that *Ngian v. Facebook, Inc.*, No. 22-cv-01261 (N.D. Cal.) was voluntarily dismissed on March 3, 2022, and the issues of relatedness and consolidation appear to be moot.  *See Ngian* ECF No. 33.

DATED:  March 11, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIEL S. DROSMAN
JASON A. FORGE

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

CALPERS' RESPONSE TO REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP - 4:21-cv-08812-JST
4857-6866-1268

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ Darren J. Robbins</u>
DARREN J. ROBBINS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  darrenr@rgrdlaw.com

4857-6866-1268

# Mailing Information for a Case 4:21-cv-08812-JST Ohio Public Employees Retirement System v. Meta Platforms, Inc. f/k/a Facebook, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,DanD@ecf.courtdrive.com,e_file_sf@rgrdlaw.com

- **Charles S. Duggan**
  charles.duggan@davispolk.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Lauren Joost**
  jjoost@ktmc.com,1759490420@filings.docketbird.com

- **Avi Josefson**
  Avi@blbglaw.com,jose.echegaray@blbglaw.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Gregg S. Levin**
  glevin@motleyrice.com,sturman@sturman.ch,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Neal Alan Potischman**
  neal.potischman@dpw.com,ecf.ct.papers@dpw.com,lit.paralegals.mp@davispolk.com,felicia.yu@davispolk.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sophia Marie Rios**
  srios@bm.net,jgionnette@bm.net

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Hannah G Ross**
  Hannah@blbglaw.com

- **James P. Rouhandeh**
  rouhandeh@davispolk.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)