United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM,

Plaintiff,

v.

META PLATFORMS, INC., et al.,

Defendants.

Case No. 21-cv-08812-JST

**ORDER FINDING AS MOOT
REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Re: ECF No. 67

*Ngian v. Facebook, Inc.*, 22-cv-01261-VC, was referred to this Court for consideration of whether the case is related to this one.  ECF No. 67.  <u>*Ngian*</u> has since been voluntarily dismissed. *Ngian*, ECF No. 33.  Accordingly, the Court finds as moot the referral to determine whether these cases are related.  No reassignment shall occur.

**IT IS SO ORDERED.**

Dated:  March 15, 2022



JON S. TIGAR
United States District Judge