| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | JONATHAN D. USLANER (Bar No. 256898) (jonathanu@blbglaw.com) |
| 3 | 2121 Avenue of the Stars, Suite 2575 Los Angeles, CA 90067 |
| 4 | Tel: (310) 819-3470 |
| 5 | -and- |
| 6 | Hannah Ross (*pro hac vice*) (hannah@blbglaw.com) |
| 7 | Jeroen van Kwawegen (*pro hac vice*) (jeroen@blbglaw.com) |
| 8 | John Rizio-Hamilton (*pro hac vice*) (johnr@blbglaw.com) |
| 9 | Lauren Ormsbee (*pro hac vice*) (lauren@blbglaw.com) |
| 10 | Rebecca Boon (*pro hac vice*) (rebecca.boon@blbglaw.com) |
| 11 | Adam Hollander (*pro hac vice*) (adam.hollander@blbglaw.com) |
| 12 | 1251 Avenue of the Americas New York, NY 10020 |
| 13 | Tel: (212) 554-1400 Fax: (212) 554-1444 |
| 14 | |
| 15 | *Attorneys for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-JST |
| | <u>Consolidated Case Nos.</u> No. 4:21-cv-08873-JST No. 3:21-cv-9041-JST |
| | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING CONSOLIDATED AMENDED COMPLAINT AND BRIEFING ON ANTICIPATED MOTION TO DISMISS** |
| | Assigned to: Honorable Jon S. Tigar |

JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 4:21-cv-08812-JST

Lead Plaintiffs Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta"), and Mark Zuckerberg, David M. Wehner, and Nick Clegg (collectively, the "Individual Defendants" and together with Meta, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on November 15 2021, the Court issued an Initial Case Management Scheduling Order with ADR Deadlines, which scheduled an Initial Case Management Conference ("CMC") for February 15, 2022, a Rule 26(f) disclosure deadline on February 8, 2022, and Alternative Dispute Resolution ("ADR") deadlines on January 25, 2022 (ECF No. 6);

**WHEREAS**, on December 7, 2021, the Court issued an Order that "[p]romptly after entry of the Order in this action (or in any consolidated action encompassing this action), counsel for Defendants and Court-appointed lead counsel shall meet and confer regarding a schedule for the filing of an operative complaint and any answer, motion to dismiss or other response thereto. Within fourteen (14) days after entry of the Order, the court-appointed lead plaintiff(s) and Defendants shall jointly submit a proposed schedule to the Court." (ECF No. 19);

**WHEREAS,** pursuant to the same December 7, 2021 Order, the Court vacated the CMC scheduled for February 15, 2022, along with all other Rule 26(f) and ADR deadlines, stating: "Subject to the Court's approval, the initial case management conference currently scheduled for February 15, 2022 pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16-2(a) shall be adjourned, and the filing of a case management statement currently due on February 8, 2022 pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16-2(a), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), shall be stayed pending the resolution of any motions to dismiss the amended and/or consolidated complaint (or the designated operative complaint) contemplated by paragraph 3 above." (ECF No. 19.);

**WHEREAS**, on July 26, 2022, the Court issued an Order appointing Ohio PERS and PFA Pension as Lead Plaintiffs, approving Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel, and consolidating the *Perez* Action, *Depot* Action, and *Ohio PERS* Action (ECF No. 77);

**WHEREAS**, the parties have met and conferred and have agreed to a schedule for the filing of a consolidated amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss;

**WHEREAS,** the parties agree that the interest of judicial economy would be served best by resetting the CMC and all other related Rule 26(f) and ADR deadlines after the Court has heard and issued an order on Defendants' motion to dismiss the consolidated amended complaint;

**WHEREAS**, the parties' negotiated schedule will not affect or alter the date of any event or deadline already fixed by Court order or otherwise affect the schedule of the case, as discovery is stayed pursuant to the Private Securities Litigation Reform Act and there are no other events or deadlines currently scheduled;

**WHEREAS**, other than the December 7, 2021 Order (ECF No. 19), the parties have not sought any other time modifications in this case;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. Lead Plaintiffs shall file the consolidated amended complaint on or before October 28, 2022.

2. Defendants shall respond to the consolidated amended complaint, by filing a motion to dismiss or otherwise, on or before January 27, 2023.

3. Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss, if any, on or before April 14, 2023.

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before May 26, 2023.

5.   The CMC shall be reset by the Court following the Court's ruling on Defendants' motion to dismiss on dates to be selected by the Court.

**IT IS SO STIPULATED.**

DATED: August 9, 2022

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
Jeroen van Kwawegen (*pro hac vice*)
(jeroen@blbglaw.com)
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Lauren Ormsbee (*pro hac vice*)
(lauren@blbglaw.com)
Rebecca Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Adam Hollander (*pro hac vice*)
(adam.hollander@blbglaw.com)
John Esmay (*pro hac vice*)
(john.esmay@blbglaw.com)
Mathews de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL
 OF THE STATE OF OHIO**

SHAWN BUSKEN
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*

**DAVIS POLK & WARDWELL LLP**

*/s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh
Charles S. Duggan
  (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: james.rouhandeh@davispolk.com
          charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, David M. Wehner, and Nick Clegg*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Jonathan D. Uslaner, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING CONSOLIDATED AMENDED COMPLAINT AND BRIEFING ON ANTICIPATED MOTION TO DISMISS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

Dated:  August 9, 2022                              By:      */s/ Jonathan D. Uslaner*
                                                                            Jonathan D. Uslaner

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

_____
THE HON. JON S. TIGAR
United States District Judge