Sophia M. Rios (Bar No. 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
srios@bm.net

Sherrie R. Savett*
Michael Dell'Angelo*
Barbara Podell*
Andrew D. Abramowitz*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net
*pro hac vice application forthcoming*

*Counsel for Proposed Lead Plaintiff Rahul Saraf and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-JST<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**<br><br>Assigned to:  Honorable Jon S. Tigar |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Sophia M. Rios hereby withdraws her appearance in this matter on behalf of Movant Dr. Rahul Saraf. Ms. Rios requests that (a) she be removed from the electronic service list and (b) the Clerk terminate delivery of all CM/ECF notices addressed to srios@bm.net in the above captioned case.

Date:   August 17, 2022

Respectfully submitted,

BERGER MONTAGUE PC

 /s/ *Sophia M. Rios*
Sophia M. Rios (Bar No. 305801)
401 B Street, Suite 2000
San Diego, CA 92101
Tel:  (619) 489-0300
srios@bm.net

Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew D. Abramowitz
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

*Counsel for Movant Dr. Rahul Saraf*