Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
　　　 charles.duggan@davispolk.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-JST<br><br>[PROPOSED] ORDER EXTENDING PAGE LIMITATIONS **AS MODIFIED**<br><br>Dept.: Courtroom 6 – 2nd Floor<br>Judge: Honorable Jon S. Tigar |

PURSUANT TO THE PARTIES' ADMINISTRATIVE MOTION AND STIPULATION

FOR AN EXTENSION OF PAGE LIMITATIONS, IT IS SO ORDERED THAT

Defendants may file an opening brief of up to ~~45~~ 40 pages in support of their forthcoming

motion to dismiss Plaintiffs' Consolidated Amended Complaint.  Plaintiffs may file a brief of up to

~~50~~ 40 pages in opposition.  Defendants may file a reply brief of up to ~~25~~ 24 pages.

Dated:　January 25, 2023　

_____
HONORABLE JON S. TIGAR
U.S. DISTRICT JUDGE

[PROPOSED] ORDER FOR EXTENSION OF PAGE LIMITATIONS - CASE NO. 4:21-cv-08812-JST