Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, David M. Wehner, Nick
Clegg, Adam Mosseri, Guy Rosen, Andy Stone,
Antigone Davis, Karina Newton, Yann LeCun,
Monika Bickert, and Pavni Diwanji*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Case No. 3:21-cv-08812-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:　　August 17, 2023<br>Time:　　2:00 p.m.<br>Dept.:　　Courtroom 10 – 19th Floor<br>Judge:　　Honorable Araceli Martínez-Olguín |

Defendants Meta Platforms, Inc. ("Meta"), Mark Zuckerberg, David M. Wehner, Nick Clegg, Adam Mosseri, Guy Rosen, Andy Stone, Antigone Davis, Karina Newton, Yann LeCun, Monika Bickert and Pavni Diwanji ("Defendants") hereby join Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint ("Request") (ECF No. 115).

Plaintiffs' Request asks the Court to take judicial notice of a Policy Advisory Opinion on Meta's Cross-Check Program issued by the Meta Oversight Board on December 6, 2022 (the "Opinion") (ECF No. 114, Ex. A).  Plaintiffs ask the Court to consider the Opinion "for the limited purpose of establishing that the Oversight Board made the statements contained in the" Opinion, and not for the truth of its contents.  (Request at 2.)  In their opposition, Plaintiffs cite statements from the Opinion about "whitelisting," including the Opinion's purported finding that "Meta's stated rationale for the [whitelisting] system contrast[s] strikingly with how the system operates." (Opp. at 12 (quoting Request at 26).)

Defendants join in Plaintiffs' Request and, consistent with the Request, ask the Court, in fairness, to take notice of statements in the Opinion that provide important context for the Complaint's allegations about "whitelisting" and for the related statement from the Opinion that Plaintiffs quote.  *See* Fed. R. Evid. 106.  The Opinion explains that "whitelisting" is another name for "technical corrections," which the Opinion states are "automatic exceptions to content policy enforcement."  (Opinion at 22.)  The Opinion explains that a "'technical correction' applies only to a specific entity for a specific policy violation"—such as spam or impersonation—"and does not serve to bar enforcement for other policy violations."  (*Id*.)  Quoting a statement from Meta, the Opinion reports that Meta stated that such technical corrections are applied to "'help [Meta] prevent enforcement mistakes on content or entities that are highly unlikely to violate our policies and direct human review resources where needed most.'"  (*Id*.)

Accordingly, Defendants agree with Plaintiffs that the Court may take judicial notice of the Opinion "for the limited purpose of establishing that the Oversight Board made the statements contained in the report."  (Request at 2.)

1

DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:21-cv-08812-AMO

## CONCLUSION

Defendants respectfully request that the Court grant Plaintiffs' Request.


Dated:  May 26, 2023                    DAVIS POLK & WARDWELL LLP


                                        By:   */s/ Charles S. Duggan*

                                        Neal A. Potischman (SBN 254862)
                                        1600 El Camino Real
                                        Menlo Park, California 94025
                                        Telephone: (650) 752-2000
                                        Facsimile: (650) 752-2111
                                        Email: neal.potischman@davispolk.com

                                        James P. Rouhandeh (admitted *pro hac vice*)
                                        Charles S. Duggan (admitted *pro hac vice*)
                                        DAVIS POLK & WARDWELL LLP
                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile: (212) 701-5800
                                        Email: rouhandeh@davispolk.com
                                                charles.duggan@davispolk.com

                                        *Attorneys for Defendants Meta Platforms, Inc.,*
                                        *Mark Zuckerberg, David M. Wehner, Nick*
                                        *Clegg, Adam Mosseri, Guy Rosen, Andy Stone,*
                                        *Antigone Davis, Karina Newton, Yann LeCun,*
                                        *Monika Bickert, and Pavni Diwanji*