UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM,

      Plaintiff,

    v.

META PLATFORMS, INC., et al.,

      Defendants.

Case No.  21-cv-08812-AMO

**ORDER**

Re: Dkt. No. 110

To aid the Court's consideration of the motion to dismiss, the Court **ORDERS** the parties to submit, no later than **9 a.m. on August 30, 2023,** a joint chart summarizing the information required by 15 U.S.C. § 78u-4(b)(1) and (2) for each challenged statement. The chart should be organized in the following format.

| Statement No. | The Speaker(s), Date(s), and Medium | False and Misleading Statements | Reasons Statements Were False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | Reasons Statements Were Not False or Misleading When Made | Facts Showing the Lack of Scienter |
|---|---|---|---|---|---|---|
| 1 | When: [date] Where: [e.g., press release] Speakers: [e.g., CEO] (Compl. ¶ _) | [Direct quotation of the alleged false and misleading statements.] | E.g., "contradictory internal reports," Compl. ¶ _, Response at _." | | E.g., "PSLRA safe harbor, Motion to Dismiss at _." | |

Plaintiff shall identify (a) each statement alleged to have been false or misleading; (b) the

speaker, date, and medium by which the statement was made; (c) the reason(s) the statement was false or misleading when made; and (d) the facts alleged to show that defendant(s) knew the statement false and/or misleading.  Plaintiff shall send the chart with their completed cells to Defendants by 9 a.m. on **August 23, 2023**.  Defendants shall add columns explaining (e) reasons why the statements were not false or misleading and (f) facts showing the lack of scienter. Defendants shall submit the chart to the Court by 9 a.m. on **August 30, 2023.**

With respect to (c) – (f), the parties shall not repeat their arguments from the briefing. Instead, the parties should refer the Court to the relevant pages or sections of the briefing.  The chart must strictly adhere to the allegations in the operative complaint and the arguments in the motion to dismiss briefing and may not include any new or supplemental information or explanation.

**IT IS SO ORDERED.**

Dated: August 15, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2