Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, David M. Wehner, Nick Clegg, Adam Mosseri, Guy Rosen, Andy Stone, Antigone Davis, Karina Newton, Yann LeCun, Monika Bickert, and Pavni Diwanji*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Case No. 3:21-cv-08812-AMO<br><br>**NOTICE OF FILING JOINT CHART PER ORDER (DKT. NO. 124)** |

Pursuant to the Court's Order entered on August 15, 2023 (Dkt. No. 124), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab, and Defendants Meta Platforms, Inc., Mark Zuckerberg, David M. Wehner, Nick Clegg, Adam Mosseri, Guy Rosen, Andy Stone, Antigone Davis, Karina Newton, Yann LeCun, Monika Bickert, and Pavni Diwanji, hereby submit the following Joint Chart as Exhibit A.

Dated:  August 30, 2023                     DAVIS POLK & WARDWELL LLP

By:   */s/ Charles S. Duggan*

Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
         charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, David M. Wehner, Nick Clegg, Adam Mosseri, Guy Rosen, Andy Stone, Antigone Davis, Karina Newton, Yann LeCun, Monika Bickert, and Pavni Diwanji*

Dated: August 30, 2023                     **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)

Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
Jeroen van Kwawegen (*pro hac vice*)
(jeroen@blbglaw.com)
Lauren Ormsbee (*pro hac vice*)

(lauren@blbglaw.com)
Rebecca Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
John Esmay (*pro hac vice*)
(john.esmay@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898) (jonathanu@blbglaw.com)
Caitlin C. Bozman (Bar No. 343721)
(caitlin.bozman@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL**
 **OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Charles S. Duggan hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: August 30, 2023         */s/ Charles S. Duggan*
                                Charles S. Duggan