**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO PARTIALLY MODIFY THE PSLRA'S DISCOVERY STAY**<br><br>The Honorable Araceli Martínez-Olguín |

Having reviewed Lead Plaintiffs' Motion to Partially Modify the PSLRA's Discovery Stay, and after considering the parties' submissions, IT IS HEREBY ORDERED THAT:

The stay of discovery automatically imposed by 15 U.S.C. § 78u–4(b)(3)(B) in this action is partially lifted. Defendants shall produce to Lead Plaintiffs all documents, electronically stored information, and other materials previously produced by Defendants to (i) the state attorney general offices that filed suits against Meta in October and November 2023, and (ii) the civil plaintiffs in *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4-22-MD-3047 (MDL) (N.D. Cal.) and *Social Media Cases*, No. 22. STCV No. 5255 (Cal. Sup. Ct.).

**IT IS SO ORDERED**

Dated: _____, 202_

_____
THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAD PLS.' MOTION
TO PARTIALLY MODIFY THE PSLRA'S DISCOVERY STAY
3:21-CV-08812-AMO