**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
CAITLIN C. BOZMAN (Bar No. 343721)
(caitlin.bozman@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on
Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO PARTIALLY MODIFY THE PSLRA'S DISCOVERY STAY** |

I, John Rizio-Hamilton, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP and counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab (together, "Lead Plaintiffs") in the above-captioned action. I am a member in good standing of the bar of the State of New York and have been granted admission to practice *pro hac vice* in the above-captioned action. I submit this Declaration in Support of Lead Plaintiffs' Motion to Partially Lift the PSLRA's Discovery Stay. I have personal knowledge of the matters set forth herein and, if called upon, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed by a bipartisan coalition of 33 attorneys general in *People of the State of California et al. v. Meta Platforms, Inc. et al*, MDL No. 3047/Case No. 4:23-cv-05448 (N.D. Cal. 2023).  The action was initially filed on October 24, 2023, and subsequently, a largely unredacted copy of the complaint was filed on November 22, 2023.  Highlighting has been applied by Lead Counsel to the paragraphs cited in the motion.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Massachusetts Attorney General's complaint filed in *Commonwealth of Massachusetts v. Meta Platforms, Inc., et al.*, Case No. 2384CV02397-BLS1.  The action was initially filed on October 24, 2023, and subsequently, an unredacted copy of the complaint was filed on November 6, 2023.  Highlighting has been applied by Lead Counsel to the paragraphs cited in the motion.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Oklahoma Attorney General's complaint filed in *State of Oklahoma, ex rel., et al. v. Meta Platforms, Inc., et al.*, Case No. CJ-2023-180. The action was initially filed on October 24, 2023, and subsequently, an unredacted copy of the complaint was filed on filed on November 16, 2023.  Highlighting has been applied by Lead Counsel to the paragraphs cited in the motion.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Written Testimony of Arturo Bejar before the Subcommittee on Privacy, Technology, and the Law on November 7, 2023.

DECLARATION OF JOHN RIZIO-HAMILTON
3:21-CV-08812-AMO                                                                                          1

6.      Attached hereto as **Exhibit 5** is a true and correct copy of *The Wall Street Journal* article titled "His Job Was to Make Instagram Safe for Teens. His 14-Year-Old Showed Him What the App Was Really Like," dated November 2, 2023.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the decision in the Coordinated Proceeding titled *Social Media Cases*, related to *Christina Arlington Smith, et al. v. TikTok Inc., et al.*, Case No. JCCP 5255, Lead Case 22STCV21355, issued on October 13, 2023 in the Central District County of Los Angeles of the Superior Court of the State of California.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Order Granting in Part and Denying in Part Defendants' Motions to Dismiss filed in *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047/Case No. 4:22-cv-03047 ("MDL Action"), issued on November 14, 2023 in the United States District Court for the Northern District of California.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Case Management Order No. 6, ECF No. 451, issued in the MDL Action on November 21, 2023.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Joint Discovery Letter, ECF No. 386, filed in the MDL Action on October 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 4th day of December 2023, in New York, New York.

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton