**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3470

*Counsel for Lead Plaintiffs
Ohio Public Employees Retirement System and
PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on
Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**STATEMENT OF RECENT DECISION**<br><br>The Honorable Araceli Martínez-Olguín<br>Courtroom 10 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

In connection with Defendants' pending Motion to Dismiss the Consolidated Amended Class Action Complaint, *see* ECF No. 110, Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent ruling by the United States Court of Appeals for the Ninth Circuit in *In re Genius Brands Int'l, Inc. Sec. Litig.*, --- F.4th ---, 2024 WL 1473942 (9th Cir. Apr. 5, 2024), attached hereto as Exhibit A, which bears on the parties' arguments concerning loss causation.

Dated: April 15, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
Jeroen van Kwawegen (*pro hac vice*)
(jeroen@blbglaw.com)
Lauren Ormsbee (*pro hac vice*)
(lauren@blbglaw.com)
Rebecca Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
John Esmay (*pro hac vice*)
(john.esmay@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Caitlin C. Bozman (Bar No. 343721)
(caitlin.bozman@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3470

*Counsel for Lead Plaintiffs*

*Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel.: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*