**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3470

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on
Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**STATEMENT OF RECENT DECISION**<br><br>The Honorable Araceli Martínez-Olguín<br>Courtroom 10 |

---

STATEMENT OF RECENT DECISION                                    CASE NO. 3:21-CV-08812-AMO

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

In connection with Defendants' pending Motion to Dismiss the Consolidated Amended Class Action Complaint, *see* ECF No. 110, Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab, respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent ruling by the Honorable Trina L. Thompson of the United States District Court for the Northern District of California in *SEB Investment Mgmt. AB, et al. v. Wells Fargo & Company, et al.*, --- F. Supp. 3d ---, 2024 WL 3579322 (N.D. Cal. July 29, 2024), attached hereto as Exhibit A, which bears on the parties' arguments concerning falsity and scienter.

Dated: August 7, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
Jeroen van Kwawegen (*pro hac vice*)
(jeroen@blbglaw.com)
Rebecca Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
John Esmay (*pro hac vice*)
(john.esmay@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3470

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and PFA*
*Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel.: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public
Employees Retirement System*

---

STATEMENT OF RECENT DECISION

CASE NO. 3:21-CV-08812-AMO