Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
         charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Antigone Davis,
and Karina Newton*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES**<br><br><u>CLASS ACTION</u><br><br>Courtroom: 10<br>Assigned to: Honorable Araceli Martínez-Olguín |

Lead Plaintiffs Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta"), and Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton (collectively, the "Individual Defendants" and together with Meta, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on October 28, 2022, Lead Plaintiffs filed a consolidated amended class action complaint (the "First Amended Complaint") (ECF 97);

**WHEREAS**, on January 27, 2023, Defendants moved to dismiss the First Amended Complaint for failure to state a claim (ECF 110);

**WHEREAS**, on September 30, 2024, the Court issued an order granting in part and denying in part Defendants' motion to dismiss the First Amended Complaint and granting Lead Plaintiffs leave to file a further amended complaint (a "Second Amended Complaint") by October 30, 2024 (ECF 143);

**WHEREAS**, the Parties have met and conferred and agree on the proposed schedule set forth herein for Defendants to answer, move to dismiss, or otherwise respond to the First Amended Complaint and the Second Amended Complaint, if any, as well as briefing on any subsequent motion to dismiss;

**WHEREAS**, the Parties agree that good cause exists for any extensions of the default deadlines set forth herein;

**WHEREAS**, the deadlines set forth herein will not impact any other currently scheduled case deadlines; and

**WHEREAS**, there have been two previous time modifications in this litigation, ECF 19 (Dec. 7, 2021) (extending time for Defendants to respond to the complaint), and ECF 90 (Aug. 9, 2022) (extending time for Lead Plaintiffs to file the consolidated amended complaint and the briefing schedule for Defendants' motion to dismiss):

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. As the Court ordered, Lead Plaintiffs shall file a Second Amended Complaint, if any, on or before October 30, 2024.

2. If Lead Plaintiffs file a Second Amended Complaint, Defendants shall move to dismiss the Second Amended Complaint on or before January 15, 2025; Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss on or before April 2, 2025; and Defendants shall file a reply in support of their motion to dismiss on or before May 16, 2025.

3. If Lead Plaintiffs do not file a Second Amended Complaint on or before October 30, 2024, (a) counsel for the parties will jointly contact Judge Martínez-Olguín's Courtroom Deputy on or before November 4, 2024 to request that the Court schedule the initial case management conference; and (b) Defendants shall answer the allegations pertaining to any claims that have not been dismissed in the First Amended Complaint on or before February 14, 2025.

4. If the Court denies, in full or in part, Defendants' motion to dismiss Lead Plaintiffs' Second Amended Complaint, (a) counsel for the parties will jointly contact Judge Martínez-Olguín's Courtroom Deputy within five days of the Court's order to request that the Court schedule the initial case management conference; and (b) Lead Plaintiffs and Defendants shall confer and submit to the Court a proposed schedule for Defendants to answer the allegations pertaining to any claims that have not been dismissed in the Second Amended Complaint within 15 days of the Court's order.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| Dated: | October 25, 2024 | Respectfully submitted,<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>*/s/ Charles S. Duggan*<br>Charles S. Duggan<br><br>Neal A. Potischman (SBN 254862)<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>Email: neal.potischman@davispolk.com<br><br>James P. Rouhandeh (admitted *pro hac vice*)<br>Charles S. Duggan (admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: rouhandeh@davispolk.com<br>        charles.duggan@davispolk.com<br><br>*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton* |

Dated: October 25, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Hannah Ross (*pro hac vice*)
(hannah@blbglaw.com)
Jeroen van Kwawegen (*pro hac vice*)
(jeroen@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs
Ohio Public Employees Retirement System and
PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*

# **CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Charles S. Duggan, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated: October 25, 2024          By:    */s/ Charles S. Duggan*
                                                           Charles S. Duggan

[PROPOSED] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.



6

Joint Stipulation and [Proposed] Order Regarding Deadlines
Case No. 3:21-cv-08812-AMO