UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 21-cv-08812-AMO   (KAW)<br><br>**ORDER TERMINATING STIPULATIONS RE DISCOVERY PROTOCOLS**<br><br>Re: Dkt. Nos. 159, 161 |

On February 3, 2025, the parties filed: (1) a stipulation re discovery of electronically stored information, and (2) a stipulated protective order. (Dkt. Nos. 159, 161.) Neither, however, is a stipulation as the parties raise disputes regarding certain terms. Accordingly, the Court TERMINATES the stipulations. The parties are ordered to meet and confer to resolve the pending disputes without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

The Court notes that it generally prefers the provisions set forth in the model orders posted on the Court's website. Thus, if the parties continue to disagree regarding the terms of the orders concerning ESI discovery and the protective order, the Court is likely to impose the model orders.

IT IS SO ORDERED.

Dated: February 18, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge