Charles S. Duggan (admitted *pro hac vice*)
James P. Rouhandeh (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: charles.duggan@davispolk.com
         rouhandeh@davispolk.com
         nikolaus.williams@davispolk.com
         paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO **DECLARATION OF NIKOLAUS J. WILLIAMS IN SUPPORT OF THE STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** Judge: Hon. Araceli Martínez-Olguín Courtroom: 10 |

I, Nikolaus J. Williams, declare and state as follows:

1.      I am a member of the Bar of the State of New York and am authorized to appear before this Court.  I am counsel at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants in the above-captioned action.

2.      Pursuant to this Court's Standing Order for Civil Cases, I submit this declaration in support of the Parties' Stipulation and [Proposed] Order Re: Discovery of Electronically Stored Information (the "ESI Protocol") to explain why use of one of the Northern District of California's Model Stipulated Orders regarding Discovery of Electronically Stored Information ("Model ESI Protocols") is not practicable.

3.      The Parties agree that this is a complex federal securities action with sophisticated parties that have developed appropriate methods for the processing and production of documents consistent with the Federal Rules of Civil Procedure and the Northern District of California's Civil Local Rules.

4.      The Parties have based their ESI Protocol on the Model ESI Protocol for Standard Litigation, with certain modifications and additions as they believe are appropriate to the needs of this action.  They have met and conferred several times in good faith regarding the ESI Protocol and have reached agreement on all aspects thereof.  The Parties believe the terms of the ESI Protocol will facilitate the just, speedy, and efficient conduct of discovery involving electronically stored information.  To the extent that the ESI Protocol departs from the Model ESI Protocols, the Parties agree that the modifications will further the foregoing goals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2025.

By: 

Nikolaus J. Williams