Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

Charles S. Duggan (admitted *pro hac vice*)
James P. Rouhandeh (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: charles.duggan@davispolk.com
       rouhandeh@davispolk.com
       nikolaus.williams@davispolk.com
       paulina.perlin@davispolk.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**DECLARATION OF NIKOLAUS J. WILLIAMS IN SUPPORT OF THE STIPULATED [AND PROPOSED] PROTECTIVE ORDER**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Courtroom: 10 |

I, Nikolaus J. Williams, declare and state as follows:

1. I am a member of the Bar of the State of New York and am authorized to appear before this Court. I am counsel at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants in the above-captioned action.

2. Pursuant to this Court's Standing Order for Civil Cases, I submit this declaration in support of the Parties' Stipulated [and Proposed] Protective Order (the "Protective Order") to explain why use of one of the Northern District of California's Model Protective Orders ("Model Protective Orders") is not practicable.

3. The Parties agree that this is a complex federal securities action with sophisticated parties that have developed appropriate methods for the disclosure of confidential and highly confidential protected material consistent with the Federal Rules of Civil Procedure and the Northern District of California's Civil Local Rules.

4. The Parties have based their Protective Order on the Model Protective Orders for Standard Litigation and for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, with certain modifications and additions as they believe are appropriate to the needs of this action. They have met and conferred several times in good faith regarding the Protective Order and have reached agreement on all aspects thereof. The Parties believe the terms of the Protective Order will facilitate the just, speedy, and efficient conduct of discovery involving confidential and highly confidential protected material. To the extent that the Protective Order departs from the Model Protective Orders, the Parties agree that the modifications will further the foregoing goals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2025.

By: 
Nikolaus J. Williams

1

DECLARATION OF N. WILLIAMS IN SUPPORT OF THE STIPULATION AND [PROPOSED] PROTECTIVE ORDER
LEAD CASE NO. 3:21-CV-08812-AMO