United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM,

Plaintiff,

v.

META PLATFORMS, INC., et al.,

Defendants.

Case No. 21-cv-08812-AMO   (KAW)

ORDER REGARDING PROPOSED
STIPULATED PROTECTIVE ORDER
AND ESI PROTOCOL

Re: Dkt. Nos. 173-175, 177

On March 25, 2025, the parties filed a stipulated ESI protocol and a stipulated protective order. (Dkt. Nos. 175, 177.) Although the parties filed declarations stating that use of the model ESI protocol and model protective order was not practicable, they also stated that the stipulated ESI protocol and stipulated protective order were based on the model ESI protocol and model protective order. (*See* Dkt. No. 176 ¶ 4; Dkt. No. 178 ¶ 4.)

Accordingly, the Court ORDERS the parties to submit, within seven days of the date of this order, a redline version comparing the proposed stipulated ESI protocol and stipulated protective order to the model ESI protocol and model protective order.

The Court TERMINATES Dkt. Nos. 173 and 174 because they were erroneously filed.

IT IS SO ORDERED.

Dated: March 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge