# Exhibit A

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on
Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO <br><br> Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO <br><br> **LEAD PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS** |

LPS' FIRST SET OF REQUESTS FOR                        CASE NO. 3:21-CV-08812-AMO
THE PRODUCTION OF DOCUMENTS

Communication is not dated and the date of its preparation cannot be determined, it shall be produced if it is otherwise responsive to these Requests.

## SPECIFIC REQUESTS

### DOCUMENT REQUEST NO. 1:

Documents and Communications Concerning the Meta MDL, including:

    a.    Documents You produced in connection with the Meta MDL;

    b.    Requests for Documents, testimony, or information served on You in the Meta MDL;

    c.    Privilege logs You produced in the Meta MDL;

    d.    Documents sufficient to identify the custodians whose Documents You collected in the Meta MDL, the date ranges covered by each such custodial collection, the metadata parameters, and the search terms used for each custodial collection;

    e.    Documents sufficient to identify non-custodial sources from which You collected Documents in the Meta MDL; and

    f.    Transcripts of depositions in the Meta MDL.

This Request is for Documents regardless of the date created.

### DOCUMENT REQUEST NO. 2:

Documents and Communications Concerning the AG Investigations, including:

    a.    Documents You produced in connection with the AG Investigations;

    b.    Requests for Documents, testimony, or information served on You in the AG Investigations;

    c.    Privilege logs You produced in the AG Investigations;

    d.    Documents sufficient to identify the custodians whose Documents You collected in the AG Investigations, the date ranges covered by each such custodial collection, the metadata parameters, and the search terms used for each custodial collection;

e.      Documents sufficient to identify non-custodial sources from which You collected Documents in the AG Investigations; and

f.      Transcripts of depositions or interviews in the AG Investigations.

This Request is for Documents regardless of the date created.

**DOCUMENT REQUEST NO. 3:**

Documents and Communications Concerning any investigation of, or request for information from, Defendants, by any Governmental Entity, including:

a.      Documents You produced to any Governmental Entity Concerning X-Check or the impact of Meta's platforms on the health of Young Users;

b.      Requests for Documents, testimony, or information served on You by any Governmental Entity in connection with any such investigation or inquiry;

c.      Privilege logs You produced in connection with any such investigation or inquiry;

d.      Communications between You and any Governmental Entity Concerning X-Check or the impact of Meta's platforms on the health of Young Users, and Documents Concerning such Communications;

e.      Documents sufficient to identify the custodians whose Documents You collected in connection with any such investigation or inquiry, the date ranges covered by each such custodial collection, the metadata parameters, and the search terms used for each custodial collection;

f.      Documents sufficient to identify non-custodial sources from which You collected in connection with any such investigation or inquiry; and

g.      Transcripts of any depositions or interviews conducted by any Governmental Entity Concerning X-Check or the impact of Meta's platforms on the health of Young Users.

This Request is for Documents regardless of the date created.

**DOCUMENT REQUEST NO. 4:**

All internal Meta Documents and Communications referenced or quoted in the Complaint.

**DOCUMENT REQUEST NO. 91:**

Your Document retention, preservation, or destruction policies, and Documents Concerning compliance with or violations of those policies, including by Defendants, Sheryl Sandberg, Jeffrey Zients, and any other Meta executives.

**DOCUMENT REQUEST NO. 92:**

All Documents Concerning insurance policies under which any insurance business may be liable to satisfy all or part of a possible judgment in this Action or to indemnify or reimburse for payments made to satisfy any judgment.

This Request is without limit as to time period.

**DOCUMENT REQUEST NO. 93:**

All Documents You receive in response to subpoenas served by You or Your counsel in connection with this Action.

This Request is without limit as to time period, and for the avoidance of doubt, includes Documents produced in response to subpoenas You or Your counsel serve in the future.

Dated: December 30, 2024                Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah Schmidt (*pro hac vice forthcoming*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL**
  **OF THE STATE OF OHIO**

SHAWN BUSKEN
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio*
*Public Employees Retirement System*

## PROOF OF SERVICE

I, John Rizio-Hamilton, declare:

I am employed in New York, New York. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1251 Avenue of the Americas, New York, New York 10020. On December 30, 2024, I caused to be served a copy of the following document(s):

**LEAD PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

**X** by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date and the transmission was reported as complete and without error.

___ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

### DAVIS POLK & WARDWELL LLP

Neal A. Potischman
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

James P. Rouhandeh
Charles S. Duggan
Nikolaus J. Williams
Paulina Perlin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
charles.duggan@davispolk.com
nikolaus.williams@davispolk.com
paulina.perlin@davispolk.com

*Attorneys for Defendants*

I declare under penalty of perjury that the above is true and correct.

Executed on December 30, 2024, at New York, New York.

_____
John Rizio-Hamilton

PROOF OF SERVICE     1     CASE NO. 3:21-CV-08812-AMO