James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
          charles.duggan@davispolk.com
          nikolaus.williams@davispolk.com
          paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Antigone Davis,
and Karina Newton*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR JOINT STATUS REPORT**<br><br>CLASS ACTION<br><br>Courtroom: 10<br>Assigned to: Honorable Araceli Martínez-Olguín |

Lead Plaintiffs Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 17, 2025, the Parties filed a Joint Report Regarding Mediation Date notifying the Court that the Parties had agreed to engage Miles N. Ruthberg of Phillips ADR Enterprises as a private mediator for a mediation session to occur on October 23, 2025 (ECF 171);

**WHEREAS**, on March 21, 2025, the Court ordered the Parties to file a joint status report by October 30, 2025 on the outcome of the mediation (ECF 172);

**WHEREAS**, lead counsel for Defendants now has a conflict on October 23, 2025 as a result of the United States Court of Appeals for the Sixth Circuit having scheduled an argument in another case on that same date; and

**WHEREAS**, Mr. Ruthberg and the Parties have agreed to reschedule the mediation to November 3, 2025, which is after the current October 30, 2025 deadline to file a status report:

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. The deadline for the Parties to file a joint status report regarding the outcome of their November 3, 2025 mediation shall be moved from October 30, 2025 to November 10, 2025.

**IT IS SO STIPULATED.**



IT IS SO ORDERED

Judge Araceli Martinez-Olguin

September 9, 2025

1

Dated: September 9, 2025

Respectfully submitted,

/s/ Charles S. Duggan

DAVIS POLK & WARDWELL LLP
James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
rouhandeh@davispolk.com
charles.duggan@davispolk.com
nikolaus.williams@davispolk.com
paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
900 Middlefield Road
Redwood City, California 94063
Tel: (650) 752-2000
Fax: (650) 752-2111
neal.potischman@davispolk.com

*Attorneys for Defendants Meta Platforms,*
*Inc., Mark Zuckerberg, Nick Clegg, Antigone*
*Davis, and Karina Newton*

/s/ John Rizio-Hamilton

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge G. Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System*
*and PFA Pension Forsikringsaktieselskab*

OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF OHIO
Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
*Additional Counsel for Lead Plaintiff Ohio*
*Public Employees Retirement System*

2