1 | James P. Rouhandeh (admitted *pro hac vice*)
2 | Charles S. Duggan (admitted *pro hac vice*)
  | Nikolaus J. Williams (admitted *pro hac vice*)
3 | Paulina Perlin (admitted *pro hac vice*)
  | DAVIS POLK & WARDWELL LLP
4 | 450 Lexington Avenue
  | New York, New York 10017
5 | Telephone: (212) 450-4000
  | Facsimile: (212) 701-5800
6 | Email: rouhandeh@davispolk.com
7 |        charles.duggan@davispolk.com
         nikolaus.williams@davispolk.com
8 |        paulina.perlin@davispolk.com

9 | Neal A. Potischman (SBN 254862)
  | DAVIS POLK & WARDWELL LLP
10 | 900 Middlefield Road
   | Redwood City, CA 94063
11 | Telephone: (650) 752-2000
   | Facsimile: (650) 752-2111
12 | Email: neal.potischman@davispolk.com

13 | *Attorneys for Defendants Meta Platforms, Inc.,*
   | *Mark Zuckerberg, Nick Clegg, Antigone Davis,*
14 | *and Karina Newton*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**DECLARATION OF CHARLES S. DUGGAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING**<br><br><u>CLASS ACTION</u><br><br>Courtroom: 10<br>Assigned to: Honorable Araceli Martínez-Olguín |

I, Charles S. Duggan, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants"). I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*. I submit this declaration in support of the accompanying Joint Stipulation and [Proposed] Order Regarding Deadlines for Class Certification Briefing (the "Joint Stipulation").

2. On December 20, 2024, the Court ordered Lead Plaintiffs Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") (collectively, "Lead Plaintiffs" and with Defendants, the "Parties") to file their Motion for Class Certification by November 12, 2025, Defendants to file their Opposition to Class Certification by December 30, 2025, and Lead Plaintiffs to file their Reply In Support of Class Certification by January 27, 2026 (ECF 153).

3. The Parties jointly rescheduled their mediation from October 23, 2025 to November 3, 2025, in light of Defendants' conflict as a result of the United States Court of Appeals for the Sixth Circuit having scheduled an argument in another case on that same date (ECF 188, 189).

4. Certain discovery remains ongoing in this case.

5. The Parties have agreed to the proposed schedule set forth in the accompanying Joint Stipulation moving the deadlines for the class certification briefing as follows: Lead Plaintiffs' deadline to file their Motion for Class Certification shall be moved from November 12, 2025 to December 12, 2025; Defendants' deadline to file their Opposition to Class Certification shall be moved from December 30, 2025 to January 30, 2026; and Lead Plaintiffs' deadline to file their Reply In Support of Class Certification shall be moved from January 27, 2026 to March 6, 2026.

6. The deadlines set forth in the accompanying Joint Stipulation will not impact any other currently scheduled case deadlines.

7. There have been three previous time modifications in this litigation: (ECF 19) (Dec. 7, 2021) (extending time for Defendants to respond to the complaint); (ECF 90) (Aug. 9, 2022) (extending time for Lead Plaintiffs to file the consolidated amended complaint and the briefing

1

schedule for Defendants' motion to dismiss); and (ECF 189) (extending the deadline for the Parties to file their joint status report regarding the outcome of mediation).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th of October, 2025, at New York, New York.

                                      */s/ Charles S. Duggan*
                                      Charles S. Duggan