James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        nikolaus.williams@davispolk.com
        paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Antigone Davis,*
*and Karina Newton*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING**<br><br>CLASS ACTION<br><br>Courtroom: 10<br>Assigned to: Honorable Araceli Martínez-Olguín |

Lead Plaintiffs Ohio Public Employees Retirement System ("Ohio PERS") and PFA Pension, Forsikringsaktieselskab ("PFA Pension") (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on December 20, 2024, the Court ordered Lead Plaintiffs' Motion for Class Certification due by November 12, 2025; Defendants' Opposition to Class Certification due by December 30, 2025; and Lead Plaintiffs' Reply In Support of Class Certification due by January 27, 2026 (ECF 153);

**WHEREAS**, the Parties jointly rescheduled their mediation from October 23, 2025 to November 3, 2025, in light of Defendants' conflict as a result of the United States Court of Appeals for the Sixth Circuit having scheduled an argument in another case on that same date (ECF 188, 189);

**WHEREAS,** certain discovery remains ongoing;

**WHEREAS,** the Parties have agreed that, in light of the aforementioned events, it would be beneficial to extend the schedule for class certification briefing:

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. The deadline for Lead Plaintiffs to file their Motion for Class Certification shall be moved from November 12, 2025 to December 12, 2025;

2. The deadline for Defendants to file their Opposition to Class Certification shall be moved from December 30, 2025 to January 30, 2026;

3. The deadline for Lead Plaintiffs to file their Reply In Support of Class Certification shall be moved from January 27, 2026 to March 6, 2026.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING
Case No. 3:21-cv-08812-AMO

Dated: October 8, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Charles S. Duggan* | */s/ John Rizio-Hamilton* |
| DAVIS POLK & WARDWELL LLP | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP |
| James P. Rouhandeh (admitted *pro hac vice*) | |
| Charles S. Duggan (admitted *pro hac vice*) | John Rizio-Hamilton (*pro hac vice*) |
| Nikolaus J. Williams (admitted *pro hac vice*) | (johnr@blbglaw.com) |
| Paulina Perlin (admitted *pro hac vice*) | Rebecca E. Boon (*pro hac vice*) |
| 450 Lexington Avenue | (rebecca.boon@blbglaw.com) |
| New York, New York 10017 | Jorge G. Tenreiro (*pro hac vice*) |
| Tel: (212) 450-4000 | (jorge.tenreiro@blbglaw.com) |
| Fax: (212) 701-5800 | Aasiya M. Glover (*pro hac vice*) |
| rouhandeh@davispolk.com | (aasiya.glover@blbglaw.com) |
| charles.duggan@davispolk.com | Mathews R. de Carvalho (*pro hac vice*) |
| nikolaus.williams@davispolk.com | (mathews.decarvalho@blbglaw.com) |
| paulina.perlin@davispolk.com | Sarah Schmidt (*pro hac vice*) |
| | (sarah.schmidt@blbglaw.com) |
| Neal A. Potischman (SBN 254862) | 1251 Avenue of the Americas |
| 900 Middlefield Road | New York, NY 10020 |
| Redwood City, California 94063 | Tel: (212) 554-1400 |
| Tel: (650) 752-2000 | Fax: (212) 554-1444 |
| Fax: (650) 752-2111 | |
| neal.potischman@davispolk.com | Jonathan D. Uslaner (Bar No. 256898) |
| | (jonathanu@blbglaw.com) |
| *Attorneys for Defendants Meta Platforms,* | 2121 Avenue of the Stars, Suite 2575 |
| *Inc., Mark Zuckerberg, Nick Clegg, Antigone* | Los Angeles, CA 90067 |
| *Davis, and Karina Newton* | Tel: (310) 819-3481 |
| | |
| | *Counsel for Lead Plaintiffs* |
| | *Ohio Public Employees Retirement System* |
| | *and PFA Pension Forsikringsaktieselskab* |
| | |
| | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO |
| | Shawn Busken |
| | (Shawn.Busken@OhioAttorneyGeneral.gov) |
| | 30 East Broad Street |
| | Columbus, OH 43215 |
| | Tel: (800) 282-0515 |
| | *Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System* |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION BRIEFING
Case No. 3:21-cv-08812-AMO

### CIVIL L.R. 5-1(i)(3) ATTESTATION

I, Charles S. Duggan, am the ECF user whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated:    October 8, 2025                    */s/ Charles S. Duggan*
                                                            Charles S. Duggan

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.



GRANTED

Judge Araceli Martinez-Olguin

October 9, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3