**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on
Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR AMENDING PLEADINGS, CLASS CERTIFICATION, AND DISCOVERY**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Araceli Martínez-Olguín<br>Courtroom: 10 |

Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Lead Plaintiffs filed the operative complaint in this action, the Consolidated Amended Class Action Complaint (ECF No. 97), on October 28, 2022;

**WHEREAS**, on September 30, 2024, the Court granted in part and denied in part Defendants' Motion to Dismiss (ECF No. 143);

**WHEREAS**, on December 20, 2024, the Court ordered Lead Plaintiffs to file their Motion for Class Certification by November 12, 2025; Defendants to file their Opposition to Class Certification by December 30, 2025; and Lead Plaintiffs to file their Reply In Support of Class Certification by January 27, 2026; and permitted Lead Plaintiffs to add parties or amend their pleadings by January 13, 2026 (ECF No. 153);

**WHEREAS**, on March 21, 2025, the Court ordered the Parties to file a Joint Status Report by October 30, 2025 on the outcome of the mediation (ECF No. 172);

**WHEREAS**, on September 9, 2025, the Parties filed a Stipulation extending the deadline for them to file their Joint Status Report from October 30, 2025 to November 10, 2025 (ECF No. 188), which the Court ordered that day (ECF No. 189);

**WHEREAS**, on October 8, 2025, the Parties filed a Stipulation extending the deadlines for Lead Plaintiffs to file their Motion for Class Certification to December 12, 2025; Defendants' Opposition to Class Certification to January 30, 2026; and Lead Plaintiffs' Reply In Support of Class Certification to March 6, 2026 (ECF No. 195), which the Court ordered on October 9, 2025 (ECF No. 196);

**WHEREAS**, other than the September 9, 2025 Order (ECF No. 189) and October 9, 2025 Order (ECF No. 196), there have two other time modifications in this case: (ECF No. 19) (extending time for Defendants to respond to the complaint); (ECF No. 90) (extending time for Lead Plaintiffs to file the consolidated amended complaint and the briefing schedule for

Defendants' motion to dismiss);

**WHEREAS**, Lead Plaintiffs wish to amend the operative complaint to include additional information learned in discovery and information that will be made public in connection with the hearing on defendants' motions for summary judgment in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No. 22-md-3047-YGR, MDL No. 3047, which is scheduled for January 26, 2026;

**WHEREAS**, Defendants intend to file a renewed motion to dismiss the forthcoming amendment to the operative complaint;

**WHEREAS**, amending the operative complaint and the outcome of Defendants' anticipated motion to dismiss will likely affect the class period, alleged misleading statements, and alleged corrective events, which would materially impact the scope and content of the class certification motion briefing and accompanying expert submissions;

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u–4(b)(3)(B), all discovery is automatically stayed until the Court decides Defendants' forthcoming motion to dismiss;

**WHEREAS**, in light of the foregoing, the Parties wish to adjust the current schedule to allow for an orderly process for filing the amended complaint and for motion to dismiss briefing, followed by class certification briefing;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. The deadline for Lead Plaintiffs to add parties or amend pleadings shall be moved from January 13, 2026 to February 16, 2026;

2. Defendants shall respond to the amended complaint by filing a motion to dismiss or otherwise, on or before May 18, 2026;

3. Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss, if any, on or before August 10, 2026;

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before September 24, 2026;

5.  Pursuant to the PSLRA, all discovery in this action is stayed as of the date of this stipulation; and

6.  All further deadlines in the action, including the deadlines for class certification briefing and the close of fact discovery, are suspended pending the resolution of the anticipated motion to dismiss.

**IT IS SO STIPULATED.**

Dated: December 8, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ John Rizio-Hamilton* | */s/ Rory A. Leraris* |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | DAVIS POLK & WARDWELL LLP |
| John Rizio-Hamilton (*pro hac vice*) | James P. Rouhandeh (admitted *pro hac vice*) |
| (johnr@blbglaw.com) | Charles S. Duggan (admitted *pro hac vice*) |
| Rebecca E. Boon (*pro hac vice*) | Rory A. Leraris (admitted *pro hac vice*) |
| (rebecca.boon@blbglaw.com) | Nikolaus J. Williams (admitted *pro hac vice*) |
| Jorge G. Tenreiro (*pro hac vice*) | Esther C. Townes (admitted *pro hac vice*) |
| (jorge.tenreiro@blbglaw.com) | Paulina Perlin (admitted *pro hac vice*) |
| Aasiya M. Glover (*pro hac vice*) | 450 Lexington Avenue |
| (aasiya.glover@blbglaw.com) | New York, New York 10017 |
| Mathews R. de Carvalho (*pro hac vice*) | Tel: (212) 450-4000 |
| (mathews.decarvalho@blbglaw.com) | Fax: (212) 701-5800 |
| Sarah Schmidt (*pro hac vice*) | rouhandeh@davispolk.com |
| (sarah.schmidt@blbglaw.com) | charles.duggan@davispolk.com |
| 1251 Avenue of the Americas | rory.leraris@davispolk.com |
| New York, NY 10020 | nikolaus.williams@davispolk.com |
| Tel: (212) 554-1400 | esther.townes@davispolk.com |
| Fax: (212) 554-1444 | paulina.perlin@davispolk.com |
| | |
| | Neal A. Potischman (SBN 254862) |
| Jonathan D. Uslaner (Bar No. 256898) | 900 Middlefield Road |
| (jonathanu@blbglaw.com) | Redwood City, California 94063 |
| 2121 Avenue of the Stars, Suite 2575 | Tel: (650) 752-2000 |
| Los Angeles, CA 90067 | Fax: (650) 752-2111 |
| Tel: (310) 819-3481 | neal.potischman@davispolk.com |
| | |
| *Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab* | *Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton* |
| | |
| OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO | |

1  Shawn Busken
2  (Shawn.Busken@OhioAttorneyGeneral.gov)
3  30 East Broad Street
   Columbus, OH 43215
4  Tel: (800) 282-0515
   *Additional Counsel for Lead Plaintiff*
5  *Ohio Public Employees Retirement*
6  *System*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, John Rizio-Hamilton, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated:   December 8, 2025                                         /s/ *John Rizio-Hamilton*
                                                                                     John Rizio-Hamilton

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____

                                                                 The Honorable Araceli Martínez-Olguín

                                                                 United States District Court Judge