John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge G. Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
**BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs
Ohio Public Employees Retirement System and
PFA Pension Forsikringsaktieselskab*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>**DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR AMENDING PLEADINGS, CLASS CERTIFICATION, AND DISCOVERY**<br><br><u>CLASS ACTION</u><br><br>Courtroom: 10<br>Assigned to: Honorable Araceli Martínez-Olguín |

I, John Rizio-Hamilton, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Lead Plaintiffs"). I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*. I submit this declaration in support of the accompanying Joint Stipulation and [Proposed] Order Regarding Deadlines for Amending Pleadings, Class Certification, and Discovery (the "Joint Stipulation").

2. Under the current schedule, the deadline for Lead Plaintiffs to file their Class Certification motion is December 12, 2025, and the deadline for Lead Plaintiffs to file an amended complaint is January 13, 2026 (ECF No. 153).

3. Lead Plaintiffs wish to amend the operative complaint to include additional information learned in discovery and information that will be made public in connection with the hearing on defendants' motion for summary judgment in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No. 22-md-3047-YGR, MDL No. 3047, which is scheduled for January 26, 2026.

4. Defendants intend to file a renewed motion to dismiss the forthcoming amendment to the operative complaint.

5. Amending the operative complaint and the outcome of Defendants' anticipated motion to dismiss will likely affect issues central to class certification, including the class period, alleged misleading statements, and alleged corrective events, which would materially impact the scope and content of the class certification motion briefing and accompanying expert submissions.

6. The Parties have met and conferred in good faith and agree that, in light of the foregoing, it would be most efficient for the amendment to occur and the anticipated motion to dismiss to be resolved prior to class certification briefing.

7. The Parties have therefore agreed to the proposed schedule set forth in the accompanying Joint Stipulation.

8. There have been four previous time modifications in this litigation: (ECF No. 19) (extending time for Defendants to respond to the complaint); (ECF No. 90) (extending time for Lead Plaintiffs to file the consolidated amended complaint and the briefing schedule for Defendants' motion to dismiss); (ECF No. 189) (extending the time to file a joint status report regarding mediation); and (ECF No. 195) (extending the deadlines for the class certification briefing).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th of December, 2025, at New York, New York.

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton