# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 21-cv-08812-AMO<br><br>**ORDER DENYING JOINT STIPULATION REGARDING DEADLINES FOR AMENDING PLEADINGS, CLASS CERTIFICATION, AND DISCOVERY**<br><br>Re: Dkt. No. 200 |

Before the Court is the parties' joint stipulation regarding deadlines for amending pleadings, class certification, and discovery.  The stipulation requests an extension of deadlines previously set by the Court.  The Court **DENIES** the stipulation for the following reasons.

First, the parties' request is untimely.  The Court's Standing Order requires that "[a]ny party seeking an extension of a court deadline must seek an extension at least seven (7) days prior to the deadline[.]"  The parties' stipulation was filed on December 8, 2025, Dkt. No. 200, and requests an extension of Plaintiff's deadline to file a motion for class certification, which is set for December 12, 2025.  *See* Dkt. No. 196.

Further, the stipulation and declaration submitted do not show that good cause exists to extend the deadlines, as required by Federal Rule of Civil Procedure 16(b)(4).  The parties are welcome to agree amongst themselves to an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).  The Court, however, will not amend any deadlines previously set absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: December 10, 2025

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**