**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge G. Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| | **JOINT DECLARATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO AMEND PRETRIAL SCHEDULING ORDER** |
| | <u>CLASS ACTION</u> |
| | Judge: Hon. Araceli Martínez-Olguín<br>Courtroom: 10 |

We, John Rizio-Hamilton and Rory A. Leraris, declare as follows:

1. I, John Rizio-Hamilton, am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Lead Plaintiffs"). I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*.

2. I, Rory A. Leraris, am an attorney at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants"). I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*.

3. We submit this declaration pursuant to Civil Local Rules 6-3 and 7-11, and in support of the Parties' Joint Administrative Motion to Amend the Pretrial Scheduling Order and Set Briefing Schedule.

4. On December 20, 2024, the Court entered a Pretrial Scheduling Order setting various case deadlines in the above-captioned action (ECF No. 153). As amended by joint stipulation, entered on October 9, 2025 (ECF No. 196), the following case deadlines are now in effect: December 12, 2025: (i) Deadline for Plaintiffs to file motion for class certification, which Plaintiffs timely filed; (ii) January 13, 2026: Deadline to add or amend parties; (iii) January 30, 2026: Deadline for Defendants to file opposition to class certification; (iv) March 6, 2026: Deadline for Plaintiffs to file reply in support of class certification; and (v) April 27, 2026: Deadline to complete fact discovery.

5. Fact document discovery in this case was substantially completed in late September 2025 (with the Parties currently continuing to negotiate and complete additional discovery). Defendants have, to date, produced more than 122,000 documents, totaling nearly one million pages, which Lead Plaintiffs assert they have been diligently reviewing.

6. The Parties participated in a good faith mediation on November 3, 2025, in an effort to resolve the Action.

7. Lead Plaintiffs raised the possibility of amending the complaint with Defendants on December 3, 2025.

8. On December 8, 2025, the Parties submitted a joint stipulation to extend Lead Plaintiffs' deadline to amend the complaint and suspend all remaining case deadlines, (ECF No. 201).

9. On December 10, 2025, the Court denied the Stipulation (ECF No. 202), stating, "The parties are welcome to agree amongst themselves to an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court, however, will not amend any deadlines previously set absent a showing of good cause."

10. On December 12, 2025, Lead Plaintiffs timely filed their motion for class certification (ECF No. 203).

11. Pursuant to the Court's December 10, 2025 order, the Parties now respectfully submit this joint declaration in support of their joint motion to establish good cause for the modifications of the case schedule sought therein.

12. Lead Plaintiffs intend to amend the operative complaint based on information obtained in discovery, and assert that they intend to incorporate into their amendment information that the Parties anticipate will be made public in connection with the hearing on defendants' motion for summary judgment in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No. 22-md-3047-YGR, MDL No. 3047, which is scheduled for January 26, 2026, after the current deadline to amend. Lead Plaintiffs' amendment is likely to affect the class period, the alleged misleading statements, and the alleged corrective disclosures, which in turn would affect the size and nature of the class that Lead Plaintiffs seek to certify and the scope of fact discovery.

13. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's December 10, 2025 order, Defendants have consented in writing to Lead Plaintiffs filing an amended complaint and have informed Lead Plaintiffs of their intent to file a renewed motion to dismiss the forthcoming amendment to the operative complaint.

Executed this 19th day of December, 2025 in New York, New York.

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton

*/s/ Rory A. Leraris*
Rory A. Leraris