**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Antigone Davis,
and Karina Newton*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO <br><br> Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO <br><br> **DECLARATION OF ANTIGONE DAVIS IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)** <br><br> CLASS ACTION <br><br> Judge: Hon. Araceli Martínez-Olguín |

**DECLARATION OF ANTIGONE DAVIS**

I, ANTIGONE DAVIS, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am Global Head of Safety at Meta Platforms, Inc. ("Meta"). I have held this position at Meta since 2014, when I joined the Company. I submit this Declaration in support of Meta's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Meta's Statement in Support"). The declaration is based on my personal knowledge and experience at Meta and in my career. If called upon to do so, I could and would competently testify as follows.

2. I have reviewed Exhibits 6, 7, 8, 9, and 11, all of which contain information that, if publicized, could enable bad actors to inflict harms on Meta and/or its users.

3. Information contained in these documents concerns Meta's detection, reporting, and prevention systems, policies or processes regarding child safety and teenage mental health and wellbeing. This information is highly sensitive, and Meta does not publicly reveal it.

4. These documents contain information regarding Meta's controls on bad conduct that negatively impacts teens, including suicide, self-harm, bullying, and harassment. For example, META_OPERS_00345181 to META_OPERS_00345184 in Exhibit 11 contain information about methods bad actors use when seeking to cause teens mental and physical harm on the platform, including seeking to cause teens to commit suicide, and Meta's strategy for combatting these bad actors. If these documents become public, bad actors could use this information to circumvent Meta's safeguards for preventing and addressing their bad conduct.

5. These documents also contain information regarding Meta's child safety controls and protocols. For example, META_OPERS_00013783, META_OPERS_00013785, and META_OPERS_00013787 in Exhibit 9 describe safety measures Meta has taken or planned to take to detect bad actors. META_OPERS_00013791, META_OPERS_00013794, and META_OPERS_00013800 in Exhibit 9 discuss Meta's child safety capabilities and safety metrics. *See also* Exhibit 6 at META_OPERS_00337253 to META_OPERS_00337257 (presentation detailing Company goals and risks regarding youth wellbeing), Exhibit 7 at META_OPERS_00013092 to META_OPERS_00013095 (presentation including updates on child safety issues on the platforms),

Exhibit 8 at META_OPERS_00015213 (emails with attached document regarding Company product implications relating to youth safety). If this information becomes publicly available, bad actors could seek to circumvent these safety controls, which could allow them to more easily spread illicit and dangerous content or communications and cause harm to children and teens.

6.  The harmful conduct described in these materials could also be used as a model for bad actors to follow in the future. These materials could also provide bad actors with knowledge of additional methods to spread dangerous content on the platforms.

7.  Meta does not disclose this information publicly in the ordinary course of business. It is confidential, proprietary, and valuable, and Meta takes steps to maintain its confidentiality, including not sharing it publicly and limiting who can receive it. Disclosure of the above-listed information could enable online predators and other bad actors to evade detection and/or enforcement.

8.  Predators and other bad actors can be highly sophisticated, work together, share information with one another, and use constantly evolving tactics to seek to circumvent safety mechanisms. For example, in my experience, groups of predators will create and disseminate comprehensive guides on how to locate, contact, exploit, and abuse minors, and how to evade detection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2025 in Chevy Chase, Maryland.

Signed by:
Antigone Davis
D826D29AA0104F7...

Antigone Davis

# CIVIL L.R. 5-1(i)(3) ATTESTATION

I, Paulina Perlin, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated: December 19, 2025                    */s/ Paulina Perlin*
                                                                Paulina Perlin