**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (admitted *pro hac vice)*
Charles S. Duggan (admitted *pro hac vice)*
Rory A. Leraris (admitted *pro hac vice)*
Nikolaus J. Williams (admitted *pro hac vice)*
Esther C. Townes (admitted *pro hac vice)*
Paulina Perlin (admitted *pro hac vice)*
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Antigone Davis,*
*and Karina Newton*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| | **DECLARATION OF PAULINA PERLIN IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)** |
| | CLASS ACTION |
| | Judge: Hon. Araceli Martínez-Olguín |

DECL. OF PAULINA PERLIN ISO DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (ECF NO. 207)
CASE NO. 3:21-CV-08812-AMO

I, Paulina Perlin, declare as follows:

1. I am an attorney at the law firm of Davis Polk & Wardwell LLP and admitted *pro hac vice* to practice before this Court. I am counsel for Defendant Meta Platforms, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f)(3) in support of Defendant Meta Platform Inc.'s Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Meta's Statement"), filed concurrently herewith.

3. For the reasons identified below and as set forth in greater detail in Meta's Statement filed concurrently herewith, Meta seeks to maintain under seal the names and contact information for individuals mentioned in certain portions of Exhibits 2 and 4–24, who I understand, based on my review and in consultation with Meta, are not parties to this action or high-ranking executives at Meta, as well as contact information for Meta employees mentioned in certain portions of Exhibits 2 and 4–24.

4. I understand, based on my consultation with Meta, that Meta generally keeps employee personal and contact information nonpublic except to the extent necessary for employees to perform their job functions in the ordinary course of business, or as made public by employees.

5. I understand, based on my consultation with Meta, that the public disclosure of Meta's employees' names has sometimes been followed by harassment, online threats, and/or suspicious phone calls, text-messages, or emails, particularly in cases with significant media attention. For example, I understand that in recent years, Meta employees have been subjected to online harassment or "doxing" of their personally identifiable information and home addresses.

6. I understand, based on my consultation with Meta, that the risk of harassment and threats is materially greater if the employee is publicly connected to hot-button issues, such as those at issue in this case, than if the individual is merely connected publicly to Meta (e.g., on LinkedIn) or even to a particular Meta team.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECL. OF PAULINA PERLIN ISO DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (ECF NO. 207)
CASE NO. 3:21-CV-08812-AMO

1

Executed on this 19th day of December, 2025 at New York, New York.


*/s/ Paulina Perlin*
Paulina Perlin

DECL. OF PAULINA PERLIN ISO DEF. META PLATFORM, INC.'S STATEMENT IN RESPONSE TO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (ECF NO. 207)
CASE NO. 3:21-CV-08812-AMO

2