**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| | **[PROPOSED] ORDER REGARDING DEFENDANT META PLATFORMS, INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS'ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)** |
| | CLASS ACTION |
| | Judge: Hon. Araceli Martínez-Olguín |

Defendant Meta Platforms, Inc.'s ("Meta") Statement in Support of Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") [ECF No. 207] was brought before this Court.  Having considered Defendant Meta's Statement in Support of Plaintiffs' Administrative Motion and supporting declarations, the Court finds there to be good cause and compelling reasons to grant the Motion, and finds that the following documents shall be filed under seal:

| Doc. title | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or Partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 4:24-26 | Quotation from material in META_OPERS_ 00337246 and META_OPERS_ 00337249 of Exhibit 6 discussing competitively sensitive information related to child safety themes, priorities, and risks.  Eulenstein Decl. ¶¶ 2, 4. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 4:26-28 | Quotation from material in META_OPERS_ 00013096 of Exhibit 7 discussing competitively sensitive information related to child safety themes, priorities, and risks.  Eulenstein Decl. ¶¶ 2, 4. | |
| Pls.' Mot. | 203 | 207-2 | 212-3 | Meta Platforms, | **Partial** 5:1-3 | Quotation from material in | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-cv-08812-AMO

1

| | | | | Inc. | | META_OPERS_ 00015211 of Exhibit 8 discussing competitively sensitive information relating to advertising strategies and how to deal with competition for certain demographics. Eulenstein Decl. ¶¶ 2-3. | |
|---|---|---|---|---|---|---|---|
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 5:4-6 | Quotation from material in META_OPERS_ 00015211 of Exhibit 8 discussing competitively sensitive information relating to advertising strategies and how to deal with competition for certain demographics. Eulenstein Decl. ¶¶ 2-3. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-2 | Meta Platforms, Inc. | **Partial** 5:6-9 | Quotation from material in META_OPERS_ 00013785 of Exhibit 9 discussing competitively sensitive information relating to roll-out for messaging and calling features, | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | including safety risks and strategy, Eulenstein Decl. ¶¶ 2, 6, and information that may enable bad actors by exposing how Meta detects, measures, and addresses inappropriate interactions with children.  Davis Decl. ¶¶ 2, 5-8. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 5:27-28 | Quotation from material in META_OPERS_ 00090976 of Exhibit 10 discussing competitively sensitive information relating to press strategy, Eulenstein Decl. ¶¶ 2, 6, and internal research information that contains highly sensitive internal discussions about platform vulnerabilities and strategic priorities.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-2 | Meta Platforms, Inc. | **Partial** 5:29-6:1 | Quotation from material in META_OPERS_ 00013787 of Exhibit 9 discussing competitively sensitive information | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | relating to the roll-out for messaging and calling features, including safety risks and strategy, Eulenstein Decl. ¶¶ 2, 6, and information that may enable bad actors by exposing how Meta detects, measures, and addresses inappropriate interactions with children.  Davis Decl. ¶¶ 2, 5-8. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1; 212-2 | Meta Platforms, Inc. | **Partial** 6:1-6:4 | Discussion of material in META_OPERS_ 00345182 of Exhibit 11 regarding competitively sensitive information relating to managing potentially commercially and reputationally vulnerable issues on certain App platforms, Eulenstein Decl. ¶¶ 2, 5, internal strategies for addressing viral challenges, their rates on platform, and the effectiveness of interventions, Cobb Decl. ¶¶ 2-3, 5-6, and | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | information that may enable bad actors by disclosing Meta's efforts to address viral suicide and self-injury trends. Davis Decl. ¶¶ 2, 4, 6-8. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 6:9-11 | Quotation from material in META_OPERS_ 00164433 of Exhibit 12 discussing competitively sensitive information relating to internal discussions and deck about cosmetic surgery filters, Eulenstein Decl. ¶¶ 2, 6, and internal research information on how different courses of action are evaluated and impacts on engagement. Cobb Decl. ¶¶ 2, 4-6. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 6:16-17 | Quotation from material in META_OPERS_ 0175563 and META_OPERS_ 0175564 of Exhibit 15 discussing competitively sensitive information relating to certain | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Meta product ramifications from possible regulatory responses, Eulenstein Decl. ¶¶ 2, 4, and internal research information relating to youth safety on Company platform.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 6:18-20 | Quotation from material in META_OPERS_ 0175564, META_OPERS_ 0175569, and META_OPERS_ 0175571 of Exhibit 15 discussing competitively sensitive information relating to certain Meta product ramifications from possible regulatory responses, Eulenstein Decl. ¶¶ 2, 4, and internal research information relating to youth safety on Company platform.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Pls.' Mot. for Class | 203 | 207-2 | 212-3; 212-2 | Meta Platforms, Inc. | **Partial** 6:21-23 | Quotation from material in META_OPERS_ 00013785 of | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)         CASE NO. 3:21-CV-08812-AMO

