**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| | **[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO AMEND PRETRIAL SCHEDULING ORDER <span style="color:red">AS MODIFIED</span>** |
| | <u>CLASS ACTION</u> |
| | Judge: Hon. Araceli Martínez-Olguín Courtroom: 10 |

## [~~PROPOSED~~] ORDER

Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants," and together with Lead Plaintiffs, the "Parties") submitted an Administrative Motion to Amend Pretrial Scheduling Order, supported by the concurrently filed Joint Declaration of John Rizio-Hamilton and Rory A. Leraris.

Having reviewed the Administrative Motion and the accompanying declaration, and good cause appearing therefore, the Court enters the following order:

1.     The deadline for Lead Plaintiffs to add parties or amend pleadings shall be moved from January 13, 2026 to February 13, 2026;

2.     All further deadlines in the Action, including the deadlines for class certification briefing and the close of fact discovery, are suspended pending the resolution of the anticipated motion to dismiss.

3.     Any motion to dismiss shall be filed no later than 21 days from the filing of an amended complaint.

**IT IS SO ORDERED.**

Dated: _____ December 29, 2025

_____
**Hon. Araceli Martínez-Olguín**
**UNITED STATES DISTRICT JUDGE**