James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Antigone Davis,*
*and Karina Newton*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| This document relates to: All Actions | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES FOR SECOND AMENDED COMPLAINT AND MOTION TO DISMISS** |
| | <u>CLASS ACTION</u><br>Judge: Hon. Araceli Martínez-Olguín |

1   Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension,

2   Forsikringsaktieselskab (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a

3   Facebook, Inc., Mark Zuckerberg, Nick Clegg, Antigone Davis, and Karina Newton ("Defendants,"

4   and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby

5   stipulate and agree as follows:

6   **WHEREAS,** Lead Plaintiffs anticipate amending their operative complaint on February 13,

7   2026 (the "Second Amended Complaint");

8   **WHEREAS,** Defendants intend to file a renewed motion to dismiss the forthcoming Second

9   Amended Complaint (the "Motion to Dismiss");

10   **WHEREAS,** the Parties anticipate that the forthcoming Second Amended Complaint and

11   Motion to Dismiss briefing will involve information designated as confidential under the Protective

12   Order in this case (ECF No. 182);

13   **WHEREAS,** the Parties seek to modify the sealing procedures set forth in this Court's Local

14   Rules to streamline the sealing process and reduce burdens on the Court, the Parties, and third parties

15   by submitting a single motion to consider sealing of the Second Amended Complaint and subsequent

16   Motion to Dismiss briefing;

17   **WHEREAS,** the process and timeframes set forth in this joint stipulation and proposed order

18   are consistent with those so-ordered by this Court, *see e.g.*, *FTC v. Intercontinental Exch., Inc.*, No.

19   23-cv-01710-AMO, Dkt. No. 147 (June 20, 2023) (motion to consider sealing to be filed within 14

20   days after the conclusion of all preliminary injunction briefing); *In re Da Vinci Surgical Robot*

21   *Antitrust Litig.*, No. 21-cv-03825-AMO, Dkt. No. 269 (June 7, 2024) (omnibus sealing motion to be

22   filed within 14 days after the conclusion of all briefing of the underlying motion or filing; opposition

23   to be filed no later than 5 days after the omnibus motion filing; public-facing version of the documents

24   with any redactions pursuant to the court's sealing order to be filed within 21 days following the

25   court's order); *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, 22-

26   md-03047-YGR (Aug. 1, 2023) (omnibus motion to be filed within 14 days after the conclusion of

27   briefing for which the sealing requests were made; opposition to be filed within 5 days after the

28   omnibus motion filing; reply to be filed within 5 days after the opposition filing; public-facing

1   version of the documents with any redactions pursuant to the court's sealing order to be filed within

2   14 days following the court's order);

3   **WHEREAS,** there have been six previous time modifications in this litigation: ECF No. 19

4   (Dec. 7, 2021) (extending time for Defendants to respond to the complaint); ECF No. 93 (Aug. 11,

5   2022) (extending time for Lead Plaintiffs to file the first amended complaint and the briefing schedule

6   for Defendants' motion to dismiss); ECF No. 145 (Oct. 29, 2024) (extending time for Defendants to

7   answer the first amended complaint and, if Lead Plaintiffs instead chose to amend the operative

8   complaint, the briefing schedule for Defendants' motion to dismiss); ECF No. 189 (Sept. 9, 2025)

9   (extending time for the Parties to file a Joint Status Report regarding the outcome of the Parties'

10  mediation); ECF No. 196 (Oct. 9, 2025) (extending time for the Parties' class certification briefing);

11  and ECF No. 214 (Dec. 29, 2025) (extending time for Lead Plaintiffs to file the consolidated Second

12  Amended Complaint and suspending all other deadlines pending the resolution of Defendants'

13  anticipated Motion to Dismiss); and

14  **WHEREAS,** the deadlines set forth herein will not impact any other currently scheduled case

15  deadlines, as discovery is stayed pursuant to the Private Securities Litigation Reform Act and there

16  are no other events or deadlines currently scheduled.

17  **NOW THEREFORE,** the Parties request that the Court modify the sealing procedures under

18  Local Rule 79-5 for the purposes of the Second Amended Complaint and Motion to Dismiss briefing

19  as follows:

20      1.  If a Party intends to request sealing for, or intends to file material that is, "Protected

21         Material" under the Stipulated Protective Order (ECF No. 182) in any portion of the

22         Second Amended Complaint or any of the materials submitted in connection with the

23         Motion to Dismiss the Second Amended Complaint, the Party shall file, on the deadline

24         as set forth by the Court's scheduling and other orders, the Second Amended Complaint

25         and any materials submitted in connection with the Motion to Dismiss briefing fully under

26         seal.  The Party will contemporaneously file a one-page Interim Sealing Motion, which

27         will indicate that the reasons for sealing will be discussed in a forthcoming omnibus

28         motion on sealing requests.  The Interim Sealing Motion will attach an unredacted copy

1    of the documents on the ECF docket, provisionally under seal.

2    2.   At the time of the initial filings, the filing Party (the "Filing Party") shall not be required

3    to file redacted versions of any documents and shall instead file the documents in slip-

4    sheet form.

5    3.   Within 7 business days of any such initial filing, the Party that designated the Protected

6    Material (the "Designating Party") shall provide to the other Party a version of the Second

7    Amended Complaint or memoranda of law submitted in connection with the Motion to

8    Dismiss clearly designating, in yellow highlighting, the portions of such document that

9    the Designating Party provisionally intends to move to seal pursuant to the procedures set

10   forth herein.  For the avoidance of doubt, this paragraph shall not apply to any documents

11   other than the Second Amended Complaint or memoranda of law submitted in connection

12   with the Motion to Dismiss.

13   4.   Within 2 business days, the Filing Party shall file the public-facing version of the

14   document, with any redactions pursuant to the sealing designations made by or received

15   from any other relevant Party.

16   5.   Within 14 calendar days after Defendants' deadline to submit a reply in support of their

17   Motion to Dismiss, the Designating Party may file one omnibus motion addressing all

18   documents and information from the Second Amended Complaint and Motion to Dismiss

19   briefing that it seeks to seal.  The motion shall be no longer than 5 pages unless leave

20   from the Court is granted.  Motions shall be accompanied by appropriate declarations in

21   support of requests to seal.  Motions shall also be accompanied by a chart listing all

22   documents requested to be sealed, identifying: (i) each document by the docket entries at

23   which it has been filed under seal; (ii) the basis for sealing; and (iii) whether a Party has

24   previously sought to seal the document or any information in the document, whether it

25   was sealed, and the docket location of the order addressing the request.  The chart shall

26   not count towards the 5-page limit.

27   6.   The Designating Party shall file, along with the omnibus motion on sealing, a proposed

28   order addressing all sealing requests.  The order shall include a chart identifying all

documents and portions of documents by docket location and a column for the Court's order on each document and portions of documents.

7. Any oppositions to the omnibus motion may be filed within 8 calendar days of the omnibus motion being filed and shall be no longer than 5 pages unless leave from the Court is granted.

8. Within 5 calendar days of the opposition being filed, the Designating Party may file a reply that shall be no longer than 5 pages unless leave from the Court is granted.

9. The Designating Party shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 14 days following the Court's order on the omnibus sealing stipulation or motion.

**IT IS SO STIPULATED.**

Dated: February 5, 2026

Respectfully submitted,

/s/ Rory A. Leraris

DAVIS POLK & WARDWELL LLP

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
        rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Antigone Davis,*
*and Karina Newton*

/s/ Rebecca E. Boon

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge G. Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System*
*and PFA Pension Forsikringsaktieselskab*

OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF OHIO
Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff*
*Ohio Public Employees Retirement System*

1

## **<u>FILER'S ATTESTATION</u>**

2

I, Rory A. Leraris, am the ECF user whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this

4

document have concurred in its filing.

5

Dated: <u>February 5, 2026</u>                         <u>*/s/ Rory A. Leraris*</u>

6

                                                                        Rory A. Leraris

7

*        *        *

8

## **<u>[PROPOSED] ORDER</u>**

9

PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

Dated: _____          _____

12

                                                                        **Hon. Araceli Martínez-Olguín**

13

                                                                        **UNITED STATES DISTRICT JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation And [Proposed] Order re Modifying Sealing Procedures
Case No. 3:21-cv-08812-AMO