James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       charles.duggan@davispolk.com
       rory.leraris@davispolk.com
       nikolaus.williams@davispolk.com
       esther.townes@davispolk.com
       paulina.perlin@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Adam Mosseri,
Guy Rosen, Antigone Davis, Karina Newton,
and Pavni Diwanji*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT ADMINISTRATIVE MOTION REGARDING BRIEFING ON MOTION TO DISMISS**<br><br>CLASS ACTION<br>Judge: Hon. Araceli Martínez-Olguín |

**JOINT ADMINISTRATIVE MOTION**

Pursuant to Civil L.R. 7-11, Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants," and together with Lead Plaintiffs, the "Parties") respectfully request a modest extension of the time periods and increase in the default page limits for briefing to be submitted in connection with Defendants' forthcoming motion to dismiss.

Defendants intend to move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Forthcoming Motion to Dismiss") Lead Plaintiffs' Consolidated Second Amended Class Action Complaint filed on February 13, 2026 (ECF No. 218) (the "Second Amended Complaint"). The Second Amended Complaint is 505 pages and over 800 paragraphs long, asserts claims based on 39 alleged misstatements, names eight defendants (Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji), and cites 275 documents produced during discovery.

Pursuant to this Court's December 29, 2025 Order (ECF No. 214), the deadline for Defendants to file their Forthcoming Motion to Dismiss is 21 days after the Second Amended Complaint is filed, and, pursuant to Civil L.R. 7-3, the default time periods for filing opposition and reply briefs are 14 and 7 days, respectively. Pursuant to Civil L.R. 7-2, 7-3, and 7-4(b), the default page limits are 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief.

Given the length of the Second Amended Complaint and the complexity of the issues raised therein, the Parties believe that a modest extension of time periods and an increase in the page limitations for briefing the Forthcoming Motion to Dismiss would facilitate the Court's consideration of the issues and would not affect any other deadlines in this case, as they are all currently stayed. Accordingly, Defendants respectfully request 45 and 21 days to file their opening and reply briefs, respectively, and 40 and 24 pages for their opening and reply briefs. Lead Plaintiffs respectfully request 45 days and 40 pages for their opposition brief.

The page limits and time periods set forth herein are consistent with briefing page limits and schedules approved in other complex securities actions by this Court, *see, e.g.*, Joint Stip. and Order Re Filing Am. Consolidated Compl. and Mot. to Dismiss Briefing Sched., *In Re Lucid Grp., Inc. Sec. Litig.*, No. 3:22-cv-02094-AMO (N.D. Cal. Aug. 22, 2024), ECF No. 105 (approving stipulated briefing schedule providing 56 days to respond to the amended complaint, 61 days for any opposition to such response, and 37 days for any reply to such opposition)*;* Stip. and Order Re Page Limits for the Parties' Anticipated Mot. to Dismiss Briefing, *Shnayder v. Allbirds, Inc.*, No. 3:23-cv-01811-AMO (N.D. Cal. Aug. 14, 2023), ECF No. 51 (providing 40 pages for the defendants' consolidated opening brief, 40 pages for the lead plaintiff's opposition brief, and 20 pages for the defendants' consolidated reply brief); Joint Stip. and Order Re Deadlines for Filing and Responding to the Compl., *Kusen v. Herbert*, No. 3:23-cv-02940-AMO (N.D. Cal. Dec. 18, 2023), ECF No. 112 (approving stipulated briefing schedule providing 60 days to respond to complaint and 60 days for any opposition to such response); Stip. and Order Re Briefing on Defs.' Mot. to Dismiss, *Kusen v. Herbert*, No. 3:23-cv-02940 (N.D. Cal. Jun. 14, 2023), ECF No. 128 (providing 35 pages for the consolidated motion to dismiss, 50 pages for the omnibus opposition, and 20 pages for the individual defendants' reply); Stip. and Order Setting Schedule for Am. Compl. and Defs.' Responses, *Lamontagne v. Tesla, Inc.*, No. 3:23-cv-00869-AMO (N.D. Cal. June 2, 2023), ECF No. 54 (approving stipulated briefing schedule providing 60 days to respond to the amended complaint, 60 days for any opposition to such response, and 45 days for any reply to such opposition), and is also materially shorter than the so ordered stipulated schedule for briefing the Amended Complaint, ECF No. 93 (approving stipulated briefing schedule providing 91 days to respond to the amended complaint, 77 days for any opposition to such response, and 42 days for any reply to such opposition).

The Parties all consent to this request, as set forth in the accompanying stipulation, attached as Exhibit A hereto.

Dated: February 17, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Rory A. Leraris* | */s/ Rebecca E. Boon* |
| DAVIS POLK & WARDWELL LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| James P. Rouhandeh (admitted *pro hac vice*) | John Rizio-Hamilton (*pro hac vice*) |
| Charles S. Duggan (admitted *pro hac vice*) | (johnr@blbglaw.com) |
| Rory A. Leraris (admitted *pro hac vice*) | Rebecca E. Boon (*pro hac vice*) |
| Nikolaus J. Williams (admitted *pro hac vice*) | (rebecca.boon@blbglaw.com) |
| Esther C. Townes (admitted *pro hac vice*) | Jorge G. Tenreiro (*pro hac vice*) |
| Paulina Perlin (admitted *pro hac vice*) | (jorge.tenreiro@blbglaw.com) |
| 450 Lexington Avenue | Aasiya M. Glover (*pro hac vice*) |
| New York, New York 10017 | (aasiya.glover@blbglaw.com) |
| Tel: (212) 450-4000 | Mathews R. de Carvalho (*pro hac vice*) |
| Fax: (212) 701-5800 | (mathews.decarvalho@blbglaw.com) |
| rouhandeh@davispolk.com | Sarah Schmidt (*pro hac vice*) |
| charles.duggan@davispolk.com | (sarah.schmidt@blbglaw.com) |
| rory.leraris@davispolk.com | 1251 Avenue of the Americas |
| nikolaus.williams@davispolk.com | New York, NY 10020 Tel: (212) 554-1400 |
| esther.townes@davispolk.com | Fax: (212) 554-1444 |
| paulina.perlin@davispolk.com | |
| | Jonathan D. Uslaner (Bar No. 256898) |
| Neal A. Potischman (SBN 254862) | (jonathanu@blbglaw.com) |
| Julia Leff (SBN 356813) | 2121 Avenue of the Stars, Suite 2575 |
| 900 Middlefield Road | Los Angeles, CA 90067 |
| Redwood City, CA 94063 | Tel: (310) 819-3481 |
| Telephone: (650) 752-2000 | |
| Facsimile: (650) 752-2111 | *Counsel for Lead Plaintiffs* |
| Email: neal.potischman@davispolk.com | *Ohio Public Employees Retirement System* |
| julia.leff@davispolk.com | *and PFA Pension Forsikringsaktieselskab* |
| *Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji* | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO |
| | Shawn Busken |
| | (Shawn.Busken@OhioAttorneyGeneral.gov) |
| | 30 East Broad Street |
| | Columbus, OH 43215 |
| | Tel: (800) 282-0515 |
| | *Additional Counsel for Lead Plaintiff* |
| | *Ohio Public Employees Retirement System* |

3

JOINT ADMINISTRATION MOTION REGARDING BRIEFING ON MOTION TO DISMISS
CASE NO. 3:21-cv-08812-AMO