1  James P. Rouhandeh (admitted *pro hac vice*)
2  Charles S. Duggan (admitted *pro hac vice*)
   Rory A. Leraris (admitted *pro hac vice*)
3  Nikolaus J. Williams (admitted *pro hac vice*)
   Esther C. Townes (admitted *pro hac vice*)
4  Paulina Perlin (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
7  Facsimile: (212) 701-5800
   Email: rouhandeh@davispolk.com
8         charles.duggan@davispolk.com
          rory.leraris@davispolk.com
9         nikolaus.williams@davispolk.com
          esther.townes@davispolk.com
10        paulina.perlin@davispolk.com

11 Neal Potischman (SBN 254862)
   Julia Leff (SBN 356813)
12 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road
13 Redwood City, CA 94063
   Telephone: (650) 752-2000
14 Facsimile: (650) 752-2111
15 Email: neal.potischman@davispolk.com
          julia.leff@davispolk.com
16
17 *Attorneys for Defendants Meta Platforms, Inc.,
   Mark Zuckerberg, Nick Clegg, Adam Mosseri,
18 Guy Rosen, Antigone Davis, Karina Newton
   and Pavni Diwanji*

19

20                     **UNITED STATES DISTRICT COURT**
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21                            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| 23 | Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO |
| 24  This document relates to: All Actions | |
| 25 | **DECLARATION OF RORY A. LERARIS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION REGARDING BRIEFING ON MOTION TO DISMISS** |
| 26 | |
| 27 | <u>CLASS ACTION</u> |
| 28 | Judge: Hon. Araceli Martínez-Olguín |

1         I, Rory A. Leraris, declare and state as follows:

2         1.      I am a member of the Bar of the State of New York and am admitted *pro hac vice* in this Court. I am partner at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants in the above captioned action.

        2.      I submit this declaration pursuant to the Northern District of California's Civil Local Rules 6-2, 7-11, and 7-12, and in support of the Parties' Joint Administrative Motion Regarding Briefing on Motion to Dismiss.

        3.      On December 3, 2025, Lead Plaintiffs raised the possibility of amending the Consolidated First Amended Class Action Complaint.

        4.      On December 19, 2025, the Parties moved to amend the pretrial scheduling order to extend time for Lead Plaintiffs to file the consolidated second amended complaint ("Second Amended Complaint") from January 13, 2026 to February 13, 2026 (ECF No. 210).

        5.      On December 29, 2025, the Court granted the Parties' Joint Administrative Motion to Amend Pretrial Scheduling Order (ECF No. 214), extending time for Lead Plaintiffs to file the consolidated Second Amended Complaint and suspending all other deadlines pending the resolution of Defendants' forthcoming motion to dismiss ("Forthcoming Motion to Dismiss").

        6.      On February 13, 2026, Lead Plaintiffs filed the consolidated Second Amended Complaint (ECF No. 218).

        7.      The Parties now respectfully submit this declaration in support of their joint administrative motion to establish good cause for the modifications of the page limitations and time periods for briefing the Forthcoming Motion to Dismiss.

        8.      The Second Amended Complaint is 505 pages and over 800 paragraphs long, asserts claims based on 39 alleged misstatements, names eight defendants (Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji), and cites 275 documents produced during discovery.

        9.      There have been seven previous time modifications in this litigation: ECF No. 19 (Dec. 7, 2021) (extending time for Defendants to respond to the complaint); ECF No. 93 (Aug. 11,

1

DECLARATION OF R. LERARIS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION REGARDING BRIEFING ON MOTION TO DISMISS
CASE NO. 3:21-cv-08812-AMO

2022) (extending time for Lead Plaintiffs to file the first amended complaint and the briefing schedule for Defendants' motion to dismiss); ECF No. 145 (Oct. 29, 2024) (extending time for Defendants to answer the first amended complaint and, if Lead Plaintiffs instead chose to amend the operative complaint, the briefing schedule for Defendants' motion to dismiss); ECF No. 189 (Sept. 9, 2025) (extending time for the Parties to file a Joint Status Report regarding the outcome of the Parties' mediation); ECF No. 196 (Oct. 9, 2025) (extending time for the Parties' class certification briefing); ECF No. 214 (Dec. 29, 2025) (extending time for Lead Plaintiffs to file the consolidated Second Amended Complaint and suspending all other deadlines pending the resolution of Defendants' anticipated Motion to Dismiss); and ECF No. 216 (modifying sealing procedures for Second Amended Complaint and Motion to Dismiss).

10. The requested time modification will not impact any other currently scheduled case deadlines, as discovery is stayed pursuant to the Private Securities Litigation Reform Act and there are no other events or deadlines currently scheduled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17 2026.

By:   */s/ Rory A. Leraris*
     Rory A. Leraris