1  James P. Rouhandeh (admitted *pro hac vice*)
   Charles S. Duggan (admitted *pro hac vice*)
2  Rory A. Leraris (admitted *pro hac vice*)
   Nikolaus J. Williams (admitted *pro hac vice*)
3  Esther C. Townes (admitted *pro hac vice*)
4  Paulina Perlin (admitted *pro hac vice*)
   DAVIS POLK & WARDWELL LLP
5  450 Lexington Avenue
   New York, New York 10017
6  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
7  Email: rouhandeh@davispolk.com
          charles.duggan@davispolk.com
8         rory.leraris@davispolk.com
          nikolaus.williams@davispolk.com
9         esther.townes@davispolk.com
          paulina.perlin@davispolk.com
10

11 *Attorneys for Defendants Meta Platforms, Inc.,
   Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
12 *Guy Rosen, Antigone Davis, Karina Newton,
   and Pavni Diwanji*
13 [Additional Counsel on Signature Page]

14                          **UNITED STATES DISTRICT COURT**

15                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                                **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**JOINT STIPULATION REGARDING BRIEFING ON MOTION TO DISMISS**<br><br><u>CLASS ACTION</u><br>Judge: Hon. Araceli Martínez-Olguín |

|   |   |
|---|---|
| 1 | Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, |
| 2 | Forsikringsaktieselskab (collectively, "Lead Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a |
| 3 | Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina |
| 4 | Newton, and Pavni Diwanji ("Defendants," and together with Lead Plaintiffs, the "Parties"), by and |
| 5 | through their undersigned counsel, stipulate as follows: |

**WHEREAS**, on December 29, 2025, the Court granted, with modifications, the parties' December 19, 2025 joint administrative motion (ECF No. 210), ordering, among other things, that the deadline for Lead Plaintiffs to add parties or amend pleadings is extended to February 13, 2026; that all further case deadlines are suspended pending the resolution of Defendants' anticipated motion to dismiss; and that Defendants' anticipated motion to dismiss be filed no later than 21 days from the filing of the amended complaint (ECF No. 214);

**WHEREAS**, other than the December 29, 2025 Order (ECF No. 214), there have been seven other time modifications in this case: ECF No. 19 (Dec. 7, 2021) (extending time for Defendants to respond to the complaint); ECF No. 93 (Aug. 11, 2022) (extending time for Lead Plaintiffs to file the first amended complaint and the briefing schedule for Defendants' motion to dismiss); ECF No. 145 (Oct. 29, 2024) (extending time for Defendants to answer the first amended complaint and, if Lead Plaintiffs instead chose to amend the operative complaint, the briefing schedule for Defendants' motion to dismiss); ECF No. 189 (Sept. 9, 2025) (extending time for the Parties to file a Joint Status Report regarding the outcome of the Parties' mediation); ECF No. 196 (Oct. 9, 2025) (extending time for the Parties' class certification briefing); ECF No. 214 (Dec. 29, 2025) (extending time for Lead Plaintiffs to file the consolidated Second Amended Complaint and suspending all other deadlines pending the resolution of Defendants' anticipated Motion to Dismiss); and ECF No. 216 (modifying sealing procedures for Second Amended Complaint and Motion to Dismiss).

**WHEREAS**, on February 13, 2026, Lead Plaintiffs filed the Consolidated Second Amended Class Action Complaint (the "Second Amended Complaint") (ECF No. 218), which is 505 pages and over 800 paragraphs long, asserts claims based on 39 alleged misstatements, names eight defendants (Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri,

1

Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji), and cites 275 documents produced during discovery;

**WHEREAS**, Defendants intend to file a motion to dismiss the Second Amended Complaint (the "Forthcoming Motion to Dismiss");

**WHEREAS**, pursuant to this Court's December 29, 2025 Order (ECF No. 214), the deadline for Defendants to file their Forthcoming Motion to Dismiss is 21 days after the Second Amended Complaint is filed, and, pursuant to Civil L.R. 7-3, the default time periods for filing opposition and reply briefs are 14 and 7 days;

**WHEREAS**, pursuant to Civil L.R. 7-2, 7-3, and 7-4(b), the default page limits are 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief;

**WHEREAS**, the Parties believe that a modest extension of the time periods and increase in the page limitations commensurate with the length and complexity of the Second Amended Complaint would facilitate the Court's consideration of the issues.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, pursuant to the Northern District of California's Civil Local Rules 6-2, 7-11, and 7-12, and subject to this Court's approval:

1. Defendants shall respond to the amended complaint by filing a motion to dismiss or otherwise, on or before March 30, 2026;

2. Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss, if any, on or before May 14, 2026;

3. Defendants shall file a reply in support of their motion to dismiss, if any, on or before June 8, 2026; and

4. Defendants may file an opening brief of up to 40 pages in support of their forthcoming motion to dismiss; Plaintiffs may file a brief of up to 40 pages in opposition thereto; and Defendants may file a reply brief of up to 24 pages.

**IT IS SO STIPULATED.**

Dated: February 17, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Rory A. Leraris* | */s/ Rebecca E. Boon* |
| DAVIS POLK & WARDWELL LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | |
| James P. Rouhandeh (admitted *pro hac vice*) | John Rizio-Hamilton (*pro hac vice*) |
| Charles S. Duggan (admitted *pro hac vice*) | (johnr@blbglaw.com) |
| Rory A. Leraris (admitted *pro hac vice*) | Rebecca E. Boon (*pro hac vice*) |
| Nikolaus J. Williams (admitted *pro hac vice*) | (rebecca.boon@blbglaw.com) |
| Esther C. Townes (admitted *pro hac vice*) | Jorge G. Tenreiro (*pro hac vice*) |
| Paulina Perlin (admitted *pro hac vice*) | (jorge.tenreiro@blbglaw.com) |
| 450 Lexington Avenue | Aasiya M. Glover (*pro hac vice*) |
| New York, New York 10017 | (aasiya.glover@blbglaw.com) |
| Tel: (212) 450-4000 | Mathews R. de Carvalho (*pro hac vice*) |
| Fax: (212) 701-5800 | (mathews.decarvalho@blbglaw.com) |
|     rouhandeh@davispolk.com | Sarah Schmidt (*pro hac vice*) |
|     charles.duggan@davispolk.com | (sarah.schmidt@blbglaw.com) |
|     rory.leraris@davispolk.com | 1251 Avenue of the Americas |
|     nikolaus.williams@davispolk.com | New York, NY 10020 Tel: (212) 554-1400 |
|     esther.townes@davispolk.com | Fax: (212) 554-1444 |
|     paulina.perlin@davispolk.com | |
| | Jonathan D. Uslaner (Bar No. 256898) |
| Neal A. Potischman (SBN 254862) | (jonathanu@blbglaw.com) |
| Julia Leff (SBN 356813) | 2121 Avenue of the Stars, Suite 2575 |
| 900 Middlefield Road | Los Angeles, CA 90067 |
| Redwood City, CA 94063 | Tel: (310) 819-3481 |
| Telephone: (650) 752-2000 | |
| Facsimile: (650) 752-2111 | *Counsel for Lead Plaintiffs* |
| Email: neal.potischman@davispolk.com | *Ohio Public Employees Retirement System* |
|     julia.leff@davispolk.com | *and PFA Pension Forsikringsaktieselskab* |
| | |
| *Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji* | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO |
| | Shawn Busken |
| | (Shawn.Busken@OhioAttorneyGeneral.gov) |
| | 30 East Broad Street |
| | Columbus, OH 43215 |
| | Tel: (800) 282-0515 |
| | |
| | *Additional Counsel for Lead Plaintiff* |
| | *Ohio Public Employees Retirement System* |

**FILER'S ATTESTATION**

I, Rory Leraris, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated: February 17, 2026                  /s/ Rory A. Leraris

                                                                   Rory A. Leraris