James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       charles.duggan@davispolk.com
       rory.leraris@davispolk.com
       nikolaus.williams@davispolk.com
       esther.townes@davispolk.com
       paulina.perlin@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 3:21-cv-08812-AMO<br><br>Consolidated Case Nos. 3:21-cv-08873-AMO and 3:21-cv-09041-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION REGARDING BRIEFING ON MOTION TO DISMISS**<br><br><u>CLASS ACTION</u><br>Judge: Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' ADMINISTRATIVE MOTION AND STIPULATION FOR AN EXTENSION OF PAGE LIMITATIONS, IT IS ORDERED THAT

Defendants shall respond to the amended complaint by filing a motion to dismiss or otherwise, on or before March 30, 2026. Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss, if any, on or before May 14, 2026. Defendants shall file a reply in support of their motion to dismiss, if any, on or before June 8, 2026.

Defendants may file an opening brief of up to 40 pages in support of their forthcoming motion to dismiss; Plaintiffs may file a brief of up to 40 pages in opposition thereto; and Defendants may file a reply brief of up to 24 pages.

Dated: _____

**Hon. Araceli Martínez-Olguín**
**UNITED STATES DISTRICT JUDGE**