**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs
Ohio Public Employees Retirement System and
PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**LEAD PLAINTIFFS' DEMAND FOR JURY TRIAL**<br><br><u>CLASS ACTION</u> |

For the avoidance of doubt, and in connection with Lead Plaintiffs' filing of the Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF Nos. 218, 219), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab reiterate the jury demands previously made in this Action (*see* ECF Nos. 1 and 168) and reaffirm that they demand a trial by jury on all the issues so triable pursuant to Federal Rule of Civil Procedure 38.

Dated: February 20, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken

| | |
|---|---|
| 1 | (Shawn.Busken@OhioAttorneyGeneral.gov) |
| 2 | 30 East Broad Street |
|   | Columbus, OH 43215 |
| 3 | Tel: (800) 282-0515 |

*Additional Counsel for Lead Plaintiff*
*Ohio Public Employees Retirement System*

LEAD PLAINTIFFS' DEMAND            2                    3:21-CV-08812-AMO
FOR JURY TRIAL

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system and further served on counsel for Defendants via FedEx. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

Dated: February 20, 2026                    By: */s/ John Rizio-Hamilton*
                                                John Rizio-Hamilton