UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 21-cv-08812-AMO<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION REGARDING BRIEFING ON MOTION TO DISMISS AS MODIFIED**<br><br>Re: Dkt. No. 220 |

PURSUANT TO THE PARTIES' ADMINISTRATIVE MOTION AND STIPULATION FOR AN EXTENSION OF PAGE LIMITATIONS, IT IS ORDERED THAT

Defendants shall respond to the amended complaint by filing a motion to dismiss or otherwise, on or before March 30, 2026.  Lead Plaintiffs shall file an opposition to Defendants' motion to dismiss, if any, on or before May 14, 2026.  Defendants shall file a reply in support of their motion to dismiss, if any, on or before June 8, 2026.  Defendants may file an opening brief of up to ~~40~~ 32 pages in support of their forthcoming motion to dismiss; Plaintiffs may file a brief of up to ~~40~~ 32 pages in opposition thereto; and Defendants may file a reply brief of up to ~~24~~ 20 pages.

Further, Plaintiffs' motion for class certification, Dkt. No. 203, and accompanying administrative motion to consider whether another party's materials should be sealed, Dkt. No. 207, are pending before this Court.  Because all deadlines are suspended pending resolution of the forthcoming motion to dismiss, *see* Dkt. No. 214, no later than March 2, 2026, Plaintiffs **SHALL** either withdraw their motion for class certification, subject to refiling at the appropriate time, or submit a statement showing cause why the Court should not administratively terminate that motion.  Should Plaintiffs opt to file a statement, it shall not exceed three pages.  The pending

motion to seal is provisionally **GRANTED** pending resubmission of Plaintiffs' motion for class certification, when the Court will reexamine whether materials submitted in support of that motion are properly sealed.

**IT IS SO ORDERED.**

Dated: February 24, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2