**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO |
| | **LEAD PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | CLASS ACTION |
| | **FILED UNDER SEAL** |

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ...................................................................................................2

II. JURISDICTION AND VENUE ..........................................................................10

III. PARTIES .............................................................................................................11

    A.  Lead Plaintiffs ............................................................................................11

    B.  Defendants ..................................................................................................11

IV. SUMMARY OF THE FRAUD ...........................................................................13

    A.  Prior To The Start Of The Class Period, Material Negative Trends In Meta's User Base And Engagement Threaten Its Profitability.............................................13

    B.  Defendants Make A Series Of Misstatements And Omissions Concerning The Impact Of Meta's Platforms On Young Users, Meta's Algorithm, And Meta's Content-Moderation Practices ..................................................................21

        1.  Meta Downplays And Denies Young Users' Harmful Experiences On Ots Platforms, And Makes False Assurances About Child Safety ...........................................................................................21

            a.  Faced With Increased Regulatory And Legislative Risks, Meta Determined To "███████████," Regarding Its Platforms' Effects On Young Users......................21

            b.  Defendants Mischaracterize What They Knew About Meta's Platforms' Impacts On Young Users And Make Multiple False And Misleading Statements About Children's Safety ....................................................34

            c.  In Truth, As Defendants Knew, Meta's Internal Documents Demonstrated That Defendants' Statements About the Impacts Of Meta's Platforms On Children's Safety Were Materially False And Misleading................................................................38

                (1)  Meta Had Extensive Research Demonstrating The Harms Its Platforms, Particularly Instagram, Caused To Children ....................................................39

                a.  Well-Being And Mental Health .........................39

                b.  Child Safety ....................................................60

                c.  Addictive Or "Problematic Use" ......................74

                (2)  Defendants Knew Purported Safety Features Meta Touted Were Ineffective And That Meta Rejected Features That Would Make Children Safer ....................80

a.    Project Daisy ....................................................88

b.    Classifiers ......................................................104

c.    Age-Gating For Under Thirteen-Year-Olds....................108

i.    Meta Chose To Not Proactively Identify Or Remove Users Under Age 13 ........................................109

ii.   Meta Rejected Resources To Improve Age-Verification And Enforcement ..........................119

d.    Meta Pushes Forward Plans To Apply End-to-End Encryption To All Its Platforms By Convincing Shareholders, Regulators, And The Public That Children Would Be Safe, Despite Knowing That Children Would Be At Far Greater Risk ....................................126

(1)   Meta Releases An Opposition Statement To A Shareholder Proxy Proposal Requesting A Report On The Risks To Children Of End-to-End Encryption..................................................126

(2)   Defendants Knew That Applying End-To-End Encryption To Meta's Messaging Platforms Posed Great Risk To Children's Safety ....................................129

2.    Defendants Made Material Misstatements And Omissions Concerning The Fact That Meta's News Feed Algorithm And Content-Moderation Practices Promoted Toxic Content And Misinformation .................................................138

a.    In 2018, Meta Changed The News Feed Algorithm To Prioritize MSI In Order To Counteract Declining Engagement......................................................138

b.    Faced With Increasing Public Scrutiny, Defendants Made Numerous False And Misleading Representations Concerning The News Feed Algorithm And Meta's Content Moderation..........................140

c.    Defendants Knew That Meta's Algorithm Caused Toxic Content To Proliferate, But Meta Chose Not To Fix The Problem ............................................144

(1)   Internal Meta Documents Obtained In Discovery Confirm That Defendants Clegg And Zuckerberg Were Provided Information Concerning The Algorithm That Contradicted Their Statements..............144

(2)   The Facebook Files, Frances Haugen, Internal Documents, And A New Whistleblower Reveal That Meta Knew (Or Recklessly Disregarded)—For Years—That Its Algorithm Had Severe Negative Impacts, And Did Not Fix The Problem .........................154

3.    Contrary to Defendants' Public Representations, Meta Exempted Several Million High-Profile Users from Its Content-Moderation Policies, Allowing Them to Violate "Community Standards" with Impunity ....................................................................................160

a.    Defendants Assure Investors that Meta Applies Its Content Standards Equally to All Users ....................................160

b.    In Truth, Meta's "Cross-Check" and "Whitelisting" Practices Exempted Several Million High-Profile Users from Content Enforcement ..................................166

c.    Meta's Own Oversight Board Excoriated the Company for Misrepresenting and Concealing Cross-Check ....................................................................171

C.    Meta Stock Price Declines In Response To The Publication Of The Facebook Files And Additional Disclosures Connected To The Fraud .............174

1.    *The Wall Street Journal*  Publishes The Facebook Files And Defendants Push Back With Denials ....................................174

2.    Meta's Stock Price Declines Further In Response To Subsequent Disclosures Connected To The Fraud ....................................191

a.    September 21-22, 2021: Meta's Oversight Board Calls For More "Transparency" On X-Check, While Senators Grill Meta Over How Facebook Harms Teens ....................................................................................191

b.    September 27-28, 2021: Meta Pauses Instagram Kids, *The Wall Street Journal* Reveals How Meta Planned To Attract Preteens To Its Platforms, And Meta Seeks A Review Of X-Check By The Oversight Board ....................................................................................194

c.    October 3, 2021: The Facebook Files Whistleblower Is Revealed ....................................................................204

d.    October 6, 2021: Meta Halts New Product Launches And European Regulators Work With The Whistleblower ....................................................................212

e.    October 21, 2021: The Oversight Board Condemns Meta For Withholding Relevant Information About X-Check, Meta Admits That Its Statements To The Oversight Board Were Misleading ................................214

f.    Analysts Continue To React To The Facebook Files And Ensuing Developments ........................................215

g.    Investigations Concerning Meta's Promotion Of Instagram To Children And Young Adults Commence As Scrutiny Intensifies............................216

h.    December 1, 2021: Citing The Need To Better Protect Users From Abuse, Meta Announces A Delay To Its End-to-End Encryption Plans ..................217

V.    POST-CLASS PERIOD DEVELOPMENTS ..................................................220

A.    The Molly Russell Coroner's Report Concludes That That Meta's Algorithms Contributed To Her Death ..................221

B.    Meta Faces A Barrage Of Lawsuits Concerning The Harms Its Platforms Cause Children And Young Adults ..................222

C.    Other Whistleblowers Corroborate Haugen's Complaints And The Facebook Files And Reveal New Details Concerning What Meta Knew About the Harms Of Its Platforms On Teens And Children ..................223

D.    A Washington, D.C. Court Concludes Meta Instructed Employees To Alter, Delete, Or Falsify Research ..................226

VI.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS ..................................................227

A.    False And Misleading Statements About Harm To Young Users And Child Safety ..................227

B.    False And Misleading Statements Concerning Presence And Impact Of Misinformation And Harmful Content On Meta's Platforms ..................381

C.    False And Misleading Statements Representing That Meta Applied Its Content-Moderation Policies Consistently To All Users ..................405

VII.    ADDITIONAL LOSS CAUSATION ALLEGATIONS ..................................408

VIII.    ADDITIONAL SCIENTER ALLEGATIONS ..................................413

A.    Defendant Zuckerberg ..................413

1.    Statements #1, 2, 3, 5, 24, 35, 36, 38, 39 ..................413

a.    Statements #1, 3, 24 ..................413

b.    Statement #5 ..................423

c.    Statement #2 ..................424

2.    Statement #35 ..................427

3.    Statements #38 and 39 ..................431

B.    Defendant Mosseri ..................433

1.    Statements #11, 14, 25 ..................433

2.    Statements #7, 8, 9, 10, 12, 13, 15, 16, 17, 18 ..................443

3.    Statements #4 and 23 ..................451

C.    Defendant Newton ...........................................................455

        1.    Statements #6, 20 ..........................................455

D.    Defendant Davis.............................................................461

        1.    Statements #1, 2, 3, 19, 20, 27, 28, 29, 30, 31 ...461

        2.    Statements #32 and 33 ..................................471

E.    Defendant Rosen ............................................................475

        1.    Statement #6 .................................................475

F.    Defendant Clegg .............................................................477

        1.    Statements #34, 37 ........................................477

        2.    Statements #38 and 39 ..................................479

G.    Defendant Diwanji .........................................................480

        1.    Statement #22................................................480

        2.    Statement #21................................................480

IX.    ADDITIONAL ALLEGATIONS APPLICABLE TO ALL DEFENDANTS ...............486

A.    Defendants Had Powerful Motives To Make Their Misstatements....................486

B.    Meta Took Active Steps To Conceal What It Knew From Investors .................491

X.    INAPPLICABILITY OF STATUTORY SAFE HARBOR ........................................496

XI.    THE PRESUMPTION OF RELIANCE ........................................................497

XII.    CLASS ACTION ALLEGATIONS ............................................................498

XIII.    CLAIMS FOR RELIEF .......................................................................500

COUNT I .............................................................................................500

For Violations of Section 10(b) of the Exchange Act and SEC Rule 10b-5 Promulgated
        Thereunder (Against All Defendants)....................................................500

A.    Defendants' Acts In Furtherance Of Defendants' Scheme To Defraud
        Investors In Violation Of Section 10(b) And Rules 10b-5(a) And (c) ...............500

B.    Defendants' Affirmative Misrepresentations In Violation Of Section 10(b)
        And Under Rule 10b-5(b) ..................................................................502

COUNT II .............................................................................................503

For Violations of Section 20(a) of the Exchange Act (Against Defendants Zuckerberg,
        Clegg, Mosseri, Rosen, Davis, Newton, and Diwanji) ..................................503

XIV.   PRAYER FOR RELIEF ................................................................504

1    Lead Plaintiffs Ohio Public Employees Retirement System ("OPERS") and PFA Pension,

2    Forsikringsaktieselskab ("PFA Pension") (together, "Lead Plaintiffs"), by and through their

3    counsel, bring this action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934

4    (the "Exchange Act") on behalf of themselves and all persons or entities, except Defendants and

5    other persons and entities excluded below, who purchased or otherwise acquired Meta Platforms,

6    Inc. f/k/a Facebook, Inc. ("Meta" or the "Company") Class A common stock between March 31,

7    2021, and December 1, 2021, inclusive (the "Class Period"), and were damaged thereby.[1]

8    Lead Plaintiffs' information and belief as to allegations concerning matters other than

9    themselves and their own acts is based upon the investigation conducted by and through Bernstein

10   Litowitz Berger & Grossmann LLP ("Lead Counsel"), which included, among other things, the

11   review and analysis of (i) transcripts, press releases, news articles, and other public statements

12   issued by or concerning Meta; (ii) research reports issued by financial analysts concerning the

13   Company; (iii) reports and other documents filed publicly by Meta with the U.S. Securities and

14   Exchange Commission ("SEC"); (iv) Meta's corporate website; (v) evidence produced in

15   discovery in this Action; (vi) evidence produced in discovery and public court records in Related

16   Actions, which are certain personal injury and other actions filed as a multi-district litigation, Case

17   No. 4:22-md-03047-YGR (N.D. Cal.), a joint civil case proceeding in the Los Angeles Superior

18   Court, Case No. JCCP5255, and various other state and federal court actions;[2] and (vii) other

19

20   [1] Lead Counsel and Lead Plaintiffs acknowledge that this Consolidated Second Amended Class Action Complaint
(the "Complaint") is lengthy.  There are several reasons for this.  The Complaint's allegations are drawn from the

21   extensive documentary evidence developed to date in this Action, including approximately 275 documents produced
by Defendants and non-parties, and 18 transcripts of witnesses deposed in the Related Actions. This evidence is cited

22   through the Complaint in footnotes.  Moreover, based on the evidence, the Complaint provides detailed reasons
explaining separately why each alleged misrepresentation is false or misleading. The Complaint also provides detailed

23   reasons based on the evidence explaining separately why each Defendant acted either with knowledge of, or
recklessness toward, facts that rendered their statements misleading. As a result of the scope of the allegations and

24   evidence, the Complaint is long.

     [2] The Related Actions are: *Social Media Cases JCCP*, Case No. JCCP5255 (L.A. Super. Ct.); *In Re: Social Media*

25   *Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No. 4:22-md-03047-YGR (N.D. Cal.);
*District of Columbia v. Meta Platforms, Inc. et al.*, Case No. 2023-CAB-006550 (D.C. Super. Ct.); *State of Vermont*

26   *v. Meta Platforms, Inc. et al*, Case No. 23-CV-04453 (Vt. Super. Ct.); *Commonwealth of Massachusetts vs. Meta
Platforms Inc*, Case No. 2384CV02397 (Mass. Super. Ct., Suffolk Cnty.); *State of Oklahoma v. Meta Platforms et al*,

27   Case No. CJ-2023-00180 (Okla. Dist. Ct., Osage Cnty.); *State of New Mexico v. Meta Platforms Inc, et. al.*, Case No.
D-101-CV-202302838 (N.M. Dist. Ct., Santa Fe); *State of Tennessee, ex rel. Jonathan Skermetti vs. Meta Platforms,
Inc. et. al.*, Case No. 23-1364-IV (Tenn. Ch. Ct. of Davidson Cnty.); *State of Mississippi, ex rel Lynn Fitch v. Meta*

28   *Platforms, Inc., et al.*, Case No. 25CH1:23-cv-01205 (Ch. Ct. for the First Jud. Dist. of Hinds Cnty., Miss.); *State of*

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT          1
3:21-cv-08812-AMO

material and data identified herein. Lead Counsel's investigation into the factual allegations is continuing, and many of the relevant facts are known only by Defendants or are exclusively within their custody or control. Lead Plaintiffs believe that substantial additional evidentiary support will exist for these allegations after a reasonable opportunity for discovery.

## I.    **INTRODUCTION**

1.    This case arises from Defendants' materially misleading statements concerning severe harms experienced by users on Meta's platforms, and Meta's decision to prioritize profits over users' safety. This Second Amended Complaint is based in substantial part on documents Meta produced in the above-captioned Action, which are cited herein, as well as sworn testimony from certain of the named Defendants and other witnesses in the Related Actions against Meta.

2.    This discovery has remedied certain pleading deficiencies identified by the Court in its September 30, 2024 Order Granting In Part And Denying In Part Motion To Dismiss (the "Motion to Dismiss Order") (ECF No. 143), and also revealed new facts demonstrating additional violations of the securities laws.  Among other things, discovery has confirmed that Defendant Adam Mosseri, the CEO of Instagram, acted with scienter, as he knew or at a minimum recklessly disregarded the severe harms that Instagram caused young users, including teens and children under 13. Discovery has also revealed new facts showing that then-Vice President of Global Affairs Defendant Nick Clegg made actionable misstatements concerning the Facebook Newsfeed algorithm.  Defendant Clegg denied that the Facebook Newsfeed algorithm was "designed to reward provocative content"; yet, an outside expert whom Clegg consulted told him that the algorithm did precisely that shortly before he made the statement at issue. Further, discovery shows that Defendants made misstatements about Meta's launch of an "end-to-end encryption program." Defendants assured investors that this program had the benefit of "furthering . . . safety . . . for

---

*New Hampshire v. Meta Platforms, Inc., et al.*, Case No. 217-2023-CV-00594 (N.H. Super. Ct., Merrimack Cnty.); *Utah Division of Consumer Protection v. Meta Platforms, Inc.*, Case No. 230908060 (Utah 3d Dist. Ct.); *State of Nevada v. Meta Platforms*, Case No. A-24-886110-B (Nevada Dist. Ct., Eight Cir. Ct., Clark Cnty.); *Commonwealth of Puerto Rico v. Meta Platforms*, Case No. SJ2024CV11569 (P.R. Ct. of First Instance, Jud. Region of San Juan); *State of Arkansas v. Meta Platforms*, Case No. 57CV-23-47 (Ark. Cir. Ct., Polk Cnty.); *Office of the Attorney General v. Meta Platforms Inc.*, Case No. 51-2024-CA-3193-CAAX-ES (Fla. Sixth Jud. Dist., Pasco Cnty.); *People of the State of California, et al. v. Meta Platforms, Inc., et al.*, Case No. 24-7032 (9th Cir.); *Klein, et al. v. Meta Platforms, Inc.*, Case No. 25-6858 (9th Cir.); and *Federal Trade Commission v. Meta Platforms, Inc.*, Case No. 1:20-cv-03590-JEB (D.D.C.).

users" when, in fact, as Defendants knew, it would make Meta "███████████████
████████████" (emphasis in original).

3.    As discussed directly below, this Complaint includes substantial and compelling new evidence of Defendants' violations of the securities laws.

*    *    *

4.    Prior to the start of the Class Period, Meta faced material negative trends that threatened its profitability. Specifically, Meta's growth was declining, and users were engaging with Meta's products less. This problem was particularly acute among young users, who were not interested in Facebook, and who were choosing other social media networks like TikTok and Snapchat over Instagram.

5.    At the same time, Meta faced intense public scrutiny from regulators, investors, and the public at large, on multiple fronts. To start, there was concern across the globe that Meta's platforms harmed young people. Reports surfaced of a child in the U.K. committing suicide due to Meta's algorithms. Other reports emerged of Instagram harming teen mental health and driving young people toward self-injury, body image issues, and eating disorders. Regulators, investors, and other stakeholders, including parents, teachers and even young users themselves, became increasingly concerned that Meta's platforms were bad for young people's health. Regulators in the United States and Europe began considering action that would seriously curtail Meta's ability to grow and maintain its critical young user base, threatening its revenue stream. Indeed, key metrics that Meta used to measure public perception were already at ███████ As Meta's Global Head of Communications put it in an email to Defendant Clegg shortly before the start of the Class Period, ██████████████████████████████████████████████
████████████████████

6.    Notwithstanding the gravity of what was, for Meta, a crisis with respect to its profitability and future growth, youth safety was not the only issue stoking public concern. In the wake of the Cambridge Analytica scandal, Meta was pressed, including in Congressional hearings, on whether its algorithms promoted disinformation and harmful content. As Meta noted internally, ██████████████████████████████████████████████

1  ███████████████████████████████████ The public also wanted to

2  understand precisely what Meta was doing to keep users safe from toxic content across the board.

3      7.    Discovery has revealed that, in response to these concerns, Meta embarked on a

4  concerted public relations campaign that it called "██████████████" Meta determined

5  that it needed to "████████████████████████████████████████████

6  ██████████████" As approved by Defendant Clegg shortly before the start of the

7  Class Period, Meta's "█████████" campaign would allow Meta to ████████████

8  ███████████████████████████████████ Defendant Clegg and

9  other senior executives acknowledged to each other that there was a "████████████

10  ██████████████████████████"; however, in order to "████████

11  ██████" Defendants doubled down on that approach by making a series of false and misleading

12  statements and omissions on multiple subjects, as summarized directly below.

13      8.    ***Misstatements Concerning Meta's Negative Impact On Young Users And Child***

14  ***Safety***. During the Class Period, Meta vigorously attempted to convince investors and regulators

15  that its platforms were safe for and did not harm young users. As this Court held in denying

16  Defendants' motion to dismiss, the Complaint adequately alleges that Defendants made multiple

17  statements during the Class Period that "misleadingly omitted material facts that Meta documented

18  severe harm to teens on Instagram and Defendants profited from Instagram's harm to children."

19  Motion to Dismiss Order at 21. Discovery has provided additional support for the Court's holding.

20  For instance, Meta represented that it had "robust" child safety policies, and "never compromised

21  on" children's "privacy and safety" when in truth, Meta routinely rejected features that would have

22  made children on its platforms safer, including tools that could proactively detect and remove both

23  groomers and children under 13. Likewise, Meta stated that it "remove[s] content that encourages

24  suicide or self-injury on Facebook and Instagram," while Defendants acknowledged internally that

25  suicide and self-injury content was "██████████" and Meta was "████████████████"

26  Meta also repeatedly told investors that engagement on Instagram was "helpful" to teen girls'

27  mental health, while documenting the "██████" effects showing the opposite. Meta further

28  assured investors that its platforms were not "addictive," while Meta's internal documents showed

1    ████████████████████████████████████████

2         9.     Discovery has also revealed that Defendants made additional false and/or

3    misleading statements during the Class Period regarding child safety issues. For example, with

4    respect to the impact of Meta's platforms on young people's well-being, Meta assured the public

5    that "there's little existing research," that the research that did exist showed that any impact was

6    "quite small," that those impacts were "bi-directional" – i.e., also good, and that concerns were

7    "overblown." With respect to child users in particular, Meta told investors that "the rule is 13" and

8    that it "delete[d] the accounts" of users under 13. In truth, Meta had taken a page from the Big

9    Tobacco playbook by concealing a trove of internal research and data demonstrating the exact

10    opposite of what it told investors.

11         10.    As Defendants knew, Meta's purported child safety policies did not work and were

12    not enforced; Instagram caused severe harms to young users' well-being and mental health,

13    including with respect to suicide, self-injury, body image issues, and eating disorders; Meta

14    routinely "████████" children's safety by expressly rejecting measures that would have made

15    its platforms safer; and Meta's internal documents indicated that Instagram was addictive and led

16    to what Meta described as "problematic use." Defendants also knew that notwithstanding its

17    purported "rule," Meta did not proactively detect or effectively delete the accounts of users under

18    age 13, a failure it was willing to tolerate because it consistently prioritized the profits that it made

19    from children's clicks.

20         11.    Internally, Meta acknowledged that Instagram ████████████████████

21    ████████████████████████████ Meta's research and data also showed that ██████

22    ████████████████████████████████████ Indeed, one Meta study

23    ████████████████████████████████████████████████

24    ████████████████████████████████████████████████

25    ██████████████████████████, Instagram's head of youth policy, testified in the Related

26    Actions that ████████████████████████████████████████████████

27    ████████████████████████████ Meta whistleblower Arturo Béjar

28    testified to Congress that Meta had allowed "likely the largest-scale sexual harassment of teens to

have ever happened." In stark contrast to its statements to investors, Meta internally described ██

████████████████████████████████████████████████████████████████████████

███████████████████

12.    Defendants, including CEO Mark Zuckerberg and Mosseri, directly received (and responded to) Meta's research results in multiple emails, summary findings, and links to extensive studies and reports documenting the harms. Defendant Pavni Diwanji testified under oath that she opened and read internal notes from her Youth Products team showing that ████████████████████

████████████████████████████ and ██████████████████████████████████████

██████████████████ Instagram's head of youth policy ████████ further testified that ██████

█████████████████████████████████████ Indeed, documents in discovery confirm

that ██████████████████████████████████████████████████████████████████████

████████

13.    Defendants Zuckerberg and Mosseri personally made decisions that prioritized user engagement over children's safety, including refusing to implement an effective version of a program to hide likes called "Project Daisy," which they and other Meta executives knew would have improved young users' well-being. Defendant Zuckerberg also personally made the decision to allow children to search for and apply cosmetic filters despite a world-wide consensus of experts that those filters were harmful and should be permanently banned. Meta researchers pleaded with Defendant Zuckerberg and with Defendant Mosseri to increase funding and staffing for research that would have allowed Meta to understand better why and how Instagram was negatively impacting young users' well-being and effectively address the harms, but those requests were repeatedly denied.

14.    New discovery has revealed that Meta also pursued a plan to adopt end-to-end-encryption technology on its platforms, so that it could compete with and overtake competing encrypted messaging services, such as Signal. In yet another effort to falsely reassure the public, Meta told investors that its plan to encrypt its messaging services would not compromise safety, and would actually confer "the benefits of ***furthering privacy, safety, and security***." In truth, Meta knew that ████████████████████████████████████████████████████

████████ Indeed, the encryption program would ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████ Internal documents reflect that

████████████████████████████████████████████████████████████

████████████

15.     ***Misstatements and Omissions Concerning The Harmful Effects Of Facebook's News Feed Algorithm and Content-Moderation Practices***. As noted above, discovery shows that during the Class Period, ████████████████████████████████████████████████████ ████████████████████████████████ As part of this campaign, on the first day of the Class Period, Defendant Clegg told investors that "Facebook's systems are not designed to reward provocative content," and he denied that Facebook's "algorithmic systems actively encourage the sharing of sensational content." Defendants made similar statements throughout the Class Period.

16.     In truth, Facebook's Newsfeed algorithm caused toxic content to proliferate on Meta's platforms so severely that it became "inordinately prevalent" by no later than the fall of 2018. Meta's internal research attributed this problem to its design, specifically its "core product mechanics" which were "actively … promoting" harmful content such as "hate speech, divisive political speech, and misinformation on Facebook." Meta's research further explained that ██ ████████████████████████████████████████████████████████████ ████████████████████

17.     Defendants Zuckerberg and Clegg, along with other senior Meta executives, were directly informed ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████ For instance, as revealed through discovery, ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████

18.     Further, just as he did with respect to child safety issues, Defendant Zuckerberg

prioritized user engagement over reducing toxic content on Facebook. As one example, Zuckerberg personally rejected a recommendation from his data scientists to change how the algorithm rewarded "deep reshares" that would materially reduce the spread of harmful content because implementing that change would have also reduced engagement and Facebook revenue.

19.     ***Misstatements and Omissions Concerning the "X-Check" and "Whitelisting" Program, Through Which Meta Exempted Millions of Users from Its Content Policies***. As part of its effort to convince the public that Meta could keep its users safe, Meta also repeatedly assured investors that it applied its Community Standards equally to all users, regardless of the user's status. As part of this effort, Meta had an Oversight Board, a body that the Company formed to supposedly review Meta's difficult content-moderation decisions. Meta stated to this Board (and the public) that Meta reviewed certain content decisions using a process that it called X-Check or "cross-check," which included a "newsworthiness allowance" for certain content. But Meta assured that the review under cross-check, and the newsworthiness allowance, was done in only "a small number of decisions."

20.     In truth, cross-check was an elaborate mechanism that Meta used to exempt a massive amount of users—including its most influential users—from its Community Standards, allowing them to post content that violated those standards with impunity. As investors would learn at the end of the Class Period, cross-check "shield[ed] millions of VIP users from the company's normal enforcement process," including "whitelisted" users, who were "rendered immune from enforcement actions," and others who were "allowed to post rule-violating material pending Facebook employee reviews that often never" came.

21.     The scope of this program was enormous: Meta maintained 45 global teams that kept and monitored the exempt list. The number of users protected by the program had grown to nearly 6 million prior to the Class Period. The exempted elite included many of the most prominent people in the world, whose content generated a disproportionate amount of views and had an outsized impact on public discourse. Meta's undisclosed program allowed rule-violating content to be viewed more than one hundred billion times.

22.     Meta's senior executives were intimately familiar with the cross-check and

whitelisting program. Meta employees with responsibility for content moderation raised their concerns internally that "the final judgment[s] about whether a prominent post violates a certain written policy are made by senior executives, sometimes Mark Zuckerberg," but "[i]f our decisions are intended to be an application of a written policy then it's unclear why executives would be consulted." This Court previously sustained claims concerning X-Check based on Defendant "Zuckerberg's [] hands-on involvement in the decision-making process for cross-check," as well as Defendant Clegg's "admission that he oversaw company policies in this area." Motion to Dismiss Order at 27.

23.    Knowing that the revelation of these facts would damage its reputation and revenue base, Meta kept the true nature of the program a closely guarded secret from the public and even its own Oversight Board. Multiple times during the Class Period, the Oversight Board called on Meta to provide additional "transparency" about the nature of the cross-check program. Meta consistently provided vague, incomplete, and misleading answers, until the end of the Class Period, when, as this Court recognized, Meta ultimately admitted "that it was misleading to state that cross-check applied to only a 'small number of decisions.'" Motion to Dismiss Order at 13.

24.    **Multiple Disclosures, Beginning With The Wall Street Journal's "Facebook Files" Expose, Cause Meta's Stock Price to Decline**. Toward the end of the Class Period, a series of disclosures connected to the facts that Defendants concealed and misrepresented caused Meta's stock price to decline. These disclosures began when the *Journal* published the "Facebook Files" series based on information provided by Facebook whistleblower and data scientist Frances Haugen.

25.    Through these and related disclosures, the public learned, among other key facts, that: (i) Meta profited by making Instagram "toxic" for teens; conducted, concealed and then mischaracterized research documenting the severe harms that Instagram caused young users; and was subject to new scrutiny and investigation by regulators in the U.S. and Europe; (ii) Meta knew that its changes to its Newsfeed algorithm had generated "inordinately prevalent" toxic content; and (iii) Meta allowed millions of users to violate its Community Standards and post harmful content with impunity through its X-Check program.

26.     During the disclosure period, investors also learned that these facts were brought to light by Frances Haugen who, as the Court noted, was alleged as "a credible source of previously undisclosed information." Motion to Dismiss Order at 32.

27.     The Oversight Board ultimately found that Meta "has not been fully forthcoming in its response on cross-check," and instead gave "ambiguous, undetailed" responses that provided "no meaningful transparency" and were "not acceptable." Tellingly, confronted with the information made public from the Facebook Files, Meta itself "admitted" to the Oversight Board that its statements "could come across as misleading."

28.     Finally, on the last day of the Class Period, Meta was forced to announce that it was delaying its encryption plans due to the need to better protect users from abuse. All told, these disclosures caused investors massive losses.

29.     Meta's actions detailed in this Complaint were animated by a simple theme – a desire to drive growth even at the expense of user safety. As Ms. Haugen told 60 Minutes, "The thing I saw at Facebook over and over again was there were conflicts of interest between what was good for the public and what was good for Facebook. ***And Facebook, over and over again, chose to optimize for its own interests, like making more money***." Defendant Clegg himself similarly acknowledged that, by rejecting certain of the safety measures at issue in this case, ███████

██████████████████████████

## II.    JURISDICTION AND VENUE

30.     This action arises under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated under the Exchange Act.

31.     This Court has jurisdiction over the Exchange Act claims pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1331.

32.     Venue is proper in this District pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. §§ 1391(b) and (c). At all relevant times, Meta had its principal executive offices located in this District and conducts substantial business here. In addition, many of the acts alleged herein occurred in this District.

33.     In connection with the acts and conduct alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to the U.S. mails, interstate telephone communications, and the facilities of the national securities exchanges and markets.

## III.    PARTIES

### A.     Lead Plaintiffs

34.     Lead Plaintiff Ohio Public Employees Retirement System ("OPERS") is a public pension fund organized for the benefit of public employees throughout the state of Ohio who are not covered by another state or local retirement system. As of December 31, 2021, OPERS managed assets of approximately $127 billion on behalf of more than 1.2 million active members, retirees, and beneficiaries. OPERS purchased shares of Meta common stock at artificially inflated prices during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged herein.

35.     Lead Plaintiff PFA Pension, Forsikringsaktieselskab ("PFA Pension") is a pension company based in Denmark which serves more than 1.3 million customers. As of December 31, 2021, PFA Pension managed customer funds of approximately $86 billion. PFA Pension purchased shares of Meta common stock at artificially inflated prices during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged herein.

### B.     Defendants

36.     Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta") operates the world's largest family of social networking sites. Meta is incorporated under the laws of the State of Delaware, with its principal place of business in Menlo Park, California. Meta Class A common stock currently trades on NASDAQ under ticker symbol "META."

37.     Defendant Mark Zuckerberg ("Zuckerberg") is the founder, Chairman and Chief Executive Officer of Meta, which he founded in 2004 as "Facebook." As Meta explained in its Form 10-K for the years 2020 and 2021, Defendant Zuckerberg "has the ability to control the management and major strategic investments" of the Company. As Zuckerberg himself "agree[d]" when testifying under oath in the Related Actions, he has always "retained complete control of

[Meta] in terms of key decision-making."[3] As Chairman and CEO, Defendant Zuckerberg signed and certified each of the Company's periodic SEC filings during the Class Period. He also regularly spoke to investors and securities analysts concerning Meta. Zuckerberg had, by virtue of his position of control over Meta, ultimate authority over the contents of Meta's public statements, and publicly represented himself as the speaker for Meta's definitive proxy in advance of its annual shareholder meeting.

38.    Defendant Nick Clegg ("Clegg") has served as Meta's President of Global Affairs since March 2022. At all relevant times during the Class Period, Defendant Clegg served as Meta's Vice President of Global Affairs. He also regularly spoke to investors and the public concerning Meta, and had ultimate authority over the content of certain statements at issue in this case by virtue of his senior role at Meta.

39.    Defendant Adam Mosseri ("Mosseri") has served as Head of Instagram since October 2018. Prior to that, he served as Meta's Vice President of Product Management and in a variety of other product management roles since joining the Company in July 2008. By virtue of his role as CEO, Mosseri also was heavily involved in all critical decisions about, and was an ultimate decisionmaker as to, how Instagram would operate, including but not limited to the decision not to collect age-related information for existing Instagram users, the decision not to hide "like" counts by default but instead make it an option, and the decision to give new teen accounts the option to not be private by default discussed herein. He also regularly spoke to the public about Instagram and had ultimate authority over the contents of Meta statements about Instagram, including by virtue of his position as Instagram's CEO.

40.    Defendant Guy Rosen ("Rosen") has served as Meta's Chief Information Security Officers since October 2013, including at all relevant times during the Class Period. He also regularly spoke to the public about Meta and had control over the drafting and dissemination of Meta's Community Standard Enforcement Reports.

41.    Defendant Antigone Davis ("Davis") has served as Meta's Global Head of Safety since October 2014, including at all relevant times during the Class Period. She also regularly

---

[3] META_OPERS_00355240 at -274.

spoke to the public about Meta, and had ultimate authority over the content of certain statements at issue in this case by virtue of her senior role at Meta. For example, Davis reviewed, edited, and was assigned to the final draft of Meta's opposition statement to a shareholder proxy proposal about end-to-end encryption discussed, *see* Section IV.B.1.d, herein. Davis also spoke to shareholders about Meta's opposition to that shareholder proxy proposal during the Class Period.

42.    Defendant Karina Newton ("Newton") has served as Instagram's Head of Public Policy since at least November 2019, including at all relevant times during the Class Period. She also regularly spoke to the public about Instagram, and had ultimate authority over the content of certain statements at issue in this case by virtue of her senior role at Instagram.

43.    Defendant Pavni Diwanji ("Diwanji") served as Meta's Vice President at all relevant times during the Class Period, including as Meta's Vice President of Youth Products, and had ultimate authority over the content of certain statements at issue in this case.

44.    Defendants Zuckerberg, Clegg, Mosseri, Rosen, Davis, Newton, and Diwanji are collectively referred to herein as the "Executive Defendants" and, together with Meta, as the "Defendants." The Executive Defendants directly participated in the management of Meta's operations, had direct and supervisory involvement in Meta's day-to-day operations, and had the ability to control and did control Meta's statements to investors. They were involved in drafting, reviewing, publishing, and/or making the Company's statements to investors, including the false and misleading statements and omissions alleged herein. They were also involved in the concealed conduct that deceived investors about the truth and formed the basis of Defendants' scheme to defraud investors.

## IV.    SUMMARY OF THE FRAUD

### A.    Prior To The Start Of The Class Period, Material Negative Trends In Meta's User Base And Engagement Threaten Its Profitability

45.    Meta is the largest social media network and one of the largest internet companies in the world. Meta states that it has nearly four billion users across its social media platforms. The Company does not charge any of them a fee to use Meta's products. Instead, Meta generates revenue almost entirely through third-party advertising.

46.    As Meta has repeatedly stated, "substantially all" of the Company's revenue is "generated from third parties advertising on Facebook and Instagram." Because Meta makes money by selling advertising space on its platforms, the Company's "financial performance has been and will continue to be significantly determined by [its] success in adding, retaining, and engaging active users of our products, particularly for Facebook and Instagram." In other words, Meta's ability to generate profit is based almost wholly on: (1) the size of its user base; (2) its users' engagement with content on Meta's platforms; and (3) Meta's ability to recruit and engage key demographic groups, including teenagers and young adults, that are prized by advertisers.

47.    Meta measures user engagement based on actions such as commenting on, liking, posting emojis on, saving, and sharing content. As Meta explains, engagement "indicates that [a marketer's] ads are relevant to" its "target audience, which helps [its] ads perform better." Meta knew that advertisers would lose interest in working with Meta if the Company's user base languished or if it experienced "decreases in user engagement." Investors were therefore focused on the Company's growth and engagement metrics.

48.    Beyond the size of the Company's user base and their engagement levels, Meta and its advertisers were particularly focused on the Company's ability to recruit a younger audience to its platforms. Teenagers and young adults are particularly important to social media companies for several reasons. To start, teenagers are often the early adopters of technology and trends, as well as key influencers who help trends proliferate into the mainstream. Furthermore, young people's brand loyalty has not yet been established, giving advertisers ripe opportunities to expand their customer base. And as the first generation raised in the social media age, teenagers today introduce their family members to new technology and products.

49.    However, in the years before the Class Period, Meta struggled to attract and engage users to its platforms, particularly young users. Internal Meta research reports documented the Company's potential solutions to the problem of its failures to attract teenagers and young adults to its platforms. For example, on November 8, 2016, Meta employees, including Defendant Rosen, participated in an email thread where one employee explained that " ██████████████████

████████████████████████████████████████████████████████████████

1  █████████████████████████████████████" The same email noted that ████████████

2  ████████████████████████████[4]

3      50.    At the same time, a ████ internal Meta report titled "████████████

4  ████" explained that ████████████████████████████████████████

5  █████ Instead, engagement was "████████████████████████████████████

6  ████████"[5] Facebook's internal records further show that ██████████████████

7  ████████████████████████████████████████████████████████████

8  ████████████████████████████████████[6] The report also offered specific

9  explanations for █████████████████████████████



17      51.    Meta continued to struggle to attract young users in 2020. In █████████, a

18  report titled "███████████████████████" noted that ████████████████████████

19  ████████████████████████████████████████████████████████████████

20  ████████████████[8]

21      52.    Just before the start of the Class Period, in ████████, an internal Meta report

22  titled "████████████████████████" reiterated that ████████████████████████,

23  one of the Company's largest markets:

---

[4] META_OPERS_00346826 at -826.

[5] BLBG-Haugen_0017295 - BLBG-Haugen_0017361 at -297.

[6] BLBG-Haugen_0017295 - BLBG-Haugen_0017361 at -305.

[7] BLBG-Haugen_0017295 - BLBG-Haugen_0017361 at -297, -302, -310, -315.

[8] BLBG-Haugen_0017636 – BLBG-Haugen_0017663 at -636.

1

2

3

53.     Teenage use of Facebook in the United States also declined in 2021. A report titled

"████████████████████████████" showed especially steep declines in

teen use of Facebook in the years preceding the Class Period. This decline was expected to

continue through 2023. The report noted:

54.     Similarly, an ████████ internal report titled "████████████

████████████████" explained that "████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████"[11]

55.     By the start of the Class Period, Meta was facing similarly problematic declines

with teen users in its other key platform, Instagram. Meta had acquired Instagram in 2012 for $1

billion, in part to address Facebook's declining popularity with teen users. From the time of its

acquisition, Meta understood that teens were the central demographic of Instagram users. As

[13]

56.     In the years after its acquisition of Instagram, Meta maintained its focus on

---

[9] BLBG-Haugen_0017362 – BLBG-Haugen_0017374 at -362.
[10] BLBG-Haugen_0017168 – BLBG-Haugen_0017199 at -172.
[11] BLBG-Haugen_0020522 - BLBG-Haugen_0020601 at -527.
[12] META_OPERS_00340060 at -084-90.
[13] META_OPERS_00340060 at -095.

*"winning . . . a race for teen users."* Meta thus designed features for Instagram to appeal to children. For example, Meta made photos the focus of the app and added filters and other features that made it easy for users to touch up or edit people's faces.

57.    In addition, Meta increased its efforts to market its platforms to children, including ████████████████████████████████████████████████████████████████████████ ███████████████████████████████████ As Meta explained in a ████████████████ ████████████████ its ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ███████████████████[14] Similarly, a January 20, 2021 internal report titled " ███████████████████████████████████████████" by ████████████ (a Lead UX [user experience] Researcher for Instagram), stated that ███████████████████████████████ ████████████[15] In a █████████████ internal Meta memorandum called " ████████████████████████████████[16] by ████████████ (Senior Qualitative Researcher, Privacy), Meta █████████████████████████████████████████████████████████ ████████████

58.    To that end, Meta developed and launched new features across its platforms to attract preteen users. For example, in 2017, Meta launched "Messenger Kids," a messaging app designed for users ages 6 through 12. The goal of Messenger Kids was leading children to adopt other Meta platforms. An ██████████████ presentation about the app titled "████████ ████████████████████████" by ████████████ (Research Manager, Messenger Kids), noted that █████████████████████████████████████████████████████████████ ███████████████████████████████████[17] Similarly, a ████████████ report titled "████████████████████████████████████████████ (who was in leadership for the Product/Engineering functions at Meta), urged readers to "████████████████████████████████████" and noted that "██████████████

---

[14] BLBG-Haugen_0020435 - BLBG-Haugen_0020475 at -439.
[15] META_OPERS_00506401 at -405.
[16] BLBG-Haugen_0020370 - BLBG-Haugen_0020392 at -374.
[17] BLBG-Haugen_0020189 - BLBG-Haugen_0020231 at -205-06.

█████████████████████████████████████████████[18] And according to a ███████████ report titled "████████

██████████████████████████████████████" by ████████████, prior to the Class Period,

████████████████████████████████████████████████████████████████."[19]

59.    Despite its best efforts, Meta began to lag behind its competitors, TikTok, YouTube, and Snap, in young user engagement on both Facebook and Instagram. In May 2020, ████████████ (Senior User Experience Researcher for Instagram), prepared a deck titled "████



███████████████████████████████████████████████████████████████."[23]

60.    In December 2020, Defendant Mosseri described TikTok as "an incredibly formidable competitor, probably the most formidable competitor we've ever seen" and acknowledged that Instagram was "playing catch-up in a lot of ways," including by introducing its copycat "Reels" feature, in an attempt to recreate TikTok's success with short-video content.[24] According to Meta whistleblower Arturo Béjar (former Director of Engineering and consultant to the Well-being Team at Instagram), ████████████████████████████████████████████ █████████████████████████████████████████████.[25] Snapchat further compounded this competition by launching "Spotlight," which reportedly attracted 100

[18] BLBG-Haugen_0020427 - BLBG-Haugen_0020434 at -429, -431.

[19] BLBG-Haugen_0020497 – BLBG-Haugen_0020510 at -498.

[20] Exhibit 21 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, Case No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024) (Email to the "IG Growth Leads," providing a link to the "Teen Fundamentals" deck).

[21] *See, e.g.*, META_OPERS_00343189 (Email from Jimenez to Hendrix and others summarizing and providing a link to the "Teen Fundamentals" deck).

[22] META_OPERS_00101526 (Email from Jimenez to Mosseri and the IG Leads stating, "Thanks so much for your attention to the Teen Fundamentals research I shared yesterday"); *see also* META_OPERS_00502069 ("Teen Ecosystem Discussion" note by Jimenez maintaining that "I presented an abbreviated version of the Teen Fundamentals deck to the IG Leads yesterday" and "Adam cited Reels as an example").

[23] META_OPERS_00505270 at -285("Teen Fundamentals" deck).

[24] Julia Boorstin, *Instagram adds shopping to Reels, its TikTok competitor*, CNBC (Dec. 10, 2020), https://www.cnbc.com/2020/12/10/instagram-adds-shopping-reels-adam-mosseri-interview-ftc-antitrust.html.

[25] META_OPERS_00325962 at -108.

million users within just two months of its launch.

61.    By the beginning of the Class Period, analysts understood the significant threat that competitors like TikTok and Snap posed to Meta. Evercore ISI, for instance, noted in an April 2021 analyst report that "[f]ierce competition from players like . . . Snap and TikTok results in slower than expected Ad Revenue growth," and that "Facebook is unable to capitalize on currently undermonetized assets," including Reels.[26] Morningstar analysts likewise warned that Meta "will continually have to fight to capture a user's time and engagement," and highlighted as a "Risk & Uncertainty" that companies like TikTok were "luring users away from Facebook and its apps."[27]

62.    Similarly, a March 17, 2021 presentation titled "Teens & Young Adults on IG & FB" by Instagram and Facebook researchers ███████ (Data Science – Facebook Ecosystems), ████████████ (Senior Data Scientist), and ██████████ (Data Science Manager), Meta reported on an extensive review that it had conducted for Facebook Chief Product Officer Chris Cox "on FB and IG YA [Young Adult]/Teens Aging Up and Engagement trends."[28] In the presentation, Meta confirmed that its research showed that "Engagement Trends" among teens had dropped significantly, in part because teens were spending two to three times more time on TikTok than on Instagram.[29]

63.    In that presentation, Meta's researchers also noted that it had placed a "suite of big bets for Teens on IG and Young Adults on FB."[30] Yet, there was "headroom for growth"[31] with respect to teen engagement, given how much more time teens were spending on TikTok, combined with the fact that only 14% of teens in the U.S. were using Instagram as their primary messaging app.[32] Instagram's "Teen Health Scorecard" reported "Moderate declines in retention, sessions & messaging. ***Worrying concerns for both Consumption & Production***."[33]

64.    Facebook's "Health Scorecard" included in the March 17, 2021 presentation further

[26] Shweta Khajuria, *Friends In The Right Places*, Evercore ISI (Apr. 5, 2021) at 4.
[27] Ali Mogharabi, *Facebook's Network Effect Moat Source Is Intact*, Morningstar (Apr. 29, 2021) at 8-9.
[28] META_OPERS_00224571.
[29] META_OPERS_00224571.
[30] META_OPERS_00224571 at -575.
[31] META_OPERS_00224571 at -578, -587.
[32] META_OPERS_00224571 at -578.
[33] META_OPERS_00224571 at -579.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    19
3:21-cv-08812-AMO

reported that "Saturation among Teens (13-17) remains low, and acquisition amongst Teens is down YoY."[34] Similarly, the same report documented "concerning YoY weakness (especially amongst teens)"[35] with respect to messaging on Facebook. Meta concluded that it needed to "further invest[] in our age up strategy"[36] in continued pursuit of its goals to grow and retain young users.

65.     By the start of the Class Period, Meta had concluded—according to an internal presentation dated ████████──████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████,"[37]

66.     In light of these negative trends, Defendant Zuckerberg gave specific instructions to Meta employees to go to greater lengths to attract younger users. On April 22, 2021, ████████

████████████████████████████████████████████████████████████████████████

████████████████████████████[38] In that update, Mosseri noted that "████████████

████████████████████████████[39] Mosseri further wrote that, in response, Defendant Zuckerberg had ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████[40]

67.     Instagram's CEO, Defendant Mosseri, testified under oath in the Related Actions that "████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████,"[41]

---

[34] META_OPERS_00224571 at -580.
[35] META_OPERS_00224571 at -580.
[36] META_OPERS_00224571 at -577, -595.
[37] BLBG-Haugen_0020522 - BLBG-Haugen_0020601 at -541, -556.
[38] META_OPERS_00518351.
[39] META_OPERS_00518351 at -354.
[40] META_OPERS_00518351 at -351.
[41] META_OPERS_00345595 at -721.

**B.    Defendants Make A Series Of Misstatements And Omissions Concerning The Impact Of Meta's Platforms On Young Users, Meta's Algorithm, And Meta's Content-Moderation Practices**

**1.    Meta Downplays And Denies Young Users' Harmful Experiences On Ots Platforms, And Makes False Assurances About Child Safety**

68.    In the years immediately preceding the Class Period, Meta confronted two significant threats to its central goal of retaining and attracting young users to its platforms. On the one hand, as discussed above, competitors' new products and souring perceptions of the effects of Meta's platforms on young users drove young users away from Meta. At the same time, as discussed below, public relations fiascos, regulatory pressure, and legislative threats further endangered Meta's ability to retain and attract younger users—putting its business at risk.

69.    In response to these perils, Meta set about "███████████████" about the harms young users experienced on Meta's platforms. As a part of this initiative, during the Class Period, Defendants made numerous false and misleading statements to investors designed to convince them that Meta's platforms were safe for and did not harm young people. Meta also tried to stem concern by rolling out product changes it (falsely) touted as improving the safety and well-being of children.

**a.    Faced With Increased Regulatory And Legislative Risks, Meta Determined To "███████████████" Regarding Its Platforms' Effects On Young Users**

70.    In early 2019, media reports began to surface concerning the links between the suicide of 14-year-old Molly Russell and Instagram. On January 22, 2019, Molly Russell's father, Ian Russell, appeared in a BBC news segment titled "Instagram 'helped kill my daughter.'" Russell detailed how, after his daughter's November 2017 suicide, he discovered that she had been viewing material on Instagram linked to anxiety and depression and promoting self-injury and suicide. The BBC segment included graphic images and videos of the content that Russell had viewed, including content depicting self-harm and suicide that was available on Instagram. Russell told BBC that he "didn't know anything like that could possibly exist on a platform like Instagram."[42]

---

[42]    Interview with Ian Russell, *Instagram 'helped kill my daughter'*, BBC (Jan. 22, 2019), https://www.bbc.com/news/av/uk-46966009.

71.     Meta immediately recognized that the Molly Russell story would pose significant risks to its business in and outside the U.K. The day the interview aired, ████████████ (Meta Director of Product and Corporate Communications) sent an email ████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████,"[43]

72.     As Meta expected, Russell's interview drew the attention of Meta's advertisers and public officials and spurred the publication of numerous articles concerning the safety of Meta's platforms in the weeks that followed. For example, on January 23, 2019, BBC reported that advertisements for prominent British brands had appeared alongside "disturbing images and videos" on Instagram. BBC reported that they "were all unaware of the problem," "would never deliberately advertise next to such content," and wanted assurances from Instagram that such content would not appear.[44]

73.     Regulatory risk ensued. On January 28, 2019, Matt Hancock, the Secretary of State for Health and Social Care in the U.K., appeared in a BBC news segment to discuss content promoting self-injury and suicide on social media. Hancock stated, "If we think they [social media companies] need to do things they are refusing to do, then we can and we must legislate." And when asked if the U.K. would consider imposing extra taxes or ban social media companies altogether, Hancock responded, "Ultimately, parliament does have that sanction."[45]

74.     Recognizing the reputational hit and increasing scrutiny from regulators, Meta began formulating its public message concerning why such content appeared on Instagram in the first place and what the Company was doing about it. At the same time, Meta acknowledged that responses that honestly reflected its current practices would only heighten public concerns. For example, in a January 26, 2019 email to Defendants Zuckerberg, Mosseri, and others, Defendant Clegg wrote, "████████████████████████████████████████████████

---

[43] META_OPERS_00226645 at -754.
[44] *Facebook 'sorry' for distressing suicide posts on Instagram*, BBC (Jan. 23, 2019), https://www.bbc.com/news/uk-46976753.
[45] *Mental health: UK could ban social media over suicide images, minister warns*, BBC (Jan. 28, 2019), https://www.bbc.com/news/uk-47019912.

1    ███████████████████████████."[46] The same day, Monika Bickert (Vice President of

2    Content Policy) emailed Defendant Davis, stating, "████████████████████████████

3    ████████████████████████████████████████████,"[47]

4         75.    As Defendant Clegg stated in a January 27, 2019 email to Bickert, █████████

5    ████████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████████

7    ██████████

8         ███████████████████████████████████████████████████████

9         ██████████

10        ████████████████████████████████████████████████████

11        █████████████████████████████████[49]

12

13        76.    On February 1, 2019, ██████████████ (VP, Europe, Middle East, and Africa)

14   emailed Defendant Clegg, Sandberg (Meta's Chief Operating Officer), and others, ██████

15   ████████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████████

17   ████████████████████████. She further wrote that ████████████████████████

18   ████████████████████████████████████,"[50] A week later, Defendant Clegg was

19   likewise informed that "████████████████████████████████████████████████

20   ██████████,"[51]

21        77.    On February 7, 2019, Defendant Mosseri ████████████████████████

22   ████████████████████████████████,"[52] and he posted an announcement on

23   Instagram's website of purported changes Meta would make with respect to suicide and self-injury

24

25   _____
     [46] META_OPERS_00329429 at -431.
26   [47] META_OPERS_00329429 at -429.
     [48] META_OPERS_00332198 at -199.
27   [49] META_OPERS_00332198 at -198.
     [50] META_OPERS_00332473 at -474.
28   [51] META_OPERS_00332478 at -479.
     [52] META_OPERS_00226645 at -667.



content. The post stated that Instagram "will not allow any graphic images of self-harm, such as cutting on Instagram – even if it would previously" and that Instagram had "never allowed posts that promote or encourage suicide or self harm, and will continue to remove it when reported."[53]

78. ██████████████████████████████████████████████████████████

██████████████████████████████████████  ██████████████████████████

████████ For example, Béjar explained in testimony in the Related Actions that ████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████ Béjar further testified that ████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████"[55] Similarly, in a March 4, 2019 email, Defendant Clegg wrote to senior executives that █████████████████████████

████████████████████████████████████████████"[56] However, Meta employees were even more concerned that █████████████████████████████████

█████████████████████████"[57]

79. Accordingly, an internal Meta document titled "████████████████████

████████████"[58] (listing Defendant Davis as the ████████████████ of the document) █████

████████████████████████████████████[59] ██████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████



---

[53] Adam Mosseri, *Changes We're Making to Do More to Support and Protect the Most Vulnerable People who Use Instagram*, Instagram (Feb. 7, 2019), https://about.instagram.com/blog/announcements/supporting-and-protecting-vulnerable-people-on-instagram.

[54] META_OPERS_00100626.

[55] META_OPERS_00961090 at -213-14.

[56] META_OPERS_00332483 at -483.

[57] META_OPERS_00091452 at -453.

[58] META_OPERS_00332948; *see also* version with parent email at META_OPERS_00012667 at -673.

[59] META_OPERS_00332948 at -949-51.

1 ███████████████████████████████████████████████

2 ████████████████████████████████████."[60] According to Defendant

3 Clegg's testimony in the Related Actions, ██████████████████████████

4 █████████████████████████."[61]

80.    Consistent with these strategic communications goals, Meta continued its effort to

shape the public narrative about Meta's products in 2020. For example, in a February 5, 2020 chat,

████████ (Meta's Public Affairs Manager) and ████████ (Product Marketing Manager)

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████.[62]

81.    Shortly before the start of the Class Period, Meta affirmatively set out in writing its

plans to ██████████████ On November 19, 2020, █████████ (Global Head of

Communications) circulated a ██████████████ strategy aimed at, according to his

email to Defendant Clegg, "████████████████████████████." As █████

explained:

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████[63]

82.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████[64]

---

[60] META_OPERS_00332948 at -949-50.

[61] META_OPERS_00331278 at -561-64.

[62] META_OPERS_00183966.

[63] META_OPERS_00332494 at -494.

[64] META_OPERS_00332494 at -494-95.

83.    ███████ also stated ████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████ [65]

84.    As ████████████ (Director of Policy Communications) told Defendant Clegg in a December 18, 2020 email, ████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████ [66] On December 22, 2020, Defendant Clegg responded that ██████████████████

████████████████████████████████████████████████████████████

████████████████████ [67]

85.    As Meta's "██████████████" strategy took shape, its communications teams took specific steps to alter public perception of Meta's platforms. For example, on January 8, 2021, two public communications employees, ██████████ and ██████████████, discussed ██████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

██████████ [68]

86.    Regulatory pressure continued to mount leading up to the Class Period, particularly with respect to harm to young users and child safety issues across a range of business initiatives. For example, as Meta explained in its "████████████████████████████████████████

████████████████████████████" deck, as of January 2021:



[65] META_OPERS_00332494 at -496.
[66] META_OPERS_00389645 at -645-50.
[67] META_OPERS_00389645 at -649-51.
[68] META_OPERS_00028114 at -114.



[69]

87.    Notably, the same January 2021 presentation observed that ██████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████ [70]

88.    In February 2021, the Molly Russell story gained renewed attention when the coroner requested additional documents from Meta.[71] ████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████ [72] A February 2021 "████████████████████████████" deck, maintained by Defendants Davis and Diwanji in their custodial files, stated that ██████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ [73]

89.    Age verification was another high-priority issue for Meta, and it was receiving significant public scrutiny. As the February 2021 "████████████████████████" deck

---

[69] META_OPERS_00015208 at -211.
[70] META_OPERS_00015208 at -211.
[71] META_OPERS_00236679; Tom Knowles, *Molly Russell: Coroner voices alarm over delays to inquest*, The Times (Feb. 9, 2021), https://www.thetimes.com/life-style/health-fitness/article/molly-russell-coroner-voices-alarm-delays-inquest-gmfmk7bwp?gaa_at=eafs&gaa_n=AWEtsqfVc_BJq-dv1BgypUWtyh94ubVxg3CIFtARgXdinaomvF3GIxGyJxqBJc_huCQ%3D&gaa_ts=69681e43&gaa_sig=EX94cT1YLms7MfuL8ws2kSVlCxnv1UNRbWOUvhZrF60Qdz2rdfLFqZpe496GzJKJ9vL3Wef1ll0AuQ3zkyKRIg%3D%3D.
[72] META_OPERS_00427424 at -432.
[73] META_OPERS_00427424 at -442.

referenced above further noted:

█████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████

████████████████[74]

90.     On February 5, 2021, ████████ (Meta Head of Global Communications) warned Defendants Zuckerberg and Clegg that ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ In response, Meta communications employees suggested ███████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████[75] In selecting these studies, ██████████ █████████████████████████████. Defendant Clegg responded to ██████ and others: "██████████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████."[76]

91.     As noted, encryption was yet another issue on which Meta was being scrutinized. On February 5, 2021, a Meta communications employee in the U.K. emailed Defendant Clegg and others "████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████." Meta ███████████████████████████████████████████████████ ████████████████████████████████████." Defendant Clegg responded: ███████████ ████████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████[77] Bickert (Meta Vice President of Content Policy) responded that █████████████████████████████████████████████████ ████████████████ to which Defendant Clegg asked to "████████████████████████████

---

[74] META_OPERS_00427424 at -436.
[75] META_OPERS_00129398 at -398, -401.
[76] META_OPERS_00652417 at -418.
[77] META_OPERS_00685272 at -273.

1    ███████████████████████████,"[78]

2    92.    A March 2021 "████████████████████" deck[79] that Defendant Davis

3    used to prepare for an internal presentation to over 160 people working on well-being issues at

4    Meta ███████████████████████████████████ The same deck

5    described ██████████████████████████████ In response to this "████" the

6    presentation noted, Meta needed █████████████████████████████████

7    ██████████████████ It further described █████████████████████████

8    ███████████████████████████████████ The deck also noted that

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ████████████[80]

12   93.    In the midst of this scrutiny, on March 18, 2021, *Buzzfeed News* leaked Meta's

13   plans for Instagram Kids. Buzzfeed published an article reporting that "Facebook Is Building An

14   Instagram For Kids Under The Age Of 13,"[81] which Meta described as ██████████████

15   ████████████████████[82] The news "████████████████████

16   ███████████████████,"[83] but also caught the attention of Congress, with one representative

17   tweeting, "I think this needs to be thought through 'just a bit' before implementing. Could be that

18   this attracts the very thing it's trying to protect against."[84] This was particularly fraught timing for

19   Meta because Defendant Zuckerberg's testimony before Congress was scheduled for the following

20   week.[85]

21   94.    Days later, Defendants falsely characterized Meta's internal research, in order to

22   change the external narrative. On March 25, 2021, Defendant Zuckerberg testified before

23

24   [78] META_OPERS_00685272 at -272.

25   [79] META_OPERS_00427268.
     [80] META_OPERS_00427268 at -285, -287.

26   [81] Ryan Mac, *Facebook Is Building An Instagram For Kids Under The Age Of 13*, BuzzFeed News (Mar. 18, 2021),
     https://www.buzzfeednews.com/article/ryanmac/facebook-instagram-for-children-under-13.

27   [82] META_OPERS_00013431 at -432.
     [83] META_OPERS_00028239 at -240.

28   [84] META_OPERS_00028239 at -242.
     [85] META_OPERS_00349595.

Congress. When asked about the impact of Instagram on teens and mental health, Defendant Zuckerberg told Congress that "the research that we have seen is that using social apps to connect with other people can have positive mental health benefits." Representative Debbie Lesko specifically asked Defendant Zuckerberg, "Do you believe that your platform harms children?" In response, Defendant Zuckerberg stated, "Congresswoman, I don't believe so. This is something that we study and we care a lot about."[86]

95.    At the same hearing, Representative Cathy McMorris Rodgers asked Defendant Zuckerberg, "Do you agree too much time in front of screens, passively consuming content, is harmful to children's mental health?" Defendant Zuckerberg answered, "I don't think that the research is conclusive on that." When Representative Rodgers pressed Defendant Zuckerberg on that point, he falsely stated that "overall, the research that we have seen is that using social apps to connect with other people can have positive mental health benefits and well-being benefits"— i.e., the exact opposite of what Meta's own internal research had shown. In response to Representative Rodgers's concerns about "passively consuming content," Defendant Zuckerberg stated that it "isn't necessarily negative. It just isn't as positive, as connecting."

96.    Representative Rodgers also asked Defendant Zuckerberg, "Has Facebook conducted any internal research as to the effect your products are having on the mental health of our children?" Defendant Zuckerberg acknowledged that "this is something that we try to study," and eventually admitted, "I believe the answer is yes." But Defendant Zuckerberg nowhere disclosed what Meta's internal research had revealed about the severe harms its platforms caused to children's mental health, as discussed in Section IV.B.1. below.

97.    Also during the March 25, 2021 hearing, Defendant Zuckerberg misleadingly told Congress that children under age 13 were not allowed on Meta platforms that had advertisements, including Facebook and Instagram, and that if any were detected, Meta removed them, stating:

> "There is clearly a large number of people under the age of 13 who would want to use a service like Instagram. We currently do not allow them to do that . . . **We don't allow children under the age of 13** on the services that run advertising . . .

---

[86] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing Before the Subcomm. on Comnc'ns and Tech.*, 117th Cong. 100 (Mar. 25, 2021).

*children under the age of 13 are not allowed on Instagram…if we detect that someone might be under the age of 13, even if they lied, we kick them off*."

98.    Defendants' efforts to mislead and misdirect the public continued through the Spring and Fall. Meta had announced, in 2019, that it was going to implement a feature that would hide likes on users' posts, as discussed in Section IV.B.1.c.2.a below. Internally, Meta referred to this project as "Project Daisy." But, by 2021, Meta had decided it would not implement this feature because it had a *negative effect on growth*, even though Defendants knew that it had a *statistically significant and positive impact on users' mental health*. On April 13, 2021, Meta prepared internally to walk back its 2019 announcement by announcing the launch of a "███████" version of Project Daisy. In anticipation of this, █████████████████████████████ ██████████████████████████████████████████.

99.    As set forth in an April 13, 2021 email from ███████████ (Product Manager, IG Well-being), ████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ██████████████████████████████████████[87] Defendants Diwanji and Newton also received these █████████████████[88]

100.    Similarly, on April 16, 2021, Meta communications employees including █████ (Head of Global Communications) circulated to others at Meta (including Defendants Newton and Diwanji), █████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ████████████████████████████[89] Emailing a

---

[87] META_OPERS_00026212 at -213.
[88] META_OPERS_00026212 at -212.
[89] META_OPERS_00338411 at -412-13.

"█████████████" that included Defendant Newton, Defendant Diwanji asked: "███████████ ████████████████████████████████████████████████ ██████████████████████████████████████████"[90] The "██████████████" that Meta made to the reporter later was nearly identical to the May 19, 2021 Meta Community Standards Enforcement Report where Meta falsely told investors, despite Diwanji's and others' findings and questions, that ***We remove content that encourages suicide or self-injury on Facebook and Instagram.***"

101.    On May 3, 2021, Defendants Newton and Diwanji and others, discussed ███████████████████████████████████████████████████████. Newton noted that █████████████████████████████████████████████ █████████████████████████████████████████████████████ █████████████████████████████████████████████████████ ███████████████████████████ She concluded by noting that ████████████ █████████████████████████████████████████████████████ █████████████████████████████████████████████████████ ██████████████████████████[91]

102.    On May 10, 2021 a coalition of 44 United States Attorneys General sent a letter to Defendant Zuckerberg ████████████████████████████████████ █████████████████████████████████████████████████████ █████████████████████████████████████████████████████ ██████████████████████[92]

103.    As ████████████ (Safety Policy Lead, Product) noted in a May 25, 2021 chat with Defendant Newton, █████████████████████████████████████████████ ██████████████████████[93]    further wrote that ███████████████████████

---

[90] META_OPERS_00338411 at -411.
[91] META_OPERS_00349595 at -595.
[92] Letter from Maura Healey and others, Nat'l Ass'n of Att'ys Gen., to Mark Zuckerberg, Chief Exec. Officer, Facebook, Inc. (May 10, 2021).
[93] META_OPERS_00022906.

At the same time, ████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████ [94]

104.    Defendants' concerns with the potentially negative consequences of their public statements—and their tailoring of those statements to avoid unwanted business results—continued throughout the Class Period. In an internal chat on July 26, 2021, Defendant Davis, ████████ (Public Affairs Manager), and Meta privacy policy employees ████████ and ████ ████ discussed an upcoming blog post that was eventually published on July 27, 2021 and is further discussed in Section VI.A. below, titled "Giving Young People a Safer, More Private Experience on Instagram." The employees discussed ████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████ [95]

105.    An internal chat between Defendant Mosseri and ████ (Brand Communications Manager, Instagram) that took place just before the release of the Facebook Files, on August 27, 2021, ████████████████████████

████████████████████. After learning that ████████████

████████████████████████████████████

████████ wrote to Mosseri, ████████████████

████████████████████████████████████

████████████████████████████ [96]

106.    Defendants Mosseri and Diwanji ████████████████

[94] META_OPERS_00022903 at -904-05.
[95] META_OPERS_00001847 at -847.
[96] META_OPERS_00347292 at -292-93.

1    ████████████████, as exemplified by a September 9, 2021 chat where Diwanji stated

2    ████████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████ to which Mosseri

4    responded: ████████████████████████████████[97]

**b.    Defendants Mischaracterize What They Knew About Meta's Platforms' Impacts On Young Users And Make Multiple False And Misleading Statements About Children's Safety**

107.    Motivated by the concerns set forth herein, Defendants made a series of false and misleading statements and omissions to investors during the Class Period.

108.    For example, on April 9, 2021, Meta opposed a shareholder proposal that raised concerns about Meta's plans to apply end-to-end encryption on its platforms. In its opposition statement, published in Meta's proxy statement, the Company recommended that shareholders vote against the proposal based on Meta's purported "***active approach to child exploitation, including our proactive detection of bad actors***." Contrary to Meta's assertion, however, Defendants knew (or at least recklessly disregarded) that Meta's platforms exposed children to serious safety issues, including child sexual exploitation and "████████████████" with adults, such that its approach and detection efforts were not effectively keeping children safe from ████████████████ or "████████." Further, Meta knew (or at a minimum was severely reckless in not knowing) that end-to-end encryption would completely ████████████████ ████████████████████████████████ and that this ████████████████ ████████████████████████

109.    Then, on May 11, 2021, a Twitter user asked Defendant Mosseri, "do you believe social media is good for children under 13?" Mosseri responded, "This is *the* question. ***The reality is there's little existing research, which means there will be strong differing opinions***." But in truth and as discussed in further detail below, Meta had research ████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

---

[97] META_OPERS_00338592 at -592.
[98] META_OPERS_00427923.

to problematic use and behavioral development issues.

110.    Later, on May 19, 2021, Defendants issued Meta's Community Standards Enforcement Report for the first quarter of 2021 ("First Quarter Community Standards Report"). In that report, Meta stated, **"We remove content that encourages suicide or self-injury on Facebook and Instagram."** In truth, Defendants knew that suicide and self-injury content was actually " ███████████ " and Meta was " ███████████ ."

111.    On May 24, 2021, Defendant Mosseri was interviewed by *The Information*,[99] during which he referred to "external research" and misleadingly suggested that Meta's internal research on well-being was inconclusive. Mosseri stated that Meta "tried to measure the effect of hiding likes on people's actual wellbeing," but that **"[w]ellbeing is hard to measure,"** "more of like a judgment call," and "a bit subjective." Mosseri also pointed to confounding factors including "real-world outcomes like longevity or success in the workplace" as limiting Meta's ability to conduct research. In the same interview, Defendant Mosseri referenced Meta's internal studies of the effects on users of hiding "like" counts, and stated, "Did hiding like counts change people's well being? **Not in a way we can measure whatsoever.**" In truth, Meta's internal documents show that ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████████ .

112.    Defendants also downplayed any suggestion that rolling out a process to give users the option to hide likes on Instagram ("Daisy Controls") was driven by business concerns when the opposite was true. When *The Information* asked Defendant Mosseri, "So do you have any kind of number that you can recall about what Instagram stood to lose if this [giving users the option to hide like counts] was rolled out across the platform with all users?" Defendant Mosseri responded: "I can't give you a number, but I don't even think it's fair to say it would have been bad for the business. **I can be very confident telling you that economics, the effects on our revenue, was not**

[99] Sylvia Varnham O'Regan, *Instagram Chief Mosseri Rebuffs State AGs Opposing Kids Version of App*, The Information (May 24, 2021), https://www.theinformation.com/articles/instagram-chief-says-state-ags-should-enforce-law-and-not-write-law.

*a deciding factor when we were at the other end of this.*"[100]

113.     Days later, on May 26, 2021, *TechCrunch* reported on Meta's Project Daisy announcement,[101] noting that Defendant "Mosseri also pushed back at the idea that a decision on Likes would have majorly impacted the network. **While removal of Likes on Instagram had some impact on user behavior, he said, it was not enough to be concerning.**" On the same day, *The Wall Street Journal* also reported on Meta's Project Daisy announcement,[102] stating that Defendant Mosseri said, "Despite concerns that public like counts might be harmful, **surveys of user well-being didn't budge . . . nor did Instagram usage meaningfully change.**" In the same article, Defendant Mosseri said **"Instagram expects a double-digit percentage of users to end up hiding likes."** In reality, however, Mosseri and Meta had explicitly signed off on the May 26 Project Daisy launch ("Daisy Controls") **"given we're looking at single digit percentages"** of users who would opt-in to Project Daisy, thus minimizing the impact on engagement and revenue.

114.     Defendants' strategy of announcing project changes to shape public narrative worked. For example, also on May 26, 2021, *Good Morning America* hosted Defendant Mosseri and explicitly tied the rollout of Project Daisy to an improved experience for teen users, juxtaposing Mosseri with an image of a teen girl looking happy while using a social media app on her phone, as set forth below:

---

[100] Sylvia Varnham O'Regan, *Instagram Chief Mosseri Rebuffs State AGs Opposing Kids Version of App*, The Information (May 24, 2021), https://www.theinformation.com/articles/instagram-chief-says-state-ags-should-enforce-law-and-not-write-law.

[101] Sarah Perez, *Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default*, TechCrunch (May 26, 2021), https://techcrunch.com/2022/03/23/instagram-launches-chronological-and-favorites-feeds-for-all-users-but-they-cant-be-the-default/.

[102] Jeff Horwitz, Facebook, *Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.

115.    Defendants also continued to obscure Meta's internal research when asked by reporters about the mental health effects of Instagram on a call at or around May 26, 2021. In response to reporters' questions, Defendant Mosseri did not disclose the results of Meta's internal research. Instead, he again pointed to external research, and Mosseri stated that Instagram's effects on teen well-being were **"quite small."** Specifically, Defendant Mosseri represented that the research showed that **"It's facts stated the bi-directional, so small effects positive and small effects negative but it's quite small."** Mosseri again emphasized, "There's a lot of good that comes with what we do."

116.    The public was again misled. Reporters echoed Defendant Mosseri's comments in a May 26, 2021 *The Wall Street Journal* article which reported that Mosseri "said concerns about Facebook's overall impact on its users' well-being are likely **overblown, but said Instagram was committed to studying it.**" As reported by the *Journal*, Mosseri further stated, **"We're going to continue to try and work with external academics and researchers."**

117.    On July 27, 2021, the *Times of India*—the largest English-language daily newspaper in India and considered one of the most significant papers in the country—published an article titled "Instagram announces new settings for teen safety."[103] The article quoted Defendant Newton as stating, **"We want young people to enjoy using Instagram while making sure we never compromise on their privacy and safety."**

---

[103] Ketaki Desai, *Instagram announces new settings for teen safety*, The Times of India (July 27, 2021), http://timesofindia.indiatimes.com/articleshow/84794692.cms?utm_source=contentofinterest&utm_medium=text&utm_campaign=cppst. At the time, Meta had more users in India than in any other country, including the United States.

118.    At the same time, Defendants were misleading the public about the existence of users under the age of 13 ("U-13" or "under-13s") on Instagram, and the steps Defendants took to remove them. For instance, during his July 27, 2021 appearance on *The Breakfast Club Radio Show*,[104] Defendant Mosseri was asked the minimum age requirement for being on Instagram. He responded, ***"Right now the rule is 13."*** On the same day, July 27, 2021, Meta published a blog post titled "How Do We Know Someone Is Old Enough to Use Our Apps?" In it, Defendant Diwanji (Meta's then-VP of Youth Products), claimed that if a user is ***"unable to prove they meet our minimum age requirements, we delete their accounts."*** In truth, Defendants had a massive backlog of suspected users under the age of 13 on Instagram, Meta was unable to effectively detect children under 13 on its platforms, and Meta did not implement the technology necessary to effectively remove children under 13 from its platforms.

119.    Defendants continued to make false and misleading statements concerning harm to young users and children's safety through the end of the Class Period.

> **c.    In Truth, As Defendants Knew, Meta's Internal Documents Demonstrated That Defendants' Statements About the Impacts Of Meta's Platforms On Children's Safety Were Materially False And Misleading**

120.    Contrary to Defendants' statements about the "research" and the impact of its platforms on young users' well-being and child safety, prior to and during the Class Period, Meta's own research and other sources showed that young users, including teens and children under 13, experienced significant harms on Meta's platforms, particularly Instagram. Meta's internal research also showed that many of the product design changes it touted to the public as improving safety would be ineffective. Indeed, Meta specifically and repeatedly ignored expert advice on how to implement certain features to enhance safety, choosing to compromise safety in favor of profits.

121.    Given the threat to Meta's business and the directive to "████████████████" coming from the top, Meta's research ████████████████████████████████████

---

[104] The Breakfast Club, *Head Of Instagram Adam Mosseri On Combatting Hate Speech, Bots, Racism + Algorithm Myths*, YouTube, at 00:40:52 (July 27, 2021), https://www.youtube.com/watch?v=WRlbfPam6Fw.

██████████████████████████████. Prior to and throughout the Class Period, Defendants, other Meta senior executives, and employees across the Company were intensely focused on understanding precisely how their platforms harmed young users so that they could continue to profit from them.

### (1) Meta Had Extensive Research Demonstrating The Harms Its Platforms, Particularly Instagram, Caused To Children

122.     Internal documents and communications confirm that ████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████.

### a.   Well-Being And Mental Health

123.     Meta's research on the well-being of young users on Instagram and Facebook focused on ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████. This research, at times, specifically and purposefully covered ████████████████████ ██████████████████████████████████.

124.     While Defendant Mosseri told investors that *"[w]ellbeing is hard to measure,"* and that the effects of Instagram on teenage girls were *"quite small,"* in reality, Meta had conducted dozens of internal studies ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████,"[105] and that *"66% of teen girls on IG experience negative social comparison."*[106] For example, a ████████████████ presentation titled "████████████████████████" noted that ████████████████████████████████████████████████████████████████ ████████████████████████████ and ████████████████████████████████████ ████████████████████████ Importantly, the presentation stated that the

---

[105] META_OPERS_00443609 at -640.
[106] META_OPERS_00099818 at -826.
[107] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18.

125.     In addition, contrary to Meta's statement that it ***"remove[s] content that encourages suicide or self-injury on Facebook and Instagram,"*** and that Meta "***avoids***" showing such content to users, internal documents show that ███████████████████████████████████████████████████████████████████████████████████████████████████████

126.     As Meta continued to be the subject of "external scrutiny," Meta's researchers continued to build from and expand their research on child safety issues, and Meta's senior-most executives, including Defendants Zuckerberg, Mosseri, Clegg, Davis, Newton, and Diwanji continued to focus on it. Indeed, researchers pleaded with Defendants Zuckerberg, Mosseri, and others to ████████████████████████████████████████████████████████████████████████████████. Notwithstanding the lack of funding, Meta's researchers persisted and Defendants Zuckerberg, Mosseri, and Clegg were directly informed by Meta's internal research, as well as third-party experts, that ████████████████████████████████████████████

127.     For example, Defendants Zuckerberg and Mosseri had multiple meetings with Dr. Jonathan Haidt, a social psychologist at New York University's Stern School of Business, ████████████████████. Specifically, on August 12, 2019,[109] Dr. Haidt emailed two Meta employees ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[108] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -385.
[109] META_OPERS_00101072 at -081.

128.    According to Dr. Haidt's contemporaneous notes produced in discovery,[110] on August 29, 2019, Dr. Haidt and Defendant Zuckerberg had a video call together, at Defendant Zuckerberg's request. Defendant Zuckerberg told Dr. Haidt that ███████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████. Dr. Haidt informed Defendant Zuckerberg that ██████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████. During this call, ████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████.

129.    Meta's researchers continued to work closely with outside experts to analyze well-being and their findings continued to show that ████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████ For instance, in September 2019, Instagram partnered with the organization ████████████████████████████████████████████████. The results were sent to Meta researcher ████████████████ by email on September 6, 2019.[111] The report made ███████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

---

[110] META_HAIDT_0000001.
[111] META_OPERS_00443609.

██████████████████████████████████████████████████

██████████████████████████████

130.    The research continued to mount as Meta launched a "deep dive" into the issue. In October 2019, Meta concluded a study, also led by researcher ████████, called the "Teen Mental Health Deep Dive."[113] Like the September 2019 study, the "Teen Mental Health Deep Dive" concluded that "[t]eens who struggle with mental health say Instagram makes it worse."[114]

131.    The data from the study also underscored the significant and common – *not* "small" – effects. For instance, the data showed that ***"[o]ne in five teens say that Instagram makes them feel worse about themselves,"*** including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much worse" or "somewhat worse" about themselves.[115] Further, it concluded that 6% of teens who said that they wanted to kill themselves said that that feeling started on Instagram, and 9% of teens who said that they felt that they wanted to hurt themselves said that it started on Instagram.[116]

132.    The same study explained that "[c]ontent on IG makes teens feel very bad." Indeed, the study concluded, as shown in the slide below, that "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups." The study also found that social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with." In addition, Meta's internal researchers found that social comparison impacted "female anxieties" more than men precisely because social comparison is so "closely related to body image."[117]

---

[112] META_OPERS_00443609 at -622, -640-41, -650, -668.
[113] META_OPERS_00000888.
[114] META_OPERS_00000888 at -912.
[115] META_OPERS_00000888 at -908.
[116] META_OPERS_00000888 at -902.
[117] META_OPERS_00000888 at -911, -918-19, -928.

133. Contrary to Defendant Mosseri's statements that wellbeing was "hard to measure," and a "judgment call," Meta had additional measurable data showing the negative effects of Instagram on children's wellbeing. This research and its alarming and measurable "significant" findings were shared with Defendants Zuckerberg, Mosseri, and Newton, but concealed from the public. As later reported by the *Journal*, Meta's "deep dive" research into teen mental health was "reviewed by top Facebook executives, and was cited in a 2020 presentation given to Zuckerberg." Indeed, ▮▮▮▮ testified under oath in connection with the Related Actions that she presented the findings of the "Teen Mental Health Deep Dive" to anywhere between 100 and 200 of her colleagues sometime in 2019.[118] Later, in February 2020, Defendants Mosseri and Newton both received findings from the "Teen Mental Health Deep Dive" as compiled in a ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ deck, including the finding that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[119]

134. Meta researcher ▮▮▮▮▮▮ also testified under oath in the Related Actions that this was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ further testified that she ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[118] META_OPERS_00340060 at -388-89.
[119] META_OPERS_00006475 at -482.
[120] META_OPERS_00340060 at -108, -122, -133-34, -160, 212, -229-30.
[121] META_OPERS_00340060 at -127, -149-50, -168-70, -176-77, -220.

135.    Meta's research continued to accumulate as more and more studies—the results of which were shared with Defendants Zuckerberg, Mosseri, Clegg, Newton, and others confirmed Instagram's significant, measurable, and negative effects on teen mental health. For instance, a November 5, 2019 internal Meta presentation titled "Hard Life Moments – Mental Health Deep Dive"[123] that summarized the findings of Meta's research about teen girls stated, "***We make body image issues worse for 1 in 3 teen girls***."[124] The presentation was co-authored by ███████████ and ███████████, both user experience researchers at Instagram.

136.    This "Hard Life Moments" study found that, of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "***1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse***."[125] According to the same internal study, 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or Suicide and Self Injury) worse.[126]

137.    The November 2019 "Hard Life Moments" study further noted, "Social Comparison is a ***high reach, high intensity*** issue."[127] Meta also recognized that social comparison and related body image issues were the two "highest among issues IG should care about" "for teens."[128] The same study acknowledged, "Negative social comparison and related issues with body image are especially ***crucial to tackle*** given the high ranking among teens."[129] Thus, contrary to Defendant Mosseri's representations that concerns about Meta's overall impact on user well-being were likely "overblown," Meta knew that these "high-reach, high-intensity" issues were "crucial to tackle" because of the significant – not "small" – impact they had on well-being.

---

[122] META_OPERS_00340060 at -168-69.
[123] META_OPERS_00089160.
[124] META_OPERS_00089160 at -174.
[125] META_OPERS_00089160 at -179.
[126] META_OPERS_00089160 at -174.
[127] META_OPERS_00089160 at -179.
[128] META_OPERS_00089160 at -180.
[129] META_OPERS_00089160 at -181.

138.    Defendant Zuckerberg received a link to and synopsis of the "Hard Life Moments" report (including the finding that ███████████████████████████████████████ ██████████████) in a November 14, 2019 email.[130] Defendants Mosseri and Newton received a link to the report in a February 12, 2020 email, to which Defendant Mosseri responded ██████████████ Later that month, Defendants Mosseri and Newton both received findings from the "Hard Life Moments" report as compiled in a ████████████████████████████████████ deck.[132] As far as the █████████████████████████, Lori Malahy (Research Manager, Instagram) explained to Mosseri: ███████████████████████████████████████ ██████████████████████████ and provided Mosseri with a link to the report.[133] Finally, Defendant Clegg maintained in his custodial files a text version of a prior Workplace note describing the ████████████████████████████████████████████████ The text version had a file name dated May 8, 2021.[134]

139.    Defendants Zuckerberg, Mosseri, Clegg, and others continued to obtain information from outside experts, including Dr. Haidt, confirming ████████████████████ █████████████████████ Specifically, in January 2020, Meta invited Dr. Haidt to Instagram's headquarters in Menlo Park, California. On January 27, 2020, Defendants Mosseri and Newton, as well as others, picked up the August 2019 email thread discussed above, indicating that ███████████████████████████████████████████████████████████████████ █████████████████████████████████████████ During Dr. Haidt's visit, Defendant Mosseri and his Instagram staff briefed Dr. Haidt on Instagram's "efforts to combat bullying and reduce social pressure on the platform." Despite the research that Meta had already accumulated, according to Dr. Haidt, "It was not suggested to me that they had internal research showing a problem."[136]

---

[130] META_OPERS_00163990.

[131] META_OPERS_00225140.

[132] META_OPERS_00005996; META_OPERS_00006475.

[133] META_OPERS_00508671 at -671-72.

[134] META_OPERS_00395419.

[135] META_OPERS_00101072.

[136] Georgia Wells, "*Facebook Knows Instagram Is Toxic for Teen Girls, Company Documents Show*", Wall St. J.

140.    Documents produced in discovery confirm that this meeting took place on January 30, 2020, and that, during his meeting with Defendant Mosseri, Dr. Haidt discussed the importance of keeping underage kids off Instagram. Those documents also confirm that the January 30, 2020 meeting was followed by a dinner hosted at the home of Defendant Zuckerberg. During that dinner, Dr. Haidt explained to Defendant Zuckerberg what he had discussed with the Instagram team earlier that day, namely, that the effects of social media on girls were significant, and that the statistics were "***large*** enough to warrant suspicion that social media is a major contributor to the spike in girls' rates of depression after 2012."[137]

141.    In subsequent email correspondence between Defendant Zuckerberg and Dr. Haidt, on February 2, 2020,[138] ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████

142.    A February 13, 2020 entry from internal notes (titled "████████") prepared by ████████████████ (Head of Youth Safety, Instagram) similarly highlighted that ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████ In another entry from around that time, ████████ wrote that ████████████████████████████████████████████████████████

(Sept. 14, 2021), https://www.wsj.com/articles/facebook-knows-instagram-is-toxic-for-teen-girls-company-documents-show-11631620739.
[137] META_HAIDT_0000001 at -004-06.
[138] META_OPERS_00163998.
[139] META_OPERS_00163998 at -998-99, -001, -004.
[140] META_OPERS_00345105 at -109, 124.

1     ████████████████

2        143.    Alarming, measurable statistics from Meta's internal well-being research showing

3 ████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 For example, in February 2020, ██████████ (Product Lead, Instagram) circulated a deck titled

7 ████████████████████████[142] The slide deck recommended that ████████

8 ████████████████████████████████████████████████

9 ████████████████████████ The deck included the finding that ████████████

10 ████████████████████████████████ that **"66% of teen girls on IG**

11 **experience negative social comparison,"** and that ████████████████████████

12 ████████████████████████████████ Parker emailed this deck to

13 Defendant Mosseri and the "IGPreReads" group on February 24, 2020,[143] and the deck was then

14 forwarded to Defendant Newton the next day.[144] On March 1, 2020, ██████████ (Research

15 Manager) told Defendant Mosseri that ██████████████████████████████

16 ████ ████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ██████████ The "████████████████" findings were presented in the images below:

19

20

21

22

23

24

25

---

[141] META_OPERS_00345105 at -105, 129.
[142] META_OPERS_00005996.
[143] META_OPERS_00005996.
[144] META_OPERS_00006475.
[145] META_OPERS_00508671 at -671.





144.    Similarly, a March 26, 2020 internal Meta presentation titled "Teen Girls Body Image and Social Comparison on Instagram – An Exploratory Study in the US" stated, ***"32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"*** (see image reproduced below). The presentation, co-authored by Meta researchers ████████ and ██████████, was posted to Facebook's internal message board, Workplace. The study utilized ████████████████████████████████████████████████████ ████████████████████████████████████████████████[146]

Key findings from the March 2020 study, including that ***"[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse,"*** were included in the

---

[146] META_OPERS_00099818 at -818, -826.

slide from the presentation set forth below:



145.    The March 2020 study further found that "[s]ocial comparison is worse on Instagram" compared to other apps. Specifically, in response to the question, "Is Instagram better/worse than Snap, Twitter or Tiktok?," Meta's researchers concluded, "Instagram is seen as having the highest impact," including on body comparison. The study observed that Instagram's "Explore" feature is particularly harmful, noting that it had "[t]ons of body image triggers[;] intimidating."[147]

146.    The March 2020 study again concluded internally that the negative impact of Instagram was far from "quite small." As reflected in the slide above, Meta's researchers reported that ***"66% of teen girls on IG experience negative social comparison"*** (along with "40% of teen boys"), and ***"32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse."*** Further, Meta noted, "Mental health outcomes related to this can be ***severe***." The study ultimately found that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm" which, according to Meta's research, can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression.[148]

147.    Defendant Zuckerberg received a link to and synopsis of the March 26, 2020 "Teen Girls Body Image and Social Comparison on Instagram" report in an email that same day,

---

[147] META_OPERS_00099818 at -823, -826, -845-46, -848.
[148] META_OPERS_00099818 at -826, -850-51.

including the findings that "[s]ocial comparison is worse on Instagram" as ██████████

████████████████████████ and that ████████████████████████████████████

██████████[149] Defendants Mosseri and Newton were informed of the statistic from the report

that "66% of teen girls on IG experience negative social comparison," as cited in a February 2020

slide deck titled "████████████████████████████████████."

148.    In the second half of 2020, Defendants Newton, Mosseri and others participated in

████████████████████████████ discussions  where  they  ████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████ Specifically, on June 15, 2020, Defendant

Newton and ████████████ (Head of Global Policy Programs, Instagram) wrote to Defendant

Mosseri and others regarding the ████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████

149.    The email also ████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

Finally, Defendant Newton and ████████ warned that ████████████████████████████

[149] META_OPERS_00008539.
[150] META_OPERS_00101513.

1  ██████████████████████

2      150.     Meanwhile, Meta researchers and senior executives, including Defendant Rosen,

3  also sought to understand the ████████████████████████████████████

4  ████████████████████████████████████████    For instance, in a July 2020

5  email thread with the subject "███████████," Defendant Rosen asked Meta data scientists to

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████████████████████████████████████████████  ██

9  ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ██████████████████████

14     151.     While Meta's well-being research team continued to ██████████████

15 ████████████████████████████████████████████████

16 ████████████████████    further undermining Defendants' representations that they "never

17 compromise[d]" on safety. For example, on September 25, 2020, two Meta internal researchers,

18 ████  and  ████  discussed  the ████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ████████████████████████  ██

22     152.     Days later, Defendant Rosen was directly informed that contrary to Meta's

23 statements to investors that it "removed" SSI content, suicide and self-injury content was actually

24 "███████████" and Meta was "████████████," Specifically, on September 29, 2020,

25

26

27 _____

[151] META_OPERS_00101513 at -513-15.
[152] META_OPERS_00544595 at -601.
[153] META_OPERS_00544595 at -595.
[154] META_OPERS_00037144.

28

1  Defendant Rosen attended a "█████████████" meeting[155] and █████████████████

2  ███████████████████████████████████████████████████████████████

3  Defendant Rosen was told, among other things, that ███████████████████████████

4  ███████████████████████████████████████████████████████████████

5  ███████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████ Defendant Rosen was

7  also informed that ████████████████████████████████████████████████

8  ███████████████████████████████████████████████████████████████

9  ███████████████████████████████████████████████████████████████

10 █████████████████████████████

11     153.     Additional research, and compilations of that research, showing the █████████

12 ███████████████████████████████████████████████████████████████

13 ███████████████████████████████████████████████████████████████

14 ████████████████████████ Notably, on ███████████, Meta researchers circulated an

15 internal presentation titled █████████████████████████████████████████████

16 ████████████[156] which █████████████████████████████████████████

17 ███████████████████████████████████████████████████████████████

18 ███████████████████████████████████████████████████████████████

19 █████████████████████████ The presentation, co-authored by Meta researchers ██████

20 █████ and ███████████ with support from others including ████████ (Senior UX [user experience]

21 Researcher for Instagram), further stated in the speaker notes that ███████████████████

22 ███████████████████████████████████████████████████████████████

23 ███████████████████████████████████████████████████████████████

24 ████████████████████████

25     154.     The  January  28,  2021  presentation  reiterated  that  "*[s]ocial comparison is*

26

27

---

[155] META_OPERS_00022408 at -408, -411.
[156] META_OPERS_00002566; *see also* BLBG-Haugen_0017048 - BLBG-Haugen_0017099.
[157] META_OPERS_00002566 at 568.

28

common," and "*1 in 4 people think that Instagram makes social comparison worse*." The presentation also noted that social comparison is "worse for women," and "[i]t's more common among teens than non-teens [], especially teen girls." ███████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████ [158]

155.    Defendant Zuckerberg received links to and synopses of the findings compiled in the presentation, including in a series of notes posted to the "██████████████" group on Workplace. These included:

- A May 2020 note titled ████████████████████████

  which stated that "[s]ocial comparison is common and 1 out of 3 people think Instagram makes it worse," which was ██████████████████████

  ████████████████████████████████████████████████

  ████████████ and that ██████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████

- A July 2020 note titled ████████████████████████████

  ██████████████████████

- An August 2020 note titled ██████████████████████████

  ██████████████████████

- An August 2020 note titled ████████████████████████

  which stated that ████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

---

[158] META_OPERS_00002566 at -571-73.
[159] META_OPERS_00164453.
[160] META_OPERS_00164512.
[161] META_OPERS_00164535.

1   ████████████████████████████████████████████████

2   ████████

3       •    An October 2020 note titled ███████████████████████ which

4      stated that ████████████████████████████████████

5      █████████████████████████████████████████████

6      156.   Defendant Newton received a link to and synopsis of the January 28, 2021 "Social

7 comparison on Instagram" presentation in a May 19, 2021 █████████████████

8 email, which stated that ████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ██████

12      157.   Around the same time, Meta's researchers echoed earlier conclusions about the

13 negative impact of Instagram on teen girls, flagging that this issue was not "overblown" or "hard

14 to measure," but rather a "**high-reach, high-intensity**" problem. Specifically, a February 1, 2021

15 internal report titled "Appearance-based social comparison on Instagram"[165] written by Meta

16 researcher ██████ with assistance from Meta researchers ██████ and ██████ noted at least three

17 times that "*appearance-based comparison on Instagram is common*" and found that it can have

18 "*significant implications*" for individuals. Specifically, Meta concluded, "***Appearance-based***

19 ***social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls***."

20 The same research report found that the issue of appearance-based social comparison had severe

21 negative effects on teens. Meta's researchers stated, "Negative forms of social comparison,

22 particularly appearance-based comparison, can worsen body image problems, eating disorders,

23 anxiety and loneliness. ***This is a high-reach, high-intensity problem***." The report further

24 highlighted that "Teen girls perceive Instagram as the 'worst' social media app in terms of body

25

26

27     [162] META_OPERS_00164549.

28     [163] META_OPERS_00164592.
    [164] META_OPERS_00750660 at -661.
    [165] META_OPERS_00099648.

and appearance comparison."[166]

158.    In addition, in the same "Appearance-based social comparison on Instagram" report, Meta concluded that it was important to "focus" on the negative effects of Instagram on health and well-being specifically because those effects are "worse for teens, particularly girls," and because "many people" have pre-existing body dissatisfaction that Instagram exacerbates. Meta reiterated, "*A substantial proportion of people report body image concerns*," and the impact on teen girls "reinforces the idea that we should focus our efforts on teens and younger adults."[167]

159.    Defendant Zuckerberg received a link to and synopsis of the "Appearance-based social comparison on Instagram" report in a February 1, 2021 email,[168] while Defendants Mosseri and Newton received a link to the report in a chat with ████████ (Head of Research, Instagram) from that same day.[169] In the chat, ████████ wrote that ████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████

████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████

160.    Days later, on February 9, 2021, in another internal chat with Defendant Mosseri, ████████ told Mosseri directly that ████████████████████████████████ ████████████████████████████████ Specifically, ████████ wrote to Mosseri that ████████████████████████████████████████████████████████ ████████████████████████████████████████████ █

---

[166] META_OPERS_00099648 at -648, -650, -659.
[167] META_OPERS_00099648 at -651, -655, 657.
[168] META_OPERS_00164662.
[169] META_OPERS_00006083.
[170] META_OPERS_00006083.
[171] META_OPERS_00343298 at -299-300.

161. As another example of the internal documents that Meta had ███████████ ███████████████████████████, on March 18, 2021, Meta researchers prepared a "███████████████████" deck for "W███████████████." ███████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████

162. The significant, negative effects on well-being only compounded and got worse throughout the Class Period, and research and other data on these issues continued to be circulated throughout Meta and shared with Defendants Zuckerberg, Mosseri, Clegg, Davis, Newton, Rosen, Diwanji, and others. For example, on April 19, 2021, Meta employees commented internally on results of the "Hard Life Moments" survey where ███████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████

163. On May 12, 2021, Meta prepared to launch its Community Standards Enforcement Report for the first quarter of 2021, which misleadingly told investors that **"we remove"** SSI content. █████████████ (Public Affairs Manager) shared the report and "Comms Approach" with Defendant Newton, as well as the "IG Well-Being Leads" team and █████████ (Head of Youth Safety, Instagram).[174] In her email, ████████ stated that ████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████ also stated

██████████████████████████████████████████████████████████████████

---

[172] META_OPERS_00386660 at -662, -675-76.
[173] META_OPERS_00095278 at -282.
[174] META_OPERS_00052576.

164. Meanwhile, jarring statistics that Meta measured showing ███████████ ████████████████████████████████████████████████████████ ███████████████████████████████████ For instance, Defendants Zuckerberg and Clegg maintained in their custodial files a text version of a report titled "████████ █████████████████████████" which had previously been posted on Workplace (and received by Zuckerberg). The text version had a file name dated May 17, 2021. The report stated that "███ ████████████████████████████████████████████████████████ ███████████" and "██████████████████████████████████████████ ███████████████████"[175]

165. As another example, a June 18, 2021 internal report regarding "████████ ████████," authored by ███████████, and others, noted that ████████████████ ████████████████████████████████████████████████████████ ██████████████████████████

166. Similarly, an August 12, 2021 internal presentation shared with Defendant Diwanji underscored that high negative appearance comparison content is "prevalent" and "common." Specifically, the presentation titled "████████████████████████████████," for which Defendant Diwanji is a custodian, stated that ████████████████████████ ████████████████████████████████████████ The same presentation explained that ████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████

[175] META_OPERS_00394044 at -044-45.
[176] META_OPERS_00331222 at -222.
[177] META_OPERS_00338504 at -509, -514-15.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                                    57
3:21-cv-08812-AMO

167.    Notwithstanding the extent and severity of these problems, and the fact that these problems were known and routinely discussed at all relevant times throughout the Company, including among the Defendants themselves, Defendants Zuckerberg, Mosseri, and others ███████████████████████████████████████████████████████████████████████ For example, in an August 27, 2021 email, Defendant Clegg wrote to Defendants Zuckerberg, Mosseri, and Davis, and to Chief Operating Officer Sandberg, ████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ████ Clegg further noted that █████████████████████████████ and that ████████████████████████████████████████████████████████████████████████ ████[178]

168.    On September 1, 2021, Meta senior executive Chris Cox emailed Defendants Mosseri and Diwanji from the same thread, stating, ████████████████████████████████ ████████████████████████████████████████████[179] In fact, ████ ████████████████████████████████████████████████████████████████████████ █████████████████████████[180] Defendant Clegg testified that the denial "would clearly be a decision taken by the CFO and the CEO" – i.e., Defendant Zuckerberg.[181]

169.    Even late into the Class Period, Meta's researchers continued – over and over again – to report alarming measurable statistics, showing "████████ problems on Instagram that were worse than other social media platforms. For instance, in a September 7, 2021 internal post titled "Winning Negative Social Comparison on Instagram," by researcher ████████ with others, the authors noted that ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████

---

[178] META_OPERS_00375511 at -511, -512.
[179] META_OPERS_00435261.
[180] META_OPERS_00376599.
[181] META_OPERS_00331278 at -426.

1    Furthermore, Instagram was still worse than other platforms, as "██████████████

2 ███████████████████████████████████████████████████████████████████████████

3 █████████████████████████████████████████████████████████"[182]

4    170.    On September 17, 2021, Defendant Diwanji received ████████████████

5 ████████████████████████████████████████████████████████[183]

6 Those notes stated that █████████████████████████████████████████████████

7 ███████████████████████████████████████████████████████████████████████████

8 ███████████████████████████████████████████████████████████████████████████

9 █████████████████████████████[184]

10    171.    It was unfortunately just as easy for children ***under*** 13 to find inappropriate content

11 and be targeted with inappropriate interactions prior to and throughout the Class Period, as

12 discussed directly below. Indeed, contrary to Defendant Mosseri's statement that there was "***little***

13 ***existing research***" on whether "social media is good" for children under 13, Meta specifically

14 studied ██████ and other children and analyzed how they could profit from them. Further, the

15 research Meta had on children under 13 showed that social media was ***not*** ██████ for them.

16    172.    While Meta had been researching children under 13 since at least 2017, when it

17 began to develop Instagram Kids, Meta's research on children under 13 only intensified leading

18 up to the Class Period. For example, in early 2021 Meta ███████████████████████

19 ███████████████████████████████████████████████████████████████████████████

20 ███████████████████████████████████████████████████████████████████████████

21 ███████████████████████████████████████████████████████████████████████████

22 In connection with these efforts to attract more users under the age of 13 to Meta's platforms, and

23 as discussed in a February 2021 email thread including Defendants Davis, Clegg, and Newton,

24 ███████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████[185]

26

27 ───────────────────

[182] META_OPERS_00739147 at -147-48 (emphasis in original).
[183] META_OPERS_00338397 at -397, -404; META_OPERS_00337846 at -939-40, -955-57.

28 [184] META_OPERS_00338397 at -397, -404; META_OPERS_00337846 at -939-40, -955-57.
[185] META_OPERS_00013431 at -432, -434.

173.    Similarly, an April 2021 internal Meta presentation titled "Youth Research Overview" ███████████████████████████████████████████████████████████ ████████████████████████████████████████. The deck advised, ██████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████"[186]

174.    Moreover, Meta had access to external research on social media's harms to children under 13. For example, on May 12, 2021, Defendants Mosseri, Davis, Newton, Clegg, Rosen, and Diwanji received the full text of a *Platformer* article by Casey Newton titled "The child safety problem on platforms is worse than we knew," which reported on █████████████████████ ████████████████████████████████████[187] As the article explained, the "██████████ ██████████" had "identifie[d] a ***disturbing gap in efforts by [social media companies] to keep children safe***," and "found that ***minors in the US often receive abuse, harassment, or sexual solicitation from adults on tech platforms***."[188] As further described, the report found that "[c]hildren are using major platforms in large numbers long before they turn 13: ***45 percent of children 9-12 say they use Facebook daily; 40 percent use Instagram***." The report also found that "[c]hildren report having online sexual interactions at high rates – both with their peers and people they believe to be adults: 25 percent of kids 9-17 reported having had a sexually explicit interaction with someone they thought was 18 or older." Furthermore, "[t]he majority of children who block or report other users say those same users quickly find them again online," specifically "[m]ore than half of children who blocked someone said they were contacted again by the same person again, either through a new account or a different platform." Finally, ***three of the four platforms "where the most minors said they had an online sexual interaction" were Meta's: "Instagram (16 percent), Messenger (11 percent), and Facebook (10 percent)."***[189]

### b.    Child Safety

175.    What Meta, including Defendants Zuckerberg, Clegg, Mosseri, Rosen, Newton,

---

[186] META_OPERS_00132145 at -147, -149, -165.
[187] META_OPERS_00338638 at -638-39, -650.
[188] META_OPERS_00338638 at -639.
[189] META_OPERS_00338638 at -639, -643.

1  Diwanji, and Davis, understood about its platforms, and particularly Instagram's impact on child

2  safety, was nothing short of disturbing. Before and during the Class Period, Meta's internal

3  documents indicated that ███████████████████████████████████████████████████

4  ██████████████████████████████████████████. Indeed, Meta's research

5  about child safety showed that, contrary to Defendants' statements that Meta "***never***"

6  compromised user safety and had "***robust***" policies to protect children, ████████████████

7  ███████████████████████████████████████████████████████████████████████████████

8  ███████████████████████████████████████████████.

9      176.    Given the lack of safety features, inappropriate interactions with minors were

10  prevalent on Meta's platforms, with the statistics reaching alarming rates on Instagram

11  specifically, ██████████████████████████████████████████████████. In

12  addition, Meta's research showed that ██████████████████████████████████████████

13  ██████████████████████████████████████████████. Internal

14  documents further demonstrate that ██████████████████████████████████████████

15  ███████████████████████████████████████████████████████████████████████████████

16  ██████████████████████████████████████████. These internal documents

17  ███████████████████████████████████████████████████████████████████████████████

18  █████████████████████████.

19      177.    The sheer number of child sexual predators on Meta's platforms was alarming,

20  demonstrating that, ██████████████████████████████████████████████████████████

21  ██████████████████████████  For example, in a September 9, 2019 email from ████

22  ███████████ (Meta Vice President and General Manager who led multiple Product Groups)[190] to

23  Defendant Zuckerberg, ███████████ wrote that ████████████████████████████████

24  ████████████████████████████████████████████████████████  ██████████████

25  ███████████████████████████████████████████████████████████

26

27

28  [190] Stan Chudnovsky, LinkedIn, https://www.linkedin.com/in/stanchudnovsky/ (last viewed Feb. 7, 2026).
    [191] META_OPERS_00357348 at -349; META_OPERS_00570977 at -023:9-25 ("1.1 percent of 800 million is
    approximately 8.8 million users").

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                              61
3:21-cv-08812-AMO

1 ██████████████████████████████████████████████████████████

2 ██████████████████████████████████████████████████████████

3 ██████████████████████████████████████████████████████████

4 ██████████████████████████████████████████████[192]

178.    Moreover, Meta's policies themselves were ***not*** "robust" because sexual predators were given unfettered access to children, which severely "████████" children's safety. For example, on May 12, 2020, a slide deck titled "██████████████████████████████" noted ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████" This was emailed to Defendants Mosseri, Rosen, and Newton, and others that same day.[193]

179.    In stark contrast to Defendants' statements to investors, Meta's findings continued to show that minors' safety was indeed "████████" because minors were not only targeted by child sexual predators, but they were also routinely "████████" on Instagram. For instance, on June 16, 2020, Meta employee ████████████ posted a document to Meta's Workplace titled "██████████████████████████████████████████████████" Meta █████████████████████████████████████████████████████████ ███████████████████ explained her findings as follows: "████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████[194]

180.    Further, contrary to Defendants' misleading statements about their purported

[192] META_OPERS_00000190.
[193] META_OPERS_00348310 at -311, -322.
[194] META_OPERS_00345201 at -201, -203.

"***active approach to child exploitation***," child exploitation was identified specifically in internal documents as ███████████████." In July 2020, Defendant Davis prepared a document titled "███████████████████████—[195] and circulated it among various Meta employees in the coming months. In the document Meta discussed ████████ ███████████████████████[196] ███████████████ ██████████████ The document further ████████████████████ ████████████████████████████████ Indeed, ████ ███████████████████████████ The same document explained that ████████████████████████████████ ████████████████████████████████████████ ██████████[197] Other ████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████[198] As shown below, these are just a few examples of the ████████████████ that the deck described:

---

[195] META_OPERS_00332581.

[196] META_OPERS_00332581 at -581.

[197] META_OPERS_00332581 at -581-82, -587

[198] META_OPERS_00332581 at –582, -586, -589; META OPERS_175561 at -564, -569.



181. On September 1, 2020, Defendant Clegg's adviser ███████████ sent Defendant Clegg a copy of the "███████████████████" document that Defendant Davis had prepared discussed directly above, and noted that ████████████████████████████████████ █████████████████████████████████[199] ███████████ commented that ███████████████ ███████████████ Defendant Clegg ████████████████████████████████████████ ███████████████████████

182. Testifying under oath in the Related Actions, Instagram's Head of Youth Safety ███████████████████ explained that ████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ Specifically, Meta believed that ████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████. Indeed, as ███████████ explained in her testimony, ██████ ████████████████████████████████████████████████████████████████████



---

[199] META_OPERS_00175561 at -562, -564, -569, -571.

███████████████████████████[200].

183.    Meta continued to discuss internally ███████████████████████

██████████████████████████████. For instance, on September 24, 2020,

██████████ (Director of Global Safety Policy) emailed Defendant Davis, along with ████████

(Safety Policy Lead, Product) and ███████████████████████████████████

██████████████████████████████████████. The document stated that

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████ ███████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████ This refusal had real-world negative consequences and was driven by

Meta's desire for growth. As the child safety update explained, ████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████ ████████████████ testified, ████████████

██████████████████████████████████████████████████████████████████

██████████████████████[203]

184.    Discussing this document during her deposition, ████████████ testified that ████████

██████████████████████████████████████████████████████████████████

██████████████ She stated that █████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████ testified that ████████████████████████████

██████████████████████████████████████████████████████████████████

---

[200] META_OPERS_00344341 at -462-64, -575.
[201] META_OPERS_00345356 at -360.
[202] META_OPERS_00345356 at -358.
[203] META_OPERS_00344341 at -463.

1 

2

3

4 [204]

5     185.   An October 2, 2020 deck titled

6

7     The deck

8

9 [205] In particular,

10

11

12

13

14

15

16

17

18 [206]

19

20

21

22

23

24

25

26

27

28

---

[204] META_OPERS_00344341 at -464, -469.

[205] META_OPERS_00343920 at -210.

[206] META_OPERS_00345209 at -214-15, -227, -243.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21      186.    On November 3, 2020, Defendant Davis emailed the final version of a PowerPoint

22  deck titled "███████████████████████" to Defendant Clegg, to Joel Kaplan, Meta's Vice

23  President, Global Public Policy, and to others.[207] The deck reiterated that ████████████████

24  ██████████████████████████████████████████████████████████████████████

25  ██████████████████████████████████████████████████████████████████████

26  ██████████████████████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████████████████████████

28

[207] META_OPERS_00013088 at -093, -096-97.

1    ██████████████████████████████████████████████████[208]

2    187.    The deck further recognized that ███████████████████████

3    ██████████████████████████    Another slide in the deck stated,

4    ████████████████████████████████████████████████████

5    ███████    The deck also included a ██████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████    The deck further noted

8    that ████████████████████████████████████████████████████

9    ███████████████████████████████████[209]

10    188.    Meta's safety teams, along with external experts they consulted, continued to

11    identify serious child safety problem, which they internally identified as "████████" in the months

12    leading up to the Class Period. For example, in a December 22, 2020 email to Defendant Newton

13    and others ██████████████████████████████████████

14    ████████, a director of product policy at Instagram, noted ████████████████████

15    ████████████████████████████████████████████████████

16    ████████████████████████████████████████████████████

17    ████████████████████████████████████████████████████

18    ████████████████████████████████████████████████████

19    ██████████████████████[210]

20    189.    Meta's inability and unwillingness to address the problem of "████████" on its

21    platforms compounded this serious safety issue. To start, as Defendants knew (or at least recklessly

22    disregarded), Meta was simply not able to detect adults who were lying about their age. As a result,

23    Meta could not and did not "action their policies" no matter how "robust" those policies purported

24    to be, and "bad actors" were not "proactively detected." For example, as noted above, in February

25    2021, Meta conducted research that resulted in the deck titled "Youth Safety & Wellbeing Deep

26

27    [208] META_OPERS_00013088 at -092.
28    [209] META_OPERS_00013088 at -093, -096-97; META_OPERS_00336666 at -670, -673-74;
      META_OPERS_00333051 at -057, -060-61.
      [210] META_OPERS_00203369.

Dive" ███████████████████████. As relevant here, the findings in the deck included that ████████████████████████████████████ ███████████████████████████████████████ The findings in this deck also included that ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████████████████████████████████ The deck also concluded that ██████████████████████████ ██████████████████████████████. Defendant Davis received this deck on February 1, 2021.

190.    The status of these ███████████████████ with respect to initiatives to protect minors (as well as initiatives about age verification of Instagram users, described further below in Section IV.B.1.c.2.C.), ████████████████ in a chart reproduced below:



191.    Similar alarming data showing how child safety was "███████" was shared with Defendant Mosseri shortly before the start of the Class Period. For example, in a "███" document, of which Defendant Mosseri was a custodian, Meta stated that ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████[211] This document also stated that ██████████████████████████████████████████████████████ ███ ████ ████████████████████████████████████[213] was a formal group that worked across the organization and included employees from different roles and responsibilities and platforms. As noted above, Meta's XFN, or cross-function, groups and personnel worked across Meta's family of apps and across departments such as engineering, research, product, and legal.

192.    While Defendants internally discussed the severe issues compromising child safety, they also continued to discuss how their approach and detection efforts were not working. For example, a March 2021 deck titled "█████████████████████████"[214] which Defendant Davis used to prepare for an internal presentation, pointed out that ████████████████████████ ████████████████████████████████████████████████████████████ ██████████ The deck went on to note that ████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ There was also a ██████ ████████████████████████████████████████████████████████████ ██████████ In addition, the deck contained an █████████████ which stated that ████████████████████████████████████████████████████████████

---

[211] META_OPERS_00347170.
[212] META_OPERS_00347170.
[213] META_OPERS_00139833.
[214] META_OPERS_00427268.

█████████████████████████████████████ [215]

193.    A March 2021 "██████████████████" deck, for which Defendant Davis is a custodian, reiterated that █████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ The deck also noted that █████████████████████████████████████████████████████ ████████████████████████████ [216]

194.    Meanwhile, alarmingly, during the Class Period, high numbers of "██████ ██████" continued to be circulated and discussed internally at Meta, including with Defendants Mosseri and Diwanji. For example, an internal memo created on April 5, 2021 and titled ██████████████████████████████████ was presented to Defendant Mosseri by Defendant Diwanji. "IGTS" referred to the Instagram Teen Safety Team, which studied well-being on Instagram. The memo reiterated that ████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████ [217]

195.    Defendants Diwanji, Mosseri, Davis, Clegg, Newton, and others continued to receive data reflecting both the severe risks to children's safety on the platform and Meta's inability to effectively detect or action the issue. For example, on April 26, 2021, members of Meta's Central Integrity ("CI") team emailed Defendant Diwanji regarding ████████████ ███████████████████████████████████████████████████████████ ███████████████████████ The email █████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

[215] META_OPERS_00427268 at -287, -296, -306, -343.
[216] META_OPERS_00682855 at -873-74.
[217] META_OPERS_00515249.

█████████████████████████████████████████████ In response, mere months before Defendant Diwanji assured investors that Meta had a "comprehensive plan" developed with child safety experts, ████████████████████████████████████████████████████ ███████ [218]

196.    Both the risks to child safety from Instagram, and the public scrutiny of Meta, continued to mount throughout the Class Period. For example, in a May 25, 2021 instant message conversation, Defendant Newton, ████████, and others █████████████████████████████ wrote to the group that ██████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████

██ ████████████████████████████████████████████ ████████████████████

██ ████████████████████████████████████████████ ██████████████

██ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ [219]

197.    Contrary to Defendants' assurances designed to convince investors that child safety was adequately protected and no additional safety measures were necessary, Meta acknowledged internally that ████████████████████████████████████ Indeed, Meta had ███████████████████████████████████████ and an ████████ ████████████████████████████████████████ in the previous four years, including part of the Class Period. Specifically, on August 17, 2021, Defendants Clegg and Davis received an email stating, ████████████████████████████████████████ ████████████████████████████████████████████████████

[218] META_OPERS_00015365 at -365-66.
[219] META_OPERS_00022903 at -904-05.

The audit noted that ███████████████████████████████████

███████████████████████████████████████████████████████████

For instance, ██████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████. The audit also █████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████.[220]

198.    High volumes of child users continued to be targeted by sexual predators throughout the Class Period, and this data was directly shared with Defendant Mosseri. Specifically, in September 2021, Béjar ███████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████ According to Béjar's testimony under oath in the Related Actions, █████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████ Béjar further testified in the Related Actions that ██████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████

199.    Béjar sent the final BEEF survey, along with a briefing document, to Defendant Mosseri on September 23, 2021, and told Mosseri that t██████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████.[221] Afterward, Béjar met with Defendant Mosseri and ████████████████████████████████████████████████

---

[220] META_OPERS_00333072 at -072, -077, -079.
[221] META_OPERS_00166319; META_OPERS_00326312 at -453-54

1    ████████████████████████████████████████████[222]

2    200.    However, by this time, Meta was aware of Haugen's leaked research from the

3    *Journal*'s coverage. According to Béjar's testimony in the Related Actions, ████████████

4    ████████████████████████████████████████████████████████████████████

5    ███████████████████████    Béjar also testified that ████████████████████████

6    ████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████.  The policy and legal teams allowed him to post, only on

9    the condition that he ████████████████████████████████████    The policy and

10   legal teams also ███████████████████████████████████████████████

11   ███████████████████████████████████████████[223]

12   201.    Near the end of the Class Period, on November 28, 2021, Defendant Mosseri

13   forwarded an email from Internal Audit Reports stating that ████████████████████████

14   ████████████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████[''224]

17              **c.  Addictive Or "Problematic Use"**

18   202.    Meta's platforms, particularly Instagram, were also designed in a way that made

19   them addictive to children, which had significant negative effects on mental health. Contrary to

20   Defendant Davis' statement that there was no evidence that Instagram was addictive, Meta had

21   years of research concerning ████████████████████████    which found that ████████

22   ████████████████████████████████████████████████████████████████████

23   ████████████████████    The research also showed that ████████████████████████

24   ████████████████████████████████████████████████████████████████████

25   ████████████    Internally, researchers at Meta remarked that ████████████████████████

26

27   _____

28   [222] META_OPERS_00326312 at -453-55.
[223] META_OPERS_00326312 at -452, -458-60.
[224] META_OPERS_00060779 at -779.

1  ███████████████████████████████████████████████████████████████

2  ████████ Internal documents also reflect that ████████████████████

3  ██████████████████████████████████████████

4      203.    At least as early as 2019, Meta began researching what it internally dubbed

5  ████████████████ As reflected in a February 9, 2021 conversation between Defendant Mosseri

6  and ████████████ (Head of Research), ████████████████████████████

7  █████████████████████████ ████████████████████████████████████

8  █████[226] Meta instructed researchers not to use the term "████████ to avoid negative public

9  backlash. As Béjar testified in the Related Actions, when he asked a fellow researcher, █████████

10 █████████████████████████████████████████████████████████

11 ███████████████████████████████████████████████[227] In an internal

12 Meta chat dated September 10, 2020, a Meta researcher observed that ████████████████████

13 ███████████████████████████████████████████████████████████

14 ██████████████████████████████ The chat continued that ███████████████

15 ███████████████████████████████████████████████████████████

16 █████████████████████████████████████████████[228]

17     204.    Contrary to Defendants' statement that Instagram was not "addictive," Meta's

18 researchers found that ███████████████████████████████████████████

19 █████. For example, in February 2019, in a presentation titled "█████████████████████

20 ██████████████████" Meta researchers wrote that ████████████████████████

21 █████████████████████████████[229]

22     205.    On March 8, 2019, Defendant Clegg, along with senior executives Sandberg, Chris

23 Cox, ████████ and others, received "pre-read" documents in advance of a meeting internally

24 titled "Well Being Discussion," which discussed ████████████████████████████

[225] META_OPERS_00363272.
[226] META_OPERS_00345595 at -012.
[227] META_OPERS_00325962 at -097.
[228] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.
[229] META_OPERS_00442114 at -114, -125, -150.

1    ██████████████ The pre-read stated that ███████████████████████

2    █████████████████████████████████████████████████████████████

3    ███ 230

4        206.    The September 2019 "█████████████████████" study █████████

5    █████████████████████████████████████████████████████████████

6    █████████████████████████████████████████████████████████████

7    █████████████████████████████████████████████████████████████

8    ██████ Among other things, the study found █████████████████████

9    █████████████████████████████████████████████████████████████

10   █████████████████████████████████████████████████████████████

11   █████████████████████████████████████████████████████████ 231

12       207.    In October 2019, Meta researchers shared a study on Workplace titled "Teen

13   Mental Health Deep Dive," co-authored by █████ (Head of Product Marketing Insights, Instagram)

14   and ████████████ (Product Marketing Manager). The study stated that "[y]oung people are

15   acutely aware that Instagram can be bad for their mental health, yet are compelled to spend time

16   on the app for fear of missing out on cultural and social trends."[232] As ██████ put in a comment on

17   an October 10, 2019 "████████████" post, ████████████████████████████████

18   █████████████████████████████████████████████████████████████

19   █████████████████████████████████████████████████████████████ 233

20   As shown below, the slide deck went on to discuss feedback on whether teens could control the

21   time they spent on Instagram, including that they ***have an addicts' narrative about their use***."[234]

---

[230] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
[231] META_OPERS_00443609 at -617-18, -626.
[232] META_OPERS_00000888 at -912.
[233] META_OPERS_00099811 at -813.
[234] META_OPERS_00000888 at -935.

208.    Other internal Meta presentations similarly noted that teen users regularly reported wanting to spend less time on Instagram, but lacked the self-control to do so. In February 2020, ███████ (Product Lead, Instagram) and a "███████" including ███████ (Research Director, Instagram) compiled research into a slide deck titled "██████████████████████ ████████████" The slide deck stated that "████████████████████████████████ █████████████████████████████████████████████████████ ████████████████[235] These findings were depicted in the image below:



209.    On February 24, 2020, Parker (Product Lead, Instagram) sent the deck discussed directly above to Defendant Mosseri and the "IGPreReads" group; the next day, it was forwarded

---

[235] META_OPERS_00005996 at -999, -024.

1   to Defendant Newton and others.[236]

2   210.   Similarly with respect to Facebook, in a March 2020 presentation, ███████

3   ████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████

7   ███████████[237]

8   211.   Meta also continued to study how Instagram addicted children, including based on

9   child neurobiology. As set forth above, in May 2020, the "████████████████████████"

10  team prepared a deck titled "███████████████" which was presented to Defendant Mosseri, ████

11  ████   and   ███████   (Vice President of Product, Instagram) in June 2020.[238] The talking

12  points for the deck ████████████████████████████████████

13  ██████████████████████████████████████ The deck contains ████████

14  ████████████████████████████████████████████████████████

15  █████████████████████████████████████████ Moreover,

16  ███████████████████████████████ The deck further noted that ████████████

17  ████████████████████████████████████████████████████████

18  ███████████████████████████████████████ The deck also noted

19  that ████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████

23  ███████████████████████████████████████████████[239]

24  212.   In the internal chat among Meta employees dated September 10, 2020, noted above,

25  one employee ███████████████████████████████████████████████

26

27  ─────────────────────────
    [236] META_OPERS_00006475.
    [237] META_OPERS_00355752 at –753, -771, -776-77.

28  [238] META_OPERS_00343189.
    [239] META_OPERS_00505270 at -276, -280, -285, -292, -317.

1  ████████████████[240] The Meta employee continued, ████████████████

2  ████████████████████████████████████████ As noted above,

3  according to the employees, ████████████████████████████████

4  ████████████████████████████

213.     In December 2020, ████████████ (Economist, Core Data Science) published a post on Meta's Workplace called "████████████████████████." The post cited to internal research conducted by Meta employees including research scientists ████████ and ████████, as well as external research. It noted, among others things, that ████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████[241] In the comment section of the post, one employee, ████████████ (Meta Staff Data Scientist, working on Misinformation and Content Integrity), wrote ████████████████████

████████████████████████████████████████

████[242]

214.     On January 26, 2021, Max Eulenstein (Vice President of Product Management, Instagram) told Defendant Mosseri, ████████████████████████████

████████████████████████████████████████

████[243]

215.     As Ms. Haugen described it at a February 7, 2022 roundtable, Meta's algorithms lead to addiction in children and young adults by creating "little dopamine loops." A user's brain

[240] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.
[241] META_OPERS_00355849 at -854-55.
[242] META_OPERS_00355849 at -862.
[243] META_OPERS_00024991 at -992.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    79
3:21-cv-08812-AMO

experiences pleasure, or a "dopamine hit," from the platforms, for example, by obtaining "likes" for posts. Then, the user immediately seeks to obtain that feeling again, for example, by posting new content and obtaining more likes.

216.    The result is a vicious cycle that leads children and young adults to become addicted to Meta's platforms. As Ms. Haugen explained during an interview with *The Daily Show* host, Trevor Noah on February 10, 2022, "Facebook's internal research says that the highest rates of 'problematic use' peak at age 14." Thus, even when tweens and teens recognize that Meta's platforms make them feel bad about themselves, they continue to use them—because that is exactly what Meta has designed its platforms to do.

217.    As Defendant Zuckerberg testified in the Related Actions, ██████████ ██████████████████████████████████████████████████████████[244]

### (2) Defendants Knew Purported Safety Features Meta Touted Were Ineffective And That Meta Rejected Features That Would Make Children Safer

218.    Throughout the Class Period, Defendants represented that they maintained "robust" and effective policies and safety features, and that they "never compromise[d]" on child safety. In reality, however, internal documents confirm that Defendants knew that many of Meta's product and design features it touted as making children safer were actually ineffective. Further, Meta refused to implement multiple changes that would improve children's safety, including: (i) banning cosmetic surgery filters; (ii) hiding likes by default (Project Daisy); (iii) utilizing "classifiers" to detect problems; (iv) truly prohibiting children under the age of 13 from using Instagram; and (v) making teen accounts "Private by Default".

219.    As set forth below, Meta rendered several of these products ineffective by making them optional or difficult to implement. Internal documents show that Meta did this intentionally because, Defendants knew that if widely implemented, these safety features would negatively impact growth and engagement. As Béjar testified in the Related Actions, ████████████ ██████████████████████████████████████████████████████████

---

[244] META_OPERS_00354675 at -805.

███████████████████████████████████████████████[245]

220. **Cosmetic Surgery Filters.** Before the Class Period, children, and particularly young girls, frequently used "filters" designed to alter their appearance on Instagram. These filters exemplified and exacerbated various other harms caused by Meta's platforms, particularly Instagram, including body image issues experienced by young users. Contrary to public statements that Meta "*remove[s] content that encourages suicide or self-injury on Facebook and Instagram*," "*never compromise[s] on [young people's] privacy and safety*," and "*work[s] closely with third-party experts*," Meta, at Defendant Zuckerberg's direction, permitted children to use what Meta internally called "cosmetic surgery filters," "augmented reality filters," or "body-enhancing filters"—despite the recommendations of external experts, internal researchers, and many of Meta's own executives that these filters caused harm to children. Meta permitted these filters because Meta believed that banning them would impact Meta's growth, particularly in areas outside the United States.

221. In mid-October 2019, Meta faced a "PR fire" ████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████ █████████████████████████████████████████
████████████████████████████████████████████████████████████████████
███████████████████████

222. Between November 12 and 18, 2019, several Meta employees, including Defendants Mosseri and ████████ discussed ████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

---

[245] META_OPERS_00325962 at -126-27.
[246] META_OPERS_00349119 at -138.



247

223.    Similarly, on November 19, 2019, Meta

.250 According to

251 As the presentation explained,

252 Meta then

253

254

224.    The deck included

247 META_OPERS_00349119 at -127-28.
248 META_OPERS_00008651 at -653.
249 META_OPERS_00032548 at 549; META_OPERS_00215648 at 649.
250 META_OPERS_00008651 at -655.
251 META_OPERS_00008651 at -658.
252 META_OPERS_00008651 at -659.
253 META_OPERS_00008651 at -660.
254 META_OPERS_00008651 at -661.

1 ▮▮▮▮▮▮▮▮▮. [255] Speaker notes to these findings stated, "▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮"[256] The research further concluded, among other things, that ▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮[257] The presenters explained ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮▮▮▮▮▮[258]

10 225.    The deck ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[259]

15 226.    The deck explained that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[260]

20 According to the deck, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮

21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22 ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23



---

24 [255] META_OPERS_00008651 at -665.

25 [256] META_OPERS_00008651 at -665.

26 [257] META_OPERS_00008651 at -665.
   [258] META_OPERS_00008651 at -665.

27 [259] META_OPERS_00008651 at -666.
   [260] META_OPERS_00008651 at -667.

28 [261] META_OPERS_00008651 at -673.
   [262] Laura Vandenbosch biography, KU Leuven, https://soc.kuleuven.be/smc/staff/00060068 (last reviewed Feb. 8, 2026).

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████████████████ [263]

4 227.    The deck █████████████████████████████████████

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████ ████████████████████████

7 ████████████████████████████████████████████████████████

8 ██████████████████████████████ ██████████████████████████

9 ████████████████████████████████████████████████████████

10 ████████████████████████████ as discussed in Section IV.B.1.c.2.C., ██████████

11 ████████████████████████████████████████████████████████

12 ██████████████████████████████████████████████████ █ █████

13 ████████████████████████████████████████████████████████

14 ████████████████████████████

228.    Shortly before the November 19, 2019 Product Policy Forum, on November 8,
2019, Defendant Davis ████████████████████████████████████
████████████████████ [267] The working group member told Defendant Davis that ████████
████████████████████████████████████████████████████████
████████████████████████████████ [268]

229.    Notwithstanding the internal recommendations of the Product Policy Forum, and
the consensus ████████████████████████████████████, Meta's most senior
executives ███████████████████████████████████████████████

████████    On November 19, 2019, after the Product Policy Forum occurred, ████████████ (Safety

[263] META_OPERS_00008651 at -667.
[264] META_OPERS_00008651 at -667-72.
[265] META_OPERS_00008651 at -671.
[266] META_OPERS_00008651 at -653.
[267] META_OPERS_00012765.
[268] META_OPERS_00012765.

1  Policy Lead, Product) emailed Defendant Davis and others, stating that █████████

2  ████████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████████

4  ███████████████████████████████ Continuing in that same email thread on

5  November 24, 2019, ██████ stated ███████████████████████████████

6  ████████████████████████████████████████████████████████

7  ██████[269]

8      230.    ████████████████████████████████████████████

9  ████████████████████████████████████████████[270] In

10  addition, ████████████████████████████████████████████

11  ████████████████ For example, in a March 3, 2020 email to Defendant Newton, Monika

12  Bickert, and others, ████████████ (Director of Analytics at Meta), █████████████

13  ████████.[271] According to █████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████ Thus, ████████████████████

18  ████████████████████████████████████████████████████████

19  ██████[272]

20      231.    On March 17, 2020, ███████████████████████████

21  ████████████████████████████████████████████████████████

22  █████████████████ ██████████████████████████████

23  ████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████

[269] META_OPERS_00012876 at -876-77.
[270] META_OPERS_00625775; META_OPERS_00926626; META_OPERS_00166474;
META_OPERS_00201815.
[271] META_OPERS_00625775 at -779.
[272] META_OPERS_00625775 at -779.
[273] META_OPERS_00926626 at -630.

1    ████████████████████████████████████████████████████

2    ███████████████████████████ ██████████████████████████

3    ████████████████████████████████████████████████████

4    ████████████████ [275]

5    232.    Prior to the meeting, these individuals, including Defendants Zuckerberg, Mosseri,

6    and Clegg, all received a pre-read document which noted ██████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10    ███████ The pre-read noted that, ████████████████████████

11    ████████████████████████████████████████████████████

12    ████████████████████████████████████████████████████

13    ████████████████████████████████████████████████████

14    ████████████████████████████████ [277]

15    233.    Despite this clear advice, the April 2, 2020 ████████████ and on

16    Wednesday April 1, 2020, in an email to all proposed attendees, Naomi Gleit (Head of Product,

17    Meta) asked Defendant Zuckerberg ███████████████████████ [278] In response,

18    Defendant Zuckerberg stated, ██████████████████████████████

19    █████████████████████████████████████████████████ In

20    response, Monika Bickert (Vice President of Content Policy) told Defendant Zuckerberg, ███████

21    ██████████████████████ [280]

22    234.    On April 8, 2020, Defendant Zuckerberg, along with Defendants Mosseri and

23    Clegg, ████████████████████████████████████████████

24

25    _____

26    [274] META_OPERS_00164431 at -431-32.
      [275] META_OPERS_00164431 at -432.
      [276] META_OPERS_00164431 at -433.
27    [277] META_OPERS_00164431 at -439.
      [278] META_OPERS_00346984 at -985.
28    [279] META_OPERS_00346984 at -985.
      [280] META_OPERS_00346984 at -985.

1    ███████████████ [281] Defendant Clegg ████████████████████ [282] Defendant Clegg

2    emailed Sandberg separately, ████████████████████████████████████

3    ██████████████████████████████████████████████████████████████

4    ██████████████████████████████████████████████████████████████

5    ██████████████████████████████████████████████████████████████

6    ████████████████████ [283]

7        235.   ***Ultimately, Defendant Zuckerberg decided to lift the ban***. On May 8, 2020,

8    Defendant Zuckerberg ████████████████████████████████████████████

9    ████████████████████ He told the team, which included Defendants Clegg and Mosseri, ███

10   ██████████████████████████████████████████████████████ [284]

11   Thus, ████████████████████████████████████████████████████████

12   ███████████████████████████████

13       236.   Internally, Meta's executives, including one of the Executive Defendants

14   themselves, excoriated Defendant Zuckerberg's decision. Defendant Clegg forwarded Defendant

15   Zuckerberg's May 8, 2020 email to a colleague ████████████████ ██████████ (Vice

16   President of Product Design & Responsible Innovation) responded to Defendant Zuckerberg's

17   email on May 12, 2020, copying Defendant Clegg, as well as Chief Operating Officer Sandberg,

18   and telling Defendant Zuckerberg, █████████████████████████████████

19   ██████████████████████████████████████████████████████████████

20   █████████████████████████████████████████████████ [286] That

21   same day, Defendant Clegg sent a chat to ████████████, stating, ████████████████

22   ██████████████████████████████████████████████████████████████

23   ██████████████████████████████████████████████████████████████

---

[281] META_OPERS_00346984 at -984-85.
[282] META_OPERS_00346984; *see also* META_OPERS_00322729.
[283] META_OPERS_00346984.
[284] META_OPERS_00332490.
[285] META_OPERS_00332490.
[286] META_OPERS_00166548.
[287] META_OPERS_00332493.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    87
3:21-cv-08812-AMO

█████ responded to Defendant Clegg, ████████████████████████
████████[288]

237.     During the Class Period, Meta imposed a policy that permitted users (including children under 13 who Meta knew were using Instagram) to apply filters that simulate the effects of cosmetic surgery on their own or others' images, in stark contrast to Meta's prior ban on filters that depicted or promoted cosmetic surgery.[289]

### a.  Project Daisy

238.     During the Class Period, Meta announced an update across its platforms to the way users saw "Like" counts on Instagram and Facebook Blue; after the announcement, users would have the *option* to hide likes. Internally, Meta called this update "████████" and referred to its research on the effect of hiding likes on users as "Project Daisy." In making the announcement about the update, Defendants made a series of statements about Project Daisy's relationship to wellbeing and Defendants' motivations for introducing the change. For example, Defendant Mosseri—Meta's primary public spokesperson for the update—told the public that giving users the option to hide like counts did not change people's wellbeing "*in a way we can measure whatsoever*," that "*there's no rigorous research that suggests Likes are bad for people's wellbeing*," that the update "*reflected the feedback [Meta had] gotten*," and that "*surveys of user wellbeing didn't budge*." Mosseri added that "*Instagram expects a double-digit percentage of users to end up hiding likes*," but nevertheless, that hiding likes *did not have a "concerning" "impact on user behavior*," that Meta "*was willing to make the change even if it proved detrimental to its business interests*," and that "*I can be very confident telling you that economics, the effects on our revenue, was not a deciding factor*" on the update.

239.     However, contrary to these and other statements, Meta's internal research on social comparison, which Meta stated ████████████████████████ concluded that ████████████████████████████████████████████

---

[288] META_OPERS_00332493.

[289] *Restricted Goods and Services,* Meta, https://transparency.meta.com/policies/community-standards/restricted-goods-services/?source=https%3A%2F%2Fwww.facebook.com%2Fcommunitystandards%2Fregulated_goods (see Change Logs for January 30, 2021, July 30, 2021, August 27, 2021, October 1, 2021, and November 25, 2021).

1    ███████████████████████[290] Internal Meta documents also show that ████████████

2    ████████████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████████████

4    █████████████ Meta rejected this feedback because Meta found that █████████████

5    ████████████████████████████████████████████████████████████████████

6    ██████████████████████████████

240.    In its Motion to Dismiss Order, the Court sustained a statement made as part of Meta's press tour about Daisy Controls (Statement #10), in part based on Plaintiffs' allegation "that at the time these statements were made, Meta had already concluded that its proposed measures did not improve well-being but that touting them 'could make them look good.'" Motion to Dismiss Order, at 22.

241.    Since the Court's Motion to Dismiss Order, Plaintiffs have obtained significant discovery about Meta's research and communications leading up to Meta's decision to announce Daisy Controls. As discussed in more detail directly below, that discovery shows that ████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████ For example, discovery shows that ███████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████. For this reason, internal researchers and outside experts recommended that ████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████. As a result, Meta's executives, including Defendant Mosseri, ████████████████. Instead, ██████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████

242.    Before the Class Period, Meta had announced that it would implement in a small

[290] META_OPERS_00035376 at -381.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                                89
3:21-cv-08812-AMO

number of countries a change to the Instagram app design that automatically would hide "likes" on users' posts. Instagram touted these steps to the public as part of its "quest to become the safest place on the internet" and, according to Defendant Mosseri, "put a 15-year-old kid's interests" ahead of the interests of "organizations and corporations."[291]

243.    Based in part on this test rollout, Meta conducted "Project Daisy" research into whether ██████████████████████████████████████████ ████████████████████████████. The research ████████████████████ ████████████████████████████████████████████. As Meta executives presenting to Defendant Zuckerberg stated on January 27, 2020, ████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████ In other words, as first reported in the September 14 Facebook File, Defendant Zuckerberg and other senior Meta executives ultimately concluded that ████████████████████████████ Discovery has confirmed that Defendants knew that ████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████

244.    ***Prior to the Class Period, Meta's Research Concludes That*** ████████████ ***Had A Positive Statistically Significant Effect On Social Comparison, Which Is "*** ████████████ ████████ ***" Of Well-being***. In a February 3, 2020 email thread, the lead researchers on Project Daisy, Moira Burke and ████████████, explained the results of the Project Daisy research to Meta Vice President, Product Group Lead ████████████ and Instagram's Head of Research ████ ████████████ was Meta's lead researcher on Project Daisy and the study of wellbeing at Meta. In the email, ████████ stated, ████████████████████ ████████████████████████████ She further explained that ████████████████ ████████████████████████████████████████████████

<hr />

[291] *See* Wired.com, *Instagram Will Test Hiding 'Likes' in the US Starting Next Week* (Nov. 8, 2019) *available at* https://www.wired.com/story/instagram-hiding-likes-adam-mosseri-tracee-ellis-ross-wired25/.



1  ████████████████████████████████████████[292] She

2  continued, ████████████████████████ As a result, ████

3  stated that ███████████████████████████████████

4  ████████████████████████████[293]

5      245.    The research ████ and ████ conducted as part of Project Daisy therefore

6  focused on these "████" of well-being, in particular social comparison. Their results showed

7  that ████████████████████████████████████████

8  █████████████████████████████ email also ██████████

9  ███████████████████████████████████████████

10  ███████████████████████████████████████████

11  ███████████████████████████████████████████

12  ███████████████████████████████████████████

13  ███████████████████████████████████████████

14  █████████████[295]

15      246.    As a result of the research, ████ and ████ stated, ████████

16  ███████████████████████████████████████████

17  ███████████████████████████████████████████

18  ████[296]

19      247.    On February 5, 2020, Defendants Zuckerberg and Mosseri received a pre-read

20  ███████████████████████████████████████████

21  ███████████████████████████████[297] The deck

22  ███████████████████████████████████████████

23  ███████████████████████████████████████████

24  ███████████████████████████████████████████

25

---

[292] META_OPERS_00035376 at -378, -381.

[293] META_OPERS_00035376 at -381.

[294] META_OPERS_00035376 at -376-77.

[295] META_OPERS_00035376 at -376-77.

[296] META_OPERS_00035376 at -381.

[297] META_OPERS_00024885.

[298] Further,

[299]

248.   The deck also stated,

[300]

249.   As the deck explained,

250.   In the second half of 2020, authored an internal note titled " ,"[302] In the document,

251.   However, Meta did not take its researchers' recommendations. Even as , Defendant Zuckerberg and other senior executives were pushing to kill the project out of concern for profits, as discussed directly below.

252.   ***Defendant Zuckerberg And Other Senior Meta Executives Determine Not To***

---

[298] META_OPERS_00024885 at -891.
[299] META_OPERS_00024885 at -891.
[300] META_OPERS_00024885 at -891.
[301] META_OPERS_00024885 at -898.
[302] META_OPERS_00082469.

***Fully Launch "█████████" Because Of The Impact On Revenue.*** On January 27, 2020, ████████ ████████ (Meta Product Leader) informed Meta researcher ████████ that ████████████████

████████████████████████████████████████████████

████████████████████████████████████████[303] ████████ noted that ████

████████████████████████████████████████████████

████████ ████████ also informed ████ that ████████████████████

████████████████████████████████████████████████

████████ ████ noted that ████████████████████████████

████████████████████████████ ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

253.    On January 30, 2020 in a chat with Meta's Head of Research ████████████████ ████████████████████████████ Internally, ████ ████████████████████████████████████ Thus, ████ was told that ████████████████████████████████ ████████████████ stated that ████████████████████████ ████████████████████████████████████████████████ ████ ████ (Product Communications Lead, Instagram) responded to ████ that ████ ████████████████████████████████[309] Burke then reiterated that ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

[303] META_OPERS_00035292 at -304.
[304] META_OPERS_00035292 at -304.
[305] META_OPERS_00035292 at -305.
[306] META_OPERS_00035292 at -302.
[307] META_OPERS_00035292 at -302.
[308] META_OPERS_00080176 at -177.
[309] META_OPERS_00080176.

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 █████████[310]

4     254.    The February 2020 presentation sent to Defendants Zuckerberg and Mosseri

5 discussed in ¶ 247 above also ███████████████████████████████████

6 █████████████████ Specifically, Defendants Zuckerberg and Mosseri were told, ██████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████

9 ████████████████████████████████████████████

10 █████████████████[311]

11     255.    On February 8, 2020, Defendant Zuckerberg emailed Defendant Mosseri as well as

12 █████████ (Head of Facebook), █████████ (Head of Research, Instagram), █████████ (Chief

13 Product Officer), and others, ████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 █████████████████████████████[312] He continued, ████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ████████████████

20     256.    Defendant Mosseri responded on the same day, saying, ████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 █████████

24     257.    The same day, █████ responded to Defendant Zuckerberg, ████████████

25 █████████████████[313]  █████ told Defendant Zuckerberg █████████████████

26

27 [310] META_OPERS_00080176 at -177-78.

28 [311] META_OPERS_00024885 at -891.
[312] META_OPERS_00101226 at -228.
[313] META_OPERS_00101226.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                          94
3:21-cv-08812-AMO

1   █████████████████████████████████████████████████████████

2   █████████████████████████████████████████████████████████

3   ████████████████[314]

4   258.   Even as Meta's researchers ████████████████████████████

5   █████████████████████████████████████████████████████████

6   █████████████████████████████████████. For example, on March 3, 2020, ███

7   ██████████████████ to Meta data scientist ████████████, who suggested █████████

8   █████████████████████████████████████████████████████████

9   █████[315] In particular, ██████ stated that ████████████████████████

10  ██████████████████████████████████[316] Based on that ██████████

11  █████████████████████████████████████████████████████[317]

12  Critically, ██████████████████████████████████████████████████

13  ██████████████████████████████[318] Finally, ████████ noted that ██████████████

14  █████████████████████████████████████████████████████████

15  █████████████████████████████████████████████████████████

16  ██████████[319]

17  259.   Likewise, an internal presentation titled ████████████████████

18  ███████████████████████████ authored by ████████████ and █████████████

19  ████████ from four other researchers, stated that ████████████████████████

20  ████████████████████████████████[320]

21  260.   Similarly, on June 5, 2020, in an internal chat among several Meta researchers

22  including ████████████████ (Senior UX Researcher for Instagram), ██████████ (Senior

23  Quantitative User Researcher for Instagram), and ██████ (Meta Researcher), ████████ stated that

24

[314] META_OPERS_00101226.
[315] META_OPERS_00172859 at -861.
[316] META_OPERS_00172859 at -859-60.
[317] META_OPERS_00172859 at -860.
[318] META_OPERS_00172859 at -860.
[319] META_OPERS_00172859 at -860.
[320] META_OPERS_00002566 at -578.



[322]

261.    In the same chat, researchers shared multiple internal studies, including

(Data Scientist) stated that

[324]

262.    Next, on August 31, 2020, in an internal chat between[325]

(Research Leader, Instagram), and                (Director of Data Science, Instagram),

Sampath stated,

In that same

chat, they discussed an email          had sent on August 31, 2020 to various Meta employees to

[326] In that email,          stated, among other things,

[327] He also stated:                                                          [328]

In the internal chat, referring to the email,        told          and          that

responded,

further explained

[321] META_OPERS_00018487 at -491.
[322] META_OPERS_00018487 at -491.
[323] META_OPERS_00018487 at -491.
[324] META_OPERS_00018487 at -491.
[325] META_OPERS_00082367.
[326] META_OPERS_353125 at -128.
[327] META_OPERS_00082367.
[328] META_OPERS_00353125 at -126.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████ [329]

263.    On September 15, 2020, ███████████ (Instagram Data Science Manager) emailed Defendants Mosseri and Newton, then-Chief Operating Officer of Instagram Justin Osofsky, and others, including lead researchers, data scientists, and engineers—a group called "██ ████" [330] In the email, ███████ included a pre-read for █████████████████ [331] The pre-read explained ████████████████████████████████████████████ ████████████████████████████████████████ the pre-read stated, ██████████████████████████████ ██████████████████████████ [332] Moreover, ████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████ [333]

264.    In an October 7 and 8, 2020 email thread, ████████, Consumer Product Marketing, Feed, & Stories, told the "████████," who included researcher ████████ and

[329] META_OPERS_00082367 at -367, -369.
[330] META_OPERS_00037107 at -110.
[331] META_OPERS_00037107 at -110.
[332] META_OPERS_00037107 at -110 (emphasis original).
[333] META_OPERS_00037107 at -110.

1  Defendant Newton that █████████████████████████████████████████
2  ████████████████████████████████████████████████████████████████
3  ███████████████████████████████ [334]
4      265.    In an October 27, 2020 internal post on Workplace, ████████████
5  ████████████████████████████████████████ researchers █████ and █████ noted
6  that ███████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████████████
9  ████████████████████████████████ [335]
10     266.    By late 2020, ██████████████████████████████████████████
11 ████████████████████████████████████████████████████████████████
12 ██████ [336]
13     267.    ***In Early 2021, Meta's Researchers Revisit The Decision Not To Launch "███***
14 ***█████" And Defendant Mosseri And Other Senior Executives Determine To Roll Out***
15 ***Ineffective "██████████" To Make Meta Look Good.*** In early 2021, as the Class Period
16 approached and finding itself under external pressure, Meta continued to consider whether to
17 launch a version of Daisy on its apps—and what to communicate externally given the 2019
18 announcement that Meta would implement this feature to improve safety. In an email thread from
19 January 11 to 29, 2021 between various Meta employees that included the "█████████████"
20 █████████████████ (Instagram Product Management, Well-being) noted that ████████████
21 ████████████████████████████████████████████████████████████████
22 ████████████████████████ The email further stated that ███████████████████
23 ████████████████████████████████████████████████████████████████
24 ████████████████████████████ [337]
25     268.    The research supporting "█████████" continued. In an internal document dated
26
27 ───────────────
   [334] META_OPERS_00076879 at -883-84.
28 [335] META_OPERS_00331078 at -078, -087-88.
   [336] META_OPERS_00037107.
   [337] META_OPERS_00353244 at -247-49.



1  January 21, 2021, ████████ (Research Scientist, Core Data Science) ██████████

2  ████████████████████████████████████████████████████[338] The

3  document ██████████████████████████████████████████████

4  ████████████████████████████ ████ concluded, among other things, that ████████

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████████[340] In

7  particular, ██████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████[341] The research

10  further concluded, ██████████████████████████████████████

11  ████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████[342] As

14  such, the researchers concluded, ██████████████████████████████

15  ████████████████████████████████████████████████████

16  ████████████████████████ [343]

17     269.  A week later, on February 4, 2021, ████████████████████████

18  ████████████████████████████████████[344] the results of a January 28, 2021

19  presentation titled ████████████████████████████████████████

20  ████████████████ and authored by researchers ████████████, and others, ████████████

21  ████████████████████████████████████[345] In particular, the researchers

22  concluded in the presentation that ████████████████████████████████

23  ████████████████████████████████████████████████████

[338] META_OPERS_00086549.
[339] META_OPERS_00086549.
[340] META_OPERS_00086549.
[341] META_OPERS_00086549.
[342] META_OPERS_00086549 at -559; BLBG-Haugen_0017127 - BLBG-Haugen_0017167 at -152.
[343] META_OPERS_00086549 at -560; BLBG-Haugen_0017127 - BLBG-Haugen_0017167 at -154.
[344] META_OPERS_00382143.
[345] META_OPERS_00002566 at -578.

███████████████████████████████████████████ [346]

270.     As reflected in a February 24, 2021 email from Defendant Davis to Defendants Clegg, Newton, and others, Defendant Mosseri asked Defendant Davis ███████████████████ ████████████████████████████████████████████████████████████████████████ ███████████████████████████ [347]

271.     At the same time, Meta prepared a "████████" about █████████████████ ████████████████████████████████████████████████████████████████████████ Specifically, on April 13, 2021, Defendant Newton emailed Defendant Diwanji and others ██████ ████████████████████████████████████████████████████████████████████████ ██████████████████████ In  response,  Miki  Rothschild  (Director  of  Product  Management, Instagram Well-being) noted that ██████████████████████████████████████████████ ████████████████████████████████████████████. He then asked ███████ ████████████ (Product Management, Instagram Well-being) to ██████████████████ ████████████████████████████████████ responded with a ████████████████ ████████████████████████████████████████████████████████████████████████ █████████████████████████████ noted ███████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ █████████████████████████ The "████████" also included information that ██████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████ [348]

272.     In  response,  Rothschild  asked  Newton ███████████████████████████████ ███████████████████████ to which she responded:

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

---

[346] META_OPERS_00002566 at -578.
[347] META_OPERS_00013431 at -432.
[348] META_OPERS_00026212 at -213-14.

███████████████████████████████████████████████████████
███████████████████████████████████████ [349]

273.     In May 2021, Defendants Zuckerberg and Clegg received ████████████████ ████████████████████████████████████████████████ For example, Defendants Zuckerberg and Clegg are custodians of a document dated May 10, 2021,[350] which contains ████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████ [351] The document is the text version of a post originally on Meta's Workplace by ████████ (Research Manager, Instagram) on July 8, 2020 (which was received by Defendant Newton), and it includes the internal research conclusions that ██████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████████ [352]

274.     Defendants Zuckerberg and Clegg are also ████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████ [353] The report was █████████████████████████████████████████████████████████ ████████████████████████████████ [354] The report states that ████████████ █████████████████████████████████████████████████ [355] Further, the report concludes that ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████ [356]

275.     But, again, ██████████████████████████████████████████████████

[349] META_OPERS_00026212.
[350] META_OPERS_00394039.
[351] META_OPERS_00036724; META_OPERS_00394039.
[352] META_OPERS_00394039 at -042.
[353] META_OPERS_00394044.
[354] META_OPERS_00164385.
[355] META_OPERS_00164385 at -394.
[356] META_OPERS_00394044 at -048; META_OPERS_00164385 at -394.

As discussed directly below, ███████████████████████████

276. On May 17, 2021, Defendants Mosseri, Newton, and Diwanji, and others received an email from ████████████ (Product Manager, Well-being Instagram) ████████ In the email, ███████ stated that ████ ████████████████████████████████ These results were driven in part by the fact that ██████████ ███████████████████. Further, ████████████████████

277. On May 19, 2021, Defendant Mosseri replied that ████████████████ ████████████████████████[359]

278. In May 19-21, 2021 internal chats between ████████ (Public Affairs Manager) and ████████ (Instagram's Product Marketing Manager) ████████████

---

[357] META_OPERS_00338632.
[358] META_OPERS_00338632 at -635.
[359] META_OPERS_00338632.

279.    On May 20, 2021, ███████ sent an email to "███████" titled ███████ ███████ stating, ███████ ███████ ███████ ███████[361]

280.    On May 27, 2021, after the official launch of Daisy Controls, Defendants Mosseri, Newton and Diwanji received an update ███████ ███████ ███████ ███████[362]

281.    Meta continued to discuss and research the effects of Project Daisy after the May 27, 2021 launch of Daisy ███████ ███████

282.    In a July 1, 2021 internal chat, Meta communications employees ███████ and ███████ noted that, ███████ ███████ ███████[363]

283.    On August 3, 2021, Meta researcher ███████ published the results of Meta's ongoing hiding Likes research on Meta's internal Workplace. This research ███████ ███████ The results ███████ ███████

---

[360] META_OPERS_00359794 at -799, -804; META_OPERS_00359810 at -810, -813.
[361] META_OPERS_00192900.
[362] META_OPERS_00338632 at -633-33.
[363] META_OPERS_00334200 at -203.

1   ████████ [364] For example, ████████████████████████████████

2   ████████████████████████████████████████████████████████████

3   ████████████ [365] According to the report, ████████████████████

4   ████████████████████████████████████████████████████████████

5   ████████████████████████████ [366] The report concluded, ████████

6   ████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████

8   ██████ [367] But Meta had already compromised child safety and rejected expert advice with respect

9   to this product.

10      284.    Towards the end of the Class Period, as Meta was preparing to respond to the

11  articles that would be published by *The Wall Street Journal*, Defendant Clegg and others discussed

12  in an email dated September 9, 2021, ████████████████████████████

13  ████████████████████████████ In the email, Clegg's advisor, ████████, noted

14  that ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████

16  ████████████████████████ [368] and noted that ████████████████████

17  ████████████████████████████ [369]

18                      **b.   Classifiers**

19      285.    Throughout the Class Period, Defendants repeatedly assured the public that Meta

20  had mechanisms in place to identify and remove harmful and dangerous content, and to keep its

21  young users safe. For example, Defendants stated that Meta ***"never compromise[s]" on young***

22  ***people's "privacy and safety,"*** that Meta had ***"robust policies to help protect against child***

23  ***exploitation and content or behavior on our platform that puts the safety of children at risk,"***

24  and that Meta ***"removes content that encourages suicide or self-injury on Facebook and***

25

26  [364] META_OPERS_00331230 at -231.
27  [365] META_OPERS_00331230 at -231.
    [366] META_OPERS_00331230 at -231.
28  [367] META_OPERS_00331230 at -231.
    [368] META_OPERS_00393519 at -523.
    [369] META_OPERS_00393519 at -519.

***Instagram.***" However, contrary to these and other statements, Meta repeatedly compromised young users' safety, put their safety at risk, and did not remove vast amounts of harmful content by refusing to utilize tools to detect harmful content—known as "classifiers."

286.     Because Meta's platforms host such large volumes of data and have billions of users, Meta cannot rely on human review to meaningfully reduce harm on its platforms. Thus,

[text redacted]

287.     Despite the crucial function of classifiers, for years, Meta acknowledged internally that [text redacted]

[text redacted] [371] For example, in a January 24, 2019 email, Defendant Newton wrote that [text redacted]

[text redacted] [372] Defendants Davis and Clegg received this email.

288.     Similarly, at least as late as September 2020, Meta executives, including

---

[370] META_OPERS_00733460.
[371] META_OPERS_00427268 at -307; META_OPERS_00175561 at -565, -572.
[372] META_OPERS_00347720 at -721-22.

Defendants Clegg and Davis, knew that ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████

289.     In addition, a September 11, 2020 email thread shows that ████████████████

████████████████████████████████████████████████

███████████████████████████████████████[373] The email further

explained that ████████████████████████████████████████

████████████████████████████████████████████████

████████[374] Defendant Newton received the emails in this thread. Likewise, a version of the "█

████████████████████" deck stated ███████████████████████

███████████████████████████████,"[375] On November 3, 2020,

Defendant Davis emailed this deck to Defendant Clegg.

290.     Still, little changed before Defendants began making misleading statements to

investors about the harms to children on Meta's platforms at the start of and throughout the Class

Period. For example, on February 4, 2021, in an internal chat between Defendants Newton, Davis,

and others, ████████████████████████████, Defendant Newton ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

VP of Policy & Deputy Chief Privacy Officer ████████ responded, ███████████████

████████████████████████████████████████████████

███████████████████████████████████████[376]

---

[373] META_OPERS_00334135 at -145.
[374] META_OPERS_00334135 at -145
[375] META_OPERS_00013088 at -093.
[376] META_OPERS_00349493.

291.    In March 2021, Meta reported internally in the "███████████████████████" deck that, ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████  The deck additionally noted that ████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████████[377]

292.    Meta's lack of appropriate classifiers, including for topics like suicide and self-injury, made it more difficult for Meta to identify and take down problematic content—including viral "challenges" where users encouraged other users to engage in self-harm or suicidal conduct. On April 21, 2021, Head of Youth Safety ███████ authored an internal document called ████████████████████████████████████████████████████████ in which she wrote that ██████████████████████████████████████████ ████████████ explained that ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████ further noted that ██████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████ concluded that █████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████[378]

---

[377] META_OPERS_00427268 at -307.
[378] META_OPERS_00345181 at -181-83.

293.    As reflected in an August 17, 2021,



294.    A September 20, 2021 email sent to Defendants Davis and Newton attached a

The chart specifically noted that

295.    In addition, that same email sent prep documents for a September 2021

296.    As set forth further below, without sufficient classifiers, Meta's ability to prevent harm to young users was compromised in two key ways: (i) harmful content was easily accessible and even recommended to children on Meta's platforms, particularly on Instagram, and (ii) Meta was unable to keep users under the age of 13 off its platforms, opening them up to a host of harms from both content and other users.

### c.    Age-Gating For Under Thirteen-Year-Olds

297.    During the Class Period, Meta told investors that "*the rule is 13*" for joining Instagram, that "*8 to 12 year olds … are not on Instagram*," that Meta *does not* "*allow*" children under the age of 13 "*on our apps*," that if Instagram users "*are unable to prove they meet our minimum age requirements, we delete their accounts*," and that if Meta "*find[s] an account of*

---

379 META_OPERS_00333072 at -076.
380 META_OPERS_00057356 at -360; *see also* META_OPERS_00010983.
381 META_OPERS_00057356 at -360; *see also* META_OPERS_00010983 at -988.
382 META_OPERS_00057356 at -356.

*someone who is under 13, we remove them*." In truth, users under 13 were on Meta's platforms, Meta did not remove them, and Meta instead allowed them on its platforms. As a result, during the Class Period, at least hundreds of thousands of children under age 13 were on Instagram.

### i. Meta Chose To Not Proactively Identify Or Remove Users Under Age 13

298.     Internally, Defendants acknowledged that Meta did not have the necessary tools to identify and remove children under 13 on its platforms, and especially on Instagram—even though Defendants knew that at least hundreds of thousands of children under age 13 were on Instagram. As Meta knew, the tools required to identify and remove children under age 13 included: (i) prompts asking users for their age; (ii) classifiers and age modelling that would use the self-reported user age information to proactively search for and identify children under age 13 who were lying about their age; (iii) simple designs to identify children under age 13 that Meta's systems did not catch; and (iv) automated systems that would remove identified children under 13 from Meta's platforms. However, Meta did not start even collecting Instagram users' age until December 2019; throughout the Class Period Meta had no classifiers or age modelling to proactively identify children under 13; and Meta did not create systems to remove children under 13 from its platforms.

299.     ***Meta Knew Children Under 13 Were On Its Platforms.*** Meta needed to create tools to identify and remove children under 13 on its platforms because Meta knew that such children were on its platforms. As early as August 29, 2019, Dr. Haidt told Defendant Zuckerberg that ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

300.     In addition, Béjar testified in the Related Actions that ███████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████[383] Béjar testified

that ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

---

[383] META_OPERS_00325962 at -144, -147.

see if we could find those kinds of accounts."

301.    Confirming Béjar's testimony about ████████████████████████ ████████████████, on February 4-5, 2021, ████████████████ (Senior UX [user experience] Researcher) emailed ████████ and others regarding ████████████████ ████████████████ In response ████████████████████████████████ ████████████████████████████ wrote, ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████[384]

302.    In February 2021, Defendant Davis received a presentation titled "████████ ████████████," which was also maintained in Defendant Diwanji's custodial files, that ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████[385]

303.    During the Class Period, Meta still lacked classifiers to detect children under 13 and this resulted in those children remaining on Meta's platforms. For example, an April 2021 ████████████████████████ internal presentation from Instagram's Central Privacy team noted that ████████████████████████████████████████████ ████████ ████████████████████████████████████ ████████████████████████████████████████[387]

304.    On May 12 and 13, 2021, several Meta employees, including Defendants Mosseri, Diwanji, Clegg, Rosen, Newton and Davis, discussed ████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ to which Diwanji responded: ████████████████████████ ████████████████████████████████████████████

---

[384] META_OPERS_00727670 at -681, -683.
[385] META_OPERS_00427424 at -437.
[386] META_OPERS_00132145 at -146.
[387] META_OPERS_00132145.

█████████████████████████████████████████████████████████████

███████████████████[388] After Meta received advance news of the article, Programs and Partnerships Manager, Online Safety (Integrity Investigations and Intel) ████████ emailed Defendants Mosseri, Clegg, Rosen, Newton, and Davis, along with senior executives Monika Bickert, Joel Kaplan, Molly Cutler, █████████████████████████, and ███████████, stating that ████████████████████████████████████████████ ████████████████████████████████████ According to ███████'s email, █████████ ████████████████████████████████████████████[389]

305.    By the time the research was published on *The Verge* later on the day of May 12, 2021, Meta—including through communications personnel ██████████—had ██████ ████████████████████████ ███████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████[391]

The version published by *The Verge* stated: "We appreciate Thorn's research and value our collaboration with them. We've made meaningful progress on these issues, including restricting Direct Messages between teens and adults they don't follow on Instagram, helping teens avoid unwanted chats with adults, making it harder for adults to search for teens, improving reporting features, and updating our child safety policies to include more violating content for removal. However, the research stops far short of a complete or global view on the online harm experienced by minors excluding Apple's iMessage, which is used heavily by teens, is preloaded on every iPhone, and is bigger than Messenger and [Instagram] Direct combined."[392]

306.    Defendants continued to be made specifically aware, through the end of the Class Period, of the presence of large numbers of users under age 13 on Instagram. For example, a

---

[388] META_OPERS_00338638.
[389] META_OPERS_00056320.
[390] META_OPERS_00192493.
[391] META_OPERS_00192498.
[392] META_OPERS_00022865 at -869.

September 8, 2021 internal chat between Defendant Diwanji and a senior staff researcher on Instagram users ████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████ [393]

307.    Meta could have implemented tools to identify and remove children under age 13 from its platforms; it just chose not to. In the Related Actions, Béjar testified that ████████████ █████████ However, Béjar testified, ████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████ [394]

308.    ***Collecting Age.*** The most important tool for keeping children under age 13 off Meta's platforms is information about users' age. The simplest way to get that information is to ask users to disclose their age. However, Meta decided not to ask Instagram users for their age until just before the Class Period, and by February 2021, a third of Instagram accounts had no stated age at all. This is because Meta did not start collecting Instagram users' age until December 2019—and even then, only the age of ***new*** users who joined Instagram after December 2019. At Defendant Mosseri's direction, Instagram did not ask ***existing*** users to disclose their ages until 2021.

309.    For example, the July 2020 "████████████████████" document prepared by Defendant Davis and discussed at ¶ 180 above, stated that ██████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████ Nevertheless, the presentation noted that ████████████████████ ████████████████████████████████████████████████████ [395]

---

[393] META_OPERS_00338652.
[394] META_OPERS_00325962 at -150-51.
[395] META_OPERS_00332581 at -592.

1  Jayakumar's testimony in the Related Actions confirms that ███████████████████

2  ████████████████████████████████████[396]

3       310.    As another example, in February 2021, Meta's "████████████████████

4  ████" stated that ███████████████████████████████████████████████████

5  ████████████████████████████████████████████[397]

6  This document was found in the custodial files of Defendants Davis and Diwanji.

7       311.    ***Proactive Identification of Age:*** Another crucial tool for keeping children under

8  age 13 off Meta's platforms are algorithms and other engineering and coding tools that can be used

9  to identify and predict whether users are under age 13. Internally, Meta called these tools

10 "classifiers" and "████████," which █████████████████████████████████████

11 ███████████████████████████████████████████████████████████████████

12 ██████████████████████ These tools were part of what Meta internally called ████████

13 ██████████████████████, which Meta considered because Meta was aware of

14 the presence of large numbers of children under age 13 on its platforms. ████████████████

15 ███████████████████████████████████████████████████████████████████

16 ███████████████████████████████████████████████████████████████████

17 However, Meta repeatedly made the decision not to create classifiers or age modelling, until forced

18 to do so by government action—indeed, throughout the Class Period, Meta had no such classifiers.

19 Meta made the decision not to employ classifiers or age modelling even though Meta used what

20 little information it did have about its users' ages to sell targeted ads to businesses eager to promote

21 products to minors. Because Meta did not have classifiers or age modelling, Meta effectively had

22 no way to truly uphold the rule against children under age 13 on its platforms.

23       312.    Defendants knew as early as January 2019 that Meta had no ability to proactively

24 identify children under age 13 on its platforms. In a January 23-26, 2019 email thread in which

25 various Meta employees—including Defendants Newton, Davis, and Clegg—participated,

26 Defendant Newton noted that ████████████████████████████████████████████

27

28
─────────────────────
[396] META_OPERS_00343920 at -003-04.
[397] META_OPERS_00427424 at -435, -437.

1

2

3                                                              Moreover,

4  Newton noted that

5                                                              [398]

6        313.    A few days later, on February 3, 2020,              (Vice President, Policy &

7  Deputy Chief Privacy Officer) emailed Defendants Clegg and Davis,

8

9

10                                                        wrote that

11                              noted

12

13

14

15              Finally,           noted,

16                    However,           stated,

17

18                                    [399]

19        314.    The same day, Defendant Clegg forwarded          's email to

20  (Strategic Adviser to Defendant Clegg), stating,

21  In response,           stated,

22                                              further stated,

23

24            Additionally,           noted

25

26

27

28  [398] META_OPERS_00347720 at -722.
   [399] META_OPERS_00333340 at -341.

███████████████████████████████████████████[400]

315.    On February 27 and 28, 2020, ██████████ emailed Defendants Mosseri, Clegg, Rosen, Newton, as well as ████████ (Head of Facebook Blue) and other Meta employees, ███████████████████████████████████ Addressing Defendant Mosseri directly, ████████████████████████████████

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████

█████████████████████████████████████

████████████████████████████████████[401]

316.    Nevertheless, in March 2020, after a presentation to Defendant Zuckerberg and with input from Defendant Clegg, ████████████████████████████████ ██████████[402]

317.    By July 2020, Meta still did not have any "████████" tools like classifiers or age modelling to identify children under age 13 (to enforce the rule against their presence on the platform by removing them). For example, the July 2020 "████████████████████" document prepared by Defendant Davis and discussed at ¶ 180 above, listed "█████████████ ████████████" for Instagram, including:

•    ███████████████████████████████████

---

[400] META_OPERS_00333340 at -340-41.
[401] META_OPERS_00349487 at -487-88.
[402] META_OPERS_00332581 at -589.

1

2

3

4    [REDACTED] [403]

318.    The document also noted that [REDACTED]

[REDACTED] [404]

319.    Meta's under-13s problems persisted into late 2020. On November 3, 2020, Defendant Davis emailed another version of the "[REDACTED]" compendium to Defendant Clegg and others, with the new version of the document noting that [REDACTED]

[REDACTED]

[REDACTED] [405]

320.    Meta also knew that its inability to detect and remove children under age 13 at scale was far behind the standards of its competitors in the industry. A deck titled "[REDACTED]

[REDACTED]" which was sent to Defendant Davis on January 18, 2021, stated that [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

321.    Any public perception that Instagram was lagging behind TikTok in keeping children under 13 off the platform was a particularly acute concern ahead of Instagram's launch of [REDACTED]

[REDACTED]. As reflected in a January 22, 2021 internal chat between Defendant Newton and others, Newton acknowledged that [REDACTED]

---

[403] META_OPERS_00332581 at -588-89.
[404] META_OPERS_00332581 at -589.
[405] META_OPERS_00013088 at -093.
[406] META_OPERS_00015208 at -211-12.

1  ████████████████████████ Defendant Newton further stated, ████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████

5  ██████████████████████ Additionally, she stated that ████████████

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████[407]

322.    Meta continued to acknowledge internally that its age-gating efforts contradicted its public representations. For example, in a February 4, 2021 internal chat that included Defendants Newton, Davis, and ████████ (Strategic Adviser to Defendant Clegg), Sherman (Vice President, Policy & Deputy Chief Privacy Officer), and others, Newton wrote that

████████████████████████████████████████████████████

████████████████████████████████████████████████████

In response, Sherman wrote:

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████[408]

323.    In a May 25, 2021 email, Defendant Diwanji emailed Defendant Mosseri stating that ████████████████████████████████████ Specifically, Defendant Diwanji told Defendant Mosseri that ████████████████████████████

████████████████████████████████████████████████████

████████[409]

324.    **User Reports of Age:** A third critical tool to keep children under age 13 off Meta's platforms is user reports of other accounts that appear to be owned by children under age 13.

---

[407] META_OPERS_00349490 at -490-91.
[408] META_OPERS_00349493.
[409] META_OPERS_00338654 at -655.

Because Meta had no meaningful age data and did not use classifiers or age modelling to identify children under age 13, user reports became Meta's only method to keep children under age 13 off Instagram. However, internally, Meta acknowledged that even that tool was ineffective. For example, in a March 23, 2021 chat, ████████ (Instagram's Safety Policy Lead) told ████████ that it ████████████████████████████████████ ███████████████ ████████████ recommended that ████████████████████████████████████ ████████████████████████████████████████████████████[411]

325.     ***Failure to Remove "Backlogs" of under-13 Users from Meta's Platforms:*** During and prior to the Class Period, because Meta chose not to implement any ***proactive*** mechanism to identify children under age 13 to stop them from joining the platforms, hundreds of thousands of under-13s joined Meta's platforms. Meta thus needed effective tools in order to effectively identify and remove this large number of accounts. But Meta had no mechanisms to automate the process of identification and removal, either. Instead, it required users to manually report suspected under-13s through a cumbersome process and then sat on hundreds of thousands of reports of underage accounts without removing them while they awaited a similarly cumbersome and resource-intensive review process.

326.     Specifically, prior to the start of the Class Period, Meta had a massive backlog of reports of children under age 13, but had not provided the resources to address it.

327.     In September 2020, ████████████ (Defendant Clegg's advisor) emailed Defendant Clegg about ████████████████████████████████████████ ████████████████████████████████████████████████████ ████[412]

328.     In February 2021, Meta's "████████████████████████ noted that ████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

[410] META_OPERS_00345038.
[411] META_OPERS_00345038.
[412] META_OPERS_00175561 at -562.

[redacted] The deck stated that, [redacted][413] Defendants Davis and Diwanji kept this document in their custodial files.

329. [redacted] testified in the Related Actions that, [redacted][414]

330. [redacted]'s testimony is confirmed by an April 26, 2021 email to Defendant Diwanji from [redacted]'s team [redacted][415]

331. In a May 25, 2021 email, Defendant Diwanji updated Defendant Mosseri on [redacted][416]

***ii. Meta Rejected Resources To Improve Age-Verification And Enforcement***

332. Meta also repeatedly decided not to invest in tools that would effectively remove children under 13, unless forced to do so by legislation.

333. Leading up to the Class Period, Meta continued to recognize that regulators and legislators threatened to impose restrictions and obligations on Meta's approach to users under age 13. For example, in Defendant Davis' July 2020 "[redacted]" document, Davis stated,

[413] META_OPERS_00427424 at -437.
[414] META_OPERS_00343920 at -007-08, -015-16; META_OPERS_00344986 at -995; META_OPERS_00345038 at -038.
[415] META_OPERS_00015365.
[416] META_OPERS_00338654 at -655.

[BLACK REDACTION BAR] [417]

334.    The document noted that ███████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████ [418]

335.    Likewise, on November 4, 2020, Defendants Davis ████████
████████████████████████████████████████████████████
████████████████████████████████████████████████ [419]

336.    And just before the Class Period, in March 2021, Defendant Davis ████████
████████████████████████████████████████. The slide deck that she
used to prepare for the meeting ████████████████████████
████████████████████████████████████████████████████
████████████████████████ [420]

337.    In the face of these pressures, Defendants chose to mislead the public about what it was doing about children on its platforms, rather than suffer an impact to growth by removing users and rather than devote the internal resources and money needed to implement the necessary tools to keep children under 13 off Meta's platforms.

338.    As early as 2019, Meta had ████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████. In a May 3, 2019 email, Defendant Davis wrote to Defendant Clegg
████████████████████████████████████" In that email, Defendant Davis noted

---

[417] META_OPERS_00175563 at -571.
[418] META_OPERS_00175563 at -571.
[419] META_OPERS_00013088 at -088, -091.
[420] META_OPERS_00427268 at -285-87.
[421] META_OPERS_00337098.

that, ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████ [422]

339.    Likewise, Meta's refusal to implement classifiers and age modeling was an intentional deprioritization to save expenses. On February 3, 2020, when ██████ emailed Defendants Clegg and Davis, asking whether ███████████████████████████████████ ███████████████████████████████████ also stated, ██████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████ [423]

340.    After March 2020, when Meta decided not to implement under-13 classifiers, ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████ [424]

341.    In September 2020, █████████████ emailed Defendant Clegg ████████████ ███████████████████████ stating that Defendant Davis ████████████

███████████████████████████████████████████████████████

███████████████ [425]

342.    Meta's refusal to collect age data was intentional. In testimony in the Related Actions, Defendant Newton explained that █████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[422] META_OPERS_00337098.
[423] META_OPERS_00333340 at -341.
[424] META_OPERS_00175561 at -573.
[425] META_OPERS_00175561 at -562.

████████████████████████[426]

343.    Defendant Diwanji testified in a Related Action that ██████████████████████████████ ████████████████████████████████[427] She also testified that ████ ████████████████████████████████████████████████████ ██████

344.    Even toward the end of the Class Period, Defendant Diwanji was still asking ██ ████████████████████████████████. On November 10, 2021, Defendant Diwanji emailed Instagram's head of finance ████████████████████████████████ ████████████████████████[428] Defendant Diwanji testified in the Related Actions that ████████████████████████████████████[429]

345.    ***Private by Default.*** On July 27, 2021, Meta ████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████ Meta claimed that ████████████████████████ stating that ██████████████ ████████████████████████████████████████████████ Further, as part of its roll-out of this new feature, Meta publicly stated—both in the Newsroom article announcing the feature and in statements made by Defendant Newton and quoted by influential newspapers in Meta's pivotal markets like India—that Meta "***never compromise[s] on [young people's] privacy and safety***."[430] However, contrary to that public statement, Defendants knew that Meta's design for the private by default feature it ultimately launched was deliberately designed to discourage the high adoption rates described in Meta's announcement. As discussed below, Meta designed the private default feature in a way that would render it ineffective in order to prevent reductions to growth and revenue from ████████████████████████████████████. As with Project Daisy, Meta publicly launched this (secretly) ineffective design to ██████████████ and

---

[426] META_OPERS_00348474 at -673.
[427] META_OPERS_00337846 at -122.
[428] META_OPERS_00338605.
[429] META_OPERS_00337846 at -090.
[430] *Giving Young People a Safer, More Private Experience on Instagram*, Instagram (July 27, 2021), https://about.instagram.com/blog/announcements/giving-young-people-a-safer-more-private-experience.

pacify critics.

346.    Since at least August 2020, Meta knew that automatically defaulting teens into private accounts would provide a safer experience for children. According to evidence made public in the Related Actions, including excerpts of the deposition of ███████ (Senior Researcher for Instagram Well-Being and Integrity) and ███████ (User Experience Research Manager (Instagram Well-Being)), in 2020 Meta researchers concluded that making teen accounts private by default (what they called "Smart Defaults") would result in "a safer account model for teens,"[431] including ***eliminating 5.4 million unwanted interactions a day***.[432]

347.    An internal August 2020 presentation titled ██████████ ██████████ shared with Defendant Newton and the Instagram Well-Being Leads team, ██ ████████████████████████████████████ ████████████ The presentation noted ████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████ The presentation further acknowledged that █████████████ ████████████████████████████████████ ██[433]

348.    However, in 2020, Meta rejected a private by default feature because it would limit growth. The same August 2020 "████████████████████████" presentation that ██████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████

---

[431] Mot. for Summ. J. at 55, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2480.
[432] Mot. for Summ. J. at 55, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2480.
[433] META_OPERS_00334720 at -726, -728.

██████████████ The presentation also acknowledged that, ████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████ The presentation

noted that ████████████████████████████[434] The evidence revealed in the

Related Actions further shows that in August 2020, Meta's policy, legal, communications, privacy,

and well-being teams recommended that private-by-default be adopted to "increase teen safety,"[435]

but that the growth team recommended against doing so, noting a likely negative impact of "***2.2%***

***topline teen DAP [daily active people] in 5 years***."[436] The growth team prevailed, and private-by-

default was not launched in 2020—according to one internal Meta document, it was "***scrapped***

***due to growth concerns***."[437] It would not launch until 2021.

349.    Meta's decision not to implement a private by default feature remained Meta's

practice until mid-2021, when, during the Class Period, Meta decided to launch a series of product

changes designed to address regulations in the United Kingdom and threats from United States

Senators to adopt similar regulations in the United States.

350.    On July 23, 2021, Privacy & Data Policy, Youth Products Lead ███████████

posted on a Meta Workplace group called "████████" a notice titled "██████████████

████████████████████████████" In the post, ████████ stated that ██████████████

████████████████████████████████████████████████████████████████████

██████████[438]

351.    In direct response to these two threats, Meta launched ██████████████

████████████████████████████████████████[439]

352.    However, Meta internally knew that the feature it launched on July 27, 2021 was

---

[434] META_OPERS_00334720 at -724, -729, -734, -739.

[435] Mot. for Summ. J. at 58, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2480.

[436] Mot. for Summ. J. at 58, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2480.

[437] Mot. for Summ. J. at 58, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2480.

[438] META_OPERS_00028549.

[439] META_OPERS_00028549.

1  not actually effective.

2       353.    According to ███████████████████████████████████

3  ████████████████  ████████████████████████████████████████████

4  ████████████████████████████████████████████████████████████████

5  ██████████████████████████████  ██████████████████████████████████

6  ████████████████████████████████████████████████████████████████

7  ████████████[442]

8       354.    Internal Meta documents corroborate ███████'s testimony. On March 18, 2021,

9  ████████ sent Defendant Mosseri an email in advance of a meeting titled ████████████

10  ████████████████████████[443] In the email, ████████ asked, ████████████

11  ████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████████

13  ████████  Mosseri responded on March 22, 2021, ████████████████████████

14  ██████████████████

15       355.    In an internal November 2, 2021 chat between Meta's Public Affairs Manager ███

16  ████████ and ████████████, a policy and communications manager at Meta during the Class

17  Period, Crenshaw stated ████████████████████████████████████████████

18  ██████████████████████████████████████ responded: ████████████

19  ████████████████████████████████████████████████████████████████

20  ████████[444]

21       356.    ████████████████████████████████████████████████████

22  ████████[445]

23

24

25

26  [440] META_OPERS_00343920 at -993.

27  [441] META_OPERS_00343920 at -992.
   [442] META_OPERS_00343920 at -992-94.
   [443] META_OPERS_00022651 at -652.
28  [444] META_OPERS_00334783 at -786.
   [445] META_OPERS_00343920 at 990.

**d.      Meta Pushes Forward Plans To Apply End-to-End Encryption To All Its Platforms By Convincing Shareholders, Regulators, And The Public That Children Would Be Safe, Despite Knowing That Children Would Be At Far Greater Risk**

*(1) Meta Releases An Opposition Statement To A Shareholder Proxy Proposal Requesting A Report On The Risks To Children Of End-to-End Encryption*

357.    On March 6, 2019, Defendant Zuckerberg announced that Meta planned to implement end-to-end encryption for all private communications on all of Meta's platforms.[446] End-to-end encryption, as Defendant Zuckerberg explained, would prevent all private communications from being seen by anyone other than the account receiving the communication. This would mean that Meta—including employees tasked with moderating content and monitoring for harmful content like child sexual imagery, grooming, and inappropriate interactions with children—could not detect, take down, or report the harmful content in encrypted spaces unless the content was proactively reported to Meta.

358.    As reflected in internal documents, including for example in a document emailed to Defendant Zuckerberg on December 5, 2020, and ███████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████[447]

359.    In response to Zuckerberg's announcement of Meta's plans for end-to-end encryption, hundreds of child safety organizations, such as the National Society for the Prevention of Cruelty to Children ("NSPCC") and the National Center for Missing & Exploited Children ("NCMEC") published open letters and issued statements opposing end-to-end encryption because of the threat it posed to children. These organizations warned that end-to-end encryption would allow child abuse to go undetected unless Meta put in place sufficient safeguards.[448]

---

[446] Mark Zuckerberg, A Privacy-Focused Vision for Social Networking, FACEBOOK (Mar. 6, 2019), https://www.facebook.com/notes/2420600258234172/; Mark Zuckerberg, A Privacy-Focused Vision for Social Networking, Meta (Mar. 6, 2019), https://about.fb.com/news/2019/03/vision-for-social-networking/.

[447] META_OPERS_00879031 at -049-50.

[448] Aditi Agrawal, *129 signatories urge Facebook against end-to-end encryption citing child safety*, MediaNama (Feb. 6, 2020),https://www.medianama.com/2020/02/223-no-end-to-end-encryption-children-safety-to-facebook/.

360.     Regulators across the world reiterated these concerns and urged Meta to put its plans on hold until it could assure the public that end-to-end encryption would not sacrifice children's safety. Throughout 2019 and 2020, numerous governmental entities, including from the United States, United Kingdom, Australia, the European Union, India, New Zealand, and Japan all made various statements warning of the risks associated with end-to-end encryption.

361.     Investors took note. A group of Meta shareholders, under the name Proxy Impact, submitted a shareholder proposal for shareholder vote at Meta's Annual General Meeting on May 26, 2021. The proposal, titled "Facebook 2021 – Child Sexual Exploitation Online," pointed to public sources that showed that "Child sexual exploitation online (and Child Sexual Abuse Material—CSAM) is an escalating threat to children worldwide," and that the "exponential growth of CSAM is directly tied to the growth of social media and the increasing number of children online."[449] Given this and other information, the proposal stated that its "proponents support online privacy," but "that it should not come at the cost of child safety, and potential regulatory, reputational and legal risk to Facebook."[450] The proposal ended with the resolution:

> RESOLVED: Shareholders request that the Board of Directors issue a report by February 2022 assessing the risk of increased sexual exploitation of children as the Company develops and offers additional privacy tools such as end-to-end encryption. The report should address potential adverse impacts to children (18 years and younger) and to the company's reputation or social license, assess the impact of limits to detection technologies and strategies, and be prepared at reasonable expense and excluding proprietary/confidential information.

362.     Internally, ███████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████[451]

363.     Defendants continued to understand that there was significant regulatory focus on this issue. For instance, Defendant Clegg routinely noted in an internal document maintaining a history of weekly updates for a "████████████████████," that ██████████████
████████████████████████████████████████████████████████████

---

[449] Meta Platforms, Inc., Definitive Proxy (Schedule 14A) (April 9, 2021), at 74.
[450] Meta Platforms, Inc., Definitive Proxy (Schedule 14A) (April 9, 2021), at 74.
[451] META_OPERS_00936332.

██████████████████████████████[452] Indeed, on May 17, 2021, Defendant Clegg

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████. As

reported by *Politico*, Commissioner Johansson told Clegg that "when the company starts

encrypting Messenger, it should leave the door open for photo detection technology that can suss

out child pornography." She further emphasized that "as a legislator, as a politician, I think I'm

morally obliged to use the power I have to legislate to protect children."[453]

364.    The risks to Meta were significant if Meta could not change the view of the United

Kingdom's Home Office, whose position Defendant Clegg described internally as ██████████

████████████████████████████████████████████████████████████████

██████████████████████████████[454] As Defendant Clegg noted in the same document,

████████████████████████████████████████████████████████

365.    In response to these significant regulatory threats, and including in response to the

specific concerns raised by Commissioner Johansson, Meta set out to assuage concerns about end-

to-end encryption in its opposition to the child exploitation shareholder proposal from Proxy

Impact filed with the SEC on April 9, 2021 and submitted for a vote at Meta's annual shareholder

meeting on May 26, 2021 (the "Opposition Statement").

366.    In its Opposition Statement, Meta pushed back against the notion that its platforms

were unsafe for children and rejected the idea that there was any need to issue a report assessing

the risk of increased sexual exploitation of children from end-to-end encryption. Meta stated: ***"We***

***have robust policies to help protect against child exploitation and content or behavior on our***

***platform that puts the safety of children at risk."***[455] Meta outlined "the three key elements in our

strategy to combat abuse," specifically: to (i) "prevent"; (ii) "detect"; and (iii) "respond" to abuse.

Meta further claimed, "We are committed to helping thwart online child exploitation on our

---

[452] META_OPERS_00011063.

[453] Clothilde Goujard, *Brussels warns Facebook over children's safety on WhatsApp, Messenger*, Politico (May 19, 2021), http://politico.eu/article/encryption-could-hinder-childrens-safety-brussels-warns-facebook/.

[454] META_OPERS_00011063.

[455] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021) at 75-76.

platform and across the internet, and will continue in our efforts to combat abuse as we expand end-to-end encryption across our messaging platforms." Finally, Meta stated that **"[e]nd-to-end encryption** is quickly becoming the industry standard for messaging services, and it ***brings with it the benefits of furthering privacy, safety, and security for users."*** The Opposition Statement also stated, "Given our active approach to addressing child exploitation, including our proactive detection of bad actors, as well as partnerships with international child safety organizations, and our ongoing transparency on this topic, our board of directors believes that the preparation of the report contemplated by this [shareholder] proposal is unnecessary." Meta then recommended that shareholders vote against the shareholder proposal.

367.    Meta's Opposition Statement was material to investors. Indeed, in shareholder meetings prior to the Annual General Meeting, investor groups repeatedly raised the proposal and expressed concern for the impact of end-to-end encryption on children's safety. For example, ████

██████████████████████████████████████████████████████████████

███████████████████████████████████████████[456] According to a Meta internal tracker of investor engagement, Vanguard stated, ███████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████[457]

### (2) Defendants Knew That Applying End-To-End Encryption To Meta's Messaging Platforms Posed Great Risk To Children's Safety

368.    Contrary to its statements to shareholders that "[e]nd-to-end encryption . . . brings with it the benefits of furthering privacy, safety, and security for users," and that Meta had "robust policies to help protect against child exploitation and content or behavior on our platform that puts the safety of children at risk," Defendants repeatedly acknowledged internally that Meta did not have safeguards necessary or sufficient to make end-to-end encryption safe for children.

369.    ***First***, Defendants internally acknowledged that Meta did not have the ability to

---

[456] META_OPERS_00663213.
[457] META_OPERS_00663213.

keep children safe in an end-to-end encrypted space. For example, on February 26, 2019, Defendant Clegg's strategic adviser ████████████ sent Defendant Clegg ████████████ ████████████████████████████████████████████████ [458] In the email to Clegg, ████████ stated ████████████████████████████████ ████████████████████



370.  ████████ continued, ████████████████████████████████████
████████████████████████████████████████████████████████ ████████████ then stated, ████████████████████ ████████████████ Further, ████████ stated, ████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████ Finally, ████████████ told Clegg, ████████████████████████████

371.  The briefing document ████████████████████████████ ████████████. It noted: ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████

372.  In addition, Defendant Clegg received a slide deck dated March 27, 2020, titled ████████████████████████████████ as "Pre-read" for an April 2, 2020 meeting re: "████████████████████████████" The deck ████████████ ████████████████████████████████████████████████████████

<hr />

[458] META_OPERS_00333155.

1 ███████████████████████████████████████████████

2 ███████████████████████████████████████ The deck

3 also noted, █████████████████████████████████████

4 █████████████████████████████████████████████████

5 ████████████ the deck noted that █████████████████

6 █████████████████████████████████████████████████

7 █████████████████████████████████████████████████

8 ██████████████████████[459]

373.    The deck Clegg received also explained that ████████████████

██████████████████████████████████████████████████████████

███████████████████████[460]

374.    Similarly, Defendants Davis and Rosen received a slide deck dated April 2, 2020, titled "██████████████████████████████████████" which was similar to the slide deck with the same title that Defendant Clegg received discussed directly above. Like that deck, this version stated that "██████████████████████████████████████████████████████████████████"[461] Further, this deck, like Clegg's version of the deck, noted that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ the deck continued, ████████████████████████████████████████████████████████████[463]

375.    Instead, Meta shifted its approach to trying to change the public narrative around

---

[459] META_OPERS_00333229.

[460] META_OPERS_00333229 at -234, -260, -276.

[461] META_OPERS_00055920 at -922 (emphasis original).

[462] META_OPERS_00055920.

[463] META_OPERS_00055920 (emphasis original).

end-to-end encryption, with the deck noting, like the version of the deck Defendant Clegg received,

that ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████ [464]

376.    Defendants received similar information right before and during the Class Period,

leading up to their false and misleading Opposition Statement. For example, on January 11, 2021,

Defendant Davis and others led a presentation titled "████████████████████████████████

█████████" that included as a "█████████████████" the fact that: ██████████████████

██████████████████████████████████████████████████████████

██████████████████████ [465] In that presentation, speaker notes stated that ████████████████

██████████████████████████████████████████████████████████

██████████████████████ [466] The same presentation advised, ██████████

██████████████████████████████████████████████████████████

██████████████████████████ [467]

377.    A February 2021 document titled "████████████████████████████████,"

maintained by Defendant Davis in her custodial files, quoted an "ask" from Defendant Clegg.

Specifically, ██████████████████████████████████████████████

██████████████████████████████████ [468] Defendant Davis included

██████████████████████████████████████████████████████████

██████████████████████████████████████████████ [469] Finally,

Defendant Davis noted that ██████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████

---

[464] META_OPERS_00055920.
[465] META_OPERS_00426831.
[466] META_OPERS_00426831.
[467] META_OPERS_00426831.
[468] META_OPERS_00426851.
[469] META_OPERS_00426851.

378.    Defendant Davis also received a slide deck dated February 2021, titled "████████████ ███████████████████████████," which stated that ████████████ ███████████████████████████████████████████[470] The deck further stated that ██████████████████████████████████████████ ████████████[471] Instead, the deck noted that ████████████████████████████ ████████████████████████████████████████████████ ████████████████████████[472]

379.    Despite Defendants' knowledge of the serious risks to children's safety of end-to-end encryption, Defendants pushed forward with encryption plans even for child-specific platforms.

380.    For example, in a presentation dated May 14, 2021, emailed to Defendants Davis and Rosen and others, a section titled "█████████████████" stated that ███████████ ████████████████████████[473] It further noted, ████████████████ ██████████████████████████████[474] The deck also ██████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████[475]

381.    Critically, the deck stated that ██████████████████████ ██████████████████████████████████████████████████ ██████████████████████████[476] The deck further noted that ██████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████[477] The deck further stated that ██████████████████████████████████████████

---

[470] META_OPERS_00427923 at -931.
[471] META_OPERS_00427923 at -932.
[472] META_OPERS_00427923 at -940.
[473] META_OPERS_00013773 at -783.
[474] META_OPERS_00013773 at -783.
[475] META_OPERS_00013773 at -783.
[476] META_OPERS_00013773 at -784.
[477] META_OPERS_00013773 at -784.

████████████████████████████████████████████████████████████

████████████████████████████████████[478]

382.    Defendants continued to "████████ the conversation to avoid telling investors the truth about the safety risks of end-to-end encryption, even as Defendants continued to discuss internally the severe negative impacts on safety, including for children under age 13. For instance, Defendant Diwanji stated in an internal chat on May 7, 2021—just weeks before the Annual General Meeting—that ████████████████████████████████████ even though, as Defendant Diwanji stated, ████████████████ ████████████████[479] In the chat, Defendant Diwanji ████████████████████ ████████████████████████████████[480] That research included ████████████████████████

█ ████████████████████████████

████████████████████████

█ ████████████████████████████

████████████

█ ████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████

█ ████████████████████████████

████████████████████████████

████████████████████[484]

---

[478] META_OPERS_00013773 at -784.

[479] META_OPERS_00205535 at -535.

[480] META_OPERS_00205535 at -536.

[481] META_OPERS_00205535 at -537.

[482] META_OPERS_00205535 at -537.

[483] META_OPERS_00205535 at -537.

[484] META_OPERS_00205535 at -537.



383.   **Second**, Defendants refused to invest in even the most basic requirements necessary to improve children's safety within an end-to-end encrypted space, including (i) age verification, and (ii) the necessary engineering staffing required to implement end-to-end encryption safely.

384.   For example, Defendants internally acknowledged that Meta could not keep children safe without the ability to verify and enforce age restrictions because Meta had made the deliberate decision to not design or implement age-verification tools, which exacerbated the dangers of implementing end-to-end encryption and prevented Meta from monitoring communications between adults and children. Just before the Class Period, in February 2021, Defendant Diwanji received a presentation titled "████████████████████████ ███████" presented by Meta's ██████████████████████. The presentation included ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████[487] The slide further stated that ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

---

[485] META_OPERS_00205535 at -537.
[486] META_OPERS_00205535 at -538.
[487] META_OPERS_00433721 at -724.

[REDACTED]

[REDACTED]

[REDACTED] [488]

385.    Meta also repeatedly refused to devote employees to improve safety on the platform, even as Meta prepared to announce to investors that end-to-end encryption brought the benefit of safety to its users, which compounded the problem. On April 1, 2021, Defendant Davis stated in an email to [REDACTED] (then Head of Product and Policy Strategy) that [REDACTED]

[REDACTED]

[REDACTED] [489]

386.    Toward the end of the Class Period, Meta still had not addressed its child safety and headcount issues sufficiently to implement end-to-end encryption. By September 20, 2021, Meta had [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] [492] This document, noted, for instance, that [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] [493]

387.    In the same email on October 4, 2021, Defendant Clegg [REDACTED]

[REDACTED]

[REDACTED] [494] The document informed Defendant Clegg that, [REDACTED]

---

[488] META_OPERS_00433721 at -724.
[489] META_OPERS_00204237.
[490] META_OPERS_00057356.
[491] META_OPERS_00057356.
[492] META_OPERS_00010983 at 983-84.
[493] META_OPERS_00010983 at -988; META_OPERS_00057356 at -358.
[494] META_OPERS_00010983 at -989.

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ███████████████████████████████ [495] Defendant Clegg was told that ████

5 ████████████████████████████████████████████████████

6 █████████████████████████ [496]

7     388.     And even after the end of the Class Period, Meta continued to face the same

8 deficiencies with respect to end-to-end encryption. On December 14, 2021, Defendants Clegg and

9 Davis were emailed ██████████████████████████████████

10 █████████████ [497] The update stated that ███████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ██████████ [498] The update further noted that ████████████████

16 ████████████████████████ [499] Further, Defendants Clegg and Davis were informed

17 that █████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████ [500] With respect to ██████████████████

20 ████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████

---

[495] META_OPERS_00010983 at -988-89.

[496] META_OPERS_00010983 at -989.

[497] META_OPERS_00011707.

[498] META_OPERS_00011707 at -708.

[499] META_OPERS_00011707 at -708.

[500] META_OPERS_00011707 at -708.

1    ████ [501] In a chart attached to the December 14, 2021 email, Defendants Clegg and Davis were

2    further informed that ████████████████████████████████████████████████████ [502]

### 2. Defendants Made Material Misstatements And Omissions Concerning The Fact That Meta's News Feed Algorithm And Content-Moderation Practices Promoted Toxic Content And Misinformation

#### a. In 2018, Meta Changed The News Feed Algorithm To Prioritize MSI In Order To Counteract Declining Engagement

389.     Meta's "News Feed," or "Feed," is the primary mechanism through which Facebook users receive content on the platform. As Meta described in the Help Center section of its website, the News Feed "is the constantly updating list of stories in the middle of your home page," including "status updates, photos, videos, links, app activity and likes from people, Pages and groups that you follow on Facebook." Meta has also explained that the "News Feed is the first thing people see when they log into Facebook. Its goal is to show people the stories they care about most, every time they visit."

390.     Specifically, Meta's News Feed algorithm is the combination of computer code that determines which pieces of content appear in which order as a user scrolls through her News Feed. Meta's algorithm and content-moderation policies and decisions accordingly determine which messages and information Meta's platforms highlight and amplify across its massive user base. Given their central and determinative role in what users see on Facebook, the News Feed algorithm and the Company's content-moderation practices are critical to users' experiences, and the impacts of Meta's platforms.

391.     The News Feed is also the main pathway for advertisers to reach users (and drive Meta's revenue). As *The Wall Street Journal* noted in the September 15 Facebook Files article, the News Feed "accounts for the majority of time Facebook's nearly three billion users spend on the platform. The company sells that user attention to advertisers, both on Facebook and its sister platform Instagram, accounting for nearly all of its $86 billion in revenue [in 2020]. . . . Significant changes to the algorithm can have major implications for the company, advertisers and publishers."

---

[501] META_OPERS_00011707 at -708.
[502] META_OPERS_00011707 at -711.

392.    By the beginning of 2018, Meta faced several crises. Following the Cambridge Analytica scandal and other public gaffes, the Company faced heightened governmental and public scrutiny, while public trust in Meta deteriorated. User engagement—a critical metric and revenue driver for the Company—was waning. Internal Company analysis warned that "███████████ ████████████████████████████████████████████"[503] As reported by the *Journal*, internal Meta documents further showed that engagement metrics like comments, likes, and shares were down substantially through 2017, and "original broadcasts"—user-produced personal content—had also been declining for years.

393.    Against that backdrop, Defendant Zuckerberg publicly announced on January 11, 2018 what he called "a major change to how we build Facebook. I'm changing the goal I give our product teams from focusing on helping you find relevant content to helping you have more meaningful social interactions." According to Zuckerberg, this new focus on "meaningful social interactions," or "MSI," would prioritize the News Feed experience. As Zuckerberg explained: "The first changes you'll see will be in News Feed, where you can expect to see more from your friends, family and groups [and] less public content like posts from businesses, brands, and media."

394.    However, as reported by the *Journal* in September 2021, the true "goal of the algorithm change was to reverse the decline in comments, and other forms of engagement, and to encourage more original posting." To do that, Meta "would reward posts that garnered more comments and emotion emojis, which were viewed as more meaningful than likes." Specifically, the 2018 algorithm changes introduced an internal point system whereby certain types of user engagement corresponded with assigned points, that in turn were used by the algorithm to determine which content was elevated in a user's News Feed. Among other factors, "likes" were worth one point each; reactions (e.g., emojis) or reshares were worth five; and significant comments, messages, or reshares were worth thirty.

395.    As the *Journal* reported, Meta's employees were skeptical of management's stated reasons for prioritizing MSI. The *Journal* described internal documents and communications in which "Facebook employees . . . discussed the company's other, less publicized motive for making

---

[503] BLBG-Haugen_0002802 – BLBG-Haugen_0002861 at -836.

the change: Users had begun to interact less with the platform, a worrisome trend, the documents show." The *Journal* explained that the News Feed, and the revenues that News Feed engagement drives, are vital to the Company's financial results; and that "the shift to emphasize MSI was one of the biggest" changes to the News Feed algorithm, which would have "major implications for the company, advertisers and publishers."

396.     The 2018 changes to the News Feed algorithm were largely successful in increasing user engagement. Although the time that users spent on the platform declined slightly, measures of engagement like comments, likes, and shares increased. These increases in user engagement were highly profitable for the Company. In 2017, the last year before these algorithm changes were made, the Company reported annual revenue of $40.7 billion that was, as described above, derived almost entirely from advertising. Those advertising-based annual revenues rose steadily after the algorithm changes, reaching $55.8 billion in 2018, $70.7 billion in 2019, $86 billion in 2020, and eventually $118 billion in 2021.

397.     However, as discussed in Section IV.B.2 below, the 2018 changes to the News Feed algorithm also drastically increased the prevalence of toxic content and hate speech on Facebook, and fueled polarization. Meta employees routinely recognized internally that the News Feed algorithm rewarded and prioritized harmful content. Meta's employees, as well as numerous third parties (including those Defendants hired and solicited) warned Defendants about the impacts of the News Feed and its algorithm. Despite these warnings, Defendants nevertheless falsely and misleadingly misrepresented to investors that Meta's products did not perpetuate harmful content.

> **b.     Faced With Increasing Public Scrutiny, Defendants Made Numerous False And Misleading Representations Concerning The News Feed Algorithm And Meta's Content Moderation**

398.     Immediately prior to the start of the Class Period, the public, investors, and governments were intensely focused on how Meta's platforms drove polarization and harmful content. As discussed in Section IV.B.1.a above, in late 2020 and early 2021, ███████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████



[506] As Meta recognized,

[507] Moreover, as Meta acknowledged explicitly,

[508]

399.    Defendants also understood that

[509] As a result, regulatory pressure continued to increase leading up to the Class Period, putting this issue at the forefront of Meta's work.

400.    For example, just days before the Class Period, Defendant Zuckerberg was called to testify before Congress. During a March 25, 2021, U.S. House of Representatives hearing titled "Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation" (the "March 25 Hearing"), Representative Adam Kinzinger pressed Zuckerberg about whether the Company promoted "divisive, hateful, and conspiratorial content" to maximize user time on

---

[504] META_OPERS_00123722.
[505] META_OPERS_00123722.
[506] META_OPERS_00123722 at -726.
[507] META_OPERS_00123722 at -732, -727.
[508] META_OPERS_00123722 at -727, -730.
[509] META_OPERS_00123722 at -732.

Facebook. Zuckerberg responded:

> The way that we view this is that we are trying to help people have meaningful social interactions. People come to social networks to be able to connect with people. If we deliver that value, then it will be natural that people use our services more. But that is very different from setting up algorithms in order to just kind of try to tweak and optimize and get people to spend every last minute on our service, which is not how we designed the company or the services.

401.    In the days and weeks following that testimony, analysts continued to note the impact that any failure to remove harmful content, if true, could have on Meta's business. On April 7, 2021, analyst Argus described the March 25 Hearing as but one prong in a "regulatory onslaught . . . to address issues including online misinformation, alleged bias, and the January 6 attack on the U.S. Capital." Argus noted that Facebook would likely have to remove more than just "unlawful" content [i.e., other harmful content and misinformation] to avoid unfavorable actions by Congress that could include reforming or removing Section 230 of the Communications Decency Act, which shielded Facebook from liability for publishing damaging content.

402.    Faced with this increasing public scrutiny, including from analysts and investors, Defendants made numerous false and misleading representations during the Class Period, including the statements discussed directly below, representing that Meta's News Feed algorithm and content moderation policies did not increase harmful content, when they knew that the opposite was true.

403.    For example, on March 31, 2021, Defendant Clegg published a long-form article on the website *Medium*, called "You and the Algorithm: It Takes Two to Tango."[510] In the article, Clegg noted that he was addressing recent criticisms of social media and Facebook to assuage concerns—because, in his words, "people are only going to feel comfortable with these algorithmic systems if they have more visibility into how they work." Clegg specifically addressed the criticism that "social media fuels polarization, exploits human weaknesses and insecurities, and creates echo chambers where everyone gets their own slice of reality, eroding the public sphere and the understanding of common facts" and that "this is all done intentionally in a relentless pursuit of profit." In response to those allegations, Clegg misleadingly stated: "***Facebook's***

---

[510] META_OPERS_00332602.

***systems are not designed to reward provocative content.*** In fact, key parts of those systems are designed to do just the opposite."[511] Thus, Defendant Clegg's statements created the false impression that Facebook's algorithm did not promote toxic or divisive content.

404.    Then, during Meta's April 28, 2021 earnings call, in response to a direct question about whether Facebook's algorithm sometimes amplified "some of the more controversial content," Defendant Zuckerberg told investors that the Company did not "optimize our systems to increase the amount of time spent in News Feed," and stated regarding ***"extremist content or any of that stuff,"*** that ***"we go out of our way to try to reduce that."***

405.    Analysts credited Facebook's purported ability and desire to moderate its content and believed that advertisers and regulators would view the Company favorably because of it. For instance, on the day of the April 28, 2021, earnings call, analysts from Morningstar noted that Meta was less likely to face a downturn in advertising revenue from increasing regulations because it had "already begun allocating more resources to remove harmful content and misinformation, and improve overall content quality"; had "already become more hands-on in moderating the content distributed on [its] platform[]"; and "distributors like Facebook are already doing their best to oversee and moderate content."

406.    Analysts continued to see Meta's ability to moderate content on its platforms as a key factor in their recommendations and the Company's ability to continue to successfully operate and avoid "extreme regulatory backlash." In a June 30, 2021, report, Argus Research issued a near and long-term "BUY" and "Over-Weight" recommendation and stated its belief that "Facebook's most perilous near-term risks arise from regulatory investigations and headlines highlighting the spread of misinformation on its sites." Argus further believed that "Facebook is vulnerable to extreme regulatory backlash in the U.S. and around the world related to the spread of misinformation, including election interference; the spread of unlawful content in private groups and encrypted communications, e.g., child pornography, [and] hate speech." Those same analysts explained that the potential "extreme regulatory backlash" included "huge fines" and a "break-up of the company given its social media market power."

---

[511] META_OPERS_00332602 at -603-04, -611.

c.     **Defendants Knew That Meta's Algorithm Caused Toxic Content To Proliferate, But Meta Chose Not To Fix The Problem**

407.     For years, Meta possessed research and data underscoring that, contrary to Defendants' public statements, the News Feed algorithm played a central role in spreading toxic content and misinformation and sowing division. Meta chose to prioritize engagement over fixing these problems.

*(1) Internal Meta Documents Obtained In Discovery Confirm That Defendants Clegg And Zuckerberg Were Provided Information Concerning The Algorithm That Contradicted Their Statements*

408.     Discovery obtained to date in this Action confirms that Defendants misled investors and the public concerning the impacts of Meta's algorithm, as part of their years-long efforts to shape public perception about the Company and its platforms. Defendants Zuckerberg and Clegg, in particular, and numerous other Meta executives and employees, were directly provided with information showing that Defendants' public statements were misleading. As Defendants were informed, Meta's algorithm had far-reaching effects, which Meta did not know how to fix, in part because the Company did not fully understand how the algorithm amplified toxic content.

409.     On July 18, 2020, Defendant Zuckerberg's executive assistant sent him



[512] This July 2020 report was

[513] The report

---

[512] META_OPERS_00567972 at -975.
[513] META_OPERS_00567972 at -975.

1

2

3

4

5    ⁵¹⁴

6    410.    The ███████████ report was unambiguous in its discussion of ████████

7

8

9

10

11

12    ⁵¹⁵

13    411.    This report, which was shared with Defendant Zuckerberg, also noted ████████

14

15

16

17    ⁵¹⁶

18    412.    In December 2020, just months before the start of the Class Period, Defendant

19    Clegg was ███████████████████████████████████████████████████████ ⁵¹⁷

20    This presentation ████████████████████

21

22    ⁵¹⁸ Among the ██████████████████████

23

24

25

26    _____

27    ⁵¹⁴ META_OPERS_00567972 at -028.
⁵¹⁵ META_OPERS_00567972 at -048.

28    ⁵¹⁶ META_OPERS_00567972 at -027.
⁵¹⁷ META_OPERS_00389841.
⁵¹⁸ META_OPERS_00389841 at -842.



1  █████████████████████████████████████████████████

2  ██████████[519] As to ████████████████████████████████

3  █████████████████████████████████████████████████

4  █████████████████████████████████████████████████

5  ██████████████████[520] And as to the ███████████████████

6  █████████████████████████████████████████████████

7  █████████████████████████████████████████████████

8  █████████████████████████████████████████████████

9  ████████[521] Meta's inability to fully understand how the algorithm amplified toxic content

10 rendered the Company incapable of adequately addressing public concern over the issue.

11     413.   As Meta recognized, however, it was imperative for the Company to reign in this

12 narrative, which posed a significant threat to Meta, including through new regulation, and

13 legislation. The presentation concluded: ███████████████████████████

14 █████████████████████████████████████████████████

15 █████████████████████████████████████████████████

16 █████████████████████████████████████████████████

17 █████████████████████████████████████████████████

18 █████████████████████████████████████████████████

19 █████████████████████████████[522]

20     414.   Just days after ███████████████████████████████

21 █████████████████████████████████████████████████

22 █████████████████████████████████████████████████

23 ██████[523] This presentation was sent ████████████████████████

24 █████████████[524] This presentation explained to Defendant Zuckerberg and Clegg, as well as

---

[519] META_OPERS_00389841 at -842, -844.
[520] META_OPERS_00389841 at -849.
[521] META_OPERS_00389841 at -846.
[522] META_OPERS_00389841 at -847.
[523] META_OPERS_00822039 at -040.
[524] META_OPERS_00822039 at -040.

Sandberg, that ███████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████ [525] Notably, ██████████████████████████████████

███████████████████████████ [526] In addition, ████████████████

██████████████████████████████████ [527] Thus, Meta's researchers

made clear that █████████████████████████████████████████

███████████████████████████████████████████

    415.    This presentation shed additional light on how Meta's algorithm prioritized and

perpetuated harmful content on Meta's platforms. As the presentation explained, ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████ [528] Worse still, ██████████████████████

████████████████████████████████████ As Defendants Zuckerberg and

Clegg were informed— ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████ [529]

    416.    Over the next several months, Defendant Clegg began work on his March 31, 2021

article titled "You and the Algorithm: It Takes Two to Tango." As part of this process, Defendant

Clegg received input from numerous Meta employees and from trusted third-parties. Ultimately,

on March 6, 2021, Defendant Clegg ████████████████████████████████

████████████████████████████████████████████████████████

---

[525] META_OPERS_00822039 at -043.
[526] META_OPERS_00822039 at -046.
[527] META_OPERS_00822039 at -047.
[528] META_OPERS_00822039 at -047.
[529] META_OPERS_00822039 at -047.

[531] Defendant Clegg also made clear that,

[532] Three days later,

417.    For example, Defendant Clegg's draft article

[534]

418.

[535] And notably,

[536] For example,

[537]

Later, she told him again:

[530] META_OPERS_00176733.
[531] META_OPERS_00176733 at -734.
[532] META_OPERS_00176733 at -734.
[533] META_OPERS_00176733 at -735.
[534] META_OPERS_00176733 at -735.
[535] META_OPERS_00176733 at -737.
[536] META_OPERS_00176733 at -738.
[537] META_OPERS_00176733 at -738.

[REDACTED]538

419.    [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]539 Accordingly, as Defendant Clegg was told, [REDACTED]

[REDACTED]

[REDACTED] Despite receiving this information, however, just weeks later, Defendant Clegg published his article titled "It Takes Two to Tango," in which he perpetuated Meta's false and misleading narratives that "Facebook's systems are not designed to reward provocative content."

420.    Notably, Defendants rejected and abandoned revisions and updates to the algorithm and to Meta's content-moderation policies even when those changes had proven effective at reducing toxic content and its harms. For example, in April 2020, a data scientist at the Company proposed reducing deep reshares, which internal data and analyses showed was an effective measure to reduce the amount and spread of false content on the platform. Although Meta made that change in the spring of 2020 for civic and health information, Defendant Zuckerberg rejected his integrity team's proposal to expand the change to other types of content. According to the *Journal*:

> Data scientists on that integrity team—whose job is to improve the quality and trustworthiness of content on the platform—worked on a number of potential changes to curb the tendency of the overhauled algorithm to reward outrage and lies. ***Mr. Zuckerberg resisted some of the proposed fixes, the documents show, because he was worried they might hurt the company's other objective—making users engage more with Facebook.***
>
> Anna Stepanov, who led a team addressing those issues, presented Mr. Zuckerberg with several proposed changes meant to address the proliferation of false and divisive content on the platform, according to an April 2020 internal memo she

---

538 META_OPERS_00176733 at -738.
539 META_OPERS_00176733 at -739.

wrote . . . One such change would have taken away a boost the algorithm gave to content most likely to be reshared by long chains of users.

**"Mark doesn't think we could go broad"** with the change, she wrote to colleagues after the meeting. Mr. Zuckerberg said he was open to testing the approach, she said, but **"We wouldn't launch if there was a material tradeoff with MSI impact."**

421.    Haugen similarly reported to the SEC that "CEO Mark Zuckerberg rejected this intervention that could have reduced the risk of violence in the 2020 election." ███████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███ [540] As noted above, the deck stated that ████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████ [541] Defendant Zuckerberg had thus refused to make changes to the algorithm that would have decreased the amount of toxic or divisive content on the platform, because he did not want to hurt engagement metrics—and in turn, Meta's revenue.

422.    In addition, ████████ the Meta Data Scientist who authored the report titled ████████████████████████████████████████ wrote to Defendant Rosen, that, ██████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████ added that ██████████████████████████████████████

---

[540] BLBG-Haugen_0004833 - BLBG-Haugen_0004876.
[541] BLBG-Haugen_0004833 - BLBG-Haugen_0004876.
[542] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -102.

1 ███████████████████████████████████████████[543]

2     423.    As discussed above, two overlapping reported reasons that the 2018 algorithm

3 changes boosted particular content and drove the toxic nature of content and discourse on Meta's

4 platforms were "downstream MSI" and "deep reshares." With "downstream MSI," a post is more

5 likely to appear in a user's News Feed if the algorithm determines that the content is more likely

6 to generate shares or comments as it moves down a chain of reshares. "Deep reshares," in turn, are

7 reshares in which the viewer of a piece of content is not a friend or a follower of the original poster.

8 As a product of the weight the algorithm affords downstream MSI, content that goes viral through

9 deep reshares is therefore far more likely to reach a large userbase well beyond the original poster's

10 own network. Because negative and provocative content is more likely to elicit user engagement,

11 toxic content and misinformation end up being broadcast far more broadly.

12     424.    Defendants knew of other moderation and enforcement measures that could

13 effectively reduce toxic content on Meta's platforms, but they refused to implement them beyond

14 isolated instances. Prior to the November 3, 2020, election, the Company had instituted certain

15 safety systems in an effort to ensure that misinformation and polarizing content did not affect the

16 results of the election. As then-head of product safety and integrity (and current Chief Information

17 Security Officer) Defendant Rosen explained in internal communications on ███████████, █

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ███████████████████[544] Accordingly, Defendant Rosen wrote, ███████████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████[545]

24     425.   ███████████████████████████████████

25 ████████████████████████████████████████████████████

26

27

28

---

[543] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -102.
[544] BLBG-Haugen_0008802.
[545] BLBG-Haugen_0008802.

█████████████████████████████████████████████

████████████████████████████████ As researchers explained, ███████████████

█████████████████████████████████████████████

████████████████████████████████████████[546]

426.    An internal September 29, 2020 report by the Civic Integrity team, "Announcing the Civic Targeting Risk Scores (CTRS)," █████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████[547] That strategy was designed to focus on "███████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████[548] ████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████[549]

427.    Rather than extend such apparently effective measures beyond the November 2020 election, however, the Company returned to its prior content-moderation policies and the toxic content and misinformation they fed. According to whistleblower Haugen, "as soon as the election was over, they turned [the safety systems] back off or they changed the settings back to what they were before, to prioritize growth over safety."[550]

428.    Moreover, following the November 2020 election, that December, the Company dissolved its 300-person Civic Integrity section (in which Haugen worked), which had been charged with combating political misinformation. Haugen explained to *60 Minutes*, "They told us, 'We're dissolving Civic Integrity.' Like, they basically said, 'Oh good, we made it through the

---

[546] BLBG-Haugen_0001007 - BLBG-Haugen_0001028 at -021.
[547] BLBG-Haugen_0001431 - BLBG-Haugen_0001454.
[548] BLBG-Haugen_0001431 - BLBG-Haugen_0001454 at -436.
[549] BLBG-Haugen_0001431 - BLBG-Haugen_0001454 at -450.
[550] META_OPERS_00006296 at -315.

election. There wasn't riots. We can get rid of Civic Integrity now.' Fast forward a couple months, we got the insurrection." Haugen similarly told the *Journal* that "she was dismayed when Facebook publicly played down its connection to the [January 6] violence despite widespread internal concern that its platforms were enabling dangerous social movements."

429.    Internal documents from late 2020 further show widespread concern after the November election that content policy was being driven by internal policy and public-relations sensitivity, rather than safety and integrity concerns. A December 11, 2020, internal research report, "Political Influences on Content Policy,"[551] warned:

1.  Facebook's decision-making on content policy is routinely influenced by political considerations.

2.  The Communications and Public Policy teams are routinely asked for input on decisions regarding (a) enforcing existing content policy, (b) drafting new policy, and (c) designing algorithms. ***Those teams often block changes when they see that they could harm powerful political actors.***

3.  The influence of the Public Policy team is a common topic of complaint inside the Integrity org, and Directors working in integrity have publicly stated they think our process [should] be changed to exclude them.

4.  We can and should set up a firewall between content-policy and other parts of the company.

430.    Similarly, following the political violence of January 6, 2021, employees expressed anger and frustration on Meta's internal messaging board. When Company executives including Defendant Zuckerberg and Chief Technology Officer Mike Schroepfer made public and internal statements condemning the events of January 6, responses from employees (including internal messaging that Schroepfer responded to) included:



---

[551] META_OPERS_00099860 at -860.
[552] BLBG-Haugen_0023768 - BLBG-Haugen_0023779 at -771.

█████████ 553

- ████████████████████████████████████████████
████████████████ 54

**(2) *The Facebook Files, Frances Haugen, Internal Documents, And A New Whistleblower Reveal That Meta Knew (Or Recklessly Disregarded)—For Years—That Its Algorithm Had Severe Negative Impacts, And Did Not Fix The Problem***

431.    The information described above, and which was provided directly to Defendants Zuckerberg and Clegg, did not exist in a vacuum. For years, Meta internally documented the negative effects that its algorithm had. Employees routinely noted that the 2018 changes to Meta's News Feed algorithm caused toxic and harmful content to proliferate on Meta's platforms, and incentivized users to create more toxic and harmful content. On September 15, 2021, as part of its series of bombshell revelations in the Facebook Files, *The Wall Street Journal* published an article titled "Facebook Tried to Make Its Platform a Healthier Place. It Got Angrier Instead." This article detailed how, contrary to the Company's public representations, Meta's algorithm drove the proliferation of toxic content and misinformation. Based on the troves of internal documents obtained by Haugen, the *Journal* revealed for the first time that Meta's statements concerning the algorithm were false and misleading, and that Defendants had known the truth for years.

432.    Contrary to Defendants' statements that they reduced harmful content, the *Journal* explained that, inside of Meta, "staffers warned the change was having the opposite effect, the documents show. It was making Facebook's platform an angrier place." Meta's own internal research showed that content that expressed (or caused) anger and outrage was far more likely to be weighted more heavily by the algorithm and thereby spread more widely across Facebook. As a result, hateful and toxic content was elevated in users' News Feeds, attracting even more negative engagement, steering the entire platform toward toxicity.

433.    An October 26, 2021, *Washington Post* article similarly described the changes to

---

553 BLBG-Haugen_0023768 - BLBG-Haugen_0023779 at -778.
554 BLBG-Haugen_0023768 - BLBG-Haugen_0023779 at -769.

the News Feed algorithm and their effect:

> *Facebook programmed the algorithm that decided what people see in their news feeds to use the reaction emoji as signals to push more emotional and provocative content—including content likely to make them angry*. . . . Facebook's ranking algorithm treated emoji reactions as five times more valuable than "likes," internal documents reveal. *Facebook for three years systematically amped up some of the worst of its platform, making it more prominent in users' feeds and spreading it to a much wider audience.* The power of the algorithmic promotion undermined the efforts of Facebook's content moderators and integrity teams, who were fighting an uphill battle against toxic and harmful content.

434.    From the September 15, 2021 Facebook File article, Haugen's whistleblower complaints provided to the SEC, and related news publications, the public learned for the first time how the 2018 algorithm changes contributed to the proliferation of toxic content on Meta's platforms, and that Meta employees widely discussed these problems for years leading up to the Class Period. Internal documents now further confirm what the *Journal* and *Washington Post* had reported, and that since at least as early as 2018, Meta knew that its algorithm proliferated harmful content.

435.    For instance, Meta learned very soon after the 2018 algorithm changes that Facebook rewarded content that led to negative responses by users, and which incentivized publishers and advertisers to post divisive or toxic content. On ▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮ (a Meta Data Scientist) published an internal report called "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." The report concluded that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[555]

436.    Just weeks later, on ▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮ and ▮▮▮▮▮▮ (a Data Science and Research Manager) respectively, published another internal report ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[556] The report ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The report ▮▮▮▮▮

---

[555] BLBG-Haugen_0011345 – BLBG-Haugen_0011355.
[556] BLBG-Haugen_0011326 - BLBG-Haugen_0011342.

███████████████████████████████████████████████████

███████████ [557] Once again, Meta's internal research found that ████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████ [558]

437.    That report additionally posed the question, ████████████████ to

which it answered:

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
[559]

438.    In 2019, Meta's research continued to consistently demonstrate that its algorithm

caused harmful content to proliferate, including, specially, political content. For example, an ████

████████ internal report titled "██████████████████████████" by █████████

(a UX (User Experience) Researcher) similarly found that "████████████████████

███████████████████████████████████████████████████

████████████" [560] This meant that ████████████████████████████

███████████████████████████████████ "████████████████████

███████████████████████████████." [561] The report highlighted examples in

Spain, where politicians told researchers that since they had learned that "████████████████

---

[557] BLBG-Haugen_0011326 - BLBG-Haugen_0011342.
[558] BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -327.
[559] BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -334.
[560] BLBG-Haugen_0010236 – BLBG-Haugen_0010257.
[561] BLBG-Haugen_0010236 – BLBG-Haugen_0010257.

1 ██████████████████████████████████████████████████████

2 ████████[562] And in ███████████████████████████████████

3 ██████████████████████████████████████████████████████

4 ██████████████████████████████████████████.██████████████

5 ████████████████████████████████████████████████████[563]

6 Meta researchers reported ██████████████████████████████

439.     Likewise, as the *Journal* reported in the September 15 Facebook File, Meta's internal research from an ████████ report by ██████████ (a Meta Data Scientist) and ███ (a Meta Senior Director of Product Analytics) concluded that "███████████████ ████████████████████████████████████████████████"[564] Meta's employees concluded that ███████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████ researchers noted in internal memos.[565]

440.     As Meta documented the fact that its algorithm promoted a wide range of harmful content, Meta's own contemporaneous internal research also documented in stark detail how Meta's content-moderation practices were grossly deficient to fix the problem that its algorithm created.

441.     For example, a ████████ internal research report, titled "███████████ ████████████████," explained that the "███████████" used to facilitate content moderation "██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████"[566] As the researcher explained, "███ ██████████████████████████████████████████████████████ ███████████████████████████████████████████████████[567]

────────────────────────────

[562] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -238.

[563] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -238 (emphasis original).

[564] WSJ reporting on BLBG-Haugen_0007089 – BLBG-Haugen_0007135 at -094.

[565] BLBG-Haugen_0007089 – BLBG-Haugen_0007135.

[566] BLBG-Haugen_0007613 - BLBG-Haugen_0007622.

[567] BLBG-Haugen_0007613 - BLBG-Haugen_0007622 at -613, -615.

442.    The same report noted that, regarding misinformation, " ███████████ ████████████████████████████████████████████████████████████."[568] And as to
"██████████████" the research showed that although "███████████████████
███████████████████████████████████" the Company ████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████."[569] As a consequence, "████████████████████████████
███████████████████████████████████" but "████████████████████
████████████████████████████████████████████████████████████
███████████████."[570] Meta thus understood that its ability to solve this problem was severely limited, and even if it could solve this issue, its employees might be prevented from launching those fixes based on other Company policy concerns.

443.    Even after Meta was warned that its fixes were ineffective, internal research continued to show that the algorithm was responsible for the proliferation of toxic content. On ██████████, Evan Turner (a Data Scientist for Product Analytics at Facebook) published an internal research report titled "████████████████████████" The report concluded, based on "██████████████████" that ███████████████████████████████████████████
██████████████████████. Moreover, internal research demonstrated the ████████
████████████████████████████████████████"[571] The report also concluded that ████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████[72]

444.    Meta employees, including Defendant Rosen, exchanged messages concerning the

---

[568] BLBG-Haugen_0007613 - BLBG-Haugen_0007622 at -614.
[569] BLBG-Haugen_0007613 - BLBG-Haugen_0007622 at -615.
[570] BLBG-Haugen_0007613 - BLBG-Haugen_0007622 at -617 (emphasis original).
[571] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -106.
[572] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -077.

report on an internal message board. In that discussion, ██████████ (a Research Scientist) wrote:

███████████████████████████████████████████████

[573]

███████████████████████████████████████████████

[574]

445.     Meta employees understood the direct link between the Facebook algorithm and the increase in harmful content. On ████████████, ████████ (a Data Science and Research Manager) published a report titled "█████████████████████," which documented internally that "████████████████████████████████"[575] The report further detailed that ███████████████████████████████████████████

████████████████████████████████████████████

██████████[576] More specifically, Meta's ████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████[577]

446.     On ████████████ ██████████████████████████████ along with

██████████████ (a Product Marketing Manager, Newsfeed), and ████████████ (a Product Management – Integrity) published an internal report titled ██████████████████████

██████████████ that ██████████████████. According to the report, "███████████

---

[573] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -106-07.
[574] BLBG-Haugen_0014072 – BLBG-Haugen_0014112 at -100.
[575] BLBG-Haugen_0013443 - BLBG-Haugen_0013443 at -415
[576] BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -415.
[577] BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -415.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████[578]

447.    The Company's internal documents and communications show not only widespread awareness and concern about the News Feed algorithm's role in promoting and spreading toxic content, but also that senior Company executives rejected proposed fixes to reduce toxic content. Haugen explained to *The Wall Street Journal*, as reported on October 3, 2021, that driving engagement was a major focus for Meta, and key internal policy decisions were focused on maximizing and maintaining engagement even at the expense of safety.

> Ms. Haugen said the company seemed unwilling to accept initiatives to prove safety if that would make it harder to attract and engage users, discouraging her and other employees.

> "What did we do? We built a giant machine that optimizes for engagement, whether or not it is real," read a presentation from the Connections Integrity team, an umbrella group tasked with "shaping a healthy public content ecosystem," in the fall of 2019. The presentation described viral misinformation and societal violence as among the results.

448.    Haugen similarly told *60 Minutes* in her interview that aired on October 3, 2021, that "Facebook has realized that if they change the algorithm to be safer, people will spend less time on the site, they'll click on less ads, they'll make less money." Haugen explained to *60 Minutes* that senior management therefore refused to change internal policies, and attempts to sound alarms internally had failed: "You know what's going on inside of Facebook and you know no one else knows." She added, "I knew what my future looked like if I continued to stay at Facebook, which is person after person has tackled this inside of Facebook and ground themselves to the ground."

**3.    Contrary to Defendants' Public Representations, Meta Exempted Several Million High-Profile Users from Its Content-Moderation Policies, Allowing Them to Violate "Community Standards" with Impunity**

**a.    Defendants Assure Investors that Meta Applies Its Content Standards Equally to All Users**

449.    Meta has long presented itself as a platform for connection, dialogue, and community, and has pointed to its content-moderation policies—primarily its Community

---

[578] BLBG-Haugen_0006039 - BLBG-Haugen_0006040.

Standards—as furthering those goals. As the Company explains in its Transparency Center—a central online hub for all of Facebook's content policies—"The Facebook Community Standards outline what is and isn't allowed on Facebook." The Community Standards thereby ostensibly "ensure everyone's voice is valued" and that the platform "include[s] different views and beliefs, especially from people and communities that might otherwise be overlooked or marginalized."

450.    When Defendants announced Meta's 2018 changes to its News Feed algorithm to supposedly prioritize "meaningful social interactions," discussed in more detail below, they claimed that change would further the Company's stated goals of community and equity. Defendant Mosseri began a post announcing the Company's 2018 News Feed changes (in his then-role as Head of News Feed) by stressing that "Facebook was built to bring people closer together and build relationships." Defendant Zuckerberg similarly announced those changes by stating that "[w]e built Facebook to help people stay connected and bring us closer together with the people that matter to us." Later, during a September 13, 2018 interview with Britain's *This Morning* program, Defendant Davis discussed the recent changes to the News Feed and explained that those changes reflected that "We have heard from Mark himself that we are putting people over profits."

451.    The Company's supposed consistent application of its content-moderation policies was central to its purported focus on building personal connections and community. According to Zuckerberg, the 2018 News Feed algorithm changes were needed because "public content" was "crowding out the personal moments that lead us to connect more with each other," and that as a result of the changes "you'll see less public content . . . . ***And the public content you see more will be held to the same standard—it should encourage meaningful interactions between people.***"

452.    In April 2018, Meta first made public the guidelines it supposedly used to enforce its Community Standards. At the time, the Company was reeling and its content-moderation policies were under intense scrutiny. A month earlier, in March 2018, Meta announced that it was suspending data analytics firm Cambridge Analytica from its platform; shortly afterwards, news outlets reported that Cambridge Analytica had been able to improperly harvest more than 50 million users' private information from the platform, without permission. Meta faced investigations and outrage from legislators, regulators, and its user base, both in the United States

and around the world.

453.    On April 4, 2018, Meta disclosed that the Cambridge Analytica data breach impacted as many as 87 million users, nearly 40 million more than initially disclosed. Defendant Zuckerberg then testified before the U.S. Senate Committee on Commerce, Science, and Transportation and the U.S. Senate Committee on the Judiciary on April 10, 2018, and the U.S. House Committee on Energy & Commerce on April 11, 2018. During those hearings, legislators pressed Zuckerberg for information about the Company's ability and efforts to combat disinformation, among other things. The specter of government intervention loomed large. For example, Sen. Jon Thune, then-Chair of the Senate Commerce Committee, noted that the Cambridge Analytica scandal appeared "to be the result of people exploiting the tools you created to manipulate users' information," and warned that "[i]n the past, many of my colleagues on both sides of the aisle have been willing to defer to tech companies' efforts to regulate themselves. But this may be changing."

454.    Less than two weeks later, Meta published its Community Standards enforcement guidelines. In an announcement posted to the Company's Newsroom, Monika Bickert, then Vice President of Global Policy Management, wrote,

> One of the questions we're asked most often is how we decide what's allowed on Facebook. These decisions are among the most important we make because they're central to ensuring that Facebook is both a safe place and a place to freely discuss different points of view. For years, we've had Community Standards that explain what stays up and what comes down. Today we're going one step further and publishing the internal guidelines we use to enforce those standards.

455.    In her post, Bickert represented that, although the Community Standards had "evolve[d] over time," "[w]hat has not changed—and will not change—are the underlying principles of safety, voice and equity on which these standards are based." She elaborated that "equity is such an important principle" because of "the global nature of our service," so "we aim to apply these standards consistently and fairly to all communities and cultures."

456.    In mid-July 2018, a British television show, *Channel 4 Dispatches*, questioned whether the Company had a "shielded review" process through which certain more popular pages were not subject to the same content enforcement. In response, Meta strongly denied that any users

or groups received any "special protections." In a July 17, 2018 Newsroom post titled "Working to Keep Facebook Safe," Bickert flatly stated that "we remove content from Facebook, no matter who posts it, when it violates our standards." She identified "the system described in *Dispatches*" as "Cross Check," stating that it does not provide "special protections for any group," and is merely a "second layer of review to make sure we've applied our policies correctly." Bickert stressed that cross-check "does not protect the profile, Page or content from being removed. It is simply done to make sure our decision is correct."

457. Defendants continued to state up to and throughout the Class Period that Meta applied its content-moderation policies consistently, regardless of whether users were public figures. In Meta's May 2021 written responses to questions from members of Congress, the Company stated that its "harassment policy applies to both public and private individuals" and that "Our Community Standards apply to all content, and we assess everyone under those Standards. When we identify or learn of content that violates our policies, we remove that content regardless of who posted it."

458. Likewise, during a May 19, 2021, conference call with the public to discuss Facebook's Community Standards Enforcement Report, Bickert stated without qualification that "our Covid-19 misinformation policies do apply to everybody around the world that includes heads of state and presidents."

459. And during the Company's May 26, 2021, annual shareholders' meeting, Defendant Clegg stated that "[w]e always strive to enforce our policies evenly without regard to the political affiliation of those affected. . . . [O]ur policies on hate speech, incitement and so on apply to everyone regardless of their position of power. And those rules, our rules are set out in our Community Standards and they're available publicly and in considerable detail. So we—we're very clear, we remove content that poses specific harm to people, content intended to intimidate, exclude or silence views."

460. Defendants Clegg and Meta made several additional assurances about the even application of Meta's content-moderation policies in statements surrounding the suspension of former President Donald Trump's accounts. Meta indefinitely suspended Trump's Facebook and

Instagram accounts shortly after the political unrest and violence of January 6, 2021, and sought review of the decision from its Oversight Board, an independent body constituted to provide review of Meta's difficult content-moderation decisions. On May 5, 2021, the Oversight Board criticized Meta for instituting an open-ended suspension that was, in the Oversight Board's view, "indeterminate and standardless," and admonished Meta to review its policies to determine a clear and proportionate action. In addition, the Oversight Board issued several recommendations concerning the treatment of "political speech from highly influential users," and urged Facebook to "Produce more information to help users understand and evaluate the process and criteria for applying the newsworthiness allowance, including how it applies to influential accounts. The company should also clearly explain the rationale, standards and processes of the cross check review, and report on the relative error rates of determinations made through cross check compared with ordinary enforcement procedures."

461.    On June 4, 2021, Meta issued a news release written by Defendant Clegg, announcing "new enforcement protocols" for exceptional circumstances, and stated that based on those new protocols, Meta was suspending Trump's accounts for a two-year term. In response to the Oversight Board's recommendations, Clegg provided information about Meta's "newsworthiness allowance" and acknowledged that "we allow certain content that is newsworthy or important to the public interest to remain on our platform—even if it might otherwise violate our Community Standards. We may limit other enforcement consequences, such as demotions, when it is in the public interest to do so." Clegg assured, however, that Meta granted the newsworthiness allowance to only a "small number of posts," would publish the "rare instances when we apply it," and would take content down if "the risk of harm outweighs the public interest." Clegg also assured that "we will not treat content posted by politicians any differently from content posted by anyone else. Instead we will simply apply our newsworthiness balancing test in the same way to all content."

462.    Clegg further linked Meta's full response to the Oversight Board's recommendations, which addressed Meta's "cross check system." On cross-check, the full response stated:

We employ an additional review, called our cross check system, to help confirm we are applying our policies correctly for content that will likely be seen by many people. . . . Cross check simply means that we will give some content from certain Pages or Profiles additional review. We often apply this process to ensure our policies are applied correctly for public figures and content on Facebook that will be seen by many people.

463.     The full response also pointed the public to the July 17, 2018 post from Bickert that likewise described cross-check as a "second layer of review," but assured that "we remove content from Facebook, no matter who posts it, when it violates our standards. There are no special protections for any group." As noted above, Bickert's post also stated that "Cross Checking something on Facebook does not protect the profile, Page or content from being removed. It is simply done to make sure our decision in correct."

464.     Meta's full response to the Oversight Board's recommendations affirmed that "[o]ur Community Standards apply around the world to all types of content and are designed so they can be applied consistently and fairly," and clarified that "we remove content from Facebook, no matter who posts it, when it violates our Community Standards. There is only one exception— and that is for content that receives a newsworthiness allowance." Again, Meta explained that a newsworthiness allowance, like one that Meta had applied to Trump's accounts during his presidency, happens only in "exceptional circumstances," is rare, will be published, and will be reversed if the risk of harm outweighs the public interest. Moreover, Meta refused to implement the Oversight Board's recommendation for more transparency on cross-check, claiming that its "measurement accuracy systems are not designed to review the small number of decisions made through the cross check process."

465.     The suspension of Trump's accounts touched off an intense round of media scrutiny over Meta's reaction to the Oversight Board's decision and how the Company treats high-profile users. Defendant Clegg made several media appearances to discuss the issue, and in a segment with *CBS News* that aired on June 5, 2021, Clegg affirmed that ***"Whether you are the Pope, the Queen, or the President of the United States, what we apply to everybody is you cannot use our services to say things which we think can deliberately lead to harm."***

**b.    In Truth, Meta's "Cross-Check" and "Whitelisting" Practices Exempted Several Million High-Profile Users from Content Enforcement**

466.    Unfortunately for Meta's investors, Defendants' statements summarized above were materially false and misleading and omitted material facts. Contrary to Defendants' statements that Meta applied its Community Standards equally to all users, Meta had constructed an elaborate mechanism through its "cross-check" (also called "X-Check") and "whitelisting" practices by which it exempted several million users—including its most influential users—from its Community Standards, thus allowing them to violate those standards with impunity.

467.    On September 13, 2021, *The Wall Street Journal* published the first Facebook File. As the *Journal* reported, the internal documents it reviewed:

> Include research reports, online employee discussions and drafts of presentations to senior management, including Mr. Zuckerberg. They aren't the result of idle grumbling, but rather the formal work of teams whose job was to examine the social network and figure out how it could improve.
>
> They offer perhaps the clearest picture thus far of how broadly Facebook's problems are known inside the company, up to the CEO himself. And when Facebook speaks publicly about many of these issues, to lawmakers, regulators and, in the case of XCheck, its own Oversight Board, it often provides misleading or partial answers, masking how much it knows.

468.    The September 13 Facebook File, titled "Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt.," reported that—contrary to Defendants' public representations—Meta exempted numerous high-profile users from its content enforcement policies and practices, creating "invisible elite tiers within the social network" with frequently harmful effects. The article began:

> Mark Zuckerberg has publicly said Facebook Inc. allows its more than three billion users to speak on equal footing with the elites of politics, culture and journalism, and that its standards of behavior apply to everyone, no matter their status or fame. ***In private, the company has built a system that has exempted high-profile users from some or all of its rules,*** according to company documents reviewed by the Wall Street Journal.
>
> The program, known as "cross check" or "XCheck," was initially intended as a quality control measure for actions taken against high-profile accounts, including celebrities, politicians and journalists. Today, ***it shields millions of VIP users from the company's normal enforcement process, the documents show. Some users are "whitelisted"—rendered immune from enforcement actions—while others are***

***allowed to post rule-violating material pending Facebook employee reviews that often never come.***

469.    Users on the cross-check list would have potentially violating content "route[d] . . . into a separate system" and that content would stay up pending human review, which frequently occurred late or not at all. According to the internal documents that the *Journal* reviewed, "most of the content flagged by the XCheck system faced no subsequent reviews." By 2020, at least ***5.8 million*** users were on the cross-check list and were carved out from Meta's otherwise applicable content moderation and enforcement practices due to being "newsworthy," "influential or popular," or "PR risky."

470.    Users who were whitelisted were "immune from enforcement actions," and accordingly received no scrutiny or accountability. According to a 2019 internal audit, at least 45 teams around the Company were involved in whitelisting, many of which "chose not to enforce the rules with high-profile accounts at all."

471.    In addition to contradicting Defendants' public statements, the Company's cross-check and whitelisting practices had harmful consequences. As *The Wall Street Journal* reported, "Facebook appeared more concerned with avoiding gaffes than mitigating high-profile abuse." For example, in 2019, a woman accused Brazilian soccer star Neymar da Silva Santos Jr. (popularly known by his first name, Neymar) of rape. Neymar had more than 150 million followers on Meta's Instagram platform; in response to the allegations, he posted a video with his accuser's name and nude photos of her on both Facebook and Instagram, and he accused her of extorting him.

472.    Such "nonconsensual intimate imagery" (or "revenge porn") violated the Company's content-moderation policies and should have been removed immediately upon detection, and Neymar's accounts should have been deleted. But because Neymar was in the cross-check program, Meta's platforms kept that content up for more than a day. Fifty-six million Facebook and Instagram users saw the video with nude photos of Neymar's accuser, and the video was reposted more than 6,000 times, subjecting her to abuse and harassment. An internal review that Meta later conducted found that "[a]fter escalating the case to leadership, we decided to leave Neymar's accounts active, a departure from our usual 'one strike' profile disable policy." This was

not an isolated incident; the *Journal* reported that internal documents it reviewed found that in 2020, "XCheck allowed posts that violated its rules to be viewed at least 16.4 billion times, before later being removed." A 2019 internal audit similarly found that "We currently review less than 10% of XChecked content."

473.    Meta's undisclosed widespread use of cross-check and whitelisting to exempt high-profile users from "Community Standards"—and its harmful consequences—were well known and widely documented throughout Meta, including at its highest levels. Meta's own internal research documented and warned about the Company's cross-check and whitelisting practices for years. For example, a 2019 internal review of Meta's whitelisting practices stressed that "***We are not actually doing what we say we do publicly,***" calling the practices "a breach of trust" because, "[u]nlike the rest of our community, these people can violate our standards without any consequences." The review warned that whitelisting was "not publicly defensible."

474.    An internal research report titled "Comparing the effects of misinfo from politicians vs ordinary user sources" further found that whitelisting had particularly harmful consequences. Specifically, research showed that "[u]nder the political whitelist policy, content posted by whitelisted Pages or Profiles is not subject to our misinformation interventions," and "results indicate the current whitelist policy is protecting content that is especially likely to deceive, and hence to harm, people on our platforms." Accordingly, the report "recommend[ed] ending the whitelist, or at least (1) informing users; [and] (2) reducing distribution."

475.    A December 11, 2020, internal research report, titled "Political Influences on Content Policy," confirms the involvement of Meta's senior management (including Defendant Zuckerberg specifically, as well as management on the Company's Public Policy team) in making these decisions to exclude particular individuals from the Company's content-moderation policies. Meta's Public Policy team oversees the Company's political activity, including government relations and lobbying efforts. Meta recognizes on its website that "[p]ublic policy decisions can have significant implications for the people that use our services and the future direction of our company."

476.    Meta's researchers reported, among other things:

**2. Facebook routinely makes exceptions for powerful actors when enforcing content policy**. The standard protocol for enforcement and policy involved consulting Public Policy on any significant changes, and their input regularly protects powerful constituencies. Detailed examples are given below. Briefly:

    **a.** Misinformation repeat-offender escalations seem to have regularly been influenced by input from Public Policy, exempting publishers on the grounds that they are "sensitive" or likely to retaliate. In the US it appears that interventions have been almost exclusively on behalf of conservative publishers.

    **b.** We have made one-off carve-outs in misinformation enforcement, apparently due to political pressure.

    **c.** In India a politician who regularly posted hate speech was exempted by the Indian Public Policy team from normal punishment explicitly for political considerations.

**3. Facebook routinely makes decisions about algorithms based on input from Public Policy.**

    **a.** When significant changes are made to our algorithms (ranking, recommendations) they are usually reviewed by staff from Public Policy. Public Policy typically are interested in the impact on politicians and political media, and they commonly veto launches which have significant negative impacts on politically sensitive actors.

**4. Final calls about content policy are routinely made by senior executives.** In multiple cases *the final judgment about whether a prominent post violates a certain written policy are made by senior executives, sometimes Mark Zuckerberg. If our decisions are intended to be an application of a written policy then it's unclear why executives would be consulted.* If instead there was an unwritten aspect to our policies, namely to protect sensitive constituencies, then it's natural that we would like executives to have final decision-making power.

477.    In addition, the *Journal* reported that many "VIP" users and their content were subject to review at the highest levels of the Company, including by Defendant Zuckerberg: "At times, pulling content from a VIP's account requires approval from senior executives on the communications and public-policy teams, or even from Mr. Zuckerberg or Chief Operating Officer Sheryl Sandberg." A September 2020 memo also described what the *Journal* called "daily interventions in [the Company's] rule-making and enforcement process by both Facebook's public-policy team and senior executives."

478.    Among other instances, Zuckerberg has admitted that he personally made the decision to leave up former President Trump's May 28, 2020, post (discussing protests after George Floyd's death) that "When the looting starts, the shooting starts." Meta's automated

systems had scored that post a 90 out of 100, indicating a "high likelihood" it violated the Company's content-moderation policies.

479.    An October 27, 2021, *Associated Press* report described an internal Company research memo dated June 5, 2020, documenting the fallout from Trump's post: "it wasn't until after Trump posted about Floyd's death that the reports of violence and hate speech increased 'rapidly' on Facebook across the country, an internal company analysis of the ex-president's social media post reveals." Moreover,

> [t]he internal analysis shows a five-fold increase in violence reports on Facebook, while complaints of hate speech tripled in the days following Trump's post. Reports of false news on the platform doubled. Reshares of Trump's message generated a "substantial amount of hateful and violent comments," many of which Facebook worked to remove. Some of those comments included calls to "start shooting these thugs" and "f--- the white."

> By June 2, "we can see clearly that the entire country was basically 'on fire,'" a Facebook employee wrote of the increase in hate speech and violence reports in the June 5 memo.

480.    Similar to cross-check, a 2019 internal audit found that whitelist status, which was sometimes granted without any documented reason, was ***"pervasive, touching almost every area of the company,"*** and "pose[d] numerous legal, compliance, and legitimacy risks for the company and harm to our community."

481.    The gulf between Defendants' public representations that the Company applied its content-moderation policies evenly, and the reality of cross-check and whitelisting, has caused shock and outrage. For example, law professor Jena Martin—a former senior counsel in the SEC's Division of Enforcement—wrote in a September 21, 2021, article titled "Why Facebook's Mark Zuckerberg may be in hot water with the SEC":

> *The Wall Street Journal* recently revealed that Facebook treats users' posts differently depending on their wealth, privilege and status.

> That and other findings based on internal Facebook documents may be troubling enough, but the social network's bigger problem could be the Securities and Exchange Commission.

> ***The documents suggest Facebook presented different, contradictory versions of these policies in public and private. From a securities regulation standpoint, any big lie could potentially defraud investors and invite an investigation—especially when the company involved is Facebook.*** . . .

[T]here's what securities lawyers call "garden variety fraud" in which a company or executive tells a significant lie—or makes a significant misrepresentation—that misleads investors about some important aspect of the company. The SEC charged Volkswagen with defrauding investors by lying to the public about "the environmental impact of the company's 'clean diesel fleet.'"

**This is what Zuckerberg might have done by making public statements that seem to contradict the company's internal documents,** as reported by The Wall Street Journal.

**The key thing that each of these scenarios have in common is that someone misled investors.**

### c.    Meta's Own Oversight Board Excoriated the Company for Misrepresenting and Concealing Cross-Check

482.    On September 21, 2021, following *The Wall Street Journal*'s September 13 Facebook File detailing Meta's cross-check and whitelisting practices, the Company's Oversight Board issued a scathing rebuke to Defendants.

483.    The Oversight Board's missive leaves no question that Defendants' public representations about consistently applying content-moderation policies to all users were false and misled not just the public but also Meta's own Oversight Board. The Oversight Board wrote:

Last week, new information emerged on Facebook's 'cross-check' system . . . . This information came to light due to the reporting of the Wall Street Journal, and we are grateful to the efforts of journalists who have shed greater light on issues that are relevant to the Board's mission. These disclosures have drawn renewed attention to the seemingly inconsistent way that the company makes decisions, and why greater transparency and independent oversight of Facebook matter so much for users.

In light of recent developments, we are looking into **the degree to which Facebook has been fully forthcoming in its responses in relation to cross-check, including the practice of whitelisting.** . . .

At the Oversight Board, we have been asking questions about cross-check for some time. In our decision concerning former US President Donald Trump's accounts, we warned that a lack of clear public information on cross-check and Facebook's 'newsworthiness exception' could contribute to perceptions that Facebook is unduly influenced by political and commercial considerations. . . .

**It is crucial that we continue to ask questions on cross-check, and publish the answers for people to see.** Transparency is essential for social media platforms. . . . By having clear rules and enforcing them consistently, platforms can give users the confidence that they'll be treated fairly. . . .

Since we published our first decisions in January, we have been shining a light on **Facebook's opaque rules** and steering the company towards greater transparency . . . .

The Oversight Board stated that it would continue to investigate the extent to which Company management had not been truthful about its cross-check and whitelisting practices, and would be "reporting what we hear from this as part of our first release of quarterly transparency reports which we will publish in October."

484.    On October 11, 2021, the Oversight Board announced that it would be meeting with whistleblower Frances Haugen in the coming weeks, and that "Board members appreciate the chance to discuss Ms. Haugen's experiences and gather information that can help push for greater transparency and accountability from Facebook through our case decisions and recommendations."

485.    The Oversight Board published its first set of transparency reports on October 21, 2021. That set of reports included a "Special report on Facebook's cross-check system," based on "information provided in a briefing by Facebook on cross-check requested by the Board following the disclosures." In its report, the Oversight Board reported its findings that the Company "**has not been fully forthcoming in its responses on cross-check.** On some occasions, Facebook failed to provide relevant information to the Board, while in other instances, the information it did provide was incomplete." Indeed, **"the company admitted that it should not have said cross-check only applied to a 'small number of decisions.'** Facebook . . . **recognized its phrasing could come across as misleading."**

486.    The Oversight Board further reported, among other things,

- "In May 2021, the Oversight Board published its decision on the suspension of former US President Donald Trump's accounts . . . . While the Board's decision focused on Facebook's cross-check's system, the company did not mention cross-check when it referred this case to the Board, or in the initial case file materials it provided. ***Given that the referral included a specific policy question about account-level enforcement for political leaders, many of whom the Board now believes were covered by cross-check, it is not acceptable that Facebook did not mention cross-check in the information it initially provided.*** This was clearly relevant to the Board's deliberations and its ability to make informed

recommendations. . . . Facebook's answer was consistent with a 2018 Facebook newsroom article on cross-check (itself a response to a previous media leak) which Facebook cited and hyperlinked in its response. It was on the basis of this information that the Board addressed cross-check in its decision."

- "The Trump decision raised *concerns about a lack of transparency around cross-check and the different outcomes which might arise from applying different processes to different users.* . . .

  "While the Board did not explicitly support or oppose the idea of cross-check as it was presented by Facebook, the Trump decision included guidance at odds with the cross-check program as described by the Wall Street Journal, particularly the idea that 'the same rules should apply to all users of the platform.' . . .

  "The Board also noted in its Trump decision that there is 'limited public information on cross-check' and that 'the lack of transparency regarding these decision-making processes appears to contribute to perceptions that the company may be unduly influenced by political or commercial considerations.'"

- Concerning information Facebook placed in its "Transparency Center," "The new Transparency Center explanation provided also states that cross-check is for 'high-visibility content,' implying that the program applies to individual pieces of content based on reach, rather than the identity of the account or page. *The fact that Facebook provided such an ambiguous, undetailed response to a call for greater transparency is not acceptable. Facebook's answer provides no meaningful transparency on the criteria for accounts or pages being selected for inclusion in cross-check,* which was at the heart of the Board's recommendation."

487.  As Kate Klonick, a law professor whom the Company hired to study the Oversight Board's formation and process, told the *Journal*, "Why would they spend so much time and money setting up the Oversight Board, then lie to it? This is going to completely undercut it."

C.     **Meta Stock Price Declines In Response To The Publication Of The Facebook Files And Additional Disclosures Connected To The Fraud**

1.     ***The Wall Street Journal*** **Publishes The Facebook Files And Defendants Push Back With Denials**

488.     On September 13, 2021, prior to the market opening, *The Wall Street Journal* published the first of a series of articles collectively titled "The Facebook Files." This kicked off a series of disclosures and ensuing stock price declines that were causally connected to the facts that Defendants misrepresented and concealed. Over the course of five days, The Facebook Files pulled back the curtain on Meta's internal research and business practices, quoting from confidential internal documents and interviews with former employees that provided new information demonstrating that Defendants knew that Meta's platforms (primarily Facebook and Instagram) were actively harming users and the public at large by, among other things, (a) mischaracterizing the research on Instagram's effects on young users when Defendants knew, contrary to their public statements, that it had serious negative impacts on the health of young users, and mischaracterizing protections for young users on their platforms when Defendants knew, contrary to their public statements, that Defendants implemented watered-down changes its own internal analysis showed would have little to no effect—or that they purposefully implemented no meaningful protections at all; (b) propagating and widely spreading hate speech, disinformation, and other toxic content, by creating and then refusing to rein in an algorithm that promoted the distribution of such content; and (c) allowing powerful elite users to make unchecked statements in violation of Meta's touted Community Standards.

489.     The Facebook Files were remarkable in that they provided concrete documentation of Facebook's dangers from Meta's own internal research and communications, and from interviews with Meta employees tasked with the removal, prevention, and moderation of harmful content, rather than only from third-party sources. As noted above, according to the *Journal* in its initial Facebook File, the sources and information being revealed provided new and persuasive evidence of how Meta's Facebook and Instagram platforms contributed to and exacerbated these problems, and how Meta's top executives knew this:

> The documents include research reports, online employee discussions and drafts of presentations to senior management, including Mr. Zuckerberg. They aren't the

result of idle grumbling, but rather the formal work of teams whose job was to examine the social network and figure out how it could improve.

They offer perhaps the clearest picture thus far of how broadly Facebook's problems are known inside the company, up to the CEO himself. And when Facebook speaks publicly about many of these issues, to lawmakers, regulators and, in the case of XCheck, its own Oversight Board, it often provides misleading or partial answers, masking how much it knows.[579]

490.    As explained further below, the Facebook Files' initial impact was muted by Facebook's response to the *Journal*'s articles. In both formal public statements and rapid-fire responses posted on Twitter by Meta's communications team and Defendants Clegg, Mosseri, and Zuckerberg, Meta launched an orchestrated and misleading counter-narrative that muddied the disclosures and their impact. This tactic was premeditated. As later revealed by *The Washington Post* on October 4, 2021, the Company's prior strategy of apologizing and promising change when called out for its errors was replaced with a defiant response through which "the company has deployed a slate of executives to mount a public defense while quibbling with the details of the allegations" from the whistleblower. These concerted efforts worked to blunt the impact of the disclosures.

a.    **September 13, 2021: The September 13 Facebook File Describes Internal Documents Showing That Meta Allowed Millions Of Users To Violate Its Community Standards And Post Harmful Content With Impunity**

491.    On September 13, 2021, *The Wall Street Journal* posted online the first Facebook Files article, titled "Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt" (the "September 13 Facebook File"). The September 13 Facebook File noted that the article was the first of a forthcoming series of articles that were based, in substantial part, on internal documents that had been recently turned over to the SEC and to Congress by an anonymous former employee seeking whistleblower protection.

492.    *The Wall Street Journal* reported that, contrary to Meta's repeated and emphatic public statements—such as newsworthiness allowances were only given to a ***"small number of***

---

[579] Jeff Horwitz, *Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt*, Wall St. J. (Sept. 13, 2021), https://www.wsj.com/tech/facebook-files-xcheck-zuckerberg-elite-rules-11631541353.

*posts,"* that the Company would publish the ***"rare instances when we apply it,"*** that ***"it is not feasible to track"*** information about the Meta's cross check determinations, and that Meta's ***"measurement accuracy systems are not designed to review the small number of decisions made through the cross check process"***—Meta in fact granted allowances and exceptions from its Community Standards to millions of users under both its cross check process and a separate, previously concealed "whitelisting" process. The September 13 Facebook File described how Meta purposely "built a system that has exempted high-profile users from some or all of its rules," and allowed that system to grow exponentially such that by 2020, at least 5.8 million users were part of an "invisible elite tier" of protected content distributors.

493.    As *The Wall Street Journal* laid out, using internal research and presentations from 2019 through early 2021, the "X-Check" (or "cross check") program "shields millions of VIP users from the company's normal enforcement process." Of those 5.8 million users, many "are 'whitelisted'—rendered immune from enforcement actions—while others are allowed to post rule-violating material pending Facebook employee reviews that often never come." Internal documents relied upon by the *Journal* in the September 13 Facebook File established that Meta's whitelist for "VIPs" applied to a broad and unstructured group that included celebrities, professional athletes, politicians, and "pretty much anyone regularly in the media or who has a substantial online following." In fact, an "internal guide to XCheck eligibility cites qualifications including being 'newsworthy,' 'influential or popular' or 'PR risky.'"

494.    The September 13 Facebook File revealed that not only did X-Check allow violative content to be posted by political leaders and millions of other "high-profile" individuals and groups, but further that Meta had tracked this impact of X-Check and was aware of its reach. Internal reports excerpted by the *Journal* demonstrated that X-Check, formerly known as "Shielding," was widespread, applied to millions of users, and had been tracked and measured by Meta for years.

495.    A 2019 internal review and audit of Facebook's X-Check program disclosed in the September 13 Facebook File stated bluntly: "***We are not actually doing what we say we do publicly***." This 2019 internal audit revealed that Meta "reviewed less than 10% of XChecked

content," meaning that the vast majority of flagged content remained on the platform. Moreover, that same internal review revealed that many "select" users were immune from any enforcement—"whitelisted"—such that "[u]nlike the rest of our community, these people can violate our standards without any consequences." That same review clearly stated that "exempting (aka whitelisting) specific people and entities creates numerous legal, compliance, PR risks for the company and harms our community."

496.    As reported by the *Journal*, Facebook researchers noted that "High-profile accounts posed greater risks than regular ones, . . . yet were the least policed." Jeff Horwitz, the author of the September 13 Facebook File, explained in a podcast published on the *Journal* website later on September 13, 2021:

> The company said they estimate they mess up around 10% of the time. And so the only way to ensure that they didn't make bad enforcement calls against powerful people was to not make any enforcement calls at all. And that became known as white listing. They would exempt people who were considered sensitive for any number of reasons. They were famous, they were athletes, they were powerful or the family members of people who were powerful and they would give those people partial or complete exemption from Facebook's rules.[580]

497.    Meta's liberal use of X-Check and the whitelist was incredibly impactful. An internal December 2020 review of the program described in the September 13 Facebook File revealed that ***posts routed for X-Check that were later found to have violated Facebook's public Community Standards were viewed at least 16.4 billion times.*** This incredible figure, from Meta's own internal tracking and measurement systems, does not account for the 90% of flagged content that is never removed from the Facebook platform because it is whitelisted or simply not reviewed once flagged. An extrapolation from this figure means that exempted posts that violated the Community Standards remained on the site and were viewed ***at least 147 billion times*** as a result of this program.

498.    Horwitz, the author of the September 13 Facebook File, explained the harmful impact of X-Check in greater detail on the podcast posted later that day, describing how soccer

---

[580] Jeff Horwitz, *Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt*, Wall St. J. (Sept. 13, 2021), https://www.wsj.com/tech/facebook-files-xcheck-zuckerberg-elite-rules-11631541353.

star Neymar's posts were routed for X-Check and, as a result, "Facebook didn't take the usual actions of deleting the offending post and then deleting his account. What happened instead was detailed in a document called Mistake Prevention Incidents Investigation." Horwitz revealed that "[t]he Neymar incident appears alongside more than a dozen other incidents that Facebook employees were keeping track of." Horwitz went on to say, based on his investigation, that "in the case of Crosscheck, right, there was no doubt inside the company, this was unacceptable, but that's nonetheless what they built."

499.    At the time, the Oversight Board did not comment on the *Journal*'s reporting that Meta had lied to the Board, providing only a written statement that was presented in the September 13 Facebook File that it "has expressed on multiple occasions its concern about the lack of transparency in Facebook's content moderation processes, especially relating to the company's inconsistent management of high-profile accounts."

500.    As the Oversight Board's statement to the *Journal* demonstrated, the Company had repeatedly blocked access to the true nature and scope of Meta's cross check program—a system that Meta described publicly and to its own Oversight Board as a "small number of decisions" that were yet purportedly impossible to track. The *Journal*'s revelations revealed how misleading Meta's public descriptions of its cross check program and its newsworthiness allowances were, and the hidden millions Meta actually exempted, including through Meta's "whitelisting" actions.

501.    Meta strongly refuted the veracity of *The Wall Street Journal*'s September 13 Facebook File, and in the process made additional false statements concerning X-Check. In a written statement published in the September 13 Facebook File, Meta spokesman Andy Stone stated that X-Check "was designed for an important reason: to create an additional step so we can accurately enforce policies on content that could require more understanding." Stone also tried to diffuse the damning documents cited in the article, stating that a "lot of this internal material is outdated information stitched together to create a narrative that glosses over the most important point: Facebook itself identified the issues with cross check and has been working to address them."

502.    Stone continued to conduct aggressive damage control for the Company. He issued

a 13-tweet thread less than two hours after the release of the September 13 Facebook File. Stone claimed that Meta had previously discussed the X-Check program in July 2018 in response to a British Channel 4 news program. Quoting liberally from the 2018 statement (that predated the internal documents cited in the article), Stone stated that X-Check "g[a]ve a second layer of review to content from high-Profile Pages or Profiles to ensure correct application of our policies," and assured investors that "[t]here aren't two systems of justice; it's an attempted safeguard against mistakes." Stone concluded his series of posts by noting that changes were "underway at the company," and that Meta had "new teams, new resources and an overhaul of the process that is an existing work-stream."

503.    Internally, however, Meta executives acknowledged the truth of the *Journal*'s reporting. For example, Defendant Clegg agreed, in a September 30, 2021 email to a third party, that ███████████████████████████████████████████████████████████████ ██████[581]

504.    Stone's statements helped dampen the effect of *The Wall Street Journal*'s reporting on the Company's stock price. Nevertheless, in response to the first article by *The Wall Street Journal* on September 13, 2021, Meta's stock price declined by $2.18 per share, from $378.69 per share on September 10, 2021, to $376.51 per share on September 13, 2021, on heavy trading volume of over 13 million shares, erasing nearly $5.2 billion of Meta market capitalization in a single day.

505.    In the Court's September 30, 2024 Order Granting in Part and Denying in Part [Defendants'] Motion to Dismiss, the Court held that the September 13 Facebook File "adequately alleged loss causation," because it "revealed information about cross-check that proximately caused Meta's stock to decline." The Court rejected Defendants' argument that "they had previously made public statements about cross-check, so the disclosures were not 'new,'" holding that because Plaintiffs alleged that the "earlier 'disclosures' were false or misleading," "they did not disseminate knowledge to the market." Motion to Dismiss Order at 32.

---

[581] META_OPERS_00010890.

b.     **September 14, 2021: The September 14 Facebook File Showcases How Meta Profited By Making Instagram "Toxic" For Teens, Causing New Congressional Scrutiny**

506.     On September 14, 2021, prior to the market opening, *The Wall Street Journal* released its second Facebook File titled "Facebook Knows Instagram Is Toxic for Many Teen Girls, Company Documents Show" (the "September 14 Facebook File"). The public learned that Meta had conducted and then concealed and mischaracterized internal research regarding the damaging impact of Instagram on the mental health of young users, especially teenage girls.

507.     For example, the March 26, 2020 "Teen Girls Body Image and Social Comparison on Instagram – An Exploratory Study in the US" presentation posted to Meta's internal message board and described by *The Wall Street Journal* found that "Thirty-two percent of teen girls said that when they felt bad about their bodies, Instagram made them feel worse,"[582] and that "comparisons on Instagram can change how young women view and describe themselves."[583] *The Wall Street Journal* described how Meta had conducted studies into Instagram's impact on young users for years, and those studies showed that "Instagram is harmful for a sizable percentage of [young users], most notably teenage girls"—a far cry from Mosseri's representations that the impact of Instagram was "quite small" and, in any event, also positive.

508.     Within Meta, the message was clear: "We make body image issues worse for 1 in 3 teen girls," according to the November 5, 2019 "Hard Life Moments – Mental Health Deep Dive" presentation.[584] *The Wall Street Journal* presented shocking internal study results showing that among a group of teens who reported suicidal thoughts, 13% of British users and 6% of American users traced the desire to kill themselves to Instagram.

509.     As reported by *The Wall Street Journal*, Meta commissioned and conducted its own research on the issue during a "Teen Mental Health Deep Dive," which culminated in five presentations by Company researchers over eighteen months beginning in 2019. Some of the problems identified by Meta "were specific to Instagram, and not social media more broadly," and

---

[582] META_OPERS_00099818 at -826.
[583] META_OPERS_00099818 at -842.
[584] META_OPERS_00089160 at -174.

had never been disclosed to the public. Essentially, these presentations revealed in the September 14 Facebook File concluded that "[t]he features that Instagram identifies as most harmful to teens appear to be at the platform's core."

510. Notably, the March 26, 2020 "Teen Girls Body Image and Social Comparison on Instagram" "deep dive" into teen girl body-image issues reached similar conclusions, and "warn[ed] that [Instagram's] Explore page, which serves users photos and videos curated by an algorithm, can send users deep into content that can be harmful."[585] *The Wall Street Journal* further reported that the research and its findings were shared with a number of Meta executives and were cited in a presentation to Defendant Zuckerberg.

511. Meta's reason for keeping its internal research secret was clear—any revelation that further reduced teen and child use of Instagram, such as a direct connection between Instagram use and poor mental health—would impact Meta's profits. As *The Wall Street Journal* noted, 2012—the year that Meta acquired Instagram—was "the first time [the Company] had observed a decline in the number of teens using its namesake Facebook product," and Instagram was seen as Meta's "best bet for growth among teens":

> Expanding its base of young users is vital to the company's more than $100 billion in annual revenue, and it doesn't want to jeopardize their engagement with the platform. . . . "Instagram is well positioned to resonate and win with young people," said a researcher's slide posted internally. Another post said: "There is a path to growth if Instagram can continue their trajectory."

512. A *Wall Street Journal* podcast posted later that day included an interview with the September 14 Facebook File author Georgia Wells, titled "The Facebook Files, Part 2: 'We Make Body Image Issues Worse.'" During the interview, the host provided more details about Mosseri's May 2021 false statements and noted that, prior to the revelation of the internal Meta research, Instagram CEO Mosseri had not even acknowledged the existence of Meta's internal research when asked by reporters about Instagram's mental health effects in May 2021. At that time, the podcast described Mosseri's previous statements to journalists where he "cited outside research that was more favorable to Instagram" to support his characterization that any known negative

---

[585] META_OPERS_00008008 at -012.

impact of Instagram on teens was "quite small:" "Its facts stated the bi-directional, so small effects, positive and small effects negative but it's quite small." However, when asked in connection with *The Wall Street Journal*'s September 14 Facebook File to comment on the internal research discussed therein, Mosseri acknowledged that the issues concerning teen mental health had an "***impact on people [that] may be huge***"—an admission that flatly contradicted his prior Class Period statements.

513.    Internally, Meta researchers agreed with *The Wall Street Journal* article. In the evening of September 14, 2021, Meta researcher ▮▮▮▮▮▮▮, who had worked on the research about Project Daisy and social comparison on Facebook and Instagram, wrote in a chat with other researchers, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[586] Further, she wrote, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[587] In the same chat, researcher ▮▮▮▮▮▮▮ asked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[588]

514.    Later, on November 5, 2021, in another internal chat with ▮▮▮▮ researcher ▮▮▮▮ ▮▮▮▮ stated, in reference to additional articles by *The Wall Street Journal* and also to the September 14 article, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[589]

515.    Meta launched a coordinated response to neutralize the impact of the September 14 Facebook File. Karina Newton, Instagram's head of public policy, responded to *The Wall Street Journal* investigation in an official Instagram corporate statement on September 14, 2021, titled "Using research to improve your experience."[590] Mosseri linked to Newton's statement on his Twitter feed to ensure wider dissemination. Newton spun the revelation into a positive disclosure,

---

[586] META_OPERS_00331141.
[587] META_OPERS_00331141.
[588] META_OPERS_00331141.
[589] META_OPERS_00331145.
[590] Karina Newton, *Using research to improve your experience*, Instagram (Sept. 14, 2021), https://about.instagram.com/blog/announcements/using-research-to-improve-your-experience.

stating, "*The Wall Street Journal* published a story today about internal research we're doing to understand young people's experiences on Instagram. While the story focuses on a limited set of findings and casts them in a negative light, we stand by this research." Newton's lengthy statement, partially excerpted below, asserted that the research demonstrated that social media had either positive impacts on young people's well-being, had an overall neutral impact, or was inconclusive and that Meta was taking multiple steps to protect its users from harms, which were societal in nature, and not caused by social media:

> It [the research] demonstrates our commitment to understanding complex and difficult issues young people may struggle with, and informs all the work we do to help those experiencing these issues.
>
> . . .
>
> External research into the impact social media has on people is still relatively nascent and evolving, and social media itself is changing rapidly. Some researchers argue that we need more evidence to understand social media's impact on people. Each study has limitations and caveats, so no single study is going to be conclusive. We need to rely on an ever-growing body of multi-method research and expert input.
>
> The research on the effects of social media on people's well-being is mixed, and our own research mirrors external research. . . . According to research by Pew Internet on teens in the US, 81% of teens said that social media makes them feel more connected to their friends. . . .
>
> Our findings were similar. Many said Instagram makes things better or has no effect, but some, particularly those who were already feeling down, said Instagram may make things worse.
>
> . . .
>
> Based on our research and feedback from experts, we've developed features so people can protect themselves from bullying, we've given everyone the option to hide like counts, and we've continued to connect people who may be struggling with local support organizations.

516.    Newton also linked to multiple pieces of research that she claimed supported Meta's position. One, titled "Why scientists don't actually know if social media is bad for you," was an article published by a psychologist at the Oxford Internet Institute. Notably, while citing and disseminating this article as authoritative, nowhere in her statement did Newton disclose that in April 2020, Meta had committed to fund a three-year, £3.3 million (i.e., $4 million) grant to the Reuters Institute for the Study of Journalism at the University of Oxford for a new "Trust in News Project." Moreover, Newton's statement that linked to Oxford research was published just one

week after Oxford's September 7 announcement that it would be "[p]artnering with the Facebook Journalism Project to help news organizations" through the jointly created the Oxford News Marketing Programme. The Oxford research that Newton linked to stated, in part,

It's not that social media is good or bad for people. It's that the science of social media and mental health is broken. We need to do research, but we shouldn't be approaching it from the perspective that the world is ending. We need to be curious and open to the possibility of its effects, positive and negative.

. . .

But that doesn't stop people claiming that cyberbullying causes suicides, even though there's no evidence to prove it. You look at reasons why young people take their lives and it's test scores or exams, it's someone close to them taking their own life or it's drug- and alcohol-related. Those are the three main attributable causes. There's no evidence that social media is part of any of them.

Now, I can either adopt false confidence and tell you social media might be a problem (and possibly drop the word 'might' for greater impact – and there's an entire cottage industry that tries to do that) or I can be honest with you and say I don't know because scientists like us can't see over the walls of the social media companies.

The danger for policymakers or parents is that if you pretend that social media is a problem, without having evidence, and you take steps to regulate it, the intervention could end up being really bad for young people.

517.    Another research piece that Newton linked to was a survey conducted by the Pew Research Center stating, in part,

Roughly eight-in-ten teens ages 13 to 17 (81%) say social media makes them feel more connected to what's going on in their friends' lives, while around two-thirds say these platforms make them feel as if they have people who will support them through tough times. And by relatively substantial margins, teens tend to associate their social media use with positive rather than negative emotions, such as feeling included rather than excluded (71% vs. 25%) or feeling confident rather than insecure (69% vs. 26%).

Young people also believe social media helps teens become more civically minded and exposes them to greater diversity – either through the people they interact with or the viewpoints they come across. Roughly two-thirds of teens say these sites help people their age interact with individuals from diverse backgrounds, find different points of view or show their support for causes or issues. And they see digital environments as important spaces for youth to connect with their friends and interact with others who share similar interests. For example, 60% of teens say they spend time with their friends online on a daily or nearly daily basis, and 77% say they ever spend time in online groups and forums.

518.    Although Newton's statement appeared under her name, as Defendant Mosseri later

stated in an internal email, Defendant Mosseri played a central role in drafting it – and declined to put his name on it to avoid having to testify before Congress. On September 23, 2021, Defendant Mosseri emailed Defendant Zuckerberg and Clegg, along with Chief Operating Officer Sandberg and others, stating, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[591]

519.     Media reported on Meta's counter-offensive. For example, on September 14, the same day as Newton's statement, *Forbes* reported that when they "[a]sked about the *WSJ*'s reporting, a Facebook spokesperson pointed *Forbes* to a blog post published in response which said the story 'focuses on a limited set of findings and casts them in a negative light,' but the company still stands by the research as it 'demonstrates our commitment to understanding complex and difficult issues young people may struggle with.'" Also on September 14, *The Guardian* reported that "Facebook declined to comment, but sent *The Guardian* a link to a blog post by Instagram's head of public policy, Karina Newton. She said the *WSJ* story had 'focused on a limited set of findings and casts them in a negative light.'"

520.     Although Meta's campaign, including Newton's article, effectively neutralized the impact of the September 14 Facebook File on Meta's stock during the trading day, the seriousness and impact of the disclosure became clearer after market close. As Defendant Clegg had noted, government officials from both major political parties reacted strongly to this news with calls for investigations, the release of internal Meta research, and testimony from top officials. On the evening of September 14, 2021, U.S. Senators Richard Blumenthal and Marsha Blackburn announced that their subcommittee would take additional steps to look into Meta's knowledge of its platforms' negative impact on teenagers and young users in direct response to that day's Facebook File. The senators' remarks were scathing, stating, "It is clear that Facebook is incapable of holding itself accountable," and that "*The Wall Street Journal*'s reporting reveals Facebook's

---

[591] META_OPERS_00729976.

leadership to be focused on a growth-at-all-costs mindset that valued profits over the health and lives of children and teens."

521.    In addition, the senators accused Meta of previously misleading them: "When given the opportunity to come clean to us about their knowledge of Instagram's impact on young users, Facebook provided evasive answers that were misleading and covered up clear evidence of significant harm."

522.    The senators also revealed that their investigation would include *The Wall Street Journal* whistleblower's testimony and additional documents yet to be revealed, stating, "We are in touch with a Facebook whistleblower and will use every resource at our disposal to investigate what Facebook knew and when they knew it – including seeking further documents and pursuing witness testimony. *The Wall Street Journal*'s blockbuster reporting may only be the tip of the iceberg."

523.    The next day, September 15, 2021, Senator Edward J. Markey and Representatives Kathy Castor and Lori Trahan—the same legislators that on June 30, 2021 had demanded Meta provide answers to whether they would provide U.S. children the same protections afforded to children in the U.K. pursuant to law—wrote to Defendant Zuckerberg, demanding answers about "recently revealed internal Facebook research includ[ing] data on the connections between Instagram use and body image problems, suicidal thoughts, and other mental health challenges among teens on the platform." The senator and congresswomen wrote that Meta's internal findings "paint a clear and devastating picture of Instagram as an app that poses significant threats to young people's wellbeing," and added that they were "deeply concerned" that Meta "continues to fail in its obligation to protect young users and has yet to commit to halt its plans to launch new platforms targeting children and teens."

524.    In the same letter, Senator Markey and Representatives Castor and Trahan also questioned whether Zuckerberg's testimony before Congress in March 2021 had been truthful: "*Although you have publicly told Congress that 'the research [I have] seen is that using social apps to connect with other people can have positive mental-health benefits,' your own company's research points to disturbing relationships between Instagram use and young*

*people's mental health challenges*." They accordingly asked Zuckerberg, "Have you personally reviewed the . . . research regarding your young users' mental health? If yes, when did you do so?" and asked him to provide "copies of all internal research Facebook has conducted regarding the mental health of your children and teen users."

525.    Media coverage of the September 14 Facebook File, podcast, and the resulting congressional scrutiny was robust. For example, on September 15, 2021, digital media platform *Mashable* published an article titled "Facebook has made it easier than ever to profit off teen girls' insecurity," noting that "[t]he *Journal*'s reporting makes clear that children and their caregivers are up against a ruthless business model in which Facebook, the companies that advertise on Instagram, and the influencers who stand to make a fortune from amassing impressionable followers all profit off the vulnerability and insecurity of its teen users." Also on September 15, *NPR* reported that the September 14 Facebook File had triggered regulatory backlash, citing intense bipartisan criticism of Meta and Defendants' misleading statements:

> Lawmakers on Capitol Hill are pressing Facebook to abandon its plans to build a version of its Instagram app for kids and demanding the company share research into how Instagram affects teenage users.
>
> ***Renewed scrutiny of Facebook's risks to teenagers' well-being was sparked by a Wall Street Journal story*** published Tuesday that revealed the social media giant's own research has found Instagram, the photo-sharing app it also owns, is particularly harmful to some teenage girls.
>
> . . .
>
> The [letter from Senator Markey and Reps. Castor and Trahan] cited Zuckerberg's testimony at a March House hearing in which he claimed that research into the impacts of social media on children's mental health is not conclusive.
>
> . . .
>
> The story [in *The Wall Street Journal*] has fueled anger among lawmakers over Facebook's lack of candor when the company was previously questioned about its effects on mental health.
>
> . . .
>
> Sens. Richard Blumenthal, D-Conn., and Marsha Blackburn, R-Tenn., who also have pressed Facebook over child safety and mental health concerns, accused the company of having "***provided evasive answers that were misleading and covered up clear evidence of significant harm***."

526.    The next day, September 16, 2021, *Business Insider* reported that "[l]awmakers are going after Facebook's development of Instagram for kids, after a report showed it knew the social

media app is toxic for teen girls," and noted the likely impact of the September 14 Facebook File, including a freeze on the development of Instagram Kids and probes into Meta's private research:

> Lawmakers are renewing their push to make Facebook halt its development of a version of Instagram for children under age 13, after a Wall Street Journal investigation released Tuesday showed the company knew from internal research that the app is harmful to teen girls.
>
> A bipartisan pair of senators leading the Consumer Protection, Product Safety, and Data Security Subcommittee, Sen. Richard Blumenthal and Sen. Marsha Blackburn, said on Tuesday **they're launching a probe into Facebook's research and its platforms' negative impact on young people**.
>
> **Both Republican and Democratic lawmakers are calling on Facebook to stop making Instagram for Kids. They're incensed by an investigation that showed Facebook knew Instagram usage is harming teenage girls**. Instagram for Kids has received backlash from parents, child safety groups, and lawmakers since it was revealed in March.

527.    *Vox* similarly reported on September 16 that

> a new series of reports from the Wall Street Journal, "The Facebook files," provides damning evidence that Facebook has studied and long known that its products cause measurable, real-world harm — including on teenagers' mental health — and then stifled that research while denying and downplaying that harm to the public. **The revelations, which only strengthen the case that a growing chorus of lawmakers and regulators have been making for breaking up Facebook or otherwise severely limiting its power as a social media giant, could represent a turning point for the company**.
>
> . . .
>
> [A] joint statement from Sens. Richard Blumenthal (D-CT) and Marsha Blackburn (R-TN) on Tuesday[ stated,] "*The Wall Street Journal*'s blockbuster reporting may only be the tip of the iceberg."

528.    Analysts also noted the seriousness of these revelations, with analysts at Morningstar later opining on October 5, 2021, that "Instagram's impact on younger girls will likely have the most enduring effect" on the Company. Morningstar remarked that "we wouldn't be surprised to see more control over usage enforced by the firm, parents, lawmakers, or all the above. This would likely reduce user growth and engagement, making the Instagram audience less attractive to advertisers." As discussed below, Section IV.C, Meta's stock dropped materially on September 15, 2021, following the September 14 and September 15 Facebook Files and the ensuing congressional scrutiny triggered by them.

529.    In the Court's September 30, 2024 Order Granting in Part and Denying in Part [Defendants'] Motion to Dismiss, the Court held that the September 14, 2021 disclosures "adequately alleged loss causation." Motion to Dismiss Order at 32.

c.    **September 15, 2021: The September 15 Facebook File Describes How Meta's Changes To Its News Feed Algorithm And Content Moderation Failures Generated Prevalent Toxic Content**

530.    On September 15, 2021, prior to the market opening, *The Wall Street Journal* released its third article just as the market opened, "Facebook Tried to Make Its Platform a Healthier Place. It Got Angrier Instead" (the "September 15 Facebook File"). In this article, investors learned that the Company knew that a 2018 change in Meta's News Feed algorithm was inordinately promoting misinformation, violent and divisive content on Facebook, that Meta's content moderation actions were grossly inadequate, and that Meta's top officials chose not to correct these problems in order to drive user engagement.

531.    According to *The Wall Street Journal*, Meta changed its algorithm ostensibly to "strengthen bonds between users and to improve their well-being." But internal documents revealed that Meta employees "***warned the change was having the opposite effect, . . . It was making Facebook's platform an angrier place***." Researchers at Meta "discovered that publishers and political parties were reorienting their posts toward outrage and sensationalism. That tactic produced high levels of comments and reactions that translated into success on Facebook" through the marketing of user engagement to advertisers on Facebook and Instagram.

532.    Internal research relied on in the article showed that, contrary to Meta's public assurances, the Company was well aware that its algorithm was making "[m]isinformation, toxicity, and violent content [] inordinately prevalent." Instead of promoting more benign content, which would result in less time spent on the platform by users and less engagement overall, Meta knew that its algorithm promoted and prioritized violent and extremist content that, in turn, led to user engagement.

533.    Once again, internal documents reviewed by *The Wall Street Journal* indicated that "strengthening bonds" between users was not the only reason for the algorithm change. Rather, the change was directed to correct a revenue problem: "Users had begun to interact less with the

platform," leading to the algorithm change in 2018.

534.     *The Wall Street Journal* reported that when the Company's integrity team later told Defendant Zuckerberg about "the tendency of the overhauled algorithm to reward outrage and lies[,] Mr. Zuckerberg resisted some of the proposed fixes, the documents show, because he was worried they might hurt the company's other objective—making users engage more with Facebook." While Meta was capable of adjusting its algorithm to demote toxic content, Defendant Zuckerberg and the Company chose to prioritize advertising revenue and profits:

> Later, Facebook data scientists zeroed in on an aspect of the revamped algorithm called "downstream MSI," which made a post more likely to appear in a user's News Feed if the algorithm calculated people were likely to share or comment on it as it passed down the chain of reshares.

> Early tests showed how reducing that aspect of the algorithm for civic and health information helped reduce the proliferation of false content. Facebook made the change for those categories in the spring of 2020.

> When [Anna] Stepanov, [leader of a Meta integrity team] presented Mr. Zuckerberg with the integrity team's proposal to expand that change beyond civic and health content—and a few countries such as Ethiopia and Myanmar where changes were already being made—***Mr. Zuckerberg said he didn't want to pursue it if it reduced user engagement, according to the documents***.

535.     Meta issued contemporaneous statements reprinted in the September 15 Facebook File in an attempt to mitigate this disclosure. For example, Stone, Meta's Policy Communications Director, provided a written statement shifting the blame for the proliferating dangerous rhetoric away from Meta:

> "Is a ranking change the source of the world's divisions? No," said Facebook spokesman Andy Stone in a written statement. "Research shows certain partisan divisions in our society have been growing for many decades, long before platforms like Facebook even existed."

536.     Following the correctives on September 14 and 15, 2021, Meta's stock dropped from $376.53 per share on September 14, 2021, to $373.92 per share on September 15, 2021, on heavy trading volume of nearly 18 million shares. This single-day drop erased nearly $6.2 billion of Meta's market capitalization.

537.     On September 19, 2021, analysts with Wolfe Research observed, "FB stock was weak on the backdrop of WSJ articles resurfacing new concerns on platform safety." In the same

report, Wolfe analysts acknowledged, "[t]here is plenty of recent controversy on FB, which admittedly weighed on shares recently (down 4% vs. Nasdaq -1%)."

### 2. Meta's Stock Price Declines Further In Response To Subsequent Disclosures Connected To The Fraud

#### a. September 21-22, 2021: Meta's Oversight Board Calls For More "Transparency" On X-Check, While Senators Grill Meta Over How Facebook Harms Teens

538.   In a scathing statement first made public during trading hours in the afternoon of September 21, 2021, Meta's Oversight Board excoriated Meta over the Company's stonewalling and withholding of documents concerning X-Check earlier in 2021 (prior to the publication of the Facebook Files):

> At the Oversight Board, we have been asking questions about cross-check for some time. In our decision concerning former US President Donald Trump's accounts, we warned that a lack of clear public information on cross-check and Facebook's "newsworthiness exception" could contribute to perceptions that Facebook is unduly influenced by political and commercial considerations.

539.   The Oversight Board announced that the September 13 Facebook File drew "renewed attention to the seemingly inconsistent way that the company makes decisions, and why greater transparency and independent oversight of Facebook matters so much for users." As a result, the Oversight Board demanded more information about the X-Check system Meta uses to "review content decisions relating to some high-profile users," and called on the social media giant to "commit to transparency" in the wake of the September 13 Facebook File that revealed that millions of high-profile users get special treatment. The Oversight Board wrote:

> In light of recent developments, we are looking into the degree to which Facebook has been fully forthcoming in its responses in relation to cross-check, including the practice of whitelisting.[592]

540.   Media outlets focused heavily on the Oversight Board's action. For example, on September 21, 2021, after the close of trading, *The Washington Post* reported that "Facebook's independent Oversight Board forcefully reiterated demands for more transparency from the

---

[592] Oversight Board, *Oversight Board transparency reports - Q4 2020, Q1 & Q2 2021* at 8, 11, 13-14 (Oct. 21, 2021), https://www.oversightboard.com/wp-content/uploads/2023/11/987339525145573.pdf.

company on how it treats high-profile users and politicians who break the platform's rules."

541.    In the wake of the Facebook Files release, towards the end of trading in the late afternoon on September 21, 2021, at a congressional hearing that was supposed to be about antitrust and competition, a bipartisan group of senators instead unleashed their skepticism and concerns about Meta's transparency—comparing it to Big Tobacco, suggesting Meta lied to Congress, and accusing the social network of profiting off teens' anxiety and suicidal thoughts. During this previously scheduled hearing, Sens. Richard Blumenthal (D-Conn.), Mike Lee (R-Utah), Marsha Blackburn (R-Tenn.), Ted Cruz (R-Tex.), and Josh Hawley (R-Mo.) all drilled into Meta's vice president of privacy and public policy, Steve Satterfield. Senator Lee, the top Republican on the Senate Judiciary antitrust subcommittee, said at the hearing that *The Wall Street Journal* articles showed "stunning lapses" in protecting Facebook users. Senator Blumenthal stated that "The simple fact of the matter is that Facebook has known for years that Instagram is directly involved in an increase in eating disorders, mental health issues and suicidal thoughts, especially for teenage girls." In the face of the senators' withering questions, Satterfield resisted conceding even basic facts about Facebook's business model and failed to promise that Facebook would actually show up to an upcoming September 30 hearing focused on young users.

542.    That evening of September 21, 2021, in an internal chat between Defendant Clegg and communications personnel, Defendant Clegg discussed



[593] Clegg continued,

[594] In response,                    (VP of Executive and Product Communications) stated,

[595] Finally, Clegg replied

---

[593] META_OPERS_00333329 at -330.
[594] META_OPERS_00333329 at -330.
[595] META_OPERS_00333329 at -331.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT
3:21-cv-08812-AMO                                                                        192

1　████████████████████████████████████████████████████████

2　████████████████████████████████████████████████████████

3　███████████████████████████████████████████[596]

543.　As reported in the *Washington Post* on the morning of September 22, 2021, the Senators' remarks showed how *The Wall Street Journal*'s reporting "struck a deep nerve on Capitol Hill, where lawmakers have found rare common ground in the need to boost kids' online safety"—all of which raised the specter of regulatory action. In particular, the *Washington Post* reported that the "senators took a major detour from its focus – ostensibly about how tech giants' troves of data hurt competition – to lay into Facebook over explosive reporting suggesting it downplayed Instagram's impact on teen girls."[597] Indeed, the *Washington Post* reported, "[a] majority of the senators who attended used part of their questioning to grill Facebook about a Wall Street Journal report that the company's own research showed Instagram is harmful for a sizable portion of its young users, particularly teenage girls."[598] As the *Washington Post* reported, multiple senators from across the aisle "all drilled into Facebook's vice president of privacy and public policy Steve Satterfield over the findings" from the *Journal*, "[i]n a focused bipartisan rebuke."[599]

544.　The next day, September 23, 2021, Meta executives discussed over internal chat ████████████████████████████████████████████████. In a chat between Defendant Clegg and Chief Operating Officer Sandberg, along with Meta executives Kaplan and Newstead, Kaplan stated, "████████████████████████████████████ ████████████████████████████"[600] He further stated, "████████████████ ████████████████████████████████████████████████████ ████████"[601]

---

[596] META_OPERS_00333329 at -331.
[597] Cristiano Lima, *Senate Hearing on 'Big Data' Morphs Into Grilling Over How Facebook Harms Teens*, Wash. Post (Sep. 22, 2021).
[598] Cristiano Lima, *Senate Hearing on 'Big Data' Morphs Into Grilling Over How Facebook Harms Teens*, Wash. Post (Sep. 22, 2021).
[599] Cristiano Lima, *Senate Hearing on 'Big Data' Morphs Into Grilling Over How Facebook Harms Teens*, Wash. Post (Sep. 22, 2021).
[600] META_OPERS_00216186 at -187.
[601] META_OPERS_00216186 at -187.

545.    In response to these events, Meta stock dropped from a close of $357.48 per share on September 21, 2021, to a close of $343.21 per share on September 22, 2021, a drop of $14.27 or nearly 4% on heavy trading volume. These declines reduced Meta's market capitalization by over $34 billion in a single day.

546.    In the Court's September 30, 2024 Order Granting in Part and Denying in Part [Defendants'] Motion to Dismiss, the Court held that the September 21 Oversight Board statement "adequately alleged loss causation," for the same reasons identified in paragraph 505 above, and rejected Defendants' argument that the disclosure was not "new" for the same reasons identified in that same paragraph. Motion to Dismiss Order at 32.

> **b.    September 27-28, 2021: Meta Pauses Instagram Kids, *The Wall Street Journal* Reveals How Meta Planned To Attract Preteens To Its Platforms, And Meta Seeks A Review Of X-Check By The Oversight Board**

547.    Following the first week of the Facebook Files, Meta continued to push back and paint itself as a victim and not a villain. On September 26, 2021, Meta issued a press release concerning the leaked research on harm to teen girls, titled "What Our Research Really Says About Teen Well-Being and Instagram," suggesting (but ultimately, failing to show) that *The Wall Street Journal* had mischaracterized Meta's internal research.

548.    The following day, on the morning of September 27, 2021, Instagram announced that it would pause all development on Instagram Kids, the version of Instagram being developed to target children under the age of 13. While Defendant Mosseri first told the *Today* show on September 27, 2021, that the pause was not a result of *The Wall Street Journal* reporting, he then conceded that "I think it's impossible to say." Multiple newspapers covered this news and attributed the announcement to the release of the September 14 Facebook File and its ensuing backlash. For example, on September 28, 2021, the *Washington Post* reported that concerns over Meta's efforts to recruit new teenage users "mounted after the *Journal* disclosed the results of an internal study Facebook conducted to determine how its apps affect users."

549.    Meta's decision to pause, but not end, Instagram Kids was met with skepticism. In a statement issued on September 27, 2021, Democrats in the House and Senate called Facebook's

decision to halt development of the Instagram product targeted to kids under 13 "insufficient." Four lawmakers signed onto the following statement, including Senator Ed Markey (D-MA) and Rep. Lori Trahan (D-MA): "Facebook has completely forfeited the benefit of the doubt when it comes to protecting young people online and it must completely abandon this project."

550.     Then, after the start of trading on September 28, 2021, *The Wall Street Journal* published another Facebook File titled "Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show." This article revealed for the first time that internal Meta documents reviewed by *The Wall Street Journal* showed, among other things, that the Company formed a team to study preteens and even infants, set a three-year goal to create more products for preteens, and commissioned strategy papers about the long-term business opportunities presented by these potential users. In one presentation, the Company contemplated whether there might be a way to engage children during play dates: "Is there a way to leverage play dates to drive word of hand/growth among kids?"

551.     Later that day, Jeff Horwitz, an author of some of the Facebook Files, including the September 28, 2021, article, posted the article to his Twitter feed and then wrote a thread on "a different read of the preteens story that we just put out, that's a lot more about business than kids." He continued in a Twitter thread condensed below:

> The backdrop for the focus on preteens is data that suggesting a crack in FB's dominance. . . . The kids research (and the VERY longstanding push toward kids products) can definitely be viewed as expansionary. But it's also defensive: rival social media platforms are more attractive to preteens, and FB is worried its next generation of users is being stolen away.
>
> Facebook's popularity with young users has been declining for nearly a decade, but appears to be entering free-fall -- DAUs for young adults are falling slightly. DAUs for teens are absolutely tanking -- by an expected 45% between 2021 and 2023.
>
> \*\*\*\*\*
>
> Reversing the declines for the Blue app is not considered even a serious possibility. Addressing falling content production by teens on IG is considered a must. The hope is to keep recruiting young users to IG and then manage to nudge them toward FB's platform later on.

552.     In addition to news concerning Meta's attempts to target pre-teens, and its decision after weeks of pressure to halt Instagram Kids, Meta announced that it would allow its Oversight

Board to review the X-Check program and provide recommendations and oversight. On September 28, 2021, Meta admitted to a lack of transparency concerning its X-Check program and disclosed that it would cooperate with the Oversight Board and seek its recommendations and oversight of the X-Check program:

> We have already implemented one of the board's recommendations related to cross-check from a previous case by describing the system in our Transparency Center. Recently the board has expressed interest in looking more into our cross-check system. This referral goes beyond the briefing we have already provided. We are proactively asking the board for its input through a formal and transparent process.
>
> Holding Facebook accountable for our content policies and processes is exactly why the Oversight Board was established. Over the coming weeks and months, we will continue to brief the board on our cross-check system and engage with them to answer their questions. We welcome their recommendations and the independent oversight they provide.

553.    In response to these events, Meta stock dropped from a close of $353.58 per share on September 27, 2021, to a close of $340.65 per share on September 28, 2021, a drop of $12.93 or nearly 3.66% on heavy trading volume. As a result of this decline, Meta lost nearly $31 billion of market capitalization in a single day.

554.    On September 29, 2021, Meta continued to downplay the increasingly mounting evidence establishing that Instagram harms teen users by providing Congress with two of the research presentations discussed in the Facebook Files with "annotations" reflecting Defendants' post hoc commentary in the wake of the Facebook Files. Meta published these "annotations" on its Newsroom later the same day. Many of these "annotations" criticized the methodology that Meta's researchers had used. For instance, numerous annotations described the slides' use of "causal language" as "myopic." Other annotations called into question the "criteri[a]" and methods of "assessment" that Meta's researchers had employed and pointed out that certain language "should be clarified." Elsewhere in the presentations, Defendants undermined "slide[s] and the methods employed in the study" as "perceptual in nature and not suitable for inferring how Instagram impacts [reported] changes." Some of Defendants' annotations went even further, outright criticizing Meta researchers for having "inappropriately used" "[t]he word 'effect'" when describing the results of their research.

555.    Analysts and the public were skeptical of Defendants' repeated denials over these days, leaving Meta with what analysts at Argus Research aptly described as "another public relations black eye." Analysts with Argus flagged that "regulatory issues continue to hound the company, which cannot seem to keep out of the headlines," leaving Meta susceptible to "extreme regulatory backlash" from issues including "the spread of misinformation, including election interference; the spread of unlawful content in private groups and encrypted communications, e.g., child pornography, hate speech; [and] Instagram's impact on teen depression." Analysts with Argus described "[t]he issues covered by the Journal" as "sobering," and highlighted that Defendant "Clegg did not dispute any of the facts of the Journal reporting" Instagram's harm to teenage girls. Argus further commented that "the Journal articles clearly point out management's inconsistent responses to the internal research. Facebook cannot escape the responsibility that its platforms may have . . . in making these problems worse."

556.    Popular media reported similarly skeptical sentiments. As an article published in *CNET* on September 30, 2021, pointed out, the slides published by Meta "were heavily annotated by Facebook to reframe the material," but ultimately, "[t]he research also confirmed the Journal's reporting," which had pulled statistics directly from Meta's internal documents. Similarly, an article in *TechCrunch,* also on September 30, 2021, criticized Defendants' containment efforts as an attempt to "respin Instagram's toxicity for teens." The *TechCrunch* article observed that Meta had published the annotated slides "following days of press commentary couching the Instagram teen girls' mental health revelations as Facebook's 'Big Tobacco moment,'" referencing commentary from U.S. Senator Richard Blumenthal. The *TechCrunch* article summed up Meta's annotated slides as communicating that "Facebook wants you to know that Instagram 'only' makes mental health problems worse for fewer teenage girls than you might have thought."

557.    Meta's counterpunch campaign continued on September 30, 2021, when Meta Head of Safety Defendant Antigone Davis testified on behalf of the Company before the United States Senate Committee on Commerce, Science, and Transportation during a hearing named "Protecting Kids Online: Facebook, Instagram, and Mental Health Harms." During her testimony, Davis made a number of false and misleading statements concerning Meta's internal research and

the impact of Instagram on teenage girls, spinning the positives of the disclosed research, falsely stating, among other things, that "the research showed that many more people, actually more teens, found the Instagram use helpful when they were struggling with these particular issues. Our research is not bombshell research." Davis tried to reframe the research in the *Journal*'s reporting, but senators reminded her the data was from Meta's own studies.

558.    For example, Davis claimed that

> *[t]he research shows that many teens, that Instagram is helping them with hard issues that are so common to being a teen.* In fact, one of the main slides referenced in the article includes a survey of 12 difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. We asked teens who told us that they were struggling with these issues, whether Instagram was making things better, worse, or having no effect. *On 11 of the 12 issues, teen girls who said they struggled with those issues were more likely to say that Instagram was affirmatively helping them not making it worse.*

559.    During her testimony, Davis continued to make false and misleading statements suggesting that Instagram was beneficial to teenage girls' mental health. Davis testified, "I think what's been lost in this report is that in fact *with this research we found that more teen girls actually find Instagram helpful. Teen girls who are suffering from these issues find Instagram helpful than not.*"

560.    Senator Ben Ray Luján posed the following question to Davis while she testified: "Yes or no, does Facebook have internal research indicating that Instagram harms teens, particularly harming perceptions of body image, which disproportionately affects girls?" Davis falsely responded, *"What our research showed was that for people who are struggling with these issues, that actually more of them found their engagement on Instagram helpful than harmful. And in fact, of the 12 issues that we looked at, 11 of those were the case for young girls, and 12 of 12 for teen boys."*

561.    Later, Senator Lummis referred to the March 2021 Congressional hearing regarding the impact of social media on children's mental health. During that hearing, Defendant Zuckerberg stated, "The research that we've seen is that using social apps to connect with other people can have positive mental health benefits." Davis reiterated this notion, stating that "*the research showed that many more people, actually more teens, found the Instagram use helpful when they*

*were struggling with these particular issues.* Our research is not bombshell research. It's research that is [inaudible]. It's a similar research out of Harvard, out of Pew, out of Berkeley. That doesn't mean we don't take it seriously. We do this research to improve our product, to make our products better for young people, to provide them with a positive experience. *Right now, young people tell us, eight out of 10, tell us that they have a neutral or positive experience on our app.* We want that to be 10 out of 10. If there's someone struggling on our platforms, we want to build product changes to improve their experience and help support them."

562.    Davis also claimed that Instagram was not addictive, stating, "*So I disagree with calling our product addictive* . . . one of the things actually that we've done to actually to try to address that, is to make people aware of how much time they're spending. There's a dashboard where they can see it. They can actually set a reminder to let them know that they've been on so that they'll get off. In addition, we're looking at something called take a break, which would prompt somebody when they've been on to take a break."

563.    The senators also presented Davis with quotes from other internal documents that had been provided by the Facebook Files whistleblower. And in response to Davis' assertion that Meta's previously concealed internal research was not a "bombshell," Senator Blumenthal vehemently disagreed, stating: "This research is a bombshell. It is powerful, gripping, riveting evidence that Facebook knows the harmful effects of its site on children and that it has concealed those facts and findings."

564.    Davis also continued to double-down on Meta's misleading statements that children under age thirteen were not on Instagram, stating in written testimony: "If a child is under the age of 13, they are not allowed on Facebook or Instagram and should not be using those services. When we learn an underage user has created an account, we remove them from the platform."[602]

565.    She further testified: "We do not market to 8 to 12 year olds *because they are not*

---

[602] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

*on Instagram . . . [I]f we find an account of someone who is under 13, we remove them.*"[603] When asked by Senator Lujan: "Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 without the consent of those parents or guardians?"[604] She similarly misleadingly responded: "Senator, it would be my understanding that we don't since *we don't allow them on our apps.*"[605]

566.    Meta's containment efforts backfired with its own employees. As *The New York Times* reported on October 1, 2021, Defendants responded to the Facebook Files by implementing a coordinated campaign attempting to downplay the seriousness of the research. Defendant Zuckerberg, for instance, accused *The Wall Street Journal* of "mischaracteriz[ing] the research into how Instagram affects young people." *The New York Times* reported that these statements angered several Meta employees who had worked on the research. These employees described Defendants' characterizations of their research as unfair, discussed how they were being "embarrassed" by their own employer, and even privately threatened to quit their jobs. One Meta employee remarked on a Company message board: *"They are making a mockery of the research*." Another Meta employee wrote in a widely distributed internal note that Meta's *"policies of covering up this kind of research are creating difficult political, regulatory and legal problems for the company."*

567.    In fact, as soon as they realized that Meta's internal research had been leaked when contacted by *The Wall Street Journal* ahead of its bombshell publications, Meta and Zuckerberg schemed to walk back or discredit the research, modify its contents, and keep it hidden from Meta's own employees.

568.    For example, on August 27, 2021, ███████ (Research Manager) informed researcher ███████, in an internal chat, that ████████████████████████

[603] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

[604] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

[605] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ███████████████████████████████████

569. On August 31, 2021, ██████ again asked ████████████████████████

5  ████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████

570. Later, on September 27, 2021, ██████████ (Vice President, Marketing Insights)

emailed various "Leads" at Meta, including ██████ and instructed: ████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████  █████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ██████████████████████████████████████████

571. On September 30, 2021, ██████ and three other Meta researchers discussed in an

internal chat that ██████ had just written to another Meta employee that she was ████████

16 ████████████████████████████████████████████████████

17 ██████████████████████

572. In that chat, another researcher, ████████████, explained her frustration and

███████████████████████ as follows: ████████████████████████

20 ████████████████████████████████████████████████████

21 ███████████████████████████████████████████ Another researcher, ████████████,

later similarly added: ████████████████████████████████████

23 ████████████████████████████████████████████████████

---

[606] META_OPERS_00341327 at -328-329.

[607] META_OPERS_00341330 at -332.

[608] META_OPERS_00341333 at -336.

[609] META_OPERS_00341333 at -336.

[610] META_OPERS_00341343 at -345.

[611] META_OPERS_00341343 at -346.



573. ████ indicated that she was told it █████████████████████

574. With respect to Antigone Davis' September 30, 2021 statements to Senators, ███ remarked: ███████████████████████████

575. Later in the chat, ███ stated: ██████████████████████

576. Researcher ███ had similar experiences to ███ and others. In an internal chat on October 20, 2021, Research Scientist Director ███ informed ██████ █████████████████████ ███ responded: █████████████████ ██████████

577. In an internal document dated March 2022, ███████████████ ████████████████████████████████

578. Béjar had a similar reaction, testifying under oath in the Related Actions that Meta's ████████████████████████████████

579. Béjar also testified under oath in the Related Actions that, ████████ ████████████████████

612 META_OPERS_00341343 at -350.
613 META_OPERS_00341343 at -347.
614 META_OPERS_00341343 at -348.
615 META_OPERS_00341343 at -354.
616 META_OPERS_00039007.
617 META_OPERS_00039007.
618 META_OPERS_00331272 at -274.
619 META_OPERS_00326312 at -450-451.

580.   Importantly, and despite later attempts to discredit the research in the wake of the *Journal*'s Facebook Files, Meta ███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████

581.   For example, in written testimony dated November 7, 2023,[621] Béjar explained:

███████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

582.   Because Meta understood that this research was an investment, it ensured that both its internal research and research that it commissioned from third parties was rigorous. As Wendy Gross (Head of Product Marketing Insights, Instagram) testified in the Related Actions, ███████

███████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████ According to Gross, █████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████

████████████████████

583.   The internal research was so important to Meta that it was readily available to all Meta employees (but not the public) at all times before the Facebook Files. As noted above, all of

---

[620] META_OPERS_00326312 at -452, -457.
[621] META_OPERS_00327908 at -913.
[622] META_OPERS_00327908 at -913.
[623] META_OPERS_00340060 at -369.
[624] META_OPERS_00340060 at -100-01, -193.
[625] META_OPERS_00349847 at -936.

Meta's internal research was posted internally on "Workplace," otherwise known as "Facebook for Facebook," Meta's proprietary company intranet portal which Meta describes as an "all-in-one business communication platform . . . . Think Facebook, but for your company."

584.    As such, and up and until Meta realized that the Facebook Files would be published, Meta's internal research was available without restriction to anyone who worked at Meta. As Gross testified, ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████ Burke similarly testified that ███████████████████████████

███████████████████████████

### c.    October 3, 2021: The Facebook Files Whistleblower Is Revealed

585.    On Sunday, October 3, 2021, the prominent national television program *60 Minutes* aired an interview with the whistleblower who had provided *The Wall Street Journal* with the internal documents referenced in the Facebook Files series. For the first time, the public knew the whistleblower's identity and could assess her credibility: Frances Haugen, a data scientist with a degree in computer engineering and a Harvard master's degree in business who worked for tech giants over the prior fifteen years, including Google and Pinterest, before being recruited by Meta in 2019. Based on this experience, Haugen stated at the top of the interview that, as compared to other social networks, "it was substantially worse at Facebook than anything I'd seen before."

586.    Haugen described what drove her to raise the alarm about the Company's platform:

The thing I saw at Facebook over and over again was there were conflicts of interest between what was good for the public and what was good for Facebook. And Facebook, over and over again, chose to optimize for its own interests, like making more money.

587.    Haugen's interviews gave the Facebook Files additional credibility. In addition, Haugen provided new information to the public. For example, Haugen tied Meta's choices concerning its algorithm directly to profits: "Facebook has realized that if they change the algorithm to be safer, people will spend less time on the site, they'll click on less ads, they'll make

---

[626] META_OPERS_00340060 at -306.
[627] META_OPERS_00330193 at -442, -446, -535.

less money."

588.    Haugen told *60 Minutes* how she secretly copied tens of thousands of pages of internal research, and provided new facts about that research:

> She says evidence shows that the company is lying to the public about making significant progress against hate, violence and misinformation. One study she found, from this year, says, "we estimate that we may action as little as 3-5% of hate and about 6-tenths of 1% of V & I [violence and incitement] on Facebook despite being the best in the world at it."

589.    In describing her role as a member of Meta's Civic Integrity Unit, which worked on risks related to the spread of misinformation in connection with political elections, Ms. Haugen stated, "I don't trust that they're willing to actually invest what needs to be invested to keep Facebook from being dangerous."

590.    Haugen also explained more about the feedback loop that Instagram created between the app and teenage users, distilling its impact on teenage girls.

> [Interviewer]: One of the Facebook internal studies that you found talks about how Instagram harms teenage girls. One study says 13.5% of teen girls say Instagram makes thoughts of suicide worse; 17% of teen girls say Instagram makes eating disorders worse.
>
> Frances Haugen: And what's super tragic is Facebook's own research says, as these young women begin to consume this -- this eating disorder content, they get more and more depressed. And it actually makes them use the app more. And so, they end up in this feedback cycle where they hate their bodies more and more. Facebook's own research says it is not just that Instagram is dangerous for teenagers, that it harms teenagers, it's that it is distinctly worse than other forms of social media.

591.    *60 Minutes* noted that Meta had declined to sit for an interview in response to Haugen's allegations but did provide a written statement aimed at assuring the public that Meta was committed to user safety, and directing blame away from the Company. The Company, once again, tried to transfer blame to others rather than explain why it ignored its own research and employees: "If any research had identified an exact solution to these complex challenges, the tech industry, governments, and society would have solved them a long time ago."

592.    As the *60 Minutes* interview aired, *The Wall Street Journal* released a lengthy

podcast interview with Haugen titled "The Facebook Whistleblower Speaks Out" and published an article titled "The Facebook Whistleblower, Frances Haugen, Says She Wants to Fix the Company, Not Harm It." During the podcast, Haugen explained more about her background and role at Meta, noting, "I am a ranking specialist. I'm specifically deep in the algorithms, like the code of how do we choose what content to show people. I know I can make a difference on civic misinformation." Haugen made clear that despite Meta's alternating claims of transparency and ignorance, Meta knows much more about the problems associated with its platforms than the general public and keeps that information to itself:

> So here I was inside of Facebook, I thought I was well-informed before I joined Facebook about misinformation. Now I know that the problem is way, way worse than anyone outside knows, and I'm staffed with a team that I have no faith can actually address this problem. I know that no one outside knows these things.

593.     When discussing problems Meta faced in the lead up to the 2020 Election, Haugen crystallized Meta's dilemma: "Facebook wants to make $80 billion a year. Would've made $2 billion less last year, but we'd had a safe democracy." She went on to say that the Company "actually ha[s] numbers saying, guess what? Facebook is trading off very small decreases in engagement for huge consequences in misinformation and hate speech and violence."

594.     During the interview, *60 Minutes* disclosed that "Frances Haugen plans to testify before Congress this week. She believes the federal government should impose regulations."[628]

595.     That night, after the interview aired, Senator Blumenthal issued a press release titled "Blumenthal Statement Following 60 Minutes Interview With Facebook Whistleblower Frances Haugen." In the press release, Senator Blumenthal emphasized Haugen's importance to regulators, stating "Haugen has been cooperating with Blumenthal's office." Blumenthal also gave additional details to Haugen's upcoming testimony, stating, "[a]s Chair of the Senate Commerce, Science, and Transportation Subcommittee on Consumer Protection, Product Safety, and Data Security, Blumenthal will convene a hearing this Tuesday to hear from Haugen about Facebook's knowledge of its platforms' negative impact on young users and other pressing issues." Finally,

---

[628] Scott Pelley, *Whistleblower: Facebook is misleading the public on progress against hate speech, violence, misinformation*, 60 Minutes, CBS News (Oct. 4, 2021), https://www.cbsnews.com/news/facebook-whistleblower-frances-haugen-misinformation-public-60-minutes-2021-10-03/.

Blumenthal emphasized the credible nature of Haugen's revelations, stating, "Like so many, I was deeply moved by Frances Haugen, who proved courageous, credible and compelling on 60 Minutes. From her first visit with my office, I have admired her backbone and bravery in revealing terrible truths about one of the world's most powerful, implacable corporate giants. We now know about Facebook's destructive harms to kids—harms that Facebook concealed and knowingly exploited to increase profits—because of documents Frances revealed."[629]

596.    The next day, before the start of trading on October 4, 2021, CBS News released the eight whistleblower complaints that Frances Haugen filed with the SEC and discussed in her interviews. These complaints alleged that Meta:

- "misled investors and the public about equal enforcement of its terms given that high-profile users are 'whitelisted' under its 'XCheck' program";

- "misled investors and the public about the negative impact of Instagram and Facebook on teenagers' mental and physical health";

- "misled investors and the public about the negative consequences of its algorithms, which claim to prioritize 'meaningful social interactions' or 'MSI' (e.g., reshares of friends' posts) but which actually promote virality of polarizing misinformation and hate speech";

- "misled investors and the public about 'transparency' reports boasting proactive removal of over 90% of identified hate speech when internal records show that 'as little as 3-5% of hate speech' is actually removed";

- "misled investors and the public about its role in perpetuating misinformation and violent extremism relating to the 2020 election and January 6 insurrection";

- "misled investors and the public about its promotion of human trafficking / slavery / servitude";

- "misled investors and the public about bringing 'the world closer together' where it relegates international users and promotes global division and ethnic violence"; and

- "misled investors and advertisers about shrinking user base in important demographics, declining content production, and the true number of recipients of 'Reach & Frequency' advertising."

597.    That same day, *Bloomberg* published an article titled "Facebook Falls after Whistleblower Speaks Out about Harms," which stated that Meta "shares dropped to their lowest

---

[629] Press Release, Blumenthal Statement Following 60 Minutes Interview With Facebook Whistleblower Frances Haugen (Oct. 3, 2021).

level since June on Monday after a whistleblower revealed herself for the first time and accused the social media giant of putting 'profit over safety' of its users."

598.    In response to Haugen's interviews, Meta stock dropped from a closing price of $343.01 on October 1, 2021, to a closing price of $326.23 on October 4, 2021, a steep decline of $16.78 or more than 4%. This drop eliminated nearly $40 billion of Meta's market capitalization in a single business day.

599.    In the Court's September 30, 2024 Order Granting in Part and Denying in Part [Defendants'] Motion to Dismiss, the Court held that the October 3, 2021 disclosures "adequately alleged loss causation" because "the Meta whistleblower identified herself as the credible source of previously-disclosed information, and revealed additional information about Facebook's research findings, causing Meta's stock to drop $16.78 per share." Motion to Dismiss Order at 32.

600.    After market close on October 4, 2021, Frances Haugen's written statement to the U.S. Senate Committee on Commerce, Science and Transportation was released. Haugen explained that "[t]he company's leadership knows ways to make Facebook and Instagram safer and won't make the necessary changes because they have put their immense profits before people." She reiterated that "[t]he core of the issue is that no one can understand [Meta]'s destructive choices better than [Meta], because only [Meta] gets to look under the hood."

601.    At 4:20 a.m. on October 5, 2021, Tucker Bounds (Vice President of Communication) emailed Defendant Zuckerberg and Chief Operating Officer Sandberg, along with Meta's "Small Group" email address used for Meta's most senior executives, and other Meta communications personnel, ███████████████████████. In the email, Bounds ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████ Bounds further stated that ██████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████

---
[630] META_OPERS_00006296 at -297.

602.    Frances Haugen testified before Congress on October 5, 2021. During her testimony, she revealed for the first time that while Meta is aware of the presence of users under the age of 13 on its platforms, it chooses not to enforce its supposed rules against having such users, including by purposefully not taking steps Meta knew it could take to more proactively detect them.

603.    During the hearing, Senator Blackburn reminded the audience of Defendant Davis' testimony just days earlier on September 30. Senator Blackburn stated, "I want to stay with Ms. Davis and some of her comments because I had asked her last week about the underage users and she had made the comment, I'm going to quote from her testimony, 'If we find an account of someone who's under 13, we remove them. In the last 3 months, we removed 600,000 accounts of under 13-year-olds.' *And I have to tell you, it seems to me that there's a problem if you have 600,000 accounts from children who ought not to be there in the first place.*" Senator Blackburn then asked, "So what did Mark Zuckerberg know about Facebook's plans to bring kids on as new users and advertise to them?"[631]

604.    In answer, Haugen testified: "There are reports within Facebook that show cohort analyses where they examine out what ages do people join Facebook and Instagram, and based on those cohort analyses, so [Meta] likes to say children lie about their ages to get on to the platform. *The reality is enough kids tell the truth that you can work backward to figure out what are approximately the real ages of anyone who's on the platform. When [Meta] does cohort analyses and looks back retrospectively, it discovers things like, you know, up to 10 to 15 percent of even 10-year-olds in a given cohort may be on Facebook or Instagram.*"[632]

605.    As *ABC News* reported, just "minutes after her testimony," Meta issued a statement designed to discredit Haugen, stating that she had been at the Company for "less than two years, had no direct reports, never attended a decision-point meeting with C-level executives – and testified more than six times to not working on the subject matter in question."

---

[631] *Facebook whistleblower Frances Haugen testifies before Senate committee*, YouTube (Oct. 5, 2021), https://www.youtube.com/watch?v=juZEkeTjTRY.
[632] *Facebook whistleblower Frances Haugen testifies before Senate committee*, YouTube (Oct. 5, 2021), https://www.youtube.com/watch?v=juZEkeTjTRY.

606.    Breaking his silence, Defendant Zuckerberg took to his Facebook account and claimed that a "false picture of the company" was "being painted." Defendant Zuckerberg attempted to recast the internal documents that *The Wall Street Journal* had publicized:

> At the heart of these accusations is this idea that we prioritize profit over safety and well-being. That's just not true. For example, one move that has been called into question is when we introduced the Meaningful Social Interactions change to News Feed. This change showed fewer viral videos and more content from friends and family — which we did knowing it would mean people spent less time on Facebook, but that research suggested it was the right thing for people's well-being. Is that something a company focused on profits over people would do?

607.    After attempting to spin the content of the internal documents, Defendant Zuckerberg attempted to blame Meta's fraud on other actors, including Congress.

> We're committed to doing the best work we can, but at some level the right body to assess tradeoffs between social equities is our democratically elected Congress. For example, what is the right age for teens to be able to use internet services? How should internet services verify people's ages? And how should companies balance teens' privacy while giving parents visibility into their activity?

608.    Zuckerberg attempted to blame Congress for failing to act, even though for years Meta had schemed to deceive the public (to "▮▮▮▮▮" or "▮▮▮▮▮" the "▮▮▮▮▮") in significant part to avoid legislation that it considered "▮▮▮▮▮▮▮▮" or "▮▮▮▮▮" including legislation requiring tighter controls on social media platforms to protect children, and would only support laws "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"[633] as set forth in Section IV.B.1.

609.    Later that night, after Zuckerberg's post had been picked up by the media, Béjar emailed Defendants Zuckerberg and Mosseri, along with Chief Operating Officer Sandberg and Chris Cox. He stated, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ He stated that ▮▮▮▮▮▮▮▮▮▮▮▮ In his email, he

---

[633] META_OPERS_00427268 at -287.
[634] META_OPERS_00327905.

communicated the following:

- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  █ ███████████████████████████████████████
  █████████████████████████████████

610.    According to Béjar's written testimony to Congress dated November 7, 2023, on October 5, 2021, Béjar's email included research on the "troubling evidence that young teens were experiencing great distress and abuse on the Instagram platform."[636] In particular, he "explained that the number of people reporting to surveys that they had a negative experience on Instagram was 51% *every week* but only 1% of those reported the offending content and only 2% of those succeeded in getting the offending content taken down."[637] Béjar testified that he also "detailed the staggering levels of abuse that teens aged 13-15 were experiencing every week." Further, "the research team" had conveyed to him "survey results" "based on carefully-crafted and vetted surveys," which "had identified the disturbing fact that 13% of Instagram users aged 13-15 self reported having received unwanted sexual advances via the platform *within the previous seven days*." Béjar testified, "That is an awful statistic. Looked at over time, it is likely the largest-scale sexual harassment of teens to have ever happened." Béjar further testified that this number was "shocking."[638]

611.    On October 6, 2021, Defendant Mosseri told Béjar that ███████████████ 
███████████████████████████████████████████████████████
████████████████████████████

612.    Despite Zuckerberg's public statements, analysts reported that the Facebook Files and Haugen's testimony were continuing to negatively impact Meta's stock price as the market

---

[635] META_OPERS_00327905 at -905-06.
[636] META_OPERS_00327908 at -910.
[637] META_OPERS_00327908 at -910 (emphasis original).
[638] META_OPERS_00327908 at -910-11 (emphasis original).
[639] META_OPERS_00327905.

continued to digest the roll-out of new negative information on multiple topics concerning the fraud. For instance, J.P. Morgan reported on October 7, 2021, that

> FB shares have been pressured since *The Wall Street Journal*'s series of articles dubbed The Facebook Files began the week of September 13. The articles cover a range of issues around FB's treatment of high-profile users, platform toxicity for teen girls, negative impact of FB algorithms, user safety, vaccine misinformation, & efforts to attract pre-teens. And in the last few days, the FB whistleblower appeared on 60 Minutes & testified before a Senate Subcommittee.

613.    Similarly, Truist reported on October 8, 2021, that "[w]e've been fielding investor questions about how the ongoing and much-publicized inquiry into Facebook's practices (fueled by the whistleblower's revelations to the *WSJ* initially then to Congress) is likely to impact the company's growth prospects, outlook and the stock short and longer-term."

### d.    October 6, 2021: Meta Halts New Product Launches And European Regulators Work With The Whistleblower

614.    In the afternoon of October 6, 2021, *The Wall Street Journal* reported in an article titled "Facebook Slows New Products for 'Reputational Reviews'" that, just days after Meta paused Instagram Kids, Meta had delayed the rollout of new products in light of news stories and congressional hearings related to the trove of internal documents revealed in the Facebook Files in order to survey whether those products may harm young users:

> "I've spent a lot of time reflecting on the kinds of experiences I want my kids and others to have online, and it's very important to me that everything we build is safe and good for kids," [Zuckerberg] wrote.
>
> This follows Facebook's announcement last week that it would pause plans for its Instagram Kids product after lawmakers and others voiced concerns about the photo-sharing platform's effects on young people's mental health. Facebook has announced features for existing services, such as Facebook Gaming, in recent days.

615.    The slowdown of new product launches, initiated by Defendant Zuckerberg, was widely covered in the media by publications such as *Business Insider*, *The Hill*, *Reuters*, and *U.S. News & World Report*. *The Wall Street Journal* article also noted how Meta had started "tightening the reins on what information is shared internally over the past few weeks," and that "a team within the company is examining all in-house research that could potentially damage Facebook's image if made public."

616.    That same day, during market hours on the morning of October 6, 2021, *The New York Times* reported on the international impact of Frances Haugen's testimony in an article titled "Facebook Hearing Strengthens Calls for Regulation in Europe." *The New York Times* interviewed several top European legislators who were working directly with Ms. Haugen to achieve tougher oversight over Meta. Christel Schaldemose, a Danish member of the European Parliament "who is playing a leading role in drafting the Digital Services Act," a proposed legislation that includes transparency requitements and disclosure rules, said that Ms. Haugen "asked [her] to insist on regulating the platforms," and Ms. Schaldemose agreed to do so. Another lawmaker, Alexandra Geese, a lawmaker in the European Parliament from Germany, remarked that Haugen's testimony showed that "any trust there could be in the company has been destroyed" such that "we now know we need to regulate because the company will not stop breaking things. And breaking things means breaking people and democracies."

617.    In response to these events, Meta common stock price dropped from a close of $333.64 per share on October 6, 2021, to a close of $329.22 per share on October 7, 2021, a drop of $4.42 on heavy trading volume. Meta's stock price decline resulted in another $10.5 billion loss of market capitalization in a single day.

618.    In a report published on October 8, 2021, analysts with Truist described the "criticisms of the company" as "very valid" and summarized Frances Haugen's testimony as revealing that "Facebook was harming children, sowing division and undermining democracy in pursuit of breakneck growth and 'astronomical profits.'" Truist analysts also noted that Meta "allegedly hid from the public and government officials internal research that illuminated the harms of Facebook products"—allegations it described as "heavy charges, which Congress is taking seriously, in fact so seriously that *for the first time in a long time, we see clear consensus between democrats and republicans to try to curb the power of Big Tech.*"

619.    On October 13, 2021, *The New York Times* reported that Defendants had deployed new efforts to curb the fallout from "The Facebook Files"—not by taking accountability—but by further reducing transparency in an effort to prevent future leaks. As *The New York Times* reported, Defendants restricted employees' permissions, prohibiting employees who do not work on Meta's

"integrity" teams from accessing portions of Meta's internal Workplace site relating to "integrity" work. Many Meta employees have expressed significant disappointment in Meta for further reducing its transparency, describing the move as "counterproductive" and "disheartening."

620.    Also on October 13, 2021, Tigress Financial Partners issued an analyst report in which analysts attributed the ongoing declines in Meta's stock price to Haugen's revelations about Meta, stating that Haugen "leaked internal documents to the Wall Street Journal and Congress before appearing on 60 Minutes, saying that the company's news search algorithm amplifies 'angry content' and focuses on profit over truth and accuracy. ***This has sent the stock down over 15%*** from its recent all-time high of $384 in early September."

> e.    **October 21, 2021: The Oversight Board Condemns Meta For Withholding Relevant Information About X-Check, Meta Admits That Its Statements To The Oversight Board Were Misleading**

621.    On October 21, 2021, before the market opened, Meta's Oversight Board released its Quarterly Transparency Reports. In those reports, the Oversight Board said that the Company's failure to be transparent about the X-Check system was "not acceptable." The Oversight Board agreed to take Meta up on its request to review the policy and issue guidance on how Meta should deal with content violations by prominent users.

622.    This first quarterly transparency report covered the period from October 2020 to the end of June 2021. During that time, the Oversight Board was reviewing Meta's decision to ban former President Donald Trump from the platform:

> When Facebook referred the case related to former US President Trump to the board, it did not mention the cross-check system," the board wrote in its report. "Given that the referral included a specific policy question about account-level enforcement for political leaders, many of whom the board believes were covered by crosscheck, this omission is not acceptable.

623.    The Oversight Board continued, stating in its report that Meta "has not been fully forthcoming" about how it lets millions of prominent users escape the content moderation rules it applies to everyone else through its cross-check program. "The fact that Facebook provided such an ambiguous, undetailed response to a call for greater transparency is not acceptable," the Oversight Board wrote in its report. The Oversight Board noted that "the team within Facebook

tasked with providing information has not been fully forthcoming on cross-check. On some occasions, Facebook failed to provide relevant information to the Board, while in other instances, the information it did provide was incomplete."

624.    Notably, the Oversight Board revealed that "Facebook admitted it should not have said that cross-check only applied to a 'small number of decisions'" and "recognized its phrasing could come across as misleading." Later that same day, ███████████, the director of the Oversight Board, stated in an interview with NPR that Meta's description of the program as "small" "was not appropriate," noting that nearly 6 million users "is not small."

625.    The Board noted that "the credibility of the Oversight Board, our working relationship with Facebook, and our ability to render sound judgments on cases all depend on being able to trust that information provided to us by Facebook is accurate, comprehensive, and paints a full picture of the topic at hand." The Board agreed "to review the company's cross-check system and make recommendations on how it can be changed." The Board further stated that it would engage with whistleblowers and other "former Facebook employees who have come forward in recent months."

626.    Following the Oversight Board's rebuke and Meta's admission, Meta's stock price dropped from a closing price of $341.88 per share on October 21, 2021, to a closing price of $324.12 per share on October 22, 2021, a steep decline of $17.27 or more than 5% on extremely heavy trading volume.

627.    In the Court's September 30, 2024 Order Granting in Part and Denying in Part [Defendants'] Motion to Dismiss, the Court held that the October 21 disclosure "adequately alleged loss causation," for the same reasons identified in paragraph 505. above, and rejected Defendants' argument that the disclosure was not "new" for the same reasons identified in that same paragraph. Motion to Dismiss Order at 32.

**f.    Analysts Continue To React To The Facebook Files And Ensuing Developments**

628.    Analysts expressed concern about the continuing barrage of negative press coverage focused on the disclosures summarized above. For instance, on October 25, 2021,

analysts with Guggenheim described Meta's 3Q21 earnings call, scheduled for the following day, as "its Most Impactful Earnings Call." Guggenheim analysts forecasted that during the earnings call, "[t]he company will address multiple questions that will likely impact investor sentiment," including questions about the "wide-ranging criticism of company policies" and "the necessary steps and costs to maximize positive consumer and advertisers' experiences."

629.    The next day, on October 26, 2021, analysts with William O'Neil issued a "Remove Buy Recommendation" for Meta, and attributed Meta's poor stock performance to the disclosures alleged in Part IV.C, noting that "[s]ince mid-September, [Meta] stock has been under pressure after Frances Haugen, a whistleblower, shared documents that suggested that Facebook is aware that its apps and services are harmful to its users." On the same day, analysts with Invest Heroes likewise observed that "Facebook continues to be surrounded by scandals," flagging "moderation of hateful content," the decision to "disengage[]" content moderation tools "following the U.S. elections," and "lists of VIP users" as issues that "trigger[] the political risk for Facebook." Invest Heroes analysts thus warned about the risk of "policy restrictions for Facebook and possible fines" as potential government responses. Similarly, on November 15, 2021, analysts with HSBC described the revelations as among Meta's recent "significant regulatory events," and discussed U.S. Senate Commerce Committee Chair Maria Cantwell's recent call to Defendant Zuckerberg to preserve all documents related to Ms. Haugen's testimony, noting that Haugen's testimony "raises significant concerns about whether Facebook has misled the public, federal regulators, and this committee."

g.    **Investigations Concerning Meta's Promotion Of Instagram To Children And Young Adults Commence As Scrutiny Intensifies**

630.    On November 18, 2021, a bipartisan coalition of at least nine state attorneys general announced the start of an investigation into how Meta targets young people on Instagram and the potential harms it may cause. Massachusetts Attorney General Maura Healey announced that "attorneys general across the country are examining whether the company violated state consumer protection laws and put the public at risk." This investigation was a direct result of the disclosures at issue here, with the press release announcing the investigation stating, "Today's announcement

follows recent reports revealing that Meta's own internal research shows that using Instagram is associated with increased risks of physical and mental health harms on young people, including depression, eating disorders, and even suicide."

631.   That same day, Senator Blumenthal, Chair of the Senate Commerce, Science, and Transportation Subcommittee on Consumer Protection, Product Safety, and Data Security, issued a statement in response to the Attorney General investigation tying it to the ongoing congressional investigation:

> Combined with our Congressional scrutiny, this investigation will shine a bright light on Instagram's profiting from harm to kids. Facebook can no longer hide or conceal facts that parents need and deserve to know. Mark Zuckerberg must make a choice: either Facebook comes clean on its own, or this bipartisan group of state attorneys general will show the world even more ugly truths.

**h.     December 1, 2021: Citing The Need To Better Protect Users From Abuse, Meta Announces A Delay To Its End-to-End Encryption Plans**

632.   On November 20, 2021, Davis authored an op-ed in the U.K. newspaper *The Telegraph*, announcing that Meta would delay its end-to-end encryption plans, which Meta had previously anticipated launching in 2022.

633.   On December 1, 2021, before market open, Meta published a blog post authored by Defendant Davis, titled "Our Approach to Safer Private Messaging."[640] In the post, Defendant Davis announced, "[w]hile the complex build of default E2EE is underway, today we're sharing an update on our approach to help keep people safe when messaging through Messenger or Instagram."[641] In the announcement, she explained that the new update on these two platforms related to the reasons for Meta's decision to delay, stating, "[w]e want people to have a trusted private space that's safe and secure, which is why we're taking our time to thoughtfully build and implement end-to-end encryption (E2EE) by default across Messenger and Instagram DMs."[642]

---

[640]   Antigone Davis, *Our Approach to Safer Private Messaging*, Meta Newsroom (Dec. 1, 2021), https://about.fb.com/news/2021/12/metas-approach-to-safer-private-messaging/.
[641]   Antigone Davis, *Our Approach to Safer Private Messaging*, Meta Newsroom (Dec. 1, 2021) https://about.fb.com/news/2021/12/metas-approach-to-safer-private-messaging/.
[642]   Antigone Davis, *Our Approach to Safer Private Messaging*, Meta Newsroom (Dec. 1, 2021) https://about.fb.com/news/2021/12/metas-approach-to-safer-private-messaging/.

Defendant Davis further explained that the delay related to Meta's "responsibility to protect our users" and its "need to help protect people from abuse."[643] While Meta had previously announced plans to apply end-to-end encryption by 2022, Meta revealed that the delay would push the process into 2023 specifically to improve safety protections on Instagram and Messenger, and provided extensive detail on new safety protections Meta planned to implement, which had not previously been available.[644]

634.    A few hours after Davis' end-to-end encryption article on Meta's Newsroom, Haugen appeared to testify once again before Congress in a hearing concerning potential regulations of technology companies through changes to Section 230. During the hearing, Congresspeople asked Haugen for testimony regarding such potential changes to those regulations.

635.    Later that morning, news outlets picked up the development, tying the delay directly to concerns about Meta's inability to protect children in an end-to-end encrypted environment. In an article published on December 1, 2021, *TechCrunch* reported, "Today, the company offered more details about how it plans to approach the need for harm prevention alongside the eventual rollout of end-to-end encryption."[645]

636.    *TechCrunch* further reported that "[w]hile Meta's post today seems to be arguing that E2EE won't prevent the company from keeping users safe, a former Meta employee [David Thiel] recently accused the company of planning to move to an E2EE system on an 'absurdly accelerated timeline,' which led to resignations from child safety team members who understand child safety protections would have become demonstrably worse, due [to] the lack of a roadmap and plan for protections in an E2EE environment."[646] The *TechCrunch* article noted that Meta's

---

[643] Antigone Davis, *Our Approach to Safer Private Messaging*, Meta Newsroom (Dec. 1, 2021) https://about.fb.com/news/2021/12/metas-approach-to-safer-private-messaging/.

[644] Dan Milmo, *Meta delays encrypted messages on Facebook and Instagram to 2023*, The Guardian (Nov. 21, 2021), https://www.theguardian.com/technology/2021/nov/21/meta-delays-encrypted-messages-on-facebook-and-instagram-to-2023/.

[645] Sarah Perez, *Meta explains its approach to user safety following delayed rollout of end-to-end encryption*, TechCrunch (Dec. 1, 2021), techcrunch.com/2021/12/01/meta-explains-its-approach-to-user-safety-following-delayed-rollout-of-end-to-end-encryption.

[646] Sarah Perez, *Meta explains its approach to user safety following delayed rollout of end-to-end encryption*, TechCrunch (Dec. 1, 2021), https://techcrunch.com/2021/12/01/meta-explains-its-approach-to-user-safety-following-delayed-rollout-of-end-to-end-encryption/.

blog post did not address the issues the Thiel raised, and that Meta's blog "oversimplifies what's needed to truly create a safe environment for users while also allowing for encrypted communications."[647]

637.    The same day, *betaNews* reported on Davis' blog post on Meta Newsroom, stating that "[w]hat was not made particularly clear at the time of the announcement" of Meta's delay to its end-to-end encryption plans, "however, is just why there is such a delay. Now Meta has opened up and revealed some of the thinking behind holding back on the roll-out of end-to-end encryption across all its messaging services."[648] In particular, the article noted that Davis' post revealed that Meta had trouble keeping users safe in an end-to-end-encrypted environment on Facebook Messenger and Instagram in particular—as opposed to Meta's other platforms, like WhatsApp. Finally, the article reported that Davis "makes it clear that even when end-to-end encryption is implemented, it will not be as complete as some people might have hoped, while simultaneously stressing some of the benefits of non-encrypted traffic."[649]

638.    Following the information revealed on December 1, 2021, Meta's stock price dropped from a closing price of $324.46 per share on November 30, 2021, to a closing price of $310.39 per share on December 2, 2021, a steep decline of $14.07 of more than 4% on extremely heavy trading volume.

639.    On December 3, 2021, David Thiel—the former employee whose revelations about the severe problems within Meta's end-to-end encryption project were picked up by *TechCrunch* on December 1—authored an in-depth article on *Wired* titled "Meta's Biggest Encrypted Messaging Mistake Was Its Promise."[650] In the article, he explained exactly why Davis' December

---

[647] Sarah Perez, *Meta explains its approach to user safety following delayed rollout of end-to-end encryption*, TechCrunch (Dec. 1, 2021), https://techcrunch.com/2021/12/01/meta-explains-its-approach-to-user-safety-following-delayed-rollout-of-end-to-end-encryption/.

[648] Sofia Elizabella Wyciślik-Wilson, *Meta explains why it is taking so long to bring end-to-end encryption to Facebook Messenger and Instagram -- and what it is doing in the meantime*, betanews (Dec. 2, 2021), https://betanews.com/article/meta-explains-why-it-is-taking-so-long-to-bring-end-to-end-encryption-to-facebook-messenger-and-instagram-and-what-it-is-doing-in-the-meantime/.

[649] Sofia Elizabella Wyciślik-Wilson, *Meta explains why it is taking so long to bring end-to-end encryption to Facebook Messenger and Instagram -- and what it is doing in the meantime*, betanews (Dec. 2, 2021), https://betanews.com/article/meta-explains-why-it-is-taking-so-long-to-bring-end-to-end-encryption-to-facebook-messenger-and-instagram-and-what-it-is-doing-in-the-meantime/.

[650] David Thiel, *Meta's Biggest Encrypted Messaging Mistake Was Its Promise*, Wired (Dec. 3, 2021), https://www.wired.com/story/meta-end-to-end-encryption-delay/.

1, 2021 blog post identified Facebook Messenger and Instagram as the drivers behind the delay. In particular, he explained, "apps and sites like Facebook and Instagram are wildly different in architecture and dynamics than WhatsApp. . . . Facebook and Instagram's growth-oriented design leads to situations where abusers can more easily find new victims, identities and relationships are accidentally exposed, and large numbers of strangers are mixed together." As a result, Thiel explained, "These fundamental differences mean that before Meta can safely switch all of its platforms to end-to-end encryption, its apps must undergo some nontrivial changes." Moreover, "[i]n addition to the need for content policy and safety changes, the technical challenges of adding interoperable end-to-end encryption across multiple apps and websites would likely require changes in web browser design, making Meta's timeline unlikely to have ever been met in the first place."[651]

640.    Further, Thiel stated, "speaking as someone who previously worked on safety and security at Facebook," the "concern over the safety of young users is genuine, and the problems are pervasive, especially when it comes to social systems as complex as those at Meta."[652] Thiel explained, "it's important that platforms consider the significant trust and safety challenges that will inevitably arise" from end-to-end encryption, "in terms of harassment, abuse, and exploitation. . . . Meta would have been wise to acknowledge that sooner, rather than attempting to rush the job for the wrong reasons."[653]

## V.    POST-CLASS PERIOD DEVELOPMENTS

641.    Meta and its stock price continued its freefall in 2022. Meta's stock peaked shortly before the first Facebook File was published—and traded as low as approximately $90 per share in late 2022, its lowest price since early 2019, and just 23% of its Class Period high. Marketing experts interviewed by *CNBC* attributed this decline to Meta losing the race to "win[] the next generation" and the fact that it now "suffers from a lot of criticism and skepticism about whether

---

[651] David Thiel, *Meta's Biggest Encrypted Messaging Mistake Was Its Promise*, Wired (Dec. 3, 2021), https://www.wired.com/story/meta-end-to-end-encryption-delay/.
[652] David Thiel, *Meta's Biggest Encrypted Messaging Mistake Was Its Promise*, Wired (Dec. 3, 2021), https://www.wired.com/story/meta-end-to-end-encryption-delay/.
[653] David Thiel, *Meta's Biggest Encrypted Messaging Mistake Was Its Promise*, Wired (Dec. 3, 2021), https://www.wired.com/story/meta-end-to-end-encryption-delay/.

they are a force for good or evil."

**A. The Molly Russell Coroner's Report Concludes That That Meta's Algorithms Contributed To Her Death**

642.     In September 2022, after years of investigation concerning the 2017 death of 14-year-old Molly Russell, a British coroner ruled that the child "died from an act of self-harm while suffering from depression and the negative effects of online content." The coroner based his report on an investigation which included the contents of Ms. Russell's Instagram feed in the months leading up to her death. At the September 2022 inquest over Ms. Russell's death, a witness testified "that in this six month period [before Molly's death] there are only 12 days when Molly doesn't engage with some kind of suicide self-harm content on Instagram. And so we have suicidal material, we think 84 days out of 183 and self-harm material on 51 out of 183," including "2,100 [images] . . . [of] depression, self-harm, [and] suicide related."[654]

643.     Following the inquest that concluded on September 30, 2022, the coroner refused to classify Molly's death as a suicide, ruling instead that "Molly Rose Russell died from an act of self-harm while suffering from depression and the negative effects of online content." In a report dated October 13, 2022, the coroner concluded, "The platform operated in such a way using algorithms as to result, in some circumstances, of binge periods of images, video clips and text some of which were selected and provided without Molly requesting them." The coroner based his report on an investigation of the contents of Ms. Russell's Instagram feed in the months leading up to her death, among other things.[655]

644.     The coroner specifically found that Meta's algorithms played a role in Molly's decision to kill herself. Specifically, the coroner concluded:[656]

> The way that the platforms operated meant that Molly had access to images, video clips and text concerning or concerned with self-harm, suicide or that were otherwise negative or depressing in nature. ***The platform operated in such a way using algorithms as to result, in some circumstances, of binge periods of images, video clips and text some of which were selected and provided without Molly requesting them.*** These binge periods, if involving this content are likely to have had a negative effect on Molly. Some of this content romanticised acts of self- harm

---

[654] Inquest of Molly Russell, Day 5, North London Coroner's Service (2022).
[655] META_OPERS_00345132 at -133.
[656] META_OPERS_00345132 at -133.

by young people on themselves. Other content sought to isolate and discourage discussion with those who may have been able to help. . . . In some cases, the content was particularly graphic, tending to portray selfharm and suicide as an inevitable consequence of a condition that could not be recovered from. The sites normalised her condition focusing on a limited and irrational view without any counterbalance of normality. ***It is likely that the above material viewed by Molly, already suffering with a depressive illness and vulnerable due to her age, affected her mental health in a negative way and contributed to her death in a more than minimal way.***

645.    Despite acknowledging that some of the content that Meta's algorithm recommended to Molly violated its policies, Meta nevertheless defended its practices as striking the correct balance between free expression and safety.

## B.    Meta Faces A Barrage Of Lawsuits Concerning The Harms Its Platforms Cause Children And Young Adults

646.    In addition to the regulatory investigations that began towards the end of the Class Period, after the Class Period, new lawsuits, referred to herein as the "Related Actions," continued to inform investors and the public of the breadth of Defendants' fraudulent conduct and brought additional reputational and other damage to the Company.

647.    ***First***, in 2022, numerous individual plaintiffs filed complaints across the United States, suing Meta and other social media companies, alleging that these companies had contributed and caused harms to children or the plaintiffs' children, including by contributing to self-injury and suicide. Several state governments filed suit as well. On October 6, 2022, these cases were consolidated into a multi-district litigation ("MDL") before the Honorable Judge Gonzalez Rogers in the United States Northern District of California, captioned *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047. Since that time, thousands of other individual plaintiffs, as well as school districts, municipalities, and tribes, have filed suit and joined the MDL. This case is currently set for trial in the summer of 2026, with the Court having recently denied Meta's motion for summary judgment against certain school districts.[657]

---

[657] Order Denying Mot. Summ. J., *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Feb. 9, 2026).

648.    **Second**, the Related Actions also include a parallel Judicial Council Coordination Proceeding ("JCCP") that is proceeding in California state court and includes personal injury, school district, and local government plaintiffs. Bellwether trials began in February 2026.

649.    **Finally**, the Related Actions also include a lawsuit filed by a Multistate Coalition of 32 Attorneys General in 2023. As noted above, 44 United States state Attorneys General launched an investigation into Meta's impact on children on November 18, 2021. Following that investigation, on October 24, 2023, the Multistate Coalition of 32 Attorneys General filed a lawsuit against Meta "for harming young people's mental health and contributing to the youth mental health crisis." The lawsuit alleged "that the company knowingly designed and deployed harmful features on Instagram, Facebook, and its other social media platforms that purposefully addict children and teens."[658] At the same time, "[i]n coordination with" the Multistate Coalition, nine other state Attorneys General filed lawsuits in their own states. Trials are set to start in certain of the Multistate Coalition lawsuits in 2026 and 2027, including a jury trial in New Mexico that started in early February 2026.

### C.    Other Whistleblowers Corroborate Haugen's Complaints And The Facebook Files And Reveal New Details Concerning What Meta Knew About the Harms Of Its Platforms On Teens And Children

650.    Additional whistleblowers have confirmed that, even years after the Class Period, Meta's problems with child safety are ongoing.

651.    On November 7, 2023, Béjar testified before Congress about his experiences at Meta and his efforts to address the conclusions of Meta's own research about the harms it caused children. Béjar testified under oath to Congress in his written testimony dated November 7, 2023 that after "repeated examples of harm that has been enabled by Meta and other companies has come to light," Meta's "managers including Meta CEO Mark Zuckerberg" "minimize or downplay published findings, and even sometimes the results of their own research. They also try to obfuscate the situation by quoting statistics that are irrelevant to the issues at hand."[659] Béjar also

---

[658] Complaint, *People of the State of California v. Meta Platforms, Inc. et al*, No. 4:23-cv-05448 (N.D. Cal. Oct. 24, 2023), ECF No. 1; Press Release, Attorney General James and Multistate Coalition Sue Meta for Harming Youth (Oct. 24, 2023).

[659] META_OPERS_00327908 at -912-13.

testified that, when he worked at Meta between 2019 and 2021, "The group at Instagram and the talented internal research teams had developed some very troubling evidence that young teens were experiencing great distress and abuse on the Instagram platform. But senior management was externally reporting different data that grossly understated the frequency of harm experienced by users."[660]

652.    In September 2025, six whistleblowers filed a detailed disclosure to Congress, the SEC, and the Federal Trade Commission.[661] The disclosure explained that "Meta has repeatedly deleted or doctored internal safety research that shows kids, some of them 10 or younger, being exposed to child grooming, sexual harassment and violence in its Virtual Reality (VR), Marketplace, Dating and other products."[662] According to the whistleblowers, Meta's manipulation of research was in service of its goal to maximize engagement with Meta's VR users.[663]

653.    Dr. Jason Sattizahn, a researcher at Meta from June 2021 to May 2024, was one of the whistleblowers. According to Dr. Sattizahn,[664]

> *Meta knew that underage children were using its products, but figured 'hey, kids drive engagement' and it was making them cash* . . . . It's not just that Meta's leadership is too distracted by stock prices to bother doing the right thing, it's that they've created their own augmented reality where they can pretend things they don't like don't exist. *Meta isn't going to change unless they are forced to take responsibility for safety.*

654.    On September 9, 2025, Dr. Sattizahn testified before the U.S. Senate Judiciary Subcommittee on Privacy, Technology and the Law as a witness in the hearing "Hidden Harms:

---

[660] META_OPERS_00327908 at -910.
[661] Alexis Posel, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality*, Whistleblower Aid (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.
[662] Alexis Posel, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality*, Whistleblower Aid (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.
[663] Alexis Posel, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality*, Whistleblower Aid (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.
[664] Alexis Posel, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality*, Whistleblower Aid (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.

Examining Whistleblower Allegations that Meta Buried Child Safety Research."[665] In connection with that testimony, Dr. Sattizahn submitted questions for the record. In his responses, Dr. Sattizahn explained that there was "a long history of age misrepresentation across Meta's products," but that Meta "would prefer to limit their knowledge of underage users" because "[i]f Meta removed underage children, engagement in Virtual Reality would plummet, and Meta would be responsible to shareholders." While "[t]here are clear paths for Meta to limit the use [of its products] by underage users . . . Meta simply does not."[666]

655.    Another whistleblower was Cayce Savage, who worked at Meta from 2019 to 2023 and was one of Meta's lead researchers on the youth user experience for VR products. In a written statement submitted on September 6, 2025 to the Senate Judiciary Committee, Savage stated that "the way Meta has approached safety for VR is emblematic of its negligent approach to safety for all of its products." According to Savage, "the research on what we must do to ensure new technology is safe for children is very clear," but Meta has "failed to prioritize child safety until they are scrutinized by outside regulators," and then "scramble[s] together to develop features they know are insufficient and largely unused, and advertise this as proof of their responsibility."[667]

656.    Savage further explained that Meta "turned a blind eye" to the children on its platforms to avoid impacts on its bottom line:

> The reality is that *if Meta were to acknowledge the presence of underage users, they would be required to kick those users off of their platform in order to remain COPPA [Children's Online Privacy Protection Act of 1998] compliant.* This isn't happening because it would decrease the number of active users Meta is reporting to shareholders, as well as its engagement metrics. It is more profitable to pretend to have no way of better identifying the real ages of their users. At Meta, engagement is the priority above everything else.[668]

---

[665] *Senate Judiciary Committee Hearing on Hidden Harms: Examining Whistleblower Allegations that Meta Buried Child Safety Research: Hearing Before the S. Judiciary Comm.* (Sept. 8, 2025) (Questions for the Record for Jason Sattizahn) at 6.

[666] *Senate Judiciary Committee Hearing on Hidden Harms: Examining Whistleblower Allegations that Meta Buried Child Safety Research: Hearing Before the S. Judiciary Comm.* (Sept. 8, 2025) (Questions for the Record for Jason Sattizahn) at 6.

[667] *Senate Judiciary Committee Hearing on Privacy, Technology and the Laws: Hearing Before the S. Judiciary Comm.*, (Sept. 6, 2025) (Statement of Cayce Savage) at 1.

[668] *Senate Judiciary Committee Hearing on Privacy, Technology and the Laws: Hearing Before the S. Judiciary Comm.*, (Sept. 6, 2025) (Statement of Cayce Savage) at 2.

### D.    A Washington, D.C. Court Concludes Meta Instructed Employees To Alter, Delete, Or Falsify Research

657.    On October 23, 2025, Judge Yvonne Williams of the Superior Court of the District of Columbia, Civil Division, presiding over one of the Related Actions against Meta filed by the District of Columbia, granted the District of Columbia's Motion for an Order Finding No Privilege over four internal Meta documents dated between November 2022 and July 2023. In this ruling, Judge Williams noted that the documents contained (i) "communications between Meta researchers relaying advice from Meta's counsel that researchers should remove portions of research showing Meta's knowledge of teen users' development vulnerability because the research could be used by government enforcers investigating Meta"; (ii) "communications between Meta researchers about efforts of Meta's counsel to block or redesign research about teen mental health harms due to litigations risks in lawsuits against Meta"; and (iii) "communications between Meta researchers recounting legal advice and attorney work product related to a presentation about teens' exposure to harmful content on Meta's platforms that the researchers had planned to provide Meta's executives." Judge Williams "note[d] that Meta's counsel explicitly advised Meta researchers to *'remove,' 'block,' 'button[] up,' 'limit,' and 'update' their research . . . to specifically limit Meta's potential liability, while Meta was already the subject of a related multidistrict litigation.*"[669]

658.    Meta filed a Motion for Reconsideration, which Judge Williams denied on January 5, 2026. In her order, Judge Williams reiterated that "on their face, the communications in the Documents contain evidence that according to Meta's researchers, Meta's *counsel explicitly advised them to 'remove,' 'block,' button[] up,' 'limit,' and 'update'*" research and data. Judge Williams further found that "the communications in the Documents would provide *direct evidence that Meta engaged in a consumer fraud.*"[670]

---

[669] Order Granting Mot. for No Privilege at 8, 10, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Oct. 23, 2025), ECF No. 2332-1.
[670] Order Denying Mot. for Reconsideration at 1 *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No.4:22-md-03047 (N.D. Cal. Jan. 05, 2026), ECF No. 2622-1.

1    **VI.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS**
2    **AND OMISSIONS**

3    659.    Throughout the Class Period, Defendants made a series of materially false and/or

4    misleading statements and omissions, which were disseminated to investors through calls, public

5    filings, press releases, Company blogs and other Company statements, social media platforms, and

6    news and media outlets. Defendants' materially false and misleading statements and omissions fall

7    into three principal categories: (1) representations about the harms that Meta's platforms cause to

8    young users and other child safety issues; (2) representations about Meta's Facebook Newsfeed

9    algorithm; and (3) representations about Meta's application of its Community Standards and

10    content-moderation policies.[671]

11    **A.    False And Misleading Statements About Harm To Young Users And Child**
12    **Safety**

13    660.    Throughout the Class Period, Defendants made false and misleading statements and

14    omissions concerning the effects that Meta's platforms, particularly Instagram, had on young

15    users, what Meta's research showed about those effects, child safety on Meta's platforms, and the

16    presence of children under 13 on Meta's platforms.

17    661.    **Statement #1:** On April 9, 2021, Meta filed with the SEC a Definitive Proxy

18    Statement, which included Meta's "Notice of Annual Meeting & Proxy Statement." In the Proxy

19    Statement, Meta opposed a proxy proposal that raised concerns about Meta's "plan to apply end-

20    to-end encryption to all its messaging platforms" and would have required Meta to take additional

21    actions to address child exploitation on its platforms.[672] The proxy proposal noted that "[l]aw

22    enforcement leaders from the US, UK, Canada, Australia, New Zealand[,] India, Japan and the

23    European Union made public statements and/or sent letters to Facebook raising concerns that its

24    encryption plan would make it unable to track millions of CSAM [Child Sexual Abuse Material]

25

26    _____

[671] Lead Plaintiffs acknowledge that the Court's September 30, 2024 Order Granting in Part and Denying in Part Mot.
27    To Dismiss (ECF No. 143) found the following statements identified in Plaintiffs' Consolidated Amended Complaint
(ECF No. 97) not to have been false or misleading: Statement Nos. 1-7, 9, 10, 12-40, 42, 44, 49, 50, and 57-60. For
the avoidance of doubt, Lead Plaintiffs stand on the prior allegations in their Consolidated Amended Complaint and
28    preserve their right to appeal these dismissed statements.
[672] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 74.

cases, and be harder to identify both victims and abusers."[673] While the proposal's proponents, the shareholder group Proxy Impact, stated they "support online privacy," they expressed "concern" that privacy "should not come at the cost of child safety, and potential regulatory, reputational and legal risk to Facebook."[674]

662.    Meta incorporated the proposal and its response into its statements at the Annual Shareholder Meeting on May 26, 2021. As set forth in a recording of the Annual Shareholder Meeting, during the meeting, a Meta spokesperson told shareholders that "our position on each proposal has already been set forth in the [April 9, 2021 Definitive] proxy statement."[675]

663.    In the April 9, 2021 Definitive Proxy Statement, which Meta incorporated by reference during the Annual Shareholders Meeting, Meta recommended that shareholders vote against the Proxy Impact proposal based on its purported ***"active approach to addressing child exploitation, including our proactive detection of bad actors."***[676]

664.    **Reasons Why Statement #1 Was Misleading:** Statement #1 was materially misleading, and omitted material facts. It was materially misleading for Meta to tout its "active approach to child exploitation" and "proactive detection of bad actors" when Meta's internal documents showed that ███████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████ It was also materially misleading for Meta to oppose a proposal for it to take additional action in connection with end-to-end encryption on the basis of its "active approach" and "proactive detection of bad actors" when Meta's internal documents showed that ████████████████████████████████████████████████████████████ ███████████████████████████████████

665.    As discussed in Section IV.B.1.c. and summarized directly below, Meta's internal documents showed that ███████████████████████████████████████

---

[673] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 74.
[674] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 74.
[675] Meta Platforms, Inc., Annual General Meeting (May 26, 2021).
[676] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 74.

1 ████████████████████████████████████████████

2 █████████████████████████████████████████████

3 ████████████████

4 • A May 12, 2020 slide deck emailed to Defendants Mosseri, Rosen, and Newton,

5 titled "██████████████████████████" noted on a slide covering

6 "████████████" that "██████████████████████████

7 ████████████████████████████████████████████

8 ██████ [677]

9 • A Meta "████████████" on minors' "Reels" being shown to potential violators,

10 which was maintained by Defendant Mosseri in his custodial files, found that, █

11 ████████████████████████████████████████████

12 ██████████████████████████ [678]

13 • A July 2020 compendium prepared by Defendant Davis and titled "███████

14 ███████████████, stated that ██████████████████████

15 ████████████████████████████████████████████

16 ██████

17 • A November 3, 2020 "████████████████" PowerPoint deck emailed by

18 Defendant Davis to Defendant Clegg and other senior executives, ████████

19 ████████████████████████████████; and showed that

20 ████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ██████████████████████████████████████████; and further

24 concluded that Meta "████████████████████████". [680]

---

[677] META_OPERS_00348311 at -311, -322.

[678] META_OPERS_00347170.

[679] META_OPERS_00332581 at -588.

[680] META_OPERS_00013088 at -088, -092-95; *see also* alternate version at META_OPERS_00333051.

- A December 22, 2020 email to Defendant Newton and others, summarizing requests from several Meta teams, noted that "█████████████████ ██████████████████████████████████████" and Meta had "████ ██████████████████████████████████████"[681]

- A March 2021 deck titled "██████████████████████" deck that Defendant Davis used to prepare for a presentation to over 160 people contained an ████████████ stating that Meta was ████████████████████████████ ████████████████████████████████████████████████████ ██████[682]

- An April 6, 2021 "██████████" on safety defaults maintained by Defendant Mosseri in his custodial files, which indicated that ████████████████ ████████████████████████████████████████, stated that ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████[683]

- On May 12, 2021, before the Annual Shareholder Meeting, Defendants Mosseri, Davis, Clegg, Diwanji, Rosen, and Newton received an email ████████████ ████████████████████████████ including that ████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████ that ████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████ and that ████████████████████████████████████████████████████

[681] META_OPERS_00203369 at -374.
[682] META_OPERS_00427268 at -296.
[683] META_OPERS_00515249.

[REDACTED]

[REDACTED]

[REDACTED] Further, [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] [684]

- A May 25, 2021 chat showed that, by that time, Meta had only [REDACTED]

[REDACTED] [685]

666.    In addition, Meta's internal documents showed that [REDACTED]

[REDACTED]

[REDACTED], as further demonstrated by the evidence discussed in Section

IV and summarized directly below:

- On February 26, 2019, Defendants Zuckerberg and Clegg received a briefing

    document stating that [REDACTED]

[REDACTED]

[REDACTED] [686]

- On April 2, 2020, Defendants Davis and Rosen received a slide deck, titled [REDACTED]

[REDACTED]" which stated that,

[REDACTED]

[REDACTED]

[REDACTED] [687]

- By January 11, 2021, Defendant Davis had concluded that [REDACTED]

[REDACTED]

---

[684] META_OPERS_00338638 at -638-39, -643.
[685] META_OPERS_00022903 at -904.
[686] META_OPERS_00333155 at -165.
[687] META_OPERS_00055920 at -922.

1 ████████████████████████████████████████████████████

2 ████████████ 688

3 • A February 2021 document maintained by Defendant Davis in her custodial files

4 and titled "███████████████████████████," quoted the following "██"

5 from Defendant Clegg: Meta needed to "████████████████████████████

6 ██████████"689

7 • Also in February 2021, Defendant Davis received a slide deck, titled "██████

8 ████████████████████████████" which stated that "████████████

9 ████████████████████████████████████████████"690

10 and that this "███████████████████████████████████████

11 ████████"691

12 • On February 24, 2021, Defendant Davis emailed Defendants Clegg and Newton

13 with a "████████████" that included "████████████████████

14 ████████████████████████████████████████████████████692

15 The deck stated that ████████████████████████████

16 ████████████████████████████████████████████████████

17 ████████████████████ The deck further noted that ████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████693 The deck further stated

21 that ████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████████████████████████████694

688 META_OPERS_00426831 at -835.
689 META_OPERS_00426851.
690 META_OPERS_00427923 at -931.
691 META_OPERS_00427923 at -932.
692 META_OPERS_00013431.
693 META_OPERS_00013773 at -784.
694 META_OPERS_00013773 at -784.

667.    **Statement #2:** In its opposition statement to the shareholder proposal included in the April 9, 2021 Definitive Proxy Statement, which was incorporated by reference in the May 26, 2021 Annual Shareholder Meeting, Meta further stated that ***"[e]nd-to-end encryption is quickly becoming the industry standard for messaging services, and it brings with it the benefits of furthering privacy, safety, and security for users."***[695]

668.    **Reasons Why Statement #2 Was False And Misleading:** Statement #2 was materially false and misleading, and omitted material facts because, in truth, Meta's internal documents showed that ███████████████████████████████████████████ ████████████████████████████████████████████████████████ As further demonstrated by the evidence discussed in Section IV and summarized directly below:

- On February 26, 2019, Defendants Zuckerberg and Clegg received a briefing document stating that ████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████[696]

- On April 2, 2020, Defendants Davis and Rosen received a slide deck, titled "█████████ █████████████████████████████████████████" which stated that, "█ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████[697]

- By January 11, 2021, Defendant Davis had concluded that "███████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████[698]

- A February 2021 document maintained by Defendant Davis in her custodial files and titled "████████████████████████████" quoted the following "███" from

---

[695] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 76.
[696] META_OPERS_00333155 at -165.
[697] META_OPERS_00055920 at -922.
[698] META_OPERS_00426831 at -835.

Defendant Clegg: Meta needed to "███████████████████████████
██████"[699]

- Also in February 2021, Defendant Davis received a slide deck, titled "████████
████████████████████████████████" which stated that ████████████
████████████████████████████████████[700] and
that this ████████████████████████████████████████
██████████[701]

- On February 24, 2021, Defendant Davis emailed Defendants Clegg and Newton with
a "Youth Team Update" that █████████████████████████████████
████████████████████████[702] The deck stated
that ████████████████████████████████████████
████████████████████████████████████
██████ The deck further noted that ██████████████████
████████████████████████████████████
████████████████████████████████████
██████████[703] The deck further stated that while Meta's platforms saw ██████
████████████████████████████████████
████████████████████████████████████
██████████[704]

669.    **Statement #3 [SUSTAINED – OLD STATEMENT #46]:** In its opposition
statement to the shareholder proposal included in the April 9, 2021 Definitive Proxy Statement,
which was incorporated by reference in the May 26, 2021 Annual Shareholder Meeting, Meta
further stated that no additional actions to address child exploitation on its platforms were
necessary because the Company had ***"robust policies to help protect against child exploitation***

---

[699] META_OPERS_00426851.
[700] META_OPERS_00427923 at -933.
[701] META_OPERS_00427923 at -932.
[702] META_OPERS_00013431.
[703] META_OPERS_00013773 at -784.
[704] META_OPERS_00013773 at -784.

*and content or behavior on our platform that puts the safety of children at risk.*"[705]

670.    **Reasons Why Statement #3 Was False And Misleading:** Statement #3 was materially false and misleading, and omitted material facts because, in truth, Meta documented severe harm to teens on Instagram, and Defendants profited from Instagram's harm to children. Among other things, it was materially false and misleading for Defendants to state that no additional measures to protect children were necessary because of Meta's "robust policies to help protect against . . . content . . . that puts the safety of children at risk," without disclosing that Meta's research demonstrated that Instagram had significant harmful impacts on young users' health. Contrary to Meta's statements, Meta's non-public internal research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe." The negative effects caused by Instagram included (i) exacerbating body image issues for one in three teen girls; (ii) negative social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls. Moreover, as noted above, Meta's internal research showed that the mechanics of Instagram operated to addict young people to the platform, such that they wouldn't stop using it even when they were experiencing harmful impacts. Further, Meta's child safety policies were not "robust." Indeed, Meta rejected features that would have made children on its platforms safer, including tools that could proactively detect and remove groomers and children under 13 from Meta's platforms.

671.    *Additional Harms to Children's Safety:* In addition to the research discussed above, the evidence discussed in Section IV and summarized directly below shows that Meta had internal documents showing that Instagram (i) negatively impacted children's well-being and mental health, (ii) led to additional child safety issues, including "█████████████████" with adults and child sexual exploitation, and (iii) led to "█████████" or addiction:

---

[705] Meta Platforms, Inc., Proxy Statement (Form DEF 14A) (Apr. 9, 2021), at 75-76.

- A February 2019 presentation titled "███████████████████████ ██████████████" concluded that "████████████████████" and that ███ ████████████████████████████ [706]

- A March 8, 2019 "pre-read" document for a "██████████████" shared with Defendant Clegg stated that ████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████ [707]

- A September 2019 study titled "██████████████████████████" concluded that ████████████████████████████████████████; and that ████████████████████████████████████████████████████████████ ████████████ [708]

- A September 9, 2019 email to Defendant Zuckerberg wrote that research had shown that ████████████████████████████████████████████████████████████ ████████████ [709]

- In January 2020, Dr. Haidt met with Defendant Mosseri and ████████████████ ████████████████████████████████████████████████████████████ ████████████ [710]

- A February 2020 research deck titled ████████████████████████████ ██████ and shared with Defendants Mosseri and Newton stated that ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████ [711]

---

[706] META_OPERS_00442114 at -125, -150.

[707] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, Case No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

[708] META_OPERS_00443609 at -617-18, -626.

[709] META_OPERS_00357348; META_OPERS_00570977 at -023:9-25.

[710] META_OPERS_00035467.

[711] META_OPERS_00005996 at -999, -024.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    236
3:21-cv-08812-AMO

- A May 2020 "███████████" deck presented to Defendant Mosseri noted that ████████████████████████████████████████ and that ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████████████████████[712]

- A May 12, 2020 slide deck emailed to Defendants Mosseri, Rosen, and Newton, titled "███████████████████████ noted on a slide covering "███████████" that "████████████████████████████████████████ ████████████████████████████████████████ ██████"[713]

- A Meta "███████████" on minors' "Reels" being shown to potential violators, which was maintained by Defendant Mosseri in his custodial files, found that, in August 2020, ████████████████████████████████████████ ███████████████████████[714]

- A July 2020 compendium prepared by Defendant Davis and titled "Child Safety – Statement of Play, stated that ████████████████████████████ ████████████████████████████████████████ ██████[715]

- A September 10, 2020 Meta internal chat described Instagram as ██████████ ████████████████[716]

- A November 3, 2020 "████████████████████" deck emailed by Defendant Davis to Defendants Clegg and Bickert, █████████████████████████

---

[712] META_OPERS_00505270 at -270, -276, -280-81, -285, -292, -317.

[713] META_OPERS_00348311 at -311, -322.

[714] META_OPERS_00347170.

[715] META_OPERS_00332581 at -588.

[716] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

1     ███████████████████████████████████; and showed that ███████████████

2     ████████████████████████ that ████████████████████████████████████████

3     ████████████████████████████████████████████████████████████████████████

4     ████████████████████████████████████████████████████████████; and

5     concluded that ████████████████████████████████████████.⁷¹⁷

6     • A December 2020 Meta workplace post called ████████████████████████████

7        ████████ citing internal and external research, noted ██████████████████████

8        ████████████████████████████████████████████████████████████████████████

9        ████████████████████████████████████████████████████████████████████████

10       ████████████████████████████████████████████████████████████████████████

11       ████████████⁷¹⁸

12    • A December 22, 2020 email to Defendant Newton and others, summarizing

13       requests from several Meta teams, noted that ████████████████████████████

14       ████████████████████████████████████████████████████████████████████████

15       ████████████████████████████████████████████⁷¹⁹

16    • A January 26, 2021 email from Max Eulenstein (Vice President of Product

17       Management for Instagram) to Defendant Mosseri stated, ████████████████████

18       ████████████████████████████████████████████████████████████████████████

19       ████████████████████████████████████████████⁷²⁰

20    • A March 2021 deck titled "██████████████████████████████" deck that Defendant

21       Davis used to prepare for a presentation to over 160 people contained an ██████████

22       ████████████████████ stating that ██████████████████████████████████████

23       ████████████████████████████████████████████████████████████████████████

24       ████████⁷²¹



---

⁷¹⁷ META_OPERS_00013088; *see also* alternate version at META_OPERS_00333051.
⁷¹⁸ META_OPERS_00355849 at -855.
⁷¹⁹ META_OPERS_00203369 at -374.
⁷²⁰ META_OPERS_00347290 at -291.
⁷²¹ META_OPERS_00427268 at -343.

- An April 6, 2021 "███████████" on safety defaults maintained by Defendant Mosseri in his custodial files, which indicated that ██████████████████████████████ ████████████████████████████████████████, stated that ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████[722]

- On May 12, 2021, Defendants Mosseri, Davis, Clegg, Newton, Rosen, and Diwanji received an email containing extensive research from the "████████████ ████" about social media harm to children, including that ██████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████ and that ███████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████ Further, ███████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████[723]

- The same report ███████████████████████████████████████ ████████████████████████████ and found that ███████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████[724]

---

[722] META_OPERS_00515249 at -249, -284.
[723] META_OPERS_00022865 at -869.
[724] META_OPERS_00338638 at -640.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    239
3:21-cv-08812-AMO

- A May 25, 2021 chat showed that, ███████████████

███████████████████████████████████

████████████ [725]

672. ***Rejecting Safety Features***: In addition to the evidence discussed above, the evidence discussed in Section IV shows that Meta's safety features were not "robust," and that Meta rejected features would have made young users on its platforms safer, including: ████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████ [726]

673. **The Court Sustained Statement #3:** In its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged falsity as to Statement #3, on the basis that the Complaint alleged that it "omitted material facts that Meta documented severe harm to teens on Instagram and Defendants profited from Instagram's harm to children." Motion to Dismiss Order at 21. This included based on an internal 2019 study, cited in Section IV above, showing that ████

███████████████████████████████████

███████████████████████████████████

████████ [727]

674. In addition, as discussed in Section VIII and as the Court noted with respect to Statement #3 in its Motion to Dismiss Order, Defendants profited from Instagram's harm to children. Motion to Dismiss Order at 21.

675. **Defendants Zuckerberg and Davis are "Makers" of Statements #1, #2, and #3:** As further demonstrated by the evidence discussed in Section IV and summarized directly below, in addition to Meta, Defendants Zuckerberg and Davis are "makers" of Statements #1, #2, and #3.

---

[725] META_OPERS_00022903 at -904-05.
[726] META_OPERS_00345034.
[727] META_OPERS_00318703 at -706.

- **_First_**, Defendant Zuckerberg "made" Statements #1, #2, and #3 because those statements were attributed to him. The statements appeared in Meta's Definitive Proxy Statement filed on April 9, 2021, and Defendant Zuckerberg's name and picture appear in the Definitive Proxy Statement Letter to shareholders that introduced the rest of the Proxy Statement, as set forth below:





- Defendant Zuckerberg also "made" Statements #1, #2, and #3 because, as the CEO and Chairman of Meta's Board of Directors, he had ultimate authority over the statements that appeared in Meta's responses to proxy proposals. The response to the shareholder proposal and the recommendation to reject it was issued by Meta's Board of Directors, stating "The board of directors recommends a vote AGAINST the shareholder proposal."

- **_Second_**, Defendant Davis "made" Statements #1, #2, and #3 because she had ultimate authority over their contents, as evidenced by the following documents:

  o Defendant Davis was assigned as the lead to review and edit the response to the shareholder proposal that contained Statements #1, #2, and #3, as reflected in a January 29, 2021 draft of the response to the shareholder proposal that ███████

  ████████████████████████████████████████████████████████████

  ████████████████████████████████████████████████████████████

[REDACTED] [728]

    o  On May 18, 2021, Defendant Davis [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] further demonstrating

her authority over Meta public statements with respect to this subject matter.[729]

676.    **Statement #4:** On May 11, 2021, a Twitter user asked Defendant Mosseri, "[D]o you believe social media is good for children under 13?" Mosseri responded, "This is \*the\* question. ***The reality is there's little existing research,*** which means there will be strong differing opinions."

677.    **Reasons Why Statement #4 Was False And Misleading:** Statement #4 was materially false and misleading, and omitted material facts because in truth, Meta conducted and had access to research on the effects of social media on children under 13 years old and the research showed that it was not good for children under 13. As demonstrated by the evidence discussed in Section IV and summarized directly below, Meta had research on the impact of social media on children under 13 years old and the research showed that [REDACTED]

[REDACTED]

[REDACTED]

- An October 2017 internal presentation about 10-12 year olds' social media usage noted that [REDACTED]

  [REDACTED] as well as [REDACTED]

  [REDACTED]

- A [REDACTED] internal Meta post called [REDACTED]

  described [REDACTED]

---

[728] META_OPERS_00398020 at -024-25.
[729] META_OPERS_00398385.

1  ████████████████████ ███████████████████████████

2  █████████████████████

3  • A February 2021 email exchange between Defendants Clegg, Davis, Newton, and

4  others discussed "████████████████████████████████████████

5  █████████████████████████████████████

6  • On May 12, 2021, Defendants Mosseri, Davis, Clegg, Newton, Rosen, and Diwanji

7  received an email containing extensive research from the "Thorn Report on Child

8  Safety" about social media harm to children, including that ████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ███████████████████████████████████████ and that ███

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ███████████████ Further, ████████████████████████████

16 ████████████████████████████████████████████████████

17 ██████████████████████████████[731]

18 • The same Thorn Report ████████████████████████████████

19 █████████████████████ and found that ███████████████████

20 ████████████████████████████████████████████████████

21 ██████████████████████[732]

22  678.  **Statement #5:** On May 17, 2021, Defendant Zuckerberg submitted written answers

23 to Congressional questions following his March 25, 2021 testimony before Congress. In his

24 answers, he stated, ***"We require everyone to be at least 13 years of age to use Facebook and***

25 ***Instagram. When we learn an underage user has created an account, we remove that user from***

26

27

28

---

[730] BLBG-Haugen_0020427 - BLBG-Haugen_0020434 at -429, -433.
[731] META_OPERS_00338638 at -638-39, -643; META_OPERS_00022865 at -869.
[732] META_OPERS_00338638 at -640.

1   *our platforms."*

2   679.   **Reasons Why Statement #5 Was Misleading:** Statement #5 was materially

3   misleading, and omitted material facts because in truth, users under 13 were on Meta's platforms,

4   Meta did not remove them, and Meta instead allowed them on its platforms. Indeed, it was

5   misleading to state that Meta "remove[s]" accounts of children under 13 when Meta had a backlog

6   of children under 13 on its platforms, Meta was unable to proactively detect children under 13 on

7   its platforms, and Meta did not implement the technology necessary to effectively remove children

8   under 13 from its platforms, therefore allowing them to stay on Meta's platforms, as further

9   demonstrated by the evidence discussed in Section IV and summarized directly below:

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's
  friends were joining Instagram in the fourth grade and that the Company was
  vulnerable to a class action lawsuit because it was not keeping underage kids off
  Instagram.[733]

- On February 3, 2020, ███████████ (Strategic Advisor to Defendant Clegg) told
  Defendant Clegg that "█████████████████████████████████████████
  ██████████████████████████████████████████[734]

- A July 2020 "Child Safety – State of Play" document prepared by Defendant Davis
  listed ████████████████████ for Instagram as including ████████
  ████████████████████████████████; and noted that ██
  ████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ██████████████████████ The same document noted that i████████
  ████████████████████████████████████████████████
  ██████████████████████[35]

[733] META_HAIDT_0000001 at -003.
[734] META_OPERS_00333340.
[735] META_OPERS_00175561 at -563, -572-73.

- A September 1, 2020 email to Defendant Clegg, attaching Defendant Davis' July 2020 "Child Safety – State of Play" document noted that ██████████████ ████████████████████████████████████ and that ████████████████████████████████████████████████████ ████████████████████████████████████████ [736]

- A November 3, 2020 email from Defendant Davis to Defendant Clegg attaching another version of the "Child Safety – State of Play" document stated that ████ ████████████████████████████████████████████████████ ████████████ [7]37

- A January 18, 2021 deck entitled "Privacy Standup #7: Youth and [Artificial Intelligence/Machine Learning]" sent to Defendant Davis noted that ████████ ████████████████████████████████████████████████████ ████████████████████████████████ [738]

- A February 2021 deck titled "Youth Safety & Wellbeing Deep Dive" sent to Defendant Davis noted that ████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████ [739]

- A February 4, 2021 internal Meta chat that included Defendants Davis and Newton discussed how according to Defendant Newton, ████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

---

[736] META_OPERS_00175561 at -561-62.
[737] META_OPERS_00013088 at -088, -093.
[738] META_OPERS_00015208 at -211.
[739] META_OPERS_00427424 at -437.

1  ███████████████████████████████████████████████

2  ███████████████████ [740]

3  •  ███████ testified in the Related Actions that, █████████████

4  ███████████████████████████████████████████████

5  ███████████████████████████████████████████████

6  ████████████████ [741]

7  •  An April 26, 2021 email to Defendant Diwanji from her team stated that █████

8  ███████████████████████████████████████████ and

9  ███████████████████████████████████████████████

10 ███████████ [742]

11 •  A May 12, 2021 draft news article sent to Defendants Mosseri, Davis, Clegg,

12 Newton, Rosen, and Diwanji stated that ██████████████████████

13 ████████████████████ [743]

14 •  A May 25, 2021 email from Defendant Diwanji to Defendant Mosseri stated that

15 ███████████████████████████████████████████████

16 ███████████████████████████████████████████, and

17 further that █████████████████████████████████████

18 ███████████████████████████████████████████████

19 ████████████████ [744]

20 •  In addition, Béjar testified in the Related Actions that ████████████████

21 █████████████████████. Béjar testified that █████████████

22 ███████████████████████████████████████████████

23 ████████████ [745] Béjar testified that ███████████████████

24 ███████████████████████████████████████████████

[740] META_OPERS_00349493.

[741] META_OPERS_00344986 at -995; *see also* META_OPERS_00345038.

[742] META_OPERS_00015365.

[743] META_OPERS_00338638 at -638-39.

[744] META_OPERS_00338654 at -654-55.

[745] META_OPERS_00325962 at -146-51.

████████████████████████████████████████

██████████████ Finally, Béjar testified that ████████████████████

███████████████████████████, that ███████████████████

███████████████████████████████ and that

████████████████████████████████████████

███████████████████████[746]

680.    **Statement #6 [SUSTAINED – OLD STATEMENT #41]:** On May 19, 2021, Defendants issued Meta's Community Standards Enforcement Report for the first quarter of 2021. In that report, Meta stated, ***"We remove content that encourages suicide or self-injury on Facebook and Instagram."***[747]

681.    **Reasons Why Statement #6 Was Misleading:** Statement #6 was materially misleading, and omitted material facts because in truth, Meta documented severe harm to teens on Instagram, and Defendants profited from Instagram's harm to children. Among other things, it was materially misleading to claim that Meta "remove[d] content that encourages suicide or self-injury" without disclosing that internal Meta research indicated that ████████████████ ████████████████████████████████████████ ██████████████ Further, Meta's internal documents indicated that ████████████ ████████████████████████████████████████ ████████████████████

682.    ***Additional Evidence of Suicide and Self-Injury Harm:*** In addition to the research discussed above, the evidence discussed in Section IV and summarized directly below shows that Meta had internal documents showing that █████████████████████████ ████████████████████████████████████████ █████████████

---

[746] META_OPERS_00325962 at -146-51.

[747] Suicide and Self-Injury, Meta Transparency Center, https://transparency.fb.com/data/community-standards-enforcement/suicide-and-self-injury/facebook/
[https://web.archive.org/web/20211204094723/https://transparency.fb.com/data/community-standards-enforcement/suicide-and-self-injury/facebook/].

- Notes prepared by ████████████ (Instagram's Head of Youth Safety), dated February 13, 2020, stated that ███████████████████████████████ ████████████████████[748]

- On June 15, 2020, Defendant Newton and ████████ (Head of Global Policy Programs, IG) emailed Defendant Mosseri and other members of the "IG Leads" including senior executives, a memo stating, ████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████[749]

- A July 13, 2020 email from Defendant Rosen stated, ████████████████████ ████████████████████████ in response to internal research developed in response to backlash from Molly Russell's death, which concluded that ████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████[750]

- In October 1, 2020 notes from a September 29, 2020 meeting titled "████████ ████████████████████" Instagram Product Lead ████████ stated that ████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████ The same notes stated that ████████████████



---

[748] META_OPERS_00345105 at -109.

[749] META_OPERS_00076885 at -887-90.

[750] META_OPERS_00544595.

1  ███████████████████████████████████████████

2  ████████████████████████████ 751

3  • A March 2021 deck maintained by Defendant Davis in her custodial files, and titled

4  "███████████████████████" stated that, ██████████████████████

5  ███████████████████████████████████████████

6  ███████████████████████████████████████████

7  ███████████████████████████████ and that ████████████████████

8  ███████████████████████████████████████████

9  ████████████████ 752

10 • Notes prepared by Instagram's Head of Youth Safety ████████████████, dated

11 April 21, 2021, stated that Instagram had ████████████████████████

12 ██████████████████████ and that Instagram had ████████████████████

13 ███████████████████████████ because it is ██████████████████

14 ██████████████████████ in part because ████████████████████████

15 ████████████ 753

16 • On May 8, 2021, Defendants Zuckerberg, Rosen, and Clegg received a link to a

17 "Hard Life Moments" internal Meta study as one of ten studies in ████████████████

18 ██████████████████. The "Hard Life Moments" study found that Instagram

19 made suicide and self-injury worse; noting that 17% of teen girl Instagram users

20 said the platform makes "Eating Issues" such as anorexia and bulimia worse, and

21 *13.5% of teen girls said Instagram usage (and thus, exposure to content on the*

22 *platform), made thoughts of "Suicide and Self Injury" worse.*[754]

23 • On May 12, 2021, ████████████ (a Meta Public Affairs Manager) sent Defendant

24 Newton an email ██████████████████████████████████████

25 ███████████████████████████████████████████

26

27 [751] META_OPERS_00022408 at -411.

28 [752] META_OPERS_00427268 at -307.
   [753] META_OPERS_00345181 at -183.
   [754] META_OPERS_00089160 at -174.

- When testifying under oath in a Related Action, Instagram's Head of Youth Safety ████████████ testified ████████████████████████████

- When testifying under oath in a Related Action, Instagram's Head of Youth Safety ████████████ testified that ████████████████████

683.    **The Court Sustained Statement #6:** In its Motion to Dismiss Order, the Court held with respect to Statement #6 that the Complaint adequately alleged that it was false or misleading, in part because the Complaint alleged that Meta documented severe harms to teens on Instagram and Defendants profited from Instagram's harm to children. The Court's decision was based in part on the "internal 2019 study showing that teen girls said that Instagram made thoughts of suicide and self-injury worse" identified as the "Hard Life Moments" internal Meta study shared with Defendants Zuckerberg, Rosen, and Clegg on May 8, 2021. Motion to Dismiss Order at 21.

684.    In addition, as discussed in Section VIII and as the Court noted with respect to Statement #6 in its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged falsity for Statement #6 on the basis that the Complaint alleged that Defendants profited from Instagram's harm to children. Motion to Dismiss Order at 21.

685.    **Defendants Rosen and Newton are "Makers" Of Statement #6:** As further

---

[755] META_OPERS_00052576.
[756] META_OPERS_00343920 at -140-41.
[757] META_OPERS_00343920 at -175.

demonstrated by the evidence discussed in Section IV and summarized directly below, in addition to Meta, Defendants Rosen and Newton are "makers" of Statement #6.

- ***First***, Defendant Rosen "made" Statement #6 because he adopted Statement #5 as his own and had ultimate authority over its contents, as evidenced by the following documents:

  o A May 13, 2021 internal email from ████████, an Instagram public affairs manager, informed Instagram employees that ████████████████ ████████████████ on May 19—the same day Meta issued Statement #6—as part of the "Comms Approach" with respect to releasing the First Quarter Community Standards Enforcement Report that contained Statement #6, and was a "spox" (spokesperson) for Meta with respect to the release of the report.

  o A May 14, 2021 internal email from a Meta Vice-President for Communications stated that Defendant Rosen ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████[758]

  o On May 19, 2021—the same day Meta issued Statement #6—Defendant Rosen adopted Statement #6 as his own by tweeting "today we released our Community Standards Enforcement Report for Q1 2021" that contained Statement #6.

  o Also on May 19, 2021, Defendant Rosen authored and published an article on Meta's Newsroom titled "Community Standards Enforcement Report, First Quarter 2021," where he linked to the First Quarter Community Standards Enforcement Report that contained Statement #6, noted "[t]oday, we're publishing our Community Standards Enforcement Report for the first quarter

---

[758] META_OPERS_00061455 at -455-56.

of 2021."[759]

- o   Also on May 19, 2021, Defendant Rosen in fact provided opening remarks and answered questions during a "Community Standards Enforcement Report, Q1 2021" investor call at 11:30 a.m., where he told listeners "[w]e are publishing our Community Standards Enforcement Report for the first quarter of 2021," which contained Statement #6, and highlighted "how we remove harmful content"—the same subject matter of Statement #6.

- o   In February 2025, Defendant Rosen testified under oath in the Related Actions that ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████[760]

- **Second**, Defendant Newton "made" Statement #6 because she had ultimate authority over the contents of Statement #6. In a May 12, 2021 email from ████ ██████ to Defendant Newton, ██████ noted that ███████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████—the subject matter of Statement #6.

686.   **Statement #7:** On May 24, 2021, Defendant Mosseri was interviewed on *The Information*. During that interview, Mosseri referred to "external research" and suggested that Meta's internal research on wellbeing was inconclusive, stating that Meta ***"tried to measure the effect of hiding likes on people's actual wellbeing,"*** but that ***"[w]ellbeing is hard to measure,"*** ***"more of like a judgment call,"*** and ***"a bit subjective."***[761] Defendant Mosseri also stated that Meta's ability to conduct research on this topic was limited by "real-world outcomes like longevity

---

[759] Guy Rosen, *Community Standards Enforcement Report, First Quarter 2021*, Facebook Newsroom (May 19, 2021).
[760] META_OPERS_00351641 at -739.
[761] Sylvia Varnham O'Regan & Kaya Yurieff, *Instagram Chief Mosseri Rebuffs State AGs Opposing Kids Version of App*, The Information (May 24, 2021), https://www.theinformation.com/articles/instagram-chief-says-state-ags-should-enforce-law-and-not-write-law.

or success in the workplace."[762]

687.  **Reasons Why Statement #7 Was Misleading:** Statement #7 was materially misleading, and omitted material facts because in truth, Meta's internal documents show that

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████[763]

688.  As further demonstrated by the evidence discussed in Section IV and summarized directly below, Meta's internal documents showed that ████████████████████████

████████████████████████████████[764]

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[765]

- A February 3, 2020 email from ████████ (Meta's lead researcher on the effect of hiding likes on wellbeing) and her research colleague ████████████, to ████████████████ and ████████████████, stated, "████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

[762] Sylvia Varnham O'Regan & Kaya Yurieff, *Instagram Chief Mosseri Rebuffs State AGs Opposing Kids Version of App*, The Information (May 24, 2021), https://www.theinformation.com/articles/instagram-chief-says-state-ags-should-enforce-law-and-not-write-law.
[763] META_OPERS_00035376 at -381.
[764] META_OPERS_00035376 at -381.
[765] META_HAIDT_0000001 at -003.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT     253
3:21-cv-08812-AMO

1

2

3

4

- Meta's internal project management documents ██████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████ This same document ██████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████

- A February 24, 2020 email from Instagram Product Lead ███████ to Defendant

Mosseri and others stated that the ████████████████████████

██████████████████████████████████████████

███████████████████████████ demonstrating that Meta viewed addressing

social comparison as a way to improve teen well-being.[768]

- A February 25, 2020 "████████████████████████████" internal deck

sent to Defendants Mosseri and Newton stated that ██████████████████

██████████████████████████

- A March 4, 2020 email from Instagram research scientist ████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████



---

[766] META_OPERS_00035376 at -376, -378, -381.

[767] META_OPERS_00039812 at -812-813.

[768] META_OPERS_00005996.

[769] META_OPERS_00006475 at -478, -493.

[770] META_OPERS_00172859 at -860.

- A June 15, 2020 email sent on behalf of Defendant Newton to Defendants Mosseri and Newton ███████████████████████████████████

  ███████████████████████████████████████████████

  ███████████████████████████████████████████████

  ███████████████████████████████████████████████

  ███████████████████████████████████████████████

  ███████████████ and ████████████████████████████

  ██████████████████████

- On February 1, 2021, Head of Research ████████████ sent Defendants Mosseri and Newton ████████████████████████████████

  ███████████████████████████████████████████████

  ████████

  ████████████████████████████████████████

  ███████████████████████████████████████████████

  ████████████████████

689. As further demonstrated by the evidence discussed in Section IV and summarized directly below, Meta's internal documents show that Meta had internal research indicating that ████████████████████████████████████████████████████████████████████

████████████████████:

- A February 3, 2020 email from ████████ (Meta's lead researcher on the effect of hiding likes on wellbeing) and her research colleague ████████████, to ██████████████ and ████████████████████████

  ███████████████████████████████████████████████

  ███████████████████████████████████████████████

  ███████████████████████████████████████████████

[771] META_OPERS_00101513.
[772] META_OPERS_00006083.

1 ███████████████████████████████████████

2 ██████████████████████

3 • A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated

4 that Meta's internal research ████████████████████████

5 ███████████████████████████████████████

6 ███████████████████████████████████████

7 ███████████████

8 • A March 4, 2020 email from Instagram research scientist ████████ explained

9 that ██████████████████████████████████

10 ███████████████████████████████████████

11 ███████████████████████████████████████

12 ███████████████████████████████

13 • An internal June 5, 2020 chat among Meta's internal researchers stated that ████

14 ███████████████████████████████████████

15 ███████████████████████████████████████

16 ████████████████████████████████████

17 • An August 31, 2020 internal chat with Head of Research ████████████

18 stated, ████████████████████████████

19 ███████████████████████████████████████

20 ███████████████████████████████████████

21 ███████████████████████████████████████

22 ████████████████████████████████

23 • A September 15, 2020 email to Defendants Mosseri and Newton stated, that ████

24 ███████████████████████████████████████

25

26

27

28

---

[773] META_OPERS_00035376 at -376.
[774] META_OPERS_00024885 at -891.
[775] META_OPERS_00172859 at -860.
[776] META_OPERS_00018487 at -491.
[777] META_OPERS_00082367 at -367, -369.

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ██████████████████████████████

- An October 27, 2020 internal study titled ████████████████████
  ████████ which was emailed to Defendants Zuckerberg and Newton stated,
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ███████████████████████████████

- An October 27, 2020 internal post on Workplace by data scientist ██████ and
  researcher ██████ discussing the internal study ████████████████████
  ██████ stated that the study's ████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████

- An email thread from January 11 to 29, 2021 between various Meta employees that
  included the ████████████████ noted that ████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████████

- A January 21, 2021 internal document prepared by a Meta researcher ████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████

---

778 META_OPERS_00037107 at -110.

779 META_OPERS_00164592 at -592, -605.

780 META_OPERS_00331078 at -078, -088.

781 META_OPERS_00353244 at -247-49.

1  ██████████████████████████████████████████████████████

2  ████████████████████████████████████████████

3  •  An internal Meta PowerPoint presentation dated January 28, 2021, titled ██████

4  ███████████████████████████████████████████████████████

5  sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg,

6  Clegg, and Rosen in their custodial files, stated that ██████████████████████

7  ███████████████████████████████████████████████████████

8  ███████████████████████████████████████████████████████

9  █████████████████████

10  •  On April 13, 2021, Defendant Diwanji received an email from Defendant Newton,

11  which stated that ████████████████████████████████████████████████

12  ███████████████████████████████████████████████████████

13  ███████████████████████

14  •  A May 10, 2021 internal document originally posted on Workplace in July 2020,

15  and maintained by Defendants Zuckerberg, Clegg, and Newton in their custodial

16  files, █████████████████████████████████████████████████████

17  ███████████████████████████████████████████████████████

18  ███████████████████████████████████████████████████████

19  █████████████████████████████████████

20  •  A May 17, 2021 internal document titled "██████████████████████████████

21  ██████████████████" which was maintained by Defendants Zuckerberg and Clegg

22  in their custodial files, originally posted on Workplace and originally sent to

23  Defendant Zuckerberg on March 13, 2020, stated, ██████████████████████

24  ███████████████████████████████████████████████████████

25  ███████████████████████████████████████████████████████

26

27  ───────────────────
    [782] META_OPERS_00086549 at -549, -559.

28  [783] META_OPERS_00002566 at -566, -578.
    [784] META_OPERS_00026212.
    [785] META_OPERS_00394039 at -042.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    258
3:21-cv-08812-AMO

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

690.    As further demonstrated by the evidence discussed in Section IV and summarized directly below, Meta's internal documents showed that ████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████

- A ███████████ presentation titled "███████████████████" stated that ████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████████████████

- A March 8, 2019 "pre-read" document for a ████████████ shared with Defendant Clegg stated that ████████████████████████ ██████████████████████████████████████████ █████████████

- On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees about ██ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ █████████████████ Dr. Haidt's email was forwarded to Defendants Davis, Newton, and Mosseri.[789]

---

[786] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.
[787] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
[788] META_OPERS_00101072 at -081.
[789] META_OPERS_00101072 at -074-75.

1

2

3

4

- On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially affecting ten- to fourteen-year-old girls, and that the evidence was adding up that social media plays a causal role in these issues.[790]

5

6

7

8

9

10

11

- A September 2019 study made findings about ███████████████████████ ████████████████████ including that: (i) ███████████████████████ ███████████; (ii) "Young people are acutely aware that Instagram is bad for their mental health, yet are compelled to spend time on the app for fear of missing out"; (iii) ████████████████████████████████████████████████; (iv) ██████████████████████████████████████; and (v) ████████ ████████████████████████████████.

12

13

14

15

16

17

18

19

20

21

22

23

24

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that (i) "[t]eens who struggle with mental health say Instagram makes it worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens feel very bad"; (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups"; (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[792]

25

26

27

28

---

[790] META_HAIDT_0000001.

[791] META_OPERS_00443609 at -640-641, -650, -668.

[792] META_OPERS_00000888 at -902, -908, -928.

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and was maintained by Defendant Clegg in his custodial files, stated: (i) "*[w]e make body image issues worse for one in three teen girls*"; ██████████████

  ████████████████████████████████████████████

  ████████████████████████████████████████████

  ██████ (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg a ██████

  ████████████████████████████████████████████

  ████████████████████████████████████████████

  ████████████████████████████████████████████

  ████████

- A February 4, 2020 email to Defendant Clegg stated, ██████████████

  ████████████████████████████████████████████

  █████████████████

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled ██████ ████████████████████████ stated that (i) ████████████████

  ████████████████████████████████████████████

  (ii) "66% of teen girls on IG experience negative social comparison," and (iii) "██████

---

[793] META_OPERS_00163998 at -998, -001, -004.
[794] META_OPERS_00333340.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"'; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison" and "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[795] META_OPERS_00005996 at -003, -014-15.

1  ███████████████████████████████████████████

2  ███████████

3  • A January 28, 2021 Meta internal report on the results of a 100,000 person social

4  comparison survey that Meta conducted in 9 countries whose findings were shared

5  with Defendant Zuckerberg stated that (i) "[s]ocial comparison is common," (ii) "1

6  in 4 people think that Instagram makes social comparison worse," and (iii) ████

7  ███████████████████████████████████████████

8  ███████████████████████████████████████████

9  ███████████████████████████████████████████

10  ██████████

11  • A February 1, 2021 internal report titled "Appearance-based social comparison on

12  Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded

13  that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of

14  people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on

15  Instagram is common and can have significant implications for individuals"; (iii)

16  "Teen girls perceive Instagram as the 'worst' social media app in terms of body and

17  appearance comparison"; and that (iv) "Negative forms of social comparison,

18  particularly appearance-based comparison, can worsen body image problems,

19  eating disorders, anxiety and loneliness. This is a high-reach, high-intensity

20  problem."[797]

21  • On February 1, 2021, Head of Research ████████████ told Defendants

22  Mosseri and Newton that "the take-aways" of the "Appearance-based social

23  comparison on Instagram" report "████████████████████████████████

24  ████████████████████████" and "████████████████████████████

25  █████████"[798]

26

27  ---

[796] META_OPERS_00002566 at -566, -571, -573.

28  [797] META_OPERS_00099648 at -648, -650, -659.

[798] META_OPERS_00006083.

- In March 2021, Meta researchers prepared a "███████████████████" deck, maintained by Defendant Newton in her custodial files, stated, ███████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ███████████████████████████████████ stated that ███████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████

691.    In addition, to the extent Statement #7 is an opinion, as discussed in Section VIII, Statement #7 is actionable because: (i) it was subjectively false because Defendant Mosseri did not believe that wellbeing is "hard to measure" or "a bit subjective" based on the information he received; (ii) Statement #7 contained false embedded facts; or (iii) Statement #7 did not fairly align with the information in Defendant Mosseri's possession at the time.

692.    **Statement #8 [NEW]:** On May 24, 2021, Defendant Mosseri was interviewed on *The Information*. During that interview, Defendant Mosseri asked, "Did hiding like counts change people's well being?" Defendant Mosseri then answered his own question, stating, "Not in a way we can measure whatsoever."

693.    **Reasons Why Statement #8 Was False And Misleading:** Statement #8 was materially false and misleading, and omitted material facts because in truth, Meta's internal documents show that (i) Meta measured social comparison, which Meta stated was ██████████ ███████████████████████; (ii) Meta found that hiding like counts had a statistically

---

[799] META_OPERS_00386660 at -660, -675-676.
[800] META_OPERS_00394044.

significant and positive effect on social comparison and, therefore, on well-being; and (iii) Meta had extensive research showing that Meta's platforms, particularly Instagram, negatively impacted young users' mental health and wellbeing.[801]

694.    As further demonstrated by the evidence discussed in Section IV and summarized directly below, Meta's internal documents showed that Meta measured social comparison, which Meta stated was ███████████████████████████".[802]

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[803]

- A February 3, 2020 email from ████████ (Meta's lead researcher on the effect of hiding likes on wellbeing) and her research colleague ██████████, to Pratiti Raychoudhury and ████████████, stated, ████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ████████████

- Meta's internal project management documents ████████████ ███████████████████████████████████

[801] META_OPERS_00035376 at -381.
[802] META_OPERS_00035376 at -381.
[803] META_HAIDT_0000001 at -003.
[804] META_OPERS_00035376 at -376, -378, -381.

emailed to Defendants Mosseri, Clegg, and Rosen. This same document ████

- A February 24, 2020 email from Instagram Product Lead ████ to Defendant Mosseri and others

- A February 24, 2020 "████████████████" internal deck sent to Defendants Mosseri and Newton stated that ████

- A March 4, 2020 email from Instagram research scientist ████ stated that,

- A June 15, 2020 email sent on behalf of Defendant Newton to Defendants Mosseri and Newton ████

- On February 1, 2021, Head of Research Dr. Kristin Hendrix sent Defendants Mosseri and Newton ████

---

805 META_OPERS_00039812 at -812-13.
806 META_OPERS_00005996.
807 META_OPERS_00005996 at -014.
808 META_OPERS_00101513.

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████████████

5     695.    As further demonstrated by the evidence discussed in Section IV and summarized

6 directly below, Meta's internal documents ████████████████████████████████

7 ██████████████████████████████████████████████████████

8 ████████████████████

    • A February 3, 2020 email from ████████ (Meta's lead researcher on the effect

10      of hiding likes on wellbeing) and her research colleague ████████████, to

11      ████████████ and ████████████, stated that ████████████

12      ██████████████████████████████████████████

13      ██████████████████████████████████████████

14      ██████████████████████████████████████████

15      ██████████████████████████████████████████

16      ██████████████████████████

17     • A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated

18      that ████████████████████████████████████████

19      ██████████████████████████████████████████

20      ██████████████████████████████████████████

21      ████████████

22     • A March 4, 2020 email from Instagram research scientist ████████ explained

23      that ██████████████████████████████████████████

24      ██████████████████████████████████████████

25

26

27

28 [809] META_OPERS_00006083.
[810] META_OPERS_00035376.
[811] META_OPERS_00024885 at -891.

- An internal June 5, 2020 chat among Meta's internal researchers stated that ████

- An August 31, 2020 internal chat with Head of Research ██████ stated, "██████

- A September 15, 2020 email to Defendants Mosseri and Newton stated, that ████

- An October 27, 2020 internal study titled ██████ ████████ which was emailed to Defendants Zuckerberg and Newton stated,

---

[812] META_OPERS_00172859 at -860.
[813] META_OPERS_00018487 at -491.
[814] META_OPERS_00082367 at -367, -369.
[815] META_OPERS_00037107 at -110.
[816] META_OPERS_00164592 at -592, -605.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    268
3:21-cv-08812-AMO

- An October 27, 2020 internal post on Workplace by data scientist ███ and researcher ███ discussing the internal study ███████████ ███████ stated that the study's "███████████████ ██████████████" and that these "███████████████ ██████████████████████████████████."[817]

- An email thread from January 11 to 29, 2021 between various Meta employees that included the "IG_well_being_leads," noted that ███████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████ A January 21, 2021 internal document prepared by a Meta researcher regarding research for ███████ ███████████████ stated that ███████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ █████████████

- An internal Meta PowerPoint presentation dated January 28, 2021, titled ███████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ █████████████

---

817 META_OPERS_00331078 at -078, -088.
818 META_OPERS_00353244 at -247-49.
819 META_OPERS_00086549 at -549, -559.
820 META_OPERS_00002566 at -566, -578.

- On April 13, 2021, Defendant Diwanji received an email from Defendant Newton, which stated that ██████████████████████████████████ ████████████████████████████████████████████ ███████████

- A May 10, 2021 internal document originally posted on Workplace in July 2020, and maintained by Defendants Zuckerberg, Clegg, and Newton in their custodial files, includes a ████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████

- A March 13, 2021 internal document titled ████████████████████ ████████████████ maintained by Defendants Zuckerberg and Clegg in their custodial files, stated, ████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████

696.     As further demonstrated by the evidence discussed in Section IV and summarized directly below, Meta's internal documents showed that Meta had extensive research showing that Meta's platforms, particularly Instagram, negatively impacted young users' mental health and wellbeing:

- A █████████████ presentation titled █████████████████████████ stated that (i) ██████████████████████████████████████████ ████████████████████████████████████████████

---

[821] META_OPERS_00026212.
[822] META_OPERS_00394039 at -042.
[823] META_OPERS_00164385 at -385, -394.

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 • A March 8, 2019 "pre-read" document for a "███████████████" shared with

4     Defendant Clegg stated that ████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████

7 • On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees about ███

8 ████████████████████████████████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████ Dr. Haidt's email was forwarded to Defendants Davis,

16     Newton, and Mosseri.[827]

17 • On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where

18     Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially

19     affecting ten- to fourteen-year-old girls, and that the evidence was adding up that

20     social media plays a causal role in these issues.[828]

21 • A September 2019 study made ████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25

26

27

28

[824] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.
[825] Complaint at Exhibit 53, *State of Tennessee v. Meta Platforms, Inc.*, 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
[826] META_OPERS_00101072 at -081.
[827] META_OPERS_00101072 at -074-75.
[828] META_HAIDT_0000001.

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that (i) "[t]eens who struggle with mental health say Instagram makes it worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens feel very bad"; (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups"; (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[830]

- A November 5, 2019 "Hard Life Moments - Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, stated: (i) ***"[w]e make body image issues worse for one in three teen girls"***; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison

---

[829] META_OPERS_00443609 at -640-41, -650, -668.
[830] META_OPERS_00000888 at -912.

is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg a ███ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████

- A February 4, 2020 email to Defendant Clegg stated, ████████████ ████████████████████████████████████████████████████ ██████████████████

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled ████████ ████████████████████████████████████ stated that (i) ████████████████ ████████████████████████████████████████████████████ (ii) "66% of teen girls on IG experience negative social comparison," and (iii) ████ ████████████████████████████████████████████████████ ██████████████████

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"'; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison"

---

[831] META_OPERS_00163998 at -998, -001, -004.
[832] META_OPERS_00333340.
[833] META_OPERS_00005996 at -003, -014-15.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    273
3:21-cv-08812-AMO

and "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that Meta's ███████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey that Meta conducted in 9 countries whose findings were shared with Defendant Zuckerberg stated that (i) "[s]ocial comparison is common," (ii) "1 in 4 people think that Instagram makes social comparison worse," and (iii) ████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████" and ████ ████████████████████████████████████████████████████ ███████████

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals";

---

[834] META_OPERS_00101513.
[835] META_OPERS_00002566 at -566, -571, -573.

274

(iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[836]

- On February 1, 2021, Head of Research Dr. Kristin Hendrix told Defendants Mosseri and Newton that "the take-aways" of the "Appearance-based social comparison on Instagram" report " ████████████████████████████████████ ████████████████████████████" and " ████████████████████████████████ ████████████████"[837]

- In March 2021, Meta researchers prepared a " ████████████████████████ " deck, maintained by Defendant Newton in her custodial files, stated, ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ████████████████████████████████████ stated that ████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████

697.   **Statement #9:** On May 24, 2021, Defendant Mosseri was interviewed on *The Information*. During that interview, Mosseri was asked, "So do you have any kind of number that

[836] META_OPERS_00099648 at -648, -650, -659.
[837] META_OPERS_00006083.
[838] META_OPERS_00386660 at -660, -675-76.
[839] META_OPERS_00394044.

you can recall about what Instagram stood to lose if this [hiding likes] was rolled out across the platform with all users?" Mosseri answered, "I can't give you a number, but I don't even think it's fair to say it would have been bad for the business. ***I can be very confident telling you that economics, the effects on our revenue, was not a deciding factor*** when we were at the other end of this."[840]

698.    **Reasons Why Statement #9 Was False And Misleading:** Statement #9 was materially false and misleading, and omitted material facts because in truth, Meta rejected making the change to hide likes by default because internal documents indicated that it could prove detrimental to Meta's business interests, as further demonstrated by the evidence discussed in Section IV and summarized directly below:



- A January 27, 2020 ███████████████████████████████ ███████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████

- A ███████████ draft presentation about █████████████ which was ███████████████████████████████████████ contained a ███████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████

- A January 31, 2020, email from Danny Ferrante (a Meta data scientist) to researcher █████████ that ███████████████████████████████████

[840] Sylvia Varnham O'Regan, *Instagram Chief Mosseri Rebuffs State AGs Opposing Kids Version of App*, The Information (May 24, 2021), https://www.theinformation.com/articles/instagram-chief-says-state-ags-should-enforce-law-and-not-write-law.
[841] META_OPERS_00035292 at -302, -304.
[842] BLBG-Haugen_0017668 - BLBG-Haugen_0017716 at -672.

1    ███████████████████████████████████████████████

2    ████████████████████████████████████████████

3    • A February 5, 2020 presentation Defendants Zuckerberg and Mosseri received █

4    ███████████████████████████████████████████████

5    ███████████████████████████████████████████████

6    ███████████████████████████████████████████████

7    ████████████████████████████████████████████

8    • A February 8, 2020 email from Defendant Zuckerberg to Defendant Mosseri and

9    others stated, ██████████████████████████████████████

10   ███████████████████████████████████████████████

11   ███████████████████████████████████████████████

12   ███████████████████████████████████████████████

13   ███████████████████████

14   • A February 8, 2020 email to Defendant Zuckerberg from Defendant Mosseri stated,

15   ███████████████████████████████████████████████

16   ███████████████████████████████████████████████

17   ████████████████████████████████████████████

18   • A February 8, 2020 email to Defendant Zuckerberg from Head of Facebook Blue

19   ███████████ stated, ██████████████████████████████████

20   ███████████████████████████████████████████████

21   ███████████████████████████████████████████████

22   ███████████████████████████████████████████████

23   ███████████████████████████████████████████████

24   █████████████████████████████████

---

843 META_OPERS_00331194 at -196.
844 META_OPERS_00024885 at -891.
845 META_OPERS_00101226 at -228.
846 META_OPERS_00101226 at -227.
847 META_OPERS_00101226.

- A June 5, 2020, internal chat among Meta researchers stated that ███████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████

- An August 31, 2020, email from Meta Research Leader ██████████ stated

that ███████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

- A September 25, 2020 internal chat from researcher ██████████ that stated,

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████

- An April 13, 2021 email with Defendants Newton and Diwanji stated that Public

Affairs Manager ██████████ sent Defendant Mosseri a ███████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

- A May 17, 2021 email to Defendants Mosseri, Newton, and Diwanji stated that

(i) ████████████████████████████████████████████

███████████████████████████████████████████████

---

[848] META_OPERS_00018487 at -491-92.
[849] META_OPERS_00082367.
[850] META_OPERS_00037144.
[851] META_OPERS_00026212 at -213-14.

1 ████████████████████████████████████████████████

2 ████ (ii) ████████████████████████████████ (iii) ███████████

3 ████████████████████████████████████████████████

4 ████████████████████████████████████ and that (iv) ████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████

• A May 19, 2021 email from Defendant Mosseri stated that he was ███████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

699.    **Statement #10 [SUSTAINED – OLD STATEMENT #43]:** On May 26, 2021, in a Meta newsroom blog post "Giving People More Control on Instagram and Facebook," Defendants announced that Meta would give users the option to hide likes on Instagram. In that announcement, Meta referenced external research it used, stating, "***We've been working closely with third-party experts to better understand how to empower people, build self-awareness and shape a more positive experience on Instagram.*** . . . We're also funding more external research about people's experiences on Instagram, and how we can improve our policies and products to support our community."

700.    **Reasons Why Statement #10 Was False and Misleading:** Statement #10 was materially false and misleading, and omitted material facts because in truth, (i) Meta's internal documents show that Meta rejected recommendations from external academics and researchers about young users' mental health and wellbeing, including specifically with respect to ████████ and (ii) at the time this statement was made, Meta had already concluded that its proposed measures (Daisy Controls) did not improve well-being but that touting them could make Meta look good. Thus, it was materially false and misleading for Defendants to represent that they had been

---

[852] META_OPERS_00338632 at -636.
[853] META_OPERS_00338632 at -634.

working with experts and that giving users the option to hide likes was part of an effort to "shape a more positive experience on Instagram." Contrary to Defendants' statement, by December 2020, Meta had concluded that the measures proposed to give users the option to hide likes did not result in any improvement to "overall well-being measures." Despite this, Meta continued to tout its announcement to give users the option to hide likes as part of its commitment to children's well-being because the program "could make them look good" in the public eye. As research presented to Defendant Zuckerberg indicated, "A Daisy launch would be received by the press and parents as a strong positive indication that Instagram cares about its users, especially taken alongside other press-positive launches." Further, Meta rejected recommendations from external academics and researchers about young users' wellbeing, including ████████████████████████

701.    ***Additional Evidence that Meta Rejected Expert Recommendations:*** In addition to the evidence discussed above, Meta rejected recommendations from external academics and researchers about young users' wellbeing, as further demonstrated by the evidence in Section IV and summarized directly below:



- Meta rejected ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Similarly, Meta rejected what Defendant Newton described as ████████████████████████████████████████████████████████████████████

- Throughout the Class Period, at Defendant Zuckerberg's direction, Meta permitted young users to use what Meta internally called ████████████████████████████████████████████████████████████ Meta permitted

---

[854] META_OPERS_00024885 at -891.
[855] META_OPERS_00026212 at -212, -214.
[856] META_OPERS_00008655 at -658-59.

1    ████████████████████████████████████████████████████████

2    ███████████████████████████████████ For example:

3    ○   Meta rejected the conclusions of external researchers who ████████

4    ████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████ According to an internal deck, █████████████

10   ███████████████████

11   ○   Likewise, Meta permitted cosmetic surgery filters during the Class Period even

12   though Defendant Davis knew that ████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████

15   ○   Similarly, Meta permitted cosmetic surgery filters during the Class Period even

16   though Defendants Zuckerberg, Mosseri, and Clegg, as well as several Meta

17   senior executives including Chief Operating Officer Sandberg all knew that

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ██████████████████████████████████████████  ██████

22   ████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25

26   ───────────────────────

27   [857] META_OPERS_00332490.
     [858] META_OPERS_00008655 at -667.
     [859] META_OPERS_00008655 at -673.
     [860] META_OPERS_00012765.
     [861] META_OPERS_00164431 at -433.

28

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- During the Class Period, Meta rejected making all teen accounts truly private by default, even though Defendant Newton and the Instagram Well-Being Leads team

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

702.    **The Court Sustained Statement #10:** In its Motion to Dismiss Order, the Court held with respect to Statement #10 that the Complaint adequately alleged that it was false or misleading, in part because Meta had already concluded that its proposed measures to give users the options to hide likes did not improve well-being but that touting them "could make them look good." Motion to Dismiss Order at 22.

703.    **Defendant Mosseri is a "Maker" Of Statement #10 [SUSTAINED – OLD STATEMENT #43]:** As further demonstrated by the evidence discussed in Section IV and summarized directly below, in addition to Meta, Defendant Mosseri is a "maker" of Statement #8.

- Defendant Mosseri is a "maker" of Statement #8 because he made the nearly identical Statements #14 and #15—both issued on the same day as Statement #8 as part of Meta's media communications strategy with respect to announcing the option to hide "Likes"—including because he was noted as the speaker of Statements #14 and #15.

- Moreover, Defendant Mosseri is a "maker" of Statement #8 because he is also the "maker" of Statements #10, #11, #12, #13, and #17—issued on the same day as Statement #8 as part of Meta's media communications strategy with respect to announcing the option to hide "Likes"—including because he was noted as the speaker of Statements #10, #11, #12, #13, and #17.

- In addition, Defendant Mosseri made Statement #8 because he had ultimate authority over its contents, as evidenced by the facts summarized below.

---

[862] META_OPERS_00164431 at -439.
[863] META_OPERS_00334720 at -726.

o   At the time Statement #8 was issued, Defendant Mosseri was the CEO of Instagram. As the CEO of Instagram, he had ultimate authority over statements that were about Instagram—such as Statement #5, which discusses a product change for Instagram and Meta's supposed plans to "shape" users' experiences on "Instagram."

o   In an August 31, 2020 internal chat between Dr. Hendrix (head of research for Instagram) and other Instagram employees ███████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

o   In an October 8, 2020 email from a Meta marketing employee to others, including Defendant Newton, the employee explained that, ██████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████

o   In a May 19, 2021 internal chat between ████████████████████, an Instagram marketing employee, █████████████████████████████████
████████████████████████████████████████████████
█████████████████████████ (the subject matter of Statements #8, #9, #10, #11, #12, #13, #14, #15, #16, and #17) and noted ███████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

[864] META_OPERS_00082367 at -368.
[865] META_OPERS_00076879 at -883-84.

o   In testimony in 2025 in the Related Actions, Defendant Mosseri stated: ██

██████████████████████████████████████████████

704.   **Statement #11 [SUSTAINED – OLD STATEMENT #45]:** On May 26, 2021, Defendant Mosseri was interviewed by several journalists. Discussing the impact of Instagram on the mental health of teenage girls, Mosseri downplayed the negative effects of the platform, referencing external research and saying it showed the impact of Instagram was insignificant. Of the findings of the research, Mosseri stated that: ***"It's facts stated the bi-directional, so small effects positive and small effects negative but it's quite small."*** Defendant Mosseri reiterated, ***"There's a lot of good that comes with what we do."***

705.   **Reasons Why Statement #11 Was False and Misleading:** Statement #11 was materially false and misleading, and omitted material facts because in truth, Meta had conducted extensive internal research ██████████████████████████ Among other things, it was materially false and misleading for Defendant Mosseri to cite external research in stating that the negative effects of Instagram on teenage girls were "quite small" and that Instagram causes "a lot of good," without disclosing that Meta had conducted extensive internal research ██

████████████████████████████████████████████████████

████████ Contrary to Defendants' statement, Meta's non-public internal research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe." ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[866] META_OPERS_00359794 at -799, -804.
[867] META_OPERS_00345595 at -032.

706. ***Additional Research Showing the Negative Impact on Young Users' Mental Health and Wellbeing:*** In addition to the research discussed above, Meta had extensive research showing that Instagram negatively impacted young users' mental health and wellbeing, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A ███████████ presentation titled "███████████████████" stated that (i) ██████████████████████████████████████ (ii) ████████████ ████████████████████████████████████████████ and (iii) ████████████████████████████████████████

- A March 8, 2019 "pre-read" document for a "████████████████" shared with Defendant Clegg stated that ████████████████████████████ ████████████████████████████████████████████████ ████████████████

- On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees ████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████ Dr. Haidt's email was forwarded to Defendants Davis, Newton, and Mosseri.[871]

---

[868] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.
[869] Complaint at Exhibit 53, *State of Tennessee v. Meta Platforms, Inc.*, 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
[870] META_OPERS_00101072 at -081.
[871] META_OPERS_00101072 at -073,-075.

- On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially affecting ten- to fourteen-year-old girls, and that the evidence was adding up that social media plays a causal role in these issues.[872]

- A September 2019 study made findings about the effects of Instagram on the well-being of its young users, including that: (i) ███████████████████ ████████; (ii) "Young people are acutely aware that Instagram is bad for their mental health, yet are compelled to spend time on the app for fear of missing out"; (iii) █████████████████████████████ (iv) ███████████████████████████ and (v) ████ █████████████████.

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that (i) "[t]eens who struggle with mental health say Instagram makes it worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens feel very bad"; (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups"; (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[874]

---

[872] META_HAIDT_0000001.
[873] META_OPERS_00443609 at -640-41, -650, -668.
[874] META_OPERS_00000888 at -912.

- A November 5, 2019 "Hard Life Moments - Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, stated: (i) "*[w]e make body image issues worse for one in three teen girls*"; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg a ██████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████

- A February 4, 2020 email to Defendant Clegg stated, ███████████████ ███████████████████████████████████████████████████████████ ████████████████████████

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled ██████ ██████████████████████████████ stated that (i) █████████████████ ███████████████████████████████████████████████████████████ (ii) █████████████████████████████████████████████ and (iii) ████

---

[875] META_OPERS_00163998 at -998, -001, -004.
[876] META_OPERS_00333340.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"'; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison" and "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that ■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey that Meta conducted in 9 countries whose findings were shared with Defendant Zuckerberg stated that (i) "[s]ocial comparison is common," (ii) "1

---

[877] META_OPERS_00005996 at -003, -014-15.
[878] META_OPERS_00101513.

in 4 people think that Instagram makes social comparison worse," and (iii) █████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals"; (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[880]

- On February 1, 2021, Head of Research Dr. Kristin Hendrix told Defendants Mosseri and Newton that "██████████████" of the "Appearance-based social comparison on Instagram" report "███████████████████████████ ██████████████████████████████" and "███████████████████████████ ██████████"[881]

- In March 2021, Meta researchers prepared a "████████████████████" deck, maintained by Defendant Newton in her custodial files, stated, ████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

---

[879] META_OPERS_00002566 at -566, -571, -573.
[880] META_OPERS_00099648 at -648, -650, -659.
[881] META_OPERS_00006083.

████████████████████████████████████████████████████

███████████████

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ████████████████████████████ stated that ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

707.    **The Court Sustained Statement #11:** In its Motion to Dismiss Order, the Court held with respect to Statement #11 that the Complaint adequately alleged that it was false or misleading, in part because "[g]iven the extensive internal research that Plaintiffs cite showing the harm that Instagram causes to teenagers, they have sufficiently alleged that stating that research findings are 'bi-directional' was false or misleading." Motion to Dismiss Order at 21.

708.    **Statement #12:** On May 26, 2021, *TechCrunch* reported on Meta's announcement that it would give users the option to hide likes on Instagram, in an article titled "Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default." The article reported that Defendant "Mosseri also pushed back at the idea that a decision on Likes would have majorly impacted the network. ***While removal of Likes on Instagram had some impact on user behavior, he said, it was not enough to be concerning.***"[884]

709.    **Reasons Why Statement #12 Was False And Misleading:** Statement #12 was materially false and misleading, and omitted material facts because in truth, Meta's internal documents indicated that ████████████████████████████████████████████

████████████████████████████████████████████████████

---

[882] META_OPERS_00386660 at -660, -675-676.

[883] META_OPERS_00394044.

[884] Sarah Perez, *Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default*, TechCrunch (May 26, 2021), https://techcrunch.com/2022/03/23/instagram-launches-chronological-and-favorites-feeds-for-all-users-but-they-cant-be-the-default.

1 ███████████████████████████████████████████████████ as further

2 demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below:

3 • A January 27, 2020 internal statement by Meta Product Leader ████████

4    stated that ██████████████████████████████████████

5    ████████████████████████████████████████████████

6    ████████████████████████████████████████████████

7    ████████████████████████████████████████

8 • A ███████████ draft presentation about █████████████████ which

9    was ████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13   ████████████████████

14 • A January 31, 2020, email from Danny Ferrante (a Meta data scientist) to researcher

15   ███████████ that ████████████████████████████████

16   ████████████████████████████████████████████████

17   ████████████████████████████████████████████████

18 • A February 5, 2020 presentation Defendants Zuckerberg and Mosseri received in

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████

23 • A February 8, 2020 email from Defendant Zuckerberg to Defendant Mosseri and

24   others  stated, ████████████████████████████████

25   ████████████████████████████████████████████████

26

27 _____

[885] META_OPERS_00035292 at -302, -304.

[886] BLBG-Haugen_0017668-BLBG-Haugen_0017716 at -672.

28 [887] META_OPERS_00331194 at -196.

[888] META_OPERS_00024885 at -891.

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 █████████████████████████

- A February 8, 2020 email to Defendant Zuckerberg from Defendant Mosseri stated,

5 ████████████████████████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████

- A February 8, 2020 email to Defendant Zuckerberg from Head of Facebook Blue

████████ stated, ████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████████████████████

- A June 5, 2020, internal chat among Meta researchers stated that ████████████

16 ████████████████████████████████████████

17 ████████████████████████████████████████

18 ████████████████████████████████████████

19 ████████████████████████████████████████

20 ████████████████████████████████████████

21 ████████

- An August 31, 2020, email from Meta Research Leader ████████████ stated

that ████████████████████████████████████

---

[889] META_OPERS_00101226 at -228.
[890] META_OPERS_00101226 at -227.
[891] META_OPERS_00101226.
[892] META_OPERS_00018487 at -491-492.

1 ████████████████████████████████████████████████████

2 ███████████████████████████████

3 • A September 25, 2020 internal chat from researcher ████████ that stated,

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ███████████████

8 • An April 13, 2021 email with Defendants Newton and Diwanji stated that Public

9 Affairs Manager ████████████ sent Defendant Mosseri a ████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████

14 • A May 17, 2021 email to Defendants Mosseri, Newton, and Diwanji stated that

15 (i) ████████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████ (iii) ████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████ and that (iv) ████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████

23 ████████████████████

24 • A May 19, 2021 email from Defendant Mosseri stated that ████████████

25 ████████████████████████████████████████████████████

26

27 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
[893] META_OPERS_00082367.

28 [894] META_OPERS_00037144.
[895] META_OPERS_00026212 at -213-14.
[896] META_OPERS_00338632 at -636.

█████████████████████████████████████████████████████

███████████████████████████████

710. **Statement #13:** On May 26, 2021, *TechCrunch* reported on Meta's announcement that it would give users the option to hide likes on Instagram, in an article titled "Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default." The article quoted Defendant Mosseri stating that "***there's no rigorous research that suggests Likes are bad for people's well-being***," and that Defendant Mosseri "argued that Instagram is still a small part of people's day, so how ***Likes function doesn't affect people's overall well-being***."[898]

711. **Reasons Why Statement #13 Was Misleading:** Statement #13 was materially misleading and omitted material facts because in truth, Meta's internal documents show that ████

████████████████████████████████████████████████████████

████████████████████████████ as further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below:[899]

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[900]

- A February 3, 2020 email from ████████████ (Meta's lead researcher on the effect of hiding likes on wellbeing) and her research colleague ████████████, to ████████████ and Dr. Kristin Hendrix, stated, ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[897] META_OPERS_00338632 at -634.

[898] Sarah Perez, *Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default*, TechCrunch (May 26, 2021), https://techcrunch.com/2022/03/23/instagram-launches-chronological-and-favorites-feeds-for-all-users-but-they-cant-be-the-default.

[899] META_OPERS_00035376 at -381.

[900] META_HAIDT_0000001 at -003.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████

- Meta's internal project management documents listed ████████████ ███████████████████████████████████ as shown in a February 4, 2020 document titled "██████████████████████████████" emailed to Defendants Mosseri, Clegg, and Rosen. This same document ████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

- A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated that ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████

- A February 24, 2020 email from Instagram Product Lead ██████████ to Defendant Mosseri and others stated that ████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████

---

[901] META_OPERS_00035376 at -376, -378, -381.
[902] META_OPERS_00039812 at -812-13.
[903] META_OPERS_00024885 at -891.
[904] META_OPERS_00005996.

- A February 24, 2020 "████████████████████████████████" internal deck sent to Defendants Mosseri and Newton stated that ████████████████████ ████████████████████████

- A March 4, 2020 email from Instagram research scientist ████████ explained that ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ████████████████

- An internal June 5, 2020 chat among Meta's internal researchers stated that ████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

- A June 15, 2020 email sent on behalf of Defendant Newton to Defendants Mosseri and Newton stated that ██████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████

- An August 31, 2020 internal chat with Head of Research Dr. Kristina Hendrix stated, ██████████████████████████████

  ██████████████████████████████████████

  ██████████████████████████████████████

---

[905] META_OPERS_00005996 at -014.
[906] META_OPERS_00172859 at -860.
[907] META_OPERS_00018487 at -491.
[908] META_OPERS_00101513.

1

2

- A September 15, 2020 email to Defendants Mosseri and Newton stated, that

4

5

6

7

- An October 27, 2020 internal study titled ███████████████ ██████████ which was emailed to Defendants Zuckerberg and Newton stated,

10

11

12

13

- An October 27, 2020 internal post on Workplace by data scientist ███████ ██████████████ discussing the internal ██████████████████ ███████ stated that the ████████████████████████

17

18

- An email thread from January 11 to 29, 2021 between various Meta employees that included the "IG_Well-being_Leads," noted that ████████████████

22

23

24

25

---

[909] META_OPERS_00082367 at -367, -369.

[910] META_OPERS_00037107 at -110.

[911] META_OPERS_00164592 at -592, -605.

[912] META_OPERS_00331078 at -078, -088.

[913] META_OPERS_00353244 at -247-49.

- A January 21, 2021 internal document prepared ███████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████

- An internal Meta PowerPoint presentation dated January 28, 2021, titled ██████ ████████████████████████████████████████████ sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg, Clegg, and Rosen in their custodial files, stated that ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████

- On April 13, 2021, Defendant Diwanji received an email from Defendant Newton, which stated that ████████████████████████████████████████ ████████████████████████████████████ which as discussed above § IV.B.1.c, Meta chose not to launch.[916]

- On February 1, 2021, Head of Research Dr. Kristin Hendrix sent Defendants Mosseri and Newton ██████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████

- A May 10, 2021 internal document originally posted on Workplace in July 2020, and maintained by Defendants Zuckerberg, Clegg, and Newton in their custodial

---

[914] META_OPERS_00086549 at -549, -559.
[915] META_OPERS_00002566 at -566, -578.
[916] META_OPERS_00026212.
[917] META_OPERS_00006083.

files, includes a ███████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

- A March 13, 2021 internal document titled "████████████████████████

    █████████████" maintained by Defendants Zuckerberg and Clegg in their

    custodial files, stated, ████████████

    ███████████████████████████████████████████

    ███████████████████████████████████████████

    ███████████████████████████████████████████

    █████████████████████████████████████

712.    **Statement #14:** On May 26, 2021, *TechCrunch* reported on Meta's announcement that it would give users the option to hide likes on Instagram, in an article titled "Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default." The article reported that Defendant Mosseri "***also dismissed some of the current research pointing to negative impacts of social media use as being overly reliant on methodologies that ask users to self-report their use, rather than measure it directly***."[920]

713.    **Reasons Why Statement #14 Was Misleading:** Statement #14 was materially misleading, and omitted material facts because in truth, Meta's internal documents show that



(i) ███████████████████████████████████████████

███████████ (ii) ██████████████████████████████████

███████████████████████████████████████████

██████████████████████; (iii) ████████████████████████

████████████████████████████████████ and (iv) ████████████████

---

[918] META_OPERS_00394039 at -042.

[919] META_OPERS_00164385 at -385, -394.

[920] Sarah Perez, *Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default*, TechCrunch (May 26, 2021), https://techcrunch.com/2022/03/23/instagram-launches-chronological-and-favorites-feeds-for-all-users-but-they-cant-be-the-default.

t████████████████[921]

714.    As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below with just a few examples, Meta's internal documents show that ████ ████████████████████████████████████████████████████

- The October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," and which concluded that "[t]eens who struggle with mental health say Instagram makes it worse," ██████████████████████████████████████████ ██

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled "████ ████████████████████████████" stated that (i) █████████████████ ████████████████████████████████████████████ (ii) ███████████████████████████████████ and (iii) ████ ████████████████████████████████████████████ ███████████████

- The internal Meta PowerPoint presentation dated January 28, 2021, titled ████ ████████████████████████████████████████████ sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg, Clegg, and Rosen in their custodial files, which stated that hiding like counts ████ ████████████████████████████████████████████ ███████████████

- The February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, which stated that "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls," relied upon users' self-reported use

[921] META_OPERS_00035376 at -381.
[922] META_OPERS_00000888 at -912.
[923] META_OPERS_00005996 at -003, -014-15.
[924] META_OPERS_00002566 at -566, -578.

of Instagram. Head of Research Dr. Kristin Hendrix told Defendants Mosseri and Newton that "the take-aways" of the report "████████████████████████ ████████████████████████" and "████████████████████████ ████████"[925]

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled "████████████████████████████████" stated that "████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████"

715. As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta's internal research ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[928]

- A February 3, 2020 email from ████████████ (Meta's lead researcher on the effect of hiding likes on wellbeing) and her research colleague ████████████ ████████████████ and Dr. Kristin Hendrix, stated, ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

---

[925] META_OPERS_00006083.
[926] META_OPERS_00394044.
[927] META_OPERS_00035376 at -381.
[928] META_HAIDT_0000001 at -003.



- Meta's internal project management documents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as shown in a February 4, 2020 document titled "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" emailed to Defendants Mosseri, Clegg, and Rosen. This same document ▮▮▮▮

- A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- A February 24, 2020 email from Instagram Product Lead ▮▮▮▮▮▮ to Defendant Mosseri and others stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

929 META_OPERS_00035376 at -376, -378, -381.
930 META_OPERS_00039812 at -812-13.
931 META_OPERS_00024885 at -891.
932 META_OPERS_00005996.

- A February 24, 2020 "███████████████████████████████████" internal deck sent to Defendants Mosseri and Newton stated that ████████████████████████ ██████████████████████████[933]

- A March 4, 2020 email from Instagram research scientist ████████ explained that ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████[934]

- An internal June 5, 2020 chat among Meta's internal researchers stated that ████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████[935]

- A June 15, 2020 email sent on behalf of Defendant Newton to Defendants Mosseri and Newton stated that ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████[936]

- An August 31, 2020 internal chat with Head of Research Dr. Kristina Hendrix stated, ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

---

[933] META_OPERS_00006475 at -478, -493.
[934] META_OPERS_00172859 at -860.
[935] META_OPERS_00018487 at -491.
[936] META_OPERS_00101513.

1  █████████████████████████████████████████████

2  ██████████████████████████████████████████

3  • A September 15, 2020 email to Defendants Mosseri and Newton stated, that ████

4  ████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████████████████████████████

7  ██████████████████████████████████

8  • An October 27, 2020 internal study titled "█████████████████████████

9  ████████" which was emailed to Defendants Zuckerberg and Newton stated,

10  ████████████████████████████████████████████████

11  ████████████████████████████████████████████████

12  ████████████████████████████████████████████████

13  ████████████████████████████████

14  • An October 27, 2020 internal post on Workplace by data scientist ██████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  • An email thread from January 11 to 29, 2021 between various Meta employees ██

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ████████████████████████████████████████████████

24  ██████████████████████████████████████

25

26

---

[937] META_OPERS_00082367 at -367, -369.
[938] META_OPERS_00037107 at -110.
[939] META_OPERS_00164592 at -592, -605.
[940] META_OPERS_00331078 at -078, -088.
[941] META_OPERS_00353244 at -247-49.

- A January 21, 2021 internal document prepared by a Meta researcher ████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

- An internal Meta PowerPoint presentation dated January 28, 2021, titled "████

████████████████████████████████████████████████████"

sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg,

Clegg, and Rosen in their custodial files, stated that ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

- On April 13, 2021, Defendant Diwanji received an email from Defendant Newton,

which stated that ███████████████████████████████████████

████████████████████████████████████ which as discussed

above § IV.B.1.c, ███████████████████

- On February 1, 2021, Head of Research Dr. Kristin Hendrix sent Defendants

Mosseri and Newton "█████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

- A May 10, 2021 internal document originally posted on Workplace in July 2020,

and maintained by Defendants Zuckerberg, Clegg, and Newton in their custodial

---

[942] META_OPERS_00086549 at -549, -559.
[943] META_OPERS_00002566 at -566, -578.
[944] META_OPERS_00026212.
[945] META_OPERS_00006083.

files, includes a list of ███████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████

- A March 13, 2021 internal document titled "████████████████████

  █████████████████" maintained by Defendants Zuckerberg and Clegg in their

  custodial files, stated, ████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ███████████████████████████████████

716.    As further demonstrated by the evidence discussed in Section IV.B.1.c and

summarized directly below, Meta had extensive research showing Instagram, negatively impacted

young users' mental health and wellbeing:

- A ████████████ presentation titled "████████████████" stated

  that (i) ████████████████████████████████████████

  ██████████████████████████████ (ii) ███████████████

  ████████████████████████████████████████

  and (iii) ██████████████████████████████████

- A March 8, 2019 "pre-read" document for a "███████████████" shared with

  Defendant Clegg stated that ███████████████████████████████

  ████████████████████████████████████████

  █████████████████

- On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees about ██

  ████████████████████████████████████████

---

[946] META_OPERS_00394039 at -042.
[947] META_OPERS_00164385 at -385, -394.
[948] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.
[949] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████ Dr. Haidt's email was forwarded to Defendants Davis, Newton, and Mosseri.[951]

- On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially affecting ten- to fourteen-year-old girls, and that the evidence was adding up that social media plays a causal role in these issues.[952]

- A September 2019 study made findings about the effects of Instagram on the well-being of its young users, including that: (i) ████████████████████████ ████████████; (ii) "Young people are acutely aware that Instagram is bad for their mental health, yet are compelled to spend time on the app for fear of missing out"; (iii) "████████████████████████████████████████"; (iv) ████████████████████████████████████ ████████████████████.

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that (i) "[t]eens who struggle with mental health say Instagram makes it worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much

---

[950] META_OPERS_00101072 at -081.
[951] META_OPERS_00101072 at -074-75.
[952] META_HAIDT_0000001.
[953] META_OPERS_00443609 at -640-641, -650, -668.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT          307
3:21-cv-08812-AMO

worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens feel very bad" (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups"; (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[954]

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, stated: (i) "*[w]e make body image issues worse for one in three teen girls*"; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg a ███████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████

---

[954] META_OPERS_00000888 at -912.

[955] META_OPERS_00163998 at -998, -001, -004.

- A February 4, 2020 email to Defendant Clegg stated, 

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled "███ ███████████████████████████████" stated that (i) ███████████████ ████████████████████████████████████ (ii) ███████████████████████████████████ and (iii) ███ ████████████████████████████████████ █████████████

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"'; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison" and "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that ███████████████████████████ ████████████████████████████████████████

---

[956] META_OPERS_00333340.
[957] META_OPERS_00005996 at -003, -014-15.

1 ██████████████████████████████████████████

2 ██████████████████████████████████████████

3 ██████████████████████████████████████████

4 ████████████

5 • A January 28, 2021 Meta internal report on the results of a 100,000 person social

6 comparison survey that Meta conducted in 9 countries whose findings were shared

7 with Defendant Zuckerberg stated that (i) "[s]ocial comparison is common," (ii) "1

8 in 4 people think that Instagram makes social comparison worse," and (iii) ████

9 ██████████████████████████████████████████

10 ██████████████████████████████████████████

11 ██████████████████████████████████████████

12 ██████████

13 • A February 1, 2021 internal report titled "Appearance-based social comparison on

14 Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded

15 that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of

16 people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on

17 Instagram is common and can have significant implications for individuals";

18 (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body

19 and appearance comparison"; and that (iv) "Negative forms of social comparison,

20 particularly appearance-based comparison, can worsen body image problems,

21 eating disorders, anxiety and loneliness. This is a high-reach, high-intensity

22 problem."[960]

23 • On February 1, 2021, Head of Research Dr. Kristin Hendrix told Defendants

24 Mosseri and Newton that "the take-aways" of the "Appearance-based social

25 comparison on Instagram" report ████████████████████████████████

26

27 ─────────────────────────

[958] META_OPERS_00101513.

28 [959] META_OPERS_00002566 at -566, -571, -573.

[960] META_OPERS_00099648 at -648, -650, -659.

1 ██████████████████████████████████████████████

2 ███████████████

3 • In March 2021, Meta researchers prepared a "█████████████████" deck,

4 maintained by Defendant Newton in her custodial files, stated, ████████

5 ██████████████████████████████████████████████

6 ██████████████████████████████████████████████

7 ██████████████████████████████████████████████

8 █████████████

9 • A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their

10 custodial files, titled ████████████████

11 stated that ████████████████████████████████████

12 ██████████████████████████████████████████████

13 ██████████████████████████████████████████████

14 ██████████████████████████████████████████████

15 █████████████████████████

16 717.     As further demonstrated by the evidence discussed in Section IV.B.1.c and

17 summarized directly below, Meta's internal documents ████████████████████████

18 • A February 2019 presentation titled ███████████████████

19 ██████████████████████████████████████████████

20 █████████████████████████████████

21 • A March 8, 2019 "pre-read" document for a "██████████████" shared with

22 Defendant Clegg stated that █████████████████

23 ██████████████████████████████████████████████

24 ███████████████████

25

961 META_OPERS_00006083.
962 META_OPERS_00386660 at -660, -675-76.
963 META_OPERS_00394044.
964 META_OPERS_00442114 at -125, -150.
965 Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    311
3:21-cv-08812-AMO

- A September 2019 study titled "███████████████████████" concluded that ██████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ███████████████.[966]

- In January 2020, Dr. Haidt met with Defendant Mosseri and expressed his ████ ██████████████████████████████████████ ███████████████.[967]

- A February 2020 research deck titled ██████████████████████ ████ and shared with Defendants Mosseri and Newton stated that ████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████.[968]

- A May 2020 ███████████████ deck presented to Defendant Mosseri noted that ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████.[969]

- A September 10, 2020 Meta internal chat described ██████████████ ████████████████████.

- A December 2020 Meta workplace post called "████████████████ ████" citing internal and external research, noted "████████████████



[966] META_OPERS_00443609 at -617-18, -626.

[967] META_OPERS_00035467.

[968] META_OPERS_00005996 at -999, -024.

[969] META_OPERS_00505270 at -270, -276, -280-81, -285, -292, -317.

[970] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT
3:21-cv-08812-AMO

312

1  ████████████████████████████████████████████████

2  ████████████████████████████████████████████████

3  ████████████████████████████████████████████████

4  ████████████

5  • A January 26, 2021 email from ████████████████████████████

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████████████████████████████████████

718.  **Statement #15:** On May 26, 2021, Defendant Mosseri published a post on his Instagram account, which was a picture of a phone with an announcement on a user's Instagram home page stating: "Now You Can Choose to See Like Counts; You can decide whether you want to see like counts on people's posts. You can also hide like counts on your own posts." As depicted below, Defendant Mosseri captioned the picture with the statement "Starting today, you can choose to hide like counts on others' posts and on your own posts so people can't see how many likes you get. This is rolling out across Instagram and Facebook. You might've seen that ***we've been testing different options for a while and this update reflects the feedback we've gotten.***"[973]



---

[971] META_OPERS_00355849 at -855.

[972] META_OPERS_00347290 at -291.

[973] Adam Mosseri (@mosseri), Instagram (May 26, 2021), https://www.instagram.com/p/CPVlyAFpJPH/?hl=en.

719.  **Reasons Why Statement #15 Was False And Misleading:** Statement #15 was materially false and misleading, and omitted material facts because in truth, Meta's internal documents show that ███████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███

720.  As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta's internal documents show that ███████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████

- On January 30, 2020, in a chat with Meta's Head of Research Dr. Hendrix, a ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████

- A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated that (i) ██████████████████████████████████████████████████ ██████████████████████ (ii) ███████████████████████████████████ ████████████████████████████████████████████████████████ (iii) ████████████████████████████████████████████████████ ████████████████████████████████ and (iv) ██████████████████ ████████████████████████████████████████████████████████ █████████████████████████████████

- A March 4, 2020 email from Instagram research scientist ████████████ explained that ████████████████████████████████████████████████████████

974 META_OPERS_00080176.
975 META_OPERS_00024885 at -891.

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ████████████

4 • An internal June 5, 2020 chat among Meta's internal researchers stated that ██████

5 ██████████████████████████████████████████████

6 ██████████████████████████████████████████████

7 ███████████████████████████████████████████████

8 • An August 31, 2020 email from ██████████████ (Instagram Research Leader) on

9 behalf of the Instagram Research team stated, (i) ████████████████████

10 ██████████████████████████████████████████████

11 (ii) ██████████████████████████████████████████

12 ████████████████████████████████ (iii) ███████████████

13 ██████████████████████████████████ (iv) ████████

14 ██████████████████████████████████████████████

15 ██████████████████████████████████████████████

16 ████████████████████████████████ (v) ████████████

17 ██████████████████████████████ (vi) ████████████████

18 ██████████████████████████████████████████████

19 ███████████████████████████████████████

20 • A September 15, 2020 email to Defendants Mosseri and Newton stated that ██████

21 ██████████████████████████████████████████████

22 ██████████████████████████████████████████████

23 ██████████████████████████████████████████████

24 ██████████████████████████████████████████████

25 ████████████████████████████████████████

26

27 [976] META_OPERS_00172859 at -860.

[977] META_OPERS_00018487 at -491.

28 [978] META_OPERS_00082367 at -367, -369.

[979] META_OPERS_00037107 at -110.

1        • An October 27, 2020 internal study titled ███████████████████

2        ████████ which was emailed to Defendants Zuckerberg and Newton stated,

3        ████████████████████████████████████████████

4        ████████████████████████████████████████████

5        ████████████████████████████████████████████

6        ██████████████████████████████

7        • An October 27, 2020 internal post on Workplace by data scientist ████████

8        ████████████████████████████████████████████

9        ████████ stated that ████████████████████████████

10       ████████████████████████████████████████████

11       ████████████████████████████████████████████

12       ██████████████

13       • An internal Meta PowerPoint presentation dated January 28, 2021, titled ███████

14       ████████████████████████████████████████████

15       sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg,

16       Clegg, and Rosen in their custodial files, stated that ███████████████████

17       ████████████████████████████████████████████

18       ████████████████████████████████████████████

19       █████████████████████████████████

20       • On April 13, 2021, Defendant Diwanji received an email from Defendant Newton,

21       which stated that ████████████████████████████████████

22       ████████████████████████████████████████████

23       ███████████████████████████████

24       • In an April 14, 2021 email chain between Defendant Newton and others, with the

25       subject line ███████████████████████████████ Defendant Newton

26

27       [980] META_OPERS_00164592 at -592, -605.

28       [981] META_OPERS_00331078 at -078, -088.
           [982] META_OPERS_00002566 at -566, -578.
           [983] META_OPERS_00026212.

explained that as Meta was testing a version of the Instagram app for teen users one

██████████████████████████████████████████████████████████████

████████████████████████████████████████

721.    **Statement #16:** On May 26, 2021, *The Wall Street Journal* reported on Meta's announcement that it would give users the option to hide likes on Instagram, in an article titled "Facebook, Instagram to Allow Users to Hide 'Likes.'" The article reported that Mosseri said **"*that concerns about Facebook's overall impact on its users' well-being are likely overblown, but said that Instagram was committed to studying it.*"** As reported by the *Journal*, Mosseri further stated, **"*We're going to continue to try and work with external academics and researchers.*"**

722.    **Reasons Why Statement #16 Was Misleading:** Statement #16 was materially misleading, and omitted material facts because in truth (i) Meta had extensive research, internal data, and surveys showing that Instagram negatively impacted young users' mental health and wellbeing, and (ii) Meta rejected recommendations from external academics and researchers about young users' mental health and wellbeing on Instagram.

723.    As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta had extensive research, internal data, and surveys showing that

████████████████████████████████████████████████████████

- A ████████████ presentation titled "████████████████████" stated that (i) ████████████████████████████████████████████████

  ██████████████████████████████████████ (ii) ████████████████

  ████████████████████████████████████████████████

  and (iii) ████████████████████████████████████████████████

- A March 8, 2019 "pre-read" document for a "████████████████" shared with Defendant Clegg stated that Meta had ████████████████████████████████

---

[984] META_OPERS_00026212.
[985] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                317
3:21-cv-08812-AMO

1 ████████████████████████████████████████

2 ██████████████████

3 • On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees about ██

4 ████████████████████████████████████████

5 ████████████████████████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████

8 ████████████████████████████████████████

9 ████████████████████████████████████████

10 ████████████████████████████████████████

11 ██████████████████████ Dr. Haidt's email was forwarded to Defendants

12 Davis, Newton, and Mosseri.[988]

13 • On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where

14 Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially

15 affecting ten- to fourteen-year-old girls, and that the evidence was adding up that

16 social media plays a causal role in these issues.[989]

17 • A September 2019 study discussed in ¶ 129 made findings about the effects of

18 Instagram on the well-being of its young users, including that: (i) █████████

19 █████████████████████████ (ii) "Young people are acutely aware that

20 Instagram is bad for their mental health, yet are compelled to spend time on the app

21 for fear of missing out"; (iii) █████████████████████████████

22 ████████████ (iv) ████████████████████████████████; and

23 (v) ████████████████████████

---

[986] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
[987] META_OPERS_00101072 at -081.
[988] META_OPERS_00101072 at -074-75.
[989] META_HAIDT_0000001.
[990] META_OPERS_00443609 at -640-41, -650, -668.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    318
3:21-cv-08812-AMO

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that (i) "[t]eens who struggle with mental health say Instagram makes it worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys reporting that Instagram made them feel "much worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens feel very bad"; (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," which "reaction was unprompted and consistent across all groups"; (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[991]

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, stated: (i) ***"[w]e make body image issues worse for one in three teen girls"***; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

---

[991] META_OPERS_00000888 at -912.

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg ███████
  ████████████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████████████
  ██████████

- A February 4, 2020 email to Defendant Clegg stated, ███████████████████████
  ████████████████████████████████████████████████████████████████████████
  █████████████████████

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled ████████
  ████████████████████████████████████████ stated that (i) █████████████████
  ████████████████████████████████████████████████████████████████████████
  (ii) ████████████████████████████████████████████████ and (iii) ████████
  ████████████████████████████████████████████████████████████████████████
  ██████████████████████

- A March 26, 2020 Meta study, whose findings were shared with Defendants
  Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they
  felt bad about their bodies, Instagram made them feel worse'"; (ii) the over-
  sexualization of girls on its platforms was something that negatively impacts the
  mental health and well-being of Instagram's users; (iii) "[f]requent social
  comparison is a key driver of subjective well-being and teens say IG makes this
  problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to
  other apps; (v) "66% of teen girls on IG experience negative social comparison"
  and "32% of teen girls said that when they feel bad about their bodies, Instagram
  made them feel worse"; (vi) the "[m]ental health outcomes related to this can be
  severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to

---

[992] META_OPERS_00163998 at -998, -001, -004.
[993] META_OPERS_00333340.
[994] META_OPERS_00005996 at -003, -014-15.

look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well. Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that "Meta's "internal research has shown, more than half of people using Instagram have experienced social comparison recently; 1 out of 3 people think that IG makes it worse," and that "[s]ignificantly more teens globally blame us for social comparison now than they did in Oct 2019."[995]

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey that Meta conducted in 9 countries whose findings were shared with Defendant Zuckerberg stated that (i) "[s]ocial comparison is common," (ii) "1 in 4 people think that Instagram makes social comparison worse," and (iii) ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals"; (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems,

---

[995] META_OPERS_00101513.
[996] META_OPERS_00002566 at -566, -571, -573.

eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[997]

- On February 1, 2021, Head of Research Dr. Kristin Hendrix told Defendants Mosseri and Newton that "███████████" of the "Appearance-based social comparison on Instagram" report "███████████████████████ ████████████████████" and "████████████████████ ██████████"[998]

- In March 2021, Meta researchers prepared a "██████████████████" deck, maintained by Defendant Newton in her custodial files, stated, ████████ █████████████████████████████████████████ █████████████████████████████████████████ █████████████████████████████████████████ ████████

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ████████████████████████ stated that ████████████████████ █████████████████████████████████████████ █████████████████████████████████████████ █████████████████████████████████████████ ████████████████████

724.    As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta rejected recommendations from external academics and researchers about young users' wellbeing on Instagram:

- Meta rejected ████████████████████████ █████████████████████████████████████████

---

[997] META_OPERS_00099648 at -648, -650, -659.
[998] META_OPERS_00006083.
[999] META_OPERS_00386660 at -660, -675-76.
[1000] META_OPERS_00394044.

1  ████████████████████████████████████████████████

2  ████████████████████████████████████████████████

3  ██████ ██  Similarly, Meta rejected what Defendant Newton described ████████

4  ████████████████████████████████████████████████

5  ████████████████████████████ ██

6  •  Throughout the Class Period, at Defendant Zuckerberg's direction, Meta permitted

7     young  users  to  use  what  Meta  internally  ████████████████████

8  ████████████████████████████████████████████████

9  ████████████████████████████████████ ██  ████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████ ██ For example:

12 ○  Meta rejected the conclusions of external researchers ████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ██████ ██  According to an internal deck, ██████████████

19 ████████████████████ ██

20 ○  Likewise, Meta permitted cosmetic surgery filters during the Class Period even

21    though Defendant Davis ██████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████ ██



---

[1001] META_OPERS_00024885 at -891.
[1002] META_OPERS_00026212 at -212, -214.
[1003] META_OPERS_00008655 at -658-59.
[1004] META_OPERS_00332490.
[1005] META_OPERS_00008655 at -667.
[1006] META_OPERS_00008655 at -673.
[1007] META_OPERS_00012765.

o  Similarly, Meta permitted cosmetic surgery filters during the Class Period even though Defendants Zuckerberg, Mosseri, and Clegg, as well as several Meta senior executives including Chief Operating Officer Sandberg all ███████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████  ██████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

• During the Class Period, Meta rejected making all teen accounts truly private by default, ██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

725.  **Statement #16 Referred to both Instagram and the Facebook Blue app:** Mosseri's reference to "Facebook" in his statement "Facebook's overall impact" referred to the umbrella company Meta (which was then known only as Facebook), and included both Facebook Blue and the Instagram apps. This is because: (i) at the time of the statement, the Company that is now known as "Meta" was known by the company name "Facebook" and encompassed both the Instagram and the "Facebook Blue" app; (ii) Defendant Mosseri was the Head of Instagram, not of "Facebook" the company or the "Facebook Blue" app; (iii) in the second part of the quote, Mosseri stated that, "***Instagram*** was committed to studying it," and it would not make any sense for Mosseri and Instagram to study only Facebook Blue's impact on its users' well-being; (iv) the

---

1008 META_OPERS_00164431 at -433.
1009 META_OPERS_00164431 at -439.
1010 META_OPERS_00334720 at -726.

cited portion of Mosseri's quote immediately follows a Mosseri quote about Instagram and the upcoming "platform for tweens" which was known to investors to refer to a proposed platform on Instagram; (v) in the article, Defendant Mosseri repeatedly referred to the option to hide likes on Instagram; and (vi) as reflected in the article's title, the article in which his statement appears discussed changes to *both* "Facebook, Instagram"—referring to both the Facebook Blue app and Instagram. Thus, a reasonable investor would have understood Mosseri's statement, made in his capacity as the Head of Instagram, "that concerns about Facebook's overall impact on its users' well-being are likely overblown," to include Instagram.[1011]

726.    **Statement #17:** On May 26, 2021, in the *Journal* article referenced at ¶ 721 above, the *Journal* reported that Defendant Mosseri said "the company was willing to make the change *even if it proved detrimental to its business interests*" and that "[d]espite concerns that public like counts might be harmful, *surveys of user well-being didn't budge . . . nor did Instagram usage meaningfully change.*"[1012]

727.    **Reasons Why Statement #17 Was False And Misleading:** Statement #17 was materially false and misleading, and omitted material facts because in truth, Meta's internal documents show that ███████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ████████████████████████

728.    As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta found that ████████████████████████████ ██████████████████████████████████████████████████████████████████ ████████████████████[1014]

[1011] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.
[1012] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.
[1013] META_OPERS_00035376 at -381.
[1014] META_OPERS_00035376 at -381.

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[1015]

- A February 3, 2020 email from Meta's lead researcher on the effect of hiding likes on wellbeing, ███████, and her research colleague ███████████, to ████████████ and Dr. Kristin Hendrix, stated, "██████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████

- Meta's internal project management documents ████████████
██████████████████████████████ as shown in a February 4, 2020 document titled "████████████████████████████████" emailed to Defendants Mosseri, Clegg, and Rosen. This same document ████
███████████████████████████████████
███████████████████████████████████
██████████████████████

---

[1015] META_HAIDT_0000001 at -003.
[1016] META_OPERS_00035376 at -376, -378, -381.
[1017] META_OPERS_00039812 at -812-13.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                                    326
3:21-cv-08812-AMO

- A February 5, 2020 presentation sent to Defendants Zuckerberg and Mosseri stated that ██████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████

- A February 24, 2020 email from Instagram Product Lead Sam Parker to Defendant Mosseri and others stated that ████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████

- A February 24, 2020 "████████████████████████████" internal deck sent to Defendants Mosseri and Newton stated that ████████████████ ████████████████████████████

- A March 4, 2020 email from Instagram research scientist ██████████ explained that ██████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████

- An internal June 5, 2020 chat among Meta's internal researchers stated that ████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████

---
[1018] META_OPERS_00024885 at -891.
[1019] META_OPERS_00005996.
[1020] META_OPERS_00005996 at -014.
[1021] META_OPERS_00172859 at -860.
[1022] META_OPERS_00018487 at -491.

- A June 15, 2020 email sent on behalf of Defendant Newton to Defendants Mosseri and Newton stated that ████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████

- An August 31, 2020 internal chat with Head of Research Dr. Kristina Hendrix stated, ████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████

- A September 15, 2020 email to Defendants Mosseri and Newton stated, that ████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████

- An October 27, 2020 internal study titled "████████████████████████████

  ████████" which was emailed to Defendants Zuckerberg and Newton stated,

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ████████████████████████████

---

[1023] META_OPERS_00101513.

[1024] META_OPERS_00082367 at -367, -369.

[1025] META_OPERS_00037107 at -110.

[1026] META_OPERS_00164592 at -592, -605.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    328
3:21-cv-08812-AMO

- An October 27, 2020 internal post on Workplace by data scientist ████ and researcher ████ discussing the internal study ████████████████ ██████ stated that ██████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████

- An email thread from January 11 to 29, 2021 between various Meta employees that included the "IG_Well-being_Leads," noted that ██████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████

- A January 21, 2021 internal document prepared by a Meta researcher regarding research for ██████████████████████████ stated that ██████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████

- An internal Meta PowerPoint presentation dated January 28, 2021, titled ████████ ████████████████████████████████████████████ sent to Defendant Newton and maintained by Defendants Mosseri, Zuckerberg, Clegg, and Rosen in their custodial files, stated that ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████

---

[1027] META_OPERS_00331078 at -078, -088.
[1028] META_OPERS_00353244 at -247-49.
[1029] META_OPERS_00086549 at -549, -559.
[1030] META_OPERS_00002566 at -566, -578.

- On February 1, 2021, Head of Research Dr. Kristin Hendrix sent Defendants Mosseri and Newton ███████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████

- On April 13, 2021, Defendant Diwanji received an email from Defendant Newton, which stated that ████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████

- A May 10, 2021 internal document originally posted on Workplace in July 2020, and maintained by Defendants Zuckerberg, Clegg, and Newton in their custodial files, includes ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████

- A March 13, 2021 internal document titled ███████████████████ ███████████████ maintained by Defendants Zuckerberg and Clegg in their custodial files, stated, ██████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████

729.    As further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below, Meta found that hiding likes by default did cause users to change how

---

[1031] META_OPERS_00006083.
[1032] META_OPERS_00026212.
[1033] META_OPERS_00394039 at -042.
[1034] META_OPERS_00164385 at -385, -394.

they used Instagram, and Meta rejected making the change to hide likes by default because internal documents indicated it could prove detrimental to Meta's business interests:

- A January 27, 2020 internal statement by █████████ (Meta Product Leader) stated that ███████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ██████████████████████████████████████████████

- A ████████████ draft presentation about █████████████████████ which was ███████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████ that █████████████████████████████████████████ ███████████████████████████████████████████████████████ ████████████████████

- A January 31, 2020, email from Meta data scientist Danny Ferrante to researcher ████████████ that ████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████

- A February 5, 2020 presentation Defendants Zuckerberg and Mosseri received █ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████

- A February 8, 2020 email from Defendant Zuckerberg to Defendant Mosseri and others  stated, █████████████████████████████████████████████ ███████████████████████████████████████████████████████

---

[1035] META_OPERS_00035292 at -302, -304.

[1036] BLBG-Haugen_0017668-BLBG-Haugen_0017716 at -672.

[1037] META_OPERS_00331194 at -196.

[1038] META_OPERS_00024885 at -891.

1  ██████████████████████████████████████████████

2  ██████████████████████████████████████████████

3  ████████████████████████

4  • A February 8, 2020 email to Defendant Zuckerberg from Defendant Mosseri stated,

5  ██████████████████████████████████████████████

6  ██████████████████████████████████████████████

7  ████████████████████████████████████████

8  • A February 8, 2020 email to Defendant Zuckerberg from ████████ (Head of

9  Facebook Blue) stated, ████████████████████████████

10  ██████████████████████████████████████████████

11  ██████████████████████████████████████████████

12  ██████████████████████████████████████████████

13  ██████████████████████████████████████████████

14  ██████████████████████████

15  • A June 5, 2020, internal chat among Meta researchers stated that ████████████

16  ██████████████████████████████████████████████

17  ██████████████████████████████████████████████

18  ██████████████████████████████████████████████

19  ██████████████████████████████████████████████

20  ██████████████████████████████████████████████

21  ████████████

22  • An August 31, 2020, email from Meta Research Leader ████████████ stated

23  that ████████████████████████████████████████████

24

25

26

27  [1039] META_OPERS_00101226 at -228.

28  [1040] META_OPERS_00101226 at -227.
   [1041] META_OPERS_00101226.
   [1042] META_OPERS_00018487 at -491-92.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    332
3:21-cv-08812-AMO

1  ███████████████████████████████████████████████████████████

2  ███████████████████████████████

3  • A September 25, 2020 internal chat from researcher ████████ that stated,

4  ███████████████████████████████████████████████████████████

5  ███████████████████████████████████████████████████████████

6  ███████████████████████████████████████████████████████████

7  ████████████████

8  • An April 13, 2021 email with Defendants Newton and Diwanji stated that ████

9  ███████████████████████████████████████████████████████████

10  ███████████████████████████████████████████████████████████

11  ███████████████████████████████████████████████████████████

12  ███████████████████████████████████████████████████████████

13  ███████████████████████████

14  • A May 17, 2021 email to Defendants Mosseri, Newton, and Diwanji stated that

15  (i) ████████████████████████████████████████████████████████

16  ███████████████████████████████████████████████████████████

17  ███████████████████████████████████████████████████████████

18  ████ (ii) ████████████████████████████████████ (iii) ████████

19  ███████████████████████████████████████████████████████████

20  ███████████████████████████████████████ and that (iv) ████████████

21  ███████████████████████████████████████████████████████████

22  ███████████████████████████████████████████████████████████

23  ████████████████1046

24  • A May 19, 2021 email from Defendant Mosseri stated that he was ████████

25  ███████████████████████████████████████████████████████████

26

27  _____

1043 META_OPERS_00082367.

28  1044 META_OPERS_00037144.

1045 META_OPERS_00026212 at -213-14.

1046 META_OPERS_00338632 at -636.

Consolidated Second Amended Class Action Complaint                           333
3:21-cv-08812-AMO

1 ███████████████████████████████████████████████████████

2 ████████████████████████████████████

730.     **Statement #18:** On May 26, 2021, in the *Journal* article referenced at ¶ 721 above, the *Journal* reported that Defendant Mosseri said ***"Instagram expects a double-digit percentage of users to end up hiding likes."***[1048]

731.     **Reasons Why Statement #18 Was False And Misleading:** Statement #18 was materially false and misleading and omitted material facts because in truth, Meta's internal documents show that ██████████████████████████████████████████████████ ██████████████████████████████ Indeed, Defendant Mosseri and Meta decided to give users the option to hide likes (Daisy Controls) precisely because only single digit users would opt in, preventing a detrimental impact to Meta's revenue and business interests, as further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below:

- A January 27, 2020 internal statement by ████████████ (Meta Product Leader) stated that ████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████████████████████

- A ████████████ draft presentation about ████████████████████, which was ███████████████████████████████████████ ██████████ that ███████████████████████████████ ███████████████████████████████████████ ████████████████████████

[1047] META_OPERS_00338632 at -634.
[1048] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.
[1049] META_OPERS_00338632 at -634.
[1050] META_OPERS_00035292 at -302, -304.
[1051] BLBG-Haugen_0017668-BLBG-Haugen_0017716 at -672.

- A January 31, 2020, email from Meta data scientist Danny Ferrante to researcher Moira Burke that ██████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████

- A February 5, 2020 presentation Defendants Zuckerberg and Mosseri received in advance of a meeting to decide ████████████████ stated that ██████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████

- A February 8, 2020 email from Defendant Zuckerberg to Defendant Mosseri and others stated, ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████

- A February 8, 2020 email to Defendant Zuckerberg from Defendant Mosseri stated, ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████

- A February 8, 2020 email to Defendant Zuckerberg from ██████████ (Head of Facebook Blue) stated, ██████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[1052] META_OPERS_00331194 at -196.

[1053] META_OPERS_00024885 at -891.

[1054] META_OPERS_00101226 at -228.

[1055] META_OPERS_00101226 at -227.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                              335
3:21-cv-08812-AMO

1 ████████████████████████████████████████████

2 ████████████████████████████████

3 • A June 5, 2020, internal chat among Meta researchers stated that ████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████

9 ██████████

10 • An August 31, 2020, email from Meta Research Leader ████████████ stated

11 that ████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████

14 • A September 25, 2020 internal chat from researcher ██████████ that stated,

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ██████████████

19 • An April 13, 2021 email with Defendants Newton and Diwanji stated that ████

20 ████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████

---

[1056] META_OPERS_00101226.

[1057] META_OPERS_00018487 at -491-92.

[1058] META_OPERS_00082367.

[1059] META_OPERS_00037144.

[1060] META_OPERS_00026212 at -213-14.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    336
3:21-cv-08812-AMO

- A May 17, 2021 email to Defendants Mosseri, Newton, and Diwanji stated that (i) ██████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████ (ii) ████████████████████████████████ (iii) ████████ ████████████████████████████████████████ ████████████████████████████ and that (iv) ████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████[1061]

- A May 19, 2021 email from Defendant Mosseri stated that ████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████[1062]

732.    **Statement #19 [SUSTAINED – Old Statement #47]:** On July 27, 2021, Meta issued an announcement titled "Giving Young People a Safer, More Private Experience on Instagram." In this announcement, Meta claimed to prioritize the safety and privacy of young users, stating, "***We want young people to enjoy using Instagram while making sure we never compromise on their privacy and safety.*** We'll continue listening to young people, parents, lawmakers and other experts to build an Instagram that works for young people and is trusted by parents."

733.    **Statement #20:** On July 27, 2021, Defendant Newton was quoted in the *Times of India*—the largest English-language daily newspaper in India and considered one of the most significant papers in the country—published an article titled "Instagram announces new settings for teen safety," which stated that "Instagram has announced a set of updates meant to create a safer and more private environment for their younger users." The article then quoted Defendant

---

[1061] META_OPERS_00338632 at -636.
[1062] META_OPERS_00338632 at -634.

Newton as stating, *"We want young people to enjoy using Instagram while making sure we never compromise on their privacy and safety."*[1063]

734.    **Reasons Why Statements #19 And #20 Were False And Misleading:** Statements #19 and #20 were false and misleading and omitted material facts because, in truth, Meta documented severe harms to teens on Instagram, and Defendants profited from Instagram's harm to children. Among other things, it was materially false and misleading for Defendants to represent that Meta "never compromise[d] the "privacy and safety of" young users without disclosing that Meta's own research demonstrated that Instagram had significant harmful impacts on young users' health. Indeed, contrary to Defendants' statement, young users' safety was compromised for years on Instagram. Meta's non-public internal research showed that in truth, "[c]ontent on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe." The negative effects caused by Instagram included (i) exacerbating body image issues for one in three teen girls; (ii) negative social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls. Moreover, as noted above, Meta's internal research showed that the mechanics of Instagram operated to addict young people to the platform, such that they wouldn't stop using it even when they were experiencing harmful impacts. Further, Meta "compromised" young users' "safety" by rejecting features that would have made young users on its platforms safer and denying necessary funding and resources for projects that would have made its platforms safer.

735.    ***Additional Harms to Young People's Safety:*** In addition to the research discussed above, the evidence discussed in Section IV.B.1.c and summarized at ¶ 671 reflects that Meta had internal documents showing that Instagram (i) negatively impacted young people's well-being and mental health, (ii) led to additional child safety issues, including "inappropriate interactions" with adults and child sexual exploitation, and (iii) led to "problematic use" or addiction.

---

[1063] Ketaki Desai, *Instagram announces new settings for teen safety*, The Times of India (July 27, 2021), http://timesofindia.indiatimes.com/articleshow/84794692.cms?utm_source=contentofinterest&utm_medium=text&utm_campaign=cppst. At the time, Meta had more users in India than in any other country, including the United States.

736.     ***Rejecting Safety Features And Denying Necessary Resources:*** In addition to the evidence discussed above, the evidence discussed in Section IV.B.1.c shows that Meta ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████

737.     In addition, Meta "compromised" young users' "safety" by denying necessary funding and resources for projects that would have made its platforms safer, as further demonstrated by the evidence discussed in Section IV.B.1.c and summarized directly below:

- The ███████████████████ note that ████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████████

- On September 1, 2020, ████████████ emailed Defendant Clegg about ████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████

- On September 24, 2020, ████████████ (Director of Global Safety Policy), emailed Defendant Davis, ██████████████████, with an "████████████████ ████████████████" which stated that ████████████████████████████

[1064] META_OPERS_00345034.
[1065] META_OPERS_00332581 at –582, -586-89; META_OPERS_175561 at -564, -569, -571.
[1066] META_OPERS_00175561 at -562.

1

2

3    ██████████ The document stated that ██████████████

4

5

6

7

8

9    • In the February 2021 "███████████████████" presentation, Meta

10    noted that ████████

11

12

13

14

15

16    ██████

17    • In March 2021, ████████████ (Instagram Well-Being Product Manager),

18    informed Defendant Diwanji and others that, ████████████

19

20

21    • ████████ testified in the Related Actions that, ██████████

22

23

24    ██████████████

25

1067 META_OPERS_00345356 at -358-59.
1068 META_OPERS_00345356 at -359.
1069 META_OPERS_00337241 at -254, -257
1070 META_OPERS_00337241 at -254.
1071 META_OPERS_00205396 at -397, -399.
1072 META_OPERS_00343920 at -008-28; META_OPERS_00344986 at -995.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    340
3:21-cv-08812-AMO

- On April 26, 2021, Defendant Diwanji was informed by her team of the ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- In June 2021 Instagram researcher ▮▮▮▮▮▮, who worked in Instagram's core data science team, noted in an internal chat to another colleague, ▮▮▮▮▮, that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

738. **The Court Sustained Statement #19:** In Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged falsity for Statement #19, on the basis that the Complaint alleged that it "omitted material facts that Meta documented severe harm to teens on Instagram and Defendants profited from Instagram's harm to children." Motion to Dismiss Order at 21. This included based on an internal 2019 study, cited in paragraph 136 above, showing that teen girls said that Instagram made thoughts of suicide and self-injury worse and on an internal memo, cited in paragraph 136 above showing that Meta was cautious about statements against human trafficking to avoid "alienating buyers."[1075] The Court also held that Defendants pointed to "no caselaw or authority showing why these allegations are insufficient to allege that the statement[] [is] false or misleading." Motion to Dismiss Order at 21.

739. In addition, as discussed in Section VIII and as the Court noted with respect to Statement #19 in its Motion to Dismiss Order, Defendants profited from Instagram's harm to children. Motion to Dismiss Order at 21.

740. **Defendant Newton is a "Maker" of Statement #19 [SUSTAINED – OLD STATEMENT #47]:** As further demonstrated by the evidence discussed in Section IV and summarized directly below, in addition to Meta, Defendant Newton is a "maker" of Statement #22.

---

[1073] META_OPERS_00015365; *see also* META_OPERS_00338631.
[1074] META_OPERS_00331221.
[1075] META_OPERS_00318703 at -706.

Defendant Newton is a "maker" of Statement #19 because she made the identical Statement #20, including because she was the noted speaker of Statement #20.

- In addition, Defendant Newton made Statement #19 because she had ultimate authority over its contents. Defendant Newton was the Instagram policy employee responsible for ensuring that Instagram launched a version of the app designed specifically for users under age 13. A key prerequisite for launching that app was Meta convincing external stakeholders that Instagram's current app already was safe for young people—the same message that Statement #19 conveys. Accordingly, Defendant Newton had ultimate authority over potential public statements conveying information about youth safety on Instagram—the subject matter of Statement #19. The foregoing is evidenced by the following documents:

  o On April 14, 2021, Defendant Newton explained to other Meta employees in an email that ████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████

  o On April 13, 2021, in an email, a public communications employee at Meta asked Defendant Newton ████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████ ██████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████

[1076] META_OPERS_00059689.
[1077] META_OPERS_00026212 at -212-13.
[1078] META_OPERS_00026212.

○ On July 16, 2021, Meta employee ██████ (Vice President, Policy & Deputy Chief Privacy Officer) emailed Defendant Clegg, copying Defendant Newton and other Meta employees, to ████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

████ This further demonstrates Defendant Newton's direct involvement with preparing the contents of, and her role as a spokesperson for, the statements Meta issued on July 27, including Statement #19.

○ On July 16, 2021, Meta employee ██████ (Vice President, Policy & Deputy Chief Privacy Officer) emailed Defendant Clegg, copying Defendant Newton and other Meta employees, to inform ████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

---

[1079] META_OPERS_00778081 at -084-86.

741. **Statement #21 [SUSTAINED – Old Statement #48]:** On July 27, 2021, Meta published a blog post titled "How Do We Know Someone Is Old Enough to Use Our Apps?" In it, Meta's then-VP of Youth Products, Defendant Diwanji, claimed that Meta had ***"convened a group of experts in the fields of online safety, child development and children's media to share their expertise, research and guidance."*** This resulted in a ***"comprehensive plan"*** by Meta to address child safety and well-being. Meta described itself as ***"fortunate to draw from multiple industry experts, organizations and bodies of research here,"*** and stressed that Meta is ***"committed to working with experts and the broader industry"*** regarding the safety of young users.

742. **Reasons Why Statement #21 Was Misleading:** Statement #21 was materially misleading and omitted material facts because in truth, Meta's internal documents show that Meta rejected recommendations from external academics and researchers about young users' mental health and wellbeing and, at the time this statement was made, Meta had already concluded that its proposed measures did not improve wellbeing but that touting them could "make them look good." It was materially misleading for Defendant Diwanji and Meta to tout the Company's work with "industry experts, organizations and bodies of research" without disclosing that Meta had conducted extensive internal research regarding safety issues affecting young users, and that research demonstrated that Instagram had severe negative impacts on young users' well being. Meta's non-public internal research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe." The negative effects caused by Instagram included: (i) exacerbating body image issues for one in three teen girls; (ii) negative social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls. Further, Meta rejected recommendations from external academics and researchers about children's wellbeing.

743. ***Additional Evidence that Meta Rejected Expert Recommendations:*** In addition to the research discussed above, Meta rejected recommendations from external academics and researchers about children's wellbeing, as further demonstrated by the evidence discussed in

1    Section IV and summarized directly below:

2    • Meta rejected ███████████████████████████████████

3    ████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████

6    ████████████ Similarly, Meta rejected what Defendant Newton described ███████

7    ████████████████████████████████████████████████████

8    ██████████████████████████████████

9    • Throughout the Class Period, at Defendant Zuckerberg's direction, Meta permitted

10    children to use what Meta internally █████████████████████████

11    ████████████████████████████████████████████████████

12    ██████████████████████████████ Meta permitted these filters because

13    Meta believed that banning them would impact Meta's growth, particularly in areas

14    outside the United States.[1083] For example:

15    ○ Meta rejected the conclusions of external researchers who ██████████████

16    ████████████████████████████████████████████████████

17    ████████████████████████████████████████████████████

18    ████████████████████████████████████████████████████

19    ████████████████████████████████████████████████████

20    ████████████████████████████████████████████████████

21    ████████████████ According to an internal deck, █████████████████

22    ████████████████████████

23    ○ Likewise, Meta permitted cosmetic surgery filters during the Class Period even

24    though Defendant Davis knew that ████████████████████████████

25    _____

26    [1080] META_OPERS_00024885 at -891.

27    [1081] META_OPERS_00026212 at -212, -214.

    [1082] META_OPERS_00008655 at -658-59.

    [1083] META_OPERS_00332490.

    [1084] META_OPERS_00008655 at -667.

28    [1085] META_OPERS_00008655 at -673.

o   Similarly, Meta permitted cosmetic surgery filters during the Class Period even though Defendants Zuckerberg, Mosseri, and Clegg, as well as several Meta senior executives including Chief Operating Officer Sandberg all knew that ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████████ ██ ███ ████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████ ██

•   During the Class Period, Meta rejected making all teen accounts truly private by default, even though Defendant Newton and the Instagram Well-Being Leads team were told in an August 2020 presentation that ████████████████████████ ████████████████████████

744.   **The Court Sustained Statement #21:** In its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged that Statement #21 was misleading, in part because Meta had already concluded that its proposed measures to give users the option to hide likes did not improve well-being but that touting them "could make them look good." Motion to Dismiss Order at 22.

745.   **Statement #22:** On July 27, 2021, in the same "How Do We Know Someone Is Old Enough to Use Our Apps?" blog post, Defendant Diwanji also stated that if a user is ***"unable***

_____

[1086] META_OPERS_00012765.
[1087] META_OPERS_00164431 at -433.
[1088] META_OPERS_00164431 at -439.
[1089] META_OPERS_00334720 at -726.

1 ***to prove they meet our minimum age requirements, we delete their accounts."***[1090]

2     746.   **Reasons Why Statement #22 Was Misleading:** Statement #22 was materially

3 misleading, and omitted material facts because in truth, users under 13 were on Meta's platforms,

4 Meta did not remove them, and Meta instead allowed them on Instagram. Indeed, it was misleading

5 to state that Meta "delete[s]" accounts of children under 13 when Meta had a backlog of children

6 under 13 on its platforms, Meta was unable to proactively detect children under 13 on its platforms,

7 and Meta did not implement the technology necessary to effectively remove children under 13

8 from its platforms, therefore allowing them to stay on Meta's platforms, as further demonstrated

9 by the evidence discussed in Section IV and summarized directly below:

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's friends were joining Instagram in the fourth grade and that the Company was vulnerable to a class action lawsuit because it was not keeping underage kids off Instagram.[1091]

- On February 3, 2020, ▮▮▮▮▮ (Strategic Advisor to Defendant Clegg) told Defendant Clegg that ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

- A July 2020 ▮▮▮▮▮▮▮ document prepared by Defendant Davis listed ▮▮▮▮▮▮▮ for Instagram as including ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ The same document noted that ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

---

[1090] Pavni Diwanji, *How Do We Know Someone Is Old Enough to Use Our Apps?*, Meta (July 27, 2021), https://about.fb.com/news/2021/07/age-verification/.
[1091] META_HAIDT_0000001 at -003.
[1092] META_OPERS_00333340.
[1093] META_OPERS_00175561 at -563, -572-73.

- A September 1, 2020 email to Defendant Clegg, attaching Defendant Davis' July 2020 ██████████████████ document noted that ██████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████████

- A November 3, 2020 email from Defendant Davis to Defendant Clegg attaching another version of the ██████████████████ document stated that ██████ ████████████████████████████████████████████████ ██████████████

- A January 6, 2021 deck entitled ████████████████████████ ████████████████████ sent to Defendant Davis noted that ██████ ████████████████████████████████████████████████ ██████████████████████████████

- A February 2021 deck titled ██████████████████████████ sent to Defendant Davis noted that ████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████

- A February 4, 2021 internal Meta chat that included Defendants Davis and Newton discussed ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████

---

[1094] META_OPERS_00175561 at -561-62.
[1095] META_OPERS_00013088 at -088, -093.
[1096] META_OPERS_00015208 at -211.
[1097] META_OPERS_00427424 at -437.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    348
3:21-cv-08812-AMO

███████████████████████████████████████

███████████████████

- ████████ testified in the Related Actions that, ████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

- An April 26, 2021 email to Defendant Diwanji from her team stated that ████

███████████████████████████████████████

███████████████████████████████████████

████████████

- A May 12, 2021 draft news article sent to Defendants Mosseri, Davis, Clegg, Newton, Rosen, and Diwanji stated that ████████████████████████

████████████████████████

- A May 25, 2021 email from Defendant Diwanji to Defendant Mosseri stated that

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████

- A September 8, 2021 internal chat between Defendant Diwanji and a senior staff user researcher for Instagram ████████████████████████████

███████████████████████████████████████

████████████████████████████

---

[1098] META_OPERS_00349493.

[1099] META_OPERS_00344986 at -995; *see also* META_OPERS_00345038.

[1100] META_OPERS_00015365.

[1101] META_OPERS_00338638 at -638-39.

[1102] META_OPERS_00338654 at -654-55.

[1103] META_OPERS_00338652.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT
3:21-cv-08812-AMO

- An internal presentation emailed to Defendants Davis and Newton on September 20, 2021 stated that 

- In addition, ▮▮▮ testified in the Related Actions that

▮▮▮ testified that

Finally, ▮▮▮ testified that

747.    **Statement #23:** On July 27, 2021, the same day that Defendant Diwanji posted the blog post, "How Do We Know Someone Is Old Enough to Use Our Apps?," Defendant Mosseri appeared on the popular *The Breakfast Club Radio Show* and was directly asked the minimum age requirement for being on Instagram, to which he responded "***Right now the rule is 13.***"

748.    **Reasons Why Statement #23 Was Misleading:** Statement #23 was materially misleading, and omitted material facts because in truth, users under 13 were on Instagram, Meta did not remove them, and Meta instead allowed them on Instagram. Indeed, it was materially misleading for Meta to tout "the rule" when Meta had a backlog of children under 13 on Instagram, Meta was unable to effectively detect children under 13 on Instagram, and Meta did not implement

---

[1104] META_OPERS_00057356 at -356.
[1105] META_OPERS_00325962 at -146-51.
[1106] META_OPERS_00325962 at -146-51.

the technology necessary to effectively remove children under 13 from Instagram, therefore allowing them to stay on Instagram, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's friends were joining Instagram in the fourth grade and that the Company was vulnerable to a class action lawsuit because it was not keeping underage kids off Instagram.[1107]

- On February 3, 2020, ▇▇▇▇▇▇ (Strategic Advisor to Defendant Clegg) told Defendant Clegg that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- A July 2020 "Child Safety – State of Play" document prepared by Defendant Davis listed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- A September 1, 2020 email to Defendant Clegg, attaching Defendant Davis' July 2020 ▇▇▇▇▇▇▇▇▇▇ document noted that ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- A November 3, 2020 email from Defendant Davis to Defendant Clegg attaching another version of the ▇▇▇▇▇▇▇▇▇▇ document stated that ▇▇

---

[1107] META_HAIDT_0000001 at -003.
[1108] META_OPERS_00333340.
[1109] META_OPERS_00175561 at -563, -572-73.
[1110] META_OPERS_00175561 at -561-62.

1   ███████ continues to ███████ and there was ███████

2   ███████

3   • A January 6, 2021 deck titled ███████

4   ███████ sent to Defendant Davis noted that ███████

5   ███████

6   ███████

7   • A February 2021 deck titled ███████ sent to

8   Defendant Davis noted that ███████

9   ███████

10  ███████

11  ███████

12  • A February 4, 2021 internal Meta chat that included Defendants Davis and Newton

13  discussed how ███████

14  ███████

15  ███████

16  ███████

17  ███████

18  ███████

19  • ███████ testified in the Related Actions that, ███████

20  ███████

21  ███████

22  ███████

23  • An April 26, 2021 email to Defendant Diwanji from her team stated that ███████

24  ███████

25

26  _____
    [1111] META_OPERS_00013088 at -088, -093.
27  [1112] META_OPERS_00015208 at -211.
    [1113] META_OPERS_00427424 at -437.
28  [1114] META_OPERS_00349493.
    [1115] META_OPERS_00344986 at -995; *see also* META_OPERS_00345038.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT          352
3:21-cv-08812-AMO

1 ████████████████████████████████████████████████████

2 █████████████████

3 • A May 12, 2021 draft news article sent to Defendants Mosseri, Davis, Clegg,

4 Newton, Rosen, and Diwanji stated ██████████████████████████

5 ███████████████████████████████████

6 • A May 25, 2021 email from Defendant Diwanji to Defendant Mosseri stated that

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ██████████████████

12 • A September 8, 2021 internal chat between Defendant Diwanji and a senior staff

13 user researcher for Instagram ███████████████████████████

14 ████████████████████████████████████████████████████

15 ██████████████████████████████████

16 • An internal presentation emailed to Defendants Davis and Newton on September

17 20, 2021 stated that █████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████

21 • In addition, ██████ testified in the Related Actions that ████████████████

22 ████████████████████████████ testified that this policy ██████████

23 ████████████████████████████████████████████████████

24 ████████████ ██████ testified that when he returned to Meta, after 2019, he knew

<hr />

1116 META_OPERS_00015365.

1117 META_OPERS_00338638 at -638-39.

1118 META_OPERS_00338654 at -654-55.

1119 META_OPERS_00338652.

1120 META_OPERS_00057356 at -356.

1121 META_OPERS_00325962 at -146-51.

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██████████████ Finally, ██████ testified that ██████████████████████

4 ████████████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████

749.    **Statement #24 [SUSTAINED– OLD STATEMENT #49]:** On August 4, 2021, Senators Richard Blumenthal and Marsha Blackburn wrote a letter to Defendant Zuckerberg, demanding that Meta release internal research regarding the impact of its platforms, particularly Instagram, on the mental health and well-being of teenagers. The letter specifically asked Defendant Zuckerberg if "Facebook research ever found that its platforms and products can have a negative effect on children's and teens' mental health or well-being." In response, Defendants Zuckerberg and Meta claimed that it was ***"not aware of a consensus among studies of experts about how much screen time is 'too much.'"***

750.    **Reasons Why Statement #24 Was Misleading:** Statement #24 was materially misleading and omitted material facts. It was materially misleading for Defendant Zuckerberg to answer a question about the negative effects of Meta's platforms without disclosing that Meta had documented severe harm young users' mental health and wellbeing in extensive research. It was also materially misleading for Defendant Zuckerberg to say that Meta was "not aware of a consensus among studies of experts about how much screen time is 'too much'" when Meta's internal documents showed that Instagram was addictive, and led to young users spending too much time on Instagram. Contrary to Defendants' statement, Meta's non-public internal research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe."[1123] The negative effects caused by Instagram included (i) exacerbating body image issues for one in three teen girls; (ii) negative social

---

[1122] META_OPERS_00325962 at -146-51.

[1123] META_OPERS_00000888 at -928.

comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls.

751. ***Additional Research Showing the Negative Impact on Young Users' Mental Health and Wellbeing:*** In addition to the research discussed above, Meta had extensive research showing that Meta's platforms, particularly Instagram, negatively impacted young users' mental health and wellbeing, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A ███████████ presentation titled "█████████████████████" stated that (i) ██████████████████████████████████████████████████ (ii) ████████████ ████████████████████████████████████████████████ and (iii) █████████████████████████████████████████████████

- A March 8, 2019 "pre-read" document for a "████████████████" shared with Defendant Clegg stated that ████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████

- On August 12, 2019, Dr. Jonathan Haidt emailed two Meta employees about ██ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[1124] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-18, -385.
[1125] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

1 ██████████████████      █████████████████████████

2 ████████████████

3 - On August 29, 2019, Dr. Haidt had a video call with Defendant Zuckerberg where

4    Dr. Haidt told Zuckerberg that issues of bullying and suicide were especially

5    affecting ten- to fourteen-year-old girls, and that the evidence was adding up that

6    social media plays a causal role in these issues.[1128]

7 - A September 2019 study discussed in ¶ 129 made findings about the effects of

8    Instagram on the well-being of its young users, including that: (i) ██████████

9    ████████████████████████ (ii) "Young people are acutely aware that

10    Instagram is bad for their mental health, yet are compelled to spend time on the app

11    for fear of missing out"; (iii) ████████████████████████████

12    ███████ (iv) ████████████████████████████████

13    █████████████████████

14 - An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top

15    Facebook executives" and "cited in a 2020 presentation given to Zuckerberg,"

16    concluded that (i) "[t]eens who struggle with mental health say Instagram makes it

17    worse"; (ii) "[o]ne in five teens say that Instagram makes them feel worse about

18    themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of

19    both U.S. and U.K. teen boys reporting that Instagram made them feel "much

20    worse" or "somewhat worse" about themselves; (iii) "[c]ontent on IG makes teens

21    feel very bad"; (iv) "[t]eens blame Instagram for increases in the rates of anxiety

22    and depression among teens," which "reaction was unprompted and consistent

23    across all groups"; (v) social comparison, which is "closely related to body image,"

24    "exacerbates problems teens are dealing with"; (vi) one-fifth of teens feel bad on

---

[1126] META_OPERS_00101072 at -081.
[1127] META_OPERS_00101072 at -074-75.
[1128] META_HAIDT_0000001.
[1129] META_OPERS_00443609 at -640-41, -650, -668.

Instagram; and (vii) 6% of those who wanted to kill themselves said it started on Instagram.[1130]

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, stated: (i) ***"[w]e make body image issues worse for one in three teen girls"***; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens."

- A February 2, 2020 email from Dr. Haidt emailed Defendant Zuckerberg a ███████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████

- A February 4, 2020 email to Defendant Clegg stated, ████████████████ ████████████████████████████████████████████████████████████████ ██████████████████

- A February 24, 2020 deck sent to Defendants Mosseri and Newton, titled ████████ █████████████████████████████████ stated that (i) ████████████████

---

[1130] META_OPERS_00000888 at -912.
[1131] META_OPERS_00163998 at -998, -001, -004.
[1132] META_OPERS_00333340.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    357
3:21-cv-08812-AMO

████████████████████████████████████████████████

(ii) ███████████████████████████████████████ and (iii) ████

████████████████████████████████████████████████

███████████████████

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse'"; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison" and "32% of teen girls said that when they feel bad about their bodies, Instagram made feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████

---

[1133] META_OPERS_00005996 at -003, -014-15.
[1134] META_OPERS_00101513.

- A January 28, 2021 Meta internal report ███████████████████ ███████████████████████████████ whose findings were shared with Defendant Zuckerberg stated that (i) ██████████████ (ii) ████████████████████████████████████ and (iii) ███ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ███████

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals"; (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[1136]

- On February 1, 2021, Head of Research Dr. Kristin Hendrix told Defendants Mosseri and Newton that ███████████████ of the "Appearance-based social comparison on Instagram" report ████████████████████████ ███████████████████████ and ████████████████████ ███████

- In March 2021, Meta researchers prepared a ████████████████ deck, maintained by Defendant Newton in her custodial files, stated, ███████████

---

[1135] META_OPERS_00002566 at -566, -571, -573.

[1136] META_OPERS_00099648 at -648, -650, -659.

[1137] META_OPERS_00006083.

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ████████████████████████████ stated that ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

752.     It was also materially false and misleading for Defendants to state that they were "not aware of a consensus among studies of experts about how much screen time is 'too much,'" without disclosing that Meta's internal documents indicated that teens "often feel 'addicted' and know that what they're seeing is bad for their mental health but feel unable to stop themselves." As Haugen explained, Meta designed Instagram to be addictive through the use of "dopamine loops."

753.     ***Additional Internal Documents Showing that Instagram Was Addictive:*** In addition to the evidence discussed above, Meta's internal documents indicated that Instagram was addictive, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A February 2019 presentation titled ██████████████████████████ concluded that ████████████████████████████████████████████████████████████

---

[1138] META_OPERS_00386660 at -660, -675-76.
[1139] META_OPERS_00394044.
[1140] META_OPERS_00442114 at -114, -125, -150.

- A March 8, 2019 "pre-read" document for a "Well Being Discussion" shared with Defendant Clegg stated that ███████████████████████████████ ███████████████████████████████████████████████████████ ██████████████████

- A September 2019 study titled ████████████████████████████ concluded that █████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ████████████████████

- In January 2020, Dr. Haidt met with Defendant Mosseri and expressed his ████ ████████████████████████████████████████████████████████████ ████████████████

- A February 2020 research deck titled ██████████████████████████ ██████ and shared with Defendants Mosseri and Newton stated that ████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████

- A May 2020 ███████████████ deck presented to Defendant Mosseri noted that ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ███████████████████████████████████

---

[1141] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

[1142] META_OPERS_00443609 at -618.

[1143] META_OPERS_00035467.

[1144] META_OPERS_00005996 at -999, -024.

[1145] META_OPERS_00505270 at -270, -292, -317.

- An internal chat among Meta employees dated September 10, 2020 confirms that ████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████

- A September 10, 2020 Meta internal chat █████████████████████ ███████████████████[1147]

- A December 2020 Meta workplace post called ████████████████ ██████ citing internal and external research, noted ███████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████

- A January 26, 2021 email from Max Eulenstein (Vice President of Product Management for Instagram) to Defendant Mosseri stated, ██████████ ████████████████████████████████████████████████ ███████████████████████████████████

- A deck titled ████████████████████ that was maintained by Defendant Zuckerberg in his custodial files and dated March 18, 2021 stated ██████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[1146] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

[1147] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

[1148] META_OPERS_00355849 at -849, -855.

[1149] META_OPERS_00347290 at -291.

███████████████████████████████████

███████████████████

754.     **The Court Sustained Statement #24 [SUSTAINED OLD STATEMENT #49]:** In its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged that Statement #24 was false or misleading. Motion to Dismiss Order at 22 n. 10.

755.     **Statement #25:** On September 2, 2021, Defendant Mosseri made another Instagram blog post titled "An important step towards better protecting our community in Europe." In that post, Mosseri wrote, "***We've never allowed anyone to promote or encourage suicide or self-harm on Instagram, and last year we updated our policies to remove all graphic suicide and self-harm content.*** We also extended our policies to disallow fictional depictions like drawings, memes, or other imagery that shows materials or methods associated with suicide or self-harm."[1151]

756.     **Reasons Why Statement #25 Was Misleading:** Statement #25 was materially misleading, and omitted material facts. It was materially misleading for Mosseri to say that suicide and self-harm content was "never allowed" and Meta "remove[d]" "all graphic suicide and self-harm content" under Meta's policies, when Meta's internal documents showed that young users were exposed to vast amounts of suicide and self-harm content, and that Meta did not remove that content (which Meta defined to include eating disorders), as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- Notes prepared by ████████████████ (Instagram's Head of Youth Safety), dated February 13, 2020, stated that ████████████████████████████████ ████████████████████████

- On June 15, 2020, Defendant Newton and ████████████ (Head of Global Policy Programs, IG) emailed Defendant Mosseri and other members of the "IG Leads" including senior executives, a memo stating, ████████████████████████████

---

[1150] META_OPERS_00386660 at -660, -675, -680.

[1151] Adam Mosseri, *An important step towards better protecting our community in Europe*, Instagram, (Nov. 10, 2020), https://about.instagram.com/blog/announcements/an-important-step-towards-better-protecting-our-community-in-europe .

[1152] META_OPERS_00345105 at -105, -109.

1

2

3

4

- A July 13, 2020 email from Defendant Rosen stated,

6

7

8

9

10

- In October 1, 2020 notes from a September 29, 2020 meeting titled

Instagram Product Lead             stated that

13

14

15

16

17

18

19

20

- A March 2021 deck maintained by Defendant Davis in her custodial files, and titled

stated that,

23

24

25

26

27

28



---

[1153] META_OPERS_00101513 at -513, -515.

[1154] META_OPERS_00544595.

[1155] META_OPERS_00022408 at -411.

- Notes prepared by Instagram's Head of Youth Safety ██████████, dated April 21, 2021, stated that ████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████

- On May 8, 2021, Defendants Zuckerberg, Rosen, and Clegg received a link to a "Hard Life Moments" internal Meta study as one of ten studies in ████████████

  ████████████ The "Hard Life Moments" study found that Instagram made suicide and self-injury worse; noting that 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and ***13.5% of teen girls said Instagram usage (and thus, exposure to content on the platform), made thoughts of "Suicide and Self Injury" worse***.[1158]

- On May 12, 2021, ████████ (a Meta Public Affairs Manager) sent Defendant Newton an email ████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████

- When testifying under oath in a Related Action, Instagram's Head of Youth Safety ████████████ testified ████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

---

[1156] META_OPERS_00427268 at -269, -307.
[1157] META_OPERS_00345181 at -181, -183.
[1158] META_OPERS_00089160 at -174.
[1159] META_OPERS_00052576.

■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■

- When testifying under oath in a Related Action, Instagram's Head of Youth Safety ■■■■■■■■ testified that ■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■

757.    **Statement #26 [SUSTAINED – OLD STATEMENT #51]:** On September 26, 2021, Meta published an article on the Company's Newsroom website, authored by Meta Vice President ■■■■■■■■. In that article, Meta attempted to rebut the claims made in the *Journal*'s article concerning teenage girls and the internal Meta documents. Meta claimed that ***"among those same girls who said they were struggling with body image issues, 22% said that using Instagram made them feel better about their body image issues and 45.5% said that Instagram didn't make it either better or worse (no impact)."***

758.    **Reasons Why Statement #26 Was Misleading:** Statement #26 was materially misleading, and omitted material facts. It was materially misleading for Defendants to claim that Instagram made body image issues "better" for teenage girls and had "no impact" while omitting to disclose that Meta's internal documents indicated that Instagram negatively impacted young users' mental health and well-being, including body image issues. Contrary to Defendants' statements, Meta's non-public internal research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effectives of Instagram on teenage girls were "common" and "severe." The negative effects caused by Instagram included (i) exacerbating body image issues for one in three teen girls; (ii) negative social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls. Further, Meta had extensive research contradicting Meta's assertion that Instagram helped teens' mental health.

759.    ***Additional Research Contradicting Meta's Assertion That Instagram Helped***

---

[1160] META_OPERS_00343920 at -140-41.
[1161] META_OPERS_00343920 at -174-75.

*Teens' Mental Health and Well-being, including Body Image Issues:* In addition to the research discussed above, Meta had extensive research showing that Instagram negatively impacted young users' mental health and wellbeing, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A September 2019 study concluded that ███████████████████████████████ ████████ ██

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," concluded that "[o]ne in five teens say that Instagram makes them feel worse about themselves"; "[c]ontent on IG makes teens feel very bad"; "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens"; one-fifth of teens feel bad on Instagram; and 6% of those who wanted to kill themselves said it started on Instagram;[1163]

- A November 5, 2019 "Hard Life Moments - Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, found that "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; 17% of teen girls said Instagram makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of suicide and self-injury worse;[1164]

- A February 24, 2020 email sent to Defendants Mosseri and Newton with findings from a "███████████████████████████ report, found that ████████ ████████████████████████████████████████████████████████████ ██████████████████

---

[1162] META_OPERS_00443609 at -640.
[1163] META_OPERS_00000888 at -902,-912.
[1164] META_OPERS_00089160 at -174, -179.
[1165] META_OPERS_00005996 at -999, -003.

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"; "66% of teen girls on IG experience negative social comparison"; and "mental health outcomes related to this can be severe";[1166]

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey that Meta conducted in 9 countries whose findings were shared with Defendant Zuckerberg found that ████████████████████████████ ████████████████████████████████████████

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals"; (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[1169]

---

[1166] META_OPERS_00099818 at -818, -826, -850.
[1167] META_OPERS_00101513.
[1168] META_OPERS_00002566 at -566, -571, -573
[1169] META_OPERS_00099648 at -648, -650.

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ███████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████████.

- An August 12, 2021 internal presentation titled ████████████ ████████████████████ which was maintained by Defendant Diwanji in her custodial files, stated that ████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████████.

- A September 17, 2021 set of internal notes shared with and read by Defendant Diwanji stated that "the ██████████████████████████████ ███████████████████████████████████████ ████████████████████████████████.

760.  **The Court Sustained Statement #26:** In its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged that Statement #26 was false or misleading. Motion to Dismiss Order at 22.

761.  **Statement #27 [SUSTAINED – Old Statement #52]:** On September 30, 2021, Meta Head of Safety Antigone Davis testified on behalf of the Company before the United States Senate Committee on Commerce, Science, and Transportation during a hearing named "Protecting

---

[1170] META_OPERS_00394044.
[1171] META_OPERS_00338504 at -505, -509, -514-15.
[1172] META_OPERS_00338397 at -397, -404, -409; META_OPERS_00337846 at -939-40, -955-57.

Kids Online: Facebook, Instagram, and Mental Health Harms." During her testimony, Davis made a number of false and misleading statements concerning Meta's research and the impact of Instagram on teenage girls. Specifically, Davis claimed that:

> *The research shows that many teens, that Instagram is helping them with hard issues that are so common to being a teen.* In fact, one of the main slides referenced in the article includes a survey of 12 difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. We asked teens who told us that they were struggling with these issues, whether Instagram was making things better, worse, or having no effect. *On 11 of the 12 issues, teen girls who said they struggled with those issues were more likely to say that Instagram was affirmatively helping them not making it worse.*

762.    **Statement #28 [SUSTAINED – Old Statement #53]:** During the same September 30, 2021 Senate Committee Hearing, Defendant Davis further testified, "I think what's been lost in this report is that in fact *with this research we found that more teen girls actually find Instagram helpful. Teen girls who are suffering from these issues find Instagram helpful than not.*"

763.    **Statement #29 [SUSTAINED – Old Statement #54]:** During the same September 30, 2021 Senate Committee Hearing, Senator Ben Ray Luján posed the following question to Defendant Davis while she testified: "Yes or no, does Facebook have internal research showing that Instagram harms teens, particularly harming perceptions of body image, which disproportionately affects girls?" Davis falsely responded, "*What our research showed was that for people who are struggling with these issues, that actually more of them found their engagement on Instagram helpful than harmful.* And in fact, of the 12 issues that we looked at, 11 of those were the case for young girls, and 12 of 12 for teen boys."

764.    **Statement #30 [SUSTAINED – Old Statement #55]:** Later during the same September 30, 2021 Senate Committee Hearing, Defendant Davis testified that "*the research showed that many more people, actually more teens, found the Instagram use helpful when they were struggling with these particular issues*. Our research is not bombshell research. It's research that is [inaudible]. It's a similar research out of Harvard, out of Pew, out of Berkeley. That doesn't mean we don't take it seriously. We do this research to improve our product, to make our products better for young people, to provide them with a positive experience. *Right now, young people tell*

1  *us, eight out of 10, tell us that they have a neutral or positive experience on our app.* We want

2  that to be 10 out of 10. If there's someone struggling on our platforms, we want to build product

3  changes to improve their experience and help support them."

4      765.  **Reasons Why Statements #27, #28, #29, And #30 Were False and Misleading:**

5  Statements #27, #28, #29, and #30 were materially false and misleading, and omitted material facts

6  because in truth, Meta had extensive research contradicting the assertion that Instagram was

7  helping teens' mental health. Contrary to Defendants' statements, Meta's non-public internal

8  research showed that "[c]ontent on [Instagram] makes teens feel very bad" and negative effectives

9  of Instagram on teenage girls were "common" and "severe." The negative effects caused by

10  Instagram included (i) exacerbating body image issues for one in three teen girls; (ii) negative

11  social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating

12  disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in

13  teenage girls.

14      766.  *Additional Research Contradicting Meta's Assertion That Instagram Helped*

15  *Teens' Mental Health:* In addition to the research discussed above, Meta had extensive research

16  showing that Instagram negatively impacted young users' mental health and wellbeing, as further

17  demonstrated by the evidence discussed in Section IV and summarized directly below:

18      • A September 2019 study concluded that ████████████████████████

19      ████████

20      • An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top

21        Facebook executives" and "cited in a 2020 presentation given to Zuckerberg,"

22        concluded that "[o]ne in five teens say that Instagram makes them feel worse about

23        themselves"; "[c]ontent on IG makes teens feel very bad"; "[t]eens blame Instagram

24        for increases in the rates of anxiety and depression among teens"; one-fifth of teens

25        feel bad on Instagram; and 6% of those who wanted to kill themselves said it started

26        on Instagram;[1174]

27

28  [1173] META_OPERS_00443609 at -640.
   [1174] META_OPERS_00000888 at -891, 902, 911-12, 928.

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and maintained by Defendant Clegg in his custodial files, found that "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; 17% of teen girls said Instagram makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of suicide and self-injury worse;[1175]

- A February 24, 2020 email sent to Defendants Mosseri and Newton with findings from a ███████████████████████████ report, found that ████████ ████████████████████████████████████████████████████████████████ ██████████████ ████

- A March 26, 2020 Meta study, whose findings were shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"; "66% of teen girls on IG experience negative social comparison"; and "mental health outcomes related to this can be severe";[1177]

- Findings from internal and external research emailed to Defendants Mosseri, Newton, and others on June 15, 2020, noted that ██████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████ ████

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey that Meta conducted in 9 countries whose findings were shared

---

[1175] META_OPERS_00089160 at -174, -179.
[1176] META_OPERS_00005996 at -999, -003.
[1177] META_OPERS_00099818 at -818, -826.
[1178] META_OPERS_00101513.

with Defendant Zuckerberg found that ██████████████████████████████
██████████████████████████████████████████████████████

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram" shared with Defendants Zuckerberg, Mosseri, and Newton, concluded that (i) "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls"; (ii) "appearance-based comparison on Instagram is common and can have significant implications for individuals"; (iii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison"; and that (iv) "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[1180]

- A May 17, 2021 report maintained by Defendants Zuckerberg and Clegg in their custodial files, titled ███████████████████████████████████████████ stated that ██████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████████████

- An August 12, 2021 internal presentation titled ████████████████████
██████████████████████████ which was maintained by Defendant Diwanji in her custodial files, stated that ██████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████

---

[1179] META_OPERS_00002566 at -566, -571, -573.
[1180] META_OPERS_00099648 at -648, -650.
[1181] META_OPERS_00394044.

1 ████████████████████████████████████████████████████

2 ████████████████████████████████

3 • A September 17, 2021 set of internal notes shared with and read by Defendant

4 Diwanji stated that ███████████████████████████████████████

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████████████████

767. **The Court Sustained Statements #27, #28, #29, And #30:** In the Motion to Dismiss Order, the Court sustained New Statements #27, #28, #29, and #30 [Old Statements #52, 53, 54, and 55]. Motion to Dismiss Order at 22. The Court further found with respect to New Statement #27 [Old Statement #52] that "stating that the research showed that teenage girls said Instagram was helping their mental health, Statement 52 (FAC ¶ 495), was misleading given Meta's extensive internal research contradicting this assertion." *Id*. at 21.

768. **Statement #31 [SUSTAINED – Old Statement #56]:** During her September 30, 2021 Senate Committee Hearing testimony, Defendant Davis also claimed that Instagram was not addictive, stating, "***So I disagree with calling our product addictive*** . . . one of the things actually that we've done to actually to try to address that, is to make people aware of how much time they're spending. There's a dashboard where they can see it. They can actually set a reminder to let them know that they've been on so that they'll get off. In addition, we're looking at something called take a break, which would prompt somebody when they've been on to take a break."

769. **Reasons Why Statement #31 Was False and Misleading:** Statement #31 was materially false and misleading and omitted material facts because in truth, Meta's internal documents indicated that Instagram was addictive. Among other things, it was materially false and misleading for Defendants to represent that Instagram was not addictive. Contrary to Defendants' statement, internal Meta documents indicated that teens "often feel 'addicted' and know that what they're seeing is bad for their mental health but feel unable to stop themselves." As Haugen explained, Meta designed Instagram to be addictive through the use of "dopamine loops."

---

[1182] META_OPERS_00338504 at -509, -514-15.
[1183] META_OPERS_00338397 at -397, -404; META_OPERS_00337846 at -939-40, -955-57.

770.  ***Additional Internal Documents Showing that Instagram Was Addictive:*** In addition to the research discussed above, Meta's internal documents indicated that Instagram was addictive, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A February 2019 presentation titled ████████████████████ ████████████ concluded that ████████████████████ ██████████████████████████

- A March 8, 2019 "pre-read" document for a ██████████████ shared with Defendant Clegg stated that ████████████████████████ ████████████████████████████████████████ ████████████████

- A September 2019 study titled ████████████████████ concluded that ████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████

- A February 2020 research deck titled ████████████ ██████ and shared with Defendants Mosseri and Newton stated that ██████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████

- A May 2020 ████████████████ deck presented to Defendant Mosseri noted that ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

---

[1184] META_OPERS_00442114 at -114, -125, -150.

[1185] Exhibit 53 to Complaint, *State of Tenn. v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

[1186] META_OPERS_00443609 at -612, -618, -626.

[1187] META_OPERS_00005996 at -999, -024.

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██████████████████████████████████████

4 • An internal chat among Meta employees dated September 10, 2020 confirms that

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████

8 • A September 10, 2020 Meta internal chat ███████████████████████

9 ███████████████████████

10 • A December 2020 Meta workplace post called ████████████████

11 ███████ citing internal and external research, noted ███████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████

16 • A January 26, 2021 email from Max Eulenstein (Vice President of Product

17 Management for Instagram) to Defendant Mosseri stated, ██████████████

18 ████████████████████████████████████████████████

19 ██████████████████████████████████████

20 • A deck titled ██████████████████████ that was maintained by Defendant

21 Zuckerberg in his custodial files and dated March 18, 2021 stated ████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24

---

25 [1188] META_OPERS_00505270 at -270, -276, - -292, -317.

26 [1189] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

27 [1190] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

[1191] META_OPERS_00355849 at -849, -855.

28 [1192] META_OPERS_00347290 at -291.

█████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████████████

- An August 21, 2021 email informed Defendant Davis that ████████████████████████ ████████████████████████████

771.    **The Court Sustained Statement #31:** In its Motion to Dismiss Order, the Court held that the Complaint sufficiently alleged that Statement #31 was false or misleading. Motion to Dismiss Order at 22.

772.    **Statement #32:** During her September 30, 2021 Senate Committee Hearing testimony, Defendant Davis also made false and misleading statements suggesting children under the age of 13 were not using Meta's platforms, including Instagram. Davis testified: "***We do not market to 8 to 12 year olds because they are not on Instagram*** . . . [I]f we find an account of someone who is under 13, *we remove them.*"[1194]

773.    **Statement #33:** During the same September 30, 2021 Senate Committee Hearing, Senator Ben Luján posed the following question to Defendant Davis: "Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13? In response, Davis testified: "it would be my understanding that we don't since *we don't allow them on our apps.*"

774.    **Reasons Why Statements #32 and #33 Were Misleading:** Statements #32 and #33 were materially misleading, and omitted material facts because in truth, users under 13 were on Instagram, Meta did not remove them, and Meta instead allowed them on Instagram. Indeed, it was misleading to state that Meta "removes" the accounts of children under 13 when Meta had a backlog of children under 13 on Meta's platforms, Meta was unable to effectively detect children under 13 on Meta's platforms, and Meta did not implement the technology necessary to effectively

---

[1193] META_OPERS_00386660 at -660, -675, -680.
[1194] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis) at 15.

remove children under 13 from Meta's platforms, therefore allowing them to stay on Meta's platforms, as further demonstrated by the evidence discussed in Section IV and summarized directly below:

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's friends were joining Instagram in the fourth grade and that the Company was vulnerable to a class action lawsuit because it was not keeping underage kids off Instagram.[1195]

- On February 3, 2020, █████████ (Strategic Advisor to Defendant Clegg) told Defendant Clegg that ████████████████████████████████ ████████████████████████████

- A July 2020 ████████████████ document prepared by Defendant Davis listed ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████

- A September 1, 2020 email to Defendant Clegg, attaching Defendant Davis' July 2020 ████████████████ document noted that ████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████

- A November 3, 2020 email from Defendant Davis to Defendant Clegg attaching another version of the ████████████████ document stated that ████

---

[1195] META_HAIDT_0000001 at -003.
[1196] META_OPERS_00333340.
[1197] META_OPERS_00175561 at -562, -572-73.
[1198] META_OPERS_00175561 at -562.

1

2

- A January 6, 2021 deck titled ██████████████████████ ███████████████ sent to Defendant Davis noted that ████████ ████████████████████████████████████████████ ████████████████████████████████ [footnote 1199]

- A February 2021 deck titled ████████████████████ sent to Defendant Davis noted that ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████ [footnote 1200]

- A February 4, 2021 internal Meta chat that included Defendants Davis and Newton discussed ████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████ [footnote 1201]

- ████████ testified in the Related Actions that, ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████ [footnote 1202]

- An April 26, 2021 email to Defendant Diwanji from her team stated that ████████ ████████████████████████████████████████████ [footnote 1203]



---

[1199] META_OPERS_00013088 at -088, -093.
[1200] META_OPERS_00015208 at -211.
[1201] META_OPERS_00427424 at -437.
[1202] META_OPERS_00349493.
[1203] META_OPERS_00344986 at -995; *see also* META_OPERS_00345038.

1  ████████████████████████████████████████████████████████

2  ████████████████

3  • A May 12, 2021 draft news article sent to Defendants Mosseri, Davis, Clegg,

4  Newton, Rosen, and Diwanji stated that ████████████████████████████

5  ████████████████████████████████████████████

6  • A May 12, 2021 ████████████████████████████████████

7  ████████ including that ████████████████████████████████

8  ████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████

16 ████████████

17 • A May 25, 2021 email from Defendant Diwanji to Defendant Mosseri stated that

18 ████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████

22 ████████████████████

23 • A September 8, 2021 internal chat between Defendant Diwanji and a senior staff

24 user researcher for Instagram conveyed the results of a survey of "about 100 parents

25

26

---

[1204] META_OPERS_00015365.

[1205] META_OPERS_00338638 at -638-39.

[1206] META_OPERS_00338638 at -638-39, -643.

[1207] META_OPERS_00338654 at -654-55.

of 9-12 year olds" which showed that ███████████████████████

███████████████████████████████████

- An internal presentation emailed to Defendants Davis and Newton on September

  20, 2021 stated that ████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████

- In addition, █████ testified in the Related Actions that ████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ██████ ██ testified that ███████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████ Finally, █████ testified that █████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████

**B.  False And Misleading Statements Concerning Presence And Impact Of Misinformation And Harmful Content On Meta's Platforms**

775.   Throughout the Class Period, Meta made materially false and misleading statements and omissions concerning the changes to, and impact of, its algorithms on users' experiences. After implementing significant changes to its algorithms in 2018, Meta claimed that its algorithms prioritized "meaningful social interactions" or "MSI." In truth, Meta's algorithms prioritized and promoted misinformation, hate speech, and other divisive and violent content.

---

[1208] META_OPERS_00338652.
[1209] META_OPERS_00057356.
[1210] META_OPERS_00325962 at -144-47.
[1211] META_OPERS_00325962 at -146-51.

776.    **Statement #34:** On March 31, 2021, Defendant Clegg published an article on the website *Medium* titled "You and the Algorithm: It Takes Two to Tango." In this article, Defendant Clegg attempted to rebut criticism of Facebook, stating: "***Central to many of the charges by Facebook's critics is the idea that its algorithmic systems actively encourage the sharing of sensational content*** and are designed to keep people scrolling endlessly. Of course, on a platform built around people sharing things they are interested in or moved by, content that provokes strong emotions is invariably going to be shared. At one level, the fact that people respond to sensational content isn't new. As generations of newspaper sub-editors can attest, emotive language and arresting imagery grab people's attention and engage them. It's human nature. ***But Facebook's systems are not designed to reward provocative content. In fact, key parts of those systems are designed to do just the opposite.***"

777.    **Reasons Why Statement #34 Was False And Misleading:** Statement #34 was materially false and misleading, and omitted material facts because, in truth, the Company's algorithm did ███████████████████████████████ and ███████████████ ███████ Indeed, the algorithm amplified misinformation as well as harmful and toxic content, such that ███████ and ███████████████ were █████████████████████ ██████ and ████████████████████████████████████████████ As further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A ███████████████ internal report titled ████████████████████ ███████████████████████████████████████████ by ███ ███████ (a Meta data scientist), concluded that █████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████

- A ███████████████ report by █████████████ (a Data Science and Research Manager), titled █████████████████████████████ ███████████████ studied ███████████████████████████

1    ██████████████████████████████████████████████

2    ██████████████████████████████████████████████

3    ██████████████████████████████████████████████

4    ██████████████████████████████████████████████

5    ██████████████████████████████████████████████

6    This same report further noted that "███████████████████████

7    ██████████████████████████████████████████████

8    ██████████████████████████████████████████████

9    ████████████████████" In addition, this report ████████████████

10   ██████████████████████████████████████████████

11   ██████████████████████████████████████████████

12   ██████████████████████████████████████████████

13   ██████████████████████████████████████████████

14   ██████████████████████████████████████████████

15   ██████████████████████████████████████████████

16   ████████████████████████████

17   •   An ████████ report by ████████ (a Meta user experience researcher) noted

18   explicitly that "██████████████████████████████████████

19   ██████████████████████████████████████████████

20   ██████████████████████████████████████████████

21   ████████" ████ reported that ████████████████ ████████████

22   ██████████████████████████████████ and were

23   "██████████████████████████████████████████

24   ████████████" His report gave an example from ████████████████████

25   ███████████████████████████████████████████████ir

26

27

28

1212 BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -326-27, -332, -334.



- An ▮▮▮▮▮ report by ▮▮▮▮▮ (a Meta data scientist) and ▮▮▮ (a Meta senior director of product analytics) concluded that Meta's "approach has had ▮▮▮▮▮▮▮" which was "▮▮▮▮▮▮"

- A ▮▮▮▮ internal research report titled "▮▮▮▮▮▮ ▮▮▮▮" explained that the "▮▮▮▮▮" used to facilitate content moderation "▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮" As the researcher explained, "▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮" This same report noted that although "▮▮▮▮▮▮▮ ▮▮▮▮▮" the Company ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮" As a consequence, "▮▮▮▮▮ ▮▮▮▮▮▮▮" but "▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮"

- An ▮▮▮▮▮ internal research report titled "▮▮▮▮▮▮▮" by ▮▮▮▮ (a Meta data scientist) concluded, based on "▮▮▮▮▮▮" that the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮"

---

[1213] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -237-38.

- A ██████████ report titled "███████████████████████" by ███
  ██ (a Data Science and Research Manager) noted that "████████
  ████████████████████████" and explained that ██████
  ██████████████████████████" in part because "███
  ████████████████████████████████████████
  ████████████████" This report acknowledged that "█████████
  ████████████████████████,"[1214]

- A June 30, 2020 report by several Meta product managers titled "████████
  ████████████████████████████" noted that "███████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████,"[1215]

- A July 18, 2020 email sent to Defendant Zuckerberg attached a recent non-public
  ██████████████████ performed by Laura W. Murphy, a civil rights and civil
  liberties leader, along with a team from civil rights law firm Relman Colfax. This
  report ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████████████ The report also
  stated: ████████████████████████████████████
  ████████████████████████████████████████

---

[1214] BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -410, -414.

[1215] BLBG-Haugen_0006039 - BLBG-Haugen_0006040 at -039.

[1216] META_OPERS_00567972 at -028.

1  ███████████████████████████████████████████

2  ███████████████████████████████████████████

3  ███████████████████████████████████████████

4  ████████████████████████████████████ The

5  report also referenced a ████████████████████████

6  ███████████████████████████████████████████

7  ███████████████████████████████████████████

8  █████████████████████████████

9  • A December 2020 draft presentation to Defendant Clegg titled ██████████

10  ████████████████ discussed ████████████████████████

11  ███████████████████████████████████████████

12  ███████████████████████████████████████████

13  ████████████████████████████████ ███████████

14  ████████████████████ this presentation informed Defendant Clegg that

15  ███████████████████████████████████████████

16  ███████████████████████████████████████████

17  ███████████████████████████████████████████

18  ████████████████████████

19  • A December 4, 2020 email from Defendant Zuckerberg to, among others,

20  Defendant Clegg attached a presentation titled █████████████████

21  ████████████████ which was sent as a █████████████████

22  ████████████████ This presentation stated that ████████████

23  ███████████████████████████████████████████

24  █████████████████████████████████ The presentation

1217 META_OPERS_00567972 at -048.
1218 META_OPERS_00567972 at -027.
1219 META_OPERS_00389841 at -841, -849.
1220 META_OPERS_00389841 at -846.
1221 META_OPERS_00822039 at -040-41.
1222 META_OPERS_00822039 at -043.





• A March 9, 2021 email from Eileen Donahoe, a former U.S. diplomat

778.   **Statement #35:** On April 28, 2021, Meta hosted its Q1 2021 earnings call after market close. During the call, Meta was asked whether Facebook's algorithm amplified "some of the more controversial content" on the platform. Defendant Zuckerberg replied, stating: "***Overall, I think that the narrative that you are pointing to is dramatically overstated by critics.*** We do not optimize our systems to increase the amount of time spent in News Feed . . . But you should start by trying to build something that's more valuable, not by trying to increase the time that people

---

[1223] META_OPERS_00822039 at -046.
[1224] META_OPERS_00822039 at -047.
[1225] META_OPERS_00822039 at -047.
[1226] META_OPERS_00822039 at -047.
[1227] META_OPERS_00176733 at -738.
[1228] META_OPERS_00176733 at -739.

are spending," Zuckerberg continued: "So we've done that for years, and I think it's yielded good results . . . I actually think that our practices here are *quite robust*. *And we don't want [] extremist content or any of that stuff on our services . . . we go out of our way to try to reduce that.*"

779.    **Reasons Why Statement #35 Was Misleading:** Statement #35 was materially misleading, and omitted material facts. It was misleading to state that the "narrative" about the algorithm's amplification of "controversial content" was "overstated" when Meta's internal documents indicated that the algorithm did amplify controversial and extremist content, such that ▆▆▆▆▆ and ▆▆▆▆▆▆▆ were ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ It was also misleading to state that "we go out of our way to reduce" "extremist content" when Meta's internal documents indicated that the algorithm itself amplified "extremist" and other harmful content and Meta was not able to effectively "reduce" it. As further demonstrated by the evidence discussed in Section IV and summarized directly below:



- A ▆▆▆▆▆▆▆ internal report titled "▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆" by ▆▆▆▆ ▆▆▆▆ (a Meta data scientist) concluded that "▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆"

- A November 28, 2018 report by ▆▆▆▆▆▆▆▆▆▆▆ (a Data Science and Research Manager) titled ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ studied how Meta's decision to prioritize MSI ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

This same report further noted that "███████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████" In addition, this report ██████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████

- An ██████████ report by ███████ (a Meta user experience researcher) noted

  explicitly that "███████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  █████████" ██████ reported that ████████████████████
  ███████████████████████████████████████ and were
  "███████████████████████████████████████
  ██████████" His report gave an example from ██████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████"[1230]

- An ██████████ report by ██████████ (a Meta data scientist) and ███████ (a

  Meta senior director of product analytics) concluded that Meta's "█████████
  ███████████████████████████████████████
  ██████" which was "█████████████████████"

[1229] BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -326-27, -332, -334.
[1230] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -237-38.

- A ███████ internal research report titled "████████████████████ ███████" explained that the "████████████" used to facilitate content moderation "████████████████████████████████ ████████████████████████████████ ████████████████████████████████" As the researcher explained, "████████████████████ ████████████████████████████████ ████████████████████████" This same report noted that although "████████████████████████████ ████████████████████████████" the Company ███████████ ████████████████████████████████ ████████████████████████████████ ████████████████████" As a consequence, "███████████████ ████████████████████████████████" but "████████████████████████████████ ████████████████████████████████ ███████"

- An ███████████ internal research report titled "██████████████████" by ████████ (a Meta data scientist) concluded, based on "██████████████████" that the ███████████████████████████████ ████████████████████████"

- A ██████████████ report titled ████████████████████ by ██ ████ (a Data Science and Research Manager) noted that "████████ ████████████████████████" and explained that Meta had "████████████████████████████████████" in part because "██ ████████████████████████████████"

███████████████████" This report acknowledged that ██████████████

████████████████████████████

- A ████████ report by several Meta product managers titled "█████████

████████████████████" noted that "████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████▪▪1232

- A July 18, 2020 email sent to Defendant Zuckerberg attached a recent non-public

████████████████ performed by Laura W. Murphy, a civil rights and civil

liberties leader, along with a team from civil rights law firm Relman Colfax. This

report ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████ The

report also ████████████████████████████

---

1231 BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -410, -414.
1232 BLBG-Haugen_0006039 - BLBG-Haugen_0006040 at -039.
1233 META_OPERS_00567972 at -028.
1234 META_OPERS_00567972 at -048.

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████████████████████████

4 • A December 2020 draft presentation to Defendant Clegg titled ████████

5 ██████████████ discussed ██████████████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████

8 ████████████████████████████████ As to the

9 ██████████████████████ this presentation informed Defendant Clegg that

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████████████

13 ████████████████████████

14 • A December 4, 2020 email from Defendant Zuckerberg to, among others,

15 Defendant Clegg attached a presentation titled ████████████████████

16 ██████████████ which was sent as a ██████████████████████

17 ██████████████████ This presentation stated that ██████████████

18 ████████████████████████████████████████

19 ████████████████████████████████ The presentation

20 noted that ██████████████████████████████████████

21 ████████████████████████████ █████████████████████

22 ████████████████████████████████████████

23 ██████████ The presentation explained that, ██████████████████

1235 META_OPERS_00567972 at -027.
1236 META_OPERS_00389841 at -841, -849.
1237 META_OPERS_00389841 at -846.
1238 META_OPERS_00822039 at -040-41.
1239 META_OPERS_00822039 at -043.
1240 META_OPERS_00822039 at -046.
1241 META_OPERS_00822039 at -047.



1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████████████████████████ ██████

4 ████████████████████████████████████████

5 ████████████████████████████████████████

6 ██████████████████████

7 • A March 9, 2021 email from Eileen Donahoe, a former U.S. diplomat who

8 Defendant Clegg ██████████████████████████████████

9 ████████████████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 ██████████████████████████ ████████████

13 ████████████████████████████████████████

14 ████████████████████████

780.    **Statement #36:** Meta's May 2021 Responses to Congress, which include the answers to the questions Congress directed to Defendant Zuckerberg, included the following statement concerning the change Meta made to its algorithm in 2018:

> In fact, back in 2018, we announced a big shift in this direction knowing that people would spend less time on Facebook. Notably, we changed the way we approached News Feed rankings to focus not only on serving people the most relevant content, but also on helping them have more meaningful social interactions . . . We recognized that this shift would lead to people spending less time on Facebook . . . and we saw a loss of billions of dollars in the company's market cap. But we view this change as a success because *it improved the experience of our users.*

781.    The May 2021 Responses to Congress also stated that "as part of" the News Feed algorithm's ranking process, the Company had ***"reduce[d] the distribution of many types of content - meaning that content appears lower in a person's News Feed*** - for a variety of reasons,

---

1242 META_OPERS_00822039 at -047.
1243 META_OPERS_00822039 at -047.
1244 META_OPERS_00176733 at -738.
1245 META_OPERS_00176733 at -739.

including ***because the content is sensational, misleading, gratuitously solicits engagement, or is found to be false by our independent fact-checking partners.***"

782. **Reasons Why Statement #36 Was Misleading:** Statement #36 was materially misleading, and omitted material facts. It was misleading to state that the 2018 MSI change had "improved the experience of [] users," when the 2018 MSI change had the effect of rewarding provocative or extremist content, and amplifying misinformation as well as harmful and toxic content, such that ████████ and ████████ were ████████████████████ ████████" and ████████████████████████████ ████████"[1246] It was also misleading to state that Meta had "reduce[d]" harmful and "sensational" content when Meta's internal documents indicated that the algorithm itself amplified "extremist" and other harmful content and Meta was not able to effectively "reduce" it. As further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A ████████ internal report titled "████████████████████ ████████████████████" by ████ ████ (a Meta data scientist) concluded that "████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████"

- A ████████ report by ████████ (a Data Science and Research Manager) titled "████████████ ████████████" studied how ████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████

---

[1246] META_OPERS_00822039 at -047.



1    This same report further noted that "██████████████████

2    ████████████████████████████████████████████████

3    ████████████████████████████████████████████████

4    ██████████████████" In addition, this report ████████████████

5    ████████████████████████████████████████████████

6    ████████████████████████████████████████████████

7    ████████████████████████████████████████████████

8    ████████████████████████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ███████████████████████████████████████

12   •   An ███████ report by ████████ (a Meta user experience researcher) noted

13   explicitly that "██████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   ████████" ████ reported that ████████████████████████

17   ████████████████████████████████████████████" and were

18   "████████████████████████████████████████████████

19   ████████" His report gave an example from ██████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████"[1248]

23   •   An ███████ report by ████████████ (a Meta data scientist) and ███████ (a

24   Meta senior director of product analytics) concluded that Meta's "████████████

25   ████████████████████████████████████████████████

26   ████" which was "████████████████████████"

27

28

---

[1247] BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -326-27, -332, -334.
[1248] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -237-38.

- A ██████ internal research report titled "████████████████████████████ ███████" explained that the "██████████████" used to facilitate content moderation "████████████████████████████████ ████████████████████████████████ ████████████████████████████████████████" As the researcher explained, "████████████████████████ ████████████████████████████████ ████████████████████████" This same report noted that although "████████████████████████ ████████████████████████████" the Company ████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████" As a consequence, "████████████ ████████████████████████████████████" but "████████████████████████████████████ ████████████████████████████████ ████████"

- An ██████████ internal research report titled "██████████████████████" by ████████ (a Meta data scientist) concluded, based on ████████████ that the ████████████████████████████████ ████████████████████████████████"

- A December 11, 2019 report titled "████████████████████████" by ████ ████ (a Data Science and Research Manager) noted that "████████████ ████████████████████████" and explained that Meta had ████████████████████████████████ ████████████████████████████████



This report acknowledged that ███████████

- A ███████ report by several Meta product managers titled "████████ ████████████████████████" noted that "████████████

- A July 18, 2020 email sent to Defendant Zuckerberg attached a recent non-public ████████████████████ performed by Laura W. Murphy, a civil rights and civil liberties leader, along with a team from civil rights law firm Relman Colfax. This report ████████████████ The report also stated: ████████ The report also referenced a joint letter published by Meta former employes which

1249 BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -410, -414.
1250 BLBG-Haugen_0006039 - BLBG-Haugen_0006040 at -039.
1251 META_OPERS_00567972 at -028.
1252 META_OPERS_00567972 at -048.

stated: ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

- A December 2020 draft presentation to Defendant Clegg titled ██████████

██████████████ discussed ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████ ████ ████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████

- A December 4, 2020 email from Defendant Zuckerberg to, among others,

Defendant Clegg ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████ This presentation stated that ██████████████████

████████████████████████████████████████████████

████████████████████████████████ The presentation

noted that ██████████████████████████████████████████████

████████████████████████████ ██████████████████████

████████████████████████████████████████████████

████████████ The presentation explained that, ██████████████████████

---

[1253] META_OPERS_00567972 at -027.
[1254] META_OPERS_00389841 at -841, -849.
[1255] META_OPERS_00389841 at -846.
[1256] META_OPERS_00822039 at -040-41.
[1257] META_OPERS_00822039 at -043.
[1258] META_OPERS_00822039 at -046.
[1259] META_OPERS_00822039 at -047.

1 █████████████████████████████████████████

2 █████████████████████████████████████████

3 ██████████████████████████████ Finally,

4 Meta's research found that ███████████████████

5 █████████████████████████████████████████

6 ████████████████████████

- A March 9, 2021 email from Eileen Donahoe, a former U.S. diplomat who

  Defendant Clegg ███████████████████████████

  █████████████████████████████████████████

  █████████████████████████████████████████

  █████████████████████████████████████████

  ████████████████████████ ████████████████

  █████████████████████████████████████████

  ████████████████████

783. **Statement #37:** On October 2, 2021, *The New York Times* published an article titled "Whistle-Blower to Accuse Facebook of Contributing to Jan. 6 Riot, Memo Says." This article quoted an internal memo authored by Defendant Clegg on October 1, 2021, and sent to Meta employees, in which he stated: "***I want to be absolutely clear: we work to limit, not expand hate speech***, and we have clear policies prohibiting content that incites violence. We do not profit from polarization, in fact, just the opposite. We do not allow dangerous organizations, including militarized social movements or violence-inducing conspiracy networks, to organize on our platforms. And we remove content that praises or supports hate groups, terrorist organizations and criminal groups."

784. **Reasons Why Statement #37 Was Misleading:** Statement #37 was materially misleading, and omitted material facts. It was misleading to state that Meta "work[ed] to limit, not

---

[1260] META_OPERS_00822039 at -047.
[1261] META_OPERS_00822039 at -047.
[1262] META_OPERS_00176733 at -738.
[1263] META_OPERS_00176733 at -739.

expand hate speech," when in reality, the algorithm amplified, rather than reduced, misinformation as well as harmful and toxic content, including hate speech, and that Meta was not able to effectively "limit it." As further demonstrated by the evidence discussed in Section IV and summarized directly below:

- A ███████████ internal report titled "█████████████████████████████████
  ██████████████████████████████████████████████████" by ███
  ████ (a Meta data scientist) concluded that "███████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ██████"

- A November 28, 2018 report by ██████████████████ (a Data Science and
  Research Manager) titled "████████████████████████████████████████
  ████████████████████████████████" studied how ██████████████████ ███
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████

  This same report further noted that "██████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ████████████████████" In addition, this report █████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████

1  ██████████████████████████████████████████████████████████

2  ████████████████████████████████████

3  • An ██████████ report by ████████ (a Meta user experience researcher) noted

4  explicitly that "██████████████████████████████████████████████████

5  ██████████████████████████████████████████████████████████

6  ██████████████████████████████████████████████████████████

7  ██████████" ████ reported that ██████████████████████████████████

8  ████████████████████████████████████████████ and were

9  "██████████████████████████████████████████████████████████

10  ██████████████████████████████████████████████████████████

11  ██████████████████████████████████████████████████████████

12  ██████████████████████████████████████████████████████████

13  ████████████"[1265]

14  • An ██████████ report by ██████████ (a Meta data scientist) and ████████ (a

15  Meta senior director of product analytics) concluded that Meta's "████████

16  ██████████████████████████████████████████████████████████

17  ████████" which was "██████████████████████"

18  • A ██████████ internal research report titled "████████████████████████

19  ████████" explained that the "██████████████" used to facilitate content moderation

20  "██████████████████████████████████████████████████████████

21  ██████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████" As

23  the researcher explained, "████████████████████████████████████████

24  ██████████████████████████████████████████████████████████

25  ██████████████████████████████████" This same report noted

26  that although "████████████████████████████████████████████████

27

28  ────────────────────────────────

[1264] BLBG-Haugen_0011326 - BLBG-Haugen_0011342 at -326-27, -332, -334.
[1265] BLBG-Haugen_0010236 – BLBG-Haugen_0010257 at -237-38.





█████████████████████████████████████" the Company █████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████" As a consequence, "████████████████████████
███████████████████████████████████████████████████████████████████████" but
"███████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████"

- An ██████████████████ internal research report titled "██████████████████████
  by ████████████ (a Meta data scientist) concluded, based on "████████████████"
  that the ███████████████████████████████████████████████████████████
  █████████████████████████████████████████"

- A December 11, 2019 report titled "████████████████████████████████" by ████
  █████ (a Data Science and Research Manager) noted that "████████████████
  ████████████████████████████████" and explained that Meta had
  "████████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████████████
  ███████████████████████████" This report acknowledged that ████████████████
  █████████████████████████████████████████

- A ████████████ report by several Meta product managers titled "████████████
  ████████████████████████████████████████" noted that "████████████████████
  ████████████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████████████████████
  ██████████████████████"[1267]

- A July 18, 2020 email sent to Defendant Zuckerberg attached a recent non-public
  ████████████████████████ performed by Laura W. Murphy, a civil rights and civil

[1266] BLBG-Haugen_0013410 - BLBG-Haugen_0013443 at -410, -414.
[1267] BLBG-Haugen_0006039 - BLBG-Haugen_0006040 at -039.

liberties leader, along with a team from civil rights law firm Relman Colfax. This
report  The report also
stated: The
report also

- A December 2020 draft presentation to Defendant Clegg titled
  discussed

---

1268 META_OPERS_00567972 at -028.
1269 META_OPERS_00567972 at -048.
1270 META_OPERS_00567972 at -027.
1271 META_OPERS_00389841 at -841, -849.

1

2

3

4

5   • A December 4, 2020 email from Defendant Zuckerberg to, among others,

6   Defendant Clegg ███████████████████████████████████

7   ███████████████████████████████████████

8   ██████████████ This presentation stated that ████████████

9   ███████████████████████████████████████

10  ████████████████████████████ The presentation

11  noted that ███████████████████████████████████

12  ████████████████████████ █████████████████

13  ███████████████████████████████████████

14  ██████ The presentation explained that, █████████████

15  ███████████████████████████████████████

16  ███████████████████████████████████████

17  ██████████████████████████ Finally,

18  Meta's research found that ████████████████████████

19  ███████████████████████████████████████

20  █████████████████████████ ██████

21  • A March 9, 2021 email from Eileen Donahoe, a former U.S. diplomat who

22  Defendant Clegg ███████████████████████

23  ███████████████████████████████████████

24

1272 META_OPERS_00389841 at -846.
1273 META_OPERS_00822039 at -040-41.
1274 META_OPERS_00822039 at -043.
1275 META_OPERS_00822039 at -046.
1276 META_OPERS_00822039 at -047.
1277 META_OPERS_00822039 at -047.
1278 META_OPERS_00822039 at -047.

1

2

3

4

5

6

7

    **C.**    **False And Misleading Statements Representing That Meta Applied Its Content-Moderation Policies Consistently To All Users**

8

9    785.    **Statement #38 [SUSTAINED – OLD STATEMENT #8]:** On June 4, 2021, Defendant Clegg authored a news release on Meta's Newsroom webpage, responding to the Oversight Board's recommendations and announcing a two-year suspension of former president Trump. Clegg acknowledged that the Company sometimes granted "newsworthiness allowances" under which it allowed "certain content that is newsworthy or important to the public interest to remain on our platform—even if it might otherwise violate our Community Standards. We may limit other enforcement consequences, such as demotions, when it is in the public interest to do so." Defendant Clegg also stated, however, that newsworthiness allowances were only given to a ***"small number of posts,"*** that the Company would publish the ***"rare instances when we apply it,"*** and would take content down if "the risk of harm outweighs the public interest." Clegg also assured investors that Meta would ***"not treat content posted by politicians any differently from content posted by anyone else. Instead, we will simply apply our newsworthiness balancing test in the same way to all content."***

786.    **Reasons Why Statement #38 Was False And Misleading:** Defendants Clegg's statements identified above were materially false and misleading, and omitted material facts. It was materially false and misleading for Defendant Clegg to claim that newsworthiness allowances were granted to only a "small number of posts," that the Company did "not treat content posted by politicians any differently from content posted by anyone else," and that the "newsworthiness test" applied to "all content." In truth, content posted by millions of users, including politicians, were

---

[1279] META_OPERS_00176733 at -738.
[1280] META_OPERS_00176733 at -739.

subject to a completely different set of rules than the rest of Meta's community. Further, membership in this select group was not based on the "newsworthiness" of the material posted, but rather on whether poster of the content had been whitelisted. Indeed, contrary to the Company's statements, (i) Meta purposely "built a system that has exempted high-profile users from some or all of its rules," and allowed them to "violate [Meta's] standard without any consequences," and (ii) the X-Check and whitelisting system shielded at least 5.8 million users from enforcement of Meta's Community Standards and content moderation rules, thus allowing those users to harass other Meta platform users and spread misinformation, hate speech, incitement, and other harmful content. On October 21, 2021, Meta's own Oversight Board criticized the Company for not being "fully forthcoming on cross-check." According to the Oversight Board, Meta "admitted it should not have said that cross-check only applied to a 'small number of decisions,'" and "recognized its phrasing could come across as misleading."

787.    **The Court Sustained Statement #38:** In its Motion to Dismiss Order, the Court held with respect to Statement #38 that the Complaint adequately alleged that it was false or misleading because Plaintiffs: "point[ed] to an October 2021 transparency report published by Meta's Oversight Board. That report acknowledged that it was misleading to state that cross-check applied to only a 'small number of decisions.' FAC ¶ 119. The report indicates that Meta had not been 'fully forthcoming in its responses on cross-check.' FAC ¶¶ 119-20. Considering the 2019 and 2020 reports in tandem with the 2021 transparency report, Plaintiffs have sufficiently alleged that statements that cross-check only applied in limited newsworthy situations (Statements 8 and 11) were misleading." Motion to Dismiss Order at 13. The allegations concerning the reports referenced in the Court's Motion to Dismiss Order are discussed herein at Section IV.C.

788.    **Statement #39 [SUSTAINED – OLD STATEMENT #11]:** Defendant Clegg's June 4, 2021, statement also included a link to Meta's full response to the Oversight Board's recommendations. Meta's full response to the Oversight Board also addressed the specific recommendations made by the Oversight Board. One of the Oversight Board's recommendations to the Company proposed that Meta should "report on the relative error rates and thematic consistency of determinations made through the cross check process compared with ordinary

enforcement procedures." Meta refused to implement this recommendation, claiming that *"it is not feasible to track this information"* and that its *"measurement accuracy systems are not designed to review the small number of decisions made through the cross check process."*

789.   **Reasons Why Statement #39 Was False And Misleading:** Defendants' statements identified above were materially false and misleading, and omitted material facts. It was materially false and misleading for Meta to state that X-Check was used only in a "small number of decisions," as Meta itself later admitted to its Oversight Board. Contrary to the Company's statements, (i) Meta purposely "built a system that has exempted high-profile users from some or all of its rules," and allowed them to "violate [Meta's] standard without any consequences"; and (ii) the X-Check and whitelisting system shielded at least 5.8 million users from enforcement of Meta's Community Standards and content moderation rules, thus allowing those users to harass other Meta platform users and spread misinformation, hate speech, incitement, and other harmful content.

790.   It was further materially false and misleading for the Company to state that Meta could not measure accuracy for the "the small number of decisions made through the cross-check process." Contrary to the Company's statement, Meta did track decisions made through X-Check. As the internal research later disclosed through the Facebook Files demonstrated, Defendants knew that at least 5.8 million users were shielded from enforcement of Meta's rules, and 45 global teams at Meta monitored the program. The users shielded by the program included some of the platforms most high-profile users, who posted widely-viewed content. Indeed, on October 21, 2021, Meta's own Oversight Board criticized the Company for not being "fully forthcoming in its responses on cross-check," and the Company acknowledged that its representation that X-Check applied to a "small number of decisions" could be misleading.

791.   **The Court Sustained Statement #39:** In its Motion to Dismiss Order, the Court held with respect to Statement #39 that the Complaint adequately alleged that it was false or misleading because the Complaint: "point[ed] to an October 2021 transparency report published by Meta's Oversight Board. That report acknowledged that it was misleading to state that cross-check applied to only a 'small number of decisions.' FAC ¶ 119. The report indicates that Meta

had not been 'fully forthcoming in its responses on cross-check.' FAC ¶¶ 119-20. Considering the 2019 and 2020 reports in tandem with the 2021 transparency report, Plaintiffs have sufficiently alleged that statements that cross-check only applied in limited newsworthy situations (Statements 8 and 11) were misleading." Motion to Dismiss Order at 13. The allegations concerning the reports referenced in the Court's Motion to Dismiss Order are discussed herein at Section IV.C.

## VII.  ADDITIONAL LOSS CAUSATION ALLEGATIONS

792.    The fraud alleged herein was the proximate cause of the economic loss suffered by Plaintiffs and the Class. There was a causal connection between the alleged fraud and the loss (i.e., stock price declines) described herein. *See, e.g.*, *Mineworkers' Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018).

793.    During the Class Period, Plaintiffs and the Class members purchased or otherwise acquired Meta common stock at artificially inflated prices, and were damaged thereby when the price of Meta common stock declined in response to the partial disclosures. Throughout the Class Period, the price of Meta common stock was artificially inflated and/or maintained as a result of Defendants' materially false and misleading statements and omissions. The price of Meta common stock significantly declined, causing investors to suffer losses, in response to a series of partial disclosures concerning or connected to the facts misrepresented or concealed by Defendants, which disclosures are described more fully above in Section IV.C. Throughout the disclosure period, Defendants mitigated Meta's stock price declines by making additional false assurances concerning the alleged fraud, as described herein.

794.    As the result of the disclosures described herein, Meta common stock declined from a Class Period high of $384.33 per share to a closing price of $310.39 per share on December 2, 2021, a decline of 19.2%. From September 10, 2021, the date prior to the first article published by *The Wall Street Journal* on September 13, 2021, to December 2, 2021, after the final disclosure, Meta's stock price declined by $68.30 per share, or over 18%, representing a total decline of more than $160 billion in Meta's market capitalization.

| Date* | Disclosure Summary | Closing Stock Price | Common Stock Price Change | S&P 500 Price Change | Trading Volume | Approximate Market Cap Loss |
|---|---|---|---|---|---|---|
| 9/13/21 (9/13/21) | *The Wall Street Journal* publishes the September 13 Facebook File. ¶¶491-505. | $376.51 | - $2.18 | 0.23% | 13,026,275 | $5.2 billion |
| 9/14/21 (9/15/21) | After *The Wall Street Journal* publishes the September 14 Facebook File, U.S. Senators announce that the Senate would reconvene to look into Instagram's negative impact on teenagers and young users. ¶¶506-529. | $373.92 | - $2.61 | 0.85% | 17,940,297 | $6.2 billion |
| 9/15/21 (9/15/21) | *The Wall Street Journal* publishes the September 15 Facebook File. ¶¶530-537. | $373.92 | - $2.61 | 0.85% | 17,940,297 | $6.2 billion |
| 9/21/21 (9/22/21) | Meta's Oversight Board Launches a review of the Company's X-Check system following the September 13 Facebook File and the U.S. Senate questions Meta representative Satterfield about the *Journal*'s | $343.21 | -$14.27 | 0.95% | 43,692,859 | $34 billion |

| Date* | Disclosure Summary | Closing Stock Price | Common Stock Price Change | S&P 500 Price Change | Trading Volume | Approximate Market Cap Loss |
|---|---|---|---|---|---|---|
| | reporting on harms to young users. ¶¶538-546. | | | | | |
| 9/27/ & 9/28/2021 (9/28/2021) | Facebook pauses Instagram Kids and *The Wall Street Journal* publishes a Facebook File, citing internal documents revealing that Meta intentionally targeted its platforms to preteens despite its purported ban on users younger than 13. ¶¶547-584. | $340.65 | -$12.93 | -2.04% | 21,710,286 | $31 billion |
| 10/3/21 (10/4/21) | On Sunday, October 3, 2021, the identity of the Facebook whistleblower, Frances Haugen, is revealed when she gives two in-depth interviews with *60 Minutes* and *The Wall Street Journal* in advance of her congressional testimony. ¶¶585-608. | $326.23 | -$16.78 | -1.3% | 42,884,975 | $40 billion |
| 10/6/21 (10/7/21) | Facebook Slows Launch of New | $329.22 | -$4.42 | 0.83% | 28,307,456 | $10 billion |

| Date* | Disclosure Summary | Closing Stock Price | Common Stock Price Change | S&P 500 Price Change | Trading Volume | Approximate Market Cap Loss |
|---|---|---|---|---|---|---|
| | Products Amid "Reputational Reviews" In The Wake of The Facebook Files and reporting reveals that European regulators will work with Haugen on regulations for Meta. ¶¶614-620. | | | | | |
| 10/21/21 (10/22/21) | *The Wall Street Journal* publishes another Facebook File, citing internal Company documents raising serious concerns about the accuracy and reliability of Meta's publicly reported user growth metrics. In addition, *The Wall Street Journal* and other media report that Meta's Oversight Board will investigate Meta's X-Check system, while revealing that Meta admits that its prior | $324.61 | -$17.27 | -0.11% | 35,224,543 | $41 billion |

| Date* | Disclosure Summary | Closing Stock Price | Common Stock Price Change | S&P 500 Price Change | Trading Volume | Approximate Market Cap Loss |
|---|---|---|---|---|---|---|
| | characterization of X-Check applying to a "small number of decisions" was misleading. ¶¶621-627. | | | | | |
| December 1, 2021 (December 1-2, 2021) | Meta publishes a blog post authored by Defendant Davis announcing a delay in Meta's plans to apply end-to-end encryption across all Meta's messaging surfaces, and *TechCrunch* reports on a former employee's revelation that Meta's engineers knew its end-to-end encryption would make child safety protections "demonstrably worse" ¶¶632-640. | $310.39 | -$14.07 | 0.22% | 54,780,252 | $33 billion |

*Date(s) of stock price decline(s) in parentheses.*

795.   It was entirely foreseeable that Defendants' materially false and misleading statements and omissions discussed herein would artificially inflate or maintain the existing artificial inflation of the price of Meta common stock. It was also foreseeable to Defendants that

the disclosures described above would cause the price of Company stock to fall as the artificial inflation caused or maintained by Defendants' misstatements and omissions was removed. Thus, the stock price declines described above were directly and proximately caused by Defendants' materially false and misleading statements and omissions.

## VIII.    ADDITIONAL SCIENTER ALLEGATIONS

796.    Numerous facts establish that Defendants acted with scienter when they misled investors about the subjects recounted above. These facts, set forth above and summarized below, demonstrate that Defendants acted with scienter in making the materially false and misleading statements and omissions alleged herein.

\*        \*        \*

### A.    Defendant Zuckerberg

#### 1.    Statements #1, 2, 3, 5, 24, 35, 36, 38, 39

797.    Defendant Zuckerberg made misleading statements concerning Meta's efforts to prevent harm to young users, including in Meta's Proxy Statement. For example, during the Class Period, Defendant Zuckerberg told investors that Meta had "robust policies to help protect" children on its platforms, that Meta "proactive[ly]" detected bad actors on its platforms, took an "active approach" to child exploitation, and that he was not aware of any consensus among experts about how much screen time is too much. Defendant Zuckerberg also told investors that end-to-end encryption would make Meta's platforms safer. Numerous facts support a strong inference that Defendant Zuckerberg knew or recklessly disregarded facts demonstrating that these statements were misleading.

##### a.    Statements #1, 3, 24

798.    ***This Court has already held that Defendant Zuckerberg had the requisite scienter in sustaining claims concerning harms to children.*** As this Court held in its Motion to Dismiss Order, Plaintiffs sufficiently alleged Defendant Zuckerberg's scienter for Defendant Zuckerberg's statements touting Meta's "robust policies." This Court ruled that a strong inference of Defendant Zuckerberg's scienter was established because he specifically addressed Meta's research about Instagram harming children in his Congressional testimony, permitting the Court to infer that he

was "aware of the issue or data referenced." Motion to Dismiss Order at 30-31. The following facts strengthen the inference of scienter.

799.    ***Defendant Zuckerberg was informed that Meta's platforms harmed children, that the Company did not have "robust policies" in place to protect them, and that Meta's platforms exposed children to serious safety issues, including child sexual exploitation and bad actors.*** Before and during the Class Period, Defendant Zuckerberg received research and internal documents showing that Meta's policies did not adequately protect children, which was evidenced by both the documented harms that children experienced and Meta's failure to implement policies that would prevent those harms from occurring in the first place. For example:

- On January 26, 2019, Defendant Zuckerberg received an email that stated ██████ ████████████████████████████████████████████████████████████ ████████████████████████████

- On February 26, 2019, Defendant Zuckerberg received a document that stated that end-to-end encryption would render Meta ████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████

- In an August 2019 meeting with NYU Professor Jonathan Haidt, Dr. Haidt told Defendant Zuckerberg that issues like bullying, suicide, and self-harm were especially affecting 10-14 year-old girls, and that the evidence was adding up that social media plays a causal role. According to Dr. Haidt's notes from that call, Defendant Zuckerberg agreed that the Company needed to do more.[1283]

- On September 9, 2019, Defendant Zuckerberg received an email that ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████

- On November 5, 2019, Defendant Zuckerberg received a Meta presentation titled

---

[1281] META_OPERS_00329429 at -431.
[1282] META_OPERS_00333155.
[1283] META_HAIDT_0000001.
[1284] META_OPERS_00357348 at -349.

"Hard Life Moments – Mental Health Deep Dive," which stated, "We make body image issues worse for one in three teen girls."[1285]

- On March 13, 2020, Defendant Zuckerberg received a report titled ███████ ████████████████████████████████████ which stated that ████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████

- On March 26, 2020, Defendant Zuckerberg received a link to and synopsis of the "Teen Girls Body Image and Social Comparison on Instagram" report, which stated that (i) "[s]ocial comparison is worse on Instagram" as ████████████████ ███████████████████████ (ii) that █████████████████████████████ ███████████████████ (iii) that "66% of teen girls on IG experience negative social comparison," (iv) that "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse," and (iv) that "Mental health outcomes related to this can be severe."[1287]

- As further evidence that Meta's policies to protect children were not "robust," notes from a September 29, 2020 ███████████████ meeting showed that ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ █████████████████████████████████████████

- On January 28, 2021, Defendant Zuckerberg received an internal report titled "Social comparison on Instagram - Results from a 100k-person survey + behavioral data," which stated that (i) "[s]ocial comparison is common," (ii) "1 in 4 people think that Instagram makes social comparison worse," and (iii) "[i]t's more

---

[1285] META_OPERS_00163990.
[1286] META_OPERS_00164385.
[1287] META_OPERS_00008539.
[1288] META_OPERS_00022408 at -411.

common among teens than non-teens [], especially teen girls."[1289]

- On ███████████, Defendant Zuckerberg received an internal report titled "████████████████████████████████████" which stated that "████████████████████████████████████████ ███████████████████"[1290]

- A deck titled ████████████████ that was maintained by Defendant Zuckerberg in his custodial files and dated March 18, 2021 stated ████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████

- A May 8, 2021 internal Meta post by an Instagram research director that was maintained by Defendant Zuckerberg in his custodial files included the "Mental Health Deep Dive: Hard Life Moments," stated that ████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████[1292]

800. That Defendant Zuckerberg received information showing that Meta's platforms harmed young users and that Meta did not have effective protective measures in place—and even chose purportedly protective measures that would not work—supports an inference that he was at least reckless in making his statements.

801. ***Defendant Zuckerberg personally made product decisions that prioritized engagement growth and revenue over the safety of children, including by denying requests for***

---

[1289] META_OPERS_00002566 at -566, -568, -571.
[1290] BLBG-Haugen_0009190 - BLBG-Haugen_0009212 at -191.
[1291] META_OPERS_00386660 at -660, -675, -680.
[1292] META_OPERS_00395419.

*funding.* Defendant Zuckerberg made the final decisions on numerous product and design launches, including lifting cosmetic surgery bans, launching Daisy Controls, pushing end-to-end encryption forward, and other decisions related to keeping underage users off Meta's platforms. In addition, Defendant Zuckerberg denied requests for funding and additional staffing necessary to effectuate numerous child safety and harm prevention measures. For example, on April 8, 2019, a Vice President of Research emailed Defendant Zuckerberg "████████████████████████████ ██████████████████" as "████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████████████" The email further stated that "███████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████████████ ████████████████████ But Defendant Zuckerberg ████████████████████[1294]

802.    As another example, on August 27, 2021, Defendant Zuckerberg received an email ███████████████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ Far from having robust policies, the email also informed Defendant Zuckerberg that ███████████████████████ ███████████████████████████████████████████████████████████████████████████████████ █████████████████████████████████ Subsequent correspondence shows that ███ ███████████████████████████████████████████████████████████████████████████████████ ██████ Defendant Clegg testified that the ████████████████████████████████████ ███████████████████████████████

803.    That Defendant Zuckerberg was involved—and at times acted alone—in decisions concerning policies to protect children, and that Defendant Zuckerberg himself refused to

---

[1293] META_OPERS_00340057 at -057-059.
[1294] META_OPERS_00340057.
[1295] META_OPERS_00375511 at -512.
[1296] META_OPERS_00375511 at -512.
[1297] META_OPERS_00376599.
[1298] META_OPERS_00331278 at -426.

implement policies that he knew would be more effective at preventing harm than the policies he chose, supports a strong inference of scienter.

804.     ***Defendant Zuckerberg was a spokesperson for Meta, holding himself out as knowledgeable about the research concerning impacts on children, including in response to direct questions.*** As the Court noted in its decision, Defendant Zuckerberg "testified to Congress that Meta was studying its platform's harm to children and testified about research he had seen." Motion to Dismiss Order at 30. When asked about the impact of Instagram on teens and mental health, Defendant Zuckerberg told Congress, "The research that we've seen is that using social apps to connect with other people can have positive mental-health benefits." When a representative asked Defendant Zuckerberg if he "believe[d] that your platform harms children," he responded, "I don't believe so. This is something that we study and care a lot about."

805.     When a senator asked Defendant Zuckerberg if he "agree[d] too much time in front of screens, passively consuming content, is harmful to children's mental health," he responded "I don't think that the research is conclusive on that." When the same senator pressed Defendant Zuckerberg on that point, he stated that "overall, the research that we have seen is that using social apps to connect with other people can have positive mental health benefits and well-being benefits"—i.e., the exact opposite of what Meta's own internal research had shown. In response to the same senator's concerns about "passively consuming content," Defendant Zuckerberg falsely stated that it "isn't necessarily negative. It just isn't as positive, as connecting."

806.     During the same hearing, a senator asked Defendant Zuckerberg directly: "Has Facebook conducted any internal research as to the effect your products are having on the mental health of our children?" Defendant Zuckerberg acknowledged that "this is something that we try to study," and eventually admitted, "I believe the answer is yes." That Defendant Zuckerberg held himself out as knowledgeable about the "research" concerning children on Meta's platforms and answered direct questions about the effects on children—but failed to disclose the true facts of concerning the significant negative effects of Meta's platforms on children, of which he was fully aware—supports a strong inference of scienter.

807.     ***Defendant Zuckerberg had access to additional information that contradicted his***

1   ***statements.*** As the CEO of Meta and a spokesperson on child safety issues and harm to children,

2   it was incumbent upon Defendant Zuckerberg to familiarize himself with the research and

3   information available at his Company before assuring investors that Meta's platforms were safe

4   for young users. This included:

5       • A February 2019 presentation titled ██████████████████

6         ████████████ which stated that ██████████████████

7         ████████████████████████



8       • A March 8, 2019 "pre-read" document for a ██████████ which stated

9         that ██████████████████████

10        ████████████████████████

11        ████████



12      • A September 2019 study, which stated that ██████████████

13        ████████████████████████

14        ████████████████████████

15        ████████████████

16      • An October 2019 "Teen Mental Health Deep Dive" study ████████

17        ████████████████████████

18        which stated that (i) "[t]eens who struggle with mental health say Instagram makes

19        it worse," (ii) "[o]ne in five teens say that Instagram makes them feel worse about

20        themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of

21        both U.S. and U.K. teen boys, (iii) "[c]ontent on IG makes teens feel very bad,"

22        (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression,"

23        which "was unprompted and consistent across all groups," (v) social comparison,

24        which is "closely related to body image" "exacerbates problems teens are dealing

25        with," (vi) "appearance-based comparison on Instagram is common and can have



26

27   ────────────────

28   [1299] META_OPERS_00442114 at -114, -125, -150.
     [1300] Complaint at Exhibit 53, *State of Tennessee v. Meta Platforms, Inc.*, 23-1364-IV (Tenn. Ch. Jan. 29, 2024).
     [1301] META_OPERS_00443609 at -618.

significant implications for individuals," (vii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison," (viii) one-fifth of teens feel bad on Instagram, and (ix) 6% of those who wanted to kill themselves said it started on Instagram.[1302]

- A February 2020 deck titled ████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████

- A May 2020 ████████████████ deck, which stated (i) ████████████ ████████████████████████████████ (ii) ████████████████ ████████████████████████████████████████ ████████████████████████████████ (iii) ████████████ ████████████████████████████████████████ and (iv) ████████████████████████████████████████ ████████████████████████████████

- A May 12, 2020 deck titled ████████████████████████████████ which stated that ████████████████████████████████████ ████████████████████████████████████████ ████████████

- Findings from internal and external research, which were widely circulated at Meta on June 15, 2020 and stated that ████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

[1302] META_OPERS_00000888 at -912.
[1303] META_OPERS_00005996 at -999, -024.
[1304] META_OPERS_00505270 at -270, -292, -317.
[1305] META_OPERS_00348311 at -311, -322.
[1306] META_OPERS_00101513.

1

- A July 2020, ████████████████ deck, which highlighted ████████████

2  ████████████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████

9

- A November 3, 2020 ████████████████ deck, which ████████████

10  ████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████████

15  ████████████████████

16

- A December 2020 Workplace post titled ████████████████████████

17  which stated that ████████████████████████████████████████████

18  ████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████

20  ████████████████████████████████████

21

- A December 22, 2020 email to Defendant Newton and others, which summarized

22  ████████████████████████████ and stated that ████████████████████

23  ████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████████

25

26

---

27  [1307] META_OPERS_00175561 at -563-64, -569, -571.

   [1308] META_OPERS_00013088 at -088, -092.

   [1309] META_OPERS_00355849 at -849, -855.

28  [1310] META_OPERS_00203369 at -374.



- A Meta "Product Brief" on ████████████████████████ ████████████████████████████████████ ██████████████████████████████

- A email thread from January 11 to 29, 2021 that included various Meta employees, which stated that ██████████████████████████ ██████████████████████████████████ ████ The email further stated that ██████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████

- A February 2021 ██████████████████████████ which stated (i) that ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████

- A March 2021 ████████████████████ deck, which stated, ██████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████

---

[1311] META_OPERS_00515249 at -249-50.
[1312] META_OPERS_00353244.
[1313] META_OPERS_00427424 at -424, -435, -437.
[1314] META_OPERS_00386660 at -660, -675-76.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                422
3:21-cv-08812-AMO

- A March 2021 deck titled ███████████████ which stated that ███████████████████████████████████████████████████ ███████████████████████████████████

- An April 6, 2021 "product brief," which stated that ███████████ ███████████████████████████████████████████████████ ████████████████████████████████████

- A May 12, 2021 ████████████████████ about ████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████[17]



   b.     **Statement #5**

808.    Defendant Zuckerberg also made misleading statements concerning children under 13 on Instagram. Specifically, Defendant Zuckerberg responded to Congress's questions by representing that Meta "require[s] everyone to be at least 13" to use its platforms and that Meta removes underage users. Numerous facts support a strong inference that Defendant Zuckerberg knew or at least recklessly disregarded facts showing his statements were misleading.

809.    ***Defendant Zuckerberg received and had access to information contradicting his statements.*** In addition to the information above, Defendant Zuckerberg received or had access to

---

[1315] META_OPERS_00427268 at -269, -296.
[1316] META_OPERS_00515249.
[1317] META_OPERS_00338638 at -638-39, -643.

information showing that Meta had a backlog of children under 13 on its platforms, Meta was unable to effectively detect children under 13 on its platforms, and Meta did not implement the technology necessary to effectively remove children under 13 from its platforms. For example:

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's friends were joining Instagram in the fourth grade and that the Company was vulnerable to a class action lawsuit because it was not keeping underage kids off Instagram.[1318]

- In February 2020, Defendant Clegg received an email on an issue that was ███████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████

- A January 6, 2021 deck titled ██████████████████████████ ████████████████████████  which  stated  that  ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████

### c.      Statement #2

810.   ***Defendant Zuckerberg received and had access to research and internal documents showing end-to-end encryption would increase child safety and security risks.*** In addition to the foregoing information, Defendant Zuckerberg received and had access to research and internal documents showing that end-to-end encryption increased child safety risks. Specifically:

- On February 26, 2019, Defendant Clegg received a briefing document in advance of a meeting with Defendant Zuckerberg. The document stated that ████████████

---

[1318] META_HAIDT_0000001.
[1319] META_OPERS_00333340 at -341.
[1320] META_OPERS_00015208 at -208, -210-11.

1

2

3 ████████████ The document further recognized ████████████

4

5

6

7

8  • The email that contained the document stated that ████████████

9

10

11

12

13

14

15  • Defendant Zuckerberg had access to an April 2, 2020 deck, titled ████

16  ████████████████████ which stated that,

17

18

19

20  • Defendant Zuckerberg had access to a January 11, 2021 deck, which stated that

21

22

23

24

25

26

27

28



---

[1321] META_OPERS_00333155.

[1322] META_OPERS_00333155 at -165-166.

[1323] META_OPERS_00333155.

[1324] META_OPERS_00055920 at -920, -922.

[1325] META_OPERS_00426831 at -835; META_OPERS_00013773 at -784.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                                    425
3:21-cv-08812-AMO

- Defendant Zuckerberg had access to a February 2021 document titled ███ ███████████████████████████████ which quoted ████████████ ███████████████████████████████████████████[1326]

- Defendant Zuckerberg had access to a February 2021 deck titled ████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████[1327]

- Defendant Zuckerberg had access to a February 24, 2021 ████████████ which stated that ████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████[1328]

- Defendant Zuckerberg had access to an April 13, 2021 email from an Instagram Wellbeing Product Manager, which stated that ███████████████████ █████████████████[1329]

811.    As the CEO of Meta and a spokesperson on child safety issues, it was incumbent upon Defendant Zuckerberg to familiarize himself with the information available at his Company before assuring investors that end-to-end encryption was safe. Defendant Zuckerberg, at minimum,

---

[1326] META_OPERS_00426851.
[1327] META_OPERS_00427923 at -923, -931-932.
[1328] META_OPERS_00013773 at -784.
[1329] META_OPERS_00026212.

recklessly disregarded this information before making his statements.

### 2. Statement #35

812. Defendant Zuckerberg also made misleading statements concerning the harmful effects of Facebook's News Feed algorithm, including dismissing claims that the algorithm allowed harmful and toxic content to proliferate on Meta's platforms, telling investors that "Facebook's systems [were] not designed to reward provocative content" but were "designed to do just the opposite."[1330] Numerous facts support a strong inference that Defendant Zuckerberg knew or recklessly disregarded facts demonstrating that these statements were misleading.

813. ***Defendant Zuckerberg was informed that the algorithm caused significant harms and allowed toxic content to proliferate.*** Shortly before and during the Class Period, Defendant Zuckerberg received research and internal documents showing that Meta's algorithm had significant negative side effects. Specifically:

- On July 18, 2020, Defendant Zuckerberg received a ██████████████ into Meta, which concluded that ████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████████████

- On December 4, 2020, in response to Defendant Zuckerberg's ████████████
  ███████████████████ Meta employees sent him a presentation, which stated that
  ████████████████████████████████████████████

[1330] META_OPERS_00332602 at -611.
[1331] META_OPERS_00567972 at -027-28.

1    ███████████████████████████████████████████

2    This same presentation noted that ████████████████████████

3    ███████████████████████████████████████████

4    It also noted that ████████████████████████████

5    ███████████████████████████████████████████

6    ███████████████████████████████████████████

7    ███████████████████████████████████████████

8    ███████████████████████████████████████████

9    ███████████████████████████████████████████

10   ████████████████████████████[1332]

11   814.    That Defendant Zuckerberg received research and internal documents showing that

12   the News Feed algorithm did cause harmful content to proliferate supports a strong inference that

13   he was, at minimum, reckless in telling investors that Meta Facebook's systems were not designed

14   to reward provocative content.

15   815.    *Defendant Zuckerberg spearheaded the 2018 effort to overhaul Facebook's News*

16   *Feed algorithm*. When announcing these changes, Defendant Zuckerberg openly acknowledged

17   his active role in overhauling the News Feed algorithm, stating, "I'm changing the goal I give our

18   product teams from focusing on helping you find relevant content to helping you have more

19   meaningful social interactions." Defendant Zuckerberg thus acknowledged his central role in

20   developing and implementing the 2018 changes to the News Feed algorithm. Numerous Meta

21   employees have confirmed Defendant Zuckerberg's extensive involvement in various aspects of

22   the Company's operations, including the 2018 changes to Facebook's News Feed algorithm. For

23   instance, in an interview with *The Washington Post*, a former Facebook executive reported that

24   Defendant Zuckerberg "is extremely inquisitive about anything that impacts how content gets

25   ranked in the feed – because that's the secret sauce, that's the way this whole thing keeps spinning

26   and working and making profits." The executive reported that within the Company, "People felt,

27   it was Mark's thing, so he needs it to be successful. It needs to work." Similarly, ████████, a

28   ———————————————————

[1332] META_OPERS_00822039 at -040, -043, -046-47.

former vice president of partnerships and marketing, told *The Washington Post*, "The specter of Zuckerberg looms in everything the company does. It is entirely driven by him."

816.     ***Defendant Zuckerberg personally rejected changes to the algorithm that would have reduced toxic content on Meta's platforms.*** In April 2020, less than one year before the Class Period, Meta's integrity team proposed reducing deep reshares, which internal data and analyses showed was an effective measure to reduce the amount and spread of false content on the platform. As Frances Haugen reported to the SEC, and as internal Meta documents confirm, Defendant Zuckerberg refused to reduce deep reshares broadly—and Meta employees noted that Zuckerberg "wouldn't launch if there was a material tradeoff with MSI impact." As *The Wall Street Journal* subsequently reported, "Mr. Zuckerberg resisted some of the proposed fixes, the documents show, because he was worried they might hurt the company's other objective—making users engage more with Facebook," which drove revenue.

817.     In her congressional testimony, Ms. Haugen further explained that the documents she had submitted to Congress "outlin[e] Mark Zuckerberg was directly presented with a list of 'soft interventions'" and that Defendant Zuckerberg had "chose[n] to not remove downstream MSI in April of 2020," "even just isolated in at-risk countries, that's countries at risk of violence, if it had ***any*** impact on the overall MSI metric." That Defendant Zuckerberg was directly involved in decision-making concerning Meta's algorithm, and that he based his decisions on a trade-off between reducing harmful content and lowering engagement, while prioritizing revenue, strengthens the scienter inference.

818.     ***In the face of significant public and regulatory scrutiny, Defendant Zuckerberg participated in Meta's efforts to ██████ public perception concerning Meta's algorithm.***[1333] Before and during the Class Period, regulators, the public, and investors were acutely focused on whether Meta's algorithms amplified harmful and toxic content. Defendant Zuckerberg served as a spokesperson for these issues before and during the Class Period. For instance, just days before the Class Period begins, Defendant Zuckerberg testified at a U.S. House of Representatives hearing titled "Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation."

---

[1333] META_OPERS_00332494.

Then, on May 25, 2021, Defendant Zuckerberg and Chief Operating Officer Sandberg appeared at Meta's Global Client Council Meeting, where they spoke with "20 of [Meta's] largest and most influential advertisers and agencies."[1334] The briefing provided to Defendant Zuckerberg and Sandberg in preparation for this meeting ████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████ Knowing that the public, regulators, and other Meta stakeholders were acutely focused on the question of whether Meta's algorithm amplified harmful content and polarization, it would be severely reckless, at minimum, for Defendant Zuckerberg to speak about this issue—often in response to direct questions—without reviewing the relevant research and internal documents.

819. ***Defendant Zuckerberg repeatedly represented that Meta's New Feed algorithm did not amplify harmful content, purporting to be knowledgeable about this subject.*** As set forth above, before and during the Class Period, Defendant Zuckerberg was a key player in Meta's efforts to mislead the public concerning the effects of Meta's algorithm. In that capacity, Defendant Zuckerberg misleadingly asserted, for instance, that the "narrative" around Meta's algorithm was "dramatically overstated by critics." For example, when Defendant Zuckerberg testified at a U.S. House of Representatives hearing, he spoke about "the way we design our algorithms," and in doing so, represented that he was familiar with the design of Meta's algorithms.[1336] In addition, during the same hearing, Representative Pallone noted that research showed that Meta "was not simply allowing disinformation and extremism to spread" but "actively amplified it," and asked whether Defendant Zuckerberg personally reviewed and approved a proposed plan to reduce the spread of this content.[1337] In response, Defendant Zuckerberg testified that he "review[s] a lot of

---

[1334] META_OPERS_00164754.

[1335] META_OPERS_00164754 at -756, -766.

[1336] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing Before the Subcomm. on Comnc'ns and Tech.*, 117th Cong. 76 (Mar. 25, 2021).

[1337] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing Before the Subcomm. on Comnc'ns and Tech.*, 117th Cong. 76 (Mar. 25, 2021).

proposals" to further such efforts.[1338] Finally, Defendant Zuckerberg specifically stated that while some claim "that algorithms feed us content that makes us angry because it is good for business," that was "not accurate."[1339] That Defendant Zuckerberg repeatedly attempted to mislead investors strengthens the scienter inference. Having fielded questions about Meta's algorithm throughout the Class Period, either Defendant Zuckerberg knew his repeated representations were false and misleading or, at minimum, he was severely reckless in not finding out the truth.

### 3.    Statements #38 and 39

820.    ***This Court has already held that Defendant Zuckerberg had the requisite scienter in sustaining claims concerning X-Check, based on the same allegations described above.*** As this Court held in its Motion to Dismiss Order, Plaintiffs sufficiently alleged Defendant Zuckerberg's scienter for statements concerning harms to young users. This Court ruled that Defendant Zuckerberg's scienter was readily established because of his admissions that (i) he was "personally involved in the decision to remove former President Trump's content," and (ii) he "generally seeks out content himself." Motion to Dismiss Order at 26. As the Court held, "Plaintiffs' allegations that Zuckerberg had hands-on involvement in the decision-making process for cross-check raises an inference of scienter." Motion to Dismiss Order at 27. These same facts establish Defendant Zuckerberg's scienter.

821.    ***Defendant Zuckerberg was personally involved in making decisions involving X-Check.*** As Meta's CEO, Defendant Zuckerberg was personally involved in Meta's cross check and whitelisting practices, exempting Meta users from the Company's Community Standards. For instance, a December 11, 2020, internal Meta research report, titled "Political Influences on Content Policy," confirmed that senior management was involved in making decisions to exclude particular individuals from the Company's content-moderation policies. Among other things, Meta researchers observed:

> Final calls about content policy are routinely made by senior executives. In multiple cases the final judgment about whether a prominent post violates a certain written

---

[1338] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing Before the Subcomm. on Comnc'ns and Tech.*, 117th Cong. 76 (Mar. 25, 2021).

policy are made by senior executives, sometimes Mark Zuckerberg. If our decisions are intended to be an application of a written policy then it's unclear why executives would be consulted. If instead there was an unwritten aspect to our policies, namely to protect sensitive constituencies, then it's natural that we would like executives to have final decision-making power.

822.     In addition, the *Journal* reported that many VIP users and their content were subject to review at the highest levels of the Company, including by Defendant Zuckerberg: "At times, pulling content from a VIP's account requires approval from senior executives on the communications and public-policy teams, or even from Mr. Zuckerberg or Chief Operating Officer Sheryl Sandberg, according to people familiar with the matter." A September 2020 memo also described what the Journal called "daily interventions in [the Company's] rule-making and enforcement process by both Facebook's public-policy team and senior executives."

823.     Defendant Zuckerberg also has publicly admitted his involvement in Meta's crosscheck and whitelisting practices. For instance, Zuckerberg acknowledged that he personally made the decision to leave up former President Trump's May 28, 2020, post (discussing protests after George Floyd's death) that "When the looting starts, the shooting starts." Facebook's automated systems had scored Trump's post at a 90 out of 100, indicating a "high likelihood" that it violated the Company's content-moderation policies. Under Facebook's systems, a post with a score of 90 normally would have been removed immediately, but Trump's post remained on the platform due to Defendant Zuckerberg's decision.

824.     In a June 2020 internal video call with more than 25,000 Meta employees, Zuckerberg himself gave an extensive account of the hands-on "process" through which he reviewed and decided not to delete Trump's post:

> The policy team saw it, started working across the East Coast and the London teams to pull together an analysis that would be in my inbox when I woke up in the morning. So I could see, basically, the analysis of the post and the policies that beared on the recommendation. And I got that when I woke up around 7:30 in the morning . . . . So then after basically getting that, I spent the rest of the day talking to the team and talking to different people and getting different people's opinions, including calling a diverse set of folks across the company and factoring in, you know, a lot of different people's opinions went into the initial policy analysis. . . . I spent a lot of time trying to wrestle with, "What are the best possible arguments for why this would be incitement to violence?" . . . But then after that period, basically,

> I couldn't get there [i.e., make the decision to remove Trump's post]. I couldn't get to that even with my personal feelings about the content and even knowing that a lot of employees would disagree with this.

825. During the call, Zuckerberg also acknowledged that "after the decision had basically been made about how we should handle the content, the president called me. And I used that opportunity to make sure that he understood directly how I felt about the content." With respect to Meta's approach to decision-making on questionable content more broadly, Zuckerberg told Meta's employees that "we do incorporate a wide diversity of perspectives," "[a]nd a bunch of them I also generally seek out directly myself . . . ."

## B. Defendant Mosseri

### 1. Statements #11, 14, 25

826. Defendant Mosseri made misleading statements concerning the harm that Instagram caused young users, including statements dismissing research about the negative impact of social media, calling concerns "overblown," and stating that any impacts were "small" and "bi-directional." Similarly, Defendant Mosseri made misleading statements about Meta's efforts to prevent harm to young users. Such statements included, for instance, that Meta was committed to working with researchers on studying wellbeing, "never" compromised on safety, and removed any content that violated the Company's SSI guidelines. Numerous facts support a strong inference that Defendant Mosseri knew or recklessly disregarded facts demonstrating that these statements were false and misleading.

827. ***Defendant Mosseri was informed that Instagram was harmful to young users and that Meta did not have adequate measures in place to prevent those harms.*** Shortly before and during the Class Period, Defendant Mosseri received research, internal documents, and communications showing that Instagram caused severe harm to young users. For example:

- In January 2020, Dr. Haidt met with Defendant Mosseri and expressed ██████████
██████████████████████████████████████████████████████████████
████████████████████

---

[1340] META_OPERS_00035467.

1

- On February 24, 2020, Defendant Mosseri received a ███████████

2 ████████████████ report, which stated that █████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████

7

- In May 2020, a deck titled █████████████ was presented to Defendant

8 Mosseri.[1342] The deck contains ████████████████████████

9 ████████████████████████████████████████████

10 ██████████████████████████ The deck also noted

11 that ████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████

17

- On April 2, 2020, Defendant Mosseri met with several Meta executives and experts

18 concerning ██████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26

27

28

---

[1341] META_OPERS_00005996 at -999, -003, -015.

[1342] META_OPERS_00505270.

[1343] META_OPERS_00505270 at -276, -280, -292, -317.



- In June 2020, Defendant Mosseri received research about ██████████ ████████ which ████████████████████████████████████ ████████████████████████

- On June 15, 2020, Defendant Mosseri received an email from the Instagram policy team, which stated that ████████████████████████████

- An internal chat among Meta employees dated September 10, 2020 confirms that ████████████████████████████████████████████

- On January 26, 2021, Max Eulenstein told Defendant Mosseri, ████████

- In February 2021, Defendant Mosseri received a "Product Brief," which stated that ████████████████████████████

---

[1344] META_OPERS_00164431 at -433, -439.

[1345] META_OPERS_00105735 at -735-36.

[1346] META_OPERS_00101513 at -513, -515.

[1347] Mot. for Summ. J. at Ex. 74, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litig.*, Case No. 4:22-md-03047 (N.D. Cal. Sept. 30, 2025), ECF No. 2288.

██████████████████████████████████████

████████

- On February 1, 2021, Defendant Mosseri received a report titled "Appearance-based social comparison on Instagram," which stated that "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls."

- On February 2, 2021, Dr. Kristina Hendrix sent Defendant Mosseri the ███████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

- On May 12, 2021, Defendant Mosseri received a pre-print version of an upcoming article that ██████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

- On May 12, 2021, Defendants Mosseri received an email containing ████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

---

[1348] META_OPERS_00515249.

[1349] META_OPERS_00006083.

[1350] META_OPERS_00338638 at -639.

Consolidated Second Amended Class Action Complaint     436
3:21-cv-08812-AMO

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████

- A May 17, 2021 report titled ██████████████████████

  ████████ which Defendant Mosseri maintained in his custodial files, stated that

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

- Defendant Mosseri confirmed in testimony in the Related Actions that ████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████

828.    That Defendant Mosseri was informed—through research and internal documents that he had or received that Instagram had severe harmful effects on young users supports a strong inference that he was, at least reckless in telling investors that research showed Instagram caused only "small" "negative effects," dismissing the research that revealed unfavorable wellbeing outcomes, and touting Instagram's commitment to safety and working with experts on wellbeing issues.

829.    ***Defendant Mosseri repeatedly told investors and the public that Instagram was safe for young users, purporting to be knowledgeable about this subject.*** Before and during the Class Period, regulators, the public, and investors were acutely focused on whether Instagram

---

[1351] META_OPERS_00022865; META_OPERS_00338638.
[1352] META_OPERS_00394044.
[1353] META_OPERS_00570299 at -311, -328.

harmed young users and on Meta's efforts to prevent such harms. Defendant Mosseri served as a spokesperson for these issues. In his capacity as a spokesperson, Defendant Mosseri represented numerous times that Instagram was safe for young users, often in response to direct questions, and specifically denied that Instagram caused significant negative effects. For example, when journalists asked Defendant Mosseri about the mental health effects of Instagram on teenage girls, he told them that the research only showed "quite small" effects. Similarly, Defendant Mosseri "dismissed some of the current research pointing to negative impacts of social media use" by specifically criticizing the methodologies employed in that research.[1354] In addition, Defendant Mosseri told Journal reporters that Instagram "was committed to studying" effects on wellbeing and working with experts.[1355] Defendant Mosseri also traveled to the U.K. to meet with lawmakers and regulators concerning self-harm and suicidal content on Instagram.

830.    Such facts support the inference that Defendant Mosseri did, in fact, review all the research within Meta (including that noted directly below). At minimum, knowing that the public and regulators were focused on the question of harm to young users from having repeatedly fielded questions on the subject, it would be severely reckless for Defendant Mosseri to speak about this issue without reviewing the relevant research and internal documents.

831.    ***Defendant Mosseri had access to information contradicting his statements.*** In addition to the information that Defendant Mosseri received, he also recklessly disregarded research that was widely available and known to other senior executives at Meta and internal research and documents that were accessible to him, including research that was posted on Meta's "Workplace." This included:

- A September 2019 study concluding that "███████████████████████████████ █████████"; that "███████████████████████████████████████████"; and that "███████████████████████████████████████

---

[1354] Sarah Perez, *Instagram launches chronological and 'favorites' feeds for all users, but they can't be the default*, TechCrunch (May 26, 2021), https://techcrunch.com/2022/03/23/instagram-launches-chronological-and-favorites-feeds-for-all-users-but-they-cant-be-the-default/.

[1355] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.

1

2      1356

- An October 2019 "Teen Mental Health Deep Dive" study "reviewed by top Facebook executives" and "cited in a 2020 presentation given to Zuckerberg," which stated that (i) "[t]eens who struggle with mental health say Instagram makes it worse," (ii) "[o]ne in five teens say that Instagram makes them feel worse about themselves," including 21% of U.S. teen girls, 25% of U.K. teen girls, and 14% of both U.S. and U.K. teen boys, (iii) "[c]ontent on IG makes teens feel very bad," (iv) "[t]eens blame Instagram for increases in the rates of anxiety and depression," which "was unprompted and consistent across all groups," (v) social comparison, which is "closely related to body image," "exacerbates problems teens are dealing with," (vi) "appearance-based comparison on Instagram is common and can have significant implications for individuals," (vii) "Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison," (viii) one-fifth of teens feel bad on Instagram, and (ix) 6% of those who wanted to kill themselves said it started on Instagram.

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, results of which were shared with Defendants Zuckerberg, Mosseri, and Newton, and was maintained by Defendant Clegg in his custodial files, stated: (i) "***[w]e make body image issues worse for one in three teen girls***"; (ii) of those surveyed who had been asked questions about how Instagram made them feel and who had experienced negative experiences in the prior 30 days, "1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse"; (iii) 17% of teen girl Instagram users said the platform makes "Eating Issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of "SSI" (or suicide and self injury) worse; (iv) "Social Comparison is a high reach, high intensity issue"; and (v) "[n]egative social comparison and

---

1356 META_OPERS_00443609 at -618, -640.

related issues with body image are especially crucial to tackle given the high ranking among teens."A February 2020 research deck titled "███████████ ███████████████████" which stated that "38% of IG users feel that they have spent more time on IG than they would have liked to" and that "23% feel that they have little to no control over the time they spent on Instagram."[1357]

- A March 2020 study, which consisted of ████████████████


- A March 26, 2020 Meta study, which stated: (i) "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse"'; (ii) the over-sexualization of girls on its platforms was something that negatively impacts the mental health and well-being of Instagram's users; (iii) "[f]requent social comparison is a key driver of subjective well-being and teens say IG makes this problem worse"; (iv) "[s]ocial comparison is worse on Instagram" compared to other apps; (v) "66% of teen girls on IG experience negative social comparison" and "32% of teen girls said that when they feel bad about their bodies, Instagram made them feel worse"; (vi) the "[m]ental health outcomes related to this can be severe"; (vii) that "[a]spects of Instagram," including the pressure that it creates to look perfect and the addictive nature of the platform, "exacerbate each other to create a perfect storm," which can send teens spiraling toward eating disorders, an unhealthy sense of their own bodies, and depression; and (viii) that 40% of teen boys experience negative social comparison as well.

- Not only was Meta not removing harmful content, but it was also actively recommending it. In a June 16, 2020 post on Workplace called ████████ ████████████████████████ a Meta employee reported that

---

[1357] META_OPERS_00005996 at -999, -024.
[1358] META_OPERS_00355752 at -753, -771, -776.



1

2

3

4

5

6

7

8       • A December 2020 post on Workplace titled

9         which stated that

10

11

12

13

14

15

16

17

18

19      • A November 3, 2020                          deck, which listed

20

21

22

23

24

25

26

27

28

---

[1359] META_OPERS_00345201; META_OPERS_00175561 at -565, -570, -577.
[1360] META_OPERS_00355849 at -849, -854-55, -862.

1    ███████████████████████████████████████████

2    ██████████████████████████████████

3    • A March 2021 deck titled ████████████████████ which stated that

4    ███████████████████████████████████████████

5    ███████████████████████████████████████████

6    ███████████████████████████████████████████

7    ███████████████████████████████████████████

8    ██████████████████████████████████

9    • March 2021, Meta researchers prepared a ██████████████████ deck,

10   maintained by Defendant Newton in her custodial files, stated, ████████████

11   ███████████████████████████████████████████

12   ███████████████████████████████████████████

13   ███████████████████████████████████████████

14   █████████████

15   • A May 2021, "Hard Life Moments" internal Meta study, which stated that

16   Instagram made suicide and self-injury worse; noting that 17% of teen girl

17   Instagram users said the platform makes "Eating issues" such as anorexia and

18   bulimia worse, and 13.5% of teen girls said Instagram usage (and thus, exposure to

19   content on the platform), made thoughts of "Suicide and Self Injury" worse.[1364]

20   • A May 17, 2021 report titled ████████████████████████████

21   █████████ which stated that ████████████████████████

22   ███████████████████████████████████████████

23   ███████████████████████████████████████████

---

[1361] META_OPERS_00013088 at -089, -092-93.
[1362] META_OPERS_00427424 at -424, -437.
[1363] META_OPERS_00386660 at -660, -675-76.
[1364] META_OPERS_00089160 at -174.

████████████████████████████████████████████████

███████████

832.     Because Defendant Mosseri held himself out as knowledgeable about an issue that was critically important to the Company, it was incumbent upon him to familiarize himself with the available information before he spoke. Thus, the fact that Defendant Mosseri had easy access to internal documents showing that Instagram did not have effective protections in place for children, yet assured investors that he had reviewed the research and Instagram was safe, further strengthens scienter inference.

### 2.     Statements #7, 8, 9, 10, 12, 13, 15, 16, 17, 18

833.     Defendant Mosseri was the principal spokesperson for the rollout of "Project Daisy." In that capacity, he made misleading statements asserting that Instagram's research showed that hiding likes had no impact on wellbeing. More specifically, Defendant Mosseri told investors that Meta would have been willing to remove likes "even if it proved detrimental to its business interests," but there was no rigorous research suggesting that removing likes had any real positive effects.[1366] Defendant Mosseri further stated that, on the contrary, the research showed that "user well-being didn't budge."[1367] Numerous facts support a strong inference that Defendant Mosseri was at least reckless in ignoring facts that contradicted his statements.

834.     ***Defendant Mosseri was informed that hiding like counts improved wellbeing to a statistically significant degree.*** In addition to the information discussed above, Defendant Mosseri received documents that contradicted his statements about the effects of hiding like counts on user wellbeing, and about whether Meta was willing to remove the likes even if it posed harm to its business. For example:

- On ████████████, Defendant Mosseri received a draft presentation about

████████████████████████████████████████████████

---

[1365] META_OPERS_00394044.

[1366] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.

[1367] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.

1 ████████████████████████████████████████

2 ████████████████████████████████████ ██

3 • Meta's internal project management documents ████████████████

4 ████████████████████████████████, as shown in a

5 February 4, 2020 document titled ████████████████████████

6 emailed to Defendant Mosseri. This same document listed ████████████

7 ████████████████████████████████████████

8 ████████████████████████████████████████

9 ████████████████████ █

10 • On February 5, 2020, Defendant Mosseri received a pre-read presentation, which

11 stated that ████████████████████████████████████

12 ████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████████████████████████████████

15 ████████████████████████████████████████

16 ████████████████████████████████ █

17 • On February 8, 2020, Defendant Mosseri received an email from Defendant

18 Zuckerberg, which stated that ████████████████████████

19 ████████████████████████████████████████

20 ████████████████████████████████████████

21 ████████████████████████████████████████

22 ████████████████████████████████████████

23 ████████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████████████████████

26

27 [1368] BLBG-Haugen_0017668-BLBG-Haugen_0017716 at -672.

[1369] META_OPERS_00039812 at -812-13.

28 [1370] META_OPERS_00024885 at -891.

[1371] META_OPERS_00101226 at -227-28.

- A February 24, 2020 email from Instagram Product Lead ████████ to Defendant Mosseri and others stated that the recommendation for Instagram's ████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████████

- On February 25, 2020, Defendant Mosseri received a deck, ████████████ ████████████████████████████████████

- The April 2020 slide deck ██████████████████████████████████████ ████████████████████████ which was maintained by Defendant Mosseri in his custodial files, stated that ████████████████████████████████████ ████████████████████████

- On June 15, 2020, Defendant Mosseri received an email, which ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████████████████

- On September 15, 2020, Defendant Mosseri received a pre-read document, which stated that ██████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████

---

1372 META_OPERS_00005996.
1373 META_OPERS_00006475 at -493.
1374 META_OPERS_00002566 at -566.
1375 META_OPERS_00101513.
1376 META_OPERS_00037107 at -110.

- Defendant Mosseri received an internal presentation dated ██████████, titled

██████████████████████████████████████████████████

██" which stated that ██████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

- On May 17, 2021, Defendant Mosseri received information that ████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████

- A May 17, 2021 email to Defendants Mosseri, which stated that (i) ████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████; (ii) u███

████████████████████████████████████; (iii) █████████████

██████████████████████████████████████████████████

██████████████████████; and that (iv) ████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████

- On May 19, 2021, Defendant Mosseri stated that █████████████████

██████████████████████████████████████████████████

█████████████████████████████████

835.   That Defendant Mosseri received documents and research ████████████████

██████████████████████████████████████████████████

████████████████████████████, supports the inference that he was, at minimum, reckless in

---

[1377] BLBG-Haugen_0017048-BLBG-Haugen_0017099; *see also* META_OPERS_00002566 at -566, -578.
[1378] META_OPERS_00338632 at -636.
[1379] META_OPERS_00338632 at -636.
[1380] META_OPERS_00338632 at -634.



telling investors that user wellbeing "didn't budge."[1381] In addition, the fact that Defendant Mosseri was informed—and acknowledged—that ████████████████████████████████████ strengthens the inference that Meta considered its business interests when deciding whether to ██████████████████

836.    ***Defendant Mosseri was told directly that*** ██████████████████████████████ ██████████████  In addition to the research he received, Meta researchers wrote directly to Defendant Mosseri to tell him that █████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████  In addition, Meta researchers emailed Defendant Mosseri ████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████  That Defendant Mosseri was directly told that ████████████████████████ ██████, supports an inference of scienter.

837.    ***Defendant Mosseri held himself out as knowledgeable about the research into whether hiding like counts improved wellbeing.*** As set forth above, during the Class Period, Defendant Mosseri was the "primary spokesperson" for Project Daisy.[1383] In his capacity as spokesperson, Defendant Mosseri represented numerous times that hiding like counts had little to no effect on user wellbeing, often in response to pointed questions. For example, Defendant Mosseri represented that Meta's decision to make hiding like counts optional was based on "feedback" and tests, and that "surveys of user well-being didn't budge" when like counts were hidden.[1384] That Defendant Mosseri told investors that he was familiar with the research concerning Project Daisy (while concealing that the research showed a statistically significant impact on wellbeing) strengthens the inference that he recklessly disregarded the Meta's internal research at minimum.

---

[1381] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.
[1382] META_OPERS_00076885.
[1383] META_OPERS_00192900.
[1384] Jeff Horwitz, *Facebook, Instagram to Allow Users to Hide 'Likes'*, Wall St. J. (May 26, 2021), https://www.wsj.com/articles/facebook-instagram-to-allow-users-to-hide-likes-11622034000.

838. ***Defendant Mosseri had access to Company documents that directly contradicted his statements.*** In addition to the documents Defendant Mosseri received, he had access to other information contradicting his statements, including documents that were available through Meta's "Workplace." Among other things, Defendant Mosseri had access to:

- A ███████████ presentation titled ███████████████████ which stated that ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ██████ [1385]

- On August 29, 2019, Defendant Zuckerberg told Dr. Jonathan Haidt that Meta was looking at "[d]epressurizing (removing social pressure), e.g. removing the like counter on posts" as a way "to improve wellbeing."[1386]

- A February 3, 2020 email from Meta's lead researcher on the effect of hiding likes on wellbeing, which stated, ████████████████████████████



[1385] BLBG-Haugen_0009317 - BLBG-Haugen_0009402 at -317-318, -385.
[1386] META_HAIDT_0000001 at -003.
[1387] META_OPERS_00035376.

- An October 27, 2020 internal study posted on Meta's Workplace, which stated that ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ██████████████████████████████████

- An October 27, 2020 internal study posted on Workplace, which stated that ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████

- An email thread from January 11 to 29, 2021 that included various Meta employees, which stated that ████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████

- A January 21, 2021 internal document prepared by a Meta researcher, which stated that ████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████

- An internal Meta presentation dated January 28, 2021 titled ███████████████████ ███████████████████████████████████ which stated that

1388 META_OPERS_00331078.
1389 META_OPERS_00331078 at -087-088.
1390 META_OPERS_00353244 at -247.
1391 META_OPERS_00086549 at -559-60.

1  ████████████████████████████████████████████████

2  ████████████████████████████████████████████

3  • A May 10, 2021 internal document, which stated that ████████████████

4  ████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████

7  • A May 17, 2021 internal document, which stated that ████████████████

8  ████████████████████████████████████████████████

9  ████████████████████████████████████████████████

10 ████████████████

839.    Because Defendant Mosseri held himself out as knowledgeable about the research concerning hiding like counts and wellbeing, it was, at minimum, reckless for him to disregard the information available to him before making public statements to investors.

840.    ***Defendant Mosseri personally decided not to launch*** ████████. As set forth above, Defendant Mosseri was the ████████████████████ and ████████████ ████████████████████████████████████ Internal documents also show that Defendant Mosseri wanted "to ████████████████████████████████████ ████████████████████, and that he "████████████████████████ ████████████████████"—reflecting his authority over and direct involvement with the public messaging about Project Daisy.[1396] Defendant Mosseri ████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████[1397] The fact that Defendant Mosseri was ████████████████████

---

[1392] META_OPERS_00002566 at -566, -578.
[1393] META_OPERS_00394039 at -039, -042.
[1394] META_OPERS_00164385 at -394.
[1395] META_OPERS_00082367 at -368.
[1396] META_OPERS_00076879.
[1397] META_OPERS_00338632 at -634, -636.

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 supports a strong inference of scienter.

### 3. Statements #4 and 23

841. Defendant Mosseri made misleading statements concerning children under 13 on Instagram. Specifically, Defendant Mosseri stated that there was "little existing research" concerning whether social media was good for children under 13, but that, in any event, "the rule is 13" for being on Instagram.[1398] Numerous facts, in addition to those set forth above, support a strong inference that Defendant Mosseri knew or at least recklessly disregarded facts showing his statements were false and misleading.

842. ***Defendant Mosseri received and had access to information contradicting his statements.*** As set forth above, Defendant Mosseri received or had access to information at Meta showing that ████████████████████████████████████████ ███████████████████████████████████████████████████. For example:

- An ████████████ research report about ████████████████████, which stated that ████████████████████████████████████ ██████████████████████████████████████████ ████████████

- A ████████████ internal Meta post that ████████████████ ████████████████████████████████████████████ ████████████████████████████████████

- On August 29, 2019, Dr. Haidt told Defendant Zuckerberg that his daughter's friends were joining Instagram in the fourth grade and that the Company was

---

[1398] Breakfast Club Power 105.1, *Head Of Instagram Adam Mosseri On Combatting Hate Speech, Bots, Racism + Algorithm Myths*, at 36:43-48 (YouTube Jul. 27, 2021), https://www.youtube.com/watch?v=WRlbfPam6Fw/.

[1399] BLBG-Haugen_0020189 - BLBG-Haugen_0020231 at -189, -195.

[1400] BLBG-Haugen_0020427 - BLBG-Haugen_0020434 at -429.

vulnerable to a class action lawsuit because it was not keeping underage kids off Instagram.[1401]

- A February 27, 2020 email to Defendant Mosseri, which described options for ███ ████████████████████████████████████████████████████ ████████████████████████████████████████████

- A July 2020 ██████████████████████ deck that ██████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████

- A November 3, 2020 version of the ████████████████ which stated that ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████ and that ██████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████ The same slide noted that, ██████████████ ████████████████████████████████████████████ ██████████████████████████████

- A January 5, 2021 deck titled ██████████████████████ ████████████████████████ which stated that ██████████████

[1401] META_HAIDT_0000001 at -003.
[1402] META_OPERS_00349487 at -487-88.
[1403] META_OPERS_00175561 at -563, -572-73.
[1404] META_OPERS_00013088 at -088, -093.

1 ███████████████████████████████████████████

2 ████████████████████████████████████

3 • A February 2021 ████████████████████ which stated that, ████

4 ███████████████████████████████████████████

5 ███████████████████████████████████████████

6 ███████████████████████████████████████████

7 ███████████████████████████████████

8 • A February 2021 email exchange between Defendants Clegg, Davis, Newton, and

9 others discussed ████████████████████████████████

10 ███████████████████████████████████████████

11 • An April 1, 2021 ████████████████████ which stated that ████████████

12 ███████████████████████████████████████████

13 ███████████████████████████████████████████

14 ███████████████████████████████████████████

15 ███████████████████████████████████████████

16 ███████████████████████████████████████████

17 ███████████████████████████████████████████

18 █████████████████████

19 • A May 12, 2021 draft news article sent to Defendant Mosseri, which stated that ████

20 ███████████████████████████████████████████

21 █████████████

22 • A May 25, 2021 email to Defendant Mosseri, which stated that █████████████

23 ███████████████████████████████████████████

24

25

26

27

28

---

[1405] META_OPERS_00015208 at -211.
[1406] META_OPERS_00427424 at -424, -435, -437.
[1407] META_OPERS_00013431 at -432, -434.
[1408] META_OPERS_00132145 at -145-47, -149.
[1409] META_OPERS_00338638 at -638-39.



1  ████████████████████████████████████████████████████████

2  ████████████████████████████████████████████

3  • A September 20, 2021 internal presentation, which stated that ████████████

4  ████████████████████████████████████████████████████████

5  ████████████████████████████████

6  • In addition, Defendant Mosseri had access to the research discussed above

7  concerning ████████████████████████████████████████████

8  ████████████████████████████

9  843. ***Defendant Mosseri*** ████████████████████████████████████

10  ████████████████████████████ As noted in Section IV.B.1.c, Instagram's age

11  models did not work, in part because Meta had not begun collecting age data from Instagram users

12  until December 2019. To ████████████████—as noted in the July 2020 "████████████

13  ████████████" document—████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████[1411] In addition, on November 10, 2021, Defendant Diwanji ████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████ That Defendant Mosseri ████████████████████████

20  ████████████████████████████ supports a strong inference that he at least

21  recklessly disregarded that his statements concerning underage users were misleading.

22  844. ***The magnitude of the problem and risks associated with users under 13 on Meta's***

23  ***platforms supports a strong inference of scienter.*** As set forth above, by 2021, Meta had

24  ████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████

26

27  ────────────────

28  [1410] META_OPERS_00338654 at -654-655.
[1411] META_OPERS_00175561 at -563, -573, -576.
[1412] META_OPERS_00337846 at -090.

██████████████████████████████████ In addition and also as discussed above

in Section IV.B.1., ██████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████ The fact that ████████████████████████████

████████████████████████████████████████████████████████████

██████████████████ supports a strong inference that Defendant Mosseri was at least severely

reckless in disregarding that Meta did not enforce its rule and, as such, posed child safety risks.

### C.     Defendant Newton

#### 1.     Statements #6, 20

845.     The Court previously found that Defendant Newton had scienter for statements

concerning harm to young users, as Defendant Newton "stated that the *Journal* article improperly

focused on limited findings and cast them in a negative light," and in doing so, "publicly and

directly addressed the research on Instagram's harm to young users, suggesting that [she] had

access to the relevant information." Motion to Dismiss Order at 30-31.

846.     Defendant Newton stated in Meta's Community Standards Enforcement Report for

the first quarter of 2021 that Meta "remove[d] content that encourages suicide or self-injury on

Facebook and Instagram." In addition, Defendant Newton stated that Meta wanted "young people

to enjoy using Instagram while making sure we never compromise on their privacy and safety."

Numerous additional facts support a strong inference that Defendant Newton knew or, at

minimum, recklessly disregarded facts that rendered her statements misleading.

847.     ***Defendant Newton was informed that Meta did not remove SSI content and that***

***Meta compromised on user safety.*** For example:

- On January 26, 2019, Defendant Newton acknowledged that ██████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

---

[1413] META_OPERS_00427424 at -437.

[1414] META_OPERS_00427424 at -432; META_OPERS_00349487 at -488.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■

- On February 12, 2020, Defendant Newton received ■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■

- On May 12, 2020, Defendant Newton received a ■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■

- On June 15, 2020, Defendant Newton received an email stating that ■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■

- On March 26, 2020, Defendant Newton received a "Teen Girls Body Image and Social Comparison on Instagram" report, which included the finding that "66% of teen girls on IG experience negative social comparison."[1419]

- On January 22, 2021, Defendant Newton received an instant message stating that ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■

- On February 1, 2021, Defendant Newton received an internal report titled "Appearance-based social comparison on Instagram," which included the conclusion that "[a]ppearance-based social comparison on IG is common, affecting

---

[1415] META_OPERS_00347720 at -722.

[1416] META_OPERS_00225140; META_OPERS_00005996 at -003.

[1417] META_OPERS_00348310; META_OPERS_00348311 at -311, -322.

[1418] META_OPERS_00101513 at -513, -515.

[1419] META_OPERS_00008539.

[1420] META_OPERS_00349490 at -491.

1/3 of people on IG and nearly half of teen girls," and negative social comparison is "a high-reach, high-intensity problem."

- On February 4, 2021, in an internal chat between Defendants Newton, Davis, and others, Defendant Newton acknowledged that ███████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ██████ In response, another Meta employee in the chat stated that ██████████ ███████████████████████████████████████████████ ████████████████

- On May 12, 2021, Defendant Newton received an email containing extensive research from the ████████████████████████ about ██████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████

- On May 12, 2021, Defendant Newton received an email ██████████████ ███████████████████████

---

[1421] META_OPERS_00349493.
[1422] META_OPERS_00022865; META_OPERS_00338638.

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■

- On May 25, 2021, Defendant Newton received an update from the policy team stating that ■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■

- On September 20, 2021, Defendant Newton received a slide deck indicating ■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

- On October 7, 2021, the ■■■■■■■■■■■■■■ sent an email to Defendant Newton, ■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■

- In an October 26, 2021 instant message conversation, Defendant Newton discussed ■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

[1423] META_OPERS_00052576.
[1424] META_OPERS_00022903 at -904.
[1425] META_OPERS_00057356.
[1426] META_OPERS_00060492 at -493, -496.

1

2

3

4

5

6      848.    That Defendant Newton received (and even shared) information contradicting her
7  statements that Meta removes suicide and self-injury content and never compromises on user
8  safety supports a strong inference that she was at least reckless in not knowing her statements were
9  misleading when made.

10     849.    ***Defendant Newton served as a spokesperson on harm and safety issues for***
11 ***children on Meta's platforms.*** As internal Meta documents have shown, Defendant Newton was
12 presented to newspaper outlets as the spokesperson for Meta, including with respect to suicide and
13 self-injury issues. For example, Defendant Newton was the spokesperson for Meta in an interview
14 she gave in Norway in February 2020 about Nordic SSI cases tied to Instagram. In addition,
15 because she was a spokesperson, Meta communications personnel prepared Newton for interviews
16 with international news outlets and with external policy and non-governmental organizations.[1428]
17 Finally, as the Head of Public Policy, Defendant Newton also specifically instructed the Instagram
18 communications team on their external communications—even telling them in January 2021 to
19

20 In addition, Defendant Newton wrote a blog post in direct response to the September 14 Facebook
21 File, refuting its allegations and stating that the article improperly focused on limited findings and
22 cast them in a negative light. As a spokesperson for these issues, it was incumbent on Defendant
23 Newton to familiarize herself with information that made her statements false and misleading. That
24 Defendant Newton held herself out as knowledgeable on these subjects supports a strong inference

25

26 [1427] Theo Wayt, *Instagram curates anorexia images to teen girls who have eating disorders: docs*, New York Post
27 (Oct. 26, 2021), https://nypost.com/2021/10/26/instagram-pushes-anorexia-images-to-teen-girls-who-have-eating-disorders-docs-show/; BLBG-Haugen_0006916 - BLBG-Haugen_0006933 at -916, -921;
   META_OPERS_00232882.
28 [1428] META_OPERS_00345105 at -121.
   [1429] META_OPERS_00028114.

that she was at least reckless in not knowing her statements were misleading.

850. ***Defendant Newton had access to information contradicting her statements.*** In addition to the documents Defendant Newton directly received or shared, she also had access to information contradicting her statements—information that was either widely known among other senior Meta employees or available for her review at Meta, including documents information posted on Meta's "Workplace." Among other things, Defendant Newton had access to:

- The "████████████████" note that Defendant Davis prepared in July 2020 included as "████████████████████" the existence of "████████████ ████████████████████████████" but noted that Meta had only "████████████████" building a classifier to detect sex trafficking, and ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████

- October 1, 2020 notes from a September 29, 2020 meeting titled ████████ ████████████████ stating that Defendant Rosen asked various questions about Instagram's ability to remove content that encourages suicide or self-injury on Facebook and Instagram, and was told, among other things that even though ████████████████████████████████████████████ ████████ a policy to remove ████████████████████████ which left the Company ████████████████████████████ The same notes stated that ████████████████████████ ████████████████████████████████████████████ ████████████

- In the February 2021 ████████████████████████ presentation, Meta noted that ████████████████████████████████████ ████████████████████████████████████████████

---

[1430] META_OPERS_00175561 at -563-564, -569, -571.
[1431] META_OPERS_00022408 at -411.

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████

- A March 2021 ████████████████████████ deck which stated that ████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████

- A May 8, 2021 "Hard Life Moments" study, which found that Instagram made suicide and self-injury worse; noting that 17% of teen girl Instagram users said the platform makes "Eating issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram usage (and thus, exposure to content on the platform), made thoughts of "Suicide and Self Injury" worse.

## D.   Defendant Davis

### 1.   Statements #1, 2, 3, 19, 20, 27, 28, 29, 30, 31

851.   The Court previously found that Defendant Davis had scienter for statements made concerning Instagram's harm to young users. These included Defendant Davis' statements that research showed that, among teens suffering from loneliness, anxiety, sadness, eating disorders, and body image issues, "more teen girls actually find Instagram helpful," Instagram was "more . . . helpful than harmful," and that she would not call Instagram "addictive." Defendant Davis also stated that "eight out of 10, tell us that they have a neutral or positive experience on our app." The Court found that the fact that Defendant Davis publicly and directly addressed the research on Instagram's harm to young users—including during a government inquiry—supported an inference that she knew or had access to the relevant information. Motion to Dismiss Order at 30.

852.   In addition to those statements, Defendant Davis told investors that additional actions to protect children from exploitation were not necessary with end-to-end encryption

---

[1432] META_OPERS_00337241 at -254, -257.
[1433] META_OPERS_00427268 at -269, -307.

because Meta had "robust policies to help protect against child exploitation and content or behavior on our platform that puts the safety of children at risk" and an "active approach to addressing child exploitation, including our proactive detection of bad actors."[1434]

853.    Numerous additional facts strengthen the scienter inference.

854.    ***Defendant Davis was informed that Instagram was harmful to young users, especially teen girls, and that far from taking an "active" approach to child safety, Meta's platforms were riddled with child safety issues that would worsen with end-to-end encryption.*** Before and during the Class Period, Defendant Davis received research and internal documents showing that Instagram did not have the "robust" policies she touted, but instead caused harms to young users, including increased rates of suicide, self-harm, and body image issues, as well child safety issues and problematic use, and that many of these harmful effects were worse for young girls. For example:

- In August 2019, an email from Dr. Haidt was forwarded to Defendant Davis. In that email, ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

- On April 2, 2020, Defendant Davis received a slide deck, titled ███████████ ████████████████████████████ which stated that, ███████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████

- In July 2020, Defendant Davis prepared a slide deck titled ████████████ ██████ which highlighted ██████████████████ ████████████████████████████████████████

---

[1434] META_OPERS_00819539 at -542.
[1435] META_OPERS_00101072 at -081.
[1436] META_OPERS_00055920 at -920, -922.

1

2

3   ▇▇▇▇ The deck also noted that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4

5   The

6   deck also noted that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7

8

9   ▇▇▇▇▇▇

- In November 3, 2020, Defendant Davis emailed another version of the ▇▇▇▇ deck, which ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- On December 22, 2020, Defendant Newton received email summarizing requests from several Meta teams noted that ▇▇▇▇▇▇▇▇▇▇▇▇

- By January 11, 2021, Defendant Davis had concluded that ▇▇▇▇▇▇▇▇



---

1437 META_OPERS_00175561 at -563-564, -569.

1438 META_OPERS_00175561 at -563-564, -569, -571.

1439 META_OPERS_00013088 at -088, -092.

1440 META_OPERS_00203369 at -374.

1441 META_OPERS_00426831 at -835; META_OPERS_00013773 at -784.

- In February 2021, Defendant Davis maintained a document titled ███████ ███████████████████████████ which quoted ████████████████████ ████████████████████████████████████████████████████████████ ██████████

- Also in February 2021, Defendant Davis received a slide deck, titled ████ ████████████████████████████ which stated that ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████

- In February 2021, Defendant Davis received a presentation titled ███████ ████████████████████ which noted that, ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████

- On May 12, 2021, Defendant Davis received an email containing extensive research from the ████████████████████ about social media harm to children, including that ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

---

[1442] META_OPERS_00426851.
[1443] META_OPERS_00427923 at -923, -931-932.
[1444] META_OPERS_00427424 at -424, -435, -437.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    464
3:21-cv-08812-AMO



- On May 24, 2021, Defendant Davis emailed a ██████████ deck, which stated that ████████████████████████████████████ ████████████ The deck further noted that ████████████ ████████████████████████████████████ ████████████████████████████████████ The deck further stated that ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████[1446]

- A March 2021 deck maintained by Defendant Davis in her custodial files and titled ████████████████████████ contained an ████████████ ████████████████████████████████████ ████████████████████████████[1445]

- A March 1, 2021 deck maintained by Defendant Davis in her custodial files, and titled ████████████████████████ stated that ████████████ ████████████████████████████████████[1447]

---

[1445] META_OPERS_00022865.
[1446] META_OPERS_00013773 at -784.
[1447] META_OPERS_00427268 at -269, -296.

- An August 21, 2021 email informed Defendant Davis that ███████████████ ████████████████████████████

855. ***Defendant Davis testified at a congressional hearing regarding harms to children on Meta's platforms and child safety issues.*** Each of Defendant Davis' misstatements was made during a congressional hearing called "Protecting Kids Online: Facebook, Instagram, and Mental Health Harms."[1450] During the hearing, Defendant Davis indicated that she was intimately familiar with Meta's research, as she repeatedly testified about what "the research show[s]," including in response to direct questions from senators.[1451] For example, Senator Ben Ray Luján asked Defendant Davis if Meta had "internal research indicating that Instagram harms teens, particularly harming perceptions of body image, which disproportionately affects girls?"[1452] In response, Defendant Davis explained "what [Meta's] research showed."[1453] The fact that Defendant Davis publicly spoke about these issues and represented that she knew what the research showed supports a strong inference that she was at least reckless in ignoring research that contradicted her statements.

856. ***In addition to the research and internal documents she received, Defendant Davis had access to information showing that Instagram's child safety policies were far from "robust," that young users experienced severe harms on Meta's platforms (including addiction), and that teen girls were particularly susceptible to certain of these harms.*** Defendant Davis had access to

---

[1448] META_OPERS_00047268 at -269, -307.

[1449] META_OPERS_00014093 at -095.

[1450] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

[1451] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

[1452] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

[1453] *Protecting Kids Online: Facebook, Instagram, and Mental Health Harm: Hearing Before the Subcomm. on Consumer Prot. Prod. Safety & Data Sec. of the S. Comm. on Com., Sci. & Transp.*, 117th Cong. (2021) (Testimony of Antigone Davis).

internal documents and other information at Meta, including information available on Workplace and information that was widely known to other senior employees. This included:

- A February 1, 2019 presentation titled ███████████████████ ████████████ which stated that ████████████████████████ and that teens had ███████████████ to Instagram.[1454]

- A February 26, 2019 briefing document stating that ████████████ ████████████████████████████████████████████ ███████████████████████████████████████████

- A March 8, 2019 document for a ███████████████ which stated that ███ ████████████████████████████████████████████ ████████████████████████████████

- A September 2019 study that concluded that " ████████████████████  ████████████ "; that "[t]eens can't switch off from Instagram even if they want to"; and that "[t]eens talk of Instagram in terms of an 'addicts narrative' spending too much time indulging in a compulsive behaviour that they know is negative but feel powerless to resist."[1457]

- An October 2019 "Teen Mental Health Deep Dive" study, which stated that (i) "[o]ne in five teens say that Instagram makes them feel worse about themselves," (ii) "[c]ontent on IG makes teens feel very bad," (iii) "[t]eens blame Instagram for increases in the rates of anxiety and depression among teens," (iv) "[t]een girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison," (v) one-fifth of teens feel bad on Instagram, and (vi) 6% of those who wanted to kill themselves said it started on Instagram.

- A November 5, 2019 "Hard Life Moments- Mental Health Deep Dive" study, which stated that "1 in 3 teen girls blame Instagram for making their body image

---

[1454] META_OPERS_00442114 at -114, -125, -150.

[1455] META_OPERS_00333155.

[1456] Complaint at Exhibit 53, *State of Tennessee v. Meta Platforms, Inc.*, 23-1364-IV (Tenn. Ch. Jan. 29, 2024).

[1457] META_OPERS_00443609 at -618, -640.

issues and problematic social media use worse," 17% of teen girls said Instagram makes "eating issues" such as anorexia and bulimia worse, and 13.5% of teen girls said Instagram made thoughts of SSI worse.[1458]

- A February 2020 research deck titled ███████████████████████ ████████ that stated that ██████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████

- A February 24, 2020 ████████████████████████████ report, which found that ██████████████████████████████████████ ███████████████████████████████

- A March 26, 2020 Meta study, which stated that "32% of teen girls said that when they felt bad about their bodies, Instagram made them feel worse," "66% of teen girls on IG experience negative social comparison," and "mental health outcomes related to this can be severe."[1461]

- A May 2020 ████████████████ deck noting that "█████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████

- A May 12, 2020 slide deck titled ███████████████████████ ████████ noting on a slide ████████████████████████████ ████████████████████████████████████████████████ █████████████████████████████

[1458] META_OPERS_00089160 at -174.
[1459] META_OPERS_00005996 at -999, -024.
[1460] META_OPERS_00005996 at -999, -003.
[1461] META_OPERS_00099818 at -818, -826.
[1462] META_OPERS_00505270 at -270, -292, -317.
[1463] META_OPERS_00348311 at -311, -322.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    468
3:21-cv-08812-AMO

- Findings from internal and external research on June 15, 2020, which stated that ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████ ███

- A December 2020 Workplace post titled ███████████████████████ which stated that ████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ███████████████████████████ ████

- A December 22, 2020 email to Defendant Newton and others, which ███████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████

- A January 28, 2021 Meta internal report on the results of a 100,000 person social comparison survey, which found that "[s]ocial comparison is common," and "1 in 4 people think that Instagram makes social comparison worse."[1466]

- A February 1, 2021 internal report titled "Appearance-based social comparison on Instagram," which stated that "Appearance-based social comparison on IG is common, affecting 1/3 of people on IG and nearly half of teen girls," and that "Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety and loneliness. This is a high-reach, high-intensity problem."[1467]

- A February 2021 ████████████████████████████ which stated that, █████████ ██████████████████████████████████████████████

---

[1464] META_OPERS_00101513.
[1465] META_OPERS_00355849 at -849, -855.
[1466] META_OPERS_00002566 at -566, -568, -571.
[1467] META_OPERS_00099648 at -648, -650.

█████████████████████████████████

████████████████████████████████████

██████████████████████████

- A February 2021 "Product Brief" that stated that ████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████

- An April 6, 2021 memo, which stated that ████████████████

████████████████████████████████████

██████████████████████████████

- A May 12, 2021 ████████████████ about social media harm to children, including that ████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████

---

[1468] META_OPERS_00139833.

[1469] META_OPERS_00515249.

[1470] META_OPERS_00022865; META_OPERS_00338638.

1   • A May 17, 2021 report titled ████████████████████████

2   ██████ stating that ████████████████████████████████

3   ████████████████████████████████████████████████

4   ████████████████████████████████████████████████

5   ████████████████████████████████████████████████

6   • An "██████████████████████" document showing that ██████████████

7   ████████████████████████████████████████████████

8   ████████████████████████████████████████████████

9   ████████████████████████████████████████████████

10  ████████████████████████████████████████████████

11  ████████████████████████████████████████████████

12  ████████████████████████

13  • An August 12, 2021 internal presentation titled ██████████████

14  ██████████████████████████ which stated that ██████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ██████████████[1473]



857. Because Defendant Davis held herself out as knowledgeable about the research concerning harm to children and child safety issues on Meta's platforms—including by acting as the spokesperson during a Congressional hearing—it was, at minimum, reckless for her to disregard the information available to her before making public statements to investors.

**2. Statements #32 and 33**

858. During the Class Period, Defendant Davis stated that children under the age of 13 were removed from Instagram and that Meta did not allow children under 13 on Instagram. Numerous facts support a strong inference that Defendant Davis knew or recklessly disregarded

---

[1471] META_OPERS_00394044.

[1472] META_OPERS_00819155 at -155-156, -159.

[1473] META_OPERS_00338504 at -505, -509, -515.

facts demonstrating that these statements were misleading.

859. ***Defendant Davis received and prepared internal documents and communications showing that Meta had*** ██████████████████████████████████████████ ████████████████████████████████ For example:

- In July 2020, Defendant Davis prepared a █████████████████ deck that listed ██████████████████████████████████████ ██████████████████████████████████████ and noted that Meta ████████████████████████████████████████████ ████████████████████████████████████████████ The same presentation noted that ████████████████████ ████████████████████████████████████████

- On September 24, 2020, Director of Global Safety Policy ████████ emailed Defendant Davis, ██████████████████, with an ██████████████████ ████████████ which stated that ████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████ The document stated that ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████

- On November 3, 2020, Defendant Davis sent another version of the ████████ ████████████████ deck, which stated that ██████████████████████ ████████████████████████████████████

[1474] META_OPERS_00175561 at -563, -572-73.
[1475] META_OPERS_00345356 at -358-59.
[1476] META_OPERS_00013088 at -088, -093.

- On January 6, 2021, Defendant Davis received a deck titled ███████████ ████████████████████████████████ which stated that ████████ ████████████████████████████████████████████████ ████████████████████████████

- In February 2021, Defendant Davis received a deck titled ███████ ████████████████ which noted that ███████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████

- On February 4, 2021, Defendant Newton wrote to Defendant Davis in a chat that ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████

- On May 12, 2021, Defendants Mosseri, Davis, Clegg, and Newton received an email ████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[1477] META_OPERS_00015208 at -211.
[1478] META_OPERS_00427424 at -424, -437.
[1479] META_OPERS_00349493.

1

2

3

4

- On September 8, 2021, Defendant Diwanji was ████████████████

5

6

7

8

- On September 20, 2021, Defendant Davis ███████████████████

9

10

860.    That Defendant Davis received and shared information showing that ████████

11

12

13

14

861.    ***Defendant Davis was aware that Meta's ability to keep underage users off its platforms was critical to preventing legislation and regulations that would negatively harm Meta's business.*** Before and during the Class Period, Defendant Davis acknowledged that underage users on Meta's platforms could lead to legislation that posed serious business risks. For example, in March 2021, Defendant Davis presented at a ██████████████████████ meeting. The deck that she used to prepare for her presentation warned that █████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ In addition, on November 4, 2020, Defendants Davis participated in a ████████████████ during which Meta employees discussed ████████████████ On September 1, 2020,



1480 META_OPERS_00022865; META_OPERS_00338638.
1481 META_OPERS_00338652.
1482 META_OPERS_00427268 at -269, -285, -287.
1483 META_OPERS_00013088 at -088, -091.

a draft version of Defendant Davis' ███████████████ presentation noted that ████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

862.    And on July 4, 2020, Defendant Davis shared a document she wrote titled ████

██████████████████ in which she stated:

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

863.    As set for the above, Defendant Davis knew that ████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████ The

immediate risks posed by regulations and stakeholder concerns provided a powerful motive for

Defendant Newton to mislead the public. In addition, the fact that she spoke on the issue of users

under 13 in direct response to these concerns supports a strong inference that she was at least

reckless in disregarding facts that made her statement false.

**E.    Defendant Rosen**

**1.    Statement #6**

864.    Defendant Rosen made the statements in Meta's Community Standards

Enforcement Report for the first quarter of 2021, including that: "We remove content that

encourages suicide or self-injury on Facebook and Instagram." Numerous facts support a strong

inference that Defendant Rosen knew or recklessly disregarded facts demonstrating that this

statement was misleading.

865.    ***Defendant Rosen received and had access to internal documents and research***

***showing that Meta did not remove content that encouraged suicide or self-injury.*** Shortly before

and during the Class Period, Defendant Rosen received research and internal documents showing

---

[1484] META_OPERS_00175561 at -563, -571.
[1485] META_OPERS_00175561 at -563, -571.

that Meta did not remove such content. Specifically:

- Defendant Rosen asked Meta data scientists to ███████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ███████████████████████████████████████████████ ██

- In a July 13, 2020 email titled ████████████ Defendant Rosen and others at Meta discussed the ████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ █████████████████████████████████████████

- In October 1, 2020 notes from a September 29, 2020 meeting titled ██████ ████████████████ Instagram Product Lead ████████ stated that ████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████ The same notes stated that ██████████ ██████████████████████████████████████████████████ ████████████████████████████████

- A March  2021 deck maintained by Defendant Davis in her custodial files, and entitled ████████████████████ stated that, ████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████

---

[1486] META_OPERS_00544595 at -601.

[1487] META_OPERS_00544595 at -595-96, -601.

[1488] META_OPERS_00022408 at -411.

1 ████████████████████████████████████████████████████

2 ███████████████

3 • On May 8, 2021, Defendant Rosen received a link to a "Hard Life Moments"

4 internal Meta study as one of ten studies in "█████████████████████,"

5 The "Hard Life Moments" study found that Instagram made suicide and self-injury

6 worse; noting that 17% of teen girl Instagram users said the platform makes "Eating

7 issues" such as anorexia and bulimia worse, and ***13.5% of teen girls said Instagram***

8 ***usage (and thus, exposure to content on the platform), made thoughts of "Suicide***

9 ***and Self Injury" worse***.[1490]

10 866.    The fact that Defendant Rosen received and had access to research and internal

11 documents showing that Meta did not remove significant content that encouraged suicide or self-

12 injury on Facebook and Instagram supports a strong inference that he was, at minimum, reckless

13 in telling investors that Meta did remove such content.

14 **F.    Defendant Clegg**

15 **1.    Statements #34, 37**

16 867.    Defendant Clegg made misleading statements concerning the harmful effects of

17 Facebook's News Feed algorithm, including dismissing claims that the algorithm allowed harmful

18 and toxic content to proliferate on Meta's platforms. Numerous facts support a strong inference

19 that Defendant Clegg knew or recklessly disregarded facts demonstrating that these statements

20 were misleading.

21 868.    ***Defendant Clegg was directly informed that there was evidence showing that the***

22 ***algorithm caused significant harms and allowed toxic content to proliferate.*** Shortly before and

23 during the Class Period, Defendant Clegg received research and internal documents showing that

24 Meta's algorithm had significant negative side effects. For example:

25 • In December 2020, Defendant Clegg received a presentation titled "█████

26 ███████," which stated that ██████████████████████

27

28 ----

[1489] META_OPERS_00427268 at -307.
[1490] META_OPERS_00225140.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                    477
3:21-cv-08812-AMO



- When Defendant Clegg shared a draft of his ▮▮▮▮▮▮▮▮▮ article with Eileen Donahoe in March 2021, Ms. Donahoe repeatedly noted that ▮▮▮▮▮▮

869. ***In the face of significant public and regulatory scrutiny, Defendant Clegg participated in Meta's efforts to "***▮▮▮▮***" public perception concerning Meta's algorithm.*** Before and during the Class Period, regulators, the public, and investors were acutely focused on whether Meta's algorithms amplified harmful and toxic content. Defendant Clegg served as a spokesperson for these issues before and during the Class Period. In this role, Defendant Clegg met with numerous stakeholders and represented that Meta's News Feed algorithm did not amplify harmful content. For example, in April 2021, Defendant Clegg hosted a "press briefing with journalists from the D9+ countries in Central and Eastern Europe" designed to "Educate reporters and increase understanding of how FB's algorithmic ranking works."[1493] Then, in May 2021, Clegg held a "fireside chat with French algorithms researcher Aurélie Jean."[1494] During this

---

[1491] META_OPERS_00389841 at -841, -846; META_OPERS_00822039 at -047.
[1492] META_OPERS_00176733 at -738.
[1493] META_OPERS_00650461.
[1494] META_OPERS_00650344.

discussion, Clegg was tasked with creating "a moment to disrupt well-established narratives against FB, such as the misconception that our algorithms are a black box fuelling [sic] polarization on Facebook."[1495] Knowing that the public and regulators were acutely focused on the question of whether Meta's algorithm amplified harmful content and polarization, it would be severely reckless, at minimum, for Defendant Clegg to speak about this issue—often in response to direct questions—while disregarding the relevant research and internal documents.

870.    ***Defendant Clegg repeatedly told investors and the public that Meta's New Feed algorithm did not amplify harmful content, purporting to be knowledgeable about this subject.*** As set forth above, during the Class Period, Defendant Clegg was a key player in Meta's efforts to mislead the public concerning the effects of Meta's algorithm. In that capacity, Defendant Clegg represented publicly that "Facebook's systems are not designed to reward provocative content" and that, in fact "key parts of those systems are designed to do just the opposite."[1496] Having held himself out as an authority about Meta's algorithm throughout the Class Period, Defendant Clegg either knew his repeated representations were false and misleading or, at minimum, he was severely reckless in not finding out the truth.

### 2.    Statements #38 and 39

871.    ***This Court has already held that Defendant Clegg had the requisite scienter in sustaining claims stemming from Statements 38 and 39, based on the same allegations described below.*** As this Court held in its order on Defendants' previous motion to dismiss, Plaintiffs sufficiently alleged Defendant Clegg's scienter. This Court ruled that Defendant Clegg's scienter was readily established through (i) Defendant Zuckerberg's identification of Clegg as "involved in Meta's cross-check decision-making process," and (ii) Defendant Clegg's "admission that he oversaw company policies in this area." Motion to Dismiss Order at 27. These same facts establish Defendant Clegg's scienter as to Statements 38 and 39.

872.    ***Defendant Clegg admitted that he oversaw Meta's policies concerning X-Check and hate speech.*** Clegg's role as Meta's then-President of Global Affairs specifically required him

---

[1495] META_OPERS_00650344 at -345.
[1496] META_OPERS_00332602 at -611.

to be familiar with how Meta handles content posted to its platforms by politicians and other political actors. In that role, Clegg was responsible for "ensuring that [Meta] ha[s] the right policies to both reflect [its] responsibilities and to support the building of innovative new products" and reported directly to Defendant Zuckerberg. In an interview with CNN, Clegg stated, "[M]y responsibility in the company is to deal with these very difficult policies. You know, I oversee that amongst other things, the company's policies and everything about how elections are conduct on our platform, how hate speech rules work."

873.    ***Defendant Zuckerberg identified Clegg as leading Meta on "all our policy matters," including policy matters involving X-Check***. As Defendant Zuckerberg has described it, Clegg's role entailed "lead[ing] our company on all our policy matters, including how we interact with governments as they consider adopting new policies and regulations, as well as how we make the case publicly for our products and our work." In addition, in response to an employee question about "which execs are involved" in Meta's decision-making process, Zuckerberg identified Defendant Nick Clegg, among other Meta executives.

### G.    Defendant Diwanji

#### 1.    Statement #22

874.    Defendant Diwanji stated that if a user is "unable to prove they meet our minimum age requirements, we delete their accounts."[1497] Numerous facts support a strong inference that Defendant Diwanji knew or recklessly disregarded that this statement was misleading.

#### 2.    Statement #21

875.    Defendant Diwanji told investors that Meta was "draw[ing] from multiple industry experts, organizations and bodies of research here," and stressed its commitment "to working with experts and the broader industry" regarding the safety of young users on its platforms. Numerous facts support a strong inference that Defendant Diwanji knew or recklessly disregarded that this statement was misleading.

876.    ***Defendant Diwanji was informed that Meta's platforms were harmful to young users and that Meta ignored recommendations to protect young users from these harms.*** For

---

[1497] *How Do We Know Someone Is Old Enough to Use Our Apps?*, Meta (July 27, 2021).

example, and as set forth above in greater detail above:

- On February 12, 2021, and as reflected in an April 2021 ███████████ ███████████████████████ Defendant Diwanji presented to Defendant Mosseri information which stated that ████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████

- On April 16, 2021, Defendant Diwanji sent an email stating, ████████ ████████████████████████████████████████████████ ████████████████████████████████████

- On April 13, 2021, Defendant Diwanji received an email from Defendant Newton, which stated that █████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████

- On May 3, 2021, Defendant Newton told Defendant Diwanji that ████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████

- Defendant Diwanji maintained the August 12, 2021 internal presentation titled ████████████████████████████████ in her custodial files, while her misleading statements remained on Meta's website. The presentation stated that ████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[1498] META_OPERS_00515249.
[1499] META_OPERS_00338411.
[1500] META_OPERS_00026212.
[1501] META_OPERS_00349595.

CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT                                      481
3:21-cv-08812-AMO

1      ███████████████████████████████████████████

2      █████████████████████

3 •   On September 17, 2021, while her misleading statements remained on Meta's

4     website, Defendant Diwanji received and read a ████████████████

5     ███████████████████████████████████████████

6     ███████████████████████████████████████████

7     ███████████████████████████████████████████

8     ███████████████████████████████

9 •   On October 7, 2021, while her misleading statements remained on Meta's website,

10     the ████████████████████████████ sent an email to Defendant

11     Diwanji, describing the results of an internal investigation, which found that:

12     ███████████████████████████████████████████

13     ███████████████████████████████████████████

14     ███████████████████████████████████████████

15     ███████████████████████████████████████████

16     ███████████████████████████████████████████

17     ███████████████████████████████████████████

18     ███████████████████████████████████████████

19     ███████████████████████████████████████████

20     ███████████████████████████████████████████

21     ███████████████████████████████████████████

22     ████████████████████████

23    877.   In addition, Defendant Diwanji had access to information at Meta showing that

24 ███████████████████████████████████████████

25 ███████████████████████████████████████████

26

27 —————————————

28 [1502] META_OPERS_00338504 at -505, -509, -514-15.
[1503] META_OPERS_00338397 at -397, -404.
[1504] META_OPERS_00060492 at -492-93, -496.

1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ███████████████████████████████████████████

4 ████████████████████████████████████

878.     The fact that Defendant Diwanji received and had access to information showing that Meta had ignored the advice of experts and the results of their own research supports a strong inference that she knew or recklessly disregarded that touting Meta's commitment to working with experts and relying on research was misleading.

879.     ***Defendant Diwanji received and had access to information showing that Meta had hundreds of thousands of users under 13 on its platforms and that Meta did not delete their accounts.*** For example:

- In July 2020, Defendant Davis prepared a "████████████████" deck that ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████ The same presentation noted that ███████████████████████████ ███████████████████████████████████████

- Defendant Diwanji kept a February 2021 ██████████████████ in her custodial files. This report noted that █████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████ The deck also stated that, ████████████████████████████ ███████████████████████████████████████████

---

[1505] META_OPERS_00008655 at -667.

[1506] META_OPERS_00008655 at -673.

[1507] META_OPERS_00175561 at -563, -572-73.

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████

- On April 26, 2021, Defendant Diwanji received a report from Meta's Central Integrity team stating that ████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████

- On April 26, 2021, Defendant Diwanji received an email stating that ████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████

- On May 12, 2021, Defendants Mosseri, Davis, Clegg, and Newton received an email containing extensive research from the ███████████████████ about

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

---

[1508] META_OPERS_00427424 at -424, -435, -437.

[1509] META_OPERS_00015365 at -365-366.

[1510] META_OPERS_00015365.

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 █████████████

6 • On September 8, 2021, Defendant Diwanji was informed by a senior staff user

7 researcher for Instagram ████████████████████████

8 ████████████████████████████████████████████

9 █████████████████████████

10 • On October 7, 2021, the ██████████████████████ sent an email

11 to Defendant Diwanji, describing the ██████████████████

12 ████████████████████████████████████████████

13 880.  That Defendant Diwanji received information showing that ████████████

14 ████████████████████████, but told investors Meta remove those users, supports

15 a strong inference that she was at least reckless in making that statement.

16 881.  ***Defendant Diwanji was personally involved in Meta's efforts related to under-13***

17 ***users.*** As Meta's Vice President of Youth Products, Defendant Diwanji was involved in Meta's

18 efforts related to enforcing its under-13 rule. For example, on May 25, 2021, Defendant Diwanji

19 emailed Defendant Mosseri, and ██████████████████████

20 ████████████████████████████████████████████

21 ██████████████████████ In other words, by that point, ████████████

22 ███████████████████. Defendant Diwanji further noted that █████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26

27 ───────────────
1511 META_OPERS_00022865; META_OPERS_00338638.
1512 META_OPERS_00338652.

28 1513 META_OPERS_00060492 at -493-494.
1514 META_OPERS_00338654 at -655.

███████████████████████ The fact that Defendant Diwanji was involved in decisions concerning Meta's enforcement of its under-13 rule supports a strong inference that she knew her statement was misleading.

## IX.  ADDITIONAL ALLEGATIONS APPLICABLE TO ALL DEFENDANTS

### A.  Defendants Had Powerful Motives To Make Their Misstatements

882.  As set forth below, Defendants' false and misleading statements were made to avoid specific, concrete, and expected harm to Meta's business. In particular, Defendants' false and misleading statements were made to (i) forestall specific regulatory action that would impose additional restrictions and obligations on Meta; (ii) prevent specific, financial harms in the form of growth and hits to revenue through decreased ads, comments, sharing, and user engagement; and (iii) expected and foreseeable reputational harm from academics, policymakers, parents, stakeholders, and customers, which Defendants specifically sought to avoid.

883.  ***Regulators were intensely focused on child safety and on Meta's algorithm.*** As discussed in Section IV.B.1., prior to and during the Class Period, regulators were intensely focused on whether children were safe on Meta's platforms and the content Meta's algorithm fed its users.

884.  With respect to the safety and wellbeing of children, immediately prior to the Class Period, Meta was █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ In light of these investigations, Meta acknowledged internally that █████████████████████████████████████████████████████████████████████████████████████████████████████████

885.  As late as February 2021, Meta acknowledged that ███████████████████

---

[1515] META_OPERS_00338654 at -655; META_OPERS_00015365.
[1516] META_OPERS_00015208 at -211.
[1517] META_OPERS_00175561 at -571.

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████ As noted in an internal presentation, ████████

5 ████████████████████████████████████████████████████

6 ████████████████████

886.   In addition, Meta faced threats in the United Kingdom and European Union. For example, prior to the Class Period, the United Kingdom's Home Secretary Priti Patel had repeatedly met with Meta executives and participated in open letters signed by regulators across the globe, calling on Meta to halt any end-to-end encryption plans that sacrificed user safety. In addition, the United Kingdom published the Online Safety Bill on May 12, 2021—just days before the Class Period—with the express purpose of, among other things, imposing a duty of care on social media companies like Meta and requiring them to protect children from child sexual exploitation and abuse. At the same time, the European Union was debating legislation that would allow Meta to scan content on its platforms to detect and report on child sexual abuse and exploitation—a move that would place an expectation on Meta that it was—unknown to the public—not currently meeting and could not meet in an encrypted environment. Meta's executives prepared for these moves by engaging in meetings with European regulators, including by

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████

21 ████████████

887.   With respect to Meta's algorithm, Meta internally recognized that ████████████

23 ████████████████████████████████████████████████████

24 ████████████████████████████ In addition, policymakers both in the United States and abroad were already ████████████████████████████████████

26

---

1518 META_OPERS_00427424 at -432.
1519 META_OPERS_00427424 at -436.
1520 META_OPERS_00392204 at -207.
1521 META_OPERS_00123722 at -727.

██████████████████████████████████████████████████████████

████████████████████████████ Meta acknowledged internally that ████████

██████████████████████████████████████████████████████████

████████████████████████████████

888.    As another example, European political parties had for years warned Meta Facebook's algorithm rewarded toxic, polarizing content. As Meta's researchers internally noted, "██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████" Facebook researchers further noted in internal memoranda that "████████████████

██████████████████████████████████████████████████████████

██████████" and that "████████████████████████████████████████

██████████████████████████████████" Meta researchers similarly noted that ████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████"

889.    Finally, the spread of harmful content and misinformation on Meta platforms and the safety and wellbeing of children were key issues raised by Congress during the March 25, 2021 hearing. Outside observers recognized that the hearing in which Zuckerberg testified was part of a "regulatory onslaught" that threatened everything from additional restrictions on Meta's operations to a potential breakup of the Company.

890.    ***Defendants were motivated to pacify outside non-regulatory stakeholders, including investors.*** Defendants were also motivated to pacify outside non-regulatory stakeholders, including investors, who had advanced concrete, specific threats of reputational harm by calling on Meta to account for its actions in leaving children unsafe on its platforms. For example, Meta's false and misleading statements related to end-to-end encryption and child exploitation were crafted specifically in response to external stakeholder investors—shareholders

---

[1522] META_OPERS_00123722 at -732.
[1523] META_OPERS_00123722 at -732.

proceeding under the name Proxy Impact—who were asking Meta's shareholders to vote to approve a resolution requiring Meta to publish a risk assessment of end-to-end encryption's impact on child safety. Meta's false and misleading statements were motivated by a desire to avoid the reputational harm that would encourage shareholders to vote on the proxy proposal. As another example, internal researchers recognized that █████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ This provided a powerful motivation to hide the truth about ███████ effectiveness and issue false and misleading statements about the version of Daisy that Meta ultimately launched.

891.    Defendants even hid information concerning the Company's X-Check program from Meta's own Oversight Board. As discussed above, in connection with *The Wall Street Journal*'s September 13 Facebook File, the Oversight Board stated that he had "expressed on multiple occasions its concern about the lack of transparency in Facebook's content moderation processes, especially relating to the company's inconsistent management of high-profile accounts." Then, on September 21, 2021, the Oversight Board wrote that "new information emerged on Facebook's 'cross-check' system" and that those disclosures had "drawn renewed attention to the seemingly inconsistent way that the company makes decisions, and why greater transparency and independent oversight of Facebook matter so much for users." As a result, the Oversight Board said, it would examine "the degree to which Facebook has been fully forthcoming in its responses in relation to cross-check, including the practice of whitelisting." That Defendants would mislead Meta's own Oversight Board concerning this crucial issue strengthens the inference of scienter. Weeks later, on October 21, 2021, the Oversight Board released a statement noting that Meta had "not been fully forthcoming" concerning the X-Check program and stated: "The fact that Facebook provided such an ambiguous, undetailed response to a call for greater transparency is not acceptable."

892.    ***Defendants were motivated to avoid specific, measurable costs to Meta's business.*** As discussed above in Section IV.B.1. Meta took concrete steps to avoid specific costs

---

[1524] META_OPERS_00037107 at -110.

to operations and revenue Meta would have faced had Meta implemented changes necessary to provide a safer experience for children on Meta's platforms. For example, Meta made false and misleading statements about the version of Project Daisy with controls that it eventually launched on May 26, 2021, to conceal that Meta knew of an ██████████████████████████ ██████████████████████████████████████████████████████ ████ As another example, Defendant Clegg stated internally that ████████████ ████████████████████████████████████████████████████ ████████████████████████████ As another example, Defendant Zuckerberg— and Meta—chose to reduce costs by assigning ██████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ █████████

893.    As another example, on September 24, 2020, the Director of Global Safety Policy emailed Defendant Davis with ██████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ █████████████████████ The document stated that ███████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████ The documents stated that, ████████████████ ████████████████████████████████████████████████████████ ████████████████████████

894.    Testifying under oath in the Related Actions, Instagram Head of Youth Policy ███████████ explained that █████████████████████████████████████████

[1525] META_OPERS_00018487 at -491.
[1526] META_OPERS_00332487.
[1527] META_OPERS_00022408 at -411.
[1528] META_OPERS_00345356 at -358-359.
[1529] META_OPERS_00345356 at -359.
[1530] META_OPERS_00345356 at -359.

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 █████████████████████████ ██████████████████████████

8 ████████████████████████

9     895.    In addition, following publicity around Molly Russell's tragic suicide, Defendant

10 Clegg was warned on February 1, 2019 that █████████████████████████

11 ████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████

13 ███████████████████████████████████ Finally, Defendants'

14 compensation was directly tied to Meta's revenue, and more specifically, its user engagement. As

15 Defendant Mosseri stated in testimony in the Related Actions in 2025, ████████████████

16 ████████████████████████████████████████████████████

17 ███████████████████████

18     896.    As described above, Defendants had more than general motivations to improve

19 profits or grow Meta. Rather, Defendants were motivated to make their misstatements to avoid

20 concrete risks that would have harmed Meta's bottom line.

21     **B.    Meta Took Active Steps To Conceal What It Knew From Investors**

22     897.    Against the backdrop of these powerful motives, Meta took multiple steps to

23 conceal the truth from investors and the public so that Meta could avoid the costs of reducing the

24 harms its platforms caused while taking advantage of the growth they pursued, without oversight.

25 Specifically, Meta took a series of secret steps to conceal the truth from investors, including

26

27 [1531] META_OPERS_00344341 at -462-64, -575.
[1532] META_OPERS_00344341 at -462.

28 [1533] META_OPERS_00332473 at -474.
[1534] META_OPERS_00345595 at -923, -969.

(i) launching a ███████████████████; (ii) hiding its internal research even internally to prevent knowledge of it spreading while discrediting it publicly; and (iii) instructing its own employees to alter or remove its research.[1535]

898. ***Meta Launches Its*** ██████████████. As detailed above in Section IV.B.1., prior to the Class Period, Meta launched what it called a ██████████████ which was designed to counteract narratives that Meta perceived as driving the calls for regulation and legislation that threatened Meta's business.[1536] Stated differently, in telling the public its platforms were safe for children, its algorithms did not push toxic content, and its content moderation policies were enforced equally among users, Meta hoped to stave off the threat of regulations and reputational hits, without having to fix the problems plaguing its platforms. As Defendant Clegg stated, Meta's ████████████████████████████ ████████████████████████████████████ ████████

899. Meta's ██████████ strategy was ████████████ ████████████████████ For example, marketing and policy teams carefully controlled how Meta presented unfavorable information about harms its platforms caused to the public, including by specifically noting they ██████████████████████ ████████████████ As another example, when crafting a public statement announcing private accounts for teens on Instagram, Defendant Newton ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████

900. In addition, product teams helped launch features and products that would help the

[1535] META_OPERS_00389645 at -649.
[1536] META_OPERS_00389645 at -649.
[1537] META_OPERS_00389645 at -649-650.
[1538] META_OPERS_00332494 at -495.
[1539] META_OPERS_00183966.
[1540] META_OPERS_00028114.

public perceive Meta's platforms as safe while not harming business. As Instagram's Head of Youth Policy explained, ████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████ For example, a stated goal of launching Project Daisy was to ████████████████

███████████ Testimony in the Related Actions from ██████████ confirms, ███

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████

901.    ***Meta discredited and hid unfavorable research.*** In response to the public revelation of research Meta had compiled, Meta attempted to discredit the research, modify its contents, and keep it hidden from Meta's own employees. As one Meta employees explained, it was ████████████████████████████████████████████████████████

████████████████████████████████████████

902.    For example, while Meta had previously given all employees access to research and internal documents, after the publication of the Facebook Files, Meta ████████████████

███████████████████████ To avoid future leaks, Meta also ████████████████

████████████████████████████████████████████████ As ██████

explained, it became ██████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

---

[1541] META_OPERS_00343920 at -045, -054.

[1542] BLBG-Haugen_0017717 - BLBG-Haugen_0017741 at -723.

[1543] META_OPERS_00326312 at -493-94.

[1544] META_OPERS_00341343 at -354.

[1545] META_OPERS_00341327 at -328.

[1546] META_OPERS_00330716 at -837-38.

███████████████████████

903.   ████████, a user experience researcher at Meta from 2019 to 2023 who came forward as a whistleblower in September 2025, explained in a statement to Congress that "Meta responded to Frances Haugen's disclosure in 2021 by cracking down on research internally" and ensuring that its researchers "wouldn't be part of any future 'leaks.'"[1548] As a result of this crackdown, during ████████ time at Meta, "child safety issues regularly went unresearched and unaddressed."[1549] ████████ "was given a legal counterpart to scrutinize everything that I did, to tell me what research I could and couldn't do, and to ensure my research reports would not create 'risk' for Meta should they be publicly disclosed."[1550] In light of that fact, according to ████████ "Meta cannot be trusted to tell the truth about the safety or use of its products."[1551]

904.   In an October 20, 2021 internal chat among Meta researchers, on researchers stated that ████████████████████████████████████████████ ████████████████████████ In November 29, 2021 internal chat, researchers again discussed that ████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████

905.   As another example, on October 5, 2021, in an internal chat, Meta chat Meta researchers discussed writing ████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

[1547] META_OPERS_00330716 at -837.
[1548] *Statement to the Subcomm. on Priv., Tech., and the L.*, (2025) (Statement of Cayce Savage).
[1549] *Statement to the Subcomm. on Priv., Tech., and the L.*, (2025) (Statement of Cayce Savage).
[1550] *Statement to the Subcomm. on Priv., Tech., and the L.*, (2025) (Statement of Cayce Savage).
[1551] *Statement to the Subcomm. on Priv., Tech., and the L.*, (2025) (Statement of Cayce Savage).
[1552] META_OPERS_00039007.
[1553] META_OPERS_00331156.
[1554] META_OPERS_00343914 at -915, -917-918.

██████████████████████████████████████████

████████

906.     ***Meta took specific steps to alter or remove its own research—in some instances, at the direction of its own attorneys.*** According to six whistleblowers who filed a detailed disclosure to Congress, the SEC, and the FTC in September 2025, Meta took specific steps to "delet[e] or doctor[] internal" research including, "research that shows kids, some of them 10 or younger, being exposed to child grooming, sexual harassment and violence in its Virtual Reality (VR), Marketplace, Dating, and other products."[1556]

907.     As Dr. Jason Sattizahn, a Meta researcher from June 2021 to May 2024, explained "Meta has compromised their internal teams to manipulate research and straight up erase data that they don't like. It happens in a lot of their research, but the fact that they're erasing data on child harm?"[1557] In advance of his September 9, 2025 testimony before the U.S. Senate Judiciary Subcommittee on Privacy, Technology and the Law, Dr. Sattizahn confirmed in his "Questions for the Record" that Meta changed its approach to research in sensitive areas in direct response to Frances Haugen's disclosures.[1558] As Dr. Sattizahn explained, "With rare exceptions, every research report I published at Meta after the 2021 Frances Haugen whistleblower disclosures was reviewed and had results edited by Meta's lawyers."[1559]

908.     Proceedings in the Related Actions have further confirmed that one of the steps Meta took in response to leaked research and actions against it was to instruct researchers to delete or alter the research in questions. On October 23, 2025, Judge Yvonne Williams of the Superior Court of the District of Columbia, Civil Division, presiding over one of the Related Actions against

---

[1555] META_OPERS_00343914 at -915.

[1556] Whistleblower Aid, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality* (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.

[1557] Whistleblower Aid, *Multiple Company Whistleblowers Expose Meta for Repeatedly Covering Up Dangers to Kids in Virtual Reality* (Sept. 8, 2025), https://whistlebloweraid.org/multiple-company-whistleblowers-expose-meta-for-repeatedly-covering-up-dangers-to-kids-in-virtual-reality/.

[1558] *Hidden Harms: Examining Whistleblower Allegations that Meta Buried Child Safety Research: Hearing Before the S. Judiciary Comm.*, (2025) (Testimony of Jason Sattizahn).

[1559] *Hidden Harms: Examining Whistleblower Allegations that Meta Buried Child Safety Research: Hearing Before the S. Judiciary Comm.*, (2025) (Testimony of Jason Sattizahn).

Meta filed by the District of Columbia, granted the District's Motion for an Order Finding No Privilege over four internal Meta documents dated between November 2022 and July 2023. [*District of Columbia vs. Meta Platforms, Inc. et al.*, 2023-CAB-006550]. In this ruling, Judge Williams noted that two of the documents "contain communications between Meta researchers relaying advice from Meta's counsel that researchers should remove portions of research showing Meta's knowledge of teen users' development vulnerability because the research could be used by government enforcers investigating Meta." *Id.* at 4. Judge Williams noted that the third document "contains communications between Meta researchers about efforts of Meta's counsel to block or redesign research about teen mental health harms due to litigations risks in lawsuits against Meta." *Id.* at 10. Judge Williams also noted that the fourth document "contains communications between Meta researchers recounting legal advice and attorney work product related to a presentation about teens' exposure to harmful content on Meta's platforms that the researchers had planned to provide Meta's executives." *Id.* Judge Williams "note[d] that Meta's counsel explicitly advised Meta researchers to 'remove,' 'block,' 'button[] up,' 'limit,' and 'update' their research … to specifically limit Meta's potential liability, while Meta was already the subject of a related multidistrict litigation." *Id.*

## X.   INAPPLICABILITY OF STATUTORY SAFE HARBOR

909.   The PSLRA's statutory safe harbor or the bespeaks-caution doctrine applicable to forward-looking statements under certain circumstances does not apply to any of the materially false and misleading statements and omissions pleaded in this Complaint.

910.   None of the statements complained of herein was a forward-looking statement. Instead, each was a historical statement or statement of purportedly current facts and conditions existing at the time or prior to when each statement was made, or a statement rendered materially misleading for omitting existing facts.

911.   To the extent that any of the materially false and misleading statements alleged herein can be construed as forward-looking, those statements were not accompanied by meaningful cautionary language identifying important facts that could cause actual results to differ materially from those in the statements. As alleged above in detail, given the then-existing facts contradicting

Defendants' statements, any generalized risk disclosures made by Defendants were insufficient to insulate them from liability for their materially false and misleading statements.

912.    To the extent the statutory safe harbor otherwise would apply to any materially false and misleading statements pleaded herein, Defendants are liable for those materially false and misleading forward-looking statements because at the time each of those statements was made, the speaker knew that the particular forward-looking statement was false or misleading, or the statement was authorized and/or approved by an executive officer of Meta who knew that the statement was materially false or misleading when made.

913.    Moreover, to the extent that Meta or the other Defendants issued any disclosures purporting to warn or caution investors of certain "risks," those disclosures were also materially false or misleading because they did not disclose that the risks that were the subject of the warnings had materialized, or that Meta and the other Defendants had actual knowledge of undisclosed material adverse facts that rendered the purportedly cautionary disclosures materially false or misleading.

## XI.    THE PRESUMPTION OF RELIANCE

914.    At all relevant times, the market for Meta's Class A common stock was an efficient market for the following reasons, among others:

a.    Meta Class A common stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

b.    As a regulated issuer, Meta filed periodic public reports with the SEC;

c.    Meta regularly and publicly communicated with investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services;

d.    Meta was followed by several securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly

available and entered the public marketplace;

e.     The material misrepresentations and omissions alleged herein would tend to induce a reasonable investor to misjudge the value of Meta securities; and

f.     Without knowledge of the misrepresented or omitted material facts alleged herein, Lead Plaintiffs and other members of the Class purchased or acquired Meta Class A common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed.

915.     As a result of the foregoing, the market for Meta's Class A common stock reasonably promptly digested current information regarding Meta from all publicly available sources and reflected such information in the price of Meta Class A common stock. All purchasers of Meta Class A common stock during the Class Period suffered similar injury through their purchase of Meta Class A common stock at artificially inflated prices, and a presumption of reliance applies.

916.     A class-wide presumption of reliance is also appropriate in this action under the United States Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972) because the claims asserted herein against Defendants are predicated upon omissions of material fact for which there is a duty to disclose.

## XII.     CLASS ACTION ALLEGATIONS

917.     Lead Plaintiffs bring this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) on behalf of a Class consisting of all those who purchased or otherwise acquired Meta Class A common stock between March 31, 2021, and December 1, 2021, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants and their immediate families, the officers and directors of the Company at all relevant times, members of their immediate families, and Defendants' legal representatives, heirs, successors, or assigns, and any entity in which defendants have or had a controlling interest.

918.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Meta shares were actively traded on the NASDAQ. As of December 1, 2021, there were over 2.74 billion shares of Meta common stock outstanding.

While the exact number of Class members is unknown to Lead Plaintiffs at this time and can only be ascertained through appropriate discovery, Lead Plaintiffs believe that there are at least thousands of members of the proposed Class. Class members who purchased Meta common stock may be identified from records maintained by Meta or its transfer agent(s) and may be notified of this class action using a form of notice similar to that customarily used in securities class actions. Disposition of their claims in a class action will provide substantial benefits to the parties and the Court.

919.    Lead Plaintiffs' claims are typical of Class members' claims, as all members of the Class were similarly affected by Defendants' wrongful conduct in violation of federal laws as complained of herein.

920.    Lead Plaintiffs will fairly and adequately protect Class members' interests and have retained competent counsel experienced in class actions and securities litigation. Lead Plaintiffs have no interests that conflict with the interests of the Class.

921.    Common questions of law and fact exist as to all Class members and predominate over any questions solely affecting individual Class members. Among the questions of fact and law common to the Class are: (a) whether Defendants' acts and omissions as alleged herein violated the federal securities laws; (b) whether the Executive Defendants are personally liable for the alleged misrepresentations and omissions described herein; (c) whether Defendants' misrepresentations and omissions as alleged herein caused the Class members to suffer a compensable loss; and (d) the proper way to measure damages.

922.    A class action is superior to all other available methods for the fair and efficient adjudication of this action. Joinder of all Class members is impracticable. Additionally, the damage suffered by some individual Class members may be relatively small such that the burden and expense of individual litigation make it impossible for such members to individually redress the wrong done to them. There will be no difficulty in the management of this action as a class action.

# XIII.   CLAIMS FOR RELIEF

## COUNT I
### For Violations of Section 10(b) of the Exchange Act and
### SEC Rule 10b-5 Promulgated Thereunder
### (Against All Defendants)

923.    Lead Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

924.    This Count is asserted on behalf of all members of the Class against Defendants Meta, Zuckerberg, Clegg, Mosseri, Rosen, Davis, Newton, and Diwanji for violations of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b) and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5.

925.    Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 in that they: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading; and/or (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon Lead Plaintiffs and the other purchasers of the Company's Class A common stock in an effort to maintain artificially high market prices for Meta securities.

926.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct that to conceal adverse material information from Lead Plaintiffs and the Class.

## A.    Defendants' Acts In Furtherance Of Defendants' Scheme To Defraud Investors In Violation Of Section 10(b) And Rules 10b-5(a) And (c)

927.    During the Class Period, Defendants "devised a plan and induced [Lead Plaintiffs and class members] to [purchase] their shares without disclosing to them material facts that reasonably could have been expected to influence their decisions to [buy]." *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128, 153 (1972). Defendants' fraudulent scheme also artificially inflated the value of Meta securities and caused investors to unwittingly trade Meta securities at

artificially inflated prices.

928.    As part of their scheme to defraud investors in violation of SEC Rule 10b-5(a) and (c), Defendants orchestrated a scheme to defraud the public as to its commitment to child safety by launching products with features Meta secretly knew would make them ineffective, as well as to conceal, alter, or destroy research concerning the harms Meta's platforms caused to children and the efficacy of the protective measures Meta had in place to prevent such harms. Defendants' scheme was built on the conduct alleged above, including the below non-exclusive list:

929.    ***First***, when, after a series of public controversies Meta was faced with the threat of regulations that threatened its ability to grow its base of young users, Defendants embarked on a coordinated campaign to "████████████" concerning the harms of Meta's platforms to young users and push a "███████████" about Meta.[1560] As part of this effort, in testimony before U.S. Congress and in private meetings with government officials in the United Kingdom, Defendants misled government officials who had threatened to regulate Meta in light of the harms its platforms caused young users and the Company's failure to implement effective safeguards across its platforms. Defendants also made affirmatively misleading statements to investors concerning the harms of Meta's platforms and the Company's efforts and ability to keep young users safe. Defendant's statements were at least reckless and furthered their scheme to defraud investors about the fact that Meta's platforms were, in fact, highly risky for young users and the Company did not have effective measures in place to ensure their safety.

930.    ***Second***, Defendants launched products they knew were ineffective to stave off the threat of regulations and legislation. When regulators grew concerned about the harms Meta's platforms could cause young users, Meta devised plans to launch products and features, including Project Daisy, that were intended to "make them look good," even when the Company had research suggesting that the version of the product or feature it was launching did not improve the safety and well-being of young users on its platforms.[1561] Meta also announced these new products and features close in time to major public events, including when Defendants were asked to testify

---

[1560] META_OPERS_00332494; META_OPERS_00012876 at -878.
[1561] META_OPERS_00175561 at -571.

1    before Congress or meet with foreign regulators.

2    931.    **Third**, Defendants concealed or even destroyed research suggesting Meta's

3    products were not safe for young users. As documents in a Related Action reveal, " ████████████

4    ████████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████████

6    ████████████████████"[1562]

7    932.    Due to Defendants' scheme, Lead Plaintiffs and other class members were deprived

8    of "material facts that reasonably could have been expected to influence their decisions to [buy]"

9    and, as a result, purchased their Meta securities at artificially inflated prices, among other things.

10   *Affiliated Ute Citizens of Utah*, 406 U.S. at 153.

11   **B.    Defendants' Affirmative Misrepresentations In Violation Of Section 10(b)**
12   **And Under Rule 10b-5(b)**

13   933.    During the Class Period, Defendants made the false statements specified above in

14   Section VI, which they knew, or were deliberately reckless in not knowing, were false and

15   misleading in that they contained misrepresentations and failed to disclose material facts necessary

16   in order to make the statements made, in light of the circumstances under which they were made,

17   not misleading.

18   934.    Defendants had actual knowledge of the misrepresentations and omissions of

19   material facts set forth herein, or were deliberately reckless in not knowing the true facts that were

20   available to them. Defendants engaged in this misconduct to conceal Meta's true condition from

21   the investing public and to support the artificially inflated prices of the Company's Class A

22   common stock.

23   935.    Lead Plaintiffs and the Class have suffered damages in that, in reliance on the

24   integrity of the market, they paid artificially inflated prices for Meta's Class A common stock.

25   Lead Plaintiffs and the Class would not have purchased the Company's Class A common stock at

26   the prices they paid, or at all, had they been aware that the market prices for Meta's Class A

27   common stock had been artificially inflated by Defendants' fraudulent course of conduct.

28

---

[1562] *District of Columbia vs. Meta Platforms, Inc. et al.*, 2023-CAB-006550 (D.C. Super. Ct.).

936.   As a direct and proximate result of Defendants' wrongful conduct, Lead Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases of the Company's Class A common stock during the Class Period.

937.   By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5, promulgated thereunder.

**COUNT II**
**For Violations of Section 20(a) of the Exchange Act**
**(Against Defendants Zuckerberg, Clegg, Mosseri, Rosen,**
**Davis, Newton, and Diwanji)**

938.   Lead Plaintiffs repeat, incorporate, and reallege each and every allegation set forth above as if fully set forth herein.

939.   This count is asserted on behalf of all members of the Class against Defendants Zuckerberg, Clegg, Mosseri, Rosen, Davis, Newton, and Diwanji for violations of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

940.   The Executive Defendants acted as controlling persons of Meta within the meaning of Section 20(a) of the Exchange Act, as alleged herein.

941.   By reasons of their high-level positions of control and authority as the Company's most senior officers, the Executive Defendants had the authority to influence and control, and did influence and control, the decision-making and the activities of the Company and its employees, and to cause the Company to engage in the wrongful conduct complained of herein. The Executive Defendants were able to influence and control, and did influence and control, directly and indirectly, the content and dissemination of the public statements made by Meta during the Class Period, thereby causing the dissemination of the materially false and misleading statements and omissions of material facts as alleged herein.

942.   Each of the Executive Defendants spoke to investors or the public on behalf of the Company during the Class Period. Therefore, each of the Executive Defendants was able to influence and control, and did influence and control, directly and indirectly, the content and dissemination of the public statements made by Meta during the Class Period, thereby causing the dissemination of the materially false and misleading statements and omissions of material facts as

alleged herein.

943.    As set forth above, Meta violated Section 10(b) of the Exchange Act by its acts and omissions as alleged in this Complaint.

944.    By virtue of their positions as controlling persons of Meta and as a result of their own aforementioned conduct, the Executive Defendants are liable pursuant to Section 20(a) of the Exchange Act, jointly and severally with, and to the same extent as, the Company is liable under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, to Lead Plaintiffs and the other members of the Class who purchased or otherwise acquired Meta Class A common stock. As detailed above, during the respective times, these Executive Defendants served as officers, directors, and/or senior personnel of Meta.

945.    As a direct and proximate result of the Executive Defendants' conduct, Lead Plaintiffs and the other members of the Class suffered damages in connection with their purchase or acquisition of Meta Class A common stock.

## XIV.    PRAYER FOR RELIEF

946.    WHEREFORE, Lead Plaintiffs pray for judgment as follows:

a.    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

b.    Awarding compensatory damages in favor of Lead Plaintiffs and other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

c.    Awarding Lead Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and

d.    Awarding such equitable/injunctive or other further relief as the Court may deem just and proper.

Dated: February 13, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(aasiya.glover@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL
  OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff*
*Ohio Public Employees Retirement System*