**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL**<br><br><u>CLASS ACTION</u> |

1    PLEASE TAKE NOTICE that in accordance with the Parties' Joint Stipulation and Order Modifying Sealing Procedures For Second Amended Complaint and Motion to Dismiss, so-ordered by this Court on February 12, 2026 (the "Sealing Order") (ECF No. 216), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab hereby provisionally file under seal an unredacted copy of Lead Plaintiffs' Appendix to the Consolidated Second Amended Class Action Complaint.

As set forth in the Sealing Order, the reasons for sealing will be discussed in a forthcoming omnibus motion on sealing requests.  *See* Sealing Order at 2.

In accordance with the Sealing Order, Lead Plaintiffs are not "required to file redacted versions of any documents and shall instead file the documents in slip-sheet form." Sealing Order at 3.

By filing this administrative motion, Lead Plaintiffs do not concede that these materials are "confidential" or "highly confidential," or warrant remaining under seal.

Dated: February 27, 2026                Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Aasiya M. Glover (*pro hac vice*)
(assiya.glover@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs
Ohio Public Employees Retirement System and
PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL
 OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public
Employees Retirement System*