*In re Meta Platforms, Inc., Securities Litigation*, No. 3:21-cv-08812-AMO
**Lead Plaintiffs' Appendix to the Consolidated Second Amended Class Action Complaint (*See* ECF No. 219)**

# EXHIBIT FILED UNDER SEAL