**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 3:21-cv-08812-AMO<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>CLASS ACTION |

The Court has considered Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab's Motion to Remove Incorrectly Filed Document (the "Motion"). Upon considering the Motion and finding good cause, the Court hereby grants the Motion and orders that ECF No. 223 be permanently removed from the docket in the above-captioned matter.

**IT IS SO ORDERED**.

Dated: _____          _____
                                            Hon. Araceli Martínez-Olguín
                                            U.S. District Judge