**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO |
| | **LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL** |
| | <u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that in accordance with the Parties' Joint Stipulation and Order Modifying Sealing Procedures For Second Amended Complaint and Motion to Dismiss, so-ordered by this Court on February 12, 2026 (the "Sealing Order") (ECF No. 216), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab hereby provisionally file under seal unredacted copies of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint and Lead Plaintiffs' Opposition to Defendants' Request for Judicial Notice and Consideration of Documents in Support of Defendants' Motion to Dismiss the Second Amended Complaint.

As set forth in the Sealing Order, the reasons for sealing will be discussed in a forthcoming omnibus motion on sealing requests.  *See* Sealing Order at 2.

In accordance with the Sealing Order, Lead Plaintiffs are not "required to file redacted versions of any documents and shall instead file the documents in slip-sheet form." Sealing Order at 3.

By filing this administrative motion, Lead Plaintiffs do not concede that these materials are "confidential" or "highly confidential," or warrant remaining under seal.

Dated: May 14, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL**
  **OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public*
*Employees Retirement System*