James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       charles.duggan@davispolk.com
       rory.leraris@davispolk.com
       nikolaus.williams@davispolk.com
       esther.townes@davispolk.com
       paulina.perlin@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL**<br><br>CLASS ACTION<br><br>Date: August 6, 2026<br>Time: 2:00 p.m.<br>Dept.: TBD<br>Judge: Honorable Araceli Martínez-Olguín |

PLEASE TAKE NOTICE that in accordance with the Parties' Joint Stipulation and Order Modifying Sealing Procedures for Second Amended Complaint and Motion to Dismiss, so-ordered by this Court on February 12, 2026 (the "Sealing Order") (ECF No. 216), Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton and Pavni Diwanji (the "Defendants") hereby provisionally file under seal unredacted copies of Defendants' Reply Memorandum of Points & Authorities in Support of Motion to Dismiss Lead Plaintiffs' Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Reply") and Reply in Support of Request for Judicial Notice and Consideration of Documents in Support of Motion to Dismiss the Lead Plaintiffs' Consolidated Second Amended Class Action Complaint.

In accordance with the Sealing Order, Defendants are not "required to file redacted versions of any documents and shall instead file the documents in slip-sheet form," and the grounds for sealing will be addressed in a forthcoming omnibus motion on sealing requests. *See* Sealing Order at 2–3.

Pursuant to Judge Martínez-Olguín's Standing Order for Civil Cases, Defendants respectfully request that all unredacted copies of the documents filed under seal are shredded, and not recycled. To the extent needed, Defendants will make arrangements to pick up the documents upon disposition of the motion.

DEFS.' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL, CASE NO. 4:21-cv-08812-AMO

Dated:  June 8, 2026                    DAVIS POLK & WARDWELL LLP


By:  */s/ Rory A. Leraris*
_____

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*