James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: August 6, 2026<br>Time: 2:00 p.m.<br>Dept.: TBD<br>Judge: Honorable Araceli Martínez-Olguín |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Meta Platforms, Inc. ("Meta"), Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji (the "Defendants") respectfully request that the Court consider **Exhibits 21 and 22** to the accompanying Declaration of Rory A. Leraris in Support of Defendants' Reply Memorandum of Points & Authorities in Support of Motion to Dismiss ("MTD") the Lead Plaintiffs' Consolidated Second Amended Class Action Complaint ("MTD Reply").  These Exhibits may be considered by the Court in evaluating Defendants' Motion because they are subject to judicial notice.

## DOCUMENTS SUBJECT TO THIS REQUEST

Defendants request that the Court consider the following documents:

| Ex. | Description |
|---|---|
| 21 | Complaint for Injunctive and Other Relief as publicly filed on November 22, 2023 in *People of the State of California, et al. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05448-YGR (N.D. Cal.), *In re: Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, MDL No. 3047. |
| 22 | Amended Complaint as publicly filed on February 5, 2024 in *State of New Mexico v. Meta Platforms, Inc., et al.*, Case No. 1:23-cv-01115-MIS-KK (D.N.M.). |

## ARGUMENT

In resolving a motion under Rule 12(b)(6), courts must consider the "complaint in its entirety," including "matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).

The Federal Rules of Evidence permit judicial notice of "an adjudicative fact" if it "is not subject to reasonable dispute," because it is "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(a)–(b).  Courts may take judicial notice of public records outside the pleadings on a motion to dismiss, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006), including "court filings," *Doe v. Tenet Healthcare Corp.*, 789 F. Supp. 3d 814, 831 n.3 (E.D. Cal. 2025) (taking judicial notice of complaints filed in other federal court actions).

Exhibit 21 is a true and correct copy of the complaint as publicly filed on November 22, 2023, in *People of the State of California, et al. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05448-YGR (N.D. Cal.), *In re: Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, MDL No. 3047.

Exhibit 22 is a true and correct copy of the complaint as publicly filed on February 5, 2024, in *State of New Mexico v. Meta Platforms, Inc., et al.*, Case No. 1:23-cv-01115-MIS-KK (D.N.M.).

Plaintiffs assert in their Second Amended Complaint ("SAC") that both of these cases are "related" to the instant action.  SAC 1 n.2; ¶ 649 n.658.  Defendants cite Exhibits 21 and 22, not for their truth, but for the fact that certain allegations therein were publicly available as of the respective filing dates, in support of Defendants' argument that certain of Plaintiffs' claims asserted in the SAC are time-barred.  MTD Reply 7; *see, e.g.*, *Stichting Pensioenfonds ABP v. Countrywide Fin. Corp.*, 802 F. Supp. 2d 1125, 1136–39 (C.D. Cal. 2011) (taking judicial notice of complaints in earlier lawsuits to determine when "a reasonably diligent investor should have been aware of facts" underlying the scienter element of plaintiff's claims and dismissing claims as time-barred); *see also Gavin/Solmonese LLC v. D'Arnaud-Taylor*, 68 F. Supp. 3d 530, 535–36 (S.D.N.Y. 2014), *aff'd*, 639 F. App'x 664 (2d Cir. 2016) (observing that a "reasonably diligent plaintiff would undertake an investigation based on [t]he filing of related lawsuits" and noting the court may consider such public documents in evaluating a motion to dismiss) (citing *Pension Tr. Fund for Operating Eng'rs v. Mortg. Asset Securitization Transactions, Inc.*, 730 F.3d 263, 276–77 (3d Cir. 2013)) (internal quotations omitted).

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' requests for judicial notice of Exhibits 21 and 22 of the Declaration in deciding Defendants' MTD.

Dated:  June 8, 2026

DAVIS POLK & WARDWELL LLP

By:  */s/ Rory A. Leraris*

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
     charles.duggan@davispolk.com
     rory.leraris@davispolk.com
     nikolaus.williams@davispolk.com
     esther.townes@davispolk.com
     paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
     julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*

3