James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: August 6, 2026<br>Time: 2:00 p.m.<br>Dept.: TBD<br>Judge: Honorable Araceli Martínez-Olguín |

I, Rory A. Leraris, declare as follows:

1.    I am an attorney at the law firm of Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. ("Meta"), Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants"). I am admitted to the Bar of the State of New York and am admitted to this Court *pro hac vice*. I submit this declaration in support of the accompanying Reply Memorandum of Points & Authorities In Support of Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint.

2.    Attached hereto as Exhibit 21 is a true and correct copy of the Complaint for Injunctive and Other Relief as publicly filed on November 22, 2023 in *People of the State of California, et al. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05448-YGR (N.D. Cal.), *In re: Soc. Media Adolescent Addiction/Pers. Inj. Prods. Liab. Litig.*, MDL No. 3047.

3.    Attached hereto as Exhibit 22 is a true and correct copy of Plaintiff's Amended Complaint as publicly filed on February 5, 2024 in *State of New Mexico v. Meta Platforms, Inc., et al.*, Case No. 1:23-cv-01115-MIS-KK (D.N.M.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th of June, 2026, at New York, New York.


                                                      */s/ Rory A. Leraris*
                                                      Rory A. Leraris

---

1