James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
        julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' OBJECTION TO REPLY EVIDENCE**<br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants") hereby seek leave to file Defendants' Response to Lead Plaintiffs' Objection to Reply Evidence ("Response"). The proposed Response is attached as Exhibit A to the Declaration of Rory A. Leraris ("Leraris Declaration") filed herewith.

On March 30, 2026, Defendants filed their Motion to Dismiss Lead Plaintiffs' Consolidated Second Amended Complaint ("Motion to Dismiss"). Dkt. 230-1. On May 14, 2026, Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab (collectively, "Lead Plaintiffs") filed their Opposition to Defendants' Motion to Dismiss (Dkt. 237-1) ("MTD Opposition"). Defendants filed their Reply in Further Support of their Motion to Dismiss on June 8, 2026 (Dkt. 241-1) ("MTD Reply"), along with a Request for Judicial Notice in Support of Reply Memorandum of Points & Authorities in Support of Motion to Dismiss the Consolidated Second Amended Class Action Complaint (Dkt. 242-1), requesting that the Court take judicial notice of Exhibits 21 and 22.

On June 15, 2026, Lead Plaintiffs filed an Objection to Reply Evidence (Dkt. 245-1) ("Objection"). Through this Objection, Lead Plaintiffs request that the Court either (i) disregard Exhibits 21 and 22, and the arguments made based on them, on the basis that they are purportedly "new evidence" to which Lead Plaintiffs have not had an opportunity to respond, or (ii) if the Court does consider them, that Lead Plaintiffs be permitted to file a sur-reply to respond to Defendants' argument in their MTD Reply related to these two Exhibits.

Good cause exists to grant Defendants' request for leave to file their Response, which is attached to this motion and explains why Lead Plaintiffs' Objection to Exhibits 21 and 22 should be overruled because they are not "new evidence" and are properly submitted in connection with Defendants' MTD Reply. Leave to file a response has been routinely granted to provide a party with the opportunity to respond to evidentiary objections. *See e.g.*, *Mitek Sys., Inc. v. United Servs. Auto. Ass'n*, 2020 WL 1922635, at *1 n.1 (N.D. Cal. Apr. 21, 2020) (granting administrative motion for leave to file response to objection to evidence), *aff'd*, 34 F.4th 1334 (Fed. Cir. 2022); *Volterra*

*Semiconductor Corp. v. Primarion, Inc.*, 2009 WL 6357679, at *1 n.1 (N.D. Cal. Nov. 17, 2009) (same).

As set forth in the Leraris Declaration, Defendants made a good faith effort to obtain a stipulation from Lead Plaintiffs stating that they consent to the relief sought in this Motion, but were unable to obtain one.

For the reasons set forth above, the Court should grant Defendants leave to file their Response.

Dated:  June 22, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By:  /s/ Rory A. Leraris

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
    rouhandeh@davispolk.com
    charles.duggan@davispolk.com
    rory.leraris@davispolk.com
    nikolaus.williams@davispolk.com
    esther.townes@davispolk.com
    paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
    julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

2