James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
       charles.duggan@davispolk.com
       rory.leraris@davispolk.com
       nikolaus.williams@davispolk.com
       esther.townes@davispolk.com
       paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
       julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' OBJECTION TO REPLY EVIDENCE**<br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

I, Rory A. Leraris, declare as follows:

1.      I am a member of the Bar of the State of New York and am admitted *pro hac vice* in this Court. I am a partner at Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants") in the above-captioned action.

2.      I submit this declaration in support of Administrative Motion for Leave to File Defendants' Response to Lead Plaintiffs' Objection to Reply Evidence pursuant to Civil Local Rule 7-11.

3.      Attached hereto as Exhibit A is Defendants' Response to Lead Plaintiffs' Objection to Reply Evidence.

4.      Pursuant to Civil Local Rule 7-11, Defendants made a good faith effort to obtain a stipulation but were unsuccessful.  On June 20, 2026, counsel at Davis Polk informed Lead Plaintiffs' counsel of Defendants' intent to file an administrative motion for leave to file a response to Lead Plaintiffs' Objection to Reply Evidence and asked whether Lead Plaintiffs were willing to stipulate to this relief. On June 22, 2026, Lead Plaintiffs responded that they could not consent to the relief sought in advance and would evaluate the motion when it is filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 22nd day of June, 2026 at New York, New York.

/s/ Rory A. Leraris
Rory A. Leraris

1

DECLARATION OF RORY A. LERARIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' OBJECTION TO REPLY EVIDENCE - CASE NO. 4:21-CV-08821-AMO