James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          charles.duggan@davispolk.com
          rory.leraris@davispolk.com
          nikolaus.williams@davispolk.com
          esther.townes@davispolk.com
          paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
          julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Adam Mosseri,
Guy Rosen, Antigone Davis, Karina Newton, and
Pavni Diwanji*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 5<br>Judge: Hon. Araceli Martínez-Olguín |

I, Rory A. Leraris, declare and state as follows:

1.      I am a partner with the law firm Davis Polk & Wardwell LLP, counsel for Defendants Meta Platforms, Inc. ("Meta"), Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji (collectively, the "Defendants"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this Declaration in support of Meta's Omnibus Motion to Seal Second Amended Complaint and Motion to Dismiss Briefing.  The Declaration is based on my personal knowledge of the following facts.  If called upon to do so, I could and would competently testify as follows.

3.      Attached hereto as **Exhibit 1** is a true and complete copy of a sealing order issued on October 30, 2025, in the JCCP pending in California state court, *Social Media Cases*, JCCP No. 5255 (Los Angeles Superior Court).

4.      Attached hereto as **Exhibit 2** is a true and complete copy of a sealing order issued on February 17, 2026, in the MDL pending in the Northern District of California, *Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 22 of June, 2026 in New York, New York.


                                                            */s/ Rory A. Leraris*
                                                            Rory A. Leraris

DECLARATION OF RORY A. LERARIS IN SUPPORT OF DEFENDANT META'S OMNIBUS MOTION TO SEAL SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING - CASE NO. 4:21-cv-08812-AMO