James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          charles.duggan@davispolk.com
          rory.leraris@davispolk.com
          nikolaus.williams@davispolk.com
          esther.townes@davispolk.com
          paulina.perlin@davispolk.com

Neal Potischman (SBN 254862)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email:    neal.potischman@davispolk.com
          julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy
Rosen, Antigone Davis, Karina Newton, and Pavni
Diwanji*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**EXHIBIT CHART IN SUPPORT OF DEFENDANT META'S OMNIBUS MOTION TO SEAL SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 5<br>Judge: Hon. Araceli Martínez-Olguín |

## I.  INTRODUCTION

Pursuant to ECF 182, ECF 216, and Civil L.R. 79-5, Defendant Meta Platforms, Inc. ("Meta") moves for narrowly tailored redactions of PII in Lead Plaintiffs' Second Amended Complaint (ECF 228) and materials submitted in connection with Defendants' Motion to Dismiss the Second Amended Complaint (ECF 231, 238, 244):

| Document title and docket entry | Basis for sealing | Whether any Party has sought to seal this document before |
|---|---|---|
| ECF No. 231.1: Defendants' Request for Judicial Notice and Consideration of Documents in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint. | Names and/or emails of current or former non-executive employees on pages 1, 2 | Neither Party has previously sought to seal this document. |
| ECF No. 231.12: META_OPERS_0035376–00035381. | Names of current or former non-executive employees and/or email addresses of current or former employees on META_ OPERS_00035376, META_ OPERS_00035378, META_ OPERS_00035380, META_OPERS_00035381 | Neither Party has previously sought to seal this document. |
| ECF No. 231.14: META_OPERS_00338632–00338637. | Names of current or former non-executive employees and/or email addresses of current or former employees on META_ OPERS_00338632–META_ OPERS_00338635, META_ OPERS_00338637 | Neither Party has previously sought to seal this document. |
| ECF No. 231.16: META_HAIDT_0000001–0000016. | Names of current or former non-executive employees and/or email addresses of current or former employees on META_HAIDT _0000005– META_HAIDT 0000008, META_HAIDT 0000010– META_HAIDT_0000012, META_HAIDT_0000014 | Neither Party has previously sought to seal this document. |

EXHIBIT CHART IN SUPPORT OF DEFENDANT META'S OMNIBUS MOTION TO SEAL SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING - CASE NO. 4:21-CV-08812-AMO

| Document title and docket entry | Basis for sealing | Whether any Party has sought to seal this document before |
| --- | --- | --- |
| ECF No. 231.18: META_OPERS_00000888–00000953. | Names and/or emails of current or former non-executive employees on META_OPERS_00000888 | Neither Party has previously sought to seal this document. |
| ECF No. 231.20: META_OPERS_00089160–00089187. | Names and/or emails of current or former non-executive employees on META_ OPERS_00089160, META_ OPERS_00089161 | Neither Party has previously sought to seal this document. |
| ECF No. 231.21: META_OPERS_00123722–00123742. | Names of current or former non-executive employees and/or email addresses of current or former employees on META_OPERS_00123722, META_OPERS_00123737 | Neither Party has previously sought to seal this document. |
| ECF No. 218: Consolidated Second Amended Class Action Complaint against Nick Clegg, Antigone Davis, Pavni Diwanji, Meta Platforms, Inc., Adam Mosseri, Karina Newton, Guy Rosen, Mark Zuckerberg. Filed by Ohio Public Employees Retirement System, PFA Pension, Forsikringsaktieselskab | Names and/or emails of current or former non-executive employees on pages 16–19, 22, 25, 26, 31–33, 41–48, 50–52, 54, 56–58, 62, 64, 65, 68, 72, 73, 75–77, 79, 82, 84, 85, 90–93, 95–104, 110, 111, 114, 117–118, 121, 123–125, 130, 150, 155, 157–159, 182, 200–204, 244, 248, 249, 250–257, 265–267, 269, 276, 278, 283, 291–297, 301–304, 314–316, 326, 327, 329, 331–336, 339–341, 347, 351, 363–365, 378, 382, 384, 388–390, 394–396, 400–402, 445, 472, 476, 493 | Neither Party has previously sought to seal this document. |
| ECF No. 237.2: Plaintiffs' Opposition to Defendants' Request for Judicial Notice and Consideration of Documents in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint | Names and/or emails of current or former non-executive employees on page 18 | Neither Party has previously sought to seal this document. |

Dated:  June 22, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Rory A. Leraris*

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
          charles.duggan@davispolk.com
          rory.leraris@davispolk.com
          nikolaus.williams@davispolk.com
          esther.townes@davispolk.com
          paulina.perlin@davispolk.com

Neal A. Potischman (SBN 254862)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
          julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Adam Mosseri,
Guy Rosen, Antigone Davis, Karina Newton,
and Pavni Diwanji*