**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO |
| | **LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' OBJECTION TO REPLY EVIDENCE** |
| | CLASS ACTION |
| | Courtroom: 5 Judge: Honorable Araceli Martínez-Olguín |

Pursuant to Local Civil Rule 7-11(b), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Lead Plaintiffs") hereby submit this Opposition to Defendants' Administrative Motion for Leave to File Defendants' Response to Lead Plaintiffs' Objection to Reply Evidence (Dkt. No. 248, "Defendants' Administrative Motion").

Defendants' Administrative Motion and the appended proposed Response (Dkt. No. 248-2, "Proposed Response") are most notable for the two key points they concede.

**First**, Defendants acknowledge that Exhibits 21 and 22 were known to them when they filed their motion to dismiss (Dkt. No. 231). Proposed Response at 2. Accordingly, Defendants could and should have submitted those exhibits and any argument related thereto in their opening brief. Having chosen not to, Defendants cannot include those exhibits in their reply for the first time, and have waived the arguments based on them. *See also* Dkt. No. 246.

Defendants assert that their neglect is excusable because they included Exhibits 21 and 22 in their reply in response to arguments raised by Lead Plaintiffs' opposition. Dkt. No. 238. However, as Defendants acknowledge in their Proposed Response, Defendants originally argued that allegations concerning "encryption and age verification are time barred because Lead Plaintiffs were on notice of them at least by *December 1, 2021*." Proposed Response at 2. Lead Plaintiffs' opposition demonstrated why this argument was not correct. *See* Dkt. No. 238 at 27. In their reply, therefore, Defendants made a *new* argument—that Lead Plaintiffs were on notice of these claims in *late 2023 or early 2024*, citing Exhibits 21 and 22 for the first time. Dkt. No. 242 at 7. Exhibits 21 and 22 were thus explicitly introduced to raise a different statute-of-limitations argument than the one Defendants originally advanced—which is improper.

**Second**, Defendants' Proposed Response concedes that, when presented with new evidence such as Exhibits 21 and 22, the "appropriate course" for the Court is "to permit Lead Plaintiffs to file a short sur-reply." Proposed Response at 4. Lead Plaintiffs intend to seek leave to file a short sur-reply to address arguments and evidence belatedly raised by Defendants in their reply brief. Accordingly, Lead Plaintiffs do not otherwise address the substance of Defendants' Proposed Response in this submission.

Dated: June 26, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public
Employees Retirement System and PFA
Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY
GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio
Public Employees Retirement System*