James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
        charles.duggan@davispolk.com
        rory.leraris@davispolk.com
        nikolaus.williams@davispolk.com
        esther.townes@davispolk.com
        paulina.perlin@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,*
*Mark Zuckerberg, Nick Clegg, Adam Mosseri,*
*Guy Rosen, Antigone Davis, Karina Newton,*
*and Pavni Diwanji*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: August 6, 2026<br>Time: 2:00 PM<br>Dept.: Courtroom 5 – 2nd Floor<br>Judge: Honorable Araceli Martínez-Olguín |

PLEASE TAKE NOTICE that on June 8, 2026, Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants") electronically filed their Request for Judicial Notice in Support of Reply Memorandum of Points & Authorities in Support of Motion to Dismiss Lead Plaintiffs' Consolidated Second Amended Class Action Complaint (the "Supplemental RJN").  Dkt. 242-1.  Pursuant to Civil Local Rule 7-3(a), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab's ("Plaintiffs") deadline to file an opposition to the Supplemental RJN was June 22, 2026.

As of the filing of this Notice of Non-Opposition, Plaintiffs have not filed any opposition to the Supplemental RJN, thereby consenting to the request.[1]  *See Cardenas v. Region 9 IV-D*, 2023 WL 9002726, at *1 (C.D. Cal. Dec. 28, 2023) (granting request for judicial notice because "[p]laintiff's failure to file a timely opposition to the . . . Request for Judicial Notice is deemed consent to the granting thereof"); *see also Gjovik v. Apple, Inc.*, 2025 WL 637931, at *8 (N.D. Cal. Feb. 27, 2025) (granting request for judicial notice because plaintiff's "failure to timely oppose the request for judicial notice [ ] waive[d] [ ] any argument challenging the request for judicial notice").

As Plaintiffs failed to file a timely opposition, Defendants respectfully request that this Court grant the Supplemental RJN.

---

[1] While Plaintiffs filed an objection on June 15, 2026, to the two exhibits that Defendants seek to have judicially noticed in the Supplemental RJN (Dkt. 245-1), such an objection is not a substitute for filing a timely opposition to the Supplemental RJN.  *See* Civil L.R. 7-3(a).  In any event, that objection should be overruled for the reasons set forth in Defendants' Response to Lead Plaintiffs' Objection to Reply Evidence (Dkt. 248-2), including because the two exhibits were submitted in response to arguments raised in Plaintiffs' opposition to Defendants' motion to dismiss and are therefore not new evidence (Dkt. 230-1, 237-1).

1

Dated: June 29, 2026                          DAVIS POLK & WARDWELL LLP


By:   */s/ Rory A. Leraris*

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
          charles.duggan@davispolk.com
          rory.leraris@davispolk.com
          nikolaus.williams@davispolk.com
          esther.townes@davispolk.com
          paulina.perlin@davispolk.com

Jonathan K. Chang (SBN 355907)
Julia Leff (SBN 356813)
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: jonathan.chang@davispolk.com
          julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.,
Mark Zuckerberg, Nick Clegg, Adam Mosseri,
Guy Rosen, Antigone Davis, Karina Newton,
and Pavni Diwanji*