**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO |
| | **PLAINTIFFS' RESPONSE TO DEFENDANTS' OMNIBUS MOTION REGARDING SEALING** |
| | CLASS ACTION |
| | Hearing Date: August 6, 2026 |
| | Time: 2:00 p.m. |
| | Courtroom: 5 |
| | Judge: Honorable Araceli Martínez-Olguín |

Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Plaintiffs") respectfully submit this Response to Defendants' Omnibus Motion to Seal Second Amended Complaint and Motion to Dismiss Briefing (Dkt. No. 249, "Motion" or "Mot.").

Plaintiffs do not oppose Defendants' Motion to seal the (1) names of non-executive, non-party current and former Meta employees, and (2) current and former Meta employees' emails. With respect to subsequent proceedings, Plaintiffs reserve the right to oppose sealing the names of employees who are deposed in this Action or otherwise played a role in the "hot-button," Mot. at 3, events at issue in this litigation. *See* Dkt. No. 249-3 at 1 (Judge Kuhl granting Defendants' sealing motion in a related action "solely with respect to (1) the names and other identifying information of Defendants' non-executive employees who have not been deposed in the MDL or JCCP proceedings, and, (2) as to executive employees and persons who have been deposed in the MDL or JCCP proceedings, personal identifying information other than their names" and denying Defendants' sealing motion "in all other respects").

Dated: June 29, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public
Employees Retirement System and PFA
Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY
GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio
Public Employees Retirement System*