**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

IN RE META PLATFORMS, INC.
SECURITIES LITIGATION

Lead Case No. 4:21-cv-08812-AMO

**LEAD PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE CONDITIONALLY
UNDER SEAL**

CLASS ACTION

PLEASE TAKE NOTICE that in accordance with the Parties' Joint Stipulation and Order Modifying Sealing Procedures For Second Amended Complaint and Motion to Dismiss, so-ordered by this Court on February 12, 2026 (the "Sealing Order") (Dkt. No. 216), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab hereby provisionally file under seal unredacted copies of Plaintiffs' Administrative Motion to File Sur-Reply and Plaintiffs' [Proposed] Sur-Reply.

As set forth in the Sealing Order, the reasons for sealing were discussed in Defendants' omnibus motion on sealing requests.

In accordance with the Sealing Order, Lead Plaintiffs are not "required to file redacted versions of any documents and shall instead file the documents in slip-sheet form." Sealing Order at 3.

By filing this administrative motion, Lead Plaintiffs do not concede that these materials are "confidential" or "highly confidential," or warrant remaining under seal.

Dated: June 29, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)

2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL**
 **OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public*
*Employees Retirement System*