**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUR-REPLY** |
| | <u>CLASS ACTION</u> |
| | Hearing Date: August 6, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. Araceli Martínez-Olguín |

# FILED UNDER SEAL