**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO |
| | **DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUR-REPLY** |
| | <u>CLASS ACTION</u> |
| | Hearing Date: August 6, 2026 Time: 2:00 p.m. Courtroom: 5 Judge: Hon. Araceli Martínez-Olguín |

I, John Rizio-Hamilton, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP and counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Plaintiffs") in the above-captioned action. I am a member in good standing of the bar of the State of New York and have been granted admission to practice *pro hac vice* in the above-captioned action. I submit this declaration in support of Plaintiffs' Administrative Motion to File a Sur-Reply. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On June 26, 2026, Counsel for Plaintiffs contacted Counsel for Defendants in this action, Davis Polk & Wardwell LLP, notifying them of Plaintiffs' intent to file a motion pursuant to Civil Local Rule 7-11, seeking leave to file a sur-reply in response to new evidence and arguments submitted with Defendants' reply in support of their motion to dismiss.

3.      Defendants' counsel responded on June 29, 2026 stating that Defendants would oppose Plaintiffs' motion.

4.      As such, the parties were unable to agree on the terms of a stipulation to jointly submit to the Court under Civil Local Rule 7-12.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 29, 2026, in New York, New York.

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton

DECLARATION OF JOHN RIZIO-HAMILTON          - 1 -          4:21-cv-08812-AMO
RE: ADMIN. MOTION TO FILE SUR-REPLY