**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFFS' CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>Date: August 6, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Plaintiffs") respectfully submit this Response to Defendants' Notice of Non-Opposition to Defendants' Request for Judicial Notice in Support of Reply Memorandum of Points & Authorities in Support of Motion to Dismiss Lead Plaintiffs' Consolidated Second Amended Class Action Complaint (Dkt. No. 254, "Notice").

Defendants assert that Plaintiffs "consent[]" to their request that the Court judicially notice Exhibits 21 and 22, thus suggesting that Plaintiffs somehow consented to Defendants' use of these exhibits in their motion to dismiss reply brief. Notice at 1. Plaintiffs did no such thing. Far from "consenting" to Defendants' use of these exhibits, Plaintiffs followed the procedures set forth in the Local Rules by timely objecting to Exhibits 21 and 22 and separately seeking leave to address the merits of Defendants' new arguments based on this new reply evidence. Dkt. Nos. 246, 257; L.R. 7-3(d)(1) ("If new evidence has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence…stating its objections to the new evidence, which may not include further argument on the motion."). Apparently, Defendants believe that Plaintiffs were *also* required to submit *another* objection in response to the so-called "supplemental" request for judicial notice, and that the parties should thereby engage in multiple cycles of judicial notice briefing – all because Defendants held back Exhibits 21 and 22 until the reply briefs were filed. Their position contradicts common sense, the Local Rules, and the caselaw. *See Martinez v. Extra Space Storage, Inc.*, 2013 WL 3889221, at *2 (N.D. Cal. July 26, 2013) (denying request for judicial notice of documents submitted with reply brief and noting "such conduct to be sandbagging"); *Abernathy v. Liberty Ins. Corp.*, 2023 WL 9687517, at *1 (C.D. Cal. Dec. 29, 2023) ("The court finds no reason to depart from the general principles that the court does not consider new evidence or argument first submitted on reply and thus DENIES Defendant's request for judicial notice."); *Hsu v. Puma Biotechnology, Inc.*, 213 F. Supp. 3d 1275, 1284 (C.D. Cal. 2016) (holding that judicial notice of evidence presented for the first time on reply "is inappropriate," especially when "it's not clear why [defendant] couldn't have included this request in its initial motion"). The cases that Defendants cite, Notice at 1, are unavailing, as neither involved requests for judicial notice of documents submitted for the first time on reply. *See*

*Cardenas v. Region 9 IV-D*, 2023 WL 9002726, at *1 (C.D. Cal. Dec. 28, 2023) (request for judicial notice of documents submitted with opening brief); *Gjovik v. Apple Inc.*, 2025 WL 637931, at *8 (N.D. Cal. Feb. 27, 2025) (same).

Dated: July 2, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio*

*Public Employees Retirement System*