**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO<br><br>**STATEMENT OF RECENT DECISION**<br><br><u>CLASS ACTION</u><br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

STATEMENT OF RECENT DECISION                                   4:21-CV-08812-AMO

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

In connection with Defendants' pending Motion to Dismiss the Consolidated Second Amended Class Action Complaint (*see* Dkt. No. 231), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab ("Plaintiffs"), respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent ruling by the Honorable Yvonne Gonzalez Rogers of the United States District Court for the Northern District of California in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 (N.D. Cal. June 29, 2026) (Dkt. No. 3214), attached hereto as Exhibit A, which bears on the parties' arguments concerning falsity (Exhibit A at 4-5, 8-10, 11-12, 16-17, 27, 29 and scienter (Exhibit A at 4, 10-11, 18).

Dated: July 2, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*