James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
charles.duggan@davispolk.com
rory.leraris@davispolk.com
nikolaus.williams@davispolk.com
esther.townes@davispolk.com
paulina.perlin@davispolk.com

Jonathan K. Chang (SBN 355907)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: jonathan.chang@davispolk.com
julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*

[Additional counsel listed on signature pages.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**JOINT STIPULATION CONTINUING NOVEMBER 19, 2026 HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji ("Defendants") and Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab (collectively, "Lead Plaintiffs," and, together with Defendants, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on March 30, 2026, Defendants filed a Motion to Dismiss Lead Plaintiffs' Second Amended Complaint and noticed a hearing date of June 18, 2026;

WHEREAS, on May 13, 2026, the Court continued the hearing on Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Complaint until August 6, 2026;

WHEREAS, on July 10, 2026, the Court further continued the hearing on Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Complaint until September 24, 2026;

WHEREAS, Defendants sought a continuance of the hearing set for September 24, 2026 to October 8 or 15, 2026 due to a scheduling conflict, and Lead Plaintiffs consented to the request;

WHEREAS, on September 3, 2026, the Court continued the hearing on Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Complaint until November 19, 2026;

WHEREAS, counsel who will be arguing for Defendants has a scheduling conflict on November 19, 2026;

WHEREAS, Defendants seek a continuance of the hearing currently set for November 19, 2026, to November 12, December 3, or December 10, 2026, or January 14, 2027, and Lead Plaintiffs consent to the request;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their undersigned counsel, pursuant to the Northern District of California's Civil Local Rules 6-2 and 7-12, and subject to this Court's approval:

1. The hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint shall be continued to November 12, December 3, or December 10, 2026, or January 14, 2027 at 2:00 pm, or as soon thereafter as the Court may accommodate.

Dated: September 18, 2026

Respectfully submitted,

*/s/ Charles S. Duggan*
DAVIS POLK & WARDWELL LLP

James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
charles.duggan@davispolk.com
rory.leraris@davispolk.com
nikolaus.williams@davispolk.com
esther.townes@davispolk.com
paulina.perlin@davispolk.com

Jonathan K. Chang (SBN 355907)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Tel: (650) 752-2000
Fax: (650) 752-2111
Email: jonathan.chang@davispolk.com
julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*

*/s/ Rebecca E. Boon*
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge G. Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension Forsikringsaktieselskab*

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO
Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*

**FILER'S ATTESTATION**

I, Charles S. Duggan, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories of this document have concurred in its filing.

Dated: September 18, 2026

*/s/ Charles S. Duggan*
Charles S. Duggan