James P. Rouhandeh (admitted *pro hac vice*)
Charles S. Duggan (admitted *pro hac vice*)
Rory A. Leraris (admitted *pro hac vice*)
Nikolaus J. Williams (admitted *pro hac vice*)
Esther C. Townes (admitted *pro hac vice*)
Paulina Perlin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: rouhandeh@davispolk.com
charles.duggan@davispolk.com
rory.leraris@davispolk.com
nikolaus.williams@davispolk.com
esther.townes@davispolk.com
paulina.perlin@davispolk.com

Jonathan K. Chang (SBN 355907)
Julia Leff (SBN 356813)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: jonathan.chang@davispolk.com
julia.leff@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, Nick Clegg, Adam Mosseri, Guy Rosen, Antigone Davis, Karina Newton, and Pavni Diwanji*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION<br><br>This document relates to: All Actions | Lead Case No. 4:21-cv-08812-AMO<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION CONTINUING NOVEMBER 19, 2026 HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

Having considered the Parties' Joint Stipulation Continuing November 19, 2026 Hearing on Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss, currently scheduled for November 19, 2026, is continued until December 10, 2026 at 2:00 pm.

IT IS SO ORDERED.

Dated: September 22, 2026

Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE