**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs*
*Ohio Public Employees Retirement System and*
*PFA Pension, Forsikringsaktieselskab*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE META PLATFORMS, INC. SECURITIES LITIGATION | Lead Case No. 4:21-cv-08812-AMO<br><br>**STATEMENT OF RECENT DECISION**<br><br><u>CLASS ACTION</u><br><br>Courtroom: 5<br>Judge: Honorable Araceli Martínez-Olguín |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-3(d)(2), and in connection with Defendants' pending Motion to Dismiss the Consolidated Second Amended Class Action Complaint (*see* Dkt. No. 231), Lead Plaintiffs Ohio Public Employees Retirement System and PFA Pension, Forsikringsaktieselskab respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent Findings of Fact, Conclusions of Law and Judgment issued on October 21, 2026 by District Court Judge Francis J. Mathew of the First Judicial District Court for Santa Fe County of the State of New Mexico in *New Mexico ex rel. Torrez v. Meta Platforms, Inc.*, No. D-101-CV-2021-00132 (N.M. Dist. Ct. Oct. 21, 2026) (Findings of Fact at ¶¶ 37-54), attached hereto as Exhibit A, which bears on the parties' arguments regarding falsity and scienter.

Dated: November 5, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Rebecca E. Boon (*pro hac vice*)
(rebecca.boon@blbglaw.com)
Jorge Tenreiro (*pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Mathews R. de Carvalho (*pro hac vice*)
(mathews.decarvalho@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

*Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and PFA*

*Pension, Forsikringsaktieselskab*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
(Shawn.Busken@OhioAttorneyGeneral.gov)
30 East Broad Street
Columbus, OH 43215
Tel.: (800) 282-0515

*Additional Counsel for Lead Plaintiff Ohio Public Employees Retirement System*