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cert. | | | | | | Exhibit 9 discussing competitively sensitive information relating to the roll-out for messaging and calling features, including safety risks and strategy, Eulenstein Decl. ¶¶ 2, 6, and information that may enable bad actors by exposing how Meta detects, measures, and addresses inappropriate interactions with children.  Davis Decl. ¶¶ 2, 5-8. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 6:28-7:1 | Quotation from material in META_OPERS_ 00060779 of Exhibit 17 discussing competitively sensitive information relating to internal audit report regarding product-related measurement and monitoring. Eulenstein Decl. ¶¶ 2, 5. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 7:2 | Discussion of material in META_OPERS_ 00333119 and META_OPERS_ | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)            CASE NO. 3:21-CV-08812-AMO

7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 00333125 of Exhibit 18 regarding competitively sensitive information relating to the methodology and results of an audit of Instagram's product features in connection with youth wellbeing, Eulenstein Decl. ¶¶ 2, 5, and internal research information relating to the wellness of users in a specific age group on the platform.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3; 212-1 | Meta Platforms, Inc. | **Partial** 7:7-8 | Discussion of material in META_OPERS_ 00024891, META_OPERS_ 00024898, and META_OPERS_ 00024903 of Exhibit 19 regarding competitively sensitive information relating to internal communications regarding decisions as to product development, Eulenstein Decl. ¶¶ 2, 6, and internal research | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | information relating to user engagement and user perception of certain platform features.  Cobb Decl. ¶¶ 2, 4-6. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 9:3-4 | Discussion of material in META_OPERS_ 00046149 of Exhibit 23 regarding competitively sensitive information relating to potential policy changes regarding content moderation decisions. Eulenstein Decl. ¶¶ 2, 5. | |
| Pls.' Mot. for Class Cert. | 203 | 207-2 | 212-3 | Meta Platforms, Inc. | **Partial** 9:4-7 | Quotation of material in META_OPERS_ 00046149 of Exhibit 23 discussing competitively sensitive information relating to potential policy changes regarding content moderation decisions. Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 2 | 204-2 | 207-3 | 212-4 | Meta Platforms, Inc. | **Partial** Employee email in META_OPERS _00347227 | Personally identifying information consisting of employee email. | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)                CASE NO. 3:21-CV-08812-AMO

9

| Exhibit | | | | Party | Scope | Reason |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Perlin Decl. ¶¶ 3-6. |  |
| Exhibit 2 | 204-2 | 207-3 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS_00347228 to META_OPERS_00347234 | Competitively sensitive information related to salary and performance of non-defendant executive. Eulenstein Decl. ¶¶ 2, 7. |  |
| Exhibit 3 | 204-3 | 207-4 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS_00345923 to META_OPERS_00345969 | Competitively sensitive information related to user metrics. Eulenstein Decl. at ¶¶ 2-3, 7. |  |
| Exhibit 4 | 204-4 | 207-5 | 212-4 | Meta Platforms, Inc. | **Partial** Names and photos of non-defendant, non-executive employees and name of minor in BLBG-Haugen_0009134 to BLBG-Haugen_0009135; BLBG-Haugen_0009145; BLBG-Haugen_0009149 to BLBG-Haugen_0009152 | Personally identifying information consisting of names and photos of non-defendant, non-executive employees and name of minor. Perlin Decl. ¶¶ 3-6. |  |
| Exhibit 5 | 204-5 | 207-6 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees in META_OPERS_00505270; META_OPERS_00505292; META_OPERS_00505294; | Personally identifying information consisting of names of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | META_OPERS _00505295; META_OPERS _00505302 to META_OPERS _00505304; META_OPERS _00505306 to META_OPERS _00505308; META_OPERS _00505312; META_OPERS _00505313; META_OPERS _00505321; META_OPERS _00505322; META_OPERS _00505326; META_OPERS _00505327; META_OPERS _00505342 to META_OPERS _00505345 | | |
| Exhibit 6 | 204-6 | 207-7 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00337246; META_OPERS _00337249; META_OPERS _00337251 to META_OPERS _00337257; META_OPERS _00337259 to META_OPERS _00337261 | Competitively sensitive information related to child safety themes, priorities, and risks.  Eulenstein Decl. ¶¶ 2, 4. | |
| Exhibit 6 | 204-6 | 207-7 | 212-2 | Meta Platforms, Inc. | **Partial** META_OPERS _00337253 to META_OPERS _00337257 | Information that may enable bad actors to circumvent child safety controls by disclosing safety protocols and vulnerabilities in connection with | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)        CASE NO. 3:21-CV-08812-AMO

11

| Exhibit | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | prevention of inappropriate interactions with children.  Davis Decl. ¶¶ 2, 5-8. | |
| Exhibit 6 | 204-6 | 207-7 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees in META_OPERS _00337244 | Personally identifying information consisting of names of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 7 | 204-7 | 207-8 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS _00013088; META_OPERS _00013099; META_OPERS _00013100; META_OPERS _00013103 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 7 | 204-7 | 207-8 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00013091 to META_OPERS _00013098; META_OPERS _00013104 to META_OPERS _00013108 | Competitively sensitive information relating to child safety policy risks, staffing, and youth product strategy. Eulenstein Decl. ¶¶ 2, 4. | |
| Exhibit 7 | 204-7 | 207-8 | 212-2 | Meta Platforms, Inc. | **Partial** META_OPERS _00013092 to META_OPERS _00013095 | Information that may enable bad actors to circumvent child safety controls by disclosing vulnerabilities and details about | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

12

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | efforts to address child sexual exploitation, suicide and self-injury, and well-being issues. Davis Decl. ¶¶ 2, 5-8. | |
| Exhibit 8 | 204-8 | 207-9 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees, employee emails, and images of non-parties in META_OPERS _00015208; META_OPERS _00015229 | Personally identifying information consisting of names of non-defendant, non-executive employees, employee emails, and images of non-parties. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 8 | 204-8 | 207-9 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00015208 to META_OPERS _00015233 | Competitively sensitive information relating to advertising strategies and how to deal with competition for certain demographics. Eulenstein Decl. ¶¶ 2-3. | |
| Exhibit 8 | 204-8 | 207-9 | 212-2 | Meta Platforms, Inc. | **Partial** META_OPERS _00015213 | Information that may enable bad actors by disclosing information relating to device-level signals. Davis Decl. ¶¶ 2, 5-8. | |
| Exhibit 9 | 204-9 | 207-10 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee | Personally identifying information consisting of names of non-defendant, non- | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | emails in META_OPERS _00013773; META_OPERS _00013798 | executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 9 | 204-9 | 207-10 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00013779 to META_OPERS _00013781; META_OPERS _00013783 to META_OPERS _00013789; META_OPERS _00013791 to META_OPERS _00013800 | Competitively sensitive information relating to the roll-out for messaging and calling features, including safety risks and strategy. Eulenstein Decl. ¶¶ 2, 6. | |
| Exhibit 9 | 204-9 | 207-10 | 212-2 | Meta Platforms, Inc. | **Partial** META_OPERS _00013783; META_OPERS _00013785; META_OPERS _00013787; META_OPERS _00013791; META_OPERS _00013794; META_OPERS _00013800 | Information that may enable bad actors by exposing how Meta detects, measures, and addresses inappropriate interactions with children.  Davis Decl. ¶¶ 2, 5-8. | |
| Exhibit 10 | 204-10 | 207-11 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS _00090974 to META_OPERS _00090977 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 10 | 204-10 | 207-11 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00090974 to META_OPERS _00090977 | Competitively sensitive information relating to press strategy. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Eulenstein Decl. ¶¶ 2, 6. | |
| Exhibit 10 | 204-10 | 207-11 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS _00090974 to META_OPERS _0090976 | Internal research information that contains highly sensitive internal discussions about platform vulnerabilities and strategic priorities.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Exhibit 11 | 204-11 | 207-12 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS _00345181 to META_OPERS _00204023 | Internal strategies for addressing viral challenges, their rates on platform, and the effectiveness of interventions. Cobb Decl. ¶¶ 2-3, 5-6. | |
| Exhibit 11 | 204-11 | 207-12 | 212-4 | Meta Platforms, Inc. | **Partial** Name of non-defendant, non-executive employee and employee email in META_OPERS _00345185 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 11 | 204-11 | 207-12 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00345181 to META_OPERS _00345184 | Competitively sensitive information relating to managing potentially commercially and reputationally vulnerable issues on certain App platforms. Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 11 | 204-11 | 207-12 | 212-2 | Meta Platforms, Inc. | **Partial** META_OPERS _00345181 to | Information that may enable bad actors by | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-cv-08812-AMO

15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | META_OPERS_00345184 | disclosing Meta's efforts to address viral suicide and self-injury trends. Davis Decl. ¶¶ 2, 4, 6-8. | |
| Exhibit 12 | 204-12 | 207-13 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS_00164433 to META_OPERA_00164446 | Internal research information on how different courses of action are evaluated and impacts on engagement. Cobb Decl. ¶¶ 2, 4-6. | |
| Exhibit 12 | 204-12 | 207-13 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees, employee emails, and images of non-parties in META_OPERS_00164431; META_OPERS_00164432; META_OPERS_00164435 to META_OPERS_00164437; META_OPERS_00164442 | Personally identifying information consisting of names of non-defendant, non-executive employees, employee emails, and images of non-parties. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 12 | 204-12 | 207-13 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS_00164432 to META_OPERS_00164446 | Competitively sensitive information relating to internal discussions and deck about cosmetic surgery filters. Eulenstein Decl. ¶¶ 2, 6. | |
| Exhibit 13 | 204-13 | 207-14 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive | Personally identifying information consisting of | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-cv-08812-AMO

16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | employees and employee emails in META_OPERS _00165548 to META_OPERS _00165551 | names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 14 | 204-14 | 207-15 | 212-4 | Meta Platforms, Inc. | **Partial** Name of non-defendant, non-executive employee and employee emails in META_OPERS _00332493 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 15 | 204-15 | 207-16 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS _001755663 to META_OPERS _00175585 | Internal research information relating to youth safety on Company platform. Cobb Decl. ¶¶ 2-3, 5-6. | |
| Exhibit 15 | 204-15 | 207-16 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00175562 to META_OPERS _00175585 | Competitively sensitive information relating to certain Meta product ramifications from possible regulatory responses. Eulenstein Decl. ¶¶ 2, 4. | |
| Exhibit 15 | 204-15 | 207-16 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS _00175561; META_OPERS _00175562 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

17

| Exhibit 16 | 204-16 | 207-17 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees in META_OPERS _00344341; META_OPERS _00344386 to META_OPERS _00344391; META_OPERS _00344393; META_OPERS _00344396 | Personally identifying information consisting of names of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. | |
|---|---|---|---|---|---|---|---|
| Exhibit 17 | 204-17 | 207-18 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS _00060779 to META_OPERS _00060780 | Competitively sensitive information relating to internal audit report regarding product-related measurement and monitoring. Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 17 | 204-17 | 207-18 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS _00060779 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 18 | 204-18 | 207-19 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS _00333118 to META_OPERS _00333144) | Internal research information relating to the wellness of users in a specific age group on the platform.  Cobb Decl. ¶¶ 2-3, 5-6. | |
| Exhibit 18 | 204-18 | 207-19 | 212-3 | Meta Platforms, Inc. | **Full** | Competitively sensitive information | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | relating to the methodology and results of an audit of Instagram's product features in connection with youth wellbeing. Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 18 | 204-18 | 207-19 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees in META_OPERS _00333117; META_OPERS _00333120 to META_OPERS _00333128; META_OPERS _00333130 to META_OPERS _00333132; META_OPERS _00333135 to META_OPERS _00333144 | Personally identifying information consisting of names of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 19 | 204-19 | 207-20 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS _00024887 to META_OPERS _00024888; META_OPERS _00024891 to META_OPERS _0002494; META_OPERS _00024896 to META_OPERS _00024900; META_OPERS _00024902 to META_OPERS _00024907; META_OPERS _00024909 to | Internal research information relating to user engagement and user perception of certain platform features. Cobb Decl. ¶¶ 2, 4-6. | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | META_OPERS_00024912 | | |
| Exhibit 19 | 204-19 | 207-20 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS_00024887 to META_OPERS_00024888; META_OPERS_00024891 to META_OPERS_00024894; META_OPERS_00024896 to META_OPERS_00024900; META_OPERS_00024902 to META_OPERS_00024907; META_OPERS_00024909 to META_OPERS_0002912 | Competitively sensitive information relating to internal communications regarding decisions as to product development. Eulenstein Decl. ¶¶ 2, 6. | |
| Exhibit 19 | 204-19 | 207-20 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS_00024885 to META_OPERS_00024888; | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 20 | 204-20 | 207-21 | 212-1 | Meta Platforms, Inc. | **Partial** META_OPERS_00002567, META_OPERS_00002576, META_OPERS_00002578 | Internal research information on user experience. Cobb Decl. ¶ 4. | |
| Exhibit 20 | 204-20 | 207-21 | 212-3 | Meta Platforms, Inc. | **Partial** META_OPERS_00002566; META_OPERS_00002578 | Competitively sensitive information relating to internal metrics regarding product development. | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-CV-08812-AMO

20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 20 | 204-20 | 207-21 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and images of non-parties in META_OPERS_00002566; META_OPERS_00002568; META_OPERS_00002569; META_OPERS_00002572; META_OPERS_00002573; META_OPERS_00002575; META_OPERS_00002576; META_OPERS_00002580; META_OPERS_00002581; META_OPERS_00002584; META_OPERS_00002585 | Personally identifying information consisting of names of non-defendant, non-executive employees and images of non-parties.  Perlin Decl. ¶¶ 3-6. | |
| Exhibit 21 | 204-21 | 207-22 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees and employee emails in META_OPERS_00086549; META_OPERS_00086557 | Personally identifying information consisting of names of non-defendant, non-executive employees and employee emails. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 22 | 204-22 | 207-23 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees, employee | Personally identifying information consisting of names of non-defendant, non- | |

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)          CASE NO. 3:21-cv-08812-AMO

21

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | emails, and non-party contact information in META_OPERS _00101072 to META_OPERS _00101083 | executive employees, employee emails, and non-party contact information. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 23 | 204-23 | 207-24 | 212-3 | Meta Platforms, Inc. | **Full** | Competitively sensitive information relating to potential policy changes regarding content moderation decisions. Eulenstein Decl. ¶¶ 2, 5. | |
| Exhibit 23 | 204-23 | 207-24 | 212-4 | Meta Platforms, Inc. | **Partial** Names of non-defendant, non-executive employees in META_OPERS _00046149; META_OPERS _00046153 | Personally identifying information consisting of names of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. | |
| Exhibit 24 | 204-24 | 207-25 | 212-4 | Meta Platforms, Inc. | **Partial** Names and photos of non-defendant, non-executive employees in BLBG-Haugen_002144 3 to BLBG-Haugen_002144 56 | Personally identifying information consisting of names and photos of non-defendant, non-executive employees. Perlin Decl. ¶¶ 3-6. | |

**IT IS SO ORDERED.**


Dated: _____                _____

                                                           Hon. Araceli Martínez-Olguín

[PROPOSED] ORDER RE DEF. META PLATFORMS, INC.'S STATEMENT ISO PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 207)        CASE NO. 3:21-CV-08812-AMO

